**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **TQ DELTA, LLC,** | § | |
| *Plaintiff,* | § | **Civil Action No. 2:21-cv-310** |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,** | § § § § § § § | |
| *Defendants.* | § | |

## PLAINTIFF TQ DELTA, LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff TQ Delta, LLC ("TQ Delta") hereby discloses, by and through its undersigned counsel, that it is a Limited Liability Delaware Company.  No parent or publicly held corporation owns 10% or more of TQ Delta, LLC's stock.

Dated: August 13, 2021

Respectfully submitted,

By: /s/William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com
**THE DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

*Attorneys for Plaintiff TQ Delta, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a).   As such, this document is being served this August 13, 2021 on all counsel of record, each of whom is deemed to have consented to electronic service.   L.R. CV-5(a)(3)(A).

/s/William E. Davis, III
William E. Davis, III