IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>    *Defendants.* | Civil Action No. 2:21-cv-310<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF TQ DELTA, LLC'S**
**NOTICE OF ATTORNEY APPEARANCE BY RUDOLPH FINK IV**

COMES NOW TQ Delta, LLC ("TQ Delta") and respectfully notifies the Court and all parties that the following attorney, in addition to those previously of record, is appearing as counsel of record on its behalf:

> Rudolph "Rudy" Fink IV
> Texas State Bar No. 24082997
> **THE DAVIS FIRM PC**
> 213 N. Fredonia Street, Suite 230
> Longview, Texas 75601
> Telephone: (903) 230-9090
> Facsimile: (903) 230-9661
> Email: rfink@davisfirm.com

Dated: August 13, 2021

                                                        Respectfully submitted,

                                                        By: /s/Rudolph Fink IV
                                                        William E. Davis, III
                                                        Texas State Bar No. 24047416
                                                        bdavis@davisfirm.com

Christian J. Hurt<br>
Texas State Bar No. 24059987<br>
churt@davisfirm.com<br>
Rudolph "Rudy" Fink IV<br>
Texas State Bar No. 24082997<br>
rfink@davisfirm.com<br>
**THE DAVIS FIRM PC**<br>
213 N. Fredonia Street, Suite 230<br>
Longview, Texas 75601<br>
Telephone: (903) 230-9090<br>
Facsimile: (903) 230-9661

*Counsel for Plaintiff TQ Delta, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this August 13, 2021 on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

/s/Rudolph Fink IV
Rudolph Fink IV