AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| TQ DELTA, LLC, <br><br> *Plaintiff(s)* <br> v. <br> COMMSCOPE HOLDING COMPANY, INC., et al., <br> Defendants. <br> *Defendant(s)* | Civil Action No. 2:21-cv-310 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ARRIS Technology, Inc. may be served through its registered United Agent Group Inc., 3411 Silverside Road, Tatnall Building #104, Wilmington, DE 19810.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William E. Davis, III
The Davis Firm PC
213 N. Fredonia Street, Suite 230
Longview, TX 75601
bdavis@davisfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/16/21

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-00310

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ARRIS TECHNOLOGY, INC.
was received by me on *(date)* 8/17/2021

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JEN GOETZ (managing agent), who is designated by law to accept service of process on behalf of *(name of organization)* ARRIS TECHNOLOGY, INC. C/O UNITED AGENT GROUP INC. 3411 SILVERSIDE RD. WILMINGTON, DE on *(date)* 8/17/2021 AT 11:50 AM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 8/17/2021

*Server's signature*

KEVIN S. DUNN
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
302-475-2600
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, ORIGINAL COMPLAINT WITH EXHIBITS &
CIVIL COVER SHEET