AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| TQ DELTA, LLC, *Plaintiff(s)* v. COMMSCOPE HOLDING COMPANY, INC., et al., Defendants. *Defendant(s)* | Civil Action No. 2:21-cv-310 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ARRIS Enterprises LLC may be served through its registered United Agent Group Inc., 3411 Silverside Road, Tatnall Building #104, Wilmington, DE 19810.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William E. Davis, III
The Davis Firm PC
213 N. Fredonia Street, Suite 230
Longview, TX 75601
bdavis@davisfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/16/21

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-310

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **ARRIS ENTERPRISES LLC**

was received by me on *(date)* **8/19/2021** .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* **ARRIS ENTERPRISES LLC**
**C/O UNITED AGENT GROUP 3411 SILVERSIDE RD. WILMINGTON, DE 19810**
**ACCEPTED BY: JENN GOETZ at 3:02 pm** on *(date)* **8/19/2021** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **8/19/2021**

Server's signature

**DENORRIS BRITT**
**BRANDYWINE PROCESS SERVERS, LTD**
**PO BOX 1360 WILMINGTON, DE 19899**
**302-475-2600**

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:
SERVED: SUMMONS, ORIGINAL COMPLAINT WITH EXHIBITS & CIVIL COVER SHEET

Print  Save As...  Reset