IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> COMMSCOPE HOLDING § <br> COMPANY, INC., COMMSCOPE § <br> INC., ARRIS INTERNATIONAL § <br> LIMITED, ARRIS GLOBAL LTD., § <br> ARRIS US HOLDINGS, INC., ARRIS § <br> SOLUTIONS, INC., ARRIS § <br> TECHNOLOGY, INC., and ARRIS § <br> ENTERPRISES, LLC, § <br> § <br> *Defendants.* § | Civil Action No. 2:21-cv-310-JRG <br><br> JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ARRIS INTERNATIONAL LIMITED AND ARRIS GLOBAL LTD. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

COMES NOW Plaintiff TQ Delta, LLC ("TQ Delta") and hereby files this Notice of Dismissal Without Prejudice of Defendants ARRIS International Limited and ARRIS Global Ltd. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (the "Notice"). According to Federal Rule of Civil Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal in which the plaintiff affirmatively represents that the defendant has not served upon the plaintiff either an answer or a motion for summary judgment. Plaintiff TQ Delta, LLC affirmatively represents that Defendants ARRIS International Limited and ARRIS Global Ltd. have not yet answered the Complaint or filed a Motion for Summary Judgment. Accordingly, Plaintiff TQ Delta voluntarily dismisses Defendants ARRIS International

Limited and ARRIS Global Ltd. without prejudice pursuant to Rule 41(a)(1)(A)(i) and with each party to bear its own costs, expenses, and attorneys' fees.

Dated: September 24, 2021

Respectfully submitted,

By: /s/ Christian J. Hurt
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

**The Davis Firm PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

ATTORNEYS FOR PLAINTIFF
TQ DELTA, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on this 24th day of September, 2021.

/s/ Christian Hurt
Christian Hurt