IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, § | |
| § | |
| *Plaintiff,* § | |
| § | Civil Action No. 2:21-cv-310-JRG |
| v. § | |
| § | JURY TRIAL DEMANDED |
| COMMSCOPE HOLDING § | |
| COMPANY, INC., COMMSCOPE § | |
| INC., ARRIS INTERNATIONAL § | |
| LIMITED, ARRIS GLOBAL LTD., § | |
| ARRIS US HOLDINGS, INC., ARRIS § | |
| SOLUTIONS, INC., ARRIS § | |
| TECHNOLOGY, INC., and ARRIS § | |
| ENTERPRISES, LLC, § | |
| § | |
| *Defendants.* | |

## ORDER

Before the Court is Plaintiff TQ Delta, LLC's ("TQ Delta") Notice of Dismissal Without Prejudice of Defendants ARRIS International Limited and ARRIS Global Ltd. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (the "Notice"). In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action between Plaintiff TQ Delta, LLC and Defendants ARRIS International Limited and ARRIS Global Ltd. in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief between Plaintiff TQ Delta, LLC and Defendants ARRIS International Limited and ARRIS Global Ltd. in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

Plaintiff TQ Delta, LLC and Defendants ARRIS International Limited and ARRIS Global Ltd. shall each bear their own costs, expenses, and attorneys' fees.