UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

*CASE AND DEADLINE INFORMATION*

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?            Yes

                                                                            No

        If no, please indicate which application this represents:          Second

                                                                            Third

                                                                            Other _____

Date of Service of Summons:

Number of days requested:          30 days

                                   15 days

                                   Other _____ days

New Deadline Date:          *(Required)*

*ATTORNEY FILING APPLICATION INFORMATION*

        Full Name:

        State Bar No.:

        Firm Name:

        Address:

        Phone:

        Fax:

        Email:

---

A certificate of conference does not need to be filed with this unopposed application.