IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>              Defendants. | Civil Action No. 2:21-cv-310<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants CommScope Holding Company, Inc., CommScope Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., and Arris Enterprises, LLC (collectively, "Defendants"), file this Notice of Appearance, and hereby notifies the Court that Andrew Ong, of the law firm Goodwin Procter LLP, 601 Marshall Street, Redwood City, CA 94063, Telephone (650) 752-3100, Fax (650) 853-1038, E-mail: aong@goodwinlaw.com has entered this action as counsel for Defendants. In connection with this notice, Mr. Ong requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: October 22, 2021

Respectfully submitted,

By: /s/ *Andrew Ong*
Andrew Ong
CA State Bar No. 267889
GOODWIN PROCTER LLP
601 Marshall St.
Redwood City, CA 94063

P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 22, 2021, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                            /s/ *Andrew Ong*
                                            Andrew Ong