# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>Defendants. | Civil Action No. 2:21-cv-310<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants CommScope Holding Company, Inc., CommScope Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., and Arris Enterprises, LLC (collectively, "Defendants"), file this Notice of Appearance, and hereby notifies the Court that Douglas Kline, of the law firm Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210, Telephone (617) 570-1000, Fax (617) 523-1231, E-mail: dkline@goodwinlaw.com has entered this action as counsel for Defendants. In connection with this notice, Mr. Kline requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: October 22, 2021

Respectfully submitted,

By: /s/ *Douglas Kline*
Douglas Kline
MA State Bar No. 556680
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210

2

P:  (617) 570-1000
F:  (617) 523-1231
dkline@goodwinlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2021, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                            /s/ *Douglas Kline*
                                            Douglas Kline