IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br><br>      *Plaintiff*,<br>   v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br><br>      *Defendants*. | CIV. A. NO.  2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br><br>      *Plaintiff*,<br>   v.<br><br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br><br>      *Defendants*. | CIV. A. NO.  2:21-CV-309-JRG<br>(Member Case) |

**NOTICE OF APPEARANCE**

  Please take notice that John D. Haynes of the law firm Alston & Bird LLP enters his appearance as counsel for Defendant Nokia of America Corporation, in the above-captioned lead and member cases. Mr. Haynes is admitted to practice in this Court, and Defendant Nokia of America Corporation respectfully requests that the Court take note of this Notice of Appearance and make John D. Haynes one of their attorneys of record in this lawsuit. Copies of all

communications and other documents filed in the above-captioned case that are not filed via ECF should be emailed or faxed to John D. Haynes at the address set forth below.

DATED: October 25, 2021	Respectfully submitted,

*/s/ John D. Haynes*
John D. Haynes (GA Bar # 340599)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Tel:  404.881.7737
Fax:  704.444.1111
Email: john.haynes@alston.com

*Attorney for Defendant*
*Nokia of America Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 25, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ John D. Haynes*
John D. Haynes
