# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,** <br><br> *Plaintiff*, <br> v. <br><br> **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC** <br><br> *Defendants*. | CIV. A. NO.  2:21-CV-310-JRG <br> (Lead Case) |
| **TQ DELTA, LLC,** <br><br> *Plaintiff*, <br> v. <br><br> **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,** <br><br> *Defendants*. | CIV. A. NO.  2:21-CV-309-JRG <br> (Member Case) |

## **NOTICE OF APPEARANCE**

Please take notice that Karlee N. Wroblewski of the law firm Alston & Bird LLP enters her appearance as counsel for Defendant Nokia of America Corp., in the above-captioned lead and member cases. Ms. Wroblewski is admitted to practice in this Court, and the Defendant Nokia of America Corp. respectfully requests that the Court take note of this Notice of Appearance and make Karlee Wroblewski one of their attorneys of record in this lawsuit. Copies of all

communications and other documents filed in the above-captioned case that are not filed via ECF should be emailed or faxed to Karlee Wroblewski at the address set forth below.

DATED: October 25, 2021      Respectfully submitted,

*/s/ Karlee Wroblewski*
Karlee Wroblewski (NC Bar # 55043)
ALSTON & BIRD LLP
One South at the Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Tel:  704.444.1299
Fax:  704.444.1111
Email: karlee.wroblewski@alston.com

*Attorney for Defendant*
*Nokia of America Corp.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 25, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Karlee Wroblewski*
Karlee Wroblewski
