# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,** *Plaintiff*, v. **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC** *Defendants*. | CIV. A. NO. 2:21-CV-310-JRG (Lead Case) |
| **TQ DELTA, LLC,** *Plaintiff*, v. **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,** *Defendants*. | CIV. A. NO. 2:21-CV-309-JRG (Member Case) |

## NOTICE OF APPEARANCE

Please take notice that Nicholas C. Marais of the law firm Alston & Bird LLP enters his appearance as counsel for Defendant Nokia of America Corp., in the above-captioned lead and member cases. Mr. Marais is admitted to practice in this Court, and the Defendant Nokia of America Corp. respectfully requests that the Court take note of this Notice of Appearance and make Nicholas Marais one of their attorneys of record in this lawsuit. Copies of all

communications and other documents filed in the above-captioned case that are not filed via ECF should be emailed or faxed to Nicholas Marais at the address set forth below.

DATED: November 4, 2021    Respectfully submitted,

*/s/ Nicholas C. Marais*
Nicholas C. Marais (NC Bar # 53533)
ALSTON & BIRD LLP
One South at the Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Tel:  704.444.1283
Fax:  704.444.1111
Email: nic.marais@alston.com

*Attorney for Defendant*
*Nokia of America Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 4, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                        */s/ Nicholas C. Marais*
                                        Nicholas C. Marais