IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., ARRIS ENTERPRISES, LLC, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:21-CV-00310-JRG |

# ORDER

Before the Court is TQ Delta, LLC's Unopposed Motion For Extension Of Time To Respond To Defendant Nokia Of America Corp.'s Motion To Dismiss Under Rule 12(b)(6) For Failure To Plead Compliance With The Actual Notice And Marking Requirements Of 35 U.S.C. § 287(a) (Dkt. No. 28) (the "Motion"). In the Motion, Plaintiff TQ Delta, LLC ("TQ Delta") respectfully moves for an extension of time to respond to Defendant Nokia of America Corporation's ("Nokia") Motion to Dismiss Under Rule 12(b)(6) for Failure to Plead Compliance with the Actual Notice and Marking Requirements of 35 U.S.C. § 287(a) up to and including November 12, 2021.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that TQ Delta's time to move, answer, or otherwise respond to Nokia's Motion to Dismiss Under Rule 12(b)(6) for Failure

to Plead Compliance with the Actual Notice and Marking Requirements of 35 U.S.C. § 287(a) is **extended** up to and including **November 12, 2021**.

**So ORDERED and SIGNED this 5th day of November, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE