# Exhibit 5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TQ DELTA LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 13-1835-RGA |
| 2WIRE, INC., | : | |
| Defendant. | : | |

## JUDGMENT

This **17** day of January 2020, the Court having held a jury trial, and the jury having rendered a verdict, pursuant to Fed. R. Civ. P. 58(b)(2), IT IS HEREBY ORDERED that:

Judgment of infringement is entered for Plaintiff TQ Delta, LLC and against Defendant 2Wire, Inc. on Count VII of the Third Amended Complaint. (D.I. 380).

Judgment is further entered for Plaintiff TQ Delta, LLC and against Defendant 2Wire, Inc. on Counterclaims I and II (only as they relate to the patent asserted by Plaintiff in Count VII – U.S. Patent No. 7,453,881) of 2Wire's Answer, Affirmative Defenses, and Counterclaims to Third Amended Complaint for Patent Infringement. (D.I. 505).

/s/ Richard G. Andrews
United States District Judge