# Exhibit 9

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 13-1835-RGA |
| 2WIRE, INC., | : |
| Defendant. | : |

## JUDGMENT

This 23 day of May 2019, the Court having held a jury trial, and the jury having rendered a verdict, pursuant to Fed. R. Civ. P. 58(b)(2), IT IS HEREBY ORDERED that:

Judgment of infringement is entered for Plaintiff TQ Delta, LLC and against Defendant 2Wire, Inc. on Counts XX, XXI, and XXII of the Third Amended Complaint. (D.I. 380).

Judgment is further entered for Plaintiff TQ Delta, LLC and against Defendant 2Wire, Inc. on Counterclaims I and II (only as they relate to the patents asserted by Plaintiff in Counts XX, XXI, and XXII) of 2Wire's Answer, Affirmative Defenses, and Counterclaims to Third Amended Complaint for Patent Infringement. (D.I. 505).

/s/ Richard G. Andrews
United States District Judge