**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TQ DELTA, LLC, *Plaintiff*, v. COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, *Defendants*. | Civil Action No.: 2:21-cv-310 |

**ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO TRANSFER VENUE TO THE DISTRICT OF DELAWARE**

Before the Court is CommScope Holding Company, Inc., CommScope, Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., and Arris Enterprises, LLC's (collectively, "Defendants") Opposed Motion to Transfer Venue to the District of Delaware. After considering the Motion, the Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that this action is transferred to the District of Delaware for further proceedings.