# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>　　Plaintiff,<br><br>v. | §<br>§<br>§<br>§<br>§ | **JURY TRIAL DEMANDED** |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§ | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

## TQ DELTA, LLC'S UNOPPOSED MOTION TO FILE UNDER SEAL

Pursuant to Local Rule CV-5(a)(7), Plaintiff TQ Delta, LLC ("TQ Delta") submits this Unopposed Motion to File Under Seal its Response to Defendant Nokia of America Corporation's Motion to Dismiss Under Rule 12(b)(6) for Failure to Plead Compliance with the Actual Notice and Marking Requirements of 35 U.S.C. § 287(a) and exhibits ("Response"). A protective order has not been entered in this matter. Pursuant to the Court's Order Setting Scheduling Conference, the parties' deadline to submit a protective order in this matter is currently December 9, 2021 (Dkt. 27). TQ Delta's Response contains information the parties will designate as "Confidential" or "Highly Confidential" when a protective order is in place.

Counsel for TQ Delta has meet-and-conferred with Nokia, and Nokia does not oppose the relief sought by this motion.

TQ Delta respectfully requests the Court enter an order sealing its Response to Defendant Nokia of America Corporation's Motion to Dismiss Under Rule 12(b)(6) for Failure to Plead Compliance with the Actual Notice and Marking Requirements of 35 U.S.C. § 287(a) and exhibits.

| | |
|---|---|
| Dated: November 12, 2021 | Respectfully submitted, |
| | By:  /s/ Christian Hurt<br>William E. Davis, III<br>Texas State Bar No. 24047416<br>bdavis@davisfirm.com |
| | Christian J. Hurt<br>Texas State Bar No. 24059987<br>churt@davisfirm.com |
| | Rudolph "Rudy" Fink IV<br>Texas State Bar No. 24082997<br>rfink@davisfirm.com |
| | Ty Wilson<br>Texas State Bar No. 24106583<br>twilson@davisfirm.com |
| | **The Davis Firm PC**<br>213 N. Fredonia Street, Suite 230<br>Longview, Texas 75601<br>Telephone: (903) 230-9090<br>Facsimile: (903) 230-9661 |
| | ATTORNEYS FOR PLAINTIFF<br>TQ DELTA, LLC |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this November 12, 2021, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

/s/ Christian Hurt
Christian Hurt

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that Defendant Nokia of America Corporation is unopposed to this motion.

/s/ Christian Hurt
Christian Hurt