# EXHIBITS 1-7
# FILED UNDER SEAL
# IN THEIR ENTIRETY