# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **TQ DELTA, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,** | § § § § § § § § | **Civil Action 2:21-cv-310-JRG (Lead Case)** |
| **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.** | § § § § | **Civil Action No. 2:21-cv-309-JRG (Member Case)** |
| **Defendants.** | § | |

# ORDER

Before the Court is Defendant Nokia of America Corporation's Motion to Dismiss Under Rule 12(b)(6) for Failure to Plead Compliance with the Actual Notice and Marking Requirements of 35 U.S.C. § 287(a), Dkt. 20 filed in member case 2:21-cv-309-JRG, ("Motion") and Plaintiff TQ Delta, LLC's Response. After considering the briefing, the Court finds that Defendant Nokia of America Corp.'s Motion shall be **DENIED**.