IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br><br>      *Plaintiff*,<br>   v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br><br>      *Defendants*. | CIV. A. NO.  2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br><br>      *Plaintiff*,<br>   v.<br><br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br><br>      *Defendants*. | CIV. A. NO.  2:21-CV-309-JRG<br>(Member Case) |

**NOTICE OF APPEARANCE**

Please take notice that Sam Bragg of the law firm Alston & Bird LLP enters his appearance as counsel for Defendant Nokia of America Corp., in the above-captioned lead and member cases. Mr. Bragg is admitted to practice in this Court, and the Defendant Nokia of America Corp. respectfully requests that the Court take note of this Notice of Appearance and make Sam Bragg one of their attorneys of record in this lawsuit. Copies of all communications and other documents

filed in the above-captioned case that are not filed via ECF should be emailed or faxed to Sam Bragg at the address set forth below.

DATED: November 17, 2021

Respectfully submitted,

*/s/ Sam Bragg*
Sam Bragg (TX Bar # 24097413)
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Tel:  214.922.3400
Fax:  214.922.3899
Email: sam.bragg@alston.com

*Attorney for Defendant*
*Nokia of America Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 17, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Sam Bragg*
Sam Bragg
