IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br><br>     *Plaintiff*,<br>  v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br><br>     *Defendants*. | CIV. A. NO.  2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br><br>     *Plaintiff*,<br>  v.<br><br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br><br>     *Defendants*. | CIV. A. NO.  2:21-CV-309-JRG<br>(Member Case) |

**AMENDED NOTICE OF APPEARANCE**

Please take notice that John D. Haynes of the law firm Alston & Bird LLP enters his appearance as counsel for Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation,[1] in the above-captioned lead and member cases. Mr. Haynes is admitted to practice in this Court, and Defendants Nokia Corporation, Nokia Solutions and

---

[1] Counsel previously appeared only on behalf of Nokia of America Corporation. Civ. A. No. 2:21-CV-310-JRG, Dkt. No. 025.

Networks Oy, and Nokia of America Corporation respectfully request that the Court take note of this Notice of Appearance and make John D. Haynes one of their attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-captioned case that are not filed via ECF should be emailed or faxed to John D. Haynes at the address set forth below.

DATED: November 22, 2021　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ John D. Haynes
　　　　　　　　　　　　　　　　　　John D. Haynes (GA Bar # 340599)
　　　　　　　　　　　　　　　　　　ALSTON & BIRD LLP
　　　　　　　　　　　　　　　　　　One Atlantic Center
　　　　　　　　　　　　　　　　　　1201 West Peachtree Street
　　　　　　　　　　　　　　　　　　Suite 4900
　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　Tel:  404.881.7737
　　　　　　　　　　　　　　　　　　Fax:  704.444.1111
　　　　　　　　　　　　　　　　　　Email: john.haynes@alston.com

　　　　　　　　　　　　　　　　　　*Attorney for Defendants*
　　　　　　　　　　　　　　　　　　*Nokia Corporation, Nokia Solutions*
　　　　　　　　　　　　　　　　　　*and Networks Oy, and Nokia*
　　　　　　　　　　　　　　　　　　 *of America Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 22, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                    */s/ John D. Haynes*
                                                    John D. Haynes