IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br><br>      *Plaintiff*,<br>   v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br><br>      *Defendants*. | CIV. A. NO. 2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br><br>      *Plaintiff*,<br>   v.<br><br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br><br>      *Defendants*. | CIV. A. NO. 2:21-CV-309-JRG<br>(Member Case) |

## AMENDED NOTICE OF APPEARANCE

Please take notice that Nicholas C. Marais of the law firm Alston & Bird LLP enters his appearance as counsel for Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation,[1] in the above-captioned lead and member cases. Mr. Marais is admitted to practice in this Court, and Defendants Nokia Corporation, Nokia Solutions and

---

[1] Counsel previously appeared only on behalf of Nokia of America Corporation. Civ. A. No. 2:21-CV-310-JRG, Dkt. No. 029.

Networks Oy, and Nokia of America Corporation respectfully request that the Court take note of this Notice of Appearance and make Nicholas C. Marais one of their attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-captioned case that are not filed via ECF should be emailed or faxed to Nicholas C. Marais at the address set forth below.

DATED: November 22, 2021

Respectfully submitted,

*/s/ Nicholas C. Marais*
Nicholas C. Marais (NC Bar # 53533)
ALSTON & BIRD LLP
One South at the Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Tel:  704.444.1283
Fax:  704.444.1111
Email: nic.marais@alston.com

*Attorney for Defendants*
*Nokia Corporation, Nokia Solutions*
*and Networks Oy, and Nokia*
*of America Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 22, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>	*/s/ Nicholas C. Marais*
>	Nicholas C. Marais