# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TQ DELTA, LLC,

       Plaintiff,

v.

ZYXEL COMMUNICATIONS, INC.
and
ZYXEL COMMUNICATIONS CORPORATION,

       Defendants.

C.A. No. 13-cv-2013-RGA

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by Plaintiff TQ Delta, LLC and Defendants ZyXEL Communications, Inc. and ZyXEL Communications Corporation (together, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and further to an executed settlement and patent license agreement between the Parties, that all Plaintiff's claims in the above-captioned action are dismissed with prejudice, that all Defendants' counterclaims asserting invalidity of a TQ Delta patent in the above-captioned action are dismissed without prejudice, and that all of Defendants' other counterclaims in the above-captioned action are dismissed with prejudice, with each party to bear its own costs and expenses relating to this litigation (including attorney and expert fees and expenses).

Dated: January 6, 2020

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300

Respectfully submitted,

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff TQ Delta, LLC*

*Attorneys for Defendants ZyXEL Communications, Inc. and ZyXEL Communications Corporation*

**SO ORDERED** this 6 day of January, 2020.

_____
United States District Court Judge

2