IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br><br>     *Plaintiff*,<br>  v.<br><br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br><br>     *Defendants*. | CIV. A. NO. 2:21-CV-309-JRG |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
<u>MOTION TO DISMISS UNDER RULE 12(b)(6)</u>**

  Pending before the Court is Defendants Nokia Corporation and Nokia Solutions and Networks Oy (the "Nokia Foreign Entities") Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) for failure to plead compliance with the actual notice and marking requirements of 35 U.S.C. § 287. The Court being of the opinion that the same should be granted, it is therefore ORDERED that the Nokia Foreign Entities' Motion to Dismiss is GRANTED.