# EXHIBIT B

## Contact

www.linkedin.com/in/stevetcochran (LinkedIn)

## Top Skills

Enterprise Software
Data Center
SaaS

## Languages

Italian (Limited Working)
French (Limited Working)

## Patents

Scalable, distributed, asynchronous data collection mechanism

# Steve Cochran

Senior Manager, Software Engineering at CommScope / Arris
Austin

## Summary

I am a seasoned software professional with 10 years of experience as a development manager and 15+ years as an architect, tech lead and individual contributor.  I have worked for a variety of organizations from startups to large established companies and across different sectors of the tech industry including Enterprise management software, Enterprise and network security software, CPE firmware and microchip design.

Currently I oversee a team of software developers who are responsible for designing, building, developing and supporting a large-scale management and data collection platform focused on CPE (home routers, set top boxes and access points).  The platform scales to tens of millions of devices and provides management, troubleshooting, data collection and analytics capabilities.

Before this I managed a distributed team of software developers who were responsible for developing and delivering the software that runs on a DSL gateway (router) that is deployed by many service providers, including AT&T.

In previous positions in my career I have also overseen and participated in the development of large-scale distributed applications like WholeSecurity's distributed crimeware detection application and Tivoli's TME management framework.

During my career I have risen through the ranks, starting as a coder an growing through the years to become a principal engineer, architect, technical lead, and manager.  Given this, I am a very technical manager who enjoys understanding the technology in use in the products and teams that I manage.

In my non-work time, I enjoy outdoor activities (running, swimming, cycling, skiing, camping, etc.), traveling, cooking (and eating!) good food, beer and and music, both as a listener and a musician.

## Experience

### CommScope
Senior Software Engineering Manager
July 2018 - Present (3 years 5 months)
Austin, TX

Currently I am leading a team of software engineers who develop and support the ECO product suite which allows telco service providers to manage devices in their customers' homes.  ECO is a highly scalable (>10 million devices) management and data collection platform built using a microservice architecture.  My team is responsible for the development and maintenance of the ECO platform services.  This platform is largely developed with Java and Kotlin and uses various scripting languages (including JavaScript and Python).  It is based upon web services and protocols (e.g. REST, JSON, XML) and uses many different technologies including:  Spring Boot, SQL and NoSQL database technologies (PostgreSQL, Oracle, Cassandra, Redis and Elasticsearch), RabbitMQ and Docker.  The platform and applications can be deployed through AWS or on premises at the customer site.

### ARRIS
Senior Manager, Software Engineering
January 2016 - July 2018 (2 years 7 months)
Austin, TX

I led a distributed team of software engineers continuing the development and support of the Pace DSL residential gateway product.  These routers are deployed by AT&T and other service providers to millions of subscriber homes. My team was responsible for the development and support of the software running on the gateway.  The gateway was based upon a Broadcom hardware platform and used a Linux-based software distribution that included support for data, voice and video among other features.

### Pace
5 years 1 month

Director of Engineering, Telco Software
August 2013 - January 2016 (2 years 6 months)
Austin, TX

At Pace, I built and led a team of as many as 15 software engineers developing and supporting the Linux-based system software for the Pace

Telco residential gateway products. These gateway products provide broadband services (data, IPTV, voice) over DSL and fiber to customer homes.

Software Manager, Gateway Engineering
November 2011 - July 2013 (1 year 9 months)
Austin, TX

Software Architect
January 2011 - November 2011 (11 months)
Austin, TX

2Wire
Principal Engineer
August 2010 - December 2010 (5 months)

Univa UD
Tech Lead
July 2008 - June 2010 (2 years)

-Built a team of six software engineers focused on delivering "Reliance," a datacenter cloud automation solution.

-Served as the technical lead for Reliance. This included interfacing with product management to gather requirements, building an architecture and detailed design and overseeing the implementation and delivery of the product. I also served as the "glue" developer who pulled the whole project together, handling the builds, packaging, installer and any other tasks that didn't fall into any of the developers' core areas.

-Used an agile approach to building, delivering and maintaining a large, complex software product.

Identity Engines
Principal Engineer
April 2007 - June 2008 (1 year 3 months)
Sunnyvale, CA

-Designed and implemented a Java-based test framework for automated testing of an 802.1x network authentication appliance.

-Worked on the License Manager and Certificate Manager services on the Ignition appliance, adding new features and providing maintenance.

-Worked on the XSupplicant 802.1x client.

Symantec
Sr. Development Manager
October 2005 - June 2006 (9 months)

-Worked on the integration of the WholeSecurity products and technology into the Symantec product lines

WholeSecurity, Inc.
Technical Manager
November 2002 - October 2005 (3 years)

-Developed, released and supported the Confidence Online Enterprise Edition, a crimeware detection solution product across several releases and a large customer base.

-Built and managed a development team of eight.

BroadJump, Inc.
Developer, Product Manager
December 1999 - October 2002 (2 years 11 months)

-Provided product direction for ControlWorks™, BroadJump's large-scale subscriber management system.

-Interacted with customers to define product requirements.

-Provided training and support for the sales force.

-Implemented code to add SSL security into the BroadJump framework using OpenSSL.

IBM
Principal Engineer
March 1996 - October 1999 (3 years 8 months)
Austin, Texas Area

IBM purchased Tivoli in 1996.

-I continued to serve as the principal architect for the Tivoli/Inventory and Tivoli/Software Distribution products.

-Spent a year in Rome, Italy as the initial development ambassador to the IBM Rome Networking Systems Lab and the ~150 developers there.

-Helped start up the Tivoli Embedded business unit, working to take the TME Management Platform to smaller embedded devices.
See less

Tivoli Systems
Principal Engineer
1991 - 1996 (5 years)
Austin, Texas Area

-Helped build Tivoli from a startup with 30 people to a worldwide organization of over 5,000 people as a part of IBM.

-Wrote significant portions of the Tivoli Management Framework, which provided a large-scale, heterogeneous distributed systems management framework in the early days of the internet era.

-Served as the principal architect for the Tivoli/Inventory and Tivoli/Software Distribution products.

Motorola
CAD tools developer
June 1989 - January 1991 (1 year 8 months)

———

Education

North Carolina State University
MS, EE · (1986 - 1989)

The University of Tulsa
BS, EE · (1981 - 1986)

## Contact

www.linkedin.com/in/joseph-z-yu (LinkedIn)

## Top Skills

Embedded Systems
Software Development
Device Drivers

# Joseph Yu
Software Engineer
Austin

## Summary

Versatile software engineer with an eye for hardware/software interfacing and bring-up tasks, with special focus on networking/security and bus protocols.

Always looking to learn new technology, improve testing and coding processes while keeping projects on-time.

## Experience

**CesiumAstro**
Principal Embedded Software Engineer
August 2021 - Present (4 months)

Building modular Software Defined Radio platforms for satellite and space communications

**CommScope**
Principal Software Engineer
August 2016 - May 2021 (4 years 10 months)
Austin, Texas, United States

Developed firmware for premium DSL home routers (integrated 2.4 & 5G WiFi, VOIP, firewall and other features). Built and deployed Docker-based ARM container solution for running third-party applications, including building Docker engine on custom Linux kernel, defining security model, creating DBUS-based container communication mechanism interfacing to our host SW and GUI, and adding authorization plug-in.

**Centapi**
Lead Software Engineer
August 2015 - August 2016 (1 year 1 month)

Designed, implemented, and deployed protected content payment/crediting demonstration web platform. Delivered a full end to end demonstration platform for publishers with payment and crediting features in a seamless 1-

Page 1 of 2

click manner within 3 months.   Used Python Django-based backend server with OAuth2 three-legged authentication for publisher API calls.

PMC-Sierra
Staff Wireless Software Engineer
June 2006 - July 2015 (9 years 2 months)

Software development for Winpath, a network processor chip with a MIPS based host controlling multiple custom packet processing engines.  Largest focus on WiMAX, LTE and mobile backhaul protocols and algorithms, particularly in the security area.

Network Features/Protocols: IPv4/IPv6, LTE, WiMAX, Carrier Ethernet, SDN, MPLS, GRE, header compression (IPHC, ROHC, PHS), WRED packet discard, RADIUS, EAP

Dunti Corporation
Hardware/Software Engineer
2001 - 2004 (3 years)

Developed FPGA and Device Drivers for a fiber optic router board and network switch.

National Instruments
VXI Software Engineer
1997 - 2000 (3 years)

Created and maintained driver and support software for VXI bus embedded controller platforms used to control instrumentation on x86 Windows platform and also embedded OS software.  Primarily responsible for IEEE 1394 (Firewire) and GPIB platforms.

## Education

The University of Texas at Austin
MS, Electrical Engineering · (2004 - 2006)

The University of Texas at Austin
BS, Electrical Engineering · (1993 - 1997)