# EXHIBIT D



# Commscope
Local Business

📞 Call Now

**Home**  About  Photos  Reviews   👍 Like

## About                                             See all



📍 1300 E Lookout Dr
Richardson, TX 75082

👍 40 people like this
📗 40 people follow this
📍 127 people checked in here
🌐 http://commscope.com/
📞 (972) 792-3000
🏢 Local Business

## Photos                                            See all



## Page Transparency                                 See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏁 Page created - August 20, 2010

## Related Pages


kylakinna
Fitness Trainer                                      👍 Like

Carlos "Charlie" Basurto
Artist                                               👍 Like

Flores Carpet Cleaning
Advertising/Marketing                                👍 Like

No posts yet

Privacy · Terms · Advertising · Ad Choices ▶ · Cookies · More · Meta © 2021