IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, <br>    Plaintiff, <br><br> v. <br><br> **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,** <br><br> **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.** <br><br>    **Defendants.** | § § § § § § § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** <br> **(FILED UNDER SEAL)** <br><br><br><br> Civil Action 2:21-cv-310-JRG <br> (Lead Case) <br><br><br><br><br> Civil Action No. 2:21-cv-309-JRG <br> (Member Case) |

**ORDER**

Before the Court is Plaintiff TQ Delta, LLC's ("TQ Delta") Second Unopposed Motion for Extension of Time to Respond to Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC's ("CommScope") Motion to Transfer Venue to the District of Delaware ("Motion"). Dkt. No. 32.

Having considered the Motion, the Court finds that it should be **GRANTED**.

Accordingly, the Motion is **GRANTED** and the deadline for Plaintiff TQ Delta to Respond to CommScope's Motion is extended to two weeks after the completion of TQ Delta's venue discovery.