**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **TQ DELTA, LLC,** <br>    **Plaintiff,** <br><br> v. | § <br> § <br> § <br> § <br> § <br> § | **JURY TRIAL DEMANDED** |
| **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,** | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **Civil Action 2:21-cv-310-JRG** <br> **(Lead Case)** |
| **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.** <br><br>    **Defendants.** | § <br> § <br> § <br> § <br> § <br> § | **Civil Action No. 2:21-cv-309-JRG** <br> **(Member Case)** |

**DECLARATION OF TY WILSON**

I, Ty Wilson, state as follows in support of Plaintiff TQ Delta LLC's Motion for Leave to Propound Expedited Venue Discovery:

1. I am a lawyer at the The Davis Firm, P.C. and counsel of record for TQ Delta, LLC. I am a member of good standing of the State Bar of Texas. I have personal knowledge of the facts set forth in this Declaration.

2. Exhibit A is a true and correct highlighted copy of CommScope job listings posted on the Internet.

3. Exhibit B is a true and correct highlighted copy of profiles posted on the website www.linkedin.com.

4. Exhibit C is a true and correct highlighted copy of profiles posted on the website www.linkedin.com.

5. Exhibit D is a true and correct copy of a profile posted on the website www.facebook.com.

6.  Exhibit E is a true and correct highlighted copy of excerpts of CommScope Holding Company, Inc.'s Form 10-K submitted to the U.S. Securities and Exchange Commission and dated February 16, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of November, 2021, in Dallas, Texas.

/s/ Ty Wilson
Ty Wilson

1