# EXHIBIT A

By continuing to use and navigate this website, you are agreeing to the use of cookies.

Accept     Close



TALENT COMMUNITY ▼

Language ▼ · View Profile

**Search by Job or Location**

[                                        ]  Search Jobs

Show More Options

Send me alerts every [ 7 ] days     🔔 Sign up for Job Alerts

Share this Job ✉ 🖨 f 🐦 in

Apply now »

## Title: AI/ML - Software Engineer

In our 'always on' world, we believe it's essential to have a genuine connection with the work you do.

CommScope's Home Networking BU is Industry-leading provider of connected home and entertainment solutions is #1 provider of CPE to service providers in expanding our Engineering Team in Austin, TX

**How You'll be helping us connecting us the world:**

The Software and Services team builds large scale enterprise applications that are used to manage Cable, DSL modems, Satellite Set Top Boxes, and Over the Top Video delivery devices.
The software performs a variety of functions including device life cycle management, provisioning, configuration, firmware upgrades, data collection, analytics.
The team is looking for motivated and passionate individuals that will be part of a diverse team working on a variety of software driven solutions delivered to some of the largest Tier 1 Service Providers in the global telecommunications industry. If this piques your interest, read on.

**Responsibilities:**

As part of a cross functional team, you will be responsible for gathering requirements from internal and external customers on complex problems facing devices deployed in the field
Gather metrics, analyze data collected from various sources and develop appropriate models for different stages of product pipeline: proof of concept, trial and production
Develop algorithms and metrics that solve real world use cases and promote data driven decision making
Mentor/upskill fellow engineers and promote analytics solutions across engineering, product management, and support organizations internally and with customers

**Minimum Qualifications:**

MS or BS in Computer Science with atleast 5 years of expeience.
Excellent knowledge of preliminary data normalization, modeling, training and feature engineering/extraction
processes in the field of artificial intelligence, machine learning or data analytics.
Fluency in stream processing using one of Scala, Java or Python
Experience in having deployed using AWS/Azure/GCP and its services such as Kinesis, EC2, or EMR.
Track record of writing enterprise grade 24x7 software solutions that are highly available
Outstanding communication and interpersonal skills that is required to work across geographically distributed teams
and organizations

**You 'll excite us if you have the following:**

3 years of production software development experience using 26Flink or Kafka.
Knowledge and experience in using Principal Component Analysis and Dimensionality reduction given a large data
set from millions of end devices.
Experience using Kinesis Data Streams or Data Analytics or equivalent products
Big data databases experience: Cassandra or HBase
An appropriate data science degree. Demonstrable industry experience with AI/ML algorithms will be given strong
consideration in lieu of a data science degree.
At least three to five years of experience in AI/ML solution development utilizing both supervised and unsupervised
learning algorithms.
 Why CommScope:
CommScope is on a quest to deliver connectivity that empowers how we live, work, and learn. Our employees push
the boundaries of communications technology that enables game-changing discoveries like 5G, the Internet of
Things, and gigabit speeds for everyone, everywhere. With our unmatched expertise in copper, fiber, and wireless
infrastructure, our global clients rely on us to outperform today and be ready for the needs of tomorrow.

If you want to grow your career alongside bright, passionate, and caring people who strive to create what's
next.....come connect your future at CommScope.

CommScope is an Equal Opportunity Employer (EEO), including people with disabilities and veterans. If you are
seeking an accommodation for the application or interview process, please contact us to submit your request at
talentacquisition@commscope.com. You can also learn more about CommScope's accommodation process and EEO
policy at careers.commscope.com/eeo

United States : Alabama || United States : Alaska || United States : Arizona || United States : Arkansas || United States :
California || United States : Colorado || United States : Connecticut || United States : Delaware || United States :
District of Columbia || United States : Florida || United States : Georgia || United States : Illinois || United States :
Indiana || United States : Iowa || United States : Kansas || United States : Kentucky || United States : Louisiana ||
United States : Maryland || United States : Massachusetts || United States : Michigan || United States : Minnesota
|| United States : Mississippi || United States : Missouri || United States : Montana || United States : Nebraska ||
United States : Nevada || United States : New Hampshire || United States : New Jersey || United States : New
Mexico || United States : New York || United States : North Carolina || United States : Ohio || United States :
Oklahoma || United States : Oregon || United States : Other || United States : Pennsylvania || United States :
Rhode Island || United States : South Carolina || United States : Tennessee || United States : Texas || United
States : Utah || United States : Virginia || United States : Washington || United States : West Virginia || United
States : Wisconsin || United States : Arizona : Phoenix || United States : Alabama : Virtual || United States :
Arizona : Tempe || United States : Arkansas : Virtual || United States : Arkansas : Virtual || United States :
California : Fremont || United States : California : Milpitas || United States : California : San Diego || United States
: California : San Jose || United States : California : Santa Clara || United States : California : Sunnyvale || United
States : California : Virtual || United States : Colorado : Englewood || United States : Colorado : Virtual || United
States : Colorado : Westminster || United States : Connecticut : Cheshire || United States : Connecticut : Cheshire
|| United States : Connecticut : Virtual || United States : Connecticut : Wallingford || United States : Delaware :
Virtual || United States : District of Columbia : Virtual || United States : Florida : Fort Lauderdale || United States :
Florida : Kissimmee || United States : Florida : Virtual || United States : Georgia : Marietta || United States :
Georgia : Suwanee || United States : Georgia : Virtual || United States : Illinois : Joliet || United States : Illinois :
Lisle || United States : Illinois : Virtual || United States : Illinois : Westchester || United States : Indiana : Virtual ||
United States : Iowa : Virtual || United States : Kansas : Virtual || United States : Kentucky : Virtual || United
States : Louisiana : Virtual || United States : Maryland : Virtual || United States : Massachusetts : Chelmsford ||
United States : Massachusetts : Lowell || United States : Massachusetts : Virtual || United States : Michigan :
Virtual || United States : Minnesota : Shakopee || United States : Minnesota : Virtual || United States : Mississippi
: Virtual || United States : Missouri : Virtual || United States : Montana : Virtual || United States : Nebraska :
Omaha || United States : Nebraska : Sidney || United States : Nebraska : Virtual || United States : Nevada :
Sparks || United States : Nevada : Virtual || United States : New Hampshire : Virtual || United States : New Jersey
: Virtual || United States : New Jersey : Warren || United States : New Mexico : Santa Teresa || United States :
New Mexico : Virtual || United States : New York : Syracuse || United States : New York : Virtual || United States :
North Carolina : Cary || United States : North Carolina : Catawba || United States : North Carolina : Charlotte ||
United States : North Carolina : Claremont || United States : North Carolina : Concur || United States : North
Carolina : Fuquay-Varina || United States : North Carolina : Garner || United States : North Carolina : Greensboro
|| United States : North Carolina : Hickory || United States : North Carolina : Newton || United States : North
Carolina : Raleigh || United States : North Carolina : Statesville || United States : North Carolina : Virtual || United
States : Ohio : Virtual || United States : Ohio : Westerville || United States : Oklahoma : Virtual || United States :
Oregon : Beaverton || United States : Oregon : Virtual || United States : Other : Other || United States :
Pennsylvania : Harrisburg || United States : Pennsylvania : Horsham || United States : Pennsylvania : Middletown
|| United States : Pennsylvania : Virtual || United States : Rhode Island : Virtual || United States : South Carolina :
Virtual || United States : Tennessee : Chattanooga || United States : Tennessee : Virtual || United States : Texas :
Austin || United States : Texas : Dallas || United States : Texas : Euless || United States : Texas : Houston ||
United States : Texas : Humble || United States : Texas : Mission || United States : Texas : Richardson || United
States : Texas : Virtual || United States : Utah : Virtual || United States : Virginia : Ashburn || United States :
Virginia : Forest || United States : Virginia : Tysons || United States : Virginia : Virtual || United States :
Washington : Virtual || United States : West Virginia : Virtual || United States : Wana || United
States : Wisconsin : Virtual

**Job Segment:** Telecom, Telecommunications, Developer, Firmware, Network, Technology

Apply now »

Find similar jobs:
Ingegneria, Engineering Jobs



**ABOUT US**
Careers
Corporate
Responsibility
Investor
Relations
Management
Team
Do Not Sell My
Info

**NEWS CENTER**
Blog
Events
Infographics
In the News
Press Releases

**CAREERS**
Top Jobs
View All Jobs
Privacy Policy

© 2017 All Rights Reserved

By continuing to use and navigate this website, you are agreeing to the use of cookies.

[Accept] [Close]



TALENT COMMUNITY ▾

Language ▾   View Profile

## Search by Job or Location

[                    ]   [Search Jobs]

Show More Options

Send me alerts every [7] days   [📧 Sign up for Job Alerts]

Share this Job

[Apply now »]

**Title:** Sr. Principal Software Engineer

In our 'always on' world, we believe it's essential to have a genuine connection with the work you do.

CommScope's Home Networking BU is Industry-leading provider of connected home and entertainment solutions is #1 provider of CPE to service providers is expanding our Engineering Team in Austin, TX

**How You'll help us connect the world:**
The Software and Services team builds large scale enterprise applications that are used to manage Cable, DSL modems, Satellite Set Top Boxes, and Over the Top Video delivery devices.
The software performs various functions including device life cycle management, provisioning, configuration, firmware upgrades, data collection, analytics.
The team is looking for motivated and passionate individuals that will be part of a diverse team working on a variety of software driven solutions delivered to some of the largest Tier 1 Service Providers in the global telecommunications industry.

**Responsibilities:**

Lead solutions architecture, drive execution and deployment of core product and customized modules
Hands on involvement in software development while mentoring and upskilling fellow software engineers including thorough code reviews.
Participate in presales discussions and lead technical presentations
Provide thought leadership and guidance on choosing technologies used to build next generation platform enabled services
Understand and implement tradeoffs between design flexibility or purity, project delivery timelines, operationally delivered software with a view of delivering software of high quality
Work across other architecture, product, engineering and customer technical teams to explain and translate solution to complex problems that drive business value

**Required Qualifications:**

MS or Bachelors along with 8+ years of enterprise grade software development experience for complex distributed systems at scale
Java backend and platform development using Spring Boot, Dropwizard or Hibernbate technologies
Deploying solutions in a large scale Kubernetes environment, and containerized software development
Expert knowledge in software integrations across database technologies, message buses and high speed in memory caches
Microservice development especially those that have solved big data problems using Scala/Java/Python
Proven track record of leading software development teams in a Agile Sprint framework with CI/CD
REST or SOAP API development

**You'll excite us if you have the following:**

Recent experience with having implemented AI/ML algorithms at scale using supervised or unsupervised learning developed by data science engineers
Proven track record of having developed and implemented data pipeline solution using Kafka for messaging, Flink for stream processing or Spark for batch processing
Strong networking and security standard methodologies and implementation experience in production
Why CommScope:
CommScope is on a quest to deliver connectivity that empowers how we live, work, and learn. Our employees push the boundaries of communications technology that enables game-changing discoveries like 5G, the Internet of Things, and gigabit speeds for everyone, everywhere. With our unmatched expertise in copper, fiber, and wireless infrastructure, our global clients rely on us to outperform today and be ready for the needs of tomorrow.

If you want to grow your career alongside bright, passionate, and caring people who strive to create what's next…..come connect to your future at CommScope.

CommScope is an Equal Opportunity Employer (EEO), including people with disabilities and veterans. If you are seeking an accommodation for the application or interview process, please contact us to submit your request at talentacquisition@commscope.com. You can also learn more about CommScope's accommodation process and EEO policy at careers.commscope.com/eeo

**Job Segment:** Telecom, Telecommunications, Developer, Software Engineer, Engineer, Technology, Engineering

[Apply now »]

Find similar jobs:
Ingegneria,  Engineering Jobs



**ABOUT US**
Careers
Corporate Responsibility
Investor Relations
Management Team
Do Not Sell My Info

**NEWS CENTER**
Blog
Events
Infographics
In the News
Press Releases

**CAREERS**
Top Jobs
View All Jobs
Privacy Policy

© 2017 All Rights Reserved