# EXHIBIT C

## Contact

www.linkedin.com/in/wchatila (LinkedIn)

## Top Skills

Broadband
IP
Telecommunications

# Wael Chatila

Regional VP Sales at CommScope
Flower Mound

## Experience

**CommScope**
Regional VP Sales
April 2019 - Present (2 years 8 months)
Dallas/Fort Worth Area

**ARRIS**
Account VP, Corporate Sales & Strategy
April 2013 - Present (8 years 8 months)

**Motorola Mobility**
9 years 2 months

Sales Director, IP Infrastructure
November 2010 - April 2013 (2 years 6 months)

Technology & Operations Director
April 2008 - November 2010 (2 years 8 months)

Regional Sales Engineering Manager
March 2007 - April 2008 (1 year 2 months)

Sales Engineering Manager
March 2004 - March 2007 (3 years 1 month)

Pricipal Sales Engineer
March 2004 - December 2006 (2 years 10 months)

**ADC Telecommunications**
Senior Sales Engineer
July 2000 - October 2003 (3 years 4 months)

**ADC**
Senior Sales Engineer
2000 - 2003 (3 years)

**ADC Telecommunication**

Page 1 of 2

Sales Engineer
2000 - 2003 (3 years)

Motorola
Systems Engineer
March 1997 - June 2000 (3 years 4 months)

CCA
Network Administartor
September 1994 - March 1997 (2 years 7 months)

---

## Education

The University of Dallas
MBA, Strategic Leadership · (2006 - 2009)

McGill University
Bachelor's degree, Engineering · (1989 - 1993)

The University of Tulsa
Mechanical Engineering · (1988 - 1989)

# Bryce Garrett

Senior Strategic Account Executive, Service Cloud - Large Enterprise at Salesforce
Dallas-Fort Worth Metroplex

## Contact

www.linkedin.com/in/bryce-garrett-8bba71 (LinkedIn)

## Top Skills

Wireless
Sales Management
Account Management

## Certifications

Lean Six Sigma Yellow Belt Certification

## Honors-Awards

Century Club Award
Lemons-to-Lemonade Award

## Summary

VALUE PROPOSITION

▸ I am a highly-effective, seasoned sale and business development executive, team builder and leader.
▸ My background is rich with Sales, Product Management, Marketing and Engineering experience in North America with operations proficiency spanning the globe.
▸ My success is driven by my competitive desire to not only win, but to ACHIEVE at the highest levels.

SUMMARY

# Engaging personality with a winning blend of the technical chops needed to sell hardware, software and services combined with a poised demeanor to enjoy the journey as it comes
# Leverages a unique mix of strategic and analytical expertise, consistently exceeding performance goals by aligning team talents and effort with organizational objectives

LEADERSHIP HIGHLIGHTS

★ A demonstrated record of success at most all US Tier 1 service providers (AT&T, Verizon, Spectrum, Century Link) as well as several large enterprise giants (Google, Amazon, Roku)
★ Success has been marked by promotions to positions of increased influence, authority, and accountability
★ Provided leadership and individual contribution to a North American sales team that saw double-digit revenue and EBITA growth y-y
★ Led the grassroots effort to win multiple year business with the US' largest streaming box manufacturer

EXCEPTIONAL COMPETENCIES:

- Telecom Equipment Sales
- Sales Team Management
- Relationship Building
- Account/Territory Growth
- Technical Presentations
- Hunter/Farmer Mix
- Management Software
- Product/Team Training
- SaaS
- Project Coordination

SPECIALTIES:
- NFV (Network Function Virtualization)
- Cloud-based Network Solutions
- WDM, CWDM, DWDM, ROADM
- Access Network Design and Configurations
- Video content processing, encoding, encryption and STBs
- Video Headends (receivers, encoders, content processing, aggregation, modulation, IP switching and routing)
- GPON FTTP (Fiber to the Premise) network design
- OLT ONT MDU SFU
- IP Gateways/Routers/Switches
- Ethernet, TDM, PTSN, VoIP

## Experience

Salesforce
Senior Strategic Account Executive, Service Cloud - Large Enterprise
August 2020 - Present (1 year 4 months)
Dallas-Fort Worth Metroplex

Twin Legacy Consulting LLC
President
2018 - Present (3 years)
Dallas/Fort Worth Area

Founding member and CEO. Focused on creatively bridging the gap between traditional IT/Telecom partners and the next generation of amazing companies.

Omni Remotes (Founded by Philips Home Control)

Senior Vice President (SVP) of Sales, North America
May 2016 - 2018 (2 years)
Dallas/Fort Worth Area

Led sales and business development teams' effort for Omni Remotes (formerly Philips) in North America.  Covering all major MSOs, Telcos and independent operators in the US and Canada.

#Head of North American business unit – Six sales director direct reports and three operations indirect reports
#Managing sales and commercial activity for Omni at all MSOs, Service Providers, OTT and independent operators in the US and Canada
#Key customers include:   Google, Amazon, Verizon, Spectrum/Charter/TWC, AT&T/DIRECTV, Frontier and Roku
#Awarded multi-year contract with Roku (US' largest OTT supplier)
#Record-breaking double-digit revenue and EBITA growth in 2017

ARRIS
11 years

Director of Sales
October 2014 - 2016 (2 years)
Dallas/Fort Worth Area

Managed the AT&T Account with responsibility for deployment of all ARRIS Residential Gateways (RGs), Wireless Access Points (WAPs) and home entertainment receivers for U-Verse, Business and Legacy subscribers.  Sales were achieved through direct B2B as well as channel partners, VARs and distribution.

The ARRIS CPE portfolio includes DSL, VDSL, VDSL2, Bonded VDSL, G.fast and GigaPower Fiber gateways, in addition to both wired and wireless video receivers.  A major investment has also been made in the SDN and NFV architectures for network environment.

National Account Manager (formerly Google via Motorola acquisition)
August 2005 - September 2014 (9 years 2 months)
Dallas/Fort Worth Area

Technical sales responsibility for Verizon covering all ARRIS/Motorola video and fiber products: xPON, POL, IP Video, QAM, OTT Video, STBs, Multi-screen delivery, OSS/BSS, Wireless Access Points, Home Monitoring (IoT), FTTx and software solutions (SaaS).

Tellabs

9 years

### Sr. Product Manager

2003 - February 2005 (2 years)

Complete Life Cycle Manager of all for Tellabs FTTC, BPON and copper product lines including the following product areas: development, positioning, cost structure, product planning and revenue generation

Tellabs acquired AFC in 2003

### Sr. Sales and Product Manager

1996 - February 2005 (9 years)

### Sales and Sales Engineering Manager

1997 - 2003 (6 years)

Dallas/Fort Worth Area

AFC acquired Marconi in 2002.

Managed five direct sales engineering reports covering multiple South and West region accounts with an annual team quota responsibility of $60 Million

# Account responsibility:  AT&T, Century Link, Verizon

### Application Engineer

1996 - 1997 (1 year)

Dallas/Fort Worth Area

Marconi acquired RELTEC in 1999.

---

## Education

### Vanderbilt University

Bachelor of Engineering (B.E.), Electrical Engineering

### The University of Dallas

Master of Business Administration - MBA

### Sumner Academy of Arts and Science