# EXHIBIT D




**Commscope**
Local Business

Call Now

Home · About · Photos · Reviews · Like

## About  See all

1300 E Lookout Dr
Richardson, TX 75082

40 people like this
40 people follow this
127 people checked in here
http://commscope.com/
(972) 792-3000
Local Business

## Photos  See all



## Page Transparency  See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - August 20, 2010

## Related Pages

kylakinna — Fitness Trainer — Like
Carlos "Charlie" Basurto — Artist — Like
Flores Carpet Cleaning — Advertising/Marketing — Like

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2021