# EXHIBIT E

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

(Mark One)

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended December 31, 2020

OR

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from            to

Commission file number: 001-36146

# CommScope Holding Company, Inc.
(Exact name of registrant as specified in its charter)

| **Delaware** | | **27-4332098** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | | (I.R.S. Employer Identification No.) |
| **1100 CommScope Place, SE Hickory, North Carolina** | **28602** | **(828) 324-2200** |
| (Address of principal executive offices) | (Zip Code) | (Telephone number) |

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Ticker symbol** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, par value $.01 per share | COMM | Nasdaq |

Securities registered pursuant to Section 12(g) of the Act: **NONE**

Indicate by check mark whether the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes ☒  No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.  Yes ☐  No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☒  No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).  Yes ☒  No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer" "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report.  ☒

Indicate by check mark whether the registrant is a shell company (as defined in Exchange Act Rule 12b-2).  Yes ☐  No ☒

The aggregate market value of shares of Common Stock held by non-affiliates of the registrant was approximately $1,603.3 million as of June 30, 2020. For purposes of this computation, shares held by affiliates and by directors and officers of the registrant have been excluded.

As of February 5, 2021 there were 200,832,665 shares of the registrant's Common Stock outstanding.

Documents Incorporated by Reference

## ITEM 1B.    UNRESOLVED STAFF COMMENTS

None.

## ITEM 2.    PROPERTIES

Our facilities are used primarily for manufacturing, distribution and administration. Facilities primarily used for manufacturing may also be used for distribution, engineering, research and development, storage, administration, sales and customer service. Facilities primarily used for administration may also be used for research and development, sales and customer service. As of December 31, 2020, our principal facilities, grouped according to the facility's primary use, were as follows:

| Location | Approximate square feet | Principal segments | Owned or leased |
|---|---:|---|---|
| **Administrative facilities:** | | | |
| Hickory, NC (1) | 84,000 | Corporate headquarters | Owned |
| Horsham, PA | 325,000 | Corporate | Owned |
| Suwanee, GA | 103,000 | Corporate | Leased |
| San Diego, CA | 187,000 | Broadband & Home | Leased |
| Shakopee, MN | 177,000 | VCN | Leased |
| Bangalore, India | 151,000 | Home & Broadband | Leased |
| Saltaire, UK | 112,000 | Home | Leased |
| Lowell, MA | 144,000 | Broadband | Leased |
| Santa Clara, CA | 132,000 | Broadband & Home | Leased |
| Richardson, TX (1) | 100,000 | OWN | Owned |
| **Manufacturing and distribution facilities:** | | | |
| Catawba, NC (1) | 1,000,000 | Broadband | Owned |
| Claremont, NC (1) | 589,000 | VCN & Broadband | Owned |
| Kessel-Lo, Belgium | 431,000 | Broadband | Owned |
| Suzhou, China (2) | 414,000 | OWN & VCN | Owned |
| Suzhou, China (2) | 363,000 | Broadband | Owned |
| Goa, India (2) | 353,000 | OWN & VCN | Owned |
| Juarez, Mexico | 327,000 | VCN | Owned |
| Santa Teresa, NM | 300,000 | Broadband & VCN | Leased |
| Brno, Czech Republic | 281,000 | Broadband | Leased |
| Reynosa, Mexico | 279,000 | OWN | Owned |
| Veenendaal, Netherlands | 215,000 | OWN & VCN | Leased |
| Greensboro, NC (1) | 196,000 | VCN | Owned |
| Juarez, Mexico | 189,000 | Broadband | Leased |
| Cary, NC | 151,000 | Home & Broadband | Owned |
| Mission, TX | 150,000 | VCN | Leased |
| Delicias, Mexico | 139,000 | VCN | Owned |
| Campbellfield, Australia | 133,000 | OWN | Leased |
| Bray, Ireland | 130,000 | VCN | Owned |
| Tijuana, Mexico | 128,000 | Broadband & VCN | Leased |
| Buchdorf, Germany | 109,000 | VCN | Owned |
| **Vacant facilities and properties:** | | | |
| Joliet, IL (3) | 690,000 | Corporate | Leased |
| Sorocaba, Brazil (4) | 157,000 | OWN | Owned |
| Orland Park, IL (5) | — | Corporate | Owned |

(1)    Our interest in each of these properties is encumbered by a mortgage or deed of trust lien securing our senior secured credit facilities (see Note 8 in the Notes to Consolidated Financial Statements included elsewhere in this Annual Report on Form 10-K).

# SIGNATURES

Pursuant to the requirements of Section 13 or Section 15(d) of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

COMMSCOPE HOLDING COMPANY, INC

DATE:  February 16, 2021          BY:  /s/ Charles L. Treadway
                                       Charles L. Treadway
                                       *President and Chief Executive Officer*

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, this Annual Report on Form 10-K has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ CHARLES L. TREADWAY<br>Charles L. Treadway | President, Chief Executive Officer and Director (Principal Executive Officer) | February 16, 2021 |
| /s/ ALEXANDER W. PEASE<br>Alexander W. Pease | Executive Vice President and Chief Financial Officer (Principal Financial Officer) | February 16, 2021 |
| /s/ BROOKE B. CLARK<br>Brooke B. Clark | Senior Vice President and Chief Accounting Officer (Principal Accounting Officer) | February 16, 2021 |
| /s/ CLAUDIUS E. WATTS IV<br>Claudius E. Watts IV | Director and Chairman of the Board | February 16, 2021 |
| /s/ AUSTIN A. ADAMS<br>Austin A. Adams | Director | February 16, 2021 |
| /s/ MARY S. CHAN<br>Mary S. Chan | Director | February 16, 2021 |
| /s/ FRANK M. DRENDEL<br>Frank M. Drendel | Director and Chairman Emeritus | February 16, 2021 |
| /s/ STEPHEN C. GRAY<br>Stephen C. Gray | Director | February 16, 2021 |
| /s/ L. WILLIAM KRAUSE<br>L. William Krause | Director | February 16, 2021 |
| /s/ JOANNE M. MAGUIRE<br>Joanne M. Maguire | Director | February 16, 2021 |
| /s/ THOMAS J. MANNING | Director | February 16, 2021 |

| | | |
|---|---|---|
| Thomas J. Manning | | |
| /s/ PATRICK R. MCCARTER<br>Patrick R. McCarter | Director | February 16, 2021 |
| /s/ TIMOTHY T. YATES<br>Timothy T. Yates | Director | February 16, 2021 |

131