IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>    Plaintiff,<br><br>v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,** | § § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED**<br><br><br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.**<br><br>    Defendants. | § § § § § | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

## **ORDER**

Before the Court is Plaintiff TQ Delta, LLC's ("TQ Delta") Unopposed Motion for Leave to Propound Expedited Venue Discovery.

Having reviewed the briefing in light of the record and the applicable law, the Court hereby **GRANTS** TQ Delta's Motion and hereby **ORDERS** the following:

- By December 3, 2021 TQ Delta will serve on CommScope[1] a notice under Federal Rule of Civil Procedure 30(b)(6) that contains no more than ten (10) topics and the resulting deposition will last for no longer than four (4) hours. Further, TQ Delta will serve no more

---

[1] "CommScope" as used herein refers to Defendants CommScope Holding Company, Inc., CommScope, Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC.

than five (5) interrogatories and no more than five (5) requests for document production on CommScope.

- CommScope shall also be permitted to conduct venue discovery to the same extent as that specified in the preceding bullet point.