IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>　　Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **JURY TRIAL DEMANDED**<br><br><br><br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

**JOINT MOTION FOR EXTENSION OF TIME TO
SUBMIT THE PARTIES' PROPOSED DISCOVERY ORDER AND
PROPOSED DOCKET CONTROL ORDER**

The parties Plaintiff TQ Delta, LLC ("TQ Delta"); Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC's ("CommScope"); and Defendants Nokia Corp., Nokia Solutions and Networks Oy, and Nokia of America Corp. ("Nokia") (collectively, the "Parties") respectfully move for a one-week extension of time, up to and including December 9, 2021, to submit the Parties' proposed discovery order and proposed docket control order. In support of their Motion, the Parties respectfully show the Court as follows:

On November 18, 2021, the Court held a scheduling conference for the above-captioned suit. *See* Dkt. No. 27. Per the Court's Order setting this scheduling conference (Dkt. No. 27), the

deadline for the Parties to submit their proposed discovery order and proposed docket control order is currently December 2, 2021.  The Parties have been conferring with one another to reach an agreement on the terms of their proposed docket control order and proposed discovery order, but certain issues remain disputed.  The Parties, therefore, seek this one-week extension so that they may continue in their discussions and attempt to resolve these remaining issues or at least narrow the issues for the Court.  The Parties seek this extension not for delay but for good cause and so that justice may be served.

The Parties respectfully request that the Court extend their deadline to submit their proposed docket control order and proposed discovery order by one additional week, up to and including December 9, 2021.

Dated: December 2, 2021

Respectfully submitted,

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

By: /s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave, Ste. 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Douglas J. Kline
Christie Larochelle
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
P:  (617) 570-1000
F:  (617) 523-1231
dkline@goodwinlaw.com
clarochelle@goodwinlaw.com

/s/ M. Scott Stevens
M. Scott Stevens (NC Bar # 37828)
Karlee Wroblewski (NC Bar # 55043)
Nicholas C. Marais (NC Bar # 53533)
**ALSTON & BIRD LLP**
One South at the Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Tel: 704.444.1000
Fax: 704.444.1111
Email: scott.stevens@alston.com
Email: karlee.wroblewski@alston.com
Email: nic.marais@alston.com

| | | |
|---|---|---|
| **The Davis Firm PC**<br>213 N. Fredonia Street, Suite 230<br>Longview, Texas 75601<br>Telephone: (903) 230-9090<br>Facsimile: (903) 230-9661<br><br>ATTORNEYS FOR PLAINTIFF<br>TQ DELTA, LLC | Brett Schuman<br>Rachel M. Walsh<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>P: (415) 733-6000<br>F: (415) 677-9041<br>bschuman@goodwinlaw.com<br>rwalsh@goodwinlaw.com<br><br>Andrew Ong<br>GOODWIN PROCTER LLP<br>601 Marshall St.<br>Redwood City, CA 94063<br>P: (650) 752-3100<br>F: (650) 853-1038<br>aong@goodwinlaw.com<br><br>***Attorneys for Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC*** | John D. Haynes (GA Bar # 340599)<br>**ALSTON & BIRD LLP**<br>One Atlantic Center<br>1201 West Peachtree Street<br>Suite 4900<br>Atlanta, GA 30309<br>Tel: 404.881.7737<br>Fax: 704.444.1111<br>Email:<br>john.haynes@alston.com<br><br>Deron R. Dacus (Texas Bar No. 00790553)<br>**THE DACUS LAW FIRM, P.C.**<br>821 ESE Loop 323, Suite 430<br>Tyler, TX 75701<br>Telephone: (903) 705-1171<br>Facsimile: (903) 581-2543<br><br>***Counsel for Defendant Nokia Corp., Nokia Solutions and Networks Oy, and Nokia of America Corp***. |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this December 2, 2021, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

/s/ William E. Davis, III
William E. Davis, III

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the Nokia Defendants and CommScope Defendants join this motion in its entirety.

/s/ William E. Davis, III
William E. Davis, III
