# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>      Plaintiff,<br><br>v.<br><br> | §<br>§<br>§<br>§<br>§ | **JURY TRIAL DEMANDED** |
| **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.**<br><br>      Defendants. | §<br>§<br>§<br>§<br>§ | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

# ORDER

Before the Court is the parties Plaintiff TQ Delta, LLC's; Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC's; and Defendants Nokia Corp., Nokia Solutions and Networks Oy, and Nokia of America Corp. (collectively, the "Parties") Joint Motion for Extension of Time to Submit the Parties' Proposed Discovery Order and Proposed Docket Control Order ("Motion").

Having considered the Motion, the Court finds that it should be **GRANTED**.

Accordingly, the Court **ORDERS** that the deadline for the Parties' to submit their proposed discovery order and proposed docket control order is extended to December 9, 2021.