# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>    Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **JURY TRIAL DEMANDED**<br><br><br><br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.<br><br>    Defendants. | §<br>§<br>§<br>§<br>§ | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

**PLAINTIFF TQ DELTA, LLC'S RESPONSE TO
DEFENDANT NOKIA CORPORATION AND NOKIA SOLUTIONS
AND NETWORK OY'S MOTION TO DISMISS
UNDER RULE 12(b)(6) FOR FAILURE TO PLEAD COMPLIANCE WITH THE
<u>ACTUAL NOTICE AND MARKING REQUIREMENTS OF 35 U.S.C. 287(a)</u>**

The Court should deny Nokia Corporation and Nokia Solutions and Network Oy's Motion to Dismiss Under Rule 12(b)(6) for Failure to Plead Compliance with the Actual Notice and Marking Requirements of 35 U.S.C. § 287(a), (Dkt. 44) ("Motion"). Nokia Corporation and Nokia Solutions and Network Oy's Motion is the same Motion as Nokia of America Corporation's Motion (-309 Case, Dkt. 20). TQ Delta has responded to that Motion, along with exhibits. *See* Dkt. 34 (Response); Dkt. 45 (Sur-Reply). TQ Delta incorporates its prior briefing and exhibits into this Response. And for the same reasons in TQ Delta's prior briefing, TQ Delta respectfully requests that the Court deny this Motion as well.

Dated: December 6, 2021

Respectfully submitted,

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com

**The Davis Firm PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

ATTORNEYS FOR PLAINTIFF
TQ DELTA, LLC

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served this December 6, 2021, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

/s/ William E. Davis, III
William E. Davis, III
