## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **TQ DELTA, LLC,** <br> **Plaintiff,** <br><br> v. | § <br> § <br> § <br> § <br> § | **JURY TRIAL DEMANDED** |
| **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,** | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **Civil Action 2:21-cv-310-JRG** <br> **(Lead Case)** |
| **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.** <br><br> **Defendants.** | § <br> § <br> § <br> § <br> § | **Civil Action No. 2:21-cv-309-JRG** <br> **(Member Case)** |

### JOINT MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER

Pursuant to the Court's Order (Dkt. 27), dated October 25, 2021, Plaintiff TQ Delta, LLC and Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (the "CommScope Defendants") and Defendants Nokia of America Corp., Nokia Corp. and Nokia Solutions and Networks Oy (the "Nokia Defendants") jointly and respectfully move for entry of the parties' Agreed Docket Control Order attached hereto.

Dated: December 9, 2021                    Respectfully submitted,

By: /s/ William E. Davis, III             By: /s/ M. Scott Stevens
William E. Davis, III                     M. Scott Stevens (NC Bar # 37828)
Texas State Bar No. 24047416              Karlee Wroblewski (NC Bar # 55043)
bdavis@davisfirm.com                      Nicholas C. Marais (NC Bar # 53533)

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com

**THE DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

ATTORNEYS FOR PLAINTIFF
TQ DELTA, LLC

**ALSTON & BIRD LLP**
One South at the Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Tel: 704.444.1000
Fax: 704.444.1111

John D. Haynes (GA Bar #340599)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree St. NE
Tel: (404) 881-7000
Fax: (404) 881-7777
Email: Bob.Lee@alston.com

Sam Bragg (TX Bar # 24097413)
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Tel: 214.922.3400
Fax: 214.922.3899
Email: sam.bragg@alston.com

Deron R. Dacus
Texas Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tel: (903) 705-1117
Fax: (903) 581-2543
Email: ddacus@dacusfirm.com
Email: sdacus@dacusfirm.com

ATTORNEYS FOR THE NOKIA
DEFENDANTS

By: /s/ Brian Craft
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave, Ste. 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)

efindlay@findlaycraft.com
bcraft@findlaycraft.com

Douglas J. Kline
Christie Larochelle
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
P: (617) 570-1000
F: (617) 523-1231
dkline@goodwinlaw.com
clarochelle@goodwinlaw.com

Brett Schuman
Rachel M. Walsh
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P: (415) 733-6000
F: (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
**GOODWIN PROCTER LLP**
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

ATTORNEYS FOR THE COMMSCOPE
DEFENDANTS

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ William E. Davis, III
William E. Davis, III

**<u>CERTIFICATE OF CONFERENCE</u>**

The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the foregoing motion is joined in its entirety by Plaintiff TQ Delta, LLC and the Nokia Defendants and the CommScope Defendants.

/s/ William E. Davis, III
William E. Davis, III
