IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § § § | |
| *Plaintiff,* | § § | **Civil Action No. 2:21-cv-310-JRG** |
| v. | § § | **JURY TRIAL DEMANDED** |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § § § | **LEAD CASE** |
| *Defendants.* | § § | |

| | | |
|---|---|---|
| TQ DELTA, LLC, | § § § | |
| *Plaintiff,* | § § | **Civil Action No. 2:21-cv-309-JRG** |
| v. | § § | **JURY TRIAL DEMANDED** |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP. | § § § § § | **MEMBER CASE** |
| *Defendants.* | § § | |

### TQ DELTA, LLC'S NOTICE OF DISCOVERY DISCLOSURE

Plaintiff TQ Delta, LLC hereby provides notice, under Local Rule CV-26(c) that on December 9, 2021, it served its Initial and Additional Disclosures upon counsel of record for Defendants.

| | |
|---|---|
| Dated: December 9, 2021 | Respectfully submitted,<br><br>By:  /s/ *William E. Davis, III*<br>William E. Davis, III<br>Texas State Bar No. 24047416<br>bdavis@davisfirm.com<br><br>Christian J. Hurt<br>Texas State Bar No. 24059987<br>churt@davisfirm.com<br><br>Rudolph "Rudy" Fink IV<br>Texas State Bar No. 24082997<br>rfink@davisfirm.com<br><br>**The Davis Firm PC**<br>213 N. Fredonia Street, Suite 230<br>Longview, Texas 75601<br>Telephone: (903) 230-9090<br>Facsimile: (903) 230-9661<br><br>ATTORNEYS FOR PLAINTIFF<br>TQ DELTA, LLC |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served this December 9, 2021 on all counsel of record, each of whom is deemed to have consented to electronic service.  L.R. CV-5(a)(3)(A).

/s/ William E. Davis, III
William E. Davis, III