# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>                        *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>                        *Defendants*. | Civil Action No.: 2:21-cv-310 |

## **COMMSCOPE'S NOTICE OF COMPLIANCE**

Defendants CommScope Holding Company, Inc., CommScope, Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., and Arris Enterprises, LLC (collectively, "Defendants") hereby notify the Court that pursuant to the Parties' Proposed Docket Control Order [Dkt. 54-1] they have served their Initial and Additional Disclosures on counsel for Plaintiff *via* electronic mail on December 9, 2021.

Dated:  December 10, 2021                        Respectfully submitted,

                                                               By:   By: */s/ Eric H. Findlay*
                                                                         Eric H. Findlay
                                                                         State Bar No. 00789886
                                                                         Brian Craft
                                                                         State Bar No. 04972020
                                                                         FINDLAY CRAFT, P.C.
                                                                         102 N. College Ave, Ste. 900
                                                                         Tyler, TX 75702
                                                                         903-534-1100 (t)
                                                                         903-534-1137 (f)
                                                                         efindlay@findlaycraft.com

bcraft@findlaycraft.com

Douglas J. Kline
Christie Larochelle
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
P: (617) 570-1000
F: (617) 523-1231
dkline@goodwinlaw.com
clarochelle@goodwinlaw.com

Brett Schuman
Rachel M. Walsh
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P: (415) 733-6000
F: (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
GOODWIN PROCTER LLP
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2021, I electronically filed the foregoing **NOTICE OF COMPLIANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

  */s/ Eric H. Findlay*
  Eric H. Findlay