IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:21-CV-00310-JRG |
| | § |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., ARRIS ENTERPRISES, LLC, | § § § § § § § § |
| | § |
| Defendants. | § |

**ORDER**

Before the Court are TQ Delta, LLC's Unopposed Motion for Extension of Time to Respond to the Commscope Defendants' Motion to Transfer Venue to the District of Delaware (Dkt. No. 38) (the "First Motion for Extension"), TQ Delta, LLC's Unopposed Motion for Leave to Propound Expedited Venue Discovery (Dkt. No. 48) (the "Motion for Venue Discovery"), and TQ Delta's Second Unopposed Motion for Extension of Time to Respond to the Commscope Defendants' Motion to Transfer Venue to the District of Delaware (Dkt. No. 49) (the "Second Motion for Extension") (collectively, the "Motions").

In the Motion for Venue Discovery, the parties request that the Court grant leave so they may conduct venue discovery related to Defendants CommScope Holding Company, Inc., CommScope, Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC's ("CommScope") Motion to Transfer to the District of Delaware (Dkt. No. 32) (the "Motion to Transfer"). In the First Motion for Extension and Second Motion

for Extension, the parties request that the Court extend Plaintiff TQ Delta, LLC's deadline to respond to the Motion to Transfer until two weeks after the completion of venue discovery. The parties further inform the Court that they have agreed that CommScope will move for leave to conduct venue discovery to the same extent requested in the Motion for Venue Discovery after the filing of TQ Delta's response to the Motion to Transfer and will request to file its reply thereafter.

Having considered the Motions, and noting that they are unopposed, the Court finds that the Motions should be and hereby are **GRANTED-IN-PART**. Accordingly, it is **ORDERED** that both parties have leave to simultaneously conduct venue discovery to the extent described in the Motion for Venue Discovery, which is to be completed no later than **forty-five (45) days** from the date of this Order. It is further **ORDERED** that TQ Delta's deadline to respond to the Motion to Transfer is **extended** until **fifteen (15) days** after the completion of venue discovery and CommScope's deadline to reply is **extended** until **seven (7) days** after the filing TQ Delta's response.

So ORDERED and SIGNED this 22nd day of December, 2021.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE