IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>*Plaintiff*,<br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC<br><br>*Defendants*. | CIV. A. NO. 2:21-CV-310-JRG<br>(Lead Case) |
| TQ DELTA, LLC,<br><br>*Plaintiff*,<br>v.<br><br>NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,<br><br>*Defendants*. | CIV. A. NO. 2:21-CV-309-JRG<br>(Member Case) |

## NOKIA'S NOTICE OF DISCOVERY DISCLOSURE

Defendants Nokia of America Corporation, Nokia Corporation, and Nokia Solutions and Networks, Oy hereby provide notice, under Local Rule CV-26(c), that on January 13, 2022 they complied with P.R. 3-3 & 3-4 and served their Invalidity Contentions and accompanying document production on counsel of record for Plaintiff TQ Delta, LLC ("TQ Delta").

Dated: January 13, 2022          Respectfully submitted,

/s/ M. Scott Stevens
M. Scott Stevens (NC Bar # 37828)
Karlee Wroblewski (NC Bar # 55043)
Nicholas Marais (NC Bar # 53533)
**ALSTON & BIRD LLP**
One South at the Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Tel: 704.444.1000
Fax: 704.444.1111
Email: scott.stevens@alston.com
Email: karlee.wroblewski@alston.com
Email: nic.marais@alston.com

John D. Haynes (GA Bar # 340599)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Tel: 404.881.7737
Fax: 704.444.1111
Email: john.haynes@alston.com

Deron R. Dacus (Texas Bar No. 00790553)
**THE DACUS LAW FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1171
Facsimile: (903) 581-2543

*Counsel for Defendants Nokia Corp.,
Nokia Solutions and Networks Oy, and
Nokia of America Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served electronically on January 13, 2022, on all counsel who have consented to electronic service.

      /s/ *M. Scott Stevens*
      M. Scott Stevens