IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC | § § | |
| v. | § § | 2:21-cv-310-JRG– LEAD CASE |
| COMMSCOPE HOLDING COMPANY, INC. ET AL | § § § | |

---

| | | |
|---|---|---|
| TQ DELTA, LLC | § § | |
| v. | § § | 2:21-CV-309-JRG |
| NOKIA CORPORATION ET AL | § § | |

### DEFENDANT'S UNOPPOSED MOTION FOR WITHDRAWAL OF DERON R. DACUS AS COUNSEL

Defendant Nokia of America Corporation ("Nokia" or "Defendant") files this unopposed Motion for Withdrawal of Deron R. Dacus as counsel in the above-referenced matter. In support of this Motion, Defendant shows the Court the following:

1. Deron R. Dacus, having appeared in the above-captioned case on behalf of Defendant, will no longer act as counsel for Defendant in this action.

2. Defendant will continue to be represented by Alston & Bird LLP.

3. The withdrawal of Deron R. Dacus as counsel for Defendant will not delay the proceedings in this matter.

4. Plaintiff does not oppose the withdrawal of Deron R. Dacus as counsel for Defendant.

5. Therefore, Defendant requests that this Unopposed Motion for Withdrawal of Deron R. Dacus as counsel be granted and he be removed from the official service list in this case.

                                      Respectfully submitted,

DATED:  January 28, 2022

                                      */s/ Deron R. Dacus*
                                      Deron R. Dacus (TX Bar No. 00790553)
                                      THE DACUS FIRM, P.C.
                                      821 ESE Loop 323, Suite 430
                                      Tyler, TX 75701
                                      Telephone: 903-705-7233
                                      Email: ddacus@dacusfirm.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the above and foregoing document has been served on January 28, 2022 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                      */s/ Deron R. Dacus*
                                      Deron R. Dacus

## **CERTIFICATE OF CONFERENCE**

       The undersigned certifies that Defendant's counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that the foregoing motion is unopposed.

                                      */s/ Deron R. Dacus*
                                      Deron R. Dacus