IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC | § § | |
| v. | § § | 2:21-cv-310-JRG– LEAD CASE |
| COMMSCOPE HOLDING COMPANY, INC. ET AL | § § § | |

---

| | | |
|---|---|---|
| TQ DELTA, LLC | § § | |
| v. | § § | 2:21-CV-309-JRG |
| NOKIA CORPORATION ET AL | § | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR WITHDRAWAL OF DERON R. DACUS AS COUNSEL

The Court, having considered the Unopposed Motion for Withdrawal of Counsel filed by Defendant Nokia of America Corporation ("Defendant"), hereby grants the motion.

It is, therefore, ORDERED that Deron R. Dacus is WITHDRAWN as counsel for Defendant in the above-captioned civil action.