**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TQ DELTA, LLC,<br><br>          *Plaintiff,*<br><br>   v.<br><br>COMMSCOPE HOLDING COMPANY, INC.,<br>COMMSCOPE INC., ARRIS US HOLDINGS,<br>INC., ARRIS SOLUTIONS, INC., ARRIS<br>TECHNOLOGY, INC., and ARRIS<br>ENTERPRISES, LLC,<br><br>          *Defendants.* | Civil Action No. 2:21-cv-310-JRG<br><br>████████████████ |

**NOTICE OF SUPPLEMENTAL SUPPORT FOR**
**COMMSCOPE'S MOTION TO TRANSFER**

Currently pending before the Court is Defendants CommScope Holding Company, Inc., CommScope, Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (collectively, "CommScope" or "Defendants") Opposed Motion to Transfer Venue to the District of Delaware ("CommScope's Motion to Transfer").  Dkt. 32. Briefing has not closed on this motion.  Plaintiff TQ Delta, LLC is conducting venue discovery and has not yet submitted a response to CommScope's Motion to Transfer.  CommScope files this notice to bring the Court's attention to subsequent factual information that is relevant to CommScope's Motion to Transfer.

Specifically, since the commencement of venue discovery, CommScope has retained Dr. Leonard J. Cimini, who has already been retained by CommScope's subsidiary 2Wire and serves as an expert in the in the related Delaware case, *TQ Delta, LLC v. 2Wire, Inc.*, No. 13-cv-01835-RGA (D. Del.).  Dr. Cimini resides in Delaware and is the primary caregiver for his wife who has

been ill for years.  Declaration of Leonard J. Cimini ("Cimini Declaration") (attached as Ex. A)

¶ 2.  In August 2021, ██████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████  *Id.*  ████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

██████████████████  *Id.*  ████████████████████████████████████  *Id.*  It would be

burdensome for Dr. Cimini to travel to Texas and stay for the duration of trial given his

responsibilities as the primary caregiver for his wife.  *Id.* ¶ 3.  On the other hand, if trial of this

case took place in Delaware, Dr. Cimini could easily travel to the federal court in the District of

Delaware while also being able to offer normal care for his wife in Philadelphia.  *Id.* ¶ 4.

To evaluate transfer under § 1404(a), courts first consider "whether a civil action 'might

have been brought' in the destination venue."  *In re Volkswagen of Am. Inc.*, 545 F.3d 304, 312

(5th Cir. 2008).  If so, courts weigh four private and four public factors to determine whether good

cause exists to transfer the matter.  *Id.* at 315.  The private factors include: "(1) the relative ease of

access to sources of proof; (2) the availability of compulsory process to secure the attendance of

witnesses; (3) the cost of attendance for willing witnesses; (4) all other practical problems that

make trial of a case easy, expeditious and inexpensive."  *Id.*  CommScope submits the Cimini

Declaration as relevant to at least factors (3) and (4) of the private interest factors, weighing in

favor of transfer to the District of Delaware.

Dated this 31 day of January, 2022                  Respectfully submitted,

                                                                    By: */s/ Eric H. Findlay*
                                                                    Eric H. Findlay
                                                                    State Bar No. 00789886
                                                                    Brian Craft

State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave, Ste. 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Douglas J. Kline
Christie Larochelle
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
P:  (617) 570-1000
F:  (617) 523-1231
dkline@goodwinlaw.com
clarochelle@goodwinlaw.com

Brett Schuman
Rachel M. Walsh
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P:  (415) 733-6000
F:  (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
GOODWIN PROCTER LLP
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

***Attorney for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 31, 2022, a true and correct copy of the foregoing document was electronically filed in compliance with Local Rule CV-5(a) and was served on all counsel who are deemed to have consented to electronic service, per Local Rule CV-5(a)(3).

*/s/ Eric H. Findlay*
Eric H. Findlay

