IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **TQ DELTA, LLC,**<br>　　Plaintiff,<br><br>v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,** | § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED**<br><br><br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.**<br><br>　　Defendants. | § § § § § | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

**ORDER**

Before the Court is Plaintiff TQ Delta, LLC's ("TQ Delta") Unopposed Motion to Extend the Deadline for Venue Discovery related Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC's (collectively, "CommScope") Motion to Transfer Venue to the District of Delaware ("Motion to Transfer"). Dkt. No. 32.

Having considered the Motion, the Court finds that it should be **GRANTED**.

Accordingly, the Motion is **GRANTED** and the deadline for venue discovery related to CommScope's Motion to Transfer is extended from February 7, 2022, to February 8, 2022, solely

for the purpose of TQ Delta presenting its Rule 30(b)(6) representative for deposition on topics related to venue in this matter.