IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br>                  *Plaintiff*,<br>      v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br>                  *Defendants*. | CIV. A. NO. 2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br>                  *Plaintiff*,<br>      v.<br><br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br>                  *Defendants*. | CIV. A. NO. 2:21-CV-309-JRG<br>(Member Case) |
| **NOKIA OF AMERICA CORP.,**<br>                  *Third-Party Plaintiff*,<br>      v.<br><br>**BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.,**<br>                  *Third-Party Defendants*. | |

**[PROPOSED] ORDER FOCUSING PATENT CLAIMS AND PRIOR ART**

The Court ORDERS as follows:

1.   This Order supplements all other discovery rules and orders. It streamlines the issues in this case to promote a "just, speedy, and inexpensive determination" of this action, as provided by Federal Rule of Civil Procedure 1.

***Phased Limits on Asserted Claims and Prior Art References***

2.   By the date set forth for completion of claim construction discovery pursuant to P.R. 4-4, the patent claimant shall serve a Preliminary Election of Asserted Claims, which shall assert no more than ten claims from each patent and not more than a total of 32 claims. Not later than 14 days after service of the Preliminary Election of Asserted Claims, the patent defendants shall serve a Preliminary Election of Asserted Prior Art, which shall assert no more than eight prior art references against each patent and not more than a total number of references as laid out below:[1]

| Number of Patents Asserted | Number of Corresponding Prior Art References |
|---|---|
| 0-7 Patents | 40 Prior Art References |
| 8-14 Patents | 60 Prior Art References |
| 14-22 Patents | 80 Prior Art References |

3.   No later than 28 days before the service of expert reports by the party with the burden of proof on an issue, the patent claimant shall serve a Final Election of Asserted Claims, which shall identify no more than five asserted claims per patent from among the ten previously identified claims and no more than a total of 16 claims. By the date set for the service of expert reports by the party with the burden of proof on an issue, the patent defendants shall serve a Final

---

[1] For purposes of this Order, a prior art instrumentality (such as a device or process) and associated references that describe that instrumentality shall count as one reference, as shall the closely related work of a single prior artist.

Election of Asserted Prior Art, which shall identify no more than six asserted prior art references per patent from among the eight prior art references previously identified for that particular patent and not more than a total number of references as laid out below:

| Number of Patents Asserted | Number of Corresponding Prior Art References |
|---|---|
| 0-7 Patents | 20 Prior Art References |
| 8-14 Patents | 40 Prior Art References |
| 14-22 Patents | 60 Prior Art References |

4. For purposes of this Final Election of Asserted Prior Art, each obviousness combination counts as a separate prior art reference.

5. If the patent claimant asserts infringement of only one patent, all per-patent limits in this order are increased by 50%, rounding up.

*Modification of this Order*

6. Subject to Court approval, the parties may modify this Order by agreement, but should endeavor to limit the asserted claims and prior art references to the greatest extent possible. Absent agreement, post-entry motions to modify this Order's numerical limits on asserted claims and prior art references must demonstrate good cause warranting the modification. Motions to modify other portions of this Order are committed to the sound discretion of the Court.[2]

---

[2] This Order contemplates that the parties and the Court may further narrow the issues during pretrial proceedings in order to present a manageable case at trial.