IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>                 Plaintiff,<br><br>   v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>                 Defendants. | Civil Action No. 2:21-cv-310<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE OF COUNSEL**

Defendants CommScope Holding Company, Inc., CommScope Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., and Arris Enterprises, LLC, (collectively, "Defendants"), file this Notice of Appearance, and hereby notifies the Court that Amadou Kilkenny Diaw, of the law firm Goodwin Proctor LLP, 1900 N St. NW, Washington, DC 20036, Telephone (202) 346-4000, Fax (202) 346-4444, E-mail: adiaw@goodwinlaw.com has entered this action as counsel for Defendants. In connection with this notice, Mr. Diaw requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: February 7, 2022                                                            Respectfully submitted,

                                                                                       By: */s/ Amadou Kilkenny Diaw*
                                                                                       Amadou Kilkenny Diaw
                                                                                       State Bar No. 1006908
                                                                                       adiaw@goodwinlaw.com

2

1900 N. Street, NW
Washington, DC 20036
Phone: (202) 346-4000
Fax: (202) 346-4444
GOODWIN PROCTER LLP

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2022, I caused the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Amadou Kilkenny Diaw*
Amadou Kilkenny Diaw