**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **TQ DELTA, LLC,**<br><br>**Plaintiff,**<br><br>v. | §<br>§<br>§<br>§<br>§<br>§ | **JURY TRIAL DEMANDED** |
| **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action 2:21-cv-310-JRG**<br>**(Lead Case)** |
| **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.**<br><br>**Defendants.**<br><br>**NOKIA OF AMERICA CORP.,**<br>**Third Party Plaintiff,**<br><br>**v.**<br><br>**BROADCOM CORP., BROADCOM INC., And AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.,**<br>**Third Party Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 2:21-cv-309-JRG**<br>**(Member Case)** |

**PLAINTIFF'S NOTICE OF DISCLOSURE OF PROPOSED CLAIM TERMS FOR CONSTRUCTION IN ACCORDANCE WITH P.R. 4-1**

Plaintiff hereby provides notice that pursuant to the Court's Docket Control Order [Dkt. 62] Plaintiff has complied with P.R. 4-1 and has served its Proposed Claim Terms for Construction on all parties and counsel.

Dated: February 10, 2022

Respectfully submitted,

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Edward Chin
Texas State Bar No. 50511688
echin@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

**The Davis Firm PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

**ATTORNEYS FOR PLAINTIFF TQ DELTA, LLC**

## CERTIFICATE OF SERVICE

A true and correct copy of the preceding instrument was served electronically on all counsel who have consented to electronic service via ECF on February 10, 2022.

/s/ William E. Davis, III
William E. Davis, III