AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| TQ Delta, LLC <br> *Plaintiff* <br> v. <br> Nokia of America Corp. <br> *Defendant, Third-party plaintiff* <br> v. <br> Broadcom Corporation, Broadcom Incorporated and Avago Technologies International Sales Pte. Ltd. <br> *Third-party defendant* | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:21-CV-310-JRG (lead) <br> 2:21-CV-309-JRG (member) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Broadcom Corporation
16215 Alton Parkway
Irvine, CA 92618

A lawsuit has been filed against defendant __Nokia of America Corp.__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __TQ Delta, LLC__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

M. Scott Stevens, Alston & Bird LLP, 101 S. Tryon Street, Suite 4000, Charlotte, NC 28280-4000

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

William E. Davis, III, The Davis Firm PC, 213 N. Fredonia Street, Suite 230, Longview, TX 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: __1/28/22__



CLERK OF COURT

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

y

Case 2:21-cv-00310-JRG   Document 71-1   Filed 01/28/22   Page 2 of 2 PageID #: 1352

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:21-CV-310-JRG (lead)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BROADCOM CORPORATION
was received by me on *(date)* 02/03/22 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* TRUDY DESBIENS , who is
designated by law to accept service of process on behalf of *(name of organization)* CSC LAWYERS INCORPORATING SERVICE
@ 2710 GATEWAY OAKS DR., SUITE 150N, SACRAMENTO, CA 95833   on *(date)* 02/07/22 @ 4:39PM   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/9/22                    *K. Souza*
                                *Server's signature*

                                KRYSTAL SOUZA - PROCESS SERVER- PS-047
                                *Printed name and title*

                                P.O. Box 2309 Orange, CA 92859
                                *Server's address*

Additional information regarding attempted service, etc:

Case 2:21-cv-00310-JRG   Document 71-1   Filed 01/28/22   Page 2 of 2 PageID #: 1352

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:21-CV-310-JRG (lead)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BROADCOM CORPORATION
was received by me on *(date)* 02/03/22 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* TRUDY DESBIENS, who is designated by law to accept service of process on behalf of *(name of organization)* CSC LAWYERS INCORPORATING SERVICE @ 2710 GATEWAY OAKS DR., SUITE 150N, SACRAMENTO, CA 95833   on *(date)* 02/07/22 @ 4:39PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/9/22

*Server's signature* (K. Souza)

KRYSTAL SOUZA - PROCESS SERVER - PS-047
*Printed name and title*

P.O. Box 2309 Orange, CA 92859
*Server's address*

Additional information regarding attempted service, etc: