AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| TQ Delta, LLC <br> *Plaintiff* <br> v. <br> Nokia of America Corp. <br> *Defendant, Third-party plaintiff* <br> v. <br> Broadcom Corporation, Broadcom Incorporated and Avago Technologies International Sales Pte. Ltd. <br> *Third-party defendant* | Civil Action No. 2:21-CV-310-JRG (lead) <br> 2:21-CV-309-JRG (member) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Broadcom Incorporated
1320 Ridder Park Drive
San Jose, CA 95131

A lawsuit has been filed against defendant __Nokia of America Corp.__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __TQ Delta, LLC__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

M. Scott Stevens, Alston & Bird LLP, 101 S. Tryon Street, Suite 4000, Charlotte, NC 28280-4000

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

William E. Davis, III, The Davis Firm PC, 213 N. Fredonia Street, Suite 230, Longview, TX 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: __1/28/22__



CLERK OF COURT

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

Case 2:21-cv-00310-JRG   Document 71-2   Filed 01/28/22   Page 2 of 2 PageID #: 1354

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:21-CV-310-JRG (lead)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __BROADCOM INCORPORATED__
was received by me on *(date)* __02/03/22__ .

☐ I personally served the summons on the individual at *(place)* _____
   _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   _____ , a person of suitable age and discretion who resides there,
   on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __TRUDY DESBIENS__ , who is
   designated by law to accept service of process on behalf of *(name of organization)* __CSC LAWYERS INCORPORATING SERVICE__
   @ 2710 GATEWAY OAKS DR., SUITE 150N, SACRAMENTO, CA 95833 on *(date)* __02/07/22 @ 4:39PM__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
   _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __2/9/22__                    __K. Souza__
                                    *Server's signature*

                                    __KRYSTAL SOUZA -PROCESS SERVER- PS-047__
                                    *Printed name and title*

                                    P.O. Box 2309 Orange, CA 92859
                                    *Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| TQ Delta, LLC <br> *Plaintiff* <br> v. <br> Nokia of America Corp. <br> *Defendant, Third-party plaintiff* <br> v. <br> Broadcom Corporation, Broadcom Incorporated and Avago Technologies International Sales Pte. Ltd. <br> *Third-party defendant* | Civil Action No. 2:21-CV-310-JRG (lead) <br> 2:21-CV-309-JRG (member) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* Broadcom Incorporated
1320 Ridder Park Drive
San Jose, CA 95131

A lawsuit has been filed against defendant __Nokia of America Corp.__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __TQ Delta, LLC__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

M. Scott Stevens, Alston & Bird LLP, 101 S. Tryon Street, Suite 4000, Charlotte, NC 28280-4000

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

William E. Davis, III, The Davis Firm PC, 213 N. Fredonia Street, Suite 230, Longview, TX 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: __1/28/22__



CLERK OF COURT

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-CV-310JRG (LEAD) 2:21-CV-309-JRG (MEMBER)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BROADCOM INCORPORATED
was received by me on *(date)* 2/7/2022

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LYNANNE GARES (AUTHORIZED PERSON AT THE AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* BROADCOM INCORPORATED C/O CORPORATION SERVICE CO. 251 LITTLE FALLS DR. WILMINGTON, DE 19808 on *(date)* 2/7/2022 3:35 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 2/7/2022

*Server's signature*

KEVIN S. DUNN
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
302-475-2600
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS ON A THIRD-PARTY COMPLAINT and NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, AND NOKIA OF AMERICA CORPORATION'S ANSWER TO THE COMPLAINT AND NOKIA OF AMERICA CORPORATION'S THIRD-PARTY COMPLAINT AGAINST BROADCOM and ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT WITH EXHIBITS 1 through 19

038-0239