IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br><br>*Plaintiff*,<br>v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br><br>*Defendants*. | CIV. A. NO.  2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br><br>*Plaintiff*,<br>v.<br><br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br><br>*Defendants*. | CIV. A. NO.  2:21-CV-309-JRG<br>(Member Case) |

**NOTICE OF APPEARANCE**

Please take notice that Darlena Subashi of the law firm Alston & Bird LLP enters her

appearance as counsel for Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and

Nokia of America Corporation in the above-captioned lead and member cases. Ms. Subashi is

admitted to practice in this Court, and Defendants Nokia Corporation, Nokia Solutions and

Networks Oy, and Nokia of America Corporation respectfully request that the Court take note of

this Notice of Appearance and make Darlena Subashi one of their attorneys of record in this

lawsuit. Copies of all communications and other documents filed in the above-captioned case that

are not filed via ECF should be emailed or faxed to Darlena Subashi at the address set forth below.


DATED: February 18, 2022   Respectfully submitted,

               */s/ Darlena Subashi*
               Darlena Subashi (NY Bar No. 5780747)
               ALSTON & BIRD LLP
               90 Park Avenue
               New York, NY 10016-1387
               Email: darlena.subashi@alston.com
               Telephone: 212-210-9400
               Facsimile: 212-210-9444

               *Attorney for Defendants*
               *Nokia Corporation, Nokia Solutions*
               *and Networks Oy, and Nokia*
               *of America Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February18, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). In addition, on February 18, 2022, copies of the foregoing document were served on Broadcom via conventional mail.

*/s/ Darlena Subashi*
Darlena Subashi
