# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **TQ DELTA, LLC,** | § | |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| | § | |
| v. | § | |
| **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,** | § § § § § § § § § | **Civil Action 2:21-cv-310-JRG (Lead Case)** |
| **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.** | § § § § § | **Civil Action No. 2:21-cv-309-JRG (Member Case)** |
| Defendants. | § | |

## DECLARATION OF TY WILSON

I, Ty Wilson, state as follows in support of Plaintiff TQ Delta's Motion for Leave to Amend Its Infringement Contentions Against the Nokia Defendants:

1.  I am an attorney at the Davis Firm PC and counsel of record for TQ Delta, LLC. I am a member of good standing of the State Bar of Texas. I have personal knowledge of the facts set forth in this Declaration.

2.  Exhibit A contains a true and correct excerpted copy of Plaintiff's TQ Delta's Claim Chart for U.S. Patent No. 8,594,162 served with its Preliminary Infringement Contentions on November 4, 2021.

3.  Exhibit B contains a true and correct excerpted copy of Plaintiff's TQ Delta's Claim Chart for U.S. Patent No. 8,594,162 containing redlined edits that was sent to counsel for Defendants Nokia Corp., Nokia Solutions and Networks Oy, and Nokia of America Corporation on December 2, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of February, 2022, in Dallas, Texas.

/s/ Ty Wilson
Ty Wilson