# EXHIBIT A

Claim Chart for U.S. Patent No. 8,594,162

| U.S. Patent No. 8,594,162 | Infringement Allegations |
|---|---|
| 8. A device comprising: | **ITU-T G.993.2 VDSL2 Standard**<br><br>The Accused Products operate in accordance with the VDSL2 (i.e., ITU-T G.993.2) standard comprise a device<br><br>**ITU-T**<br><br>TELECOMMUNICATION<br>STANDARDIZATION SECTOR<br>OF ITU<br><br>**G.993.2**<br><br>(12/2011)<br><br>SERIES G: TRANSMISSION SYSTEMS AND MEDIA, DIGITAL SYSTEMS AND NETWORKS<br><br>Digital sections and digital line system – Access networks<br><br>**Very high speed digital subscriber line transceivers 2 (VDSL2)** |

Claim Chart for U.S. Patent No. 8,594,162

| U.S. Patent No. 8,594,162 | Infringement Allegations |
|---|---|
| | See, e.g., ITU-T G.993.2 (02/2019) at § 3.64 Syncflag, § 10.5.3 On-line reconfiguration |
| change to transmitting using a second interleaver parameter value that is different than the first interleaver parameter value, | **ITU-T G.993.2 VDSL2 Standard**<br><br>The Accused Products change to transmitting using a second interleaver parameter value that is different than the first interleaver parameter value.<br>See, e.g., ITU-T G.993.2 (12/2011) at § 9.4.1 – Dynamic change of interleaver depth and Table 11-6<br><br>**9.4.1   Dynamic change of interleaver depth**<br><br>A method to dynamically change the interleaver depth during transmission is defined for VDSL2. This method is optional. Support shall be indicated during initialization in O-MSG 1 and R-MSG 2.<br><br>NOTE – Although this clause defines the procedure for dynamically changing the interleaver depth during transmission, the control command for initiating this procedure is not defined in this version of in this Recommendation. The calling procedure for dynamic change of interleaver depth will be defined in a future revision to this Recommendation.<br><br>A change of the interleaver depth shall only be initiated at the first byte of an RS codeword, where $k$ is the sequence number of this byte at the input of the interleaver.<br><br>For an increase of the interleaver depth from $D_{old}$ to $D_{new}$ with $D_{old} < D_{new}$ the interleaver output is defined by:<br><br>$$y(n + \Delta_{old}[j]) = x(n); \text{ for } n + \Delta_{old}(j) < k, \text{ where } \Delta_{old}[j] = (D_{old} - 1) \times j$$<br>$$y(n + \Delta_{new}[j]) = x(n); \text{ for } n + \Delta_{old}(j) \geq k, \text{ where } \Delta_{new}[j] = (D_{new} - 1) \times j$$<br><br>For a decrease of the interleaver depth from $D_{old}$ to $D_{new}$ with $D_{old} > D_{new}$ the interleaver output is defined by:<br><br>$$y(n + \Delta_{old}[j]) = x(n); \text{ for } n + \Delta_{new}(j) + \delta < k$$<br>$$y(n + \Delta_{new}[j] + \delta) = x(n); \text{ for } n + \Delta_{new}(j) + \delta \geq k$$<br><br>where $\delta$ is the length of the transition and is given by:<br><br>$$\delta = \lceil (D_{old} - D_{new}) \cdot (I - 1)/I \rceil \cdot I$$ |

Page **9** of **14**

Claim Chart for U.S. Patent No. 8,594,162

| U.S. Patent No. 8,594,162 | Infringement Allegations |
|---|---|

Table 11-6 – OLR commands sent by the initiating VTU

| Name | Length (octets) | Octet number | Content | Support |
|---|---|---|---|---|
| Request Type 1 | $5 + 4 \times N_f$ ($N_f \leq 128$) | 2 | $04_{16}$ (Note 1) | Mandatory |
| | | 3 to 4 | 2 octets for the number of subcarriers $N_f$ to be modified | |
| | | 5 to $4 + 4 \times N_f$ | $4 \times N_f$ octets describing the subcarrier parameter field for each subcarrier | |
| | | $5 + 4 \times N_f$ | 1 octet for SC | |
| Request Type 2 | For further study | 2 | $05_{16}$ (Note 1) | For further study |
| | | All others | Reserved by ITU-T | |
| Request Type 3 (SRA) (Note 6) | $5 + 7 N_{LP} + 4 N_f$ ($N_f \leq 128$) | 2 | $06_{16}$ (Note 1) | Optional |
| | | 3 to $2 + 2 N_{LP}$ | $2 \times N_{LP}$ octets containing the new $L_p$ values for each of the active latency paths ($N_{LP}$ = number of active latency paths) (Notes 2 and 3) | |
| | | $3 + 2 N_{LP}$ to $2 + 4 N_{LP}$ | $2 \times N_{LP}$ octets containing the new $D_p$ values for each of the active latency paths ($N_{LP}$ = number of active latency paths) (Note 4) | |
| | | $3 + 4 N_{LP}$ to $2 + 5 N_{LP}$ | $N_{LP}$ octets containing the new $T_p$ values for each of the active latency paths ($N_{LP}$ = number of active latency paths) (Notes 2, 3, 5) | |
| | | $3 + 5 N_{LP}$ to $2 + 6 N_{LP}$ | $N_{LP}$ octets containing the new $G_p$ values for each of the active latency paths ($N_{LP}$ = number of | |

See also, e.g., ITU-T G.993.2 (02/2019) at § 9.4.1 – Dynamic change of interleaver depth and Table 11-6