# EXHIBIT B

Claim Chart for U.S. Patent No. 8,594,162

| U.S. Patent No. 8,594,162 | Infringement Allegations |
|---|---|
| 8. A device comprising: | **ITU-T G.993.2 VDSL2 Standard**<br><br>The Accused Products operate in accordance with the VDSL2 (i.e., ITU-T G.993.2) standard comprise a device<br><br>**ITU-T**<br>TELECOMMUNICATION STANDARDIZATION SECTOR OF ITU<br><br>**G.993.2**<br>(12/2011)<br><br>SERIES G: TRANSMISSION SYSTEMS AND MEDIA, DIGITAL SYSTEMS AND NETWORKS<br><br>Digital sections and digital line system – Access networks<br><br>**Very high speed digital subscriber line transceivers 2 (VDSL2)** |

Page 1 of 15

Claim Chart for U.S. Patent No. 8,594,162

| U.S. Patent No. 8,594,162 | Infringement Allegations |
|---|---|
| | In addition for products that operate in accordance with the G.Vector (G.993.5) standard - See also and ITU-T G.993.5 (04/2010) at § 6.1 *General*:<br><br>**6.1   General**<br><br>The VTU-O shall support downstream vectoring (see clause 6.2) and may support upstream vectoring (see clause 6.3).<br><br>The VTU-O shall support seamless rate adaptation (SRA, OLR Type 3) in the downstream and upstream direction, including mandatory support within SRA of:<br><br>–   dynamic interleaver reconfiguration (change of $D_p$);<br><br>–   framing reconfiguration (change of $T_p$, $G_p$ and $B_{p0}$);<br><br>as defined in clause 13.1 of [ITU-T G.993.2], titled "Types of on-line reconfiguration". |
| wherein the second interleaver parameter value is used for transmission on a pre-defined forward error correction codeword boundary following transmission of the flag signal. | **ITU-T G.993.2 VDSL2 Standard**<br><br>The Accused Products comprises the second interleaver parameter value is used for transmission on a pre-defined forward error correction codeword boundary following transmission of the flag signal.<br> See, e.g., ITU-T G.993.2 (12/2011) at § 13.3 Timing of changes in subcarrier configuration: |