UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:21-cv-00310-JRG

Name of party requesting extension: Broadcom Incorporated and Broadcom Corporation

Is this the first application for extension of time in this case?   ✓ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 2/8/2022

Number of days requested:   ☐ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 3/30/2022   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Melissa Richards Smith
State Bar No.: 24001351
Firm Name: GILLAM & SMITH, LLP
Address: 303 South Washington Avenue
         Marshall, Texas   75670

Phone: (903) 934-8450
Fax:   (903) 934-9257
Email: melissa@gillamsmithlaw.com

A certificate of conference does not need to be filed with this unopposed application.