IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| § | |
| COMMSCOPE HOLDING COMPANY, § | |
| INC., COMMSCOPE INC., ARRIS § | |
| INTERNATIONAL LIMITED, ARRIS § | |
| GLOBAL LTD., ARRIS US HOLDINGS, § | |
| INC., ARRIS SOLUTIONS, INC., ARRIS § | |
| TECHNOLOGY, INC., ARRIS § | |
| ENTERPRISES, LLC, § | |
| § | |
| *Defendants*. § | |
| § | |

# ORDER

Before the Court is the Defendant's Unopposed Motion for Withdrawal of Deron R. Dacus as Counsel (Dkt. No. 68) (the "Motion"). In the Motion, Defendant Nokia of America Corporation ("Nokia") requests that attorney Deron R. Dacus be permitted to withdraw as counsel of record in the above-captioned matter. Nokia informs the Court that attorneys from Alston & Bird LLP will continue to represent it in this matter.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that Deron R. Dacus be permitted to **withdraw** as counsel of record for Nokia in the above-captioned matter. It is further **ORDERED** that the Clerk shall **terminate** Deron R. Dacus as counsel of record and all electronic notifications to the same.

**So ORDERED and SIGNED this 23rd day of February, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE