**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **TQ DELTA, LLC,**<br>    Plaintiff,<br><br>v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,** | § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED**<br><br><br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.**<br><br>    Defendants. | § § § § § § | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

**<u>DECLARATION OF EDWARD CHIN</u>**

I, Edward Chin, hereby declare as follows:

    1.   I am a member of the Texas State Bar admitted to appear before this Court, and I am Of Counsel with The Davis Firm, P.C., counsel of record for plaintiff TQ Delta, LLC ("TQ Delta") in this lawsuit.  I submit this declaration based on personal knowledge and following a reasonable investigation.  If called upon as a witness, I could competently testify to the truth of each statement herein.

    2.   Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Rule 30(b)(6) deposition of CommScope through witness James Shead (CONFIDENTIAL INFORMATION), dated January 21, 2022.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Mark Roche (RESTRICTED – ATTORNEYS EYES ONLY), dated February 22, 2022.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Declaration of Abha Divine (CONFIDENTIAL INFORMATION), dated February 22, 2022.

5. Attached hereto as **Exhibit 4** is a true and correct copy of CommScope's First Supplemental Objections and Responses to Plaintiff's Venue-Related Interrogatories, dated January 20, 2022.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a CommScope press release titled, "CommScope Announces Plan to Spin-Off its Home Networks business in Independent Public Company," dated April 8, 2021.

7. Attached hereto as **Exhibit 6** is a true and correct copy of selected excerpts from CommScope's Q3 2021 Results Earnings Call Transcript, dated November 4, 2021.

8. Attached hereto as **Exhibit 7** is a true and correct copy of selected slides from CommScope's NEXT Update Call, dated April 8, 2021.

9. Attached hereto as **Exhibit 8** is a compilation of true and correct copies of LinkedIn profiles, patents, and/or property search results for certain named inventors of prior art asserted in CommScope's Invalidity Contentions who live in Texas:

    a. John G. Bartkowiak (Austin, TX – U.S. Patent No. 5,694,466)

    b. Roger Bjork (Round Rock, TX – U.S. Patent No. 5,128,619)

    c. James Carlo (Dallas, TX – U.S. Patent No. 6,829,307)

    d. Kim Chang (Richardson, TX – U.S. Patent No. 6,233,247)

    e. Yaqi Cheng (Rowlett, TX – U.S. Patent No. 6,549,512)

    f. Harry L. Cochrane (Liberty Hill, TX – U.S. Patent No. 5,128,619)

g. Terry L. Cole (Austin, TX – U.S. Patent No. 6,424,674)

h. Douglas E. Duschatko (Austin, TX – U.S. Patent No. 6,983,414)

i. George Hoekstra (Austin, TX – U.S. Patent No. 5,751,741)

j. Alfredo Linz (Austin, TX – U.S. Patent No. 6,424,674)

k. Xiaolin Lu (Dallas, TX – U.S. Patent No. 5,910,970)

l. William D. McCoy (Wylie, TX – U.S. Patent No. 5,392,299)

m. John F. McHale (Austin, TX – U.S. Patent No. 6,366,644)

n. Celite Milbrandt (Austin, TX – U.S. Patent Nos. 6,631,120; 6,633,545; 6,636,603)

o. Vijayakumaran V. Nair (Austin, TX – U.S. Patent No. 6,424,674)

p. Matthew A. Pendleton (Cedar Park, TX – U.S. Patent Nos. 5,521,906 and 5,533,088)

q. Tom R. Pohrte (The Colony, TX – U.S. Patent No. 5,608,643)

r. Don S. Rhines (Richardson, TX – U.S. Patent No. 5,392,299)

s. Jack A. Ross (The Colony, TX – U.S. Patent No. 5,608,643)

t. Mathew A. Rybicki (Austin, TX – U.S. Patent Nos. 5,521,906 and 5,533,088)

u. Ray G. Sadler (Plano, TX – U.S. Patent No. 5,608,643)

v. Donald P. Shaver (Dallas, TX – U.S. Patent No. 6,549,512)

w. James R. Sisk (Cedar Park, TX – U.S. Patent No. 6,366,644)

x. Andrew J. Thurston (Liberty Hill, TX – U.S. Patent No. 6,983,414)

y. Raymond Paul Voith (Austin, TX – U.S. Patent No. 5,751,741)

z. Martin Wichter (Arlington, TX – U.S. Patent No. 5,608,643)

aa. Timothy L. Wilson (Austin, TX – U.S. Patent No. 5,128,619)

bb. Song Wu (Plano, TX – U.S. Patent Nos. 6,219,378; 6,549,512; 6,649,512;)

   cc. Zheng-yi Xie (Richardson, TX – U.S. Patent No. 5,694,466)

10. Attached hereto as **Exhibit 9** is a true and correct copy of TQ Delta's Second Amended Initial and Additional Disclosures, dated February 22, 2022.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpted pages from the cover pleading of CommScope's Invalidity Contentions, dated January 13, 2022.

12. Attached hereto as **Exhibit 11** is a compilation of true and correct copies of the LinkedIn profiles for the following current or former CommScope employees:

  a. Joe Chow

  b. Charles Cheevers

  c. Steve Cochran Sr.

  d. Bryce Garrett

  e. Ken Haase

  f. Dan Hagarty

  g. Craig Herro

  h. German Iaryczower

  i. Chitralekha Joshi

  j. Chris Kohler

  k. Keith Mendel

  l. Khurram Qureshi

  m. Rajagopalan Ramanujam

  n. Courtney Rosenthal

  o. Jaime Salazar

  p. James Shead

    q. Charles Treadway

    r. Steve Wauters

    s. Joseph Yu

13. Attached hereto as **Exhibit 12** is a true and correct copy of AT&T's web site at https://www.att.com/support/article/u-verse-high-speed-internet/KM1042194 showing an accused product, the Arris NVG599.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the Declaration of Marcos Tzannes, dated February 22, 2022.

15. Attached hereto as **Exhibit 14** is a true and correct copy of search results using Google showing the distance and/or flight times between the following cities:

    a. Atlanta, GA to Marshall, TX

    b. Atlanta, GA to Shreveport, TX

    c. Atlanta, GA to Wilmington, DE

    d. Suwanee, GA to Wilmington, DE

    e. Suwanee, GA to Marshall, TX

    f. Alpharetta, GA to Marshall, TX

    g. Alpharetta, GA to Wilmington, DE

    h. Shreveport, LA to Marshall, TX

    i. Austin, TX to Wilmington, DE

    j. Austin, TX to Marshall, TX

    k. San Antonio, TX to Wilmington, DE

    l. San Antonio, TX to Marshall, TX

    m. San Diego, CA to Wilmington, DE

      n. San Diego, CA to Marshall, TX

      o. Santa Clara, CA to Wilmington, DE

      p. Santa Clara, CA to Marshall, TX

      q. San Jose, CA to Wilmington, DE

      r. San Jose, CA to Marshall, TX

16. Attached hereto as **Exhibit 15** is a true and correct copy of search results using Google Flights showing multiple non-stop daily flights between Atlanta, GA and Shreveport, LA.

17. Attached hereto as **Exhibit 16** is a true and correct copy of excerpted pages from the United States District Courts – National Judicial Caseload Profile data for the District of Delaware and the Eastern District of Texas for March 31, 2016 – March 31, 2021.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the Collin County property tax search result for CommScope's office at 2601 Telecom Parkway, Richardson, Texas 75028.

19. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from CommScope's Motion to Transfer to the Sherman Division (Dkt. 82) in *Barkan Wireless IP Holdings, L.P. v. Sprint, et al.*, Civ. No. 2:19-cv-336-JRG, filed April 13, 2020 (E.D. Texas).

Executed on the 22nd day of February 2022, at Southlake, Texas.

                         */s/ Edward Chin*
                         **EDWARD CHIN**