# EXHIBIT 7

███████████████



TQD_TX-00044765



"We remain excited about CommScope's potential, and with the core elements of our strategy intact, we are confident in our ability to deliver innovative solutions for network convergence for customers around the world."

Chuck Treadway
President and Chief Executive Officer

COMMSCOPE

TQD_TX-00044767

# TRANSACTION OVERVIEW

| | |
|---|---|
| **Transaction Structure** | - Distribution of 100% of Home Networks shares to CommScope shareholders<br>- Expected to be tax-free to U.S shareholders for U.S. federal income tax purposes |
| **Timing** | - Transaction is expected to be completed by the end of the first quarter of 2022<br>- There can be no assurance regarding the ultimate timing of the proposed transaction or that the transaction will be completed |
| **Expected Leadership** | **CommScope ("RemainCo")**<br>- CEO: Chuck Treadway<br>- CFO: Alex Pease<br><br>**Home Networks ("SpinCo")**<br>- CEO: Joe Chow<br>- CFO: To be announced |
| **Key Closing Conditions** | - Final approval of CommScope's Board of Directors<br>- Effectiveness of a registration statement for the Home Networks company's shares with the Securities and Exchange Commission |

4   © 2021 CommScope, Inc. All rights reserved. | CommScope, ARRIS and the ARRIS logo are trademarks of CommScope, Inc. and/or its affiliates.  All other trademarks are the property of their respective owners.

TQD_TX-00044769

# Home Networks "SpinCo"

## Expected to be an Industry Leader in Connected Home and Entertainment Solutions

| | |
|---|---|
| **Enhanced Strategic Focus** | New business can pursue a **unique technology roadmap, growth-oriented go-to-market strategy and best-in-class manufacturing model** to better deliver home and consumer products |
| **Simplified Operations** | Creates a leading connected home solutions provider with an **optimized cost structure** and focused R&D and sales teams |
| **Focused Capital Allocation** | Increased **flexibility to focus R&D capital on innovation and growth** to accelerate the "Connected Home" vision; ability to expand investments to drive retail growth; creates distinct investment identity and investment thesis |

### Overview

**Broadband CPE**
- #1 provider of broadband CPE (NA)
- Provides gateways, modems and Wi-Fi routers to global service providers
- Well positioned to be a leader in the connected home, with clear near-term growth opportunities driven by a rapid expansion of the connected home

**Video**
- #1 global provider of Video CPE
- Deep relationships with top global Service Providers
- Ability to lead innovation of next-gen streaming devices and cloud enabled solutions

**Retail**
- Sells best-in-class Wi-Fi, mesh networks and modems through the top 3 global retailers (Amazon, Best Buy and Walmart)
- Opportunity to invest to drive market share growth in consumer Wi-Fi 6/6E and next-gen mesh network solutions

### Products

| Broadband CPE | | | Video | | | Retail | | |
|---|---|---|---|---|---|---|---|---|
| Modems | Gateways | Home Networking | Set-tops | Streamers | Smart Media Devices | Modems | Gateways | Home Networking |

**SOFTWARE AND SERVICES**

*Spin-off can unlock strategic value and growth potential from the next wave of Home architecture evolution*

5   © 2021 CommScope, Inc. All rights reserved. | CommScope, ARRIS and the ARRIS logo are trademarks of CommScope, Inc. and/or its affiliates. All other trademarks are the property of their respective owners.   COMMSCOPE

TQD_TX-00044770

# CommScope "RemainCo"

## A Global Leader in Communication and Entertainment Infrastructure Solutions with Enhanced Growth & Margins

| | |
|---|---|
| **Enhanced Strategic Focus** | Enhanced **exposure to key growth tailwinds**, greater **opportunity for margin expansion** and heightened focus on providing market-leading solutions in wireless communications, broadband delivery and enterprise networking |
| **Simplified Operations** | **Reduces complexity**, allowing for more **focus on the core elements of the portfolio**; poised to benefit from emerging wave of network infrastructure investment |
| **Focused Capital Allocation** | **Greater flexibility to invest** in emerging areas of technology disruption like cloud, software, analytics, etc.; **distinct investment identity and thesis** |

### Overview

**Venue & Campus**
- Public and private networks for campuses, venues, data centers, and buildings
- <u>Key Tailwinds</u>: indoor coverage, private networks, 5G venue upgrades, cloud/multi-tenant datacenter

 **Broadband**
- Serves telco and cable provider broadband market as leading equipment manufacturer
- <u>Key Tailwinds</u>: DOCSIS 4.0 10G, rural fiber connectivity, multi-gigabit XGSPON, hardened connectivity

 **Outdoor Wireless**
- Targets Macro and Metro Cell businesses, innovative 5G solutions
- <u>Key Tailwinds</u>: 5G network deployment and tower upgrades, metro densification



| Company Status | CommScope prior to separation FY'20 Financials | | CommScope ("RemainCo") [1] FY'20 Financials | |
|---|---|---|---|---|
| Sales | $8.4bn | Venue & Campus 23% / Broadband 34% / Outdoor Wireless 15% / Home Networks 28% | $6.1bn | Venue & Campus 32% / Broadband 48% / Outdoor Wireless 20% |
| Gross Margin | 33% | | 39% | |
| Non-GAAP Adj. EBITDA / as a % of sales [2] | $1.2bn / 14% | | $1.1bn / 18% | |

1) All dollar amounts and percentages represent the business segments as historically operated by CommScope. The ultimate definition of the "RemainCo" businesses may vary and future results may differ materially.
2) See appendix for reconciliation of non-GAAP adjusted measures.

© 2021 CommScope, Inc. All rights reserved. | CommScope, ARRIS and the ARRIS logo are trademarks of CommScope, Inc. and/or its affiliates. All other trademarks are the property of their respective owners.

COMMSCOPE

TQD_TX-00044771

# CommScope NEXT
## Taking Actions to Strengthen CommScope

| | |
|---|---|
| **Spin-off of Home Networks** | - Currently expected to be executed through a tax-free spin-off to CommScope shareholders to form a new and independent publicly traded Home Networks company<br>- Creates a leading connected home solutions provider, enabling an accelerated pace of innovation toward a "Connected Home" vision of the future |
| **Significant Cost Reductions** | - Cost reduction actions will drive meaningful operating expense savings<br>- Cost actions are expected to, at a minimum, offset the Non-GAAP Adjusted EBITDA impact of spinning off the Home Networks business<br>- Provides additional financial flexibility to invest in growth areas |
| **CommScope NEXT** | - CommScope NEXT is an ongoing transformation for future success<br>- Post-spin CommScope positioned to drive higher profitability, growth and shareholder value |

7   © 2021 CommScope, Inc. All rights reserved. | CommScope, ARRIS and the ARRIS logo are trademarks of CommScope, Inc. and/or its affiliates.  All other trademarks are the property of their respective owners.

TQD_TX-00044772