**EXHIBIT 10**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TQ DELTA, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>*Defendants*. | Civil Action No. 2:21-cv-00310-JRG |

## COMMSCOPE'S PRELIMINARY INVALIDITY CONTENTIONS

Pursuant to Rule 3-3 of the Local Patent Rules ("P. R.") of the Eastern District of Texas, Defendants CommScope Holding Company, Inc., CommScope, Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (collectively, "CommScope" or "Defendants") hereby provide their Invalidity Contentions with respect to the claims identified by Plaintiff TQ Delta, LLC in its Disclosure of Asserted Claims and Infringement Contentions and Accompanying Document Production, served on November 4, 2021.

## I.    PRELIMINARY STATEMENT

In its Disclosure of Asserted Claims and Infringement Contentions, the asserted claims identified in Plaintiff's cover pleading did not match the claims in the attached exhibits mapping the claims of the patents to the alleged infringing instrumentalities.  CommScope made a reasonable effort to determine which claims TQ Delta was asserting and reserves the right to

- "a multicarrier transceiver including a processor and memory operable to:" ('348 Patent, claim 1)

- "wherein the transceiver is operable to retransmit the packet using the forward error correction encoder and the interleaver" ('348 Patent, claim 3)

- "a multicarrier transceiver including a processor and memory operable to:" ('348 Patent, claim 9)

- "wherein the transceiver is operable to receive a retransmitted packet using the forward error correction decoder and the deinterleaver" ('348 Patent, claim 11)

- "A transceiver operable" ('055 Patent, claim 11)

The asserted claims of the EDTX – Family 2 Patents (and all other claims in the asserted patent that include or depend from any claims that include any of the above limitations) are invalid because they fail to particularly point out and distinctly claim the subject matter that the applicants regarded as their invention.

## IV.    INVALIDITY CONTENTIONS FOR EDTX – FAMILY 2

### A.    INVALIDITY UNDER 35 U.S.C. § 102 AND/OR 35 U.S.C. § 103

In accordance with P. R. 3-3(b) and (c), claims 16 and 22 of the '988 Patent and claims 10-12 of the '354 Patent (the "EDTX – Family 2 Patents") are anticipated and/or rendered obvious by at least the following references:

| Patents and Patent Applications | | | |
|---|---|---|---|
| **Patent or Application No.** | **Country of Origin** | **Date of Issue or Publication** | **Short Cite** |
| 6,516,027 | U.S. | 2/4/2004 (application filed 2/18/1999) | Kapoor |

| Publications | | | |
|---|---|---|---|
| **Title** | **Date of Publication** | **Author and/or Publisher** | **Short Cite** |
| TNETD8000 Very High Bit-Rate Digital Subscriber Line (VDSL) Chipset Hardware and Software Evaluation Module (EVM) User's Guide | November 1999 | TEXAS INSTRUMENTS | TNETD8000 User Guide |
| Providing the Right Solution for VDSL | July 16, 1999 | TEXAS INSTRUMENTS, White Paper, | Providing the Right Solution for VDSL |

The patents, publications, and references identified above qualify as prior art under 35 U.S.C. §§ 102(a), 102(b), 102(e), and/or 102(g).  The charts identified as Exhibits E-01 through E-11 and F-01 through F-07 demonstrate how the asserted claims of the EDTX – Family 2 Patents are anticipated and/or rendered obvious by the references above.  Each chart identifies certain prior art to the asserted claims of the EDTX – Family 2 Patents and identifies at least one citation in the prior art reference where each claim element of the asserted claims is disclosed.  Though the charts provide illustrative citations to where each claim element may be found in the prior art, the cited references may contain additional disclosures of each claim element as well, and CommScope reserves the right to assert that any claim element is disclosed in other portions of the cited references.  In addition, CommScope identifies, and incorporates here by reference, all prior art of record in the prosecution history of the EDTX – Family 2 Patents (and all related patents and applications), and all prior art ITU-T Recommendations or other industry publications (such as ATM Forum, Broadband Forum, or similar groups' publications, reports, or specifications), any of which may anticipate and/or render the asserted claims of the EDTX – Family 2 Patents obvious.  Further, CommScope identifies any TQ Delta patents that claim the same priority date as the

| Publications | | | |
|---|---|---|---|
| **Title** | **Date of Publication** | **Author and/or Publisher** | **Short Cite** |
| Complementary Series | April 1961 | M.J.E. Golay, IRE Trans. on Information Theory | Golay |
| A New Phasing Scheme for Multitone Signal Systems to Reduce Peak-to-Average Power Ratio | 1997 | S. Narahashi and T. Nojima, Elecs. and Commn's in Japan | |
| A Method to Reduce the Probability of Clipping in DMT-Based Transceivers | October 1996 | Mestdagh, D.J.G and P.M.P. Spruyt, IEEE Trans. on Communications | |
| Reducing the Peak-to-Average Power Ratio of Multicarrier Modulation by Selected Mapping | October 1996 | Bauml, R.W. et al., Electronics Letters | |
| A Novel Peak Power Reduction Scheme for OFDM | 1997 | Muller, S.H. and J.B. Huber, IEEE | |
| Network Migration | December 1997 | American National Standards Institute | TR-004 |

| Products | | | |
|---|---|---|---|
| **Title** | **Date of Relevant Publications** | **Corporation** | **Short Cite** |
| Virtuoso chipset | 4/22/1996, 8/3/1999 12/1/1999, 11/1/1999, 8/13/2002, | Amati Communications Corporation/Texas Instruments | Virtuoso |
| TNETD8000 chipset | November 1999 | Texas Instruments | TNETD8000 chipset |

| Products | | | |
|---|---|---|---|
| **Title** | **Date of Relevant Publications** | **Corporation** | **Short Cite** |
| TNETD8000 EVM | November 1999 | Texas Instruments | TNETD8000 EVM |

In addition, any of the foregoing anticipatory or secondary prior art references listed above may be combined with any of the prior art of record in the prosecution history of the EDTX – Family 2 Patents (and all related patents and applications), or with any prior art ITU-T Recommendations or other industry publications (such as ATM Forum, Broadband Forum, or similar groups' publications, reports or specifications), to render the asserted claims of the EDTX – Family 2 Patents obvious.  Further, any of the foregoing prior art listed above may be combined with one another to render the asserted claims of the EDTX – Family 2 Patents obvious.

No showing of a specific motivation to combine prior art is required to combine the references disclosed above and in the attached charts.  The Supreme Court identified in *KSR International Co. v. Teleflex, Inc.*, 550 U.S. 398 (2007), a number of rationales that would support a finding that the asserted claims are obvious:

A.  the Asserted Claims combine prior art elements according to known methods to yield predictable results;

B.  the Asserted Claims involve the simple substitution of one known element for another to obtain predictable results;

C.  the Asserted Claims involve the use of a known technique to improve similar devices (methods, or products) in the same way;

D.  the Asserted Claims apply a known technique to a known device (method, or product) ready for improvement to yield predictable results;

E.  the Asserted Claims involve combinations of prior art references that would have been "obvious to try"—i.e., a person of ordinary skill in the art could have reached the Asserted Claims by choosing from a finite number of identified, predictable solutions, with a reasonable expectation of success;

20

- "A multicarrier communications transceiver operable to receive a multicarrier symbol comprising a first plurality of carriers" ('354 Patent, claim 10)

- "wherein the first SNR margin provides more robust reception than the second SNR margin" ('354 Patent, claim 10)

The asserted claims of the EDTX – Family 2 Patents (and all other claims in the asserted patent that include or depend from any claims that include any of the above limitations) are invalid because they fail to particularly point out and distinctly claim the subject matter that the applicants regarded as their invention.

## V.   INVALIDITY CONTENTIONS FOR DDE – FAMILY 1

### A.   INVALIDITY UNDER 35 U.S.C. § 102 AND/OR 35 U.S.C. § 103

In accordance with P. R. 3-3(b) and (c), claims 17, 18, 19, 36, 37, 38, and 40 of the '686 Patent (the "DDE – Family 1 Patent") are anticipated and/or rendered obvious by at least the following references:

| Patents and Patent Applications | | | |
|---|---|---|---|
| Patent or Application No. | Country of Origin | Date of Issue or Publication | Short Cite |
| 6,445,730 | U.S. | 9/3/2002 | Greszczuk |
| 6,631,120 | U.S. | 10/7/2003 | Milbrandt |
| 6,636,603 | U.S. | 10/21/2003 | Milbrandt 603 |
| 6,606,719 | U.S. | 8/12/2003 | Ryckebusch |
| 6,434,119 | U.S. | 8/13/2002 | Wiese |
| 6,865,232 | U.S. | 3/8/2005 | Isaksson |
| 6,219,378 | U.S. | 4/17/2001 | Wu |
| 4,679,227 | U.S. | 7/7/1987 | Hughes-Hartogs |

| Patents and Patent Applications | | | |
|---|---|---|---|
| Patent or Application No. | Country of Origin | Date of Issue or Publication | Short Cite |
| 6,788,705 | U.S. | 9/7/2004 | Rango |
| 6,366,644 | U.S. | 4/2/2002 | Sisk |
| 4,438,511 | U.S. | 3/20/1984 | Baran |
| GB 2,300,546 | U.K. | 6/11/1996 | Bae |
| 5,838,268 | U.S. | 11/17/1998 | Frenkel |
| 6,549,512 | U.S. | 4/15/2003 | Wu 512 |
| 5,490,199 | U.S. | 2/6/1996 | Fuller 199 |
| 5,299,257 | U.S. | 3/29/1994 | Fuller 257 |

| Publications | | | |
|---|---|---|---|
| Title | Date of Publication | Author and/or Publisher | Short Cite |
| ANSI T1.413-1998, Network and Customer Installation Interfaces – Asymmetric Digital Subscriber Line (ADSL) Metallic Interface | 6/5/1998 | American National Standards Institute | T1.413-1998 |
| Asymmetric digital subscriber line transceivers | 6/22/1999 | International Telecommunications Union | G.992.1 |
| Telebit T2500 Reference Manual | 1990 | Telebit Corporation | T2500 |
| Data Communications Networking Devices: Operation, Utilization and Lan and Wan | January 1999 | Wiley | Held |

materials describing the prior art, that may be identified through the course of ongoing discovery and investigation.

To the extent that a reference above is found to be missing a limitation of the asserted claims of the DDE – Family 1 Patent, any one of the prior art references identified above may be combined with any one or more of the other references identified above and the following references, all of which qualify as prior art under 35 U.S.C. §§ 102(a), 102(b), 102(e), and/or 102(g), to render the asserted claims of the DDE – Family 1 Patent obvious under 35 U.S.C. § 103:

| Patents and Patent Applications | | | |
|---|---|---|---|
| Patent or Application No. | Country of Origin | Date of Issue or Publication | Short Cite |
| 5,862,451 | U.S. | 1/22/1996 | Grau |
| 6,590,893 | U.S. | 7/8/2003 | Hwang |
| 6,064,692 | U.S. | 5/16/2000 | Chow |
| 6,144,696 | U.S. | 11/11/2007 | Shively |
| 6,606,719 | U.S. | 8/12/2003 | Ryckebusch |
| 6,219,378 | U.S. | 4/17/2001 | Wu |
| 6,631,120 | U.S. | 10/7/2003 | Milbrandt |
| 4,679,227 | U.S. | 7/7/1987 | Hughes-Hartogs |
| 5,838,268 | U.S. | 11/17/1998 | Frenkel |
| 4,438,511 | U.S. | 3/20/1984 | Baran |
| 5,910,970 | U.S. | 6/8/1999 | Lu |
| 6,072,779 | U.S. | 6/6/2000 | Tzannes |
| 6,252,900 | U.S. | 6/26/2001 | Liu |
| 6,253,060 | U.S. | 6/26/2001 | Komara |

| Patents and Patent Applications | | | |
|---|---|---|---|
| Patent or Application No. | Country of Origin | Date of Issue or Publication | Short Cite |
| 6,363,128 | U.S. | 3/26/2002 | Isaksson 128 |
| 6,438,174 | U.S. | 8/20/2002 | Isaksson 174 |
| 6,442,211 | U.S. | 8/27/2002 | Hampel |
| 6,633,545 | U.S. | 10/14/2003 | Milbrandt 545 |
| 6,636,603 | U.S. | 10/21/2003 | Milbrandt 603 |
| 6,686,879 | U.S. | 2/3/2004 | Shattil |
| 6,801,570 | U.S. | 10/5/2004 | Yong |
| 6,829,307 | U.S. | 12/7/2004 | Hoo |
| 6,847,702 | U.S. | 1/25/2005 | Czerwiec |
| 6,892,339 | U.S. | 5/10/2005 | Polk |
| 7,042,900 | U.S. | 5/9/2006 | Czerwiec 900 |
| 5,533,008 | U.S. | 7/2/1996 | Grube |
| 6,459,678 | U.S. | 10/1/2002 | Herzberg |
| 7,336,627 | U.S. | 2/26/2008 | Hasegawa |
| 6,266,347 | U.S. | 7/24/2001 | Amrany |
| 6,424,674 | U.S. | 7/23/2002 | Linz |
| 6,493,395 | U.S. | 12/10/2002 | Isaksson 395 |
| 6,456,649 | U.S. | 9/24/2002 | Isaksson 649 |
| 6,366,554 | U.S. | 4/2/2002 | Isaksson 554 |
| 6,005,893 | U.S. | 12/21/1999 | Hyll |
| 5,521,906 | U.S. | 5/28/1996 | Grube 906 |
| 6,697,626 | U.S. | 2/24/2004 | Edison |

| Patents and Patent Applications | | | |
|---|---|---|---|
| **Patent or Application No.** | **Country of Origin** | **Date of Issue or Publication** | **Short Cite** |
| 6,359,926 | U.S. | 3/19/2002 | Isaksson 926 |
| 6,052,411 | U.S. | 4/18/2000 | Mueller |
| 7,570,686 | U.S. | 8/4/2009 | Krinsky 686 |
| 7,835,430 | U.S. | 11/16/2010 | Krinsky 430 |
| 7,889,784 | U.S. | 2/15/2011 | Krinsky 784 |
| 8,238,412 | U.S. | 8/7/2012 | Krinsky 412 |
| 8,432,956 | U.S. | 4/30/2013 | Krinsky 956 |
| 5,128,619 | U.S. | 7/7/1992 | Bjork |
| WO 1999/063427 | W.I.P.O | 12/9/1999 | Eichen |
| 4,566,100 | U.S. | 1/21/1986 | Mizuno |
| 6,175,934 | U.S. | 1/16/2001 | Hershey |
| 6,512,789 | U.S. | 1/28/2003 | Mirfakhrai |
| 5,608,643 | U.S. | 3/4/1997 | Wichter |
| WO 1999/026375 | W.I.P.O. | 5/27/1999 | Hakanson |
| 6,725,176 | U.S. | 4/20/2004 | Long |
| 5,864,602 | U.S. | 1/26/1999 | Needle |
| 5,964,891 | U.S. | 10/12/1999 | Caswell |
| 6,449,307 | U.S. | 9/10/2002 | Ishikawa |
| 6,064,692 | U.S. | 5/16/2000 | Chow |
| WO 1997/001900 | W.I.P.O. | 1/16/1997 | Johann |
| EP 0820168 | E.U. | 1/21/1998 | Wu 168 |
| 6,177, 801 | U.S. | 1/23/2001 | Chong |

| Patents and Patent Applications | | | |
|---|---|---|---|
| Patent or Application No. | Country of Origin | Date of Issue or Publication | Short Cite |
| 4,833,706 | U.S. | 5/23/1989 | Hughes-Hartogs 706 |
| 5,790,550 | U.S. | 8/4/1998 | Peeters 550 |
| 5,793,759 | U.S. | 8/11/1998 | Rakib |
| 6,646,994 | U.S. | 11/11/2003 | Hendrichs |
| 6,748,212 | U.S. | 6/8/2004 | Schmutz |
| 6,891,803 | U.S. | 5/10/2005 | Chang |
| 6,898,185 | U.S. | 5/24/2005 | Agazzi |
| 7,120,122 | U.S. | 10/10/2006 | Starr |
| 5,694,466 | U.S. | 12/2/1997 | Xie |
| 5,438,329 | U.S. | 8/1/1995 | Gastouniotis |
| 5,812,786 | U.S. | 9/22/1998 | Seazholtz |
| WO 2000/072583 | W.I.P.O | 11/30/2000 | Birnbaum |
| WO 1998/10546 (A2) | W.I.P.O. | 3/12/1998 | Isaksson 546 |
| WO 1999/18701 (A1) | W.I.P.O. | 4/15/1999 | Henderson 701 |
| EP 0486229 | E.U. | 5/20/1992 | Linquist |
| EP 0815655 | E.U. | 1/7/1998 | Leitch |
| EP 0820168 | E.U. | 1/21/1998 | Wu 168 |
| EP 0957615 | E.U. | 11/17/1999 | Polley |
| EP 0905948 | E.U. | 3/31/1999 | Levin |
| EP 1119775 | E.U. | 8/1/2001 | Palm |
| CA 2270721A1 | Canada | 11/6/1999 | Knittel |

| Patents and Patent Applications | | | |
|---|---|---|---|
| Patent or Application No. | Country of Origin | Date of Issue or Publication | Short Cite |
| GB 2319703A | U.K. | 5/27/1998 | Fortier |

| Publications | | | |
|---|---|---|---|
| Title | Date of Publication | Author and/or Publisher | Short Cite |
| Asymmetric digital subscriber line transceivers | 6/22/1999 | International Telecommunications Union | G.992.1 |
| ANSI T1.413-1998, Network and Customer Installation Interfaces – Asymmetric Digital Subscriber Line (ADSL) Metallic Interface | 6/5/1998 | American National Standards Institute | T1.413-1998 |
| ANSI T1.413-1995, "Network and Customer Installation Interfaces – Asymmetric Digital Subscriber Line (ADSL) Metallic Interface" | 1995 | American National Standards Institute | T1.413-1995 |
| Data Communications Networking Devices: Operation, Utilization and Lan and Wan Internetworking, 4th Edition | January 1999 | Wiley | Held |
| Providing the Right Solution for VDSL" | July 1999 | Texas Instruments | Jacobsen |
| TR-024: DMT Line Code Specific MIB | June 1999 | Broadband Forum: Technical Report | TR-024 |
| Network Migration | December 1997 | American National Standards Institute | TR-004 |

*Williamson v. Citrix Online, LLC*, 792 F.3d 1339 (Fed. Cir. Jun. 16, 2015) (en banc).  For example, the specification of the DDE – Family 1 Patent does not recite sufficient structure for the "message determination module" recited in claim 5 of the '686 Patent to perform its claimed function.  Moreover, to the extent that the claimed functions are accomplished merely using software, no specific algorithm is disclosed to perform the claimed function.  And to the extent that the asserted claims of the DDE – Family 1 Patent do not invoke 35 U.S.C. § 112, ¶ 6 (pre-AIA), those claims are invalid for merely claiming the function of an apparatus.

## VI.     INVALIDITY CONTENTIONS FOR DDE – PATENT FAMILY 2

### A.     INVALIDITY UNDER 35 U.S.C. § 102 AND/OR 35 U.S.C. § 103

In accordance with P. R. 3-3(b) and (c), claims 17-18 of the '881 Patent (the "DDE – Family 2 Patent") are anticipated and/or rendered obvious by at least the following references:

| Patents and Patent Applications | | | |
|---|---|---|---|
| Patent or Application No. | Country of Origin | Date of Issue or Publication | Short Cite |
| 6,222,858 | U.S. | 4/24/2001 | Counterman |
| WO 1999/039468 | W.I.P.O | 8/5/1999 | Edvardsen |
| 6,178,448 | U.S. | 1/23/2001 | Gray |
| 7,068,657 | U.S. | 6/27/2006 | Keller-Tuberg |

| Publications | | | |
|---|---|---|---|
| Title | Date of Publication | Author and/or Publisher | Short Cite |
| Inverse Multiplexing over ATM (IMA) Specification Version 1.0 | July 1997 | ATM Forum Technical Committee | IMA Spec 1.0 |

| Products | | | |
|---|---|---|---|
| **Title** | **Date of Relevant Publications** | **Corporation** | **Short Cite** |
| Virtuoso chipset | 4/22/1996, 8/3/1999 12/1/1999, 11/1/1999, 8/13/2002, | Amati Communications Corporation/Texas Instruments | Virtuoso |

The patents, publications, and references identified above qualify as prior art under 35 U.S.C. §§ 102(a), 102(b), 102(e), and/or 102(g).  The charts identified as Exhibits H-01 through H-06 demonstrate how the asserted claims of the DDE – Family 2 Patent are anticipated and/or rendered obvious by the references above.  Each chart identifies certain prior art to the DDE – Family 2 Patent and identifies at least one citation in the prior art reference where each claim element of the asserted claims is disclosed.  Though the charts provide illustrative citations to where each claim element may be found in the prior art, the cited references may contain additional disclosures of each claim element as well, and CommScope reserves the right to assert that any claim element is disclosed in other portions of the cited references.  In addition, CommScope identifies, and incorporates here by reference, all prior art of record in the prosecution history of the DDE – Family 2 Patent (and all related patents and applications), and all prior art ITU-T Recommendations or other industry publications (such as ATM Forum, Broadband Forum, or similar groups' publications, reports, or specifications), any of which may anticipate and/or render the asserted claims of the DDE – Family 2 Patent obvious.  Further, CommScope identifies any TQ Delta patents that claim the same priority date as any of the DDE – Family 2 Patent and disclose the same subject matter and for which a terminal disclaimer was not filed during prosecution, under the doctrine of obviousness-type double patenting.  Additional evidence regarding the features and elements of prior art references may be provided by witness testimony, or by additional

## VII.   INVALIDITY CONTENTIONS FOR DDE – PATENT FAMILY 3

### A.   INVALIDITY UNDER 35 U.S.C. § 102 AND/OR 35 U.S.C. § 103

In accordance with P. R. 3-3(b) and (c), the asserted claims of the '048 Patent and the '882

Patent (the "DDE – Family 3 Patents") are anticipated and/or rendered obvious by at least the

following references:

| Patents and Patent Applications | | | |
|---|---|---|---|
| **Patent or Application No.** | **Country of Origin** | **Date of Issue or Publication** | **Short Cite** |
| 2005/0034046 | U.S. | 2/10/2005 | Berkmann |
| 5,912,898 | U.S. | 6/15/1999 | Khoury |
| 6,707,822 | U.S. | 3/16/2004 | Fadavi-Ardekani |
| 5,063,533 | U.S. | 11/5/1999 | Erhart |
| 7,269,029 | U.S. | 1/24/2002 | Mazzoni |
| 6,484,283 | U.S. | 11/19/2002 | Stephen |
| 7,200,169 | U.S. | 04/03/2007 | Suzuki |
| 7,269,208 | U.S. | 1/24/2002 | Mazzoni |
| 6,775,320 | U.S. | 8/10/2004 | Tzannes 320 |
| 6,381,728 | U.S. | 4/30/2002 | Kang |
| 5,751,741 | U.S. | 5/12/1998 | Voith |

| Publications | | | |
|---|---|---|---|
| **Title** | **Date of Publication** | **Author and/or Publisher** | **Short Cite** |
| VDSL2 - Constraining the Interleaver Complexity | June 2004 | International Telecommunications Union – | LB-031 |

| Publications | | | |
|---|---|---|---|
| **Title** | **Date of Publication** | **Author and/or Publisher** | **Short Cite** |
| | | Telecommunication Standardization Sector | |
| G.vdsl: Adaptive impulse noise protection | June 2004 | International Telecommunications Union – Telecommunication Standardization Sector | LB-033 |
| Very High Speed Digital Subscriber Line Transceivers | 6/13/2004 | International Telecommunications Union | G.993.1 |
| Splitterless asymmetric digital subscriber line (ADSL) transceivers | 7/1/1999 | International Telecommunications Union | G.992.2 |
| Asymmetric digital subscriber line transceivers | 6/22/1999 | International Telecommunications Union | G.992.1 |

| Products | | | |
|---|---|---|---|
| **Title** | **Date of Relevant Publications** | **Corporation** | **Short Cite** |
| Amati Communications Corporation synchronized discrete multitone products | 4/22/1996, 8/3/1999 12/1/1999, 11/1/1999, 8/13/2002, | Amati Communications Corporation/Texas Instruments | SDMT Products |

Specific combinations that render the asserted claims of the DDE – Family 3 Patents

obvious under 35 U.S.C. § 103  using these references are set forth in Exhibits I-01 through I-12

and J-01 through J-11.  CommScope reserves the right to rely on the references listed above for

motivation to combine, the state of the art and/or the background knowledge of one of ordinary skill in the art.

The patents, publications, and references identified above qualify as prior art under 35 U.S.C. §§ 102(a), 102(b), 102(e), and/or 102(g).  The charts identified as Exhibits I-01 through I-12 and J-01 through J-11 demonstrate how the asserted claims of the DDE – Family 3 Patents are anticipated and/or rendered obvious by the references above.  Each chart identifies certain prior art to the DDE – Family 3 Patents and identifies at least one citation in the prior art reference where each claim element of the asserted claims is disclosed.  Though the charts provide illustrative citations to where each claim element may be found in the prior art, the cited references may contain additional disclosures of each claim element as well, and CommScope reserves the right to assert that any claim element is disclosed in other portions of the cited references.  In addition, CommScope identifies, and incorporates here by reference, all prior art of record in the prosecution history of the DDE – Family 3 Patents (and all related patents and applications), and all prior art ITU-T Recommendations or other industry publications (such as ATM Forum, Broadband Forum, or similar groups' publications, reports, or specifications), any of which may anticipate and/or render the asserted claims of the DDE – Family 3 Patents obvious.

To the extent that a reference above is found to be missing a limitation of the asserted claims of the DDE – Family 3 Patents, any one of the prior art references identified above may be combined with any one or more of the following references, all of which qualify as prior art under 35 U.S.C. §§ 102(a), 102(b), 102(e), and/or 102(g), to render the asserted claims of the DDE – Family 3 Patents obvious under 35 U.S.C. § 103:

| Patents and Patent Applications | | | |
|---|---|---|---|
| Patent or Application No. | Country of Origin | Date of Issue or Publication | Short Cite |
| 2003/0179770 | U.S. | 9/25/2003 | Reznic |
| 2005/0034046 | U.S. | 2/10/2005 | Berkmann |
| 2005/0254441 | U.S. | 11/17/2005 | Levi |
| 2003/0088821 | U.S. | 5/8/2003 | Yokokawa |
| 2003/0093750 | U.S. | 5/15/2003 | Cameron |
| 2001/0039637 | U.S. | 11/8/2001 | Bengough |
| 5,063,533 | U.S. | 11/5/1991 | Erhart |
| 5,563,915 | U.S. | 10/8/1996 | Stewart |
| 5,751,741 | U.S. | 5/12/1998 | Voith |
| 5,757,416 | U.S. | 5/26/1998 | Birch |
| 5,867,400 | U.S. | 2/2/1999 | El-Ghoroury |
| 5,912,898 | U.S. | 6/15/1999 | Khoury |
| 5,968,200 | U.S. | 10/19/1999 | Amrany |
| 5,991,857 | U.S. | 11/23/1999 | Koetje |
| 6,151,690 | U.S. | 11/21/2000 | Peeters |
| 6,392,572 | U.S. | 5/21/2002 | Shiu |
| 6,480,976 | U.S. | 11/12/2002 | Pan |
| 6,484,283 | U.S. | 11/19/2002 | Stephen |
| 6,553,534 | U.S. | 4/22/2003 | Yonge |
| 6,704,848 | U.S. | 3/9/2004 | Song |
| 6,922,444 | U.S. | 7/26/2005 | Cai |
| 6,988,234 | U.S. | 1/17/2006 | Han |

the DDE – Family 4 Patent (and all related patents and applications), the applicant's admitted prior art, including admissions in U.S. Provisional Application 60/164,134, and all prior art ITU-T Recommendations or other industry publications (such as ATM Forum, Broadband Forum, or similar groups' publications, reports, or specifications), any of which may anticipate and/or render the asserted claim obvious.  Further, CommScope identifies any TQ Delta patents that claim the same priority date as the DDE – Family 4 Patent and disclose the same subject matter and for which a terminal disclaimer was not filed during prosecution, under the doctrine of obviousness-type double patenting.  This includes, but is not limited to, U.S. Patent No. 7,471,721 and U.S. Patent No. 8,218,610.  Additional evidence regarding the features and elements of prior art references may be provided by witness testimony, or by additional documents and materials describing the prior art, that may be identified through the course of ongoing discovery and investigation.

To the extent that a reference above is found to be missing a limitation of the asserted claim, any one of the prior art references identified above may be combined with one another or with any one or more of the following references, all of which qualify as prior art under 35 U.S.C. §§ 102(a), 102(b), 102(e), and/or 102(g), to render the asserted claim obvious under 35 U.S.C. § 103:

| Patents and Patent Applications | | | |
|---|---|---|---|
| Patent or Application No. | Country of Origin | Date of Issue or Publication | Short Cite |
| 5,694,415 | U.S. | 12/2/1997 | Suzuki 415 |
| 6,590,860 | U.S. | 7/8/2003 | Sakoda |
| 6,310,869 | U.S. | 10/30/2001 | Holtzman |
| 5,682,376 | U.S. | 10/28/1997 | Hayashino |

| Patents and Patent Applications | | | |
|---|---|---|---|
| **Patent or Application No.** | **Country of Origin** | **Date of Issue or Publication** | **Short Cite** |
| 6,963,599 | U.S. | 11/8/2005 | Dunn |
| 6,590,893 | U.S. | 7/8/2003 | Hwang |
| 6,625,219 | U.S. | 9/23/2003 | Stopler |
| EP 0895389 (A2) | E.U. | 2/3/1999 | Williams |
| 4,924,516 | U.S. | 5/8/1990 | Bremer |
| 6,657,949 | U.S. | 9/26/2000 | Jones |
| 6,301,268 | U.S. | 10/9/2001 | Laroia |
| 6,144,696 | U.S. | 11/7/2000 | Shively |
| 5,896,419 | U.S. | 4/20/1999 | Suzuki 419 |
| 6,233,247 | U.S. | 5/15/2001 | Alami |
| 6,240,141 | U.S. | 5/29/2001 | Long |
| 6,757,299 | U.S. | 6/29/2004 | Verma |
| 6,507,585 | U.S. | 1/14/2003 | Dobson |
| 4,408,298 | U.S. | 10/4/1983 | Ruhland |
| 3,811,038 | U.S. | 5/14/1974 | Reddaway |
| 4,672,629 | U.S. | 6/9/1987 | Beier |
| 5,694,389 | U.S. | 12/2/1997 | Seki |
| 6,324,171 | U.S. | 11/27/2001 | Lee |
| 6,438,186 | U.S. | 8/20/2002 | Strait |
| 5,101,417 | U.S. | 12/19/2012 | Richley |
| 6,389,080 | U.S. | 5/14/2002 | Barnes |
| 6,081,502 | U.S. | 6/27/2000 | Paneth |

additional documents and materials describing the prior art, that may be identified through the course of ongoing discovery and investigation.

To the extent that a reference above is found to be missing a limitation of the asserted claims of the DDE – Family 6 Patents, any one of the prior art references identified above may be combined with any one or more of the following references, all of which qualify as prior art under 35 U.S.C. §§ 102(a), 102(b), 102(e), and/or 102(g), to render the asserted claims of the DDE – Family 6 Patents obvious under 35 U.S.C. § 103:

| Patents and Patent Applications | | | |
|---|---|---|---|
| Patent or Application No. | Country of Origin | Date of Issue or Publication | Short Cite |
| 7,940,798 | U.S. | 5/10/2011 | Puputti |
| 6,182,264 | U.S. | 1/30/2001 | Ott |
| 7,706,287 | U.S. | 4/27/2010 | Tanaka |
| 7,343,543 | U.S. | 3/11/2008 | Mantha |
| 7,418,240 | U.S. | 8/26/2008 | Hsu |
| 7,372,901 | U.S. | 5/13/2008 | Holcomb |
| 7,257,764 | U.S. | 8/14/2007 | Suzuki |
| 7,197,067 | U.S. | 3/27/2007 | Lusky |
| 7,181,177 | U.S. | 2/20/2007 | Pauli |
| 7,170,432 | U.S. | 1/30/2007 | Ettorre |
| 7,024,596 | U.S. | 4/4/2006 | Xin |
| 6,983,414 | U.S. | 1/3/2006 | Duschatko |
| 6,982,964 | U.S. | 1/3/2006 | Beering |
| 6,928,603 | U.S. | 8/9/2005 | Castagna |

| Patents and Patent Applications | | | |
|---|---|---|---|
| Patent or Application No. | Country of Origin | Date of Issue or Publication | Short Cite |
| 6,772,388 | U.S. | 8/3/2004 | Cooper |
| 6,732,323 | U.S. | 5/4/2004 | Mitlin |
| 6,477,669 | U.S. | 11/5/2002 | Agarwal |
| 6,266,348 | U.S. | 7/24/2001 | Gross |
| 6,067,646 | U.S. | 5/23/2000 | Starr |
| 5,907,563 | U.S. | 5/25/1999 | Takeuchi |
| 5,828,677 | U.S. | 10/27/1998 | Sayeed |
| 5,638,384 | U.S. | 6/10/1997 | Hayashi |
| 5,546,411 | U.S. | 8/13/1996 | Leitch |
| 5,436,917 | U.S. | 7/25/1995 | Karasawa |
| 5,392,299 | U.S. | 2/21/1995 | Rhines |
| 4,677,622 | U.S. | 6/30/1987 | Okamoto |
| 4,644,544 | U.S. | 2/17/1987 | Furaya |
| 4,541,091 | U.S. | 9/10/1985 | Nishida |
| 4,716,567 | U.S. | 12/29/1987 | Ito |
| 2007/0258487 | U.S. | 11/8/2007 | Puputti |
| 2003/0193889 | U.S. | 10/16/2003 | Jacobsen |
| 2002/0041570 | U.S. | 4/11/2002 | Ptasinski |
| 2001/0022810 | U.S. | 9/20/2001 | Joo |
| EP 0696108 (A1) | E.U. | 2/7/1996 | |
| EP 0923821(B1) | E.U. | 6/23/1999 | |

## XI.    P. R. 3-4 DOCUMENT PRODUCTION

### A.    Documents Related to Accused Instrumentalities Under P. R. 3-4(a)

With the express reservations of rights to supplement its P. R. 3-4(a) disclosures, and based on its current understanding of CommScope's infringement contentions, CommScope is producing today, and will continue to supplement if necessary, documentation, Bates labeled COMMSCOPE012879–COMMSCOPE013337, sufficient to show the relevant structure and operation of the accused devices.

### B.    Documents Related to Prior Art Under P. R. 3-4(b)

Pursuant to P. R. 3-4(b), CommScope is producing concurrently with these Invalidity Contentions documents Bates labeled COMMSCOPE000002–COMMSCOPE012878, reflecting the prior art references identified above and/or in the attached charts in connection with defendants' P. R. 3-3(a) disclosures.

Dated this 13th day of January, 2022              Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave, Ste. 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Douglas J. Kline
Christie Larochelle
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
P:  (617) 570-1000
F:  (617) 523-1231
dkline@goodwinlaw.com

clarochelle@goodwinlaw.com

Brett Schuman
Rachel M. Walsh
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P:  (415) 733-6000
F:  (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
GOODWIN PROCTER LLP
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

***Attorney for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 13th day of January, 2022, all counsel of record are

being served with a copy of this document via electronic mail.

*/s/ Erich H. Findlay*
Eric H. Findlay
