# EXHIBIT 11

## Contact

www.linkedin.com/in/joechow
(LinkedIn)

## Top Skills

Strategic Partnerships
IPTV
Product Management

# Joe Chow

Technology Executive and Business Leader
Suwanee

## Summary

Senior technology executive and transformational business leader with over 35 years of leadership experience.  Manages  businesses with over $3B in annual revenue and global teams of over 1,400 driving operational excellence, innovation and core strategies in dynamic, complex and rapidly consolidating markets.  Relationship builder who understands the value of customers and associates in building products and solutions that create sustainable value.

———

## Experience

### CommScope
SVP and Segment Lead, Home Networks
August 2019 - Present (2 years 6 months)

Segment leader over the  CommScope CPE portfolio encompassing gateways, set-tops and video solutions for retail and service providers. Focused on sustainable business strategy,  innovation and differentiation leading to value creation and long term partnerships with our customers.

### Quantenna Communications
SVP, Product and Program Management
June 2017 - June 2019 (2 years 1 month)
San Jose, California

Managed the Product Management and Program Management teams at Quantenna with end to end responsibility for defining, driving execution and delivering Quantenna's portfolio of cutting edge, high performance Wi-Fi chip-sets and turn-key products.  Implemented corporate wide product governance and development processes that resulted in better planning, higher visibility, execution accountability and schedule fidelity on products and programs. Drove scaled adoption and deployment of 8x8 + 4x4 MIMO DBDC Wi-Fi solutions resulting in 3 consecutive record quarters for the company in 2018 and 25% year over year growth that culminated in the successful acquisition of Quantenna by On Semiconductor.

TQD_TX-00045191

G Squared Advisors
Corporate Advisor
2016 - 2017 (1 year)
Duluth, GA

Work with CEOs and C-suites of global clients on vision, strategy implementation and execution excellence. Engagements include a Fortune 1000 company implementing a major strategic pivot and business transformation, a video software platform provider refining their strategic plans and a consumer electronics company entering the service provider space.

Technicolor
Chief Alliance Officer
2015 - 2016 (1 year)
Greater Atlanta Area

Led the Cisco Connected Devices Business Unit (CDBU) management team during the transfer of that business from Cisco to Technicolor.  Initiated partnership discussions to accelerate introduction and scale of Technicolor solutions and technology.

Cisco Systems
Vice President and General Manager
2001 - 2015 (14 years)

Consolidated 5 CPE P&L's into Cisco's Connected Devices Business Unit (CDBU) with $2.7 Billion Service Provider CPE revenue delivering ~30 million set-tops, modems, gateways and cable cards annually with a global team of 1000.  Drove business strategy and transformation including establishing Cisco's market leading IPTV business and championing a pivot accelerating the internet of things in the connected home.  Demonstrated record driving product development, operational excellence and business results with a pragmatic, quantitative and collaborative leadership style.

IVI Checkmate (currently Ingenico)
Vice President of Engineering
2000 - 2001 (1 year)

Managed engineering and product development for a portfolio of secure signature capture, check readers and PIN pads.  Drove resolution of issues and released IVI's flagship, cutting edge signature capture product obtaining Home Depot product acceptance within 90 days of joining the company.

LXE

TQD_TX-00045192

Vice President of Engineering
1997 - 2000 (3 years)
Greater Atlanta Area

Led the engineering and product development organization building a line of industrial, wireless data capture products used in hospitals, warehouses and ports.  Transformed the product line introducing Windows CE based data collection computers in less than one fourth the form factor of legacy products.  Reshaped organization, stabilized attrition while increasing the number of concurrent programs and adding 50% to the size of the organization.

Symbol Technologies
Senior Director
1985 - 1997 (12 years)
Holtsville, NY

Managed Symbol's touchscreen handheld computer product family.  Launch Symbol's first Windows CE based data collection computer.  Also launched Spectrum One, the first commercial deployment of wireless Spread Spectrum technology prior to the ratification of the IEEE 802.11 WiFi standard.

——————

## Education

University of California, Irvine - The Paul Merage School of Business
MBA, General Management · (1982 - 1986)

University of California, Los Angeles
BS, Computer Engineering · (1978 - 1982)

TQD_TX-00045193

## Contact

www.linkedin.com/in/
charlescheevers (LinkedIn)

## Top Skills

Set Top Box

VoIP

IPTV

## Languages

French

German

# Charles Cheevers

Chief Technology Officer Home Networks at CommScope
Suwanee

## Summary

Defining the future of the connected Home. Creating a cohesive CommScope vision of future successive generations of home technologies, Cloud to IoT and smart home, video entertainment. Advancing technologies like Wi-Fi , Smart Media Devices, DOCSIS, PON, Fixed Wireless Access, LTE & 5G to create solutions to satisfy consumer demands and Service Provider directions. Working together with the Business Unit Segments and the CommScope CTO office to drive CommScope product and services directions. Providing industry thought leadership in all facets of consumers digital lives and home infotainment, connectivity and smart services.

―――――

## Experience

**CommScope**
Chief Technology Officer
April 2019 - Present (2 years 10 months)
Suwanee, Georgia

Responsible for the 3-5 year Cloud and Home technology directions and vision of the Home Networks Business Segment.

**ARRIS**
15 years 11 months

CTO Customer Premises Equipment
May 2012 - April 2019 (7 years)

Working with the respective CPE Business Units in ARRIS to define the strategic direction of ARRIS CPE products and solutions

CTO, Europe
April 2006 - June 2012 (6 years 3 months)

Chief Technical Officer, Europe - Responsible for the creation and evangelization of ARRIS technologies in Europe including Video, Data and Voice solutions.

CTO Europe and Vice President Multimedia Product Management

TQD_TX-00045017

January 2009 - June 2011 (2 years 6 months)

Responsible for ARRIS EdgeQAM Product Line Management

VP Engineering C3 and D5 Products
June 2003 - February 2009 (5 years 9 months)

Com21 Inc
VP Engineering
1999 - 2003 (4 years)

Apple Computer Inc
Software Engineering Manager
1995 - 1999 (4 years)

QC Data
Technical Services Manager
1991 - 1994 (3 years)

--------

# Education

Waterford Institute of Technology
BSc, Compuer Science · (1982 - 1986)

TQD_TX-00045018

## Contact

www.linkedin.com/in/stevetcochran
(LinkedIn)

## Top Skills

Enterprise Software
Data Center
SaaS

## Languages

Italian (Limited Working)
French (Limited Working)

## Patents

Scalable, distributed, asynchronous
data collection mechanism

# Steve Cochran

Senior Manager, Software Engineering at CommScope / Arris
Austin

## Summary

I am a seasoned software professional with 10 years of experience
as a development manager and 15+ years as an architect, tech
lead and individual contributor.  I have worked for a variety of
organizations from startups to large established companies and
across different sectors of the tech industry including Enterprise
management software, Enterprise and network security software,
CPE firmware and microchip design.

Currently I oversee a team of software developers who are
responsible for designing, building, developing and supporting a
large-scale management and data collection platform focused on
CPE (home routers, set top boxes and access points).  The platform
scales to tens of millions of devices and provides management,
troubleshooting, data collection and analytics capabilities.

Before this I managed a distributed team of software developers
who were responsible for developing and delivering the software that
runs on a DSL gateway (router) that is deployed by many service
providers, including AT&T.

In previous positions in my career I have also overseen and
participated in the development of large-scale distributed
applications like WholeSecurity's distributed crimeware detection
application and Tivoli's TME management framework.

During my career I have risen through the ranks, starting as a coder
an growing through the years to become a principal engineer,
architect, technical lead, and manager.  Given this, I am a very
technical manager who enjoys understanding the technology in use
in the products and teams that I manage.

In my non-work time, I enjoy outdoor activities (running, swimming,
cycling, skiing, camping, etc.), traveling, cooking (and eating!) good
food, beer and and music, both as a listener and a musician.

TQD_TX-00045332

## Experience

**CommScope**
**Senior Software Engineering Manager**
July 2018 - Present (3 years 7 months)
Austin, TX

Currently I am leading a team of software engineers who develop and support the ECO product suite which allows telco service providers to manage devices in their customers' homes.  ECO is a highly scalable (>10 million devices) management and data collection platform built using a microservice architecture.  My team is responsible for the development and maintenance of the ECO platform services.  This platform is largely developed with Java and Kotlin and uses various scripting languages (including JavaScript and Python).  It is based upon web services and protocols (e.g. REST, JSON, XML) and uses many different technologies including:  Spring Boot, SQL and NoSQL database technologies (PostgreSQL, Oracle, Cassandra, Redis and Elasticsearch), RabbitMQ and Docker.  The platform and applications can be deployed through AWS or on premises at the customer site.

**ARRIS**
**Senior Manager, Software Engineering**
January 2016 - July 2018 (2 years 7 months)
Austin, TX

I led a distributed team of software engineers continuing the development and support of the Pace DSL residential gateway product.  These routers are deployed by AT&T and other service providers to millions of subscriber homes. My team was responsible for the development and support of the software running on the gateway.  The gateway was based upon a Broadcom hardware platform and used a Linux-based software distribution that included support for data, voice and video among other features.

**Pace**
5 years 1 month

**Director of Engineering, Telco Software**
August 2013 - January 2016 (2 years 6 months)
Austin, TX

At Pace, I built and led a team of as many as 15 software engineers developing and supporting the Linux-based system software for the Pace

TQD_TX-00045333

==Telco residential gateway products.  These gateway products provide broadband services (data, IPTV, voice) over DSL and fiber to customer homes.==

Software Manager, Gateway Engineering
November 2011 - July 2013 (1 year 9 months)
Austin, TX

Software Architect
January 2011 - November 2011 (11 months)
Austin, TX

==2Wire==
==Principal Engineer==
==August 2010 - December 2010 (5 months)==

Univa UD
Tech Lead
July 2008 - June 2010 (2 years)
-Built a team of six software engineers focused on delivering "Reliance," a datacenter cloud automation solution.

-Served as the technical lead for Reliance.  This included interfacing with product management to gather requirements, building an architecture and detailed design and overseeing the implementation and delivery of the product. I also served as the "glue" developer who pulled the whole project together, handling the builds, packaging, installer and any other tasks that didn't fall into any of the developers' core areas.

-Used an agile approach to building, delivering and maintaining a large, complex software product.

Identity Engines
Principal Engineer
April 2007 - June 2008 (1 year 3 months)
Sunnyvale, CA

-Designed and implemented a Java-based test framework for automated testing of an 802.1x network authentication appliance.

-Worked on the License Manager and Certificate Manager services on the Ignition appliance, adding new features and providing maintenance.

TQD_TX-00045334

-Worked on the XSupplicant 802.1x client.

## Symantec
### Sr. Development Manager
October 2005 - June 2006 (9 months)

-Worked on the integration of the WholeSecurity products and technology into the Symantec product lines

## WholeSecurity, Inc.
### Technical Manager
November 2002 - October 2005 (3 years)

-Developed, released and supported the Confidence Online Enterprise Edition, a crimeware detection solution product across several releases and a large customer base.

-Built and managed a development team of eight.

## BroadJump, Inc.
### Developer, Product Manager
December 1999 - October 2002 (2 years 11 months)

-Provided product direction for ControlWorks™, BroadJump's large-scale subscriber management system.

-Interacted with customers to define product requirements.

-Provided training and support for the sales force.

-Implemented code to add SSL security into the BroadJump framework using OpenSSL.

## IBM
### Principal Engineer
March 1996 - October 1999 (3 years 8 months)
Austin, Texas Area

IBM purchased Tivoli in 1996.

-I continued to serve as the principal architect for the Tivoli/Inventory and Tivoli/Software Distribution products.

TQD_TX-00045335

-Spent a year in Rome, Italy as the initial development ambassador to the IBM Rome Networking Systems Lab and the ~150 developers there.

-Helped start up the Tivoli Embedded business unit, working to take the TME Management Platform to smaller embedded devices.
See less

Tivoli Systems
Principal Engineer
1991 - 1996 (5 years)
Austin, Texas Area

-Helped build Tivoli from a startup with 30 people to a worldwide organization of over 5,000 people as a part of IBM.

-Wrote significant portions of the Tivoli Management Framework, which provided a large-scale, heterogeneous distributed systems management framework in the early days of the internet era.

-Served as the principal architect for the Tivoli/Inventory and Tivoli/Software Distribution products.

Motorola
CAD tools developer
June 1989 - January 1991 (1 year 8 months)

_____

# Education

North Carolina State University
MS, EE · (1986 - 1989)

The University of Tulsa
BS, EE · (1981 - 1986)

TQD_TX-00045336

## Contact

bryceg1911@gmail.com

www.linkedin.com/in/bryce-garrett-8bba71 (LinkedIn)

## Top Skills

Wireless

Sales Management

Account Management

## Certifications

Lean Six Sigma Yellow Belt Certification

## Honors-Awards

Century Club Award

Lemons-to-Lemonade Award

# Bryce Garrett

Senior Strategic Account Executive, Service Cloud - Large Enterprise at Salesforce
Dallas-Fort Worth Metroplex

## Summary

VALUE PROPOSITION

‣ I am a highly-effective, seasoned sale and business development executive, team builder and leader.
‣ My background is rich with Sales, Product Management, Marketing and Engineering experience in North America with operations proficiency spanning the globe.
‣ My success is driven by my competitive desire to not only win, but to ACHIEVE at the highest levels.

SUMMARY

# Engaging personality with a winning blend of the technical chops needed to sell hardware, software and services combined with a poised demeanor to enjoy the journey as it comes
# Leverages a unique mix of strategic and analytical expertise, consistently exceeding performance goals by aligning team talents and effort with organizational objectives

LEADERSHIP HIGHLIGHTS

★ A demonstrated record of success at most all US Tier 1 service providers (AT&T, Verizon, Spectrum, Century Link) as well as several large enterprise giants (Google, Amazon, Roku)
★ Success has been marked by promotions to positions of increased influence, authority, and accountability
★ Provided leadership and individual contribution to a North American sales team that saw double-digit revenue and EBITA growth y-y
★ Led the grassroots effort to win multiple year business with the US' largest streaming box manufacturer

EXCEPTIONAL COMPETENCIES:

TQD_TX-00045006

• Telecom Equipment Sales
• Sales Team Management
• Relationship Building
• Account/Territory Growth
• Technical Presentations
• Hunter/Farmer Mix
• Management Software
• Product/Team Training
• SaaS
• Project Coordination

SPECIALTIES:
• NFV (Network Function Virtualization)
• Cloud-based Network Solutions
• WDM, CWDM, DWDM, ROADM
• Access Network Design and Configurations
• Video content processing, encoding, encryption and STBs
• Video Headends (receivers, encoders, content processing, aggregation, modulation, IP switching and routing)
• GPON FTTP (Fiber to the Premise) network design
• OLT ONT MDU SFU
• IP Gateways/Routers/Switches
• Ethernet, TDM, PTSN, VoIP

――――

## Experience

Salesforce
Senior Strategic Account Executive, Service Cloud - Large Enterprise
August 2020 - Present (1 year 6 months)
Dallas-Fort Worth Metroplex

Twin Legacy Consulting LLC
President
2018 - Present (4 years)
Dallas/Fort Worth Area

Founding member and CEO.  Focused on creatively bridging the gap between traditional IT/Telecom partners and the next generation of amazing companies.

Omni Remotes (Founded by Philips Home Control)

**TQD_TX-00045007**

Senior Vice President (SVP) of Sales, North America
May 2016 - 2018 (2 years)
Dallas/Fort Worth Area

Led sales and business development teams' effort for Omni Remotes (formerly Philips) in North America.  Covering all major MSOs, Telcos and independent operators in the US and Canada.

#Head of North American business unit – Six sales director direct reports and three operations indirect reports
#Managing sales and commercial activity for Omni at all MSOs, Service Providers, OTT and independent operators in the US and Canada
#Key customers include:   Google, Amazon, Verizon, Spectrum/Charter/TWC, AT&T/DIRECTV, Frontier and Roku
#Awarded multi-year contract with Roku (US' largest OTT supplier)
#Record-breaking double-digit revenue and EBITA growth in 2017

ARRIS
11 years

Director of Sales
October 2014 - 2016 (2 years)
Dallas/Fort Worth Area

Managed the AT&T Account with responsibility for deployment of all ARRIS Residential Gateways (RGs), Wireless Access Points (WAPs) and home entertainment receivers for U-Verse, Business and Legacy subscribers.  Sales were achieved through direct B2B as well as channel partners, VARs and distribution.

The ARRIS CPE portfolio includes DSL, VDSL, VDSL2, Bonded VDSL, G.fast and GigaPower Fiber gateways, in addition to both wired and wireless video receivers.  A major investment has also been made in the SDN and NFV architectures for network environment.

National Account Manager (formerly Google via Motorola acquisition)
August 2005 - September 2014 (9 years 2 months)
Dallas/Fort Worth Area

Technical sales responsibility for Verizon covering all ARRIS/Motorola video and fiber products: xPON, POL, IP Video, QAM, OTT Video, STBs, Multi-screen delivery, OSS/BSS, Wireless Access Points, Home Monitoring (IoT), FTTx and software solutions (SaaS).

TQD_TX-00045008

Tellabs
9 years

Sr. Product Manager
2003 - February 2005 (2 years)

Complete Life Cycle Manager of all for Tellabs FTTC, BPON and copper
product lines including the following product areas: development, positioning,
cost structure, product planning and revenue generation

Tellabs acquired AFC in 2003

Sr. Sales and Product Manager
1996 - February 2005 (9 years)

Sales and Sales Engineering Manager
1997 - 2003 (6 years)
Dallas/Fort Worth Area

AFC acquired Marconi in 2002.

Managed five direct sales engineering reports covering multiple South and
West region accounts with an annual team quota responsibility of $60 Million

# Account responsibility:  AT&T, Century Link, Verizon

Application Engineer
1996 - 1997 (1 year)
Dallas/Fort Worth Area

Marconi acquired RELTEC in 1999.

———

# Education

Vanderbilt University
Bachelor of Engineering (B.E.), Electrical Engineering

The University of Dallas
Master of Business Administration - MBA

Sumner Academy of Arts and Science

TQD_TX-00045009

# Denton CAD

2021

## Property

### Account

| | | | |
|---|---|---|---|
| Property ID: | 524466 | Legal Description: | WARMINGTON MEADOWS BLK B LOT 38 |
| Geographic ID: | SL2970A-000000B-0000-0038-0000 | Zoning: | Residential |
| Type: | Real | Agent Code: | |
| Property Use Code: | | | |
| Property Use Description: | | | |

### Location

| | | | |
|---|---|---|---|
| Address: | 4612 GENTLE GLEN DR CARROLLTON, TX 75010-4247 | Mapsco: | |
| Neighborhood: | WARMINGTON MEADOWS | Map ID: | CA05 |
| Neighborhood CD: | DC02801 | | |

### Owner

| | | | |
|---|---|---|---|
| Name: | GARRETT, BRYCE & TONYA | Owner ID: | 793408 |
| Mailing Address: | 4612 GENTLE GLEN DR CARROLLTON, TX 75010-4247 | % Ownership: | 100.0000000000% |
| | | Exemptions: | HS |

## Values

| | | |
|---|---|---|
| (+) Improvement Homesite Value: | + | $450,095 |
| (+) Improvement Non-Homesite Value: | + | $0 |
| (+) Land Homesite Value: | + | $137,280 |
| (+) Land Non-Homesite Value: | + | $0   Ag / Timber Use Value |
| (+) Agricultural Market Valuation: | + | $0          $0 |
| (+) Timber Market Valuation: | + | $0          $0 |
| | | ------------------------- |
| (=) Market Value: | = | $587,375 |
| (–) Ag or Timber Use Value Reduction: | – | $0 |
| | | ------------------------- |
| (=) Appraised Value: | = | $587,375 |
| (–) HS Cap: | – | $0 |
| | | ------------------------- |
| (=) Assessed Value: | = | $587,375 |

## Taxing Jurisdiction

| | |
|---|---|
| Owner: | GARRETT, BRYCE & TONYA |
| % Ownership: | 100.0000000000% |
| Total Value: | $587,375 |

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax | |
|---|---|---|---|---|---|---|
| C02 | CARROLLTON CITY OF | 0.582500 | $587,375 | $469,900 | $2,737.17 | |
| CAD | DENTON CENTRAL APPRAISAL DISTRICT | 0.000000 | $587,375 | $587,375 | $0.00 | |
| G01 | DENTON COUNTY | 0.233086 | $587,375 | $581,501 | $1,355.40 | |
| S09 | LEWISVILLE ISD | 1.308500 | $587,375 | $562,375 | $7,358.68 | |
| | Total Tax Rate: | 2.124086 | | | | |
| | | | | Taxes w/Current Exemptions: | $11,451.25 | |

## Contact

www.linkedin.com/in/kenhaase
(LinkedIn)

# Ken Haase

VP, Product Line Management Broadband Home Solutions at
CommScope
Suwanee

## Experience

**CommScope**
VP, Product Line Management Broadband Home Solutions
June 2020 - Present (1 year 9 months)

**CommScope**
VP, Product Line Management Telco CPE
April 2019 - October 2019 (7 months)
San Francisco Bay Area

**ARRIS**
Vice President Product Line Management Telco CPE
May 2013 - March 2019 (5 years 11 months)

**Motorola**
Sr. Director Telco CPE Product Line Management
February 2007 - April 2013 (6 years 3 months)

**Netopia**
VP of Marketing and Technical Services
January 2004 - February 2007 (3 years 2 months)

———

## Education

University of Connecticut

## Contact

www.linkedin.com/in/daniel-hagarty-2195ab8 (LinkedIn)

## Top Skills

Hyperion Enterprise
Management
Financial Reporting

# Daniel Hagarty

Vice President Finance at CommScope
Horsham

## Experience

CommScope
Vice President Finance
April 2019 - Present (2 years 10 months)

ARRIS
Finance Director
April 2013 - April 2019 (6 years 1 month)
Horsham PA

Finance lead for Digital Video Business Unit providing a wide range of
financial decision support and business analytics to ARRIS leadership team.
Responsibilities also include financial planning, forecasting, and reporting for
$1.7B Business Unit.

Motorola Mobility Home Division - A Google Company
Sr. Finance Manager
April 2003 - April 2013 (10 years 1 month)
Horsham PA

Unisys
Financial Analyst
1999 - 2003 (4 years)
Blue Bell PA

─────

## Education

Fox School of Business at Temple University
MBA · (2001 - 2003)

West Chester University of Pennsylvania
Finance · (1995 - 1999)

TQD_TX-00045087

## Contact

www.linkedin.com/in/craig-
herro-617663 (LinkedIn)

## Top Skills

Wireless

Strategic Planning

Product Management

# Craig Herro

Director of Product Management at Arris

San Francisco Bay Area

## Summary

Marketing professional with over twenty years international telecommunications experience in wireless and fixed broadband networks focusing on business development, strategic planning, communications, and marketing.  Background includes extensive experience in service provider, system manufacturing and technology provider environments and the ability to take products from inception to general market availability.

––––––

## Experience

**CommScope**

Director of Product Management

March 2017 - Present (4 years 11 months)

Santa Clara, California

**ARRIS**

Sr. Product Line Marketing Manager

August 2008 - Present (13 years 6 months)

San Francisco Bay Area

Responsible for ARRIS broadband product portfolio for North and South American Telco markets.

Product portfolio revenue growth of 300% between 2010-2015.

Introduced industry's first residential gateway for the telco market with an integrated Lithium Ion battery.

Current products are now market share leaders in the IPTV markets and next generation products are designed to continue that trend.

Drove a significant increase in average margins through cost reduction efforts and product differentiation.

TQD_TX-00045066

Managed products through entire lifecycle from business case and inception to general availability working directly with external customers, as well as internal groups including engineering, operations, finance, and sales.

Led efforts to drive next generation broadband technologies including market analysis, customer review, financial analysis, and go-to-market strategy.

## Infineon Technologies
### Marketing Director
August 2007 - August 2008 (1 year 1 month)

Directed transition of account base from Texas Instruments to Infineon Technologies with minimal impact to customers and minimal revenue loss to Infineon.

Responsible for all facets of customer financials including revenues, profits, pricing, price negotiations and meeting annual and quarterly plan goals.

Directly involved in scaling Infineon broadband business by 10x and marketshare increase from 5% to 40%.

## Texas Instruments
### Marketing Development Mgr
May 2004 - July 2007 (3 years 3 months)

Responsible for setting strategy and financial plans for regions of responsibility, including North America, Latin America, Taiwan, China, India, and Australia.

Led efforts in Taiwan region to improve financials in net revenue, units built, and cost of build margins.

Increased emerging markets revenue, including Latin America, China, and India, by over 95% from 2005-2006 and an additional 50% from 2006-2007.

Developed strategic relationships with service providers in emerging markets to create pull for Texas Instruments in both DSL and Cable products.

Managed cross-functional teams consisting of engineering, sales, operations, and finance to drive efforts to win new customers and to retain and grow existing customer base.

TQD_TX-00045067

Nokia
Product Planning Manager
2001 - 2004 (3 years)

Managed strategic planning efforts and developed business cases for existing and next generation broadband products.

Initiated and executed cost reduction efforts saving $95M while increasing profit margins to over 45%.

Developed and executed strategic plan to introduce 2nd chipset supplier to achieve 58% cost savings and improve performance and delivery capabilities.

Negotiated primary reseller contracts with media solutions vendors allowing Nokia to deliver end-to-end video solution.

Managed numerous cross-functional, cross-departmental teams to achieve objectives and deliverables within specific timelines.

Represented Nokia at standards bodies and gathered customer and competitive intelligence information for use in strategic product roadmap development activities.

NorthPoint Communications
Product Manager
1999 - 2001 (2 years)

Developed and implemented a bundled customer premises broadband equipment product offering which accounted for over 25% of company revenue and was chosen by customers on over 95% of all orders.

Created, branded, and patented an application that improved installation intervals by 20% saving $1M+ in expenses annually.

Built an international distribution channel and supply chain to deliver customer premises equipment to subscribers that led to on-time delivery of 99.5%.

Cellular One of San Francisco
Corporate Marketing Manager
1993 - 1999 (6 years)

TQD_TX-00045068

Produced corporate responses to industry issues, public policy and competitive maneuvers and drafted press releases and media advisories to gain additional exposure.

Initiated reward and recognition programs and communication models for 1,000+-employee base.

Directed community affairs annual budget of $2M.

Led development efforts in creating Customer Retention Team saving $5M in annual revenue and thereby justifying the decision to increase team from 3 employees to 35 employees.

------

## Education

### University of California, Los Angeles
BA, Political Science · (1989 - 1992)

### Växjö University
International Relations and Affairs · (1988 - 1989)

### University of Wyoming
 · (1987 - 1988)

TQD_TX-00045069

## Contact

www.linkedin.com/in/germani
(LinkedIn)

## Top Skills

Broadband
IPTV
Wireless

## Languages

**English** (Native or Bilingual)
**Portuguese** (Limited Working)
**Spanish** (Native or Bilingual)

# German Iaryczower

SVP of Sales, Americas Home Networks at CommScope
Suwanee

## Summary

Proven executive with over 26 years of experience, who excels in developing and increasing high-technology software and hardware sales & development. Excellent leadership and sales skills, with a proven track record managing sales cycles, consultative selling, strategic partnering and complex negotiations, managing a P&L, managing engineering and product development cycles.

Driven by strategic thinking and planning to achieve results. Exceptionally skilled at leading a highly successful sales and engineering team to deliver growth.

Effective communicator with a high level understanding of the technology, customers and competition.

Specialties: Experienced in managing the creation of International offices, meeting expense budgets, contract negotiation, formulating account and regional strategies and development of a channel partner network. Proven General Manager driving technology & innovation, business and product strategy and portfolio management.

———

## Experience

**CommScope**
27 years

SVP of Sales, Americas Home Networks
2021 - Present (1 year)
Atlanta, GA

SVP and GM, Broadband Home Solutions
2020 - 2021 (1 year)
Atlanta, GA

Promoted multiple times with increasing leadership responsibilities over a 25+ year tenure through numerous company acquisitions. Led a diverse global

TQD_TX-00045152

team of 360+ engineering, PLM, and operations staff throughout the U.S., India, and China, supporting a $1B+ broadband home CPE business unit. Managed business P&L.

➤ Developed and implemented the business strategy and operational plans to achieve the company's mission and vision.

➤ Improved profitability in a highly competitive macroeconomic environment, selling broadband cable, DSL, fiber, fixed wireless, and extender platforms.

➤ Accountable for developing long-range strategic planning initiatives with detailed supply chain forecasts; oversee staff hiring, training, development, and performance management.

➤ Led team in the successful development and business award of the Comcast XB7 broadband gateway

➤ Served as a site lead for one of the company's largest locations, successfully managing through the CV-19 pandemic.

➤ In charge of day-to-day program execution and developing key relationships with suppliers and partners.

➤ Drove the successful integration of the cable and telco broadband teams into one broadband team.

➤ Proven judgement with the ability to make timely decisions in ambiguous or uncertain environments.

SVP & General Manager, DOCSIS CPE Products (Previously with ARRIS, Acquired by CommScope)
2018 - 2020 (2 years)
Suwanee, GA

Directed a 300+ international team dedicated to product management, research and development, marketing, and operations. Held responsibility for the P&L of a $1B global business unit that delivered $14M+ devices annually and consistently maintained leading market share for cable modems, cable Wi-Fi, and telephone gateways.

➤ Oversaw a $65M global R&D investment portfolio, set global R&D development priorities, and developed comprehensive product roadmaps across multiple regions and product segments.

➤ Conceptualized, developed, and implemented a new organizational structure resulting in improved staff productivity, streamlined product development cycles, and an increase in bottom-line profits.

➤ Guided the engineering team to improve product quality, increasing overall market share substantially.

➤ Defined the DOCSIS CPE Business Unit strategy and led the business planning process.

TQD_TX-00045153

**SVP of Sales, The Caribbean, & Latin America (Previously with ARRIS, Acquired by CommScope)**
2013 - 2018 (5 years)
Suwanee, GA

Supervised a globally dispersed team of 70 sales and sales engineering professionals. Provided strategic direction, guidance, and hands-on support and lead staff hiring, training, and development.  Assisted the team in identifying and closing new opportunities within the Caribbean and Latin American markets.

➤ Recognized for consistently exceeding annual revenue targets year over year, selling set-top boxes, broadband modems, CMTSs, video processing products, headend optics, and OSS systems.

➤ Integral part of the consolidation planning process for the ARRIS sales teams during the Motorola Home and Pace acquisitions.

➤ Spoke and served as a subject matter expert at several high-profile industry events.

➤ Served as an ARRIS Women's Business Network Mentor for three years.

➤ Worked as a site lead for the Latin America south Florida office for three years.

**VP of Sales, The Caribbean, & Latin America (Previously with ARRIS, Acquired by CommScope)**
2007 - 2013 (6 years)
Atlanta, GA

**Director of Sales, The Caribbean, & Latin America (Previously with C-CORE, Acquired by ARRIS)**
2005 - 2007 (2 years)
Atlanta, GA

**VP of Sales (Previously with ARRIS, Acquired by C-COR)**
1995 - 2005 (10 years)
Atlanta, GA

_____

## Education

**Florida International University**
Bachelor of Science Degree in Electrical Engineering - BSEE  · (1989 - 1993)

**Dartmouth College - The Tuck School of Business at Dartmouth**
SCTE - Tuck Executive Leadership Program  · (2015 - 2015)

TQD_TX-00045154

## Contact

www.linkedin.com/in/
chitralekhajoshi (LinkedIn)

## Top Skills

Internet Protocol Suite (TCP/IP)
Telecommunications
Wireless Technologies

## Certifications

Certified ScrumMaster (CSM)

# Chitralekha Joshi

Telecom Networking | AI and ML | Certified Scrum Master |
Automation | Quality Assurance |Product Management
Austin

## Summary

Excited about building, improving, and simplifying connected home products by applying emerging technologies. With the mission to provide a fast, reliable, secured, and seamless connected home experience, I worked on the residential gateway and core networking products for the last 20 years. Witnessing the greatest evolution of access technologies from DSL to 5G NR Fixed wireless, from the first generation of Wi-Fi products (802.11b) to Wi-Fi 6, and from TR069 management protocols to USP, I have experienced a vast range of technologies in the Telecom space. Additionally, I completed the Product Management certificate at the University of Texas at Austin, where I developed knowledge and applied skills in agile frameworks, product management lifecycles, product road mapping, value proposition, feature prioritization, wireframing & prototypes, among others. Having insights of working with Engineering and customer-facing right from new product introduction to maturity stages, I planned, released, and successfully launched a series of software releases on telco residential gateways to meet company goals. I am excited to combine my product management skills with my technical skills to build next-gen products.

—————

## Experience

**CommScope**
Principal Engineer
November 2014 - Present (7 years 3 months)
Austin, Texas Area

**ARRIS**
QA Manager
November 2008 - Present (13 years 3 months)
India

Conexant

TQD_TX-00045041

Lead Engineer
September 2006 - October 2008 (2 years 2 months)
Noida Area, India

Alcatel-Lucent
Lead Engineer
September 2004 - October 2006 (2 years 2 months)
Bengaluru Area, India

Wipro Technologies Private Limited, Bangalore.
Project Engineer
October 2002 - June 2004 (1 year 9 months)
Bengaluru Area, India

Future Software
Software Engineer
July 2000 - September 2002 (2 years 3 months)

———

## Education

The University of Texas at Austin - Red McCombs School of
Business
Certificate, Product Management · (2021 - 2021)

The University of Texas at Austin - Red McCombs School of
Business
Post Graduate Program, Artificial Intelligence and Machine
Learning · (2020 - 2021)

The Maharaja Sayajirao University of Baroda
B.E, Computer Science · (1996 - 2000)

TQD_TX-00045042

## Contact

www.linkedin.com/in/chkohler
(LinkedIn)

## Top Skills

Ethernet

Wireless

Embedded Systems

# Chris Kohler

Vice President Of Engineering at CommScope

San Diego

## Experience

**CommScope**
Vice President Of Engineering
2019 - Present (3 years)
Greater San Diego Area

**ARRIS**
Vice President Engineering & GM Retail Business
2013 - 2019 (6 years)
Greater San Diego Area

**Google**
Senior Director Of Engineering
2011 - 2013 (2 years)
Greater San Diego Area

**Motorola Home & Networks Mobility**
Senior Director Of Engineering
2000 - 2011 (11 years)
Greater San Diego Area

**General Instrument Corporation**
Director Of Engineering
1994 - 2000 (6 years)
Greater San Diego Area

**Logicon**
System Engineer
1984 - 1994 (10 years)
Greater San Diego Area

———

## Education

**San Diego State University-California State University**
Master's Degree, Electrical Engineering · (1986 - 1990)

San Diego State University-California State University

Bachelor's Degree, Electrical Engineering · (1980 - 1986)

## Contact

www.linkedin.com/in/keith-mendel-6b21431 (LinkedIn)

# Keith Mendel

Senior Director, Software Engineering at CommScope

Alpharetta

## Experience

### CommScope
2 years 11 months

**Senior Director, Software Engineering**
July 2021 - Present (8 months)
Suwanee, Georgia, United States

Leading CommScope Software Engineering professionals for Broadband Customer Premise development of cutting edge home technologies for DOCSIS/DSL/FWA/PON, eMTAs, Gateways (WiFi, IOT, MoCA) and Extenders.

We're shaping the networks of the future!

**Director Software Engineering**
April 2019 - June 2021 (2 years 3 months)

### ARRIS
**Software Development Mgr**
2005 - March 2019 (14 years)

### Lancity
**Software Engineer**
1999 - 2005 (6 years)

### BNR
**Software Engineer**
1993 - 1999 (6 years)

### Nortel
**Software Engineer**
1993 - 1999 (6 years)

### Hitachi Telecom
**Software Engineer**
1991 - 1993 (2 years)

## Education

Georgia Institute of Technology

## Contact

www.linkedin.com/in/khurram-
qureshi-38523a (LinkedIn)
www.fermatsoftware.com
(Company)

## Top Skills

Leadership
Set Top Box
Digital TV

## Certifications

PMI Agile Certified Practitioner (PMI-
ACP)®
AWS Certified Cloud Practitioner

# Khurram Qureshi

CommScope
Austin

## Summary

Strong leader with experience in both startup and established
environments.  Skilled at building world-class teams with focus on
customer satisfaction and execution.  Experience in leading both
innovation and product teams.

Specialties: .

_____

## Experience

CommScope
VP of Software Engineering
November 2021 - Present (3 months)
Leading Home Networks video and broadband devices software org

Fermat Software
6 years 8 months

Advisor
November 2021 - Present (3 months)

President
April 2020 - November 2021 (1 year 8 months)
Austin, Texas, United States

Software professional services (federal and commercial) in the following areas:

Cybersecurity

IoT

Machine learning

Development tools (IDEs, debuggers, profilers)

General embedded software

PayTV (including RDK)

Mobile apps

TQD_TX-00045246

Company memberships: HUBZone, WOSB, Texas HUB, RDK, GSA Schedule 70, LoRaWAN, Silicon Labs Design Network

CEO
June 2015 - April 2020 (4 years 11 months)
Round Rock, Texas, United States

Comcast
Executive Director, STB Software
2009 - June 2015 (6 years)

Our group worked on RDK for next generation QAM/IP and IP devices.

ELF class of 2014-2015.

Motorola, Inc. (Mobile Devices)
Director, Mobile Software
2005 - 2009 (4 years)

Our group developed mobile application software for WiMax for both high-tier and low-tier chipsets

Metrowerks
Vice President, Engineering
1994 - 2004 (10 years)

Metrowerks was acquired by Freescale Semiconductor in 1999.  Metrowerks developed the Codewarrior line of development tools for general embedded/ games/desktop domains.

──────

## Education

The University of Texas at Austin
Master of Business Administration (MBA), General Management

University of Texas at Austin
BSEE, Computer Engineering

TQD_TX-00045247

## Contact

www.linkedin.com/in/rajagopalan-ramanujam-5800381 (LinkedIn)

# Rajagopalan Ramanujam

Director Of Software Development at CommScope : BroadBand-4G-LTE-CBRS-5GNR-WIF6
Santa Clara

## Experience

**CommScope**
Director of Software Engineering
April 2019 - Present (2 years 10 months)
Santa Clara

**ARRIS**
Director Of Software Engineering
May 2015 - April 2019 (4 years)
Santa clara

**Motorola Mobility (a Google Company)**
6 years 3 months

Senior Engineering Manager
November 2010 - April 2013 (2 years 6 months)
San Francisco Bay Area

Senior Engineering Manager
February 2007 - November 2010 (3 years 10 months)
Fremont

**Netopia Inc**
Principle Software Engineer
January 2003 - January 2007 (4 years 1 month)

**Rapid 5 Networks**
Technical Lead
2000 - 2003 (3 years)

**Rapid5 Networks Inc**
Technical Lead
1998 - 2003 (5 years)

**CoSystems Inc**
Software Engineer

Page 1 of 2

TQD_TX-00045292

1997 - 2000 (3 years)

Wipro Technologies
Systems Analyst
September 1995 - October 1997 (2 years 2 months)
Bangalore

PSI Data Systems
Software Engineer
1994 - 1995 (1 year)

_____

## Education

B. M. S. College of Engineering

TQD_TX-00045293

## Contact

www.linkedin.com/in/
thecourtneyyouknow (LinkedIn)
www.crosenthal.com/resume
(Other)

## Top Skills

Java
C
REST

# Courtney Rosenthal

Principal Software Engineer at CommScope
Austin

## Summary

Senior technical contributor with experience delivering products to the enterprise software, communications, and device industries. I'm especially interested in open source environments and Internet protocols and services.

I currently work on products that provide management and intelligence for huge networks of residential broadband devices (CPE). Our customers are the world's leading broadband providers.

I enjoy working with my team to develop engineering best practices, as well as mentoring junior developers.

Fun facts:
* I spent over a decade as a city commissioner, advising the Austin City Council on tech policy matters.
* I invented /etc/login.defs, which is present in most Linux distributions.
* You may know me as Chip, the name I formerly used.

―――

## Experience

**CommScope**
Principal Software Engineer
March 2013 - Present (8 years 11 months)
Austin, Texas Area

I work on products that manage and provide intelligence for residential broadband devices (CPE) and associated managed devices. Our products manage networks that scale to millions of devices.

Currently working on large legacy platform product that provides CPE device and service management. (Java 8, Spring, RabbitMQ, ElasticSearch, Hibernate, PostgreSQL, Oracle, Python, Maven, AssertJ)

TQD_TX-00045054

Refactoring legacy product from on-premises architecture toward cloud native. (Docker, AWS, Consul, Ansible)

Architect and implement REST APIs for platform operation and management. (Spring MVC, Swagger)

Designed, implemented, and maintained microservice products. (Jabber/xmpp, SOAP, Gradle)

Developed embedded agent that provides TR-069 management to devices. (C, autoconf, CWMP)

Organized collaborative effort to create best practices for microservice projects. Created developer tooling and build environment. (git, Bitbucket, Jenkins, Groovy, Ruby)  Piloted our team's inaugural intern program. (ElasticSearch, Logstash, Kibana)  Mentor junior developers.

I started working for Pace in Mar 2013. The company was acquired by ARRIS in Jan 2016. Again, we were acquired by CommScope in Apr 2019.

## CoreTrace Corporation
Contract Developer
July 2010 - November 2012 (2 years 5 months)
Austin, TX

CoreTrace developed an enterprise product that implemented application "allow lists" to ensure workstations and servers did not execute untrusted software.

Designed and implemented a web service that tracked known good and potentially bad/malware software in an enterprise. (Java, MySQL, Hibernate, REST, Tomcat, Jersey, Ruby)

## Pervasive Software
Contract Developer
October 2006 - June 2010 (3 years 9 months)
Austin, TX

Reported to the CTO. Performed research and development for new products and technologies.

TQD_TX-00045055

Helped pilot transition of traditionally hosted ETL products into a cloud-based online service. Produced prototypes integrating real-time event processing and NoSQL database into the ETL products.

several
Previous Experience
1982 - 2006 (24 years)
several

• Jan 2006 – Oct 2006, Metadot, Austin, TX. Contract developer, Ruby on Rails ticketing system.
• Jun 2005 – Dec 2005, BroadQ, Austin, TX. Contract developer, embedded Linux development.
• Jun 2004 – May 2005, Veritas Software, Austin, TX. Contract developer, system recovery utility for Linux/Unix.
• Mar 2001 – Jun 2004, Unicom Systems Development, Austin, TX. Owner, provided contract development services.
• Jan 1999 – Feb 2001, Covad Communications, Austin, TX. Principal Engineer, designed ISP services, managed Austin R&D facility.
• Jan 1998 – May 1999, The University of Texas at Austin, Austin, TX. Adjunct Lecturer in Graduate School of Library and Information Science.
• Nov 1995 – May 1996, Deja News, Austin, TX. System Administrator for one of the earliest Internet search engines.
• Dec 1990 – Oct 1995, Unicom Systems Development, Austin, TX. Owner, provided Unix/Xenix business support services.
• Mar 1986 – Nov 1989, Dallas Semiconductor, Dallas, TX. Senior Systems Engineer, Test Engineer, Telecommunication Products.
• Aug 1982 – Mar 1986, Intel Corporation, Santa Clara, CA. Senior Test Engineer, Product Engineer, Microprocessor Division.

———

## Education

Cornell University
Bachelor of Science (BS), Electrical Engineering · (1982)

The University of Texas at Dallas
Graduate School of Computer Science · (1988 - 1989)

**TQD_TX-00045056**

Contact

www.linkedin.com/in/jaime-salazar-827a311 (LinkedIn)

Top Skills

Embedded Software
Device Drivers
Product Engineering

# Jaime Salazar

Senior Manager - SW 'Engineering CPE/RGW
Austin

## Experience

**CommScope**
3 years 9 months

Sr. Manager - SW Engineerin
August 2020 - Present (1 year 7 months)
Austin, Texas Area

Residential Gateway SW Development Manager

Manager - SW Development
June 2018 - July 2020 (2 years 2 months)
Austin, Texas, United States

Residential GW Software Development Manager

**ARRIS**
Principal Software Engineer
June 2015 - 2018 (3 years)
Austin, Texas Area

Residential Gateway Software Development

**PMC-Sierra**
Leader, Wireless Systems
January 2002 - August 2015 (13 years 8 months)
Austin, Texas

Network Processor Development (Software/Drivers/Protocols) @ Wintegra
(Later Acquired by PMC-Sierra).

**Motorola/Freescale**
Manager, Microcode Development
January 2001 - May 2001 (5 months)
Austin TX

OmegaBand
MTS
2001 - 2001 (less than a year)

AT&T/Lucent
MTS
August 1990 - August 1997 (7 years 1 month)
Naperville, IL

Adjunct and Toll Switch Products, SW architecture, design and development.

———

## Contact

www.linkedin.com/in/jimshead
(LinkedIn)
www.vinson-elkins.com/lawyers/
lawyer_detail.aspx (Company)

## Top Skills

Intellectual Property
Patent Litigation
Trade Secrets

# Jim Shead

Lead Counsel at CommScope
Austin

## Experience

**CommScope**
**Lead Counsel**
**April 2019 - Present (2 years 10 months)**
Austin, Texas Area

Jim came on board at CommScope following the acquisition of ARRIS and Ruckus.  At CommScope, Jim is responsible for providing legal support directly to the General Counsel and to all departments, primarily in the area of litigation support and management. Jim is involved in hiring and managing outside counsel, and oversees strategy and filings in a large docket of active litigations and patent office proceedings.  Jim's practice also involves fielding indemnity and cooperation/investigation requests from customers, negotiating IP licenses, drafting/reviewing inter partes review petitions, advising transactional attorneys within CommScope on best practices related to avoiding undesired litigation outcomes, and crafting/executing settlement strategies at all stages of a conflict.  Jim's responsibilities include managing a team of litigation support attorneys within CommScope.  Jim participates in and supports the invention disclosure and patent prosecution efforts.

**ARRIS**
**Senior Counsel - Litigation**
**January 2016 - April 2019 (3 years 4 months)**
Austin, TX

At ARRIS, Jim is responsible for providing legal support to all departments, primarily in the area of IP litigation support and management.  Jim is also responsible for post-acquisition matters from legacy Pace.

**Pace Americas**
**Associate General Counsel**
**February 2015 - January 2016 (1 year)**
Austin, TX

At Pace, prior to being acquired by ARRIS, Jim was responsible for providing legal support to all departments, primarily in the area of litigation support and management, drafting and managing commercial contracts, software licenses, product support issues, and review of product-related materials.

Page 1 of 2

TQD_TX-00045181

Jim also supported product development initiatives, including drafting and negotiating partner and license agreements, development agreements, inbound technology agreements, consulting and service agreements and other corporate agreements.

Osha Liang LLP
Patent Attorney
October 2014 - February 2015 (5 months)

Pecan Street Inc.
General Counsel and Director of Data and Analytics
February 2013 - June 2014 (1 year 5 months)

Vinson and Elkins
Associate
March 2009 - February 2013 (4 years)

Southwest Research Institute
Software Analyst
June 2002 - August 2004 (2 years 3 months)

‑‑‑‑‑‑

# Education

University of California, Los Angeles - School of Law
JD, Law · (2004 - 2007)

The University of Texas at Austin
BS, Computer Science · (1998 - 2002)

**TQD_TX-00045182**

## Contact

www.linkedin.com/in/charles-
treadway-092a29140 (LinkedIn)

## Top Skills

Business Strategy

Manufacturing

Business Development

# CHARLES TREADWAY

Chief Executive Officer at CommScope

Dallas

## Summary

An Industrial and Technology CEO, who is passionate about products and the factories that build them.

Significant experience running and successfully improving businesses in several industries across the globe, living in China, Mexico, Europe and the United States.  Serving as a CEO for global businesses over the last 17 years, I have been able to build collaborative teams and winning cultures, aligned objectives to deliver results to become "the brand of choice" for the end users, "the supplier of choice" for our distribution partners, "the employer of choice" for our employees and "the investment of choice" for our investors.

_____

## Experience

**CommScope**

Chief Executive Officer

October 2020 - Present (1 year 4 months)

Hickory, North Carolina, United States

CommScope (NASDAQ: COMM), a global leader in infrastructure solutions for communications networks pushes the boundaries of technology to create the world's most advanced wired and wireless networks. Our global team of 30,000 employees, innovators and technologists empower customers to anticipate what's next and invent what's possible.

Appointed to the company's top position as president and Chief Executive Officer, I also serve on the company's board of directors.

Accudyne Industries

Chief Executive Officer

March 2016 - March 2020 (4 years 1 month)

Dallas/Fort Worth Area

Accudyne Industries, Carlyle-backed global provider of precision-engineered, process-critical and technologically advanced flow control equipment,

TQD_TX-00045027

systems and high efficiency industrial compressors to customers in the critical industries and severe environments around the world. Accudyne is powered by approximately 2,000 employees at 10 manufacturing facilities, supporting a broad range of customers in more than 150 countries.

Led the team that successfully turned around and completed three sales processes, delivering over 20% topline growth while also improving overall EBITDA margins by 50+% with strategic focus, product innovation, improved sales and marketing efforts, and disciplined execution.

### Thomas & Betts
7 years 1 month

#### Chief Executive Officer
May 2012 - March 2016 (3 years 11 months)
Greater Memphis Area

Thomas & Betts is a designer and manufacturer of connectors and components for electrical and communication markets, that was acquired by and became a subsidiary of ABB in 2012.  The business was reverse integrated to create the ABB NAM LP Division with $2.6 billion revenues with 10,000 employees worldwide.

Developed Thomas & Bett's go to market strategy focused on vertical markets, implemented strategic pricing strategies, and completed three acquisitions and one divestment which resulted in revenue growth of 33% from 2009 to 2012 and EBITDA margin growth of 360 bps. The company's stock price rose from $22 per share in 2009 to $72 per share in 2012, when the acquisition by ABB was completed.

A successful reverse-integration effort, especially in sales integration outside of North America, resulted in record double digit revenue growth and EBITDA improvements. Also successfully divested the non-core HVAC and Steel Structures businesses ($525 million in combined revenue) generating $860 million in cash.

#### Chief Operations Officer
March 2009 - May 2012 (3 years 3 months)
Greater Memphis Area

### Custom Sensors & Technologies (CST)
#### Chief Executive Officer
January 2006 - March 2009 (3 years 3 months)

Page 2 of 4

**TQD_TX-00045028**

Greater Los Angeles Area

Schneider Electric's Custom Sensors & Technologies business was the third-largest sensor business globally with a state-of-the-art design and manufacturing business dedicated to exceptional quality and customer service. $817 million in revenues with 5,500 employees worldwide.

Organized 13 disparate independent entities into one business with three divisions: Transportation, Industrial and Aerospace & Defense, eliminated redundancy, improved cross-selling, increased geographical coverage resulting in increased growth of 25.6% from 2005 to 2008 and profitability of 470 bps to 16.2%.

## Prettl International, Inc.
Chief Executive Officer
January 2001 - December 2005 (5 years)
Greenville, South Carolina Area

The Automotive business at Prettl International, a privately owned German Group of companies, delivers a very wide spectrum of product groups in the automotive sector, such as steering systems, engines and sensor technology. Americas and Asia revenues of $120 million with 1,100 employees, spread across the globe, many at the US headquarters in Greenville.

From 2001 to 2005, served as President and Chief Executive Officer of the Americas, Asia and head of Global Mergers and Acquisition for the business. Restructured base costs and started a joint venture resulting in improved profitability of 6% EBITDA and increased growth of more than 300%.

## Yale Security
President
January 1999 - December 2001 (3 years)
Guadalajara Area, Mexico


## Schneider Electric
Various positions with increasing responsibilities
August 1990 - December 1999 (9 years 5 months)

———

# Education

Harvard University

TQD_TX-00045029

Master of Business Administration (MBA), Business Administration and Management, General · (1995 - 1997)

## Clemson University College of Engineering, Computing and Applied Sciences

Master of Science, Electrical and Electronics Engineering · (1988 - 1990)

## University of Louisiana at Lafayette

Bachelor of Science (BS), Electrical and Electronics Engineering · (1983 - 1988)

## Lafayette High School

 · (1979 - 1983)

TQD_TX-00045030

Contact

www.linkedin.com/in/steve-
wauters-1a0694 (LinkedIn)

Top Skills

Wireless

Managed Services

LTE

# Steve Wauters

Senior Vice President - North America Key Account Sales at
CommScope
San Antonio

## Experience

CommScope

10 years 10 months

Senior Vice President - North America Key Account Sales
May 2021 - Present (10 months)

Vice President - AT&T Sales
May 2011 - May 2021 (10 years 1 month)

TE Connectivity
Vice President - AT&T and OEM Sales
May 2011 - August 2015 (4 years 4 months)

Ericsson
Vice President Broadband Infrastructure and Services Sales - AT&T
Account Team
February 2007 - May 2011 (4 years 4 months)

Entrisphere, Inc.
VP Sales - AT&T and Sprint/Embarq Accounts
October 2002 - February 2007 (4 years 5 months)

Alcatel
3 years 10 months

Account Director - SBC Account
January 1999 - October 2002 (3 years 10 months)

Account Director
1999 - 2002 (3 years)

_____

## Education

Texas A&M University
BS, Electrical Engineering · (1994 - 1998)

UNC Kenan-Flagler Business School
Executive Leadership Program · (June 2016 - April 2017)

Boston University
Global Perspectives Management Program · (March 2009 - March 2010)

Central Catholic High School -San Antonio
 · (1990 - 1994)

## Contact

www.linkedin.com/in/joseph-z-yu
(LinkedIn)

## Top Skills

Embedded Systems

Software Development

Device Drivers

# Joseph Yu

Software Engineer

Austin

## Summary

Versatile software engineer with an eye for hardware/software
interfacing and bring-up tasks, with special focus on networking/
security and bus protocols.

Always looking to learn new technology, improve testing and coding
processes while keeping projects on-time.

―――――

## Experience

**CesiumAstro**
Principal Embedded Software Engineer
August 2021 - Present (6 months)
Building modular Software Defined Radio platforms for satellite and space
communications

**CommScope**
Principal Software Engineer
August 2016 - May 2021 (4 years 10 months)
Austin, Texas, United States

Developed firmware for premium DSL home routers (integrated 2.4 & 5G WiFi,
VOIP, firewall and other features). Built and deployed Docker-based ARM
container solution for running third-party applications, including building Docker
engine on custom Linux kernel, defining security model, creating DBUS-based
container communication mechanism interfacing to our host SW and GUI, and
adding authorization plug-in.

**Centapi**
Lead Software Engineer
August 2015 - August 2016 (1 year 1 month)
Designed, implemented, and deployed protected content payment/crediting
demonstration web platform.  Delivered a full end to end demonstration
platform for publishers with payment and crediting features in a seamless 1-

TQD_TX-00045223

click manner within 3 months.   Used Python Django-based backend server with OAuth2 three-legged authentication for publisher API calls.

## PMC-Sierra
### Staff Wireless Software Engineer
June 2006 - July 2015 (9 years 2 months)

Software development for Winpath, a network processor chip with a MIPS based host controlling multiple custom packet processing engines.  Largest focus on WiMAX, LTE and mobile backhaul protocols and algorithms, particularly in the security area.

Network Features/Protocols: IPv4/IPv6, LTE, WiMAX, Carrier Ethernet, SDN, MPLS, GRE, header compression (IPHC, ROHC, PHS), WRED packet discard, RADIUS, EAP

## Dunti Corporation
### Hardware/Software Engineer
2001 - 2004 (3 years)

Developed FPGA and Device Drivers for a fiber optic router board and network switch.

## National Instruments
### VXI Software Engineer
1997 - 2000 (3 years)

Created and maintained driver and support software for VXI bus embedded controller platforms used to control instrumentation on x86 Windows platform and also embedded OS software.  Primarily responsible for IEEE 1394 (Firewire) and GPIB platforms.

———

## Education

The University of Texas at Austin
MS, Electrical Engineering · (2004 - 2006)

The University of Texas at Austin
BS, Electrical Engineering · (1993 - 1997)

TQD_TX-00045224