# EXHIBIT 12



Showing Content for TX | Change your ZIP Code

Support  >  AT&T Internet  >  Wi-Fi gateways & equipment  >  NVG  >  NVG599  >  Find Wi-Fi info for NVG599

## Find Wi-Fi info for NVG599

Looking for your Wi-Fi network name (SSID) and password (network key) to connect devices to your home network? Here's how to find them.

You're viewing instructions for

**Modem / gateway**



Arris
NVG599

**TRY THIS FIRST**

## Use Smart Home Manager to find Wi-Fi info

Find your Wi-Fi® network info using your ID and password on any computer or mobile device, no matter where you are.

Get it

**INSTRUCTIONS & INFO**

### Get your network info

You can find your Wi-Fi name and password on your gateway or on the gateway settings screen. But your gateway label is the quickest way to get default Wi-Fi network info. Changed your Wi-Fi name or password from the default info? You can still get your changed Wi-Fi info on the gateway settings screen.

### Wi-Fi gateway

You'll find a sticker on the side of your gateway with your original Wi-Fi settings:

- Wi-Fi name is labeled **Wi-Fi Network Name**.
- Wi-Fi password is labeled **Wi-Fi Password**. macOS® users may need to enter **$** at the beginning of the Wi-Fi password.



Chat



**Gateway settings screen**

You can also get network info from any device connected to your home network. This is useful if your Wi-Fi name or password has changed.

With the NVG599, there may be several network names for each 2.4GHz, 2.4GHz Guest, and 5.0GHz band being used. To find this info:

1. Go to gateway settings.
2. Scroll to **Gateway Status**.
3. Locate **Wireless**:
    - Check **Network IDs (SSID)** for your Wi-Fi network names.
    - Look at **Network Keys** for your Wi-Fi passwords.



Advertisement

Last updated: October 20, 2021

## Looking for more info?

| Change Wi-Fi info for NVG599 | > |

| Connect devices to your home Wi-Fi | > |

## Did you get the help you needed?

◯ Yes    ◯ No

## Community forums

Have questions about your Internet service? Explore our community forums for answers.

 Ask the community

 **Change my IP Address**  …Go to discussion

Here's some articles with information on Static IPs... About Static IPs https://www.att.com/support/article/u-verse-high-speed-internet/KM1002300 and Static IP Addresses https://www.att.com/supp

Last reply Nov 2 2021 | 0 views | Posted by davemize

 **Change my IP Address**  …Go to discussion

Changing the gateway may change your IP address, and it may not. The point of dynamic IPs is that they are assigned as needed by the network. Even so, they rarely change at the end point. Moving your

Last reply Aug 24 2020 | 0 views | Posted by davemize

**View related posts**

---

| Find a store | About AT&T |  |
| --- | --- | --- |
| Make a store appointment | Careers | |
| Contact us | Feedback 🔗 | TechBuzz blog |
| Help & info | Ver en español | Community forums |

Site map   Coverage maps   Terms of use   Accessibility   Broadband details   Legal policy center   Advertising choices 🔗   Privacy center   Do Not Sell My Personal Information   FCC public files

©2022 AT&T Intellectual Property. All rights reserved.