# EXHIBIT 13

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>    Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED**<br><br><br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.<br><br>    Defendants. | § § § § § § | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

## DECLARATION OF MARCOS TZANNES

I, Marcos Tzannes, hereby declare and state as follows:

1.  I am over eighteen years (18) of age and fully competent to make this Declaration in all respects. Unless otherwise indicated below, the facts stated herein are within my personal knowledge and are true and correct.

2.  I am the lead inventor of all but one of the Patents-in-Suit that are currently asserted against the CommScope Defendants and the Nokia Defendants in the above-captioned cases.

3.  I live in Petaluma, California.

4.  I understand that CommScope has indicated its belief that I am a witness having relevant information concerning the above-referenced lawsuit. I also understand that the Court may consider my convenience and willingness to appear for trial in connection with its decision

Page 1 of 2

on a motion to transfer venue to the District of Delaware that CommScope has filed in the above-captioned lawsuit. I understand that the trial of this case is currently scheduled for January 2, 2023, in Marshall, Texas. If the trial of this lawsuit is held in Marshall, Texas, and the parties request my appearance as a witness, I am willing to appear in person, without being served with a subpoena, to testify at trial, and such live appearance will not be inconvenient for me. Attending a trial in Marshall would be more convenient and less costly for me than if the trial were held in the District of Delaware. Because I live closer to the Marshall courthouse than Delaware, there would be a significant savings in travel time and cost.

      I declare under the penalty of perjury under the laws of the United States of America that the preceding is true and correct.

Date:   February 22, 2022

                                                         Marcos Tzannes