# EXHIBIT 14

# Distance Between Cities
## Source: Google Maps

| From | To | Distance |
|---|---|---|
| Atlanta, Georgia | Marshall, Texas | 636 Miles |
| Atlanta, Georgia | Shreveport, Louisiana | 596 Miles |
| Atlanta, Georgia | Wilmington, Delaware | 746 Miles |
| Suwanee, Georgia | Wilmington, Delaware | 718 Miles |
| Suwanee, Georgia | Marshall, Texas | 668 Miles |
| Alpharetta, Georgia | Marshall, Texas | 658 Miles |
| Alpharetta, Georgia | Wilmington, Delaware | 732 Miles |
| Shreveport, Louisiana | Marshall, Texas | 42 Miles |
| Austin, Texas | Wilmington, Delaware | 1,631 Miles |
| Austin, Texas | Marshall, Texas | 299 Miles |
| San Antonio, Texas | Wilmington, Delaware | 1,710 Miles |
| San Antonio, Texas | Marshall, Texas | 378 Miles |
| San Diego, California | Wilmington, Delaware | 2,687 Miles |
| San Diego, California | Marshall, Texas | 1,509 Miles |
| Santa Clara, California | Wilmington, Delaware | 2,900 Miles |
| Santa Clara, California | Marshall, Texas | 1,848 Miles |
| San Jose, California | Wilmington, Delaware | 2,900 Miles |
| San Jose, California | Marshall, Texas | 1,841 Miles |

# Atlanta, GA to Marshall, TX — 636 Miles



# Atlanta, GA to Shreveport, LA — 596 Miles



Page 3 of 19

# Atlanta, GA to Wilmington, DE — 746 Miles



## Suwanee, GA to Wilmington, DE — 718 Miles



# Suwanee, GA to Marshall, TX — 668 Miles



## Alpharetta, GA to Marshall, TX — 658 Miles



# Alpharetta, GA to Wilmington, DE — 732 Miles



# Shreveport, LA to Marshall, TX — 42 Miles



# Austin, TX to Wilmington, DE — 1,631 Miles



# Austin, TX to Marshall, TX — 299 Miles



# San Antonio, TX to Wilmington, DE — 1710 Miles



# San Antonio, TX to Marshall, TX — 378 Miles



## San Diego, CA to Wilmington, DE — 2,687 Miles



## San Diego, CA to Marshall, TX — 1,509 Miles



# Santa Clara, CA to Wilmington, DE — 2,900 Miles



## Santa Clara, CA to Marshall, TX — 1,848 Miles



# San Jose, CA to Wilmington, DE — 2,900 Miles



# San Jose, CA to Marshall, TX — 1,841 Miles

