# EXHIBIT 15

█████████████

Google

Travel

Explore

Things to do

Flights

Hotels

Vacation rentals

Round trip 1 Economy

Atlanta ATL | Shreveport | Thu, Mar 10 | Mon, Mar 14

All filters (1) | Non-stop | Airlines | Bags | Price | Times | Emissions

Track prices Mar 10–14 | Any dates | Date grid | Price graph

COVID-19 trends in Shreveport

## Best departing flights

Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply.

Sort by:

| | | | | | |
|---|---|---|---|---|---|
| spirit | 9:57 PM – 11:27 PM<br>Spirit | 2 hr 30 min<br>ATL–DFW | Nonstop | 149 kg $CO_2$<br>Avg emissions | $145<br>round trip |
| | 8:30 AM – 9:28 AM<br>Delta · Operated by Endeavor Air ... | 1 hr 58 min<br>ATL–SHV | Nonstop | 258 kg $CO_2$<br>+70% emissi... | $298<br>round trip |
| | 10:00 PM – 10:51 PM<br>Delta · Operated by Endeavor Air ... | 1 hr 51 min<br>ATL–SHV | Nonstop | 258 kg $CO_2$<br>+70% emissi... | $298<br>round trip |
| | 2:15 PM – 3:03 PM<br>Delta · Operated by Endeavor Air ... | 1 hr 48 min<br>ATL–SHV | Nonstop | 258 kg $CO_2$<br>+70% emissi... | $329<br>round trip |

Prices are currently typical for your trip.

## Other departing flights

| | | | | | |
|---|---|---|---|---|---|
| | 7:20 AM – 8:51 AM<br>Delta | 2 hr 31 min<br>ATL–DFW | Nonstop | 151 kg $CO_2$<br>Avg emissions | $331<br>round trip |
| | 9:40 AM – 11:10 AM<br>Delta | 2 hr 30 min<br>ATL–DFW | Nonstop | 151 kg $CO_2$<br>Avg emissions | $331<br>round trip |

