# EXHIBIT 16

**United States District Courts — National Judicial Caseload Profile**

|  |  | 12-Month Periods Ending | | | | | |
|---|---|---|---|---|---|---|---|
|  |  | Mar 31 2016 | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | Mar 31 2020 | Mar 31 2021 |
| **Overall Caseload Statistics** | Filings [1] | 371,507 | 387,758 | 379,581 | 398,224 | 447,581 | 543,733 |
|  | Terminations | 365,176 | 381,292 | 383,069 | 410,091 | 410,024 | 343,223 |
|  | Pending | 427,512 | 432,872 | 427,380 | 458,988 | 496,942 | 696,789 |
|  | Percent Change in Total Filings Current Year Over Earlier Year | 46.4 | 40.2 | 43.2 | 36.5 | 21.5 |  |
|  | Number of Judgeships | 677 | 677 | 677 | 677 | 677 | 677 |
|  | Vacant Judgeship Months [2] | 641.7 | 1,032.3 | 1,426.3 | 1,592.6 | 1,166.2 | 770.8 |
| **Actions per Judgeship** | Filings — Total | 549 | 573 | 561 | 588 | 661 | 803 |
|  | Filings — Civil | 406 | 431 | 409 | 423 | 491 | 682 |
|  | Filings — Criminal Felony | 106 | 102 | 111 | 125 | 130 | 91 |
|  | Filings — Supervised Release Hearings | 37 | 39 | 41 | 41 | 40 | 30 |
|  | Pending Cases [2] | 631 | 639 | 631 | 678 | 734 | 1,029 |
|  | Weighted Filings [2] | 481 | 489 | 496 | 521 | 567 | 669 |
|  | Terminations | 539 | 563 | 566 | 606 | 606 | 507 |
|  | Trials Completed | 17 | 17 | 16 | 17 | 16 | 9 |
| **Median Times (Months)** | From Filing to Disposition — Criminal Felony | 7.4 | 7.6 | 7.4 | 6.9 | 6.7 | 9.2 |
|  | From Filing to Disposition — Civil [2] | 8.7 | 9.9 | 10.1 | 11.1 | 9.3 | 8.6 |
|  | From Filing to Trial [2] (Civil Only) | 26.7 | 26.6 | 26.3 | 27.5 | 28.6 | 26.1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | 42,069 / 12.2 | 61,011 / 17.4 | 52,820 / 15.6 | 60,064 / 16.5 | 54,632 / 13.7 | 63,671 / 10.8 |
|  | Average Number of Felony Defendants Filed per Case | 1.3 | 1.3 | 1.3 | 1.2 | 1.2 | 1.3 |
|  | Jurors — Avg. Present for Jury Selection | 47.9 | 49.7 | 50.5 | 52.9 | 51.7 | 48.6 |
|  | Jurors — Percent Not Selected or Challenged | 37.3 | 38.3 | 36.6 | 38.5 | 39.2 | 38.2 |

**2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense**

| Total Civil | 461,478 | Total Criminal[1] | 61,558 |
|---|---|---|---|
| A-Social Security | 24,988 | A-Marijuana | 1,047 |
| B-Personal Injury/Product Liability | 232,027 | B-All Other Drugs | 19,366 |
| C-Prisoner Petitions | 54,210 | C-Immigration | 15,928 |
| D-Forfeitures and Penalties | 1,054 | D-Firearms and Explosives | 11,074 |
| E-Real Property | 3,395 | E-Fraud | 5,030 |
| F-Labor Suits | 14,335 | F-Violent Offenses | 2,260 |
| G-Contracts | 26,757 | G-Sex Offenses | 2,911 |
| H-Torts (other than Personal Injury/Product Liability) | 21,798 | H-Forgery and Counterfeiting | 122 |
| Intellectual Property Rights | 10,527 | I-Larceny and Theft | 766 |
| J-Civil Rights | 41,443 | J-Justice System Offenses | 691 |
| K-Antitrust | 589 | K-Regulatory Offenses | 857 |
| L-All Other Civil | 30,355 | L-All Other Criminal | 1,506 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, whereas filings "by nature of offense" do not.

[2] See "Explanation of Selected Terms."

Case 2:21-cv-00310-JRG   Document 91-17   Filed 02/24/22   Page 3 of 4 PageID #: 2069

## U.S. District Court — Judicial Caseload Profile

**DELAWARE**

| | | | \multicolumn{6}{c}{12-Month Periods Ending} | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2016 | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | Mar 31 2020 | Mar 31 2021 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 1,390 | 1,667 | 2,225 | 2,394 | 2,463 | 1,956 | | |
| | | Terminations | 1,750 | 1,413 | 2,125 | 2,142 | 2,419 | 1,978 | | |
| | | Pending | 1,803 | 2,059 | 2,161 | 2,409 | 2,485 | 2,520 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 40.7 | 17.3 | -12.1 | -18.3 | -20.6 | | 77 | 6 |
| | | Number of Judgeships | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | | Vacant Judgeship Months [2] | 0.0 | 1.8 | 23.0 | 8.5 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 348 | 417 | 556 | 599 | 616 | 489 | 38 | 3 |
| | | Civil | 315 | 395 | 528 | 570 | 577 | 466 | 16 | 2 |
| | | Criminal Felony | 27 | 17 | 24 | 24 | 32 | 19 | 92 | 5 |
| | | Supervised Release Hearings | 6 | 5 | 5 | 5 | 7 | 4 | 89 | 5 |
| | Pending Cases [2] | | 451 | 515 | 540 | 602 | 621 | 630 | 23 | 4 |
| | Weighted Filings [2] | | 503 | 565 | 878 | 1,012 | 1,047 | 919 | 3 | 2 |
| | Terminations | | 438 | 353 | 531 | 536 | 605 | 495 | 28 | 2 |
| | Trials Completed | | 13 | 15 | 14 | 13 | 25 | 13 | 27 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.8 | 11.6 | 13.1 | 11.1 | 6.8 | 11.7 | 41 | 2 |
| | | Civil [2] | 12.4 | 10.4 | 5.3 | 5.3 | 5.3 | 7.3 | 16 | 3 |
| | From Filing to Trial [2] (Civil Only) | | 24.8 | 24.4 | 27.1 | 32.3 | 29.3 | 28.7 | 13 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 209 / 12.8 | 253 / 13.4 | 189 / 9.6 | 206 / 9.2 | 241 / 10.3 | 291 / 12.4 | 63 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.1 | 1.2 | 1.1 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 67.6 | 57.7 | 87.6 | 44.2 | 42.2 | 0 | | |
| | | Percent Not Selected or Challenged | 45.6 | 41.5 | 46.7 | 24.4 | 29.0 | 100.0 | | |

### 2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 1,865 | 36 | 36 | 132 | 2 | 2 | 23 | 185 | 64 | 832 | 94 | 12 | 447 |
| Criminal [1] | 75 | - | 18 | 13 | 23 | 7 | 3 | 5 | - | 3 | - | 1 | 2 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**TEXAS EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2016 | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | Mar 31 2020 | Mar 31 2021 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 5,827 | 5,458 | 4,021 | 4,188 | 4,095 | 4,263 | | |
| | | Terminations | 6,000 | 5,454 | 4,668 | 3,935 | 3,772 | 3,834 | | |
| | | Pending | 5,373 | 5,382 | 4,740 | 4,986 | 5,082 | 5,518 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -26.8 | -21.9 | 6.0 | 1.8 | 4.1 | | 12 | 3 |
| | | Number of Judgeships | 8 | 8 | 8 | 8 | 8 | 8 | | |
| | | Vacant Judgeship Months [2] | 25.3 | 36.0 | 37.0 | 45.0 | 6.3 | 0.0 | | |
| **Actions per Judgeship** | Filings | Total | 728 | 682 | 503 | 524 | 512 | 533 | 21 | 4 |
| | | Civil | 603 | 592 | 395 | 390 | 380 | 393 | 26 | 2 |
| | | Criminal Felony | 125 | 90 | 106 | 133 | 131 | 138 | 18 | 3 |
| | | Supervised Release Hearings | 1 | 1 | 1 | 1 | 1 | 1 | 93 | 9 |
| | Pending Cases [2] | | 672 | 673 | 593 | 623 | 635 | 690 | 19 | 5 |
| | Weighted Filings [2] | | 1,181 | 949 | 618 | 604 | 568 | 626 | 14 | 3 |
| | Terminations | | 750 | 682 | 584 | 492 | 472 | 479 | 29 | 5 |
| | Trials Completed | | 14 | 14 | 12 | 11 | 13 | 11 | 38 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.2 | 11.9 | 11.5 | 9.9 | 10.8 | 12.9 | 50 | 7 |
| | | Civil [2] | 6.5 | 7.2 | 7.8 | 8.7 | 9.2 | 8.7 | 32 | 3 |
| | From Filing to Trial [2] (Civil Only) | | 20.9 | 18.2 | 20.2 | 18.3 | 17.7 | 19.5 | 6 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 221 5.7 | 218 5.4 | 232 6.9 | 216 6.6 | 216 6.6 | 245 7.4 | 38 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 2.0 | 1.9 | 1.8 | 1.9 | 1.6 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 37.8 | 39.0 | 37.1 | 45.1 | 45.0 | 54.1 | | |
| | | Percent Not Selected or Challenged | 29.9 | 34.2 | 29.5 | 38.5 | 28.7 | 43.9 | | |

### 2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 3,147 | 148 | 61 | 1,122 | 15 | 50 | 108 | 283 | 214 | 510 | 236 | 1 | 399 |
| Criminal [1] | 1,106 | 13 | 537 | 82 | 201 | 73 | 37 | 25 | 1 | 24 | 9 | 6 | 98 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."