# EXHIBIT 17

[redacted]

Case 2:21-cv-00310-JRG   Document 91-18   Filed 02/24/22   Page 1 of 4 PageID #: 2071

# Property Search

**New Search**

**Revise Current Search**   **Export Results**

**Legend**
- Business Personal Property
- Mineral
- Mobile Home
- Real

**Matching properties**   *1 property*
**Displaying all 1 results**

| | Property ID ↓ Geographic ID ↓ | Owner Name | Property Address | Legal Description | 2021 Market Value |
|---|---|---|---|---|---|
| 1 | 2075393 P-9000-299-2004-1 | COMMSCOPE INC | 2601 Telecom Pkwy Richardson, TX 75082 | BPP at 2601 Telecom Pkwy | $13,867,489 |

# Property Search

**Property ID: 2075393 - Tax Year:** 2021 ▼

## General Information

| | |
|---|---|
| Property ID | 2075393 |
| Property Status | Active |
| Geographic ID | P-9000-299-2004-1 |
| Property Type | Personal |
| Property Address | 2601 Telecom Pkwy Richardson, TX 75082 |
| DBA Name | Commscope |
| Total Land Area | n/a |
| Total Improvement Main Area | n/a |
| Abstract/Subdivision | |
| Primary State Code | L1 (Tangible Commercial - Personal) |
| Legal Description | BPP AT 2601 TELECOM PKWY |
| Tax Agent | Kurz Group |

## Owner Information

| | |
|---|---|
| Owner ID | 827228 |
| Owner Name(s) | Commscope Inc |
| Exemptions | FR (Freeport) |
| Percent Ownership | 100.00% |
| Mailing Address | 2400 Ogden Ave Ste 180 Lisle, IL 60532-3999 |

## 2021 Value Information

| | |
|---|---|
| Improvement Homesite Value | $0 |
| Improvement Non-Homesite Value | $0 |
| Total Improvement Market Value | $0 |
| Land Homesite Value | $0 |
| Land Non-Homesite Value | $0 |
| Land Agricultural Market Value | $0 |
| Total Land Market Value | $0 |
| Total Market Value | $13,867,489 |
| Agricultural Use Loss | $0 |
| Total Appraised Value | $13,867,489 |
| Homestead Cap Loss | $0 |
| Total Assessed Value | **$13,867,489** |

## Entities

| Taxing Entity | Tax Rate | Collected By |
|---|---|---|
| CRC (Richardson City) | 0.615160 (2021 Rate) | Collin County Tax Office |
| GCN (Collin County) | 0.168087 (2021 Rate) | Collin County Tax Office |
| JCN (Collin College) | 0.081222 (2021 Rate) | Collin County Tax Office |
| SPL (Plano ISD) | 1.320750 (2021 Rate) | Collin County Tax Office |

## Improvements

## Land Segments

| | |
|---|---|
| Our records don't show any improvement data for Property ID 2075393 in the year 2021. | Our records don't show any land data for Property ID 2075393 in the year 2021. |

## Value History

| Year | Improvement | Land | Market | Ag Loss | Appraised | HS Cap Loss | Assessed |
|---|---|---|---|---|---|---|---|
| 2021 | $0 | $0 | $13,867,489 | $0 | $13,867,489 | $0 | $13,867,489 |
| 2020 | $0 | $0 | $13,859,279 | $0 | $13,859,279 | $0 | $13,859,279 |
| 2019 | $0 | $0 | $9,948,753 | $0 | $9,948,753 | $0 | $9,948,753 |
| 2018 | $0 | $0 | $9,810,899 | $0 | $9,810,899 | $0 | $9,810,899 |
| 2017 | $0 | $0 | $15,279,750 | $0 | $15,279,750 | $0 | $15,279,750 |

## Deed History

| Deed Date | Seller | Buyer | Instr # | Volume/Page |
|---|---|---|---|---|
| | ANDREW CORPORATION | COMMSCOPE INC | | |

### SB 541 – Amends Section 25.027 of the Property Tax Code, effective September 1, 2005

**RESTRICTION ON POSTING DETAILED IMPROVEMENT INFORMATION ON INTERNET WEBSITE:**

Information in appraisal records may not be posted on the Internet if the information is a photograph, sketch, or floor plan of an improvement to real property that is designed primarily for use as a human residence. This section does not apply to an aerial photograph that depicts five or more separately owned buildings.

### HB 394 – Amends Section 25.027 of the Property Tax Code, effective September 1, 2015

**RESTRICTION ON POSTING AGE RELATED INFORMATION ON INTERNET WEBSITE:**

Information in appraisal records may not be posted on the Internet if the information indicates the age of a property owner, including information indicating that a property owner is 65 years of age or older.

TQD_TX-00044562