**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TQ DELTA, LLC, | § | |
|     **Plaintiff,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,** | § § § § § § § § § | **Civil Action 2:21-cv-310-JRG (Lead Case)** |
| **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.** | § § § § | **Civil Action No. 2:21-cv-309-JRG (Member Case)** |
|     **Defendants.** | § | |

**ORDER**

Before the Court is Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC's (collectively, "CommScope Defendants") Opposed Motion to Transfer Venue to the District of Delaware ("Motion"), Plaintiff TQ Delta, LLC's Response in Opposition, and the parties' subsequent briefing.

Having considered the briefing, the Court finds that the CommScope Defendants' Motion should be **DENIED**.

    **SO ORDERED.**