Exhibit 21
Redacted in Full