## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TQ DELTA, LLC, <br>         Plaintiff, <br> v. <br><br> ZYXEL COMMUNICATIONS, INC. and <br> ZYXEL     COMMUNICATIONS CORPORATION, <br>         Defendants. | | Civil Action No. 13-cv-2013-RGA |
| TQ DELTA, LLC, <br>         Plaintiff, <br> v. <br><br> ADTRAN, INC. <br>         Defendant. | | Civil Action No. 14-cv-954-RGA |
| ADTRAN, INC, <br>         Plaintiff, <br> v. <br><br> TQ DELTA, LLC. <br>         Defendant. | | Civil Action No. 15-cv-121-RGA |

## [PROPOSED] CLAIM CONSTRUCTION ORDER FOR FAMILY 9 PATENTS

The Court has determined that the terms below shall be given the following meaning for Family 9 Patents (U.S. Patent Nos. 8,335,956 ("the '956 patent"), 8,407,546 ("the '546 patent"), 8,468,411 ("the '411 patent"), 8,595,577 ("the '577 patent"), and 8,645,784 ("the '784 patent")):

1. **"the [shared] memory"** – "common memory used by at least two functions, where a portion of the memory can be used by either one of the functions"

2. **"amount of [the] [shared] memory"** – plain meaning

3. **"how much of the [shared] memory"** – plain meaning

4. **"portion of the [shared] memory"** – plain meaning

5.  "allocating a [first / second] portion of the shared memory to the [deinterleaving / packet retransmission] function" – plain meaning

6.  "allocating a memory between a retransmission function and an interleaving and/or deinterleaving function" – plain meaning

7.  "a message indicating how the shared memory [] is to be allocated to the packet retransmission function and to the one or more of interleaving [or/and] deinterleaving functions" – plain meaning

8.  "wherein a message transmitted during initialization indicates how the memory has been allocated between the retransmission function and the interleaving and/or deinterleaving function" – plain meaning

9.  "wherein at least a portion of the memory may be allocated to the retransmission function or to the interleaving and/or deinterleaving function at anyone particular time" – plain meaning

10. "wherein at least a portion of the memory may be allocated between the retransmission function and the interleaving and/or deinterleaving function at any one particular time depending on the message" – plain meaning

11. "transceiver" – "communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry"

12. "packet" – "a grouping of bytes"

13. "multicarrier" – "having multiple carrier signals that are combined to produce a transmission signal"

IT IS SO ORDERED this ___15___ day of May, 2018.

/s/ Richard G. Andrews
US District Judge Richard G. Andrews

2