IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TQ DELTA, LLC, <br>                 Plaintiff, <br> v. <br> ADTRAN, INC. <br>                 Defendant. | | Civil Action No. 14-cv-954-RGA |
| ADTRAN, INC, <br>                 Plaintiff, <br> v. <br> TQ DELTA, LLC. <br>                 Defendant. | | Civil Action No. 15-cv-121-RGA |

[PROPOSED] CLAIM CONSTRUCTION ORDER FOR
FAMILY 10 PATENT

The Court has determined that the terms below shall be given the following meaning for U.S. Patent No. 8,625,660 ("the 660 patent"):

1.    "**a [first / second] plurality of carriers using a [first / second] Signal to Noise Ratio (SNR) margin**" – "a [first / second] plurality of carriers having a [first / second] Signal to Noise Ratio (SNR) margin assigned to that plurality of carriers"

2.    "**carriers**"[1] – "signals that can be modulated to carry data"

3.    "**multicarrier**" – "having multiple carrier signals that are combined to produce a transmission signal"

4.    "**Signal to Noise Ratio (SNR) margin**" – "a parameter used in determining the number of bits allocated to each of a plurality of carriers, where the value of the parameter specifies an

---

[1] The parties agree that they will not argue that this claim term requires the initial creation of unmodulated time-domain signals that are subsequently modified to carry data.

extra SNR requirement assigned per carrier in addition to the SNR required to maintain a specified bit error rate (BER) for the communication link at a specified bit allocation"

5. **"transceiver"** – "communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry"

6. **"value for an increase in noise"** – no separate construction required.

7. **"wherein the [first / second] SNR margin specifies a [first / second] value for an increase in noise associated with the [first / second] plurality of carriers"** – plain and ordinary meaning.

IT IS SO ORDERED this _____ day of May, 2018.

_____
Richard G. Andrews, United States District Judge

2