IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:21-cv-310-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § § § | LEAD CASE |
| *Defendants.* | § § | |

| | | |
|---|---|---|
| TQ DELTA, LLC, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:21-cv-309-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP. | § § § § § | MEMBER CASE |
| *Defendants.* | § § | |

**TQ DELTA, LLC'S NOTICE OF DISCOVERY DISCLOSURE**

Plaintiff TQ Delta, LLC hereby provides notice, under Local Rule CV-26(c) and the Docket Control Order (Dkt No. 62) that on March 3, 2022, that it served its Local Patent Rule 4-2 Preliminary Claim Constructions and Identification of Extrinsic Evidence on counsel of record for Defendants.

Dated: March 3, 2022

Respectfully submitted,

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

**The Davis Firm PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

ATTORNEYS FOR PLAINTIFF
TQ DELTA, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this March 3, 2022 on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

/s/ William E. Davis, III
William E. Davis, III