IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>    Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED**<br><br><br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.<br><br>    Defendants. | § § § § § § | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

## DECLARATION OF EDWARD CHIN

I, Edward Chin, hereby declare as follows:

1.  I am a member of the Texas State Bar admitted to appear before this Court, and I am Of Counsel with The Davis Firm, P.C., counsel of record for plaintiff TQ Delta, LLC ("TQ Delta") in this lawsuit. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2.  Attached hereto as **Exhibit 19** is a true and correct copy of excerpted pages from the redacted Expert Report of Jonathan D. Putnam, dated November 2, 2018, in *TQ Delta, LLC v. 2Wire, Inc.*, Civ. Action No. 13-1835-RGA, pending in the District of Delaware.

3. Attached hereto as **Exhibit 20** is a true and correct copy of the Claim Construction Order for Family 9 Patents, dated May 15, 2018, in *TQ Delta, LLC v. ZyXEL Communications, Inc., et al.*, Civ. Action No. 13-2013-RGA, *TQ Delta, LLC v Adtran, Inc.*, Civ. Action No. 14-cv-954-RGA, and *Adtran, Inc. v. TQ Delta*, LLC, Civ. Action No. 15-cv-121-RGA, in the District of Delaware.

4. Attached hereto as **Exhibit 21** is a true and correct copy of Defendants' Preliminary Constructions and Identification of Extrinsic Evidence [Patent Rule 4-2], dated March 3, 2022, in this litigation.

5. In TQ Delta's Response Brief, TQ Delta identified twenty-nine (29) named inventors of prior art asserted in CommScope's Invalidity Contentions who live in Texas. Dkt. 89 at 6-7. Fifteen (15) of those prior artists are named inventors of prior art that are mentioned in certain of the Asserted Patents, specifically in U.S. Patent Nos. 7,570,686; 10,567,112; 9,485,055; and 10,833,809.  The 15 prior artists are:

   a. **Roger Bjork** (Round Rock, TX) is a named inventor of U.S. Patent No. 5,128,619, which is listed among the References Cited in asserted patent U.S. Patent No. 7,570,686.

   b. **Harry L. Cochrane** (Liberty Hill, TX) is a named inventor of U.S. Patent No. 5,128,619, which is listed among the References Cited in asserted patent U.S. Patent No. 7,570,686.

   c. **Douglas E. Duschatko** (Austin, TX) is a named inventor of U.S. Patent No. 6,983,414, which is listed among the References Cited in asserted patent U.S. Patent No. 10,567,112.

   d. **George Hoekstra** (Austin, TX) is a named inventor of U.S. Patent No. 5,751,741, which is listed among the References Cited in asserted patents U.S. Patent Nos. 9,485,055 and 10,833,809.

e. **William D. McCoy** (Wylie, TX) is a named inventor of U.S. Patent No. 5,392,299, which is listed among the References Cited in asserted patent U.S. Patent No. 10,567,112.

f. **Celite Milbrandt** (Austin, TX) is a named inventor of U.S. Patent Nos. 6,631,120; 6,633,545; and 6,636,603, which are listed among the References Cited in asserted patents U.S. Patent Nos. 7,570,686 and in two patents asserted against Nokia – U.S. Patent No. 9,300,601 and 9,894,014.

g. **Tom R. Pohrte** (The Colony, TX) is a named inventor of U.S. Patent No. 5,608,643, which is listed among the References Cited in asserted patent U.S. Patent No. 7,570,686.

h. **Don S. Rhines** (Richardson, TX) is a named inventor of U.S. Patent No. 5,392,299, which is listed among the References Cited in asserted patent U.S. Patent No. 10,567,112.

i. **Jack A. Ross** (The Colony, TX) is a named inventor of U.S. Patent No. 5,608,643, which is listed among the References Cited in asserted patent U.S. Patent No. 7,570,686.

j. **Ray G. Sadler** (Plano, TX) is a named inventor of U.S. Patent No. 5,608,643, which is listed among the References Cited in asserted patent U.S. Patent No. 7,570,686.

k. **Andrew J. Thurston** (Liberty Hill, TX) is a named inventor of U.S. Patent No. 6,983,414, which is listed among the References Cited in asserted patent U.S. Patent No. 10,567,112.

l. **Raymond Paul Voith** (Austin, TX) is a named inventor of U.S. Patent No. 5,751,741, which is listed among the References Cited in asserted patent U.S. Patent Nos. 9,485,055 and 10,833,809.

m. **Martin Wichter** (Arlington, TX) is a named inventor of U.S. Patent No. 5,608,643, which is listed among the References Cited in asserted patent U.S. Patent No. 7,570,686.

n. **Timothy L. Wilson** (Austin, TX) is a named inventor of U.S. Patent No. 5,128,619, which is listed among the References Cited in asserted patent U.S. Patent No. 7,570,686.

o. **Song W**u (Plano, TX) is a named inventor of U.S. Patent Nos. 6,219,378; 6,549,512; and 6,649,512, which are listed among the References Cited in asserted patent U.S. Patent No. 7,570,686.

6. Attached hereto as **Exhibit 22** is a true and correct copy of asserted patent U.S. Patent No. 7,570,686 with highlighting to show where the prior art patent(s) discussed in paragraph 5 above are listed.

7. Attached hereto as **Exhibit 23** is a true and correct copy of asserted patent U.S. Patent No. 10,567,112 with highlighting to show where the prior art patent(s) discussed in paragraph 5 above are listed.

8. Attached hereto as **Exhibit 24** is a true and correct copy of asserted patent U.S. Patent No. 9,485,055 with highlighting to show where the prior art patent(s) discussed in paragraph 5 above are listed.

9. Attached hereto as **Exhibit 25** is a true and correct copy of asserted patent U.S. Patent No. 10,833,809 with highlighting to show where the prior art patent(s) discussed in paragraph 5 above are listed.

10. In TQ Delta's Response Brief, TQ Delta identified twenty-nine (29) named inventors of prior art asserted in CommScope's Invalidity Contentions who live in Texas. Dkt. 89 at 6-7. Eighteen (18), or 62%, of those prior artists, are not inventors of prior art asserted in *TQ Delta, LLC v. 2Wire, Inc.*, Civ. Action No. 13-1835-RGA, pending in the District of Delaware. Put another way, only eleven (11) of the Texas-based prior artists are inventors of prior art asserted in the *2Wire* case pending in the District of Delaware.

11. Attached hereto as **Exhibit 26** is a true and correct copy of the cover pleading of defendant 2Wire's Final Invalidity Contentions (dated August 15, 2018) in *TQ Delta, LLC v. 2Wire, Inc.*,

Civ. Action No. 13-1835-RGA, pending in the District of Delaware, with highlighting to identify the prior art in which eleven (11) of the Texas-based prior artists are named inventors, as discussed in paragraph 10 above.

Executed on the 4th day of March 2022, at Southlake, Texas.

*/s/ Edward Chin*
**EDWARD CHIN**