# EXHIBIT 20

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TQ DELTA, LLC,<br><br>v. | Plaintiff, | Civil Action No. 13-cv-2013-RGA |
| ZYXEL COMMUNICATIONS, INC.<br>and<br>ZYXEL<br>CORPORATION, | COMMUNICATIONS<br><br>Defendants. | |
| TQ DELTA, LLC,<br><br>v. | Plaintiff, | Civil Action No. 14-cv-954-RGA |
| ADTRAN, INC. | Defendant. | |
| ADTRAN, INC,<br><br>v. | Plaintiff, | Civil Action No. 15-cv-121-RGA |
| TQ DELTA, LLC. | Defendant. | |

## [PROPOSED] CLAIM CONSTRUCTION ORDER FOR FAMILY 9 PATENTS

The Court has determined that the terms below shall be given the following meaning for

Family 9 Patents (U.S. Patent Nos. 8,335,956 ("the '956 patent"), 8,407,546 ("the '546 patent"),

8,468,411 ("the '411 patent"), 8,595,577 ("the '577 patent"), and 8,645,784 ("the '784 patent")):

1. **"the [shared] memory"** – "common memory used by at least two functions, where a portion of the memory can be used by either one of the functions"

2. **"amount of [the] [shared] memory"** – plain meaning

3. **"how much of the [shared] memory"** – plain meaning

4. **"portion of the [shared] memory"** – plain meaning

5.      "allocating a [first / second] portion of the shared memory to the [deinterleaving / packet retransmission] function" – plain meaning

6.      "allocating a memory between a retransmission function and an interleaving and/or deinterleaving function" – plain meaning

7.      "a message indicating how the shared memory [] is to be allocated to the packet retransmission function and to the one or more of interleaving [or/and] deinterleaving functions" – plain meaning

8.      "wherein a message transmitted during initialization indicates how the memory has been allocated between the retransmission function and the interleaving and/or deinterleaving function" – plain meaning

9.      "wherein at least a portion of the memory may be allocated to the retransmission function or to the interleaving and/or deinterleaving function at anyone particular time" – plain meaning

10.     "wherein at least a portion of the memory may be allocated between the retransmission function and the interleaving and/or deinterleaving function at any one particular time depending on the message" – plain meaning

11.     "transceiver" – "communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry"

12.     "packet" – "a grouping of bytes"

13.     "multicarrier" – "having multiple carrier signals that are combined to produce a transmission signal"

IT IS SO ORDERED this ___15___ day of May, 2018.

_Andrew G. Andrews_
US District Judge Richard G. Andrews

2

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Tuesday, May 15, 2018 11:25 AM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:13-cv-02013-RGA TQ Delta LLC v. ZyXEL Communications Inc. et al Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered on 5/15/2018 at 12:25 PM EDT and filed on 5/15/2018

| | |
|---|---|
| **Case Name:** | TQ Delta LLC v. ZyXEL Communications Inc. et al |
| **Case Number:** | 1:13-cv-02013-RGA |
| **Filer:** | |
| **Document Number:** | 527 |

**Docket Text:**
**CLAIM CONSTRUCTION ORDER FOR FAMILY 9 PATENTS. Signed by Judge Richard G. Andrews on 5/15/2018. Associated Cases: 1:13-cv-02013-RGA, 1:14-cv-00954-RGA, 1:15-cv-00121-RGA(nms)**

| | |
|---|---|
| **Case Name:** | TQ Delta LLC v. ADTRAN Inc. |
| **Case Number:** | 1:14-cv-00954-RGA |
| **Filer:** | |
| **Document Number:** | 396 |

**Docket Text:**
**CLAIM CONSTRUCTION ORDER FOR FAMILY 9 PATENTS. Signed by Judge Richard G. Andrews on 5/15/2018. Associated Cases: 1:13-cv-02013-RGA, 1:14-cv-00954-RGA, 1:15-cv-00121-RGA(nms)**

| | |
|---|---|
| **Case Name:** | Adtran Inc v. TQ Delta LLC |
| **Case Number:** | 1:15-cv-00121-RGA |
| **Filer:** | |

1

**Document Number:** 397

**Docket Text:**

**CLAIM CONSTRUCTION ORDER FOR FAMILY 9 PATENTS. Signed by Judge Richard G. Andrews on 5/15/2018. Associated Cases: 1:13-cv-02013-RGA, 1:14-cv-00954-RGA, 1:15-cv-00121-RGA(nms)**


**1:13-cv-02013-RGA Notice has been electronically mailed to:**

Jeffrey L. Moyer      moyer@rlf.com, cathers@rlf.com, loveless@rlf.com

Kenneth Laurence Dorsney      kdorsney@morrisjames.com, ippara@morrisjames.com, pvonstetten@morrisjames.com

Brian E. Farnan      bfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Christine Dealy Haynes      haynes@rlf.com, McCool@rlf.com

Amanda Tessar      atessar@perkinscoie.com, atessar-efile@perkinscoie.com

Paul W. McAndrews      pwmcandrews@mcandrews-ip.com, e@mcandrews-ip.com

Sharon E. Roberg-Perez      sroberg-perez@robinskaplan.com, bpeterson@robinskaplan.com

Michael J. Farnan      mfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Ari B. Lukoff      ALukoff@robinskaplan.com, JCornelius@robinskaplan.com

Timothy J. Malloy      tmalloy@mcandrews-ip.com, hmack@mcandrews-ip.com

Sharon A. Hwang      shwang@mcandrews-ip.com

Michael S. Tomsa      mtomsa@mcandrews-ip.com

Peter J. McAndrews      pmcandrews@mcandrews-ip.com, dscott@mcandrews-ip.com

Anna M. Targowska      atargowska@mcandrews-ip.com, hmack@mcandrews-ip.com

Thomas J. Wimbiscus      twimbiscus@mcandrews-ip.com

Kris Y. Teng      kteng@robinskaplan.com

Rajendra A. Chiplunkar      rchiplunkar@mcandrews-ip.com

David A. Prange      dprange@robinskaplan.com, dlafrance@robinskaplan.com

Andrew B. Karp      akarp@mcandrews-ip.com

**1:13-cv-02013-RGA Filer will deliver document by other means to:**

**1:14-cv-00954-RGA Notice has been electronically mailed to:**

Jeffrey L. Moyer     moyer@rlf.com, cathers@rlf.com, loveless@rlf.com

Kenneth Laurence Dorsney     kdorsney@morrisjames.com, ippara@morrisjames.com,
pvonstetten@morrisjames.com

Brian E. Farnan     bfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Christine Dealy Haynes     haynes@rlf.com, McCool@rlf.com

Paul W. McAndrews     pwmcandrews@mcandrews-ip.com, e@mcandrews-ip.com

Michael J. Farnan     mfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Ari B. Lukoff     ALukoff@robinskaplan.com, JCornelius@robinskaplan.com

Timothy J. Malloy     tmalloy@mcandrews-ip.com, hmack@mcandrews-ip.com

Sharon A. Hwang     shwang@mcandrews-ip.com

Michael S. Tomsa     mtomsa@mcandrews-ip.com

Peter J. McAndrews     pmcandrews@mcandrews-ip.com, dscott@mcandrews-ip.com

Anna M. Targowska     atargowska@mcandrews-ip.com, hmack@mcandrews-ip.com

Thomas J. Wimbiscus     twimbiscus@mcandrews-ip.com

Kris Y. Teng     kteng@robinskaplan.com

Rajendra A. Chiplunkar     rchiplunkar@mcandrews-ip.com

David A. Prange     dprange@robinskaplan.com, dlafrance@robinskaplan.com

Andrew B. Karp     akarp@mcandrews-ip.com

Scott B. Smith     ssmith@bradley.com, dcates@bradley.com

**1:14-cv-00954-RGA Filer will deliver document by other means to:**

**1:15-cv-00121-RGA Notice has been electronically mailed to:**

Mary Matterer     mmatterer@morrisjames.com, ippara@morrisjames.com, pvonstetten@morrisjames.com

Jeffrey L. Moyer     moyer@rlf.com, cathers@rlf.com, loveless@rlf.com

Kenneth Laurence Dorsney     kdorsney@morrisjames.com, ippara@morrisjames.com,
pvonstetten@morrisjames.com

Brian E. Farnan     bfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Christine Dealy Haynes     haynes@rlf.com, McCool@rlf.com

Paul W. McAndrews     pwmcandrews@mcandrews-ip.com, e@mcandrews-ip.com

Sharon E. Roberg-Perez     sroberg-perez@robinskaplan.com, bpeterson@robinskaplan.com

Ari B. Lukoff     ALukoff@robinskaplan.com, JCornelius@robinskaplan.com

Timothy J. Malloy     tmalloy@mcandrews-ip.com, hmack@mcandrews-ip.com

Sharon A. Hwang     shwang@mcandrews-ip.com

Michael S. Tomsa     mtomsa@mcandrews-ip.com

Peter J. McAndrews     pmcandrews@mcandrews-ip.com, dscott@mcandrews-ip.com

Anna M. Targowska     atargowska@mcandrews-ip.com, hmack@mcandrews-ip.com

Thomas J. Wimbiscus     twimbiscus@mcandrews-ip.com

Kris Y. Teng     kteng@robinskaplan.com

Rajendra A. Chiplunkar     rchiplunkar@mcandrews-ip.com

David A. Prange     dprange@robinskaplan.com, dlafrance@robinskaplan.com

Andrew B. Karp     akarp@mcandrews-ip.com

**1:15-cv-00121-RGA Filer will deliver document by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/15/2018] [FileNumber=3461285-0
] [70fa647083216cb21015980d300d8d8df28d644a05f70a889a08df086dc4cba58ea
531d3996947db0f28145ad6714f92fb082b651d474ac63f40080af70114b4]]