IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br>　　　　　　*Plaintiff*,<br>v.<br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,**<br>　　　　　　*Defendants*. | CIV. A. NO. 2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br>　　　　　　*Plaintiff*,<br>v.<br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br>　　　　　　*Defendants*. | CIV. A. NO. 2:21-CV-309-JRG<br>(Member Case) |
| **NOKIA OF AMERICA CORP.,**<br>　　　　　　*Third-Party Plaintiff*,<br>v.<br>**BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.,**<br>　　　　　　*Third-Party Defendants*. | |

**[PROPOSED] ORDER DENYING TQ DELTA'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS [DKT. NO. 86]**

Before the Court is TQ Delta, LLC's Motion for Leave to Amend its Infringement Contentions Against the Nokia Defendants ("Motion"). Having considered the briefing, the Court

1

is of the opinion that the Motion should be and hereby is **DENIED**.

Case 2:21-cv-00310-JRG   Document 100-1   Filed 03/07/22   Page 2 of 2 PageID #: 2550