IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>　　Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | §§§§§§§§§§§§§§§ | **JURY TRIAL DEMANDED**<br><br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.<br><br>　　Defendants. | §§§§§§ | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

## DECLARATION OF EDWARD CHIN

I, Edward Chin, hereby declare as follows:

　　1.　I am a member of the Texas State Bar admitted to appear before this Court, and I am Of Counsel with The Davis Firm, P.C., counsel of record for plaintiff TQ Delta, LLC ("TQ Delta") in this lawsuit. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

　　2.　Attached hereto as **Exhibit 1** is a true and correct copy of excerpted pages from the redacted Expert Report of Jonathan D. Putnam, dated November 2, 2018, in *TQ Delta, LLC v. 2Wire, Inc.*, Civ. Action No. 13-1835-RGA, pending in the District of Delaware.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Claim Construction Order for Family 9 Patents, dated May 15, 2018, in *TQ Delta, LLC v. ZyXEL Communications, Inc., et al.*, Civ. Action No. 13-2013-RGA, *TQ Delta, LLC v Adtran, Inc.*, Civ. Action No. 14-cv-954-RGA, and *Adtran, Inc. v. TQ Delta*, LLC, Civ. Action No. 15-cv-121-RGA, in the District of Delaware.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Defendants' Preliminary Constructions and Identification of Extrinsic Evidence [Patent Rule 4-2], dated March 3, 2022, in this litigation.

Executed on the 7th day of March 2022, at Southlake, Texas.

*/s/ Edward Chin*
**EDWARD CHIN**