IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>    *Plaintiff*,<br><br> v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>    *Defendants*. | Civil Action No. 2:21-cv-310-JRG |

## NOTICE OF COMPLETE BRIEFING REGARDING DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF DELAWARE

Defendants CommScope Holding Company, Inc., CommScope, Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (collectively, "CommScope" or "Defendants") filed an Opposed Motion to Transfer Venue to the District of Delaware ("CommScope's Motion to Transfer") (Dkt. No. 32) on November 11, 2021. Plaintiff TQ Delta, LLC filed its Response in Opposition to the Motion (Dkt. No. 89) on February 22, 2022. Defendants filed their Reply (Dkt. No. 92) on February 25, 2022 and Plaintiff filed its Sur-Reply (Dkt. No. 97) on March 4, 2022. Therefore, briefing is complete and the Motion is ripe for consideration by the Court.

Dated this 8th day of March, 2022    Respectfully submitted,

                     By: */s/ Eric H. Findlay*
                     Eric H. Findlay
                     State Bar No. 00789886
                     Brian Craft

State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave, Ste. 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Douglas J. Kline
Christie Larochelle
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA   02210
P:   (617) 570-1000
F:   (617) 523-1231
dkline@goodwinlaw.com
clarochelle@goodwinlaw.com

Brett Schuman
Rachel M. Walsh
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P:   (415) 733-6000
F:   (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
GOODWIN PROCTER LLP
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

***Attorneys for Defendants CommScope Holding Company, Inc., CommScope, Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

*/s/ Eric H. Findlay*
Eric H. Findlay