### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § § § | |
| *Plaintiff*, | § § § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| v. | § § § | (LEAD CASE) |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., ARRIS ENTERPRISES, LLC, | § § § § § § § § § § | |
| *Defendants*. | § | |
| v. | § § | |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., | § § § § § | CIVIL ACTION NO. 2:21-CV-00309-JRG  (MEMBER CASE) |
| *Defendants*. | § | |

### **ORDER**

Before the Court is Nokia's Unopposed Motion for Leave to Correct its Invalidity Contentions (Dkt. No. 103) (the "Motion"). In the Motion, the Defendants Nokia of America Corporation, Nokia Corporation, and Nokia Solutions and Networks Oy (collectively, "Nokia") requests leave to amend its invalidity contentions in order to correct several inadvertent clerical errors. Nokia represents that Plaintiff TQ Delta, LLC does not oppose the proposed corrections.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, Nokia has **LEAVE TO AMEND** its invalidity contentions in the manner described in the Motion.

**So ORDERED and SIGNED this 11th day of March, 2022.**

```
                                        _____
                                        RODNEY GILSTRAP
                                        UNITED STATES DISTRICT JUDGE
```