# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § § § | |
| *Plaintiff*, | § § § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| | § § | (LEAD CASE) |
| v. | § § | |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., ARRIS ENTERPRISES, LLC, | § § § § § § § § § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| v. | § § | |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., | § § § § § | CIVIL ACTION NO. 2:21-CV-00309-JRG (MEMBER CASE) |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Unopposed Motion by Plaintiff TQ Delta for Leave to Correct its Infringement Contentions (Dkt. No. 98) (the "Motion"). In the Motion, the Plaintiff TQ Delta, LLC ("TQ Delta") requests leave to amend its infringement contentions in order to correct various typographical and clerical errors in the cover pleading and certain claim charts. TQ Delta represents that Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc.,

ARRIS Technology, Inc., ARRIS Enterprises, LLC, Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation do not oppose the proposed corrections.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, TQ Delta has **LEAVE TO AMEND** its infringement contentions in the manner described in the Motion.

**So ORDERED and SIGNED this 11th day of March, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE