# Exhibit 1

| | |
|---|---|
| **From:** | Wroblewski, Karlee |
| **Sent:** | Wednesday, December 8, 2021 9:24 PM |
| **To:** | 'Ong, Andrew'; Bo Davis; Stevens, Scott; Christian Hurt; Ty Wilson; Eric Findlay |
| **Cc:** | Schuman, Brett; Larochelle, Christie; Kline, Douglas J; Brian Craft; Walsh, Rachel M.; Deron Dacus; Haynes, John; Rudy Fink; Michelle Button; Marais, Nic; TQDelta Listserv |
| **Subject:** | RE: Proposed DCO & DO - TQ Delta v. CommScope & Nokia |

Bo,

Following up on Andy's message below, we'd like to add the following note of clarification with respect to point 5. Nokia intends to move for the adoption of the model order with respect to limiting the case, and we can agree to discuss this in the coming weeks. ==As discussed on the meet and confer, Nokia will also oppose TQ Delta's request to amend its infringement contentions.==

Best,
Karlee

**From:** Ong, Andrew <AOng@goodwinlaw.com>
**Sent:** Wednesday, December 8, 2021 8:52 PM
**To:** Bo Davis <bdavis@davisfirm.com>; Stevens, Scott <Scott.Stevens@alston.com>; Christian Hurt <churt@davisfirm.com>; Wroblewski, Karlee <Karlee.Wroblewski@alston.com>; Ty Wilson <twilson@davisfirm.com>; Eric Findlay <efindlay@findlaycraft.com>
**Cc:** Schuman, Brett <BSchuman@goodwinlaw.com>; Larochelle, Christie <CLarochelle@goodwinlaw.com>; Kline, Douglas J <DKline@goodwinlaw.com>; Brian Craft <bcraft@findlaycraft.com>; Walsh, Rachel M. <RWalsh@goodwinlaw.com>; Deron Dacus <ddacus@dacusfirm.com>; Haynes, John <John.Haynes@alston.com>; Rudy Fink <rfink@davisfirm.com>; Michelle Button <mbutton@davisfirm.com>; Marais, Nic <Nic.Marais@alston.com>; TQDelta Listserv <tqd@davisfirm.com>
**Subject:** RE: Proposed DCO & DO - TQ Delta v. CommScope & Nokia

**EXTERNAL SENDER – Proceed with caution**

Bo,

Thanks for sending the proposed compromises below. On behalf of CommScope and Nokia, we have a few comments / points of clarification on the discovery limits. Please see bold text below.

Aside from the DO, on the DCO, agreed that there are no other issues. We are also fine with not entering the ESI order now.

On behalf of CommScope, we still need to check on the PO so will get back to you on that tomorrow.

Let us know if you want to discuss. Thanks.

Andy