UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:21-cv-00310-JRG

Name of party requesting extension: Avago Technologies International Sales Pte.

Is this the first application for extension of time in this case?  ☐ Yes  ☒ No

If no, please indicate which application this represents:  ☒ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 2/8/2022

Number of days requested:  ☐ 30 days  ☒ 15 days  ☐ Other ____ days

New Deadline Date: 4/15/2022   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Melissa Richards Smith

State Bar No.: 24001351

Firm Name: GILLAM & SMITH, LLP

Address: 303 South Washington Avenue
Marshall, Texas   75670

Phone: (903) 934-8450

Fax:   (903) 934-9257

Email: melissa@gillamsmithlaw.com

A certificate of conference does not need to be filed with this unopposed application.