**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **TQ DELTA, LLC,** | |
| *Plaintiff,* | |
| v. | **CIV. A. NO.  2:21-CV-310-JRG** |
| **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,** | (Lead Case) |
| *Defendants.* | |

| | |
|---|---|
| **TQ DELTA, LLC,** | |
| *Plaintiff,* | |
| v. | **CIV. A. NO.  2:21-CV-309-JRG** |
| **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,** | (Member Case) |
| *Defendants.* | |

| |
|---|
| **NOKIA OF AMERICA CORP.,** |
| *Third-Party Plaintiff,* |
| v. |
| **BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.,** |
| *Third-Party Defendants.* |

**DECLARATION OF DARLENA H. SUBASHI, ESQ., IN SUPPORT OF NOKIA'S OPPOSED MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS**

I, Darlena H. Subashi, hereby declare under penalty of perjury that:

1.      I am an attorney at the law firm of Alston & Bird LLP, counsel for Defendants Nokia of America Corporation, Nokia Solutions and Networks Oy, and Nokia Corporation ("Nokia"). I am a member in good standing of the Bars of Massachusetts, North Carolina, and New York and am admitted to practice before this Court. I am filing this declaration in support of NOKIA'S   OPPOSED   MOTION   FOR   LEAVE   TO   AMEND   ITS   INVALIDITY CONTENTIONS.  Except where otherwise indicated, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2.      Attached as Exhibit 1 is a true and correct copy of correspondence from Darlena Subashi to Bo Davis dated March 8, 2022.  Highlighting has been added for the convenience of the Court.

3.      Attached as Exhibit 2 is a true and correct copy of correspondence from Darlena Subashi to Bo Davis dated March 22, 2022.  Highlighting has been added for the convenience of the Court.

4.      Attached as Exhibit 3 is a true and correct copy of email correspondence between counsel for Nokia and counsel for TQ Delta dated March 23, 2022 – March 31, 2022, regarding TQ Delta v Nokia, 2:21-cv-309-JRG – Nokia's Amended Invalidity Contentions.  Highlighting has been added for the convenience of the Court.

5.      Attached as Exhibit 4 is a true and correct copy of excerpts of the redline version of Nokia Defendants' Amended Invalidity Contentions Cover Pleading (March 23, 2022). Highlighting has been added for the convenience of the Court

6.      Attached as Exhibit 5 is a true and correct copy of excerpts of Exhibit F4-008O to Nokia Defendants' Amended Invalidity Contentions (March 23, 2022).  Highlighting has been

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

added for the convenience of the Court

7.      Attached as Exhibit 6 is a true and correct copy of excerpts of Exhibit F4-008P to

Nokia Defendants' Amended Invalidity Contentions (March 23, 2022).  Highlighting has been

added for the convenience of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 1, 2022                                    _/s/ Darlena H. Subashi_
                                                       Darlena H. Subashi