# EXHIBIT 2

# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Darlena H. Subashi**     Direct Dial: **212-210-1277**     Email: **darlena.subashi@alston.com**

March 22, 2022

VIA EMAIL

Bo Davis
213 North Freedonia, Suite 230
Longview, Texas 75601
bdavis@davisfirm.com

Re:   *TQ Delta, LLC v. Nokia Corp., Nokia Solutions and Networks Oy, and Nokia of America Corp.*, Case No. 2:21-cv-309-JRG (E.D. Tex.) (Member Case)

Dear Bo:

Further to those references identified in its March 8, 2022 letter, Defendants Nokia of America Corporation, Nokia Corporation, Nokia Solutions and Networks Oy (collectively, "Nokia") write to inform Plaintiff TQ Delta, LLC ("TQ Delta") that Nokia has recently identified additional prior art to the Asserted Patents.

Nokia intends to promptly amend its Initial Invalidity Contentions to add the recently identified prior art. In an effort to continue to work toward narrowing the case (*see generally* Dkt. 77, Defendants' Opposed Motion for Entry of Order Focusing Patent Claims and Prior Art), when Nokia serves its amended invalidity contentions, Nokia will identify an equal number of references that it is dropping from its invalidity contentions. In other words, Nokia's amendment will result in a net-zero number of additional prior art references.

As of the date of this correspondence, Nokia intends to chart the following prior art references:

Alston & Bird LLP                                                                                                                www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

Bo Davis
March 22, 2022
Page 2

- Family 1:
    - ITU-T Recommendation G.712 (11/96)

- Family 2:
    - Alcatel A1000 ASAM ADSL

- Family 4:
    - Stefan H. Müller & Johannes B. Huber, "A Comparison of Peak Power Reduction Schemes for OFDM," GLOBECOM 97. IEEE GLOBAL TELECOMMUNICATIONS CONFERENCE (1997)

    - Denis J. G. Mestdagh & Paul M. P. Spruyt, "A Method to Reduce the Probability of Clipping in DMT-Based Transceivers," IEEE TRANSACTIONS ON COMMUNICATIONS, VOL. 44, NO. 10 (1996)

Nokia may add to or otherwise modify this list at the time that it serves its amended invalidity contentions.

Sincerely,

Darlena Subashi