IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**  *Plaintiff*,  v.  **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,**  *Defendants*. | CIV. A. NO. 2:21-CV-310-JRG  (Lead Case) |
| **TQ DELTA, LLC,**  *Plaintiff*,  v.  **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**  *Defendants*. | CIV. A. NO. 2:21-CV-309-JRG  (Member Case) |
| **NOKIA OF AMERICA CORP.,**  *Third-Party Plaintiff*,  v.  **BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.,**  *Third-Party Defendants*. | |

**[PROPOSED] ORDER GRANTING NOKIA'S OPPOSED MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS**

Before the Court is Nokia's Opposed Motion for Leave to Amend Its Invalidity Contentions ("Motion"). Having considered the briefing, and for good cause shown, the Court is

of the opinion that the Motion should be and hereby is **GRANTED**.