# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| § | |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., ARRIS ENTERPRISES, LLC, § § § § § § § § | |
| *Defendants*. § | |

## ORDER

Before the Court is TQ Delta, LLC's ("TQ Delta") Unopposed Motion to Extend the Deadline for Venue Discovery (the "Motion"). (Dkt. No. 76). In light of the Court's Order denying Defendants' Opposed Motion to Transfer to the District of Delaware (Dkt. No. 111), the relief requested in the Motion is now moot. Having considered the Motion, the Court finds that it should be and hereby is **DENIED-AS-MOOT**.

**So ORDERED and SIGNED this 13th day of April, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE