IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>    Plaintiff,<br><br>v.<br> | § § § § § § | **JURY TRIAL DEMANDED** |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § § § | Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.<br><br>    Defendants. | § § § § § § | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

## DECLARATION OF EDWARD CHIN

I, Edward Chin, hereby declare as follows:

   1. I am a member of the Texas State Bar admitted to appear before this Court, and I am Of Counsel with The Davis Firm, P.C., counsel of record for plaintiff TQ Delta, LLC ("TQ Delta") in this lawsuit. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

   2. In this case, TQ Delta has produced to Nokia

██████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

3. Attached hereto as **Exhibit A** is a true and correct copy of Denis J. G. Mestdagh & Paul M. P. Spruyt, "A Method to Reduce the Probability of Clipping in DMT-Based Transceivers," IEEE TRANSACTIONS ON COMMUNICATIONS, VOL. 44, NO. 10 (1996).

4. Attached hereto as **Exhibit B** is a true and correct copy of the LinkedIn profile for Denis Mestdagh.

5. Attached hereto as **Exhibit C** is a true and correct copy of the LinkedIn profile for Paul Spruyt.

6. Attached hereto as **Exhibit D** is a true and correct copy of an email ████████████ ████████████████████████  ████████████████████████ This exhibit is designated as RESTRICTED – ATTORNEYS' EYES ONLY.

7. Attached hereto as **Exhibit E** is a true and correct copy of ████████████████ ████████████████████████████████████████████████ ████████████████████████████ This exhibit is designated as RESTRICTED – ATTORNEYS' EYES ONLY.

████████████████████████████

8. Attached hereto as **Exhibit F** is a true and correct copy of an email ████████████ ██████████████████████████████████████████████████ This exhibit is designated as RESTRICTED – ATTORNEYS' EYES ONLY.

9. Attached hereto as **Exhibit G** is a true and correct copy of an email ████████████ ██████████████████████████████████████████████████. This exhibit is designated as RESTRICTED – ATTORNEYS' EYES ONLY.

10. Attached hereto as **Exhibit H** is a true and correct copy of Stefan H. Müller & Johannes B. Huber, "A Comparison of Peak Power Reduction Schemes for OFDM," GLOBECOM 97. IEEE GLOBAL TELECOMMUNICATIONS CONFERENCE (1997).

11. Attached hereto as **Exhibit I** is a true and correct copy of the LinkedIn profile for Stefan H. Müller.

12. Attached hereto as **Exhibit J** is a true and correct copy of U.S. Patent No. 6,781,951.

13. Attached hereto as **Exhibit K** is a true and correct copy of ITU-T Recommendation G.712 (11/96).

14. Attached hereto as **Exhibit L** is a true and correct screenshot of https://www.itu.int/rec/T-REC-G.712-199611-S/en (accessed April 14, 2022).

15. Attached hereto as **Exhibit M** is a true and correct copy of screenshot of https://infocenter.nokia.com/public/7705SAR70R4A/index.jsp?topic=%2Fcom.sar.services%2Fhtml%2Fstandards.html (accessed April 13, 2022).

16. Attached hereto as **Exhibit N** is a true and correct copy of the Nokia 7705 data sheet, copyrighted 2020, downloaded from https://lightriver.com/wp-content/uploads/2020/09/nokia_7705_sar_adapter_cards_rel20_data_sheet_en.pdf.

17. Attached hereto as **Exhibit O** is a true and correct copy of Alcatel 100 ADSL User Guide (https://www.manualslib.com/manual/3860/Alcatel-1000-Adsl.html, accessed April 13, 2022.

18. Attached hereto as **Exhibit P** is a true and correct copy of "End-to-End protocol stacks in the Alcatel 100 ADSL access network," https://ieeexplore.ieee.org/document/741250 (accessed April 13, 2022).

19. Attached hereto as **Exhibit Q** is a true and correct copy of ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ at NOK00280509. This exhibit is designated as RESTRICTED – ATTORNEYS' EYES ONLY.

20. Attached hereto as **Exhibit R** is a true and correct copy of ▉▉▉▉▉▉▉ at NOK00280505. This exhibit is designated as RESTRICTED – ATTORNEYS' EYES ONLY.

21. Attached hereto as **Exhibit S** is a true and correct copy of ▉▉▉▉▉▉▉ at NOK00280486. This exhibit is designated as RESTRICTED – ATTORNEYS' EYES ONLY.

22. Attached hereto as **Exhibit T** is a true and correct copy of excerpts from the cover pleading of Nokia's Invalidity Contentions (served January 13, 2022) at pp. 10-13, 117-120; 222-223.

Executed on the 15th day of April 2022, at Southlake, Texas.

*/s/ Edward Chin*
**EDWARD CHIN**