# EXHIBIT B

# Denis Mestdagh

Founder of GreenWaves Technologies at GreenWaves Technologies
Grenoble

### Coordonnées

www.linkedin.com/in/denis-mestdagh-236735198 (LinkedIn)

### Principales compétences
xDSL
Fiber Optic
GPS

## Résumé

Denis J . G . MESTDAGH has acquired more than 30 years experiences in the
high-tech industry building and leading cutting- edge R&D and product
engineering teams in all aspects of complex information technology systems
using microelectronics, optics, and signal processing. He has worked for
STMicroelectronics as Director of Innovation and Advanced System Technology where he played an instrumental role in establishing strong
international partnerships for the development, standardization, and marketing
of next generation wired and wireless systems. He has built a deep experience from R&D management and program funding to business development including product life cycle management, roadmap, marketing and
sales. He begun his carrier at Alcatel in 1988 for FTTH-PON development
and then became Senior Principal Manager for ADSL chip sets and real-time
DSP/control software. He is the Founder & ex-CSO of Greenwaves Technologies
SAS, a French start-up on ultra-low power AI/IoT integrated circuits and
GreenOFDM very low-power high-speed communication technology. Dr. MESTDAGH received his PhD in Applied Physics from Polytechnic of
Brussels (Belgium). He is the author of the book « Fundamentals of Multiaccess
Optical Fiber Networks » (Artech House, Boston, 1995), and has published more

than 150 papers in scientific journals, conferences and standardization
committees. He has been granted 50 international patents, some of which are
applicable yet. Senior Member IEEE, Member of the New-York Academy of
Sciences and listed in the Marqui's Who's Who in Sciences and
Engineering. He is the recipient of several Awards amongst which; the
Alcatel Fellow and Gold Medal for his achievements in ADSL, the
STMicroelectonics Best Partnership for VDSL Standardization and
Developments, STMicroelectonics Best Teacher of Telecommunication, and the
best publication of the year in digital signal processing from the IEE Royal
Institute of Engineering.
He can be reached at
denismestdagh@orange.fr
His cell phone is: +33 (0) 685 964 538

---

## Expérience

GreenWaves Technologies
4 ans 7 mois

Founder & ex-CSO
décembre 2014 - juin 2019 (4 ans 7 mois)
France

Founder & ex-CSO

Founder & ex-CSO GreenWaves Technologies
décembre 2014 - juin 2019 (4 ans 7 mois)
Région de Grenoble, France

Founder & ex-CSO of GWT.

Founder of GreenWaves Technologies
décembre 2014 - juin 2019 (4 ans 7 mois)
Grenoble

Alcatel-Lucent Enterprise

Research And Development Manager
septembre 1988 - janvier 2016 (27 ans 5 mois)
Anvers Belgium

FTTH-PON + ADSL-ASIC including real-time DSP, Embedded Software and Standardization.

原子力・ 代替エネルギー庁
Fellow Researcher
août 2009 - janvier 2010 (6 mois)
Grenoble Area, France

Optical-OFDM Si-Photonic intra-Data Center Interconnects

ST-Ericsson
CTO Connectivity
novembre 2004 - juillet 2009 (4 ans 9 mois)
Grenoble Area, France

Bluetooth+WiFi+Mobile-TV+GPS over Mobile Phones

STMicroelectronics
Director Advanced Systems Technologies
février 1996 - octobre 2004 (8 ans 9 mois)
Grenoble Area, France

Development and Standardization VDSL with "Zipper-DMT" technology.

―――

# Formation

Polytechnic of Brussels
Doctor of Philosophy - PhD, Physics · (1977 - 1988)