# EXHIBIT C

# Paul Spruyt

xDSL technology strategist at Nokia
Antwerp Metropolitan Area

## Contact

www.linkedin.com/in/spruytpaul (LinkedIn)

## Top Skills

FTTx
Broadband
DSL

## Languages

French
English
Dutch

## Publications

Interoperability between VDSL and ADSL: An added value to the VDSL business case

Evolving the Access Network beyond ADSL

Innovations that Make VDSL2 Vectoring Easy to Deploy

The BER Performance of OFDM Systems using Non-Synchronized Sampling

Adapted Optimization Criterion for FDM-based DMT-ADSL Equalization

## Patents

Method for allocating data elements to a set of carriers, mapping unitand modulator to perform this method

Method for allocating data elements to a set of carriers, mapping unitand modulator to perform this method

Communication link bonding apparatus and methods

## Summary

I am passionate about innovation, in particular in the domain of xDSL (high-speed transmission over copper).
I highly value entrepreneurship.

---

## Experience

**Alcatel-Lucent**
xDSL technology strategist
April 2002 - Present (20 years 1 month)
Antwerp, Belgium

Defining xDSL technology strategy of ISAM portfolio.
Product manager for xDSL products.

**Nokia**
xDSL Strategist, Fixed Networks
2016 - 2016 (less than a year)

**Alcatel**
13 years 3 months

General manager VDSL Virtual Company
September 1999 - March 2002 (2 years 7 months)
Antwerp, Belgium

Responsible for product development and commercialization of VDSL.

Researcher
January 1989 - August 1999 (10 years 8 months)

Study and development of test tools for ATM (Asynchronous Transfer Mode) switching systems and integrated circuits.
Study and implementation of ADSL (Asymmetrical Digital Subscriber Line).
Study and implementation of VDSL (Very high speed Digital Subscriber Line).
Responsible for research activities on xDSL, PLC (Power Line Communication) and HFC (Hybrid Fiber Coax).

Ghent University

Researcher

September 1985 - December 1988 (3 years 4 months)

Study and development of advanced algorithms for automatic placement and routing of (hybrid) electronic circuits.

Assistant teacher at the laboratory of electronics.

———

## Education

Ghent University

Master's degree, Electrical and Electronics Engineering · (1980 - 1985)

Sint-Barbara college, Ghent

High school  · (1974 - 1980)