**EXHIBITS D THRU G**
**FILED UNDER SEAL IN THEIR ENTIRETY**