**EXHIBIT I**

# Stefan Mueller

Head of WSE Comms at Nokia Siemens Networks
Germany

## Contact

www.linkedin.com/in/stefan-mueller-b869124 (LinkedIn)

## Experience

Nokia Siemens Networks
Head of WSE Comms

## Education

Other

Page 1 of 1