# EXHIBIT L

 

**Français  Español**

Home : ITU-T : Publications : Recommendations : G Series : G.712 : G.712 (11/96)

Recently posted - Search Recommendations

Search

## G.712 : Transmission performance characteristics of pulse code modulation channels

**Recommendation G.712 (11/96)**

Approved in 1996-11-11

Status :  Superseded

**Table of Contents**

**Summary**

### Access : Freely available items

Available languages and formats :

 **Click on the selected format and language to get the document**

| | Format | Size | Posted | Article Number |
|---|---|---|---|---|
| English | PDF (acrobat) | 365601 bytes | 1997-09-04 | E 11087 |
| Español | PDF (acrobat) | 367237 bytes | 1997-09-04 | S 11089 |
| Français | PDF (acrobat) | 371728 bytes | 1997-09-04 | F 11088 |

### Access : TIES users

Available languages and formats :

 **Click on the selected format and language to get the document**

| | Format | Size | Posted | Article Number | TIES users |
|---|---|---|---|---|---|
| English | Word | 1005568 bytes | 1997-09-04 | E 11087 | ⬇ |
| Español | Word | 1238016 bytes | 1997-09-04 | S 11089 | ⬇ |
| Français | Word | 1084928 bytes | 1997-09-04 | F 11088 | ⬇ |

Top -  Feedback -  Contact us -  Copyright © ITU 2008 All Rights Reserved

Contact for this page :  ITU-T Publications
Updated : 2009/06/01