# **EXHIBIT M**

**ITU-T G.712 referenced in Nokia's website**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (RS422) | balanced voltage digital interfaces circuits | | | | | | | | |
| ITU-T G.825 | The control of jitter and wander within digital networks which are based on the synchronous digital hierarchy (SDH) | | | | ✓ | ✓ | | | |
| ITU-T G.703 | Physical/electrical characteristics of hierarchical digital interfaces | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| ITU-T G.712 (E&M) | Transmission performance characteristics of pulse code modulation channels | | | | ✓ | ✓ | | | |
| ITU-T G.957 | Optical interfaces for equipments and systems relating to the synchronous digital hierarchy | | | | ✓ | ✓ | | | |
| ITU-T V.24 (RS232) | List of definitions for interchange circuits between data terminal equipment (DTE) and data circuit-terminating equipment (DCE) | | | | ✓ | ✓ | ✓ | ✓ | |
| ITU-T V.28 (V35) | Electrical characteristics for unbalanced double-current interchange circuits | | | | ✓ | ✓ | | | |
| ITU-T V.36 (V35) | Modems for synchronous data transmission using 60-108 kHz group band circuits | | | | ✓ | ✓ | | | |
| ITU-T V.11 / X.27 (RS422) | Electrical characteristics for | | | | ✓ | ✓ | | | |

https://infocenter.nokia.com/public/7705SAR70R4A/index.jsp?topic=%2Fcom.sar.services%2Fhtml%2Fstandards.html (accessed April 13, 2022)