# EXHIBIT N



# Nokia 7705 Service Aggregation Router
Adapter Cards

As communications networks and applications migrate to IP/MPLS and Ethernet infrastructures, many mission-critical and enterprise networks still have operational systems that rely on serial data and analog voice interfaces that must be supported. The network interfaces used in PDH and SONET/SDH networks (T1/E1, T3/E3 and OC-n/STM-n) will remain in use for many years as networks transition to packet.

The Nokia 7705 Service Aggregation Router (SAR) supports a broad range of data and voice interfaces, allowing networks to be upgraded to IP/MPLS for advanced services delivery, while maintaining support for existing operational systems.

Cards are available with a variety of options including power, conformal coating and hardware-based encryption support.

## Features and benefits

- Support for legacy and advanced services is provided over a single network with extensive network and service management capabilities.
- Legacy network interfaces simplify the transition from TDM-based PDH/SONET/SDH network infrastructures to IP/MPLS.
- Legacy voice and serial data interfaces integrated within the 7705 SAR system eliminate the need for a separate T1/E1 channel bank or multiplexer, providing capital and operational cost savings.
- Service interworking with IP, Frame Relay and High-Level Data Link Control (HDLC) pseudowires provides flexibility, as well as bandwidth and cost optimization for serial data interfaces.



7705 SAR-18



7705 SAR-8

1

Data Sheet
Nokia 7705 SAR – Adapter Cards

**NOKIA**

- Nokia's patented Asymmetrical Delay Control (ADC) feature is used by electrical utilities to manage packet network asymmetry for proper operation of current differential teleprotection relays.
- The Nokia Network Services Platform (NSP) provides industry-leading network and service management for lower operational costs.
- Service Portal Express enables automatic controlled work order process and comprehensive report generation.

# Ethernet

Ethernet cards provide 10/100 Mb/s, GE and 10GE interfaces and support ring, tree and point-to-point deployments. Both optical and electrical SFPs are supported.

### 10-port 10GE/GE X-Adapter



This card can be used in the 7705 SAR-18 only. It is user-configurable for either 1 x 10GE or 10 x 10/100/1000 Mb/s, with optical and electrical transceivers supported. It features optional hardware-based encryption.

### 6-port 10GE/GE



This card is equipped with two SFP+ ports and four SFP ports. All ports support both optical and electrical components. The SFP+ ports support 10 Gb/s. The SFP ports support 10/100/1000 Mb/s. It features optional hardware-based encryption.

### 2-port 10GE



This card is equipped with two XFP ports supporting 10GE. It is commonly used to connect to 10GE access rings. It features optional hardware-based encryption.

### 8-port GE



This card is equipped with eight ports supporting 10/100/1000 Mb/s Ethernet optical or electrical SFPs. OC-3/STM-1 Transparent SONET/SDH over Packet (TSoP) SFPs are supported. It features optional hardware-based encryption.

# Legacy network

Existing services can be transported over a new IP/MPLS network using the 7705 SAR-8/18 legacy network interface cards. Alternatively, these legacy network interface cards can be used to deliver new IP/MPLS services while using an existing PDH/SONET/SDH backbone for transport. They support TDM, ATM, Frame Relay, HDLC, as well as IP services.

### T1/E1 ASAP



**16-port T1/E1 ASAP**



**32-port T1/E1 ASAP**

The T1/E1 Any Service Any Port (ASAP) cards provide standard T1/E1 ports capable of carrying multiple service types over IP/MPLS, as well as existing TDM networks.

- 16-port or 32-port variants
- DIN-connector access with optional RJ-45 and BNC panels

# NOKIA

- Synchronization options – loop, node, adaptive clock recovery (ACR)/Differential clock recovery (DCR)
- -48/+24 V DC
- MPLS pseudowire support:
    - TDM circuit emulation (Cpipe/Epipe)
    - Circuit Emulation Service over Packet-Switched Network (CESoPSN)
    - Structure Agnostic TDM over Packet (SAToP)
    - Metro Ethernet Forum (MEF) 8 to 64 kb/s level
    - Frame Relay (Fpipe)
    - HDLC (Hpipe)
    - IP (Ipipe)
- IP services

### 4-port DS3/E3



The DS3/E3 card provides standard DS3/E3 ports capable of carrying multiple service types over IP/MPLS, as well as existing TDM networks.

- 4 ports
- Configurable DS3 or E3 operation
- Access or network links
- Point-to-point Protocol (PPP) for network links
- Loop or node timing
- 1.0/2.3 coax connector access
- -48/+24 V DC
- MPLS pseudowire support:
    - TDM circuit emulation (Cpipe/Epipe)
    - CESoPSN, SAToP, MEF 8 to 64 kb/s level
    - Frame Relay (Fpipe)
    - HDLC (Hpipe)
    - IP (Ipipe)

### SONET/SDH



**2-port OC-3/STM-1 channelized**



**4-port OC-3/STM1 clear channel**



**4-port OC-3/STM-1 or 1-port OC-12/STM-4**

This family of SONET/SDH cards provides TDM, ATM, Packet over SONET (PoS), and PPP/Multi-Link PPP (MLPPP) services.

- Configurable SONET or SDH operation
- SFP interface
- Network links with MLPPP (n x DS1/E1)
- Loop or node timing
- -48/+24V DC
- 2-port OC-3/STM-1 channelized card
    - T1/E1 ATM/Inverse Multiplexing over ATM (IMA) (access)
    - TDM at the T3, T1/E1, 64 kb/s levels
    - PPP/MLPPP
    - Automatic protection switching (APS)/ Multi-chassis APS (MC-APS) (TDM)
- 4-port OC-3/STM-1 clear channel card
    - ATM (access)
    - PoS (network)
- 4-port OC-3/STM-1 or 1-port OC-12/STM-4 card
    - Configurable as 4-port OC-3/STM-1 or 1-port OC-12/STM-4
    - Channelized to T1/E1 with DCR for access or MLPPP for network applications
    - Clear channel PoS for network links
    - APS/MC-APS for TDM services, APS for PoS



## Serial data and voice

**12-port Serial Data Interface (SDI) (v3)**



The SDI card provides 12 serial data ports configurable as RS-232, V.35, X.21 or RS-530/RS-422 interfaces, permitting transport of legacy services over an IP/MPLS network. Cables connect the SDI card to interface-specific panels for connector access.

- Typical applications for the SDI card include SCADA (RS-232, X.21), electrical utility teleprotection (RS-232, X.21), serial data encryption network interconnect (RS-232, RS-530) and remote router backhaul (V.35).

- Separate distribution panels/cables for port access:
    - RS-232 – DB-25 connectors
    - V.35 – M34 connectors
    - X.21 – DB-15 connectors
    - RS-530/RS-422 - DB-25 connectors
- Selectable data terminal equipment (DTE)/data circuit-terminating equipment (DCE) operation
- Multiple options for transporting serial data:
    - High Capacity Multiplexing (HCM) for TDM transport of sub-rate data within a 64 kb/s timeslot (CESoPSN)
    - Transparent mode (Tr) for n x 64 kb/s TDM traffic. This can be as standard TDM traffic or an IP/Frame Relay or HDLC pseudowire.
    - Raw Sockets (RS) for transport of asynchronous RS-232 data as an IP service
    - Serial SAToP (SS) for transport of additional speeds as well as supporting serial DCR

Table 1. SDI interface speeds/transport options

| Speed (kb/s) | RS-232 | | V.35 | X.21 | | RS-530 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Sync | Async | Sync | Sync | Async | Sync | Async |
| 0.6 | HCM, SS | HCM, RS | | | | SS | HCM |
| 1.2 | HCM, SS | HCM, RS | | HCM | HCM | SS | HCM |
| 2.4 | HCM, SS | HCM, RS | | HCM | HCM | SS | HCM |
| 4.8 | HCM, SS | HCM, RS | | HCM | HCM | SS | HCM |
| 9.6 | HCM, SS | HCM, RS | | HCM | HCM | SS | HCM |
| 16 | HCM, SS | | | | | SS | |
| 19.2 | HCM, SS | HCM, RS | | HCM | HCM | SS | HCM |
| 38.4 | HCM, SS | HCM, RS | | HCM | HCM | SS | HCM |
| 56 | HCM, SS | | | HCM | | SS | |
| 57.6 | | RS | | | | | |
| 64 | Tr, SS | | Tr | Tr | | SS | |
| 115.2 | | RS | | | | | |
| 128 – 1920 kb/s in increments of 128 kb/s | | | Tr | Tr | | SS | |
| 2048 (SDIv3 only) | | | Tr | Tr | | | |
| 2048 – 16384 kb/s in increments of 1024 kb/s | | | | | | SS | |

**NOKIA**

- MPLS pseudowire support:
  - CESoPSN/SAToP (Cpipe)
  - Frame Relay (Fpipe) – V.35, X.21, RS-530/RS-422 n x 64 kb/s only
  - HDLC (Hpipe) – V.35, X.21, RS-530/RS-422 n x 64 kb/s only
  - IP (Ipipe) – V.35, X.21, RS-530/RS-422 n x 64 kb/s only
- Multiple timing/synchronization options:
  - Asynchronous
  - Synchronous
  - Slave
  - External
  - Terminal Timing
  - Serial DCR to provide serial timing across MPLS networks
- RS-232, X.21 and RS-530/RS-422 MDDB SCADA support using the 7705 Integrated Services Card
- -48 V DC/+24 V DC

## 6-port E&M



The E&M card provides six analog interfaces that are used to deliver capabilities, such as SCADA, tone-based teleprotection, and Land Mobile Radio (LMR) base station backhaul. The E&M card utilizes CESoPSN TDM pseudowires (Cpipes) for transport across the IP/MPLS network.

- Six ports
- 2-wire or 4-wire operation
- 600Ω impedance
- Selectable μ-law or A-law companding for worldwide use
- E&M signaling Type I, Type II, and Type V supported
- ABCD signaling bit support: Option for no signaling for transmission-only applications
- Multiple multi-frame option minimizes network bandwidth utilization

- Designed for short reach, on-premise use (200Ω maximum loop length)
- RJ-45 connector access on faceplate
- PCM multi-drop SCADA and voice conference bridging support using the Integrated Services Card
- -48 V DC

## 8-port C37.94 teleprotection



The 8-port C37.94 teleprotection card provides up to eight multimode fiber (MMF) or single-mode fiber (SMF) optical interfaces to connect TDM teleprotection relays across an electrical utility's IP/MPLS network using CESoPSN TDM pseudowires (Cpipes).

- Compliant with IEEE C37.94-2017
- n x 64 kb/s optical interface
- 50/62.5 micron MMF
- SMF or MMF SFP ports
- LC optical connectors (ST connectors via adapter cable)
- Low latency for teleprotection applications
- -48 V/+24 V DC

Distance:

- Short reach: 2 km (9/13 dB link budget)
- Long reach: 20 km (13 dB link budget)

## 8-port Voice and Teleprotection (VT)



The VT card is a multipurpose device with several interfaces for applications that require analog voice and specific digital interfaces needed for electrical utility teleprotection applications. All interfaces utilize CESoPSN TDM pseudowires for transport across the MPLS network. The physical interfaces are:

- 2-port Foreign eXchange – Subscriber (FXS) for connection to telephone sets

**NOKIA**

Data Sheet

- 2-port Foreign eXchange – Office (FXO) for connection to the central office/PBX
- 2-port ITU-T G.703 co-directional 64 kb/s digital interface for teleprotection relay interconnect
- 2-port IEEE C37.94 Optical Teleprotection Interface (TPIF)
- -48 V/+24 V DC

FXS/FXO features:

- 600Ω impedance
- Selectable μ-law or A-law companding for worldwide use
- Loop Start (LS) signaling for Off-Premises eXtension (OPX) applications and Private Line Automatic Ringdown (PLAR) signaling (FXS-only) for direct site-to-site hot-line options
- On-card ringing support with multiple frequency options (FXS)
- ITU-T G.712 transmission performance
- Programmable Transmission Level Points (TLPs)
- Designed for short-reach, on-premise use (200Ω maximum loop length)
- RJ-45 connector access (two FXS or FXO ports/connector)

G.703 co-directional features:

- Single 64-kb/s channel over G.703 bi-polar encoded signal
- 4-wire physical interface
- Low-latency capability for teleprotection applications
- RJ-45 connector access

C37.94 Optical TPIF features:

- Compliant with IEEE C37.94
- n x 64 kb/s optical interface
- 50/62.5 micron MMF
- 2-km reach (9/13 dB link budget)
- ST optical connectors
- Low latency for teleprotection applications

**8-port FXO**



The FXO card provides eight FXO interfaces for high-density connection to a central PBX/switch. The FXO card utilizes CESoPSN TDM pseudowires (Cpipes) for transport across the IP/MPLS network.

- 600Ω impedance
- Selectable μ-law or A-law companding for worldwide use
- LS signaling
- ITU-T G.712 transmission performance
- Programmable TLPs
- Designed for short-reach, on-premise use (200Ω maximum loop length)
- RJ-45 connector access (two FXS ports/connector)
- -48 V/+24 V DC

**6-port FXS**



The FXS card provides six FXS interfaces for high-density connection to remote telephone sets (OPX). The FXS card utilizes CESoPSN TDM pseudowires (Cpipes) for transport across the IP/ MPLS network.

- 600Ω impedance
- Selectable μ-law or A-law companding for worldwide use
- LS and PLAR signaling
- ITU-T G.712 transmission performance
- Programmable TLPs
- Designed for short-reach, on-premise use (200Ω maximum loop length)
- RJ-45 connector access (two FXS ports/connector)
- -48 V/+24 V DC



## Integrated Services Card (ISC)



Applications running on the ISC card allow legacy TDM SCADA applications to be carried over an IP/MPLS network, deferring the need to upgrade the application to IP. These applications provide the ability for the SCADA master to broadcast to multiple remote terminal units (RTUs) and only receive data from an active RTU. Support for redundant SCADA masters is provided (manual and automatic switchover).

Applications supported on the ISC are:

- MDDB: MDDB allows a central SCADA master to communicate with multiple RTUs using RS-232 serial links.
- PCM multidrop bridging: PCM bridging is the same as MDDB except the RTUs use 4-wire E&M analog modems at the RTUs.
- Voice Conference Bridging (VCB): 64-kb/s PCM voice conference bridging for LMR backhaul, multi-terminal teleprotection and maintenance bridges. Requires 4W analog inputs.

# Other cards

### GNSS Receiver



The GNSS Receiver card provides frequency, time of day, phase and location allowing 7705 SAR routers to act as IEEE 1588v2 grandmasters. Both GPS and Global Navigation Satellite System (GLONASS) are supported.

### Auxiliary Alarm



The Auxiliary Alarm card provides alarm relays for security, telecommunications, and building systems, triggering local visual or audible alarms on external alarm equipment and monitoring DC battery levels.

- Uses a single 68-pin AMP (SCSI-2 form factor) connector
- 24 dry contact alarm inputs for security (door/window), HVAC and telecom systems
- 8 dry contact alarm outputs to external audible/visual/telecom equipment
- 2 analog inputs provide voltage reading from 0 to 75V. These are ideal for backup battery monitoring.
- Alarm control and status are accessible on the 7705 SAR-8 using CLI commands, or remotely using the NSP.
- Ultra-wide support of -48 V/-60 V DC and +24 V DC power on the 7705 SAR-8 and -48 V/-60 V DC on the 7705 SAR-18.

### Packet Microwave



The 7705 SAR microwave awareness (MWA) capability allows subtending microwave systems to be managed as a part of a 7705 SAR system with a single IP address. It also provides enhanced end-to-end Ethernet and reliability features. The packet microwave adapter card supports the MWA capability on ports 1-4 and IP/MPLS networking on all eight ports. All ports provide 10/100/1000 Mb/s, but when connecting to an MPR-e radio they are always in GE mode. It has 2 x RJ-45 and 6 x SFP ports. The card supports an ultra-wide power range of –48 V/–60 V DC to +24 V DC.

### Microwave Power Injector



The Microwave Power Injector card delivers power and data or power only to an MPR-e radio. The card draws its power from the backplane of a 7705 SAR chassis and provides p ower feed redundancy when it is provisioned on the chassis. The card operates at -48 VDC ± 20%.



The faceplate has two sets of RJ-45 electrical connectors labelled Data and DC+Data. The Data connector can connect to the following ports in order to receive data:

- a copper SFP or RJ-45 port on a Packet Microwave Adapter card
- a copper SFP port on an 8-port Ethernet Adapter card v2
- a copper SFP port on an 8-port Gigabit Ethernet Adapter card (v1 and v2)

The DC+Data connector takes that data and transmits it along with DC power to an MPR-e radio.

# Physical specifications (all cards)

Adapter cards can be inserted into any one of the six adapter card slots in the 7705 SAR-8, or in any one of the 12 adapter card slots on the right-hand side of the 7705 SAR-18. The X-Adapter card can be inserted into one of the four card slots on the left-hand side of the 7705 SAR-18.

## Dimensions and weight

### Adapter cards

- Height: 17.0 cm (6.7 in)
- Width: 2.29 cm (0.9 in)
- Depth: 22.0 cm (8.7 in)
- Weight: 0.38 kg (0.86 lb)

### X-Adapter card

- Height: 26 cm (10.2 in)
- Width: 2.9 cm (1.1 in)
- Depth: 23.3 cm (9.2 in)
- Weight: 0.72 – 0.74 kg (1.6 – 1.63 lb)

## Temperature range

- Operating temperature: -40°C to 65°C (-40°F to 149°F)

# Ordering information

| Part number | Part name | Description |
|---|---|---|
| 3HE06153AA | 1-port 10GE/10-port 1GE X-Adapter | Used in 7705 SAR-18 only<br>User-configurable to support 1 x 10GE or 10 x 1GE<br>1 x SFP+ 10GE<br>10 x SFP 10/100/1000 Mb/s<br>Optical or electrical |
| 3HE06153AC | 1-port 10GE/10-port 1GE X-Adapter IPsec-capable | |
| 3HE07943AA | 6-port 10GE, GE IPsec-capable | 2 x SFP+ 10 Gb/s and 4 x SFP 10/100/1000 Mb/s<br>Optical or electrical, Hardware-based encryption |
| 3HE07943BA | 6-port 10GE, GE IPsec-capable with conformal coating | |
| 3HE12433AA | 6-port 10GE, GE | 2 x SFP+ 10 Gb/s and 4 x SFP 10/100/1000 Mb/s<br>Optical or electrical |
| 3HE12433BA | 6-port 10GE, GE with conformal coating | |
| 3HE06789AA | 2-port 10GE XFP (-48 V/+24 V DC) | 2 x XFP 10 Gb/s |
| 3HE06789BA | 2-port 10GE XFP (-48 V/+24 V DC) with conformal coating | |
| 3HE06151AA | 8-port GE SFP v1 (-48 V/+24 V DC) | 8 x SFP 10/100/1000 Mb/s<br>Optical or electrical<br>OC-3/STM-1 TSoP SFPs are supported |
| 3HE06151AC | 8-port GE SFP v3 IPsec-capable, large tables | |
| 3HE06151BA | 8-port GE SFP v1 (-48 V/+24 V DC) with conformal coating | |
| 3HE06151BC | 8-port GE SFP v3 IPsec-capable, large tables, with conformal coating | |
| 3HE02775AB | 16-port T1/E1 ASAP v2 (-48 V/+24 V DC) | 16 T1 or E1 ports capable of providing TDM, IP, ATM, Frame Relay and HDLC transport |
| 3HE02775CB | 16-port T1/E1 ASAP v2 (-48 V/+24 V DC) with conformal coating | |



| Part number | Part name | Description |
|---|---|---|
| 3HE02781AA | 32-port T1/E1 ASAP v2 (-48 V/+24 V DC) | 32 T1 or E1 ports capable of providing TDM, IP, ATM, Frame Relay and HDLC transport |
| 3HE04962AA | 4-port DS3/E3 (-48 V DC) | Four-port DS3 or E3 |
| 3HE04962BA | 4-port DS3/E3 (+24 V DC) | |
| 3HE03127AA | 2-port OC-3/STM-1 channelized | Two OC-3/STM-1 selectable ports providing TDM transport channelized to the 64 kb/s level |
| 3HE03127BA | 2-port OC-3/STM-1 channelized with conformal coating | |
| 3HE03125AA | 4-port OC-3/STM-1 PoS/ATM | Four clear-channel OC-3/STM-1 selectable ports capable of providing packet over SONET/SDH (PoS) network links or ATM access |
| 3HE03125BA | 4-port OC-3c/STM-1c PoS/ATM with conformal coating | |
| 3HE07938AA | 4-port OC-3/STM-1, 1-port OC-12/STM-4 | Four OC-3/STM-1 or one OC-12/STM-4 ports |
| 3HE03391AC | 12-port Serial Data Interface v3 (SDIv3) | 12 serial ports can be configured as RS-232, V.35, X.21, and RS-422/RS-530 interfaces for TDM, FR, HDLC and IP (TDM-only for RS-232) with additional speeds, synchronization functionality, and maintenance capability |
| 3HE03391BC | 12-port Serial Data Interface v3 (SDIv3) with conformal coating | |
| 3HE03126AA | 6-port E&M | Six analog interfaces used to deliver capabilities such as SCADA, tone-based teleprotection, Land Mobile Radio (LMR) base-station backhaul |
| 3HE03126BA | 6-port E&M with conformal coating | |
| 3HE12504AA | 8-port C37.94 teleprotection | Eight C37.94-compliant SMF or MMF LC SFP ports for electrical utility teleprotection applications. |
| 3HE06006AA | 8-port Voice and Teleprotection (VT) | A multipurpose device with a number of interfaces for applications that require analog voice and specific digital interfaces needed for electrical utility teleprotection applications |
| 3HE06006BA | 8-port VT with conformal coating | |
| 3HE06794AA | 8-port FXO | Eight analog FXO interfaces to a central PBX |
| 3HE06794BA | 8-port FXO with conformal coat | |
| 3HE02780AA | 6-port FXS | Six analog FXS subscriber interfaces from local telephone set |
| 3HE02780BA | 6-port FXS with conformal coating | |
| 3HE07942AA | Integrated Services | Application resource card providing serial Multi-Drop Data Bridging (MDDB), analog PCM multidrop and voice conference bridging capabilities |
| 3HE07954AA | GNSS Receiver | One x RF, receives frequency and time from a GNSS antenna |
| 3HE02772AA | Auxiliary Alarm (-48 V/+24 V DC) | 24 digital alarm inputs, 2 analog inputs and 8 output relays |
| 3HE02772BA | Auxiliary Alarm (-48 V/+24 V DC) with conformal coating | |
| 3HE02782AA | Packet Microwave interface | Interface to Nokia Wavence microwave transport supporting the microwave awareness capability. Eight Ethernet ports support 10/100/1000 Mb/s. |
| 3HE02782BA | Packet Microwave interface with conformal coating | |
| 3HE07152AA | Microwave Power Injector | Two pairs of RJ-45 ports supply power and data or power alone to Nokia Wavence microwave platforms |

## About Nokia

We create the technology to connect the world. Powered by the research and innovation of Nokia Bell Labs, we serve communications service providers, governments, large enterprises and consumers, with the industry's most complete, end-to-end portfolio of products, services and licensing.

From the enabling infrastructure for 5G and the Internet of Things, to emerging applications in digital health, we are shaping the future of technology to transform the human experience. networks.nokia.com

Nokia operates a policy of ongoing development and has made all reasonable efforts to ensure that the content of this document is adequate and free of material errors and omissions. Nokia assumes no responsibility for any inaccuracies in this document and reserves the right to change, modify, transfer, or otherwise revise this publication without notice.

Nokia is a registered trademark of Nokia Corporation. Other product and company names mentioned herein may be trademarks or trade names of their respective owners.

© 2020 Nokia

Nokia Oyj
Karaportti 3
FI-02610 Espoo, Finland
Tel. +358 (0) 10 44 88 000

Document code: SR2004043187EN (May) CID174425