# EXHIBIT P



Case 2:21-cv-00310-JRG Document 117-14 Filed 04/20/22 Page 2 of 4 PageID #: 3396

# End-to-end protocol stacks in the Alcatel 1000 ADSL access network

**Publisher: IEEE** Cite This PDF

D. De Belder **All Authors**

Need Full-Text access to IEEE *Xplore* for your organization? CONTACT IEEE TO SUBSCRIBE >

87
Full
Text Views

## Alerts

Manage Content Alerts

Add to Citation Alerts

**Abstract**

Authors

References

Keywords

Metrics

More Like This

Downl
PDF

**More Like This**

A new architecture of broadband network system suitable for asymmetric digital subscriber line application

2010 International Conference on Networking and Digital Society

Published: 2010

A medium access control protocol with token passing and retransmission by the hub station in the asynchronous transfer mode of Wireless 1394

GLOBECOM'01. IEEE Global Telecommunications Conference (Cat. No.01CH37270)

Published: 2001

**Show More**

Case 2:21-cv-00310-JRG   Document 117-14   Filed 04/20/22   Page 3 of 4 PageID #: 3397

End-to-end protocol stacks in the Alcatel 1000 ADSL access network | IEEE Conference Publication | IEEE Xplore                    4/13/22, 3:29 PM

**Abstract:**The success of a new technology like ADSL (asymmetric digital subscriber line) largely depends on the ability to offer viable end-to-end network architectures and feasibl... **View more**

▸ Metadata

**Abstract:**

The success of a new technology like ADSL (asymmetric digital subscriber line) largely depends on the ability to offer viable end-to-end network architectures and feasible operation/business plans. The Alcatel 1000 ADSL product supports a broadband remote access service model identical to the current narrowband remote access model although the building blocks are based on different components and technologies. Broadband services can be offered in exactly the same way as narrowband services with the same characteristics except for the bandwidth. A mixture of different end-to-end protocol stacks are necessary for a perfect integration with current and future platforms. The basic building blocks of the Alcatel 1000 ADSL are an access adapter (AA) at the central office or at a remote location, and an ADSL network termination (ANT) at the subscriber's premises (home, office). The access adapter interfaces to the backbone network (data backbone network, ATM network), and provides a transparent connection of the subscriber line to the PSTN network. The ANT interfaces with the subscriber's terminal using an ATMF (25 Mbit/s) or Ethernet connection, and guarantees a transparent connection to the subscriber telephone set (POTS/ISDN). At the heart of both the AA and the ANT is an ADSL modem that modulates and demodulates the digital data using sophisticated algorithms, so that it can be transmitted over the twisted pair. Splitters/filters are used to mix analogue telephone services or ISDN services and digital ADSL services, thereby allowing the traditional telephone services to coexist with new high speed services on the same twisted pair.

**Published in:** ICCT'98. 1998 International Conference on Communication Technology. Proceedings (IEEE Cat. No.98EX243)

**Date of Conference:** 22-24 Oct. 1998

**Date Added to IEEE *Xplore*:** 06 August 2002

**Print ISBN:**7-80090-827-5

**INSPEC Accession Number:** 6306618

**DOI:** 10.1109/ICCT.1998.741250

**Publisher:**  IEEE

**Conference Location:** Beijing, China



Authors ⌄

References ⌄

Keywords ⌄

Metrics ⌄

| CHANGE USERNAME/PASSWORD | PAYMENT OPTIONS | COMMUNICATIONS PREFERENCES | US & CANADA: +1 800 678 4333 |
|---|---|---|---|
| | VIEW PURCHASED DOCUMENTS | PROFESSION AND EDUCATION | WORLDWIDE: +1 732 981 0060 |
| | | TECHNICAL INTERESTS | CONTACT & SUPPORT |

About IEEE *Xplore*    Contact Us    Help    Accessibility    Terms of Use    Nondiscrimination Policy    IEEE Ethics Reporting    Sitemap    Privacy & Opting Out of Cookies

### IEEE Account
- » Change Username/Password
- » Update Address

### Purchase Details
- » Payment Options
- » Order History
- » View Purchased Documents

### Profile Information
- » Communications Preferences
- » Profession and Education
- » Technical Interests

### Need Help?
- » **US & Canada:** +1 800 678 4333
- » **Worldwide:** +1 732 981 0060
- » Contact & Support

About IEEE *Xplore*    Contact Us    Help    Accessibility    Terms of Use    Nondiscrimination Policy    Sitemap    Privacy & Opting Out of Cookies

A not-for-profit organization, IEEE is the world's largest technical professional organization dedicated to advancing technology for the benefit of humanity.
© Copyright 2022 IEEE - All rights reserved. Use of this web site signifies your agreement to the terms and conditions.

IEEE websites place cookies on your device to give you the best user experience. By using our websites, you agree to the placement of these cookies. To learn more, read our **Privacy Policy.**

Accept & Close