**EXHIBITS Q THRU S
FILED UNDER SEAL IN THEIR ENTIRETY**