IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>    Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED**<br><br><br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case)<br><br><br><br><br>Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

# ORDER

Before the Court is Defendant Nokia Corp., Nokia Solutions and Networks Oy, and Nokia of America Corp.'s ("Nokia") Opposed Motion for Leave to Amend its Invalidity Contentions ("Motion") and Plaintiff TQ Delta, LLC's Response. After considering the briefing, the Court finds that Defendant Nokia's Motion shall be **DENIED**.

**SO ORDERED.**