IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| | § | (LEAD CASE) |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., ARRIS ENTERPRISES, LLC, | § | |
| | § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| v. | § | |
| | § | |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., | § | CIVIL ACTION NO. 2:21-CV-00309-JRG |
| | § | (MEMBER CASE) |
| *Defendants*. | § | |

**ORDER**

Before the Court is Plaintiff TQ Delta, LLC's ("TQ Delta") Unopposed Motion to File Under Seal (the "Motion"). (Dkt. No. 33). In the Motion, TQ Delta seeks leave to file its Response to Defendant Nokia of America Corporation's ("Nokia") Motion to Dismiss Under Rule 12(b)(6) for Failure to Plead Compliance with the Actual Notice and Marking Requirements of 35 U.S.C. § 287(a) (the "Response") (Dkt. No. 34) and corresponding exhibits under seal because they contain information that is confidential to TQ Delta. Nokia is unopposed to the Motion.

2

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, TQ Delta is granted leave to file the Response under seal.

**So ORDERED and SIGNED this 21st day of April, 2022.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE