# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **TQ DELTA, LLC,** | § | |
|     **Plaintiff,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| **COMMSCOPE HOLDING COMPANY,** | § | |
| **INC., COMMSCOPE INC., ARRIS** | § | |
| **INTERNATIONAL LIMITED, ARRIS** | § | |
| **GLOBAL LTD., ARRIS US HOLDINGS,** | § | **Civil Action 2:21-cv-310-JRG** |
| **INC., ARRIS SOLUTIONS, INC., ARRIS** | § | **(Lead Case)** |
| **TECHNOLOGY, INC., and ARRIS** | § | |
| **ENTERPRISES, LLC,** | § | |
| | § | |
| **NOKIA CORP., NOKIA SOLUTIONS** | § | |
| **AND NETWORKS OY, and NOKIA OF** | § | **Civil Action No. 2:21-cv-309-JRG** |
| **AMERICA CORP.** | § | **(Member Case)** |
| | § | |
|     **Defendants.** | § | |

## TQ DELTA, LLC'S NOTICE OF DISCOVERY DISCLOSURE

Plaintiff TQ Delta, LLC hereby provides notice, under Local Rule CV-26(c) and the Docket Control Order (Dkt No. 62) that on April 22, 2022, it served its Privilege Log on counsel of record for Defendants.

Dated: April 22, 2022

Respectfully submitted,

By:  /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Edward Chin
Texas State Bar No. 50511688
echin@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com

**The Davis Firm PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

**ATTORNEYS FOR PLAINTIFF**
**TQ DELTA, LLC**

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served this April 22, 2022 on all counsel of record, each of whom is deemed to have consented to electronic service.  L.R. CV-5(a)(3)(A).

/s/ William E. Davis, III
William E. Davis, III