IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>　　　　　　*Plaintiff,*<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>　　　　　　*Defendants.* | Civil Action No.: 2:21-cv-310-JRG |

## COMMSCOPE'S NOTICE REGARDING PRIVILEGE LOGS

PLEASE TAKE NOTICE THAT Defendants CommScope Holding Company, Inc., CommScope, Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC ("Defendants") file this Notice in compliance with the Court's Docket Control Order (Dkt. No. 62). At this time, there are no disputes as to claims of privileged documents.

Dated this 25th day of April, 2022　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Eric H. Findlay*
　　　　　　　　　　　　　　　　　　　　　　Eric H. Findlay
　　　　　　　　　　　　　　　　　　　　　　State Bar No. 00789886
　　　　　　　　　　　　　　　　　　　　　　Brian Craft
　　　　　　　　　　　　　　　　　　　　　　State Bar No. 04972020
　　　　　　　　　　　　　　　　　　　　　　FINDLAY CRAFT, P.C.
　　　　　　　　　　　　　　　　　　　　　　102 N. College Ave, Ste. 900
　　　　　　　　　　　　　　　　　　　　　　Tyler, TX 75702
　　　　　　　　　　　　　　　　　　　　　　903-534-1100 (t)
　　　　　　　　　　　　　　　　　　　　　　903-534-1137 (f)
　　　　　　　　　　　　　　　　　　　　　　efindlay@findlaycraft.com
　　　　　　　　　　　　　　　　　　　　　　bcraft@findlaycraft.com

Douglas J. Kline
Christie Larochelle
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
P:  (617) 570-1000
F:  (617) 523-1231
dkline@goodwinlaw.com
clarochelle@goodwinlaw.com

Brett Schuman
Rachel M. Walsh
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P:  (415) 733-6000
F:  (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
GOODWIN PROCTER LLP
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

*Attorney for CommScope Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing document is being served *via* the Court's CM/ECF system on April 25, 2022, on all counsel of record who consent to electronic service per Local Rule CV-5(a)(3) or, otherwise, as required by local and federal rules.

                                                       */s/ Eric H. Findlay*
                                                       Eric H. Findlay