IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>　　Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **JURY TRIAL DEMANDED**<br><br><br><br>**Civil Action 2:21-cv-310-JRG**<br>**(Lead Case)** |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 2:21-cv-309-JRG**<br>**(Member Case)** |

### TQ DELTA, LLC'S NOTICE OF SUBMISSION OF TECHNOLOGY TUTORIAL

Plaintiff TQ Delta, LLC ("TQ Delta"), pursuant to the Docket Control Order (Dkt. 62), hereby provides notice to the Court of its submission of Technology Tutorial. Plaintiff TQ Delta's Technology Tutorial may be accessed by the following link, which will expire in 10 days: https://app.box.com/s/bdtvvv5ru4a161k7rdmqfsypoe3v1yci Plaintiff will separately hand-deliver a USB flash drive with its technology tutorial to the Court, for the Court's convenience.

Plaintiff further provides notice that its technology tutorial has been served on Defendants.

Dated: April 26, 2022

        Respectfully submitted,

        By: /s/ William E. Davis, III
        William E. Davis, III
        Texas State Bar No. 24047416
        bdavis@davisfirm.com

        Christian J. Hurt
        Texas State Bar No. 24059987
        churt@davisfirm.com

        Edward Chin
        Texas State Bar No. 50511688
        echin@davisfirm.com

        Rudolph "Rudy" Fink IV
        Texas State Bar No. 24082997
        rfink@davisfirm.com

        Ty Wilson
        Texas State Bar No. 24106583
        twilson@davisfirm.com

        **The Davis Firm PC**
        213 N. Fredonia Street, Suite 230
        Longview, Texas 75601
        Telephone: (903) 230-9090
        Facsimile: (903) 230-9661

        **ATTORNEYS FOR PLAINTIFF**
        **TQ DELTA, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this April 26, 2022 on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

        /s/ William E. Davis, III
        William E. Davis, III