**EXHIBIT 16**



LIBRARY COPY © 1997

TQD_TX00046901

Case 2:21-cv-00310-JRG Document 124-16 Filed 04/26/22 Page 3 of 5 PageID #: 3842



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

A51

TQD_TX00046902



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.   cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe : alk. paper). — ISBN 0-87779-707-2 (laminated cover).
  1. English language—Dictionaries.   I. Merriam-Webster, Inc.
PE1628.M36     1997
423—dc20                                        96-42529
                                                        CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

181920RMcN97

A52

TQD_TX00046903

**trans·at·lan·tic** \ˌtran(t)s-ət-ˈlan-tik, ˌtranz-\ *adj* (1779) **1 a :** crossing or extending across the Atlantic Ocean ⟨a ~ cable⟩ **b :** relating to or involving crossing the Atlantic Ocean ⟨~ air fares⟩ **2 a :** situated or originating from beyond the Atlantic Ocean **b :** of, relating to, or involving countries on both sides of the Atlantic Ocean and esp. the U.S. and Great Britain ⟨~ cooperation⟩

**trans·ax·le** \ˈtran(t)s-ˈak-səl, ˈtranz-\ *n* [*trans*mission + *axle*] (1958) **:** a unit that consists of a combination of transmission and front axle used in front-wheel-drive automobiles

**trans·ceiv·er** \tran(t)-ˈsē-vər\ *n* [*transmitter* + *receiver*] (1934) **:** a radio transmitter-receiver that uses many of the same components for both transmission and reception

**tran·scend** \tran(t)-ˈsend\ *vb* [ME, fr. L *transcendere* to climb across, transcend, fr. *trans-* + *scandere* to climb — more at SCAN] *vt* (14c) **1 a :** to rise above or go beyond the limits of **b :** to triumph over the negative or restrictive aspects of **:** OVERCOME **c :** to be prior to, beyond, and above (the universe or material existence) **2 :** to outstrip or outdo in some attribute, quality, or power ~ *vi* **:** to rise above or extend notably beyond ordinary limits *syn* see EXCEED

**tran·scen·dence** \-ˈsen-dən(t)s\ *n* (1601) **:** the quality or state of being transcendent

**tran·scen·den·cy** \-dən(t)-sē\ *n* (1615) **:** TRANSCENDENCE

**tran·scen·dent** \-dənt\ *adj* [L *transcendent-, transcendens*, prp. of *transcendere*] (1598) **1 a :** exceeding usual limits **:** SURPASSING **b :** extending or lying beyond the limits of ordinary experience **c** *in Kantian philosophy* **:** being beyond the limits of all possible experience and knowledge **2 :** being beyond comprehension **3 :** transcending the universe or material existence — **tran·scen·dent·ly** *adv*

**tran·scen·den·tal** \ˌtran(t)-ˌsen-ˈden-tᵊl, -sən-\ *adj* (1624) **1 a :** TRANSCENDENT 1b **b :** SUPERNATURAL **c :** ABSTRUSE, ABSTRACT **d :** of or relating to transcendentalism **2 a :** incapable of being the root of an algebraic equation with rational coefficients ⟨π is a ~ number⟩ **b :** being, involving, or representing a function (as sin *x*, log *x*, $e^x$) that cannot be expressed by a finite number of algebraic operations ⟨~ curves⟩ **3** *in Kantian philosophy* **a :** of or relating to experience as determined by the mind's makeup **b :** transcending experience but not human knowledge **4 :** TRANSCENDENT 1a — **tran·scen·den·tal·ly** \-tᵊl-ē\ *adv*

**tran·scen·den·tal·ism** \-tᵊl-ˌi-zəm\ *n* (1803) **1 :** a philosophy that emphasizes the a priori conditions of knowledge and experience or the unknowable character of ultimate reality or that emphasizes the transcendent as the fundamental reality **2 :** a philosophy that asserts the primacy of the spiritual and transcendental over the material and empirical **3 :** the quality or state of being transcendental; *esp* **:** visionary idealism — **tran·scen·den·tal·ist** \-tᵊl-ist\ *adj or n*

**transcendental meditation** *n* (1966) **:** a technique of meditation in which a mantra is chanted in order to foster calm, creativity, and spiritual well-being

**trans·con·ti·nen·tal** \ˌtran(t)s-ˌkän-tᵊn-ˈen-tᵊl, ˌtranz-\ *adj* (1853) **:** extending or going across a continent ⟨a ~ railroad⟩

**tran·scribe** \tran(t)-ˈskrīb\ *vt* **tran·scribed; tran·scrib·ing** [L *transcribere*, fr. *trans-* + *scribere* to write — more at SCRIBE] (1552) **1 a :** to make a written copy of **b :** to make a copy of (dictated or recorded matter) in longhand or on a machine (as a typewriter) **c :** to paraphrase or summarize in writing **d :** WRITE DOWN, RECORD **2 a :** to represent (speech sounds) by means of phonetic symbols **b :** TRANSLATE 2a **c :** to transfer (data) from one recording form to another **d :** to record (as on magnetic tape) for later broadcast **3 :** to make a musical transcription of **4 :** to cause (as DNA) to undergo genetic transcription — **tran·scrib·er** *n*

**tran·script** \ˈtran(t)-ˌskript\ *n* [ME, fr. ML *transcriptum*, fr. L, neut. of *transcriptus*, pp. of *transcribere*] (14c) **1 :** a written, printed, or typed copy; *esp* **:** a usu. typewritten copy of dictated or recorded material **b :** an official or legal and often published copy ⟨a court reporter's ~⟩; *esp* **:** an official copy of a student's educational record **2 :** a representation (as of experience) in an art form **3 :** a sequence of RNA produced by transcription from a DNA template

**tran·scrip·tase** \tran-ˈskrip-ˌtās, -ˌtāz\ *n* [*transcrip*tion + *-ase*] (1963) **:** RNA POLYMERASE; *also* **:** REVERSE TRANSCRIPTASE

**tran·scrip·tion** \tran(t)-ˈskrip-shən\ *n* (1598) **1 :** an act, process, or instance of transcribing **2 :** COPY, TRANSCRIPT: as **a :** an arrangement of a musical composition for some instrument or voice other than the original **b :** a recording (as on magnetic tape) made esp. for use in radiobroadcasting **3 :** the process of constructing a messenger RNA molecule using a DNA molecule as a template with resulting transfer of genetic information to the messenger RNA — compare TRANSLATION 2, REVERSE TRANSCRIPTION — **tran·scrip·tion·al** \-shnəl, -shə-nᵊl\ *adj* — **tran·scrip·tion·al·ly** *adv*

**tran·scrip·tion·ist** \-shə-nist\ *n* (1963) **:** one that transcribes; *esp* **:** a typist who transcribes dictated medical reports

**trans·cul·tur·al** \ˌtran(t)s-ˈkəl-chə-rəl, ˌtranz-, -ˈkəlch-rəl\ *adj* (1951) **:** involving, encompassing, or extending across two or more cultures ⟨~ problems⟩

**trans·cu·ta·ne·ous** \ˌtran(t)s-kyu̇-ˈtā-nē-əs\ *adj* (ca. 1941) **:** passing, entering, or made by penetration through the skin ⟨~ infection⟩ ⟨~ inoculation⟩

**trans·der·mal** \tran(t)s-ˈdər-məl, tranz-\ *adj* (1944) **:** relating to, being, or supplying a medication in a form for absorption through the skin into the bloodstream ⟨~ drug delivery⟩ ⟨~ nitroglycerin⟩ ⟨~ nicotine patch⟩

**trans·di·sci·plin·ary** \-ˈdi-sə-plə-ˌner-ē\ *adj* (1948) **:** INTERDISCIPLINARY

**trans·duce** \tran(t)s-ˈdüs, tranz-, -ˈdyüs\ *vt* **trans·duced; trans·duc·ing** [L *transducere* to lead across, transfer, fr. *trans-* + *ducere* to lead — more at TOW] (1947) **1 :** to convert (as energy or a message) into another form ⟨essentially sense organs ~ physical energy into a nervous signal⟩ **2 :** to bring about the transfer of (as a gene) from one microorganism to another by means of a viral agent

**trans·duc·er** \-ˈdü-sər, -ˈdyü-\ *n* (1924) **:** a device that is actuated by power from one system and supplies power usu. in another form to a second system ⟨a loudspeaker is a ~ that transforms electrical signals into sound energy⟩

**trans·duc·tion** \-ˈdək-shən\ *n* [L *transducere*] (1947) **:** the action or process of transducing; *esp* **:** the transfer of genetic determinants from one microorganism to another by a viral agent (as a bacteriophage) — **trans·duc·tant** \-tənt\ *n* — **trans·duc·tion·al** \-shnəl, -shə-nᵊl\ *adj*

¹**tran·sect** \tran(t)-ˈsekt\ *vt* [*trans-* + *intersect*] (1634) **:** to cut transversely — **tran·sec·tion** \-ˈsek-shən\ *n*

²**tran·sect** \ˈtran(t)-ˌsekt\ *n* (1905) **:** a sample area (as of vegetation) usu. in the form of a long continuous strip

**tran·sept** \ˈtran(t)-ˌsept\ *n* [NL *transeptum*, fr. L *trans-* + *saeptum* enclosure, wall] (ca. 1542) **:** the part of a cruciform church that crosses at right angles to the greatest length between the nave and the apse or choir; *also* **:** either of the projecting ends of a transept — **tran·sep·tal** \tran(t)-ˈsep-tᵊl\ *adj*

**trans·fec·tion** \tran(t)s-ˈfek-shən, tranz-\ *n* [*trans-* + *in*fection] (1964) **:** infection of a cell with isolated viral nucleic acid followed by production of the complete virus in the cell; *also* **:** the incorporation of exogenous DNA into a cell — **trans·fect** \-ˈfekt\ *vt*

¹**trans·fer** \tran(t)s-ˈfər, ˈtran(t)s-ˌ\ *vb* **trans·ferred; trans·fer·ring** [ME *transferren*, fr. L *transferre*, fr. *trans-* + *ferre* to carry — more at BEAR] *vt* (14c) **1 a :** to convey from one person, place, or situation to another **:** TRANSPORT **b :** to cause to pass from one to another **:** TRANSMIT **c :** TRANSFORM, CHANGE **2 :** to make over the possession or control of **:** CONVEY **3 :** to print or otherwise copy from one surface to another by contact ~ *vi* **1 :** to move to a different place, region, or situation; *esp* **:** to withdraw from one educational institution to enroll at another **2 :** to change from one vehicle or transportation line to another — **trans·fer·abil·i·ty** \(ˌ)tran(t)s-ˌfər-ə-ˈbi-lə-tē\ *n* — **trans·fer·able** *also* **trans·fer·ra·ble** \tran(t)s-ˈfər-ə-bəl\ *adj* — **trans·fer·al** \-əl\ *n* — **trans·fer·rer** \-ər\ *n*

²**trans·fer** \ˈtran(t)s-ˌfər\ *n* (1674) **1 a :** conveyance of right, title, or interest in real or personal property from one person to another **b :** removal or acquisition of property by mere delivery with intent to transfer title **2 a :** an act, process, or instance of transferring **:** TRANSFERENCE **2 b :** the carryover or generalization of learned responses from one type of situation to another **3 :** one that transfers or is transferred; *esp* **:** a graphic image transferred by contact from one surface to another **4 :** a place where a transfer is made (as of trains to ferries or as where one form of power is changed to another) **5 :** a ticket entitling a passenger on a public conveyance to continue the trip on another route

**trans·fer·ase** \ˈtran(t)s-(ˌ)fər-ˌās, -ˌāz\ *n* (1948) **:** an enzyme that promotes transfer of a group from one molecule to another

**trans·fer·ee** \ˌtran(t)s-(ˌ)fər-ˈē\ *n* (ca. 1736) **1 :** a person to whom a conveyance is made **2 :** one who is transferred

**trans·fer·ence** \tran(t)s-ˈfər-ən(t)s, ˈtran(t)s-(ˌ)\ *n* (1681) **1 :** an act, process, or instance of transferring **:** CONVEYANCE, TRANSFER **2 :** the redirection of feelings and desires and esp. of those unconsciously retained from childhood toward a new object (as a psychoanalyst conducting therapy) — **trans·fer·en·tial** \ˌtran(t)s-fə-ˈren(t)-shəl\ *adj*

**transfer factor** *n* (1956) **:** a substance that is produced and secreted by a lymphocyte functioning in cell-mediated immunity and that upon incorporation into a lymphocyte which has not been sensitized confers on it the same immunological specificity as the sensitized cell

**trans·fer·or** \ˌtran(t)s-(ˌ)fər-ˈȯr\ *n* (1875) **:** one that conveys a title, right, or property

**transfer payment** *n* (ca. 1945) **1 :** a public expenditure made for a purpose (as unemployment compensation) other than procuring goods or services — usu. used in pl. **2** *pl* **:** money (as welfare payments) that is received by individuals and that is neither compensation for goods or services currently supplied nor income from investments

**trans·fer·rin** \tran(t)s-ˈfer-ən\ *n* [*trans-* + L *ferrum* iron] (1947) **:** a beta globulin in blood plasma capable of combining with ferric ions and transporting iron in the body

**transfer RNA** \ˈtran(t)s-ˌfər-\ *n* (1961) **:** a relatively small RNA that transfers a particular amino acid to a growing polypeptide chain at the ribosomal site of protein synthesis during translation — compare MESSENGER RNA

**trans·fig·u·ra·tion** \(ˌ)tran(t)s-ˌfi-gyə-ˈrā-shən, -gə-\ *n* (14c) **1 a :** a change in form or appearance **:** METAMORPHOSIS **b :** an exalting, glorifying, or spiritual change **2** *cap* **:** August 6 observed as a Christian feast in commemoration of the transfiguration of Christ on a mountaintop in the presence of three disciples

**trans·fig·ure** \tran(t)s-ˈfi-gyər, *esp Brit* -ˈfi-gər\ *vt* **-ured; -ur·ing** [ME, fr. L *transfigurare*, fr. *trans-* + *figurare* to shape, fashion, fr. *figura* figure] (14c) **:** to give a new and typically exalted or spiritual appearance to **:** transform outwardly and usu. for the better *syn* see TRANSFORM

**trans·fi·nite** \(ˌ)tran(t)s-ˈfī-ˌnīt\ *adj* [G *transfinit*, fr. *trans-* (fr. L) + *finit* finite, fr. L *finitus*] (1902) **1 :** going beyond or surpassing any finite number, group, or magnitude **2 :** being or relating to cardinal and ordinal numbers of sets with an infinite number of elements

**trans·fix** \tran(t)s-ˈfiks\ *vt* [L *transfixus*, pp. of *transfigere*, fr. *trans-* + *figere* to fasten, pierce — more at FIX] (1590) **1 :** to pierce through with or as if with a pointed weapon **:** IMPALE **2 :** to hold motionless by or as if by piercing — **trans·fix·ion** \-ˈfik-shən\ *n*

¹**trans·form** \tran(t)s-ˈfȯrm\ *vb* [ME, fr. L *transformare*, fr. *trans-* + *formare* to form] *vt* (14c) **1 a :** to change in composition or structure **b :** to change the outward form or appearance of **c :** to change in character or condition **:** CONVERT **2 :** to subject to mathematical transformation **3 :** to cause (a cell) to undergo genetic transformation ~ *vi* **:** to become transformed **:** CHANGE — **trans·form·able** \-ˈfȯr-mə-bəl\ *adj* — **trans·for·ma·tive** \-ˈfȯr-mə-tiv\ *adj* *syn* TRANSFORM, METAMORPHOSE, TRANSMUTE, CONVERT, TRANSMOGRIFY, TRANSFIGURE mean to change a thing into a different thing. TRANSFORM implies a major change in form, nature, or function ⟨*transformed* a small company into a corporate giant⟩. METAMORPHOSE suggests an abrupt or startling change induced by or as if by magic or a supernatural power ⟨awkward girls *metamorphosed* into graceful ballerinas⟩. TRANSMUTE implies transforming into a higher element or thing ⟨at-

---

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \ä, k̟, ⁿ, œ, œ̅, ue, ue̅, ᵼ\ see Guide to Pronunciation