**EXHIBIT 18**

International Telecommunication Union

# ITU-T

TELECOMMUNICATION
STANDARDIZATION  SECTOR
OF  ITU

# G.993.1
(06/2004)

SERIES G: TRANSMISSION SYSTEMS AND MEDIA,
DIGITAL SYSTEMS AND NETWORKS
Digital sections and digital line system – Access networks

## Very high speed digital subscriber line transceivers

ITU-T  Recommendation  G.993.1



2WIRE00030729

A121

TQD_TX00046523

ITU-T G-SERIES  RECOMMENDATIONS

**TRANSMISSION SYSTEMS AND MEDIA, DIGITAL SYSTEMS AND NETWORKS**

| | |
|---|---|
| INTERNATIONAL TELEPHONE CONNECTIONS AND CIRCUITS | G.100–G.199 |
| GENERAL CHARACTERISTICS COMMON TO ALL ANALOGUE CARRIER-TRANSMISSION SYSTEMS | G.200–G.299 |
| INDIVIDUAL CHARACTERISTICS OF INTERNATIONAL CARRIER TELEPHONE SYSTEMS ON METALLIC LINES | G.300–G.399 |
| GENERAL CHARACTERISTICS OF INTERNATIONAL CARRIER TELEPHONE SYSTEMS ON RADIO-RELAY OR SATELLITE LINKS AND INTERCONNECTION WITH METALLIC LINES | G.400–G.449 |
| COORDINATION OF RADIOTELEPHONY AND LINE TELEPHONY | G.450–G.499 |
| TESTING EQUIPMENTS | G.500–G.599 |
| TRANSMISSION MEDIA CHARACTERISTICS | G.600–G.699 |
| DIGITAL TERMINAL EQUIPMENTS | G.700–G.799 |
| DIGITAL NETWORKS | G.800–G.899 |
| DIGITAL SECTIONS AND DIGITAL LINE SYSTEM | G.900–G.999 |
| General | G.900–G.909 |
| Parameters for optical fibre cable systems | G.910–G.919 |
| Digital sections at hierarchical bit rates based on a bit rate of 2048 kbit/s | G.920–G.929 |
| Digital line transmission systems on cable at non-hierarchical bit rates | G.930–G.939 |
| Digital line systems provided by FDM transmission bearers | G.940–G.949 |
| Digital line systems | G.950–G.959 |
| Digital section and digital transmission systems for customer access to ISDN | G.960–G.969 |
| Optical fibre submarine cable systems | G.970–G.979 |
| Optical line systems for local and access networks | G.980–G.989 |
| **Access networks** | **G.990–G.999** |
| QUALITY OF SERVICE AND PERFORMANCE - GENERIC AND USER-RELATED ASPECTS | G.1000–G.1999 |
| TRANSMISSION MEDIA CHARACTERISTICS | G.6000–G.6999 |
| DIGITAL TERMINAL EQUIPMENTS | G.7000–G.7999 |
| DIGITAL NETWORKS | G.8000–G.8999 |

*For further details, please refer to the list of ITU-T Recommendations.*

2WIRE00030730

TQD_TX00046524

**ITU-T Recommendation G.993.1**

**Very high speed digital subscriber line transceivers**

**Summary**

G.993.1 VDSL (Very high speed Digital Subscriber Line) permits the transmission of asymmetric and symmetric aggregate data rates up to tens of Mbit/s on twisted pairs. G.993.1 includes worldwide frequency plans that allow asymmetric and symmetric services in the same group of twisted pairs (known as a binder). G.993.1 transceivers must overcome many types of ingress interference from radio and other transmission techniques that occur in the same frequencies of typical deployment scenarios. Similarly, G.993.1 transmission power transmission levels have been designed to minimize potential egress interference into other transmission systems. As with other Recommendations in the G.99x series, G.993.1 uses G.994.1 to handshake and initiate the transceiver training sequence.

**Source**

ITU-T Recommendation G.993.1 was approved on 13 June 2004 by ITU-T Study Group 15 (2001-2004) under the ITU-T Recommendation A.8 procedure.

2WIRE00030731

A123

TQD_TX00046525

## FOREWORD

The International Telecommunication Union (ITU) is the United Nations specialized agency in the field of telecommunications. The ITU Telecommunication Standardization Sector (ITU-T) is a permanent organ of ITU. ITU-T is responsible for studying technical, operating and tariff questions and issuing Recommendations on them with a view to standardizing telecommunications on a worldwide basis.

The World Telecommunication Standardization Assembly (WTSA), which meets every four years, establishes the topics for study by the ITU-T study groups which, in turn, produce Recommendations on these topics.

The approval of ITU-T Recommendations is covered by the procedure laid down in WTSA Resolution 1.

In some areas of information technology which fall within ITU-T's purview, the necessary standards are prepared on a collaborative basis with ISO and IEC.

## NOTE

In this Recommendation, the expression "Administration" is used for conciseness to indicate both a telecommunication administration and a recognized operating agency.

Compliance with this Recommendation is voluntary. However, the Recommendation may contain certain mandatory provisions (to ensure e.g. interoperability or applicability) and compliance with the Recommendation is achieved when all of these mandatory provisions are met. The words "shall" or some other obligatory language such as "must" and the negative equivalents are used to express requirements. The use of such words does not suggest that compliance with the Recommendation is required of any party.

## INTELLECTUAL PROPERTY RIGHTS

ITU draws attention to the possibility that the practice or implementation of this Recommendation may involve the use of a claimed Intellectual Property Right. ITU takes no position concerning the evidence, validity or applicability of claimed Intellectual Property Rights, whether asserted by ITU members or others outside of the Recommendation development process.

As of the date of approval of this Recommendation, ITU had received notice of intellectual property, protected by patents, which may be required to implement this Recommendation. However, implementors are cautioned that this may not represent the latest information and are therefore strongly urged to consult the TSB patent database.

© ITU 2005

All rights reserved. No part of this publication may be reproduced, by any means whatsoever, without the prior written permission of ITU.

2WIRE00030732

TQD_TX00046526

## CONTENTS

|  |  | Page |
|---|---|---|
| 1 | Scope | 1 |
| 2 | References | 1 |
| 3 | Definitions | 2 |
| 4 | Abbreviations | 3 |
| 5 | Reference models | 5 |
| | 5.1 General reference models | 5 |
| | 5.2 Functional reference model | 6 |
| | 5.3 Protocol reference model | 7 |
| 6 | Transmission medium interface characteristics | 7 |
| | 6.1 Duplexing method | 7 |
| | 6.2 Power Spectral Density (PSD) | 8 |
| | 6.3 Upstream Power Back-Off (UPBO) | 9 |
| | 6.4 Termination impedance | 10 |
| | 6.5 Return loss | 11 |
| | 6.6 Output signal balance | 11 |
| 7 | TPS-TC sublayer general functional characteristics | 11 |
| | 7.1 $\alpha/\beta$ interface specification | 11 |
| | 7.2 OC TPS-TC application interface ($\gamma_O$, $\gamma_R$) description | 12 |
| 8 | PMS-TC sublayer | 13 |
| | 8.1 PMS-TC functional model | 13 |
| | 8.2 Scrambler | 14 |
| | 8.3 Forward error correction | 14 |
| | 8.4 Interleaving | 15 |
| | 8.5 Framing | 17 |
| 9 | PMD sublayer | 21 |
| | 9.1 PMD functional model | 21 |
| | 9.2 PMD functional characteristics | 22 |
| 10 | Management | 30 |
| | 10.1 OAM functional model | 30 |
| | 10.2 OAM communication channels | 31 |
| | 10.3 Embedded operations channel (eoc) functions and description | 33 |
| | 10.4 Fault and performance monitoring | 41 |
| | 10.5 OAM parameters and primitives | 43 |
| | 10.6 VDSL Overhead Channel (VOC) | 49 |
| 11 | Performance requirements | 53 |
| | 11.1 Error performance requirements | 53 |
| | 11.2 Latency requirements | 53 |

**ITU-T Rec. G.993.1 (06/2004)**      iii

2WIRE00030733

TQD_TX00046527

| | | | Page |
|---|---|---|---|
| | 11.3 | Impulse noise immunity requirements | 53 |
| 12 | Initialization | | 54 |
| | 12.1 | Handshake – VTU-O | 54 |
| | 12.2 | Handshake – VTU-R | 56 |
| | 12.3 | Link state and timing diagram | 60 |
| | 12.4 | Link activation/deactivation method | 62 |
| 13 | Electrical requirements | | 86 |
| | 13.1 | Service splitters | 86 |
| 14 | Testing methodology | | 87 |
| | 14.1 | VDSL test loop types | 87 |
| | 14.2 | Impairment generators | 87 |
| | 14.3 | Transmission performance tests | 94 |
| Annex A – Bandplan A | | | 96 |
| Annex B – Bandplan B | | | 97 |
| Annex C – Bandplan C | | | 97 |
| Annex D – Requirements for Region A (North America) | | | 98 |
| | D.1 | Physical interface | 98 |
| | D.2 | Testing methodology | 98 |
| Annex E – Requirements for Region B (Europe) | | | 99 |
| | E.1 | Physical interface | 99 |
| | E.2 | Testing methodology | 99 |
| Annex F – Regional requirements for environment coexisting with TCM-ISDN DSL as defined in Appendix III/G.961 | | | 100 |
| | F.1 | Bandplan and PSD masks | 100 |
| | F.2 | Service splitter | 104 |
| | F.3 | Test loops and crosstalk disturbers | 126 |
| Annex G – ATM-TC | | | 138 |
| | G.1 | Scope | 138 |
| | G.2 | Reference model for ATM transport | 138 |
| | G.3 | Transport of ATM data | 139 |
| | G.4 | ATM Transport Protocol Specific TC (ATM_TC) | 140 |
| Annex H – PTM-TC | | | 143 |
| | H.1 | Packetized data transport | 143 |
| | H.2 | Transport of PTM data | 144 |
| | H.3 | Interface description | 144 |
| | H.4 | PTM TPS-TC functionality | 146 |
| Annex I – Specifics of implementation in systems using QAM modulation | | | 149 |
| | I.1 | Physical Media Specific TC (PMS-TC) sublayer | 149 |
| | I.2 | Physical medium-dependent (PMD) sublayer | 157 |

2WIRE00030734

TQD_TX00046528

|  |  | **Page** |
|---|---|---|
| I.3 | Operations and maintenance | 167 |
| I.4 | Link activation and de-activation | 186 |
| I.5 | Complementary information on QAM implementation (informative) | 207 |
| Appendix I – UTOPIA implementation of the ATM-TC interface | | 210 |
| Appendix II – International amateur radio bands | | 212 |
| Appendix III – 8.625-kHz tone spacing | | 213 |
| III.1 | Scope | 213 |
| III.2 | PMD functional characteristics | 213 |
| III.3 | Transmission Convergence (TC) sublayer | 214 |
| III.4 | Initialization | 214 |
| BIBLIOGRAPHY | | 217 |

2WIRE00030735

**TQD_TX00046529**

### 7.2.1    Data flow

The eoc data flow includes two contra-directional streams of 2-octet blocks each (eoc_tx, eoc_rx) with independent rates flowing between the eoc application layer (VME) and TPS-TC OC block (OC-TC). The bit rates of both streams shall not exceed the predefined upper limit of the OC channel aggregate transport capability. The data flow signal description is presented in Table 7-1.

If data streams are *serial* by implementation, the MSB of each octet shall be sent first.

### 7.2.2    Synchronization flow

This flow provides synchronization between the eoc application layer (VME) and the OC-TC (see 10.3.1). The flow includes the following synchronization signals, presented in Table 7-2:

•        transmit and receive timing signals (eoc_tx_clk, eoc_rx_clk): both asserted by the eoc processor;

•        transmit enable flag (tx_enbl): asserted by OC-TC and allows to transmit the next 2-octet block;

•        receive enable flag (rx_enbl): asserted by OC-TC and indicates that the next 2-octet block is allocated in the OC-TC receive buffer.

**Table 7-2/G.993.1 – OC-TC: γ interface data and synchronization flow summary**

| Signal | Description | Direction | Notes |
|--------|-------------|-----------|-------|
| *Data flow* | | | |
| eoc_tx | Transmit eoc data | VME → OC-TC | Two-octet block |
| eoc_rx | Receive eoc data | VME ← OC-TC | |
| *Synchronization flow* | | | |
| eoc_tx_clk | Transmit clock | VME → OC-TC | |
| eoc_rx_clk | Receive clock | VME → OC-TC | |
| tx_enbl | Transmit enable flag | VME ← OC-TC | |
| rx_enbl | Receive enable flag | VME ← OC-TC | |

NOTE – The main buffering required to implement the eoc communication protocol should be provided by the VME; only a minimum buffering for eoc is supposed in OC-TC.

## 8        PMS-TC sublayer

The PMS-TC sublayer provides transmission medium specific TC functions, such as framing, Forward Error Correction (FEC), and interleaving.

### 8.1        PMS-TC functional model

All data bytes shall be transmitted MSB first. All serial processing (e.g., scrambling, CRC calculation) shall however be performed LSB first, with the outside world MSB considered as the VDSL LSB. As a result, the first incoming bit (outside world MSB) shall be the first bit processed inside VDSL (VDSL LSB). The PMS-TC functional diagram is presented in Figure 8-1.

2WIRE00030749

TQD_TX00046530



**Figure 8-1/G.993.1 – Diagram of PMS-TC sublayer**

### 8.2 Scrambler

A scrambler shall be used to reduce the likelihood that a long sequence of zeros will be transmitted over the channel. The scrambler shall be self-synchronizing such that descrambling can occur without requiring a particular alignment with the scrambled sequence. The scrambler shall be represented by the equation below, where *m(n)* is a message bit sample at sample time *n* and the output of the scrambler *x(n)* shall be given by:

$$x(n) = m(n) + x(n-18) + x(n-23)$$

All arithmetic shall be modulo 2. As long as the scrambler is initialized with values other than zero, an "all zeros" sequence for *m(n)* will result in a pseudo-random sequence of length $2^{23} - 1$.

### 8.3 Forward error correction

A standard byte-oriented Reed-Solomon code shall be used to provide protection against random and burst errors.

A Reed-Solomon code word contains $N = K + R$ bytes, comprised of $R$ redundant check bytes $c_0$, $c_1$, ..., $c_{R-2}$, $c_{R-1}$ appended to $K$ message bytes $m_0$, $m_1$, ..., $m_{K-2}$, $m_{K-1}$. The check bytes shall be computed from the message bytes using the equation

$$C(D) = M(D)D^R \bmod G(D)$$

where:

$M(D) = m_0 D^{K-1} \oplus m_1 D^{K-2} \oplus ... \oplus m_{K-2} D \oplus m_{K-1}$ is the message polynomial

$C(D) = c_0 D^{R-1} \oplus c_1 D^{R-2} \oplus ... \oplus c_{R-2} D \oplus c_{R-1}$ is the check polynomial

$G(D) = \prod (D \oplus \alpha^i)$ is the generator polynomial of the Reed-Solomon code, where the index of the product runs from i = 0 to $R - 1$.

This means that $C(D)$ is the remainder obtained from dividing $M(D)D^R$ by $G(D)$. The arithmetic shall be performed in the Galois Field GF(256), where $\alpha$ is a primitive element that satisfies the

2WIRE00030750

TQD_TX00046531

primitive binary polynomial $x^8 \oplus x^4 \oplus x^3 \oplus x^2 \oplus 1$. A data byte ($d_7$, $d_6$, ..., $d_1$, $d_0$) is identified with the Galois Field element $d_7\alpha^7 \oplus d_6\alpha^6 \oplus ... \oplus d_1\alpha \oplus d_0$.

Both $K$ and $R$ shall be programmable parameters. Redundancy values of $R = 0, 2, 4, 6, 8 \ldots 16$ shall be supported. The following codeword parameters specified as ($N,K$) shall be supported: (144,128) and (240,224). Other values for $N$ and $K$ are optional. However, $N$ shall be less than or equal to 255.

## 8.4    Interleaving

### 8.4.1    General

Interleaving shall be used to protect the data against bursts of errors by spreading the errors over a number of Reed-Solomon codewords. The interleave depth shall be programmable with a maximum interleave depth of 64 codewords when the number of octets per codeword ($N$) equals 255. For smaller values of $N$ the interleave depth can grow nearly proportionately.

It shall be possible to adjust the interleave depth via the management system to meet latency requirements. The latency of the slow path is a function of the data rate and burst error correction capability. For data rates greater than or equal to 13 Mbit/s, the latency between the α and β interfaces shall not exceed 10 ms when the interleaver depth is set to the maximum. At lower data rates there is a trade-off between higher latency and decreased burst error correction ability. At any data rate, the minimum latency occurs when the interleaver is turned off.

When the interleaver is on, the codewords shall be interleaved before transmission to increase the immunity of RS codewords to bursts of errors. The convolutional interleaver is defined by two parameters: the interleaver block length, $I$, and the interleaving depth, $D$. The block length $I$ shall divide the RS codeword length $N$ (i.e., $N$ shall be an integer multiple of $I$). The convolutional interleaver uses a memory in which a block of $I$ octets is written while an (interleaved) block of $I$ octets is read. Details of the implementation are given in 8.4.2.

The same size interleaving memory (see Table 8-1) is needed for interleaving at the transmitter and de-interleaving at the receiver.

The convolutional interleaving introduces an absolute read-to-write delay, $\Delta_j$, that increments linearly with the octet index within a block of $I$ octets:

$$\Delta_j = (D-1) \times j$$

where $j = 0, 1, 2, \ldots, I-1$.

### 8.4.2    Triangular implementation

To decrease the implementation complexity, the delay increment ($D - 1$) shall be chosen as a multiple of the interleaver block length ($I$), i.e.: $D - 1 = M \times I$. The ($D - 1$) to $I$ ratio is the interleaving depth parameter ($M$). The characteristics of convolutional interleaving are shown in Table 8-1. The parameters $t$ and $q$ depend on the characteristics of the RS code and are defined as:

—    $t$ = number of bytes that can be corrected by RS codewords = half the number of redundancy bytes = $R/2$;

—    $q$ = length of RS codeword divided by the length of an interleaver block = $N/I$.

2WIRE00030751

TQD_TX00046532

**Table 8-1/G.993.1 – Characteristics of convolutional interleaving**

| Parameter | Value |
|---|---|
| Interleaver block length ($I$) | $I$ bytes (equal to or divisor of $N$) |
| Interleaving Depth ($D$) | $M \times I + 1$ |
| (De)interleaver memory size | $M \times I \times (I - 1)/2$ bytes |
| Correction capability | $\lfloor t/q \rfloor \times (M \times I + 1)$ bytes |
| End-to-end delay | $M \times I \times (I - 1)$ bytes |

The example in Figure 8-2 shows $I = 7$. $I$ parallel branches (numbered $0 \ldots I - 1$) are implemented with a delay increment of $M$ octets per branch. Each branch shall be a FIFO shift register (delay line) with length $0 \times M \ldots (I - 1) \times M$ bytes. The deinterleaver is similar to the interleaver, but the branch indices are reversed so that the largest interleaver delay corresponds to the smallest deinterleaver delay. Deinterleaver synchronization shall be achieved by routing the first byte of an interleaved block of $I$ bytes into branch 0.



**Figure 8-2/G.993.1 – Implementation example with $D - 1 = M \times I$ and $I = 7$**

**Table 8-2/G.993.1 – Example of interleaver parameters with RS(144,128)**

| Rate [kbit/s] | Interleaver parameters | Interleaver depth | (De)interleaver memory size | Erasure correction | End-to-end delay |
|---|---|---|---|---|---|
| $50 \times 1024$ | $I = 72$ $M = 13$ | 937 blocks of 72 bytes | 33 228 bytes | 3 748 bytes 520 µs | 9.23 ms |
| $24 \times 1024$ | $I = 36$ $M = 24$ | 865 blocks of 36 bytes | 15 120 bytes | 1 730 bytes 500 µs | 8.75 ms |
| $12 \times 1024$ | $I = 36$ $M = 12$ | 433 blocks of 36 bytes | 7 560 bytes | 866 bytes 501 µs | 8.75 ms |
| $6 \times 1024$ | $I = 18$ $M = 24$ | 433 blocks of 18 bytes | 3 672 bytes | 433 bytes 501 µs | 8.5 ms |
| $4 \times 1024$ | $I = 18$ $M = 16$ | 289 blocks of 18 bytes | 2 448 bytes | 289 bytes 501 µs | 8.5 ms |
| $2 \times 1024$ | $I = 18$ $M = 8$ | 145 blocks of 18 bytes | 1 224 bytes | 145 bytes 503 µs | 8.5 ms |

2WIRE00030752

TQD_TX00046533

The following interleaver parameters shall be supported:

– For $(N,K) = (144,128)$ the following values for $M$ and $I$ shall be supported:

$I = 36$ and $M$ between 2 and 52.

– For $(N,K) = (240,224)$ the following values for $M$ and $I$ shall be supported:

$I = 30$ and $M$ between 2 and 62.

## 8.5    Framing

### 8.5.1    Frame description

A *frame* is a set of bytes carried by one DMT symbol. The frame frequency depends on the total length of the cyclic extension (see 9.2.2). A frame shall be composed of two sources: the "fast" buffer and the "interleaved" (or "slow") buffer. The index $i$ refers to parameters related to the fast or interleaved buffers ($i \in \{F, I\}$). The inclusion of the fast buffer shall be optional. When the fast buffer is not included, the interleaved buffer shall have the capability to carry non-interleaved data by setting the interleaver depth to zero.

Both fast and interleaved buffer shall contain an integer number of RS-encoded bytes. Neither the fast nor the interleaved buffer is required to carry an integer number of RS codewords. To reduce the end-to-end delay, it is recommended that the fast buffer (or the interleaved buffer when the interleaver depth is zero) carries at least one RS codeword. The framing parameters shall be exchanged between the VTU-O and VTU-R during initialization.

The framing rules described in this clause are represented in Figure 8-3.



**Figure 8-3/G.993.1 – Framing description**

2WIRE00030753

TQD_TX00046534

### 8.5.2   Payload adaptation

The $\alpha/\beta$ interface provides bytes at a rate multiple of 64 kbit/s. In order to map an integer number of bytes into a frame, the TPS-TC byte flow shall be stuffed with the appropriate number of dummies.

For an $n_i \times 64$ kbit/s rate, we have on average $n_i \times 8000/f_s$ bytes per frame, with $f_s$ the symbol frequency. This number will not be integer for a general value of $f_s$. Since the cyclic extension $L_{CP} + L_{CS} - \beta$ is a multiple of $2^{n+1}$ however, (see 9.2.2), we always have an integer number of bytes every $H = 138$ frames. If we define $k$ as:

$$k = \frac{8\ kbytes \times H}{f_s}$$

we can transport $n_i \times k$ TPS-TC payload bytes in $H$ frames. In order to transport an integer number of bytes per frame, we have to insert an appropriate number of dummy bytes. Every frame will contain a total of $U_i$ bytes (TPS-TC bytes + dummy bytes), with:

$$U_i = \left\lceil \frac{n_i \times k}{H} \right\rceil$$

The number of dummy bytes $D_{Z,i}$ to be inserted every $H$ packets shall therefore be:

$$D_{Z,i} = \left\lceil \frac{n_i \times k}{H} \right\rceil \times H - (n_i \times k)$$

These dummy bytes shall be inserted in the last position of the first $D_{Z,i}$ packets of $U_i$ bytes in a sequence of $H$ packets. The value of the $D_{Z,i}$ dummies shall be 0x3A.

### 8.5.3   RS encoding

After payload adaptation, $E_i$ overhead bytes (see 8.5.5) shall be added to the head-end of each packet of $U_i$ bytes (see Figure 8-3). These bytes are called fast and slow bytes for the fast and slow channel respectively. Next, a sequence of $N_i$ packets of $(E_i + U_i)$ bytes shall be RS-encoded. In order to achieve an integer number of RS-codewords per $N_i$ packets, RS-dummy bytes may have to be inserted. The RS-codeword length is equal to the parameter $N_i$.

The number of RS-encoded bytes, $B_i$, per $N_i$ packets is given by:

$$B_i = \left[ N_i \times (E_i + U_i) + D_{RS,i} \right] \times \frac{N_i}{K_i}$$

In the above equation, the parameter $N_i$ denotes both the number of packets of $(E_i + U_i)$ bytes and also the length of a RS-codeword (in bytes). The parameter $K_i$ is the number of information bytes in an RS-codeword.

The number of RS dummy bytes, $D_{RS,i}$, inserted to carry an integer number of RS-codewords in every $N_i$ frames is given by

$$D_{RS,i} = \left\lceil \frac{N_i \times (E_i + U_i)}{K_i} \right\rceil \times K_i - N_i \times (E_i + U_i)$$

Each one of the $D_{RS,i}$ dummies shall be inserted at the tail-end of the first $D_{RS,i}$ packets of $(E_i + U_i)$ bytes in a sequence of $N_i$ packets (see Figure 8-3). The value of the $D_{RS,i}$ bytes shall be 0xD3.

After RS-dummy insertion, the number of RS-encoded bytes per frame carried in either the fast or interleaved buffer is given by:

$$P_i = \frac{B_i}{N_i} = \frac{N_i \times (E_i + U_i) + D_{RS,i}}{K_i} = \left\lceil \frac{N_i \times (E_i + U_i)}{K_i} \right\rceil$$

2WIRE00030754

TQD_TX00046535

NOTE – The parameter $B_i = P_i \, N_i$ represents both the number of bytes in $N_i$ frames (with $P_i$ bytes per frame) and also the number of bytes in $P_i$ codewords (with $N_i$ bytes per codeword). See Figure 8-3.

### 8.5.4    Definition of superframe

A superframe shall be composed of 10 packets of $U_i + E_i$ bytes.

### 8.5.5    Contents of fast and slow bytes

Each of the packets in a superframe shall transport $E_i$ overhead bytes, called fast or slow bytes, depending on the channel. The content of these bytes is summarized in Table 8-3. If the fast buffer is empty, the F-EOC bytes shall be transported in the S-EOC bytes. Otherwise, the S-EOC bytes shall be replaced with payload bytes.

There shall be $V$ VOC bytes per packet. They shall always be transported in the slow channel. A setting of $V = 1$ shall be supported, other values for $V$ should be allowed as optional. The value of $V$ shall be exchanged during initialization (see 12.4.6.2.1.1).

If the fast path is active, the NTR byte in the slow channel shall be replaced with a dummy byte. Similarly for the IB bytes.

The fast and slow dummy bytes shall have the value 0xFF.

**Table 8-3/G.993.1 – Contents of fast and slow bytes**

| Packet | Fast bytes | | Slow bytes | | |
|--------|-----------|---------------------|------------|--------------------------------|---------------------|
|        | First byte | Other bytes (if any) | First byte | 2nd up to ($V+1$)st byte | Other bytes (if any) |
| 1      | F-CRC     | F-EOC               | S-CRC      | VOC                            | S-EOC/payload       |
| 2      | Synch byte | F-EOC              | Synch byte | VOC                            | S-EOC/payload       |
| 3-5    | IB        | F-EOC               | IB/dummy   | VOC                            | S-EOC/payload       |
| 6      | NTR       | F-EOC               | NTR/dummy  | VOC                            | S-EOC/payload       |
| 7-10   | Dummy     | F-EOC               | Dummy      | VOC                            | S-EOC/payload       |

#### 8.5.5.1    Cyclic Redundancy Check (CRC)

Two cyclic redundancy checks (CRC) – one for the fast buffer and one for the interleaved buffer – shall be generated for each superframe and shall be transmitted in the first packet of the following superframe (see Table 8-3). The CRC byte for the first superframe shall be set to zero.

Eight bits per buffer type (fast or interleaved) and per superframe shall be allocated to the CRC check bits. These bits shall be computed from the $k$ message bits using the equation:

$$crc(D) = M(D) \, D^8 \text{ modulo } G(D)$$

where:

$\quad\quad M(D) \quad = m_0 D^{k-1} + m_1 D^{k-2} + \ldots + m_{k-2}D + m_{k-1}$ is the message polynomial

$\quad\quad G(D) \quad = D^8 + D^4 + D^3 + D^2 + 1$ is the generating polynomial

$\quad\quad crc(D) \quad = c_0 D^7 + c_1 D^6 + \ldots + c_6 D + c_7$ is the check polynomial

$\quad\quad\quad D \quad$ is the delay *operator*.

That is, crc($D$) shall be the remainder when $M(D)D^8$ is divided by $G(D)$.

The bits covered by the crc shall include:

–        fast buffer: all bits of the fast buffer before RS encoding, except the crc;

–        interleaved buffer: all bits of the interleaved buffer before RS encoding, except the crc.

2WIRE00030755

TQD_TX00046536

Each byte shall be clocked into the CRC least significant bit first.

### 8.5.5.2   Synchronization byte

The synchronization byte has the value 0x3C. This synchronization byte shall be used to monitor the frame synchronization.

### 8.5.5.3   Indicator Bits (IB)

The indicator bits are used to transmit far-end defects and anomalies. The description of the content of the three indicator bytes shall be as summarized in Table 8-4. If the fast channel is active, the indicator bytes shall be transmitted in this channel and the indicator bytes in the slow channel shall be replaced by dummies (having value 0xFF, see 8.5.5).

**Table 8-4/G.993.1 – Content of indicator bits**

| Byte # | Bit # | Definition |
|---|---|---|
| 1 | b0-b7 | Reserved for future use |
| 2 | b0 | Febe-s |
|   | b1 | Ffec-s |
|   | b2 | Febe-f |
|   | b3 | Ffec-f |
|   | b4 | Flos |
|   | b5 | Rdi |
|   | b6 | Fpo |
|   | b7 | Flpr |
| 3 | b0 | LoM (Loss of Margin) |
|   | b1 | Fhec-s (used for ATM only, shall be set to 0 for PTM) |
|   | b2 | Fhec-f (used for ATM only, shall be set to 0 for PTM) |
|   | b3 | Fncd-s/Focd-s (used for ATM only, shall be set to 0 for PTM) |
|   | b4 | Fncd-f/Focd-f (used for ATM only, shall be set to 0 for PTM) |
|   | b5-b7 | Reserved for future use |

The active state of a bit shall be high (value 1). Bits that are reserved for future use shall be set to low (value 0).

The definition of the anomalies and defects linked to each of the indicator bits can be found in 10.5.4. The LoM-bit shall signal a loss of margin at the far end. It shall become high once loss of margin is detected and shall remain high as long as this condition exists.

### 8.5.5.4   Network Timing Reference (NTR)

Isochronous services require the same timing reference at transmit and receive sides in higher layers of the protocol stack. To support the transmission of this timing signal, the VDSL system shall transport an 8-kHz timing marker.

For applications that require NTR, NTR shall be transported in the following way:

The VTU-O shall derive a local 8-kHz timing reference (LTR), by dividing its sample clock with the appropriate number. For a VDSL system using $N_{sc} = 2^{n+8}$ tones, the sampling frequency could for instance be $2 N_{sc} \Delta f$ and the dividing factor would then be $69 \times 2^{n+2}$.

The VTU-O shall estimate the change in phase offset between the NTR and the LTR from the previous superframe to the present. This value shall be expressed in cycles of a clock running at

20     **ITU-T Rec. G.993.1 (06/2004)**

2WIRE00030756

TQD_TX00046537

frequency $2\,N_{sc}\,\Delta f$ and shall be transported in the NTR overhead byte (see Table 8-3) as a 2's-complement number.

A positive value of the change in phase offset shall indicate that the LTR has a higher frequency than the NTR. A negative value of the change in phase offset shall indicate that the LTR has a lower frequency than the NTR.

The LTR, being proportional to $\Delta f$, has a maximum frequency variation of 50 ppm (see 9.2.1.1). The NTR has a maximum variation of 32 ppm. The maximum difference is therefore 82 ppm. This would result in a maximal phase offset of 0.205 µs per superframe. This corresponds to about $0.45.2^n$ samples. For the largest value of $n$ ($n = 4$), this corresponds to somewhat more than 7 samples (in the positive or negative direction). One byte of information should therefore be sufficient.

### 8.5.6    Convergence of fast and interleaved buffer

Data from the interleaved and (optional) fast buffer shall be combined so that in each frame there shall first be a segment of fast data followed by a segment of interleaved data. Figure 8-4 illustrates this process.



**Figure 8-4/G.993.1 – Convergence of the fast and interleaved data into one frame**

The total number of RS-encoded bytes per frame, $P_{total}$, is given by:

$$P_{total} = P_I + P_F$$

where $P_I$ and $P_F$ are the number of RS-encoded bytes from the interleaved and fast paths.

## 9    PMD sublayer

### 9.1    PMD functional model

The functional model of the PMD sublayer is presented in Figure 9-1.

2WIRE00030757

TQD_TX00046538