# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, § § *Plaintiff*, § § v. § § COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, § § § § § § § § § *Defendants*. § | | CIVIL ACTION NO.  2:21-CV-00310-JRG (LEAD CASE) |
| v. § § NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., § § § § § *Defendants*. § | | CIVIL ACTION NO.  2:21-CV-00309-JRG (MEMBER CASE) |
| NOKIA OF AMERICA CORP. § § *Third-Party Plaintiff*, § § v. § § BROADCOM CORP., CORADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD. § § § § § § § *Third-Party Defendants*. § | | CIVIL ACTION NO.  2:21-CV-00309-JRG (MEMBER CASE) |

**ORDER**

The Court hereby appoints Mr. David Keyzer as the Court's technical advisor in the above-captioned case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed.  Mr. Keyzer's contact information is as follows:

> David Keyzer
> Law Office of David Keyzer, P.C.
> 5170 Golden Foothill Parkway
> El Dorado Hills, CA 95762
> Phone: (916) 243-5259
> Email: david@keyzerlaw.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials in PDF form to david@keyzerlaw.com.  If the document was filed with the Court, the copy must include the CM/ECF header.  For claim construction materials that have already been filed, the filing party is **ORDERED** to provide copies to Mr. Keyzer within two business days.  Otherwise, the filing party is **ORDERED** to provide copies to Mr. Keyzer no later than one business day after filing future claim construction material.

**So ORDERED and SIGNED this 2nd day of May, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE