# EXHIBIT U
# FILED UNDER SEAL IN ITS ENTIRETY