# EXHIBIT 28



# Transcript of Todor Cooklev, Ph.D.

**Date:** April 8, 2022
**Case:** TQ Delta -v- Commscope Holding Company, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF TEXAS
 3                     MARSHALL DIVISION
 4    --------------------------------x
 5    TQ DELTA, LLC,                   :
 6                 Plaintiff,          :  Civil Action No.
 7          v.                         :  2:21-CV-310-JRG
 8    COMMSCOPE HOLDING COMPANY, INC., :    (Lead Case)
 9    COMMSCOPE INC., ARRIS            :
10    INTERNATIONAL LIMITED, ARRIS     :
11    GLOBAL LTD., ARRIS US HOLDINGS,  :
12    INC., ARRIS SOLUTIONS, INC.,     :
13    ARRIS TECHNOLOGY, INC., and      :
14    ARRIS ENTERPRISES, LLC,          :
15                 Defendants.         :
16    --------------------------------x
17    (caption continued on next page)
18
19       VIDEOTAPED DEPOSITION OF TODOR COOKLEV, PH.D.
20                    Conducted Virtually
21                  Friday, April 8, 2022
22                      1:05 p.m. EDT
23    Job No.:  444695
24    Pages: 1 - 93
25    Reported by:  Monique Vouthouris, CCR, RPR, CRR
```

```
 1   (caption continued)
 2   -------------------------------x
 3   TQ DELTA, LLC,                  :
 4          Plaintiff,               :  Civil Action No.
 5       v.                          :  2:21-CV-309-JRG
 6   NOKIA CORP., NOKIA SOLUTIONS    :   (Member Case)
 7   AND NETWORKS OY, and NOKIA      :
 8   OF AMERICA CORP.,               :
 9          Defendants.              :
10   -------------------------------x
11   NOKIA OF AMERICA CORP.,         :
12          Third-Party Plaintiff,   :
13       v.                          :
14   BROADCOM CORP., BROADCOM INC.,  :
15   and AVAGO TECHNOLOGIES          :
16   INTERNATIONAL SALES PTE. LTD.,  :
17          Third-Party Defendants.: 
18   -------------------------------x
19
20          VIDEOTAPED DEPOSITION OF TODOR COOKLEV,
21   PH.D., pursuant to notice, conducted virtually via
22   Zoom Videoconference, before Monique Vouthouris,
23   CCR, RPR, CRR, Notary Public in and for the States
24   of New Jersey and New York.
25
```

```
 1              A P P E A R A N C E S
 2
 3      ON BEHALF OF TQ DELTA, LLC, AND
 4      THE WITNESS, TODOR COOKLEV, PH.D.:
 5           CHRISTIAN HURT, ESQ.
 6           DAVIS FIRM, P.C.
 7           213 North Fredonia
 8           Longview, Texas  75601
 9           903.230.9090
10
11      ON BEHALF OF THE COMMSCOPE DEFENDANTS:
12           RACHEL M. WALSH, ESQ.
13           GOODWIN PROCTER LLP
14           Three Embarcadero Center
15           28th Floor
16           San Francisco, California  94111
17           415.733.6000
18
19
20  (continued)
21
22
23
24
25
```

```
 1      A P P E A R A N C E S   C O N T I N U E D
 2
 3   ON BEHALF OF NOKIA:
 4        NICHOLAS C. MARAIS, ESQ.
 5        M. SCOTT STEVENS, ESQ.
 6        KARLEE WROBLEWSKI, ESQ.
 7        KATIE DONALD, ESQ.
 8        ALSTON & BIRD LLP
 9        101 South Tryon Street
10        Suite 4000
11        Charlotte, North Carolina  28280-4000
12        704.444.1000
13
14
15   ALSO PRESENT:
16        JEAN-LOUIS ZIESCH, Planet Depos Videographer
17        BRIAN KRIEGER, Planet Depos Technician
18
19
20
21
22
23
24
25
```

```
              C O N T E N T S
EXAMINATION OF TODOR COOKLEV, PH.D.              PAGE
  By Mr. Marais                                    8




              E X H I B I T S
          (Attached to transcript.)
COOKLEV DEPOSITION EXHIBIT                       PAGE
Exhibit 1    Curriculum Vitae of                   11
             Todor Cooklev, Ph.D., 21 pages.
Exhibit 2    Declaration of Dr. Todor Cooklev     15
             in Support of Plaintiff's
             Opening Claim Construction Brief.
Exhibit 3    ITU-T Recommendation G.992.3,        25
             TQD_TX00085136 through 85447.
Exhibit 4    ITU-T Recommendation G.993.1,        27
             TQD_TX00125252 through 125479.
Exhibit 5    U.S. Patent 7,844,882, Resource      47
             Sharing in a Telecommunications
             Environment, November 30, 2010.
Exhibit 6    Convolutional Interleaver            52
             demonstrative, 4 pages.
```

```
1         E X H I B I T S   C O N T I N U E D
2              (Attached to transcript.)
3    COOKLEV DEPOSITION EXHIBIT                    PAGE
4    Exhibit 7    U.S. Patent 7,453,881, Systems    75
5                 and Methods for Multi-Pair ATM
6                 Over DSL, November 18, 2008.
7    Exhibit 8    U.S. Patent 9,154,354, Systems    78
8                 and Methods for a Multicarrier
9                 Modulation System with a
10                Variable Margin, October 6, 2015.
11
12                          *****
```

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | | 12:56:42 |
| 3 | THE VIDEOGRAPHER: It is the beginning of | 13:04:50 |
| 4 | Media Number 1 of the videotaped deposition of | 13:05:45 |
| 5 | Dr. Todor Cooklev in the matter of TQ Delta, et al., | 13:05:49 |
| 6 | versus Commscope Holding, et al., as well as TQ | 13:05:53 |
| 7 | Delta, et al., versus Nokia, et al., in the U.S. | 13:06:01 |
| 8 | District Court for the Eastern District of Texas, | 13:06:04 |
| 9 | Marshall Division, Case Number 2:21-CV-310-JRG and | 13:06:07 |
| 10 | Case Number 2:21-CV-309-JRG. | 13:06:15 |
| 11 | Today's date is April 8, 2022. The time | 13:06:25 |
| 12 | on the video monitor is 1:06 p.m. Eastern Standard | 13:06:29 |
| 13 | Time. The certified videographer today is | 13:06:35 |
| 14 | Jean-Louis Ziesch representing Planet Depos. This | 13:06:39 |
| 15 | video deposition is taking place remotely. | 13:06:40 |
| 16 | Would counsel please identify yourself and | 13:06:44 |
| 17 | state whom you represent. | 13:06:46 |
| 18 | MR. MARAIS: Nic Marais from Alston & Bird | 13:06:49 |
| 19 | on behalf of Nokia, and I have with me my colleagues | 13:06:53 |
| 20 | Scott Stevens, Karlee Wroblewski and Katie Donald. | 13:06:57 |
| 21 | MS. WALSH: Rachel Walsh on behalf of the | 13:06:59 |
| 22 | Commscope defendants, from Goodwin Procter. | 13:07:03 |
| 23 | MR. HURT: Christian Hurt. I'm here this | 13:07:06 |
| 24 | afternoon on behalf of the witness and the | 13:07:09 |
| 25 | plaintiff. | 13:07:13 |

Transcript of Todor Cooklev, Ph.D.
Conducted on April 8, 2022

8

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  The court reporter | 13:07:15 |
| 2 | today is Monique Vouthouris representing Planet | 13:07:16 |
| 3 | Depos.  Would the court reporter please swear in the | 13:07:23 |
| 4 | witness. | 13:07:25 |
| 5 | TODOR COOKLEV, PH.D., | 13:07:47 |
| 6 | being first duly sworn or affirmed by the Notary, | 13:07:47 |
| 7 | testifies as follows: | 13:08:17 |
| 8 | EXAMINATION | 13:08:17 |
| 9 | BY MR. MARAIS: | 13:08:17 |
| 10 | Q    Can you please state your name? | 13:08:23 |
| 11 | A    Todor Cooklev. | 13:08:25 |
| 12 | Q    And you've been retained on behalf of the | 13:08:27 |
| 13 | plaintiff here today, TQ Delta? | 13:08:31 |
| 14 | A    Yes. | 13:08:33 |
| 15 | Q    And you're being compensated by the | 13:08:34 |
| 16 | plaintiff TQ Delta for your time? | 13:08:37 |
| 17 | A    Yes. | 13:08:40 |
| 18 | Q    And you understand that you're under oath | 13:08:40 |
| 19 | today? | 13:08:43 |
| 20 | A    I do. | 13:08:43 |
| 21 | Q    So you also understand that you should | 13:08:45 |
| 22 | give the same seriousness and truthfulness in | 13:08:48 |
| 23 | answering my questions today as you would if you | 13:08:52 |
| 24 | were before a judge or a jury. | 13:08:56 |
| 25 | A    Yes, I understand that. | 13:08:58 |

Transcript of Todor Cooklev, Ph.D.
Conducted on April 8, 2022

35

| | | |
|---|---|---|
| 1 | exist by itself? | 14:16:24 |
| 2 | MR. HURT:  Object to the form. | 14:16:30 |
| 3 | A   Well, did I say that you put the | 14:16:31 |
| 4 | interleaver on a hardware component?  I'm not sure I | 14:16:37 |
| 5 | said that.  I said you can implement an interleaver | 14:16:41 |
| 6 | in hardware.  Can you -- can that hardware exist by | 14:16:49 |
| 7 | itself before you implement the interleaver?  I -- | 14:17:06 |
| 8 | well, that -- that I was going to give a general | 14:17:38 |
| 9 | answer, but I'm not sure that I investigated this | 14:17:45 |
| 10 | when I was working on the declaration. | 14:17:52 |
| 11 | Q   So you said earlier that it's the | 14:18:01 |
| 12 | interleaver that reorders bytes; correct? | 14:18:08 |
| 13 | A   Generally, yes. | 14:18:13 |
| 14 | Q   And it reorders those bytes into a | 14:18:14 |
| 15 | different sequence of bytes? | 14:18:17 |
| 16 | A   Yes, that's the reordering. | 14:18:21 |
| 17 | Q   And then that sequence of bytes is | 14:18:23 |
| 18 | transmitted by a transmitter? | 14:18:25 |
| 19 | MR. HURT:  Object to the form. | 14:18:28 |
| 20 | A   Yeah, and just -- just a comment, you said | 14:18:29 |
| 21 | different sequence of bytes.  It is different in the | 14:18:34 |
| 22 | sense that the order of the bytes will be different. | 14:18:40 |
| 23 | I mean, the interleaver will change the order, but | 14:18:44 |
| 24 | it's not going to change the bytes themselves. | 14:18:47 |
| 25 | Q   Okay.  Let me rephrase.  The transmitter | 14:18:50 |

| | | |
|---|---|---|
| 1 | transmits the interleaved stream of bytes; right? | 14:18:53 |
| 2 | A    Yes. | 14:19:00 |
| 3 | Q    And a receiver receives that interleaved | 14:19:01 |
| 4 | stream of bytes; right? | 14:19:04 |
| 5 | A    The receiver will receive whatever the | 14:19:07 |
| 6 | transmitter is sending. | 14:19:12 |
| 7 | Q    And then the receiver makes available to a | 14:19:13 |
| 8 | de-interleaver those -- that sequence of bytes to | 14:19:18 |
| 9 | de-interleave; correct? | 14:19:25 |
| 10 | MR. HURT:  Object to the form. | 14:19:27 |
| 11 | A    Yes. | 14:19:28 |
| 12 | Q    I would like to go back to your | 14:19:34 |
| 13 | declaration, please, and we can turn to page 22. | 14:19:36 |
| 14 | A    I'm there. | 14:19:45 |
| 15 | MR. MARAIS:  And, Brian, if we could bring | 14:19:51 |
| 16 | that up on the screen, please, that would be great. | 14:19:55 |
| 17 | THE TECHNICIAN:  Stand by. | 14:19:58 |
| 18 | MR. MARAIS:  Thank you. | 14:19:59 |
| 19 | THE TECHNICIAN:  On-screen. | 14:20:06 |
| 20 | Q    So, Dr. Cooklev, in paragraph 68 on this | 14:20:07 |
| 21 | -- in your declaration you talk about interleaving | 14:20:13 |
| 22 | and deinterleaving, and you say that interleaving | 14:20:16 |
| 23 | contributes to latency, and that's in the second | 14:20:18 |
| 24 | line there of paragraph 68; correct? | 14:20:21 |
| 25 | A    Yes. | 14:20:25 |

Transcript of Todor Cooklev, Ph.D.
Conducted on April 8, 2022

77

| | | |
|---|---|---|
| 1 | Q For the record, that's page 52 of the | 16:16:48 |
| 2 | document, of Dr. Cooklev's declaration. | 16:16:50 |
| 3 | A So the question is a multicarrier symbol? | 16:18:34 |
| 4 | Q That's right. | 16:18:38 |
| 5 | A I'm looking at my declaration. So | 16:19:37 |
| 6 | multicarrier symbol is a signal that comprises a | 16:19:40 |
| 7 | plurality of carriers where each carrier | 16:19:56 |
| 8 | individually is modulating a bit or a collection of | 16:20:00 |
| 9 | bits. | 16:20:08 |
| 10 | Q And in arriving at that definition, is | 16:20:11 |
| 11 | that something that you got from the patent that you | 16:20:15 |
| 12 | reviewed in this case? | 16:20:20 |
| 13 | A Multicarrier symbol is a known term of | 16:20:34 |
| 14 | art. | 16:20:40 |
| 15 | Q Do you know if multicarrier symbol was | 16:20:43 |
| 16 | disclosed in the specifications or the written | 16:20:46 |
| 17 | descriptions of the patents you reviewed for this | 16:20:51 |
| 18 | case? | 16:20:53 |
| 19 | A Excuse me, what is the question? | 16:20:54 |
| 20 | Q Do you know whether the term "multicarrier | 16:20:57 |
| 21 | symbol" was disclosed in the patents of the -- or | 16:21:00 |
| 22 | the patents that you reviewed in drafting -- or in | 16:21:07 |
| 23 | drafting and putting together your declaration | 16:21:09 |
| 24 | today, that we're talking about today? | 16:21:14 |
| 25 | A Do I know whether the multicarrier | 16:21:16 |

Transcript of Todor Cooklev, Ph.D.
Conducted on April 8, 2022

78

| | | |
|---|---|---|
| 1 | symbol -- | 16:21:18 |
| 2 |     MR. HURT:  Object to the form. | 16:21:20 |
| 3 | A  -- is disclosed in these patents? | 16:21:20 |
| 4 | Q  That's correct. | 16:21:26 |
| 5 | A  Well, yes, I do know that the term is | 16:21:32 |
| 6 | disclosed. | 16:21:38 |
| 7 |     MR. MARAIS:  I'm going to bring in another | 16:21:47 |
| 8 | document, please. | 16:21:49 |
| 9 | A  At least -- at least in some, in some of | 16:21:50 |
| 10 | the patents. | 16:21:57 |
| 11 | Q  So I'm presenting U.S. Patent Number | 16:22:09 |
| 12 | 9,154,354. | 16:22:14 |
| 13 | A  I downloaded it. | 16:22:30 |
| 14 |     (Cooklev Exhibit 8 marked for | 16:22:30 |
| 15 | identification.) | 16:22:32 |
| 16 |     THE TECHNICIAN:  Exhibit 8 on-screen. | 16:22:32 |
| 17 | Q  Dr. Cooklev, you reviewed this patent in | 16:22:34 |
| 18 | drafting your declaration; correct? | 16:22:41 |
| 19 | A  Yes. | 16:22:43 |
| 20 | Q  And this patent is one of the patents the | 16:22:46 |
| 21 | parties are calling a Family 10 patent? | 16:22:50 |
| 22 | A  I believe that's correct. | 16:22:53 |
| 23 | ==Q  So do you believe that the term== | 16:22:56 |
| 24 | =="multicarrier symbol" is in this patent or is== | 16:22:59 |
| 25 | ==disclosed in this patent?  And if so, can you please== | 16:23:02 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Transcript of Todor Cooklev, Ph.D.
Conducted on April 8, 2022

79

| | | |
|---|---|---|
| 1 | point me to where? | 16:23:06 |
| 2 |     MR. HURT:  Object to the form. | 16:23:07 |
| 3 |   A   Well, the term "multicarrier modulation | 16:23:41 |
| 4 | system" is -- appears in the title of this patent. | 16:23:47 |
| 5 |   Q   Is that the same thing as a multicarrier | 16:23:56 |
| 6 | symbol? | 16:23:59 |
| 7 |   A   Well, not completely.  A person of skill | 16:24:01 |
| 8 | reading this patent would understand that a | 16:24:10 |
| 9 | multicarrier modulation system produces multicarrier | 16:24:14 |
| 10 | symbols, in general. | 16:24:24 |
| 11 |   Q   To be clear, can you please let me know | 16:24:28 |
| 12 | where in this patent it uses the term "multicarrier | 16:24:31 |
| 13 | symbol"? | 16:24:37 |
| 14 |   A   Well, this term, the term exactly | 16:24:53 |
| 15 | "multicarrier symbol" appears in the claims of this | 16:24:56 |
| 16 | patent. | 16:25:02 |
| 17 |   Q   Okay.  So it does not appear anywhere in | 16:25:03 |
| 18 | the written description of the patent? | 16:25:06 |
| 19 |     MR. HURT:  Object to the form. | 16:25:10 |
| 20 |   A   But even if it doesn't, it doesn't need to | 16:25:16 |
| 21 | appear because the term "multicarrier symbol" was | 16:25:22 |
| 22 | known to a person of skill at the time of the | 16:25:32 |
| 23 | invention. | 16:25:35 |
| 24 |   Q   Sorry, my question was within the written | 16:25:39 |
| 25 | description, which -- and the written description is | 16:25:42 |

| | | |
|---|---|---|
| 1 | robust reception or the first SNR margin provides | 16:45:39 |
| 2 | more robust reception than the second SNR margin. | 16:45:44 |
| 3 | So the more robust reception is not due to other | 16:45:48 |
| 4 | factors in the context of the claim. | 16:45:52 |
| 5 |     Q   Sorry.  Are you done? | 16:45:58 |
| 6 |     A   Yes, I am. | 16:45:59 |
| 7 |     Q   Can you please tell me where in the | 16:46:01 |
| 8 | specification of the '354 patent or in the Family 10 | 16:46:04 |
| 9 | patents does the term "robustness" appear in | 16:46:11 |
| 10 | relation to a subchannel or carrier? | 16:46:14 |
| 11 |     A   Yes, I think I can at least in column 2, | 16:47:18 |
| 12 | the paragraph starting with line 18, this paragraph | 16:47:25 |
| 13 | explains that, and it's towards the end of this | 16:47:40 |
| 14 | paragraph -- well, starting with line 26, "For | 16:47:48 |
| 15 | example, if the system is operating at the 6 dB | 16:48:05 |
| 16 | margin, for example, 4 bits are allocated to | 16:48:10 |
| 17 | carriers with 27.5 dB SNR for bit error rate 1 times | 16:48:18 |
| 18 | 10 to the power of minus 7."  So, then "the | 16:48:27 |
| 19 | crosstalk levels can increase by 6 dB and the system | 16:48:38 |
| 20 | will still be operating at the required 1 times 10 | 16:48:43 |
| 21 | to the power minus 7 bit error rate." | 16:48:43 |
| 22 |        So in this passage the specification is | 16:48:55 |
| 23 | relating to SNR margin per carrier giving an example | 16:48:58 |
| 24 | of -- well, 6 dB margin for all carriers in this | 16:49:09 |
| 25 | example, so 6 dB margin for all carriers, then -- | 16:49:26 |

Transcript of Todor Cooklev, Ph.D.
Conducted on April 8, 2022

87

| | | |
|---|---|---|
| 1 | then there will be 4 bits allocated to carriers with | 16:49:31 |
| 2 | 27.5 dB SNR.  And the -- after this paragraph the | 16:49:36 |
| 3 | specification says there's a trade-off between the | 16:49:51 |
| 4 | robustness of the channel and the achievable data | 16:49:54 |
| 5 | rate. | 16:49:58 |
| 6 |     Q   Okay.  Are you done? | 16:50:04 |
| 7 |     A   I am. | 16:50:05 |
| 8 |     Q   Would you agree looking at column 2, those | 16:50:08 |
| 9 | lines you just read to me, let's look at line 26 | 16:50:11 |
| 10 | where it starts with "For example," do you see that? | 16:50:16 |
| 11 |     A   Yes. | 16:50:23 |
| 12 |     Q   And it says if this system, do you agree | 16:50:24 |
| 13 | that it's talking about the system here? | 16:50:29 |
| 14 |     A   Yes, it clearly says the system. | 16:50:33 |
| 15 |     Q   And then it gives some characteristics of | 16:50:36 |
| 16 | the system; correct? | 16:50:41 |
| 17 |     A   It says, "if the system is operating at | 16:50:44 |
| 18 | the 6 dB margin." | 16:50:47 |
| 19 |     Q   Yeah.  And then it goes on and says -- | 16:50:51 |
| 20 | again, you pointed to the SNR, right, just one line | 16:50:54 |
| 21 | down, or two lines down. | 16:50:58 |
| 22 |     A   Yes. | 16:51:02 |
| 23 |     Q   And then again it says after the crosstalk | 16:51:03 |
| 24 | levels gets increased by 6 decibels, again it says | 16:51:08 |
| 25 | and the system will be operating; correct? | 16:51:12 |

Transcript of Todor Cooklev, Ph.D.
Conducted on April 8, 2022

93

1  CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2
3
4       I, MONIQUE VOUTHOURIS, New Jersey License No.
5  30XI00083400, the officer before whom the foregoing
6  remote deposition was taken, do hereby certify that
7  the foregoing transcript is a true and correct
8  record of the testimony of TODOR COOKLEV, PH.D.;
9  that said testimony was taken by me stenographically
10 and thereafter reduced to typewriting under my
11 direction; that reading and signing was requested;
12 and that I am neither counsel for, related to, nor
13 employed by any of the parties to this case and have
14 no interest, financial or otherwise, in its outcome.
15      IN WITNESS WHEREOF, I have hereunto set my hand
16 this 20th day of April 2022.
17
18
19
20 _____
21   Monique Vouthouris, CCR, RPR, CRR
22   Notary Public of the State of New Jersey
23   My commission expires: April 8, 2024
24
25