# EXHIBIT 34

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF DELAWARE

 3

 4    TQ DELTA, LLC,                    )
                                        )
 5                    Plaintiff,        )
                                        ) C.A. No. 14-954-RGA
 6    v.                                )
                                        )
 7    ADTRAN, INC.,                     )
                                        )
 8                    Defendant.        )

 9
                                    J. Caleb Boggs Courthouse
10                                  844 North King Street
                                    Wilmington, Delaware
11
                                    Thursday, March 18, 2021
12                                  9:05 a.m.
                                    Markman Hearing
13                                  Videoconference

14
      BEFORE:  THE HONORABLE RICHARD G. ANDREWS, U.S.D.C.J.
15

16    APPEARANCES:

17              FARNAN LLP
                BY:  BRIAN E. FARNAN, ESQUIRE
18
                         -and-
19
                McANDREWS HELD & MALLOY
20              BY:  PETER J. McANDREWS, ESQUIRE
                BY:  ASHLEY RATYCZ, ESQUIRE
21              BY:  RAJENDRA A. CHIPLUNKAR, ESQUIRE

22                                  For the Plaintiff

23

24

25
```

1    additional shift that's applied pseudo randomly to scramble

2    the phases.  And the original phase, which is also a phase

3    shift off of the baseline sign wave that is unshifted,

4    that's also a shift.  In fact, the fundamental type of

5    modulation here is called phase shift keying, PSK.  So it is

6    a shift, but it's a shift with respect to a baseline

7    unshifted sign wave.

8                And then the phase shift of the claim actually

9    applies a further shift to scramble the phases before

10   it's --

11               THE COURT:  So for your unshifted sign wave, and

12   this may sound like a very stupid question because it may,

13   in fact, be a very stupid question, how many phase

14   characteristics could there be?

15               MR. McANDREWS:  I guess, Your Honor, depending

16   on granularity, but infinite.  But if we want to make the

17   granularity one degree, for example, then there are 360

18   possible phase shifts with respect to the original unshifted

19   sign wave.

20               THE COURT:  And so does that mean there's nearly

21   an infinite number of phase characteristics?

22               MR. McANDREWS:  There could be, but not in a

23   known system, Your Honor.  In a known system, of course,

24   that's limited by --

25               THE COURT:  So when you say "known system," you

1    we're on the technical point, and maybe I'll cover the

2    waiver argument last.  But on the technical point here, so

3    the competing constructions, and as Your Honor pointed out

4    is our construction is more about stating what is not

5    required of a phase characteristic because there's --

6              THE COURT:  And so, Mr. McAndrews, let me just

7    interrupt for a second because essentially your construction

8    is really just the first phrase, one or more values that

9    corresponds to a particular phase of a carrier signal;

10   right?  The rest is just argument as to why ADTRAN is wrong?

11             MR. McANDREWS:  That's right, although it's the

12   clarification that the values are not required to be in any

13   particular nomenclature format.

14             THE COURT:  Well, so let me ask you about that,

15   which is what are some of the formats that the values could

16   be in?

17             MR. McANDREWS:  Yes, Your Honor.  Our expert

18   addressed that, and it was something that their expert did

19   not respond to.  Dr. Madisetti explained and here it's

20   highlighted.  This is on slide 15.  Dr. Madisetti explained

21   that there are numerous ways that one skilled in the art

22   would understand that a phase characteristic can be

23   expressed.

24             One way is simply the decimal or binary values

25   of the bit to be communicated on a particular carrier

1                  (Everybody said, Thank you, Your Honor.)

2                  (Markman Hearing Videoconference was concluded

3      at 10:37 a.m.)

4                  I hereby certify the foregoing is a true and

5      accurate transcript from my stenographic notes in the

6      proceeding.

7                  /s/ Heather M. Triozzi
                   Certified Merit and Real-Time Reporter
8                  U.S. District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25