# EXHIBIT F



[Company](#) / Contact Us

# Contact Us

Currently Viewing:

Locations ▼

## Sales

Cookie Settings

Accept Cookies

By clicking accept, you understand that we use cookies to improve your experience on our website. For more details, please see our **Cookie Policy.**

Broadcom

# Locations

Top

## Americas

### San Jose, California (Corporate Headquarters)
1320 Ridder Park Drive

### São Paulo, Brazil
Avenida das Nacoes Unidas, 14261 Vila Gertrudes, Suite 27-101

### Richmond, BC
13711 International Place, Crestwood Corporate Centre,

By clicking accept, you understand that we use cookies to improve your experience on our website. For more details, please see our Cookie Policy.

Cookie Settings

Accept Cookies

San Jose
California, 95131
United States

Tel: 408-433-8000

Get Directions

Sao Paulo, 04533-085
Brazil

Get Directions

Suite 200, 300 and Floor 2, 3
Richmond, BC V6V 2Z8
Canada

Get Directions

## Waterloo

209 Frobisher Drive
Waterloo, N2V2G4
Canada

Get Directions

## Chandler, Arizona

500 North Juniper Drive

Chandler Corporate Center, Suite 200, Floor 2
Chandler, Arizona 85226
United States

Tel: 480-753-2260

Get Directions

## Culver City, California

800 Corporate Pointe, Suite 100
Culver City, California 90230
United States

Get Directions

## Irvine, California (Alton Parkway)

15101 Alton Parkway
Irvine, California 92618
United States

Tel: 949-926-5000

Get Directions

## Petaluma, California

1465 North McDowell Blvd
Petaluma, California 94954
United States

Tel: 707-792-9000

Get Directions

## San Diego, California

16340 West Bernardo Drive, Bernardo Technology Park, Building A

San Diego, California 92127
United States

Tel: 858-385-8800

Get Directions

## San Jose, California (Fox Drive)

1730 Fox Drive
San Jose, California 95131
United States

Get Directions

## San Jose, California (Innovation Drive)

250 Innovation Drive

San Jose, California 95134
United States

Get Directions

## San Jose, California (Junction Ave.)

2880 Junction Ave.

San Jose, California 95134
United States

Get Directions

## San Jose, California (Plumeria Drive)

408 E Plumeria Drive

San Jose, California 95134
United States

Get Directions

## Broomfield, Colorado

4 Brocade Pkwy,
Broomfield, Colorado 80021
United States

Get Directions

## Colorado Springs, Colorado

Cookie Settings

4420 Arrows West Drive
Colorado Springs, Colorado 80907

Accept Cookies

United States

Get Directions

## Fort Collins, Colorado

4380 Ziegler Road
Fort Collins, Colorado 80525-9640
United States

## Washington DC

607 14th St. NW
Suite 660
Washingon DC, District of Columbia 20005
United States

## Duluth, Georgia

4385 River Green Parkway
Chattahoochee Corners, Suite 100

Duluth, Georgia 30096
United States

Tel: 770-232-0018

By clicking accept, you understand that we use cookies to improve your experience on our website. For more details, please see our Cookie Policy.

Get Directions ▶                                    Get Directions ▶

### Lisle, Illinois

3333 Warrenville Rd
Suite 800
Lisle, Illinois 60532
United States

Get Directions ▶

### Andover, Massachusetts

200 Brickstone Square, Floor 1, 4
Andover, Massachusetts 01810
United States

Tel: 978-719-1300

Get Directions ▶

### Burlington, Massachusetts

45 Network Drive
Burlington, Massachusetts 01803
United States

Get Directions ▶

### Mendota Heights, Minnesota

1230 Northland Drive
Mendota Office Center IV, Suite 100

Mendota Heights, Minnesota 55120
United States

Get Directions ▶

### Ewing, New Jersey

200 Princeton South Corporate Center
Suite 400

Ewing, New Jersey 08628
United States

Get Directions ▶

### Melville, New York

100 Baylis Road
Suite 200

Melville, New York 11747
United States

Get Directions ▶

### Charlotte, North Carolina

9815 David Taylor Drive
Charlotte, North Carolina 28262
United States

Get Directions ▶

### Durham, North Carolina

1030 Swabia Court
Imperial Center, Suite 400

Durham, North Carolina 27703
United States

Get Directions ▶

### Allentown, Pennsylvania

1110 American Parkway, Lehigh County
Floor 1, 2 and Building 10, 12

Allentown, Pennsylvania 18109
United States

Get Directions ▶

### Breinigsville, Pennsylvania

9999 Hamilton Blvd, TEK Park,
Breinigsville, Pennsylvania 18031
United States

Get Directions ▶

### Lancaster, Pennsylvania

805 Estelle Drive, Cherryhill Office Building,

Suite 104 and 106, Building No. 49
Lancaster, Pennsylvania 17601
United States

Get Directions ▶

### Pittsburgh, Pennsylvania

750 Holiday Drive
Foster Plaza 9, Suite 300
Pittsburgh, Pennsylvania 15220
United States

Get Directions ▶

### Austin, Texas

2901 Via Fortuna Drive
Austin, Texas 78746

United States

Get Directions ▶

### Plano, Texas

5465 Legacy Drive
Plano, Texas 75024

United States

Get Directions ▶

### Draper, Utah

25 East Scenic Pointe Drive
Draper, Utah 84020

United States

Get Directions ▶

### Reston, Virginia

1900 Reston Metro Plaza, Office 602
Reston, Virginia 20190

Cookie Settings

By clicking accept, you understand that we use cookies to improve your experience on our website. For more details, please see our Cookie Policy.

Accept Cookies