# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., <br><br> Defendants. | Civil Action No. 2:21-CV-00310-JRG <br> (Lead Case) <br><br> Civil Action No. 2:21-CV-00309-JRG <br> (Member Case) |
| NOKIA OF AMERICA CORP., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD., <br><br> Third-Party Defendants. | |

**DECLARATION OF MELISSA RICHARDS SMITH IN SUPPORT OF
THIRD-PARTY DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

I, Melissa Richards Smith, declare as follows:

1. I am a partner with Gillam & Smith, counsel for Third-Party Defendants Broadcom Corp., Broadcom Inc., and Avago Technologies International Sales Pte. Ltd. (collectively, "Broadcom"). I have personal knowledge of the facts set forth below. If called upon and sworn as a witness, I could and would competently testify as set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of Dkt. No. 74-2 from *Cottman Avenue PRP Group v. AMEC Foster Wheeler Environmental Infrastructure Inc.,* Case No. 2:16-cv-06613, filed June 10, 2019.

3. Attached hereto as Exhibit B is a true and correct copy of the brief of Appellee/Cross-Appellant in *Lake Imaging, LLC v. Franciscan Alliance, Inc.*, Case No. 20A-CT-1490, filed November 2, 2020.

4. Attached hereto as Exhibit C is a true and correct copy of the ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed this 5th day of May, 2022, in Marshall, Texas.

*/s/Melissa R. Smith*
Melissa R. Smith

1