**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TQ DELTA, LLC,**<br>            *Plaintiff,*<br>v.<br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,**<br>            *Defendants.* | CIV. A. NO. 2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br>            *Plaintiff,*<br>v.<br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br>            *Defendants.* | CIV. A. NO. 2:21-CV-309-JRG<br>(Member Case) |
| **NOKIA OF AMERICA CORP.,**<br>            *Third-Party Plaintiff,*<br>v.<br>**BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.,**<br>            *Third-Party Defendants.* | |

**DECLARATION OF DARLENA H. SUBASHI, ESQ., IN SUPPORT OF
NOKIA'S SUR-REPLY IN OPPOSITION TO
THE THIRD-PARTY DEFENDANTS' MOTION TO DISMISS**

I, Darlena H. Subashi, hereby declare under penalty of perjury that:

1. I am an attorney at the law firm of Alston & Bird LLP, counsel for Defendants Nokia of America Corporation, Nokia Solutions and Networks Oy, and Nokia Corporation ("Nokia"). I am a member in good standing of the Bars of Massachusetts, North Carolina, and New York and am admitted to practice before this Court. I am filing this declaration in support of NOKIA'S SUR-REPLY IN OPPOSITION TO THE THIRD-PARTY DEFENDANTS' MOTION TO DISMISS. Except where otherwise indicated, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. Attached as Exhibit 8 is a true and correct copy of email correspondence ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Certain redactions have been applied to protect privileged matter. Highlighting has been added for the convenience of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 12, 2022

*/s/ Darlena H. Subashi*
Darlena H. Subashi