# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>                *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>                *Defendants*. | Civil Action No. 2:21-cv-310-JRG |

## COMMSCOPE'S UNOPPOSED MOTION FOR WITHDRAWAL OF CHRISTIE LAROCHELLE AS COUNSEL

Defendants CommScope Holding Company, Inc., CommScope, Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (collectively, "CommScope" or "Defendants") hereby file this Unopposed Motion for Withdrawal of Christie Larochelle as Counsel and respectfully requests that Christie Larochelle be permitted to withdraw herein as counsel of record for CommScope. CommScope will continue to be represented by Goodwin Procter LLP and Findlay Craft, P.C.

Granting this Motion will cause no prejudice to any party, or delay in this matter. Plaintiff is unopposed to this motion.

Dated this 19th day of May, 2022

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.

102 N. College Ave, Ste. 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Douglas J. Kline
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
P:  (617) 570-1000
F:  (617) 523-1231
dkline@goodwinlaw.com

Brett Schuman
Rachel M. Walsh
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P:  (415) 733-6000
F:  (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
GOODWIN PROCTER LLP
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

***Attorneys for Defendants CommScope Holding Company, Inc., CommScope, Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC***

**CERTIFICATE OF SERVICE**

This is to certify that on May 19, 2022, all counsel of record were served with the foregoing document *via* CM-ECF.

>/s/ Eric H. Findlay
>Eric H. Findlay

**CERTIFICATE OF CONFERENCE**

This is to certify that counsel for Defendants have complied with the meet and confer requirement in Local Rule CV-7(h). Counsel for Defendants conferred with counsel for Plaintiff, and counsel for Plaintiff indicated that it is unopposed to this motion.

>/s/Eric H. Findlay
>Eric H. Findlay