**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TQ DELTA, LLC,<br><br>    *Plaintiff,*<br><br> v.<br><br>COMMSCOPE HOLDING COMPANY, INC.,<br>COMMSCOPE INC., ARRIS US HOLDINGS,<br>INC., ARRIS SOLUTIONS, INC., ARRIS<br>TECHNOLOGY, INC., and ARRIS<br>ENTERPRISES, LLC,<br><br>    *Defendants.* | Civil Action No. 2:21-cv-310-JRG |

<u>**ORDER GRANTING COMMSCOPE'S UNOPPOSED MOTION FOR WITHDRAWAL
OF CHRISTIE LAROCHELLE AS COUNSEL**</u>

Before the Court is Defendants CommScope Holding Company, Inc., CommScope, Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC's Unopposed Motion for Withdrawal of Christie Larochelle as Counsel.  The Court, having reviewed the Motion, finds that the Motion should be, and hereby is, GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that Christie Larochelle be withdrawn as attorney of record for Defendants CommScope Holding Company, Inc., CommScope, Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC.  It is further ORDERED, ADJUDGED and DECREED that electronic notices sent in this case to Christie Larochelle shall terminate effective the date of this Order.