IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>Plaintiff,<br><br>v. | §<br>§<br>§<br>§<br>§ | JURY TRIAL DEMANDED |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

**JOINT CLAIM CONSTRUCTION CHART PURSUANT TO P.R. 4-5(D)**

In accordance with P.R. 4-5(d) and the Court's Docket Control Order (Dkt. 62) Plaintiff TQ Delta, LLC and Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (the "CommScope Defendants") and Defendants Nokia of America Corp., Nokia Corp. and Nokia Solutions and Networks Oy (the "Nokia Defendants") hereby submit the following Joint Claim Construction Chart (Appendix A) that contains the disputed claim terms for US Patent No. 7,570,686 ("the '686 Patent"); US Patent No. 7,453,881 ("the '881 Patent"); US Patent No. 8,276,048 ("the '048 Patent"); US Patent No. 7,844,882 ("the '882 Patent"); US Patent No. 8,090,008 ("the '008 Patent"); US Patent No. 8,462,835 ("the '835 Patent"); US Patent No. 10,567,112 ("the '112 Patent); US Patent No. 8,468,411 ("the '411 Patent"); US Patent No.

9,094,348 ("the '348 Patent"); US Patent No. 10,833,809 ("the '809 Patent"); US Patent No. 9,485,055 ("the '055 Patent"); US Patent No. 9,154,354 ("the '354 Patent"); US Patent No. 8,937,988 ("the '988 Patent"); US Patent No. 9,014,193 ("the '193 Patent"); US Patent No. 9,300,601 ("the '601 Patent"); US Patent No. 9,894,014 ("the '014 Patent"); US Patent No. 8,495,473 ("the '5473 Patent"); US Patent No. 9,547,608 ("the '608 Patent"); US Patent No. 10,409,510 ("the '510 Patent"); US Patent No. 8,594,162 ("the '162 Patent"); US Patent No. 8,595,577 ("the '577 Patent"); US Patent No. 10,044,473 ("the '4473 Patent") (collectively, the "Patents-in-Suit"), the parties' respective proposed claim constructions for those terms, and a column for the Court's construction.

Dated: May 20, 2022

By: /s/ Christian Hurt
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com

**THE DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

Respectfully submitted,

By: /s/ Scott Stevens
M. Scott Stevens (NC Bar # 37828)
Karlee Wroblewski (NC Bar # 55043)
Nicholas C. Marais (NC Bar # 53533)

**ALSTON & BIRD LLP**
One South at the Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Tel: 704.444.1000
Fax: 704.444.1111

John D. Haynes (GA Bar #340599)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree St. NE
Tel: (404) 881-7000
Fax: (404) 881-7777
Email: Bob.Lee@alston.com

Sam Bragg (TX Bar # 24097413)
ALSTON & BIRD LLP
Chase Tower

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF<br>TQ DELTA, LLC | 2200 Ross Avenue, Suite 2300<br>Dallas, TX 75201<br>Tel: 214.922.3400<br>Fax: 214.922.3899<br>Email: sam.bragg@alston.com<br><br>By: /s/ Andrew Ong<br>Eric H. Findlay<br>State Bar No. 00789886<br>Brian Craft<br>State Bar No. 04972020<br>**FINDLAY CRAFT, P.C.**<br>102 N. College Ave, Ste. 900<br>Tyler, TX 75702<br>903-534-1100 (t)<br>903-534-1137 (f)<br>efindlay@findlaycraft.com<br>bcraft@findlaycraft.com<br><br>Douglas J. Kline<br>Christie Larochelle<br>**GOODWIN PROCTER LLP**<br>100 Northern Avenue<br>Boston, MA 02210<br>P: (617) 570-1000<br>F: (617) 523-1231<br>dkline@goodwinlaw.com<br>clarochelle@goodwinlaw.com<br><br>Brett Schuman<br>Rachel M. Walsh<br>**GOODWIN PROCTER LLP**<br>Three Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>P: (415) 733-6000<br>F: (415) 677-9041<br>bschuman@goodwinlaw.com<br>rwalsh@goodwinlaw.com<br><br>Andrew Ong<br>**GOODWIN PROCTER LLP**<br>601 Marshall St.<br>Redwood City, CA 94063<br>P: (650) 752-3100<br>F: (650) 853-1038<br>aong@goodwinlaw.com |

ATTORNEYS FOR THE COMMSCOPE
DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this this May 20, 2022, with a copy of this document via CM/ECF.

/s/ Christian Hurt
Christian Hurt