IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:21-CV-00310-JRG |
| | § | (LEAD CASE) |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., ARRIS ENTERPRISES, LLC, | § § § § § § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| v. | § | |
| | § | |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, NOKIA OF AMERICA CORP., | § § § | CIVIL ACTION NO.  2:21-CV-00309-JRG (MEMBER CASE) |
| | § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| NOKIA OF AMERICA CORP. | § | |
| | § | |
| *Third-Party Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:21-CV-00309-JRG |
| | § | (MEMBER CASE) |
| BROADCOM CORP., CORADCOM INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD. | § § § | |
| | § | |
| *Third-Party Defendants*. | § | |

**ORDER**

Before the Court is the Unopposed Motion for Withdrawal of Christie Larochelle as Counsel (the "Motion"). (Dkt. No. 143). In the Motion, CommScope Holding Company, Inc., CommScope, Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (collectively, "Defendants") request the Court to withdraw Christie Larochelle as counsel of record.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that Christie Larochelle be permitted to **withdraw** as counsel of record for Defendants. It is further **ORDERED** that the Clerk shall **terminate** Christie Larochelle as counsel of record and all electronic notifications to the same.

**So ORDERED and SIGNED this 20th day of May, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE