IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br><br>*Plaintiff*,<br>v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br><br>*Defendants*. | CIV. A. NO. 2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br><br>*Plaintiff*,<br>v.<br><br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br><br>*Defendants*. | CIV. A. NO. 2:21-CV-309-JRG<br>(Member Case) |

**NOTICE OF APPEARANCE**

Please take notice that Kirk T. Bradley of the law firm Alston & Bird LLP enters his appearance as counsel for Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation in the above-captioned lead and member cases. Mr. Bradley is admitted to practice in this Court, and Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation respectfully request that the Court take note of this Notice of Appearance and make Kirk T. Bradley one of their attorneys of record in this lawsuit.

Copies of all communications and other documents filed in the above-captioned case that are not filed via ECF should be emailed or faxed to Kirk T. Bradley at the address set forth below.

DATED: May 23, 2022                              Respectfully submitted,

/s/ Kirk T. Bradley
Kirk T. Bradley (NC Bar No. 26490)
ALSTON & BIRD LLP
101 S. Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Email: kirk.bradley@alston.com
Telephone: 704-444-1030
Facsimile: 704-444-1730

*Attorney for Defendants
Nokia Corporation, Nokia Solutions
and Networks Oy, and Nokia
 of America Corporation*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 23, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Kirk T. Bradley*
Kirk T. Bradley
