# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>2WIRE, INC.,<br><br>        Defendant. | C.A. No. 13-cv-1835-RGA |

# Jury Verdict

## I. INFRINGEMENT OF U.S. PATENT NO. 7,836,381 (THE '381 PATENT)

1. Has TQ Delta proven by a preponderance of the evidence that 2Wire infringed corrected claim 5 of the '381 patent by making, selling, and/or offering to sell its product model nos. 5031NV, 5168NV, 5168N, and 5268AC (BCM6368/BCM63168 chipsets)?

    Answer this question by checking either "Yes" or "No."

    Checking "Yes" below indicates a finding for TQ Delta.
    Checking "No" below indicates a finding for 2Wire.

    Yes ✓          No _____

## II. INFRINGEMENT OF U.S. PATENT NO. 7,844,882 (THE '882 PATENT)

2. Has TQ Delta proven by a preponderance of the evidence that 2Wire infringed corrected claim 13 of the '882 patent by making, selling, and/or offering to sell its product model nos. 5031NV, 5168NV, 5168N, and 5268AC (BCM6368/BCM63168 chipsets)?

    Answer this question by checking either "Yes" or "No."

    Checking "Yes" below indicates a finding for TQ Delta.
    Checking "No" below indicates a finding for 2Wire.

    Yes ✓          No _____

3. Has TQ Delta proven by a preponderance of the evidence that 2Wire infringed corrected claim 13 of the '882 patent by making, selling, and/or offering to sell its product model nos. i3812V and 3801HGV (BCM6091 chipset)?

    Answer this question by checking either "Yes" or "No."

    Checking "Yes" below indicates a finding for TQ Delta.
    Checking "No" below indicates a finding for 2Wire.

    Yes ✓          No _____

2

### III. INFRINGEMENT OF U.S. PATENT NO. 8,276,048 (THE '048 PATENT)

4.  Has TQ Delta proven by a preponderance of the evidence that 2Wire infringed claim 1 of the '048 patent by making, selling, and/or offering to sell its product model nos. 5031NV, 5168NV, 5168N, and 5268AC (BCM6368/BCM63168 chipsets)?

    Answer this question by checking either "Yes" or "No."

    Checking "Yes" below indicates a finding for TQ Delta.
    Checking "No" below indicates a finding for 2Wire.

    Yes ✓     No _____

5.  Has TQ Delta proven by a preponderance of the evidence that 2Wire infringed claim 1 of the '048 patent by making, selling, and/or offering to sell its product model nos. i3812V and 3801HGV (BCM6091 chipset)?

    Answer this question by checking either "Yes" or "No."

    Checking "Yes" below indicates a finding for TQ Delta.
    Checking "No" below indicates a finding for 2Wire.

    Yes ✓     No _____

### IV. OBVIOUSNESS

6.  Has 2Wire proven by clear and convincing evidence that claim 5 of the '381 patent is invalid as obvious in view of:

    a.  The disclosure of LB-031 as understood by a person of ordinary skill in the art?

        Checking "Yes" below indicates a finding for 2Wire.
        Checking "No" below indicates a finding for TQ Delta.

        
        Yes [scribbled out]     No ✓

3

      b.      The disclosure of LB-031 in combination with the disclosure of Mazzoni?

            Checking "Yes" below indicates a finding for 2Wire.
            Checking "No" below indicates a finding for TQ Delta.

            Yes _____      No ✓

7.     Has 2Wire proven by clear and convincing evidence that claim 13 of the '882 patent is invalid as obvious in view of:

      a.      The disclosure of LB-031 as understood by a person of ordinary skill in the art?

            Checking "Yes" below indicates a finding for 2Wire.
            Checking "No" below indicates a finding for TQ Delta.

            Yes _____      No ✓

      b.      The disclosure of LB-031 in combination with the disclosure of Mazzoni?

            Checking "Yes" below indicates a finding for 2Wire.
            Checking "No" below indicates a finding for TQ Delta.

            Yes _____      No ✓

8.     Has 2Wire proven by clear and convincing evidence that claim 1 of the '048 patent is invalid as obvious in view of?

      a.      The disclosure of LB-031 as understood by a person of ordinary skill in the art?

            Checking "Yes" below indicates a finding for 2Wire.
            Checking "No" below indicates a finding for TQ Delta.

            Yes _____      No ✓

4

  b.  The disclosure of LB-031 in combination with the disclosure of Mazzoni?

    Checking "Yes" below indicates a finding for 2Wire.
    Checking "No" below indicates a finding for TQ Delta.

    Yes _____  No ✓

## V. VALIDITY OF THE CERTIFICATES OF CORRECTION

9. Has 2Wire proven by clear and convincing evidence that the error in claim 5 of the '381 patent was not clearly evident to a person of ordinary skill in the art, or that the correction of that error would not have been clearly evident to a person of ordinary skill in the art?

  Checking "Yes" below indicates a finding for 2Wire.
  Checking "No" below indicates a finding for TQ Delta.

  Yes _____  No ✓

10. Has 2Wire proven by clear and convincing evidence that the error in claim 13 of the '882 patent was not clearly evident to a person of ordinary skill in the art, or that the correction of that error would not have been clearly evident to a person of ordinary skill in the art?

  Checking "Yes" below indicates a finding for 2Wire.
  Checking "No" below indicates a finding for TQ Delta.

  Yes _____  No ✓