# EXHIBIT 19

| 04/20/2022 | 1597 | ORAL ORDER: At the request of the parties the five (5) day jury trial for the Family 4 Patents scheduled to start 9/26/2022, is CANCELED. The trial is now rescheduled to start 11/28/2022, at 9:30 AM in Courtroom 6A. Ordered by Judge Richard G. Andrews on 4/20/2022. (nms) (Entered: 04/20/2022) |