# EXHIBIT 23

| | | |
|---|---|---|
| 02/14/2022 | 1594 | ORAL ORDER: A Jury Trial for the Family 6 patents is now scheduled to start 7/18/2022, at 9:30 AM. Ordered by Judge Richard G. Andrews on 2/14/2022. (nms) (Entered: 02/14/2022) |