# EXHIBIT 26

| From: | Ong, Andrew |
|---|---|
| To: | "Edward Chin" |
| Cc: | TQDelta Listserv; Eric Findlay; Brian Craft; Schuman, Brett; Walsh, Rachel M.; Kline, Douglas J; Lytle, Craig; Nokia309 |
| Subject: | RE: TQD v. CommScope - meet and confer |
| Date: | Thursday, May 19, 2022 9:17:00 PM |

Hi Bo,

Following up on our discussion of CommScope's motion to stay, CommScope is willing to agree, if a stay is a granted as to the six overlapping patents, as follows:

- For the six overlapping patents, CommScope agrees to be bound by any invalidity or validity rulings issued by Judge Andrews in Delaware.
- For the six overlapping patents, CommScope agrees to be bound by any infringement or non-infringement rulings issued by Judge Andrews in Delaware relating to the products accused of infringement in both Delaware and Texas (i.e., 5031NV, 5168N, 5168NV, and 5268AC).

CommScope's proposed agreement above is conditioned on the following:

- There is no agreement for CommScope to be bound by any rulings in Delaware if Judge Gilstrap denies CommScope's motion to stay.
- TQ Delta agrees that it shall not use any agreement by CommScope to be bound to the rulings in Delaware as part of any IPR proceedings initiated by CommScope.

Please let us know by 1:00 pm Central on Monday whether, in light of the above proposal, TQ Delta will agree to stay the ED Texas case as to the six overlapping patents. If TQ Delta will not agree, we will move forward with filing the motion as opposed.

Thanks.

Andy

**From:** Edward Chin <echin@davisfirm.com>
**Sent:** Tuesday, May 17, 2022 5:51 AM
**To:** Ong, Andrew <AOng@goodwinlaw.com>
**Cc:** TQDelta Listserv <tqd@davisfirm.com>; Eric Findlay <efindlay@findlaycraft.com>; Brian Craft <bcraft@findlaycraft.com>; Schuman, Brett <BSchuman@goodwinlaw.com>; Walsh, Rachel M. <RWalsh@goodwinlaw.com>; Kline, Douglas J <DKline@goodwinlaw.com>; Lytle, Craig <CLytle@goodwinlaw.com>; Nokia309 <Nokia309@alston.com>
**Subject:** Re: TQD v. CommScope - meet and confer

***EXTERNAL***
1:00pm. Please send a dial-in. Thanks


On May 16, 2022, at 10:45 PM, Ong, Andrew <AOng@goodwinlaw.com> wrote:

Hi Ed,

How about 12 pm or 1 pm Central time on Tuesday?

Thanks.

Andy

**From:** Edward Chin <echin@davisfirm.com>
**Sent:** Monday, May 16, 2022 12:45 PM
**To:** Ong, Andrew <AOng@goodwinlaw.com>
**Cc:** TQDelta Listserv <tqd@davisfirm.com>; Eric Findlay <efindlay@findlaycraft.com>; Brian Craft <bcraft@findlaycraft.com>; Schuman, Brett <BSchuman@goodwinlaw.com>; Walsh, Rachel M. <RWalsh@goodwinlaw.com>; Kline, Douglas J <DKline@goodwinlaw.com>; Lytle, Craig <CLytle@goodwinlaw.com>; Nokia309 <Nokia309@alston.com>
**Subject:** Re: TQD v. CommScope - meet and confer

***EXTERNAL***
Andrew,

TQ Delta is generally available on Tuesday for the meet-and-confer.  Please propose a time, and we'll confirm whether that works for us.

Thanks

**Ed Chin, Of Counsel**
**The Davis Firm, P.C.**
213 N. Fredonia St., Suite 230
Longview, Texas 75601
office: 903-230-9090
echin@davisfirm.com

> On May 16, 2022, at 12:32 PM, Ong, Andrew <AOng@goodwinlaw.com> wrote:
>
>
> Counsel,
>
> CommScope intends to file a motion to stay the case as to the six patents

overlapping with the *2Wire* case in Delaware.  Please let us know your availability tomorrow or Wednesday to meet and confer before we file the motion.

Thanks.

Andy

**Andrew Ong**

<image001.png>
Goodwin Procter LLP
601 Marshall Street
Redwood City, CA 94063
o  +1 650 752 3153
f   +1 650 471 6054
AOng@goodwinlaw.com

<image002.png> <image003.png> <image004.png> <image005.png> <image006.png>

*******************************************************************

This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*******************************************************************