IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>　　Plaintiff,<br><br>v. | §<br>§<br>§<br>§<br>§ | **JURY TRIAL DEMANDED** |
| **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.**<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

### **ORDER GRANTING JOINT MOTION FOR CLARIFICATION OF ORDER (DKT. 128)**

Now before the Court is the parties' Joint Motion for Clarification of the Court's Order Focusing Patent Claims and Prior Art (Dkt. 128). The Court, after consideration, is of the opinion that the motion should be **GRANTED** as specified below.

The Court **GRANTS** the Motion as to [TQ Delta's / Defendants'] position. The Court finds that the limits in the Order (Dkt. 128) apply on [a per-case basis / across both consolidated cases].