**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TQ DELTA, LLC,<br><br>                          *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>                          *Defendants*. | Civil Action No.: 2:21-cv-310-JRG |

## **ORDER**

On this day came on to be considered Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (collectively, "CommScope") and Nokia of America Corp., Nokia Corp. and Nokia Solutions and Networks Oy (collectively, "Nokia") (together, "Defendants") Motion for Leave to File Supplemental Claim Construction Brief and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that leave is granted for Defendants to file their Supplemental Claim Construction Brief.