**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TQ DELTA, LLC, | § § § § | |
| *Plaintiff*, | | |
| v. | § § | CIVIL ACTION NO.  2:21-CV-00310-JRG |
| | § | (LEAD CASE) |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| v. | § § | |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., | § § § § | CIVIL ACTION NO.  2:21-CV-00309-JRG (MEMBER CASE) |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| NOKIA OF AMERICA CORP. | § § | |
| *Third-Party Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:21-CV-00309-JRG |
| | § | (MEMBER CASE) |
| BROADCOM CORP., CORADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD. | § § § § | |
| *Third-Party Defendants*. | § § | |

**ORDER**

Before the Court is the Unopposed Motion for Leave to File Supplemental Claim Construction Brief (the "Motion") (Dkt. No. 156) filed by Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (collectively, "CommScope") and Nokia of America Corp., Nokia Corp. and Nokia Solutions and Networks Oy (collectively, "Nokia") (together with CommScope, "Defendants").  In the Motion, Defendants request the Court to grant them leave to file a two-page supplemental claim construction brief because new facts arose after Defendants filed their Responsive Claim Construction Brief on May 6, 2022.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, Defendants are granted leave to file their supplemental claim construction brief.

**So ORDERED and SIGNED this 31st day of May, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE