# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § § § § | |
| v. | § § | CASE NO. 2:21-cv-00310-JRG |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNNOLOGY, INC., and ARRIS ENTERPRISES, LLC | § § § § § § § § § | (Lead Case) |
| TQ DELTA, LLC, | § § § | |
| v. | § § | CASE NO. 2:21-cv-00309-JRG |
| NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA OF AMERICA CORPORATION | § § § § | (Member Case) |
| NOKIA OF AMERICA CORP. | § § | |
| *Third-Party Plaintiff,* | § § § | |
| v. | § § | CASE NO. 2:21-cv-00309-JRG |
| BROADCOM CORP., CORADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD. | § § § § § | (Member Case) |
| *Third-Party Defendants.* | § § | |

## MINUTES FOR MARKMAN HEARING
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### June 1, 2022

**OPEN:  09:15 AM**                                                      **ADJOURN:  12:31 PM**

ATTORNEYS FOR PLAINTIFF:                          See attached

ATTORNEYS FOR DEFENDANTS:                   See attached

ATTORNEYS FOR THIRD-PARTY PLAINTIFF:      See attached

- 2 -

| | |
|---|---|
| ATTORNEYS FOR THIRD-PARTY DEFENDANTS: | See attached. |
| TECHNICAL ADVISOR: | David Keyzer |
| LAW CLERK: | Patrick Clark |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 09:15 AM | Court opened. |
| 09:16 AM | Court called for announcements from counsel. |
| 09:18 AM | Court began hearing claim construction arguments on a claim-by-claim basis. Presented argument on behalf of the Plaintiff: Mr. Fink, Mr. Davis, Mr. Hurt and Mr. McAndrews. Presented argument on behalf of the Defendants: Ms. Wroblewski, Mr. Stevens, Mr. Ong, Mr. Marais, Ms. Donald and Mr. Haynes. |
| 11:51 AM | Recess. |
| 12:01 PM | Court reconvened. |
| 12:02 PM | Arguments continued. |
| 12:30 PM | Arguments concluded. |
| 12:31 PM | Court took claim construction under submission. |
| 12:31 PM | Court adjourned. |