Case 2:21-cv-00310-JRG   Document 161-1   Filed 06/01/22   Page 1 of 1 PageID #: 6091



**2:21-cv-00310-JRG (Lead) and 2:21-cv-309-JRG (Member)**
**TQ Delta LLC v CommScope Holding Company et al**
**June 1, 2022 at 09:00 AM**
**Markman Hearing**

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Bo Davis | TQ Delta |
| Christian Hurt | " |
| Rudy Fink | " |
| Pete McAndrews | " |
| John Haynes | NOKIA |
| Nic Marais | " |
| Kirk Bradley | " |
| Scott Stevens | " |
| Katie Donald | " |
| Karlee Wroblewski | " |
| Adam Ahnhut | " |
| Andrew Ong | COMMSCOPE |
| Eric Findlay | " |
| Doug Kline | " |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Aloha Divine | TQ Delta |