# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § § § § | |
| *Plaintiff*, | | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| | § | (LEAD CASE) |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| v. | § § | |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., | § § § § | CIVIL ACTION NO. 2:21-CV-00309-JRG (MEMBER CASE) |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| NOKIA OF AMERICA CORP. | § § | |
| *Third-Party Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00309-JRG (MEMBER CASE) |
| BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD. | § § § § § | |
| *Third-Party Defendants*. | § | |

**ORDER**

Before the Court is the Joint Motion for Clarification of Order Focusing Patent Claims and Prior Art (the "Motion") (Dkt. No. 153) filed by Plaintiff TQ Delta, LLC ("TQ Delta") and Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (collectively, "CommScope") and Nokia of America Corp., Nokia Corp., and Nokia Solutions and Networks Oy (collectively, "Nokia").  In the Motion, the parties dispute whether the Preliminary Election of Asserted Claims applies per case or across all consolidated cases.

Having considered the Motion, the Court finds and holds that the Order Focusing Patent Claims and Prior Art (the "Order") (Dkt. No. 128) applies on a per-case basis, such that the Order shall be applied in each separate case as though no consolidation had previously been undertaken herein.  The parties are to consider such Order as the <u>minimum</u> threshold for narrowing in these cases, and the parties shall use their best efforts to further narrow the claims, prior art references, and any defensive theories to the greatest extent possible so as to minimize the expenditure of necessary resources by both the parties and the Court.

**So ORDERED and SIGNED this 2nd day of June, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE