# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| | § § | (LEAD CASE) |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § § § | |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| v. | § § | |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., | § § § § § | CIVIL ACTION NO. 2:21-CV-00309-JRG (MEMBER CASE) |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| NOKIA OF AMERICA CORP. | § § | |
| *Third-Party Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00309-JRG |
| | § | (MEMBER CASE) |
| BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD. | § § § § | |
| *Third-Party Defendants*. | § § | |

**ORDER**

The Court previously appointed Mr. David Keyzer as the technical advisor to the Court in the above-captioned case with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. (Dkt. No. 130). The Court has received Mr. Keyzer's invoice for services through June 6, 2022, in the amount of $69,437.56 and **ORDERS** payment to be promptly made as follows:

Plaintiff:    $34,718.78

Defendants:   $34,718.78

TOTAL:        $69,437.56

**So ORDERED and SIGNED this 9th day of June, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE