IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br><br>*Defendants*. | CIV. A. NO.  2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br><br>*Defendants*. | CIV. A. NO.  2:21-CV-309-JRG<br>(Member Case) |
| **NOKIA OF AMERICA CORP.,**<br>*Third-Party Plaintiff*,<br>v.<br><br>**BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.,**<br>*Third-Party Defendants*. | |

**NOTICE OF APPEARANCE**

Please take notice that Stephen R. Lareau of the law firm Alston & Bird LLP enters his appearance as counsel for Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation, and Third-Party Plaintiff Nokia of America Corporation in the above-captioned lead and member cases. Mr. Lareau is admitted to practice in this Court, and Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation, and Third-Party Plaintiff Nokia of America Corporation respectfully request that the Court take note of this Notice of Appearance and make Stephen R. Lareau one of their attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-captioned case that are not filed via ECF should be emailed or faxed to Stephen R. Lareau at the address set forth below.

DATED: June 10, 2022

Respectfully submitted,

*/s/ Stephen R. Lareau*
Stephen R. Lareau (NC Bar No. 42992)
ALSTON & BIRD LLP
101 S. Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Email: stephen.lareau@alston.com
Telephone: 704-444-1083
Facsimile: 704-444-1783

*Attorney for Defendants*
*Nokia Corporation, Nokia Solutions*
*and Networks Oy, and Nokia*
*of America Corporation, and Third-Party*
*Plaintiff Nokia of America Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on June 10, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Stephen R. Lareau*
Stephen R. Lareau
