**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TQ DELTA, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:21-CV-00310-JRG |
| | § | (LEAD CASE) |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| v. | § § | |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., | § § § § | CIVIL ACTION NO.  2:21-CV-00309-JRG (MEMBER CASE) |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| NOKIA OF AMERICA CORP. | § § | |
| *Third-Party Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:21-CV-00309-JRG (MEMBER CASE) |
| BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD. | § § § § | |
| *Third-Party Defendants*. | § | |

**ORDER**

The Court issues this Order *sua sponte*.  Before the Court are Plaintiff TQ Delta, LLC's Motion for Leave to Amend Its Infringement Contentions Against the Nokia Defendants (Dkt. No. 86) and Defendants Nokia Corp., Nokia Solutions and Networks Oy, and Nokia of America Corp.'s Opposed Motion for Leave to Amend Its Invalidity Contentions (Dkt. No. 112) (collectively, the "Motions").

The Court hereby sets the Motions for an in-person hearing on **Wednesday, June 29, 2022, at 10:00 a.m. central time** in Marshall, Texas.  The Court **ORDERS** that lead and local counsel for the parties meet and confer in-person in an effort to resolve these disputes beginning on **Wednesday, June 29, 2022, at 8:00 a.m. central time** and continuing until the Court takes up these matters on their merits.  Such in-person meet and confer efforts shall take place within the Sam B. Hall, Jr. Federal Building and United States Courthouse in Marshall, Texas.  The Court may increase or decrease the meet and confer process as the Court believes to be beneficial to the parties, the Court, and the interests of justice.

**So Ordered this**

**Jun 16, 2022**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

2