# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>    Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED**<br><br><br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.<br><br>    Defendants. | § § § § § § | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

## DECLARATION OF TY WILSON

I, Ty Wilson, hereby declare as follows in support of Plaintiff TQ Delta, LLC's Response to CommScope's Opposed Motion for a Partial Stay (Dkt. 152):

1. I am a member of the Texas State Bar admitted to appear before this Court, and I am an associate with The Davis Firm, P.C., counsel of record for plaintiff TQ Delta, LLC ("TQ Delta") in this lawsuit. I have personal knowledge of the facts set forth in this Declaration.

2. Attached hereto as **Exhibit A** is a true and correct copy of the cover pleading for Plaintiff TQ Delta, LLC's Disclosure of Asserted Claims and Infringement Contentions and Accompanying Document Production, served November 4, 2021.

3. Attached hereto as **Exhibit B** is a true and correct highlighted copy of excerpts from the deposition transcript of James Daniel Shead, taken January 21, 2022.

Page 1 of 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 7th day of June 2022, at Dallas, Texas.

*/s/ Ty Wilson*
**Ty Wilson**
