# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNA<br><br>    Defendants. | Civil Action No. 2:21-CV-00310-JRG<br>(Lead Case)<br><br>Civil Action No. 2:21-CV-00309-JRG<br>(Member Case) |
| NOKIA OF AMERICA CORP.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.,<br><br>    Third-Party Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Daniel S. Young of Adsero IP LLC enters his appearance on behalf of Third-Party Defendants Broadcom Corp., Broadcom Inc., and Avago Technologies International Sales Pte. Ltd. in this matter as additional counsel.

Daniel S. Young may receive all communications from the Court and from other parties at Adsero IP LLC, 8210 Southpark Terrace, Littleton, CO 80120; Telephone: (303) 268-0066; Facsimile: (833) 793-0703; e-mail DYoung@AdseroIP.com.

Dated: June 23, 2022                                Respectfully submitted,

                                                                   */s/ Daniel S. Young*
                                                                   Daniel S. Young
                                                                   ADSERO IP LLC
                                                                   8210 Southpark Terrace
                                                                   Littleton, CO 80120
                                                                   (303) 268-0066 (telephone)
                                                                   (833) 793-0703 (facsimile)
                                                                   DYoung@AdseroIP.com


**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 23rd day of June, 2022, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                                   */s/ Daniel S. Young*
                                                                   Daniel S. Young