IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>    Plaintiff,<br><br>v.<br> | §<br>§<br>§<br>§<br>§ | **JURY TRIAL DEMANDED** |
| **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.**<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

## DECLARATION OF TY WILSON

I, Ty Wilson, hereby declare as follows in support of Plaintiff TQ Delta, LLC's Sur-Reply in Opposition to CommScope Defendants' Opposed Motion for a Partial Stay:

   1.  I am a member of the Texas State Bar admitted to appear before this Court, and I am an associate with The Davis Firm, P.C., counsel of record for plaintiff TQ Delta, LLC ("TQ Delta") in this lawsuit. I have personal knowledge of the facts set forth in this Declaration.

   2.  Attached hereto as **Exhibit A** are true and correct copies of the filings found at docket numbers 1562, 1563, and 1564 for the case *TQ Delta, LLC v. 2Wire, Inc.*, Case No. 1:13-cv-01835-RGA (D. Del.).

3. Attached hereto as **Exhibit B** is a true and correct excerpted and highlighted copy of CommScope's First Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories (Nos. 1–18), served June 10, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 21st day of June 2022, at Dallas, Texas.

*/s/ Ty Wilson*
**Ty Wilson**
