IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>     Plaintiff,<br><br>v. | §<br>§<br>§<br>§<br>§ | **JURY TRIAL DEMANDED** |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.<br><br>     Defendants. | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

**PLAINTIFF TQ DELTA AND THE NOKIA DEFENDANTS' JOINT NOTICE REGARDING AGREEMENTS REACHED DURING THE MEET-AND-CONFER PROCESS AS TO PLAINTIFF TQ DELTA, LLC'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS AGAINST THE NOKIA DEFENDANTS (DKT. NO. 86) AND THE NOKIA DEFENDANT'S OPPOSED MOTION FOR LEAVE TO AMEND THEIR INVALIDITY CONTENTIONS (DKT. NO. 112)**

Pursuant to the Court's Order (Dkt. No. 174), Plaintiff TQ Delta, LLC ("TQ Delta") and Defendants Nokia Corp., Nokia Solutions and Networks Oy and Nokia of America Corp. ("Nokia Defendants") submit this Notice regarding agreements reached during the meet-and-confer process as to Plaintiff TQ Delta, LLC's Opposed Motion for Leave to Amend its Infringement Contentions against the Nokia Defendants (Dkt. No. 86) ("TQ Delta's Motion") and the Nokia Defendant's Opposed Motion for Leave to Amend Their Invalidity Contentions (Dkt. No. 112) (collectively, the "Motions"). The parties report that the Nokia Defendants have agreed to withdraw their opposition to TQ Delta's Motion and that TQ Delta has agreed to withdraw its opposition to

Nokia's Motion. TQ Delta and the Nokia Defendants respectfully request that the Court grant each of the above-referenced Motions as unopposed and remove the Motions from its June 29, 2022 hearing docket.

| | |
|---|---|
| Dated: June 27, 2022 | Respectfully submitted, |
| By: /s/ William E. Davis, III<br>William E. Davis, III<br>Texas State Bar No. 24047416<br>bdavis@davisfirm.com<br><br>Christian J. Hurt<br>Texas State Bar No. 24059987<br>churt@davisfirm.com<br><br>Rudolph "Rudy" Fink IV<br>Texas State Bar No. 24082997<br>rfink@davisfirm.com<br><br>Ty Wilson<br>Texas State Bar No. 24106583<br>twilson@davisfirm.com<br><br>**THE DAVIS FIRM PC**<br>213 N. Fredonia Street, Suite 230<br>Longview, Texas 75601<br>Telephone: (903) 230-9090<br>Facsimile: (903) 230-9661<br><br>**ATTORNEYS FOR PLAINTIFF TQ DELTA, LLC** | By: /s/ John D. Haynes (with permission)<br>M. Scott Stevens (NC Bar # 37828)<br>Kirk T. Bradley (NC Bar # 26490)<br>Karlee Wroblewski (NC Bar # 55043)<br>Nic Marais (NC Bar # 53533)<br>ALSTON & BIRD LLP<br>One South at the Plaza<br>101 South Tryon Street, Suite 4000<br>Charlotte, North Carolina 28280<br>Tel:  704.444.1000<br>Fax:  704.444.1111<br>Email: scott.stevens@alston.com<br>Email: kirk.bradley@alston.com<br>Email: karlee.wroblewski@alston.com<br>Email: nic.marais@alston.com<br><br>John D. Haynes (GA Bar # 340599)<br>Michael Deane (GA Bar # 498195)<br>Katherine M. Donald (GA Bar # 753449)<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Suite 4900<br>Atlanta, GA 30309<br>Tel:  404.881.7737<br>Fax:  404.881.7777<br>Email: john.haynes@alston.com<br>Email: michael.deane@alston.com<br>Email: katie.donald@alston.com<br><br>Darlena Subashi (NY Bar # 5780747)<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel: 212-210-9400<br>Fax: 212-210-9444<br>Email: darlena.subashi@alston.com |

Adam Ahnhut (TX Bar # 24106983)
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Email: adam.ahnhut@alston.com
Tel: 214.922.3400
Fax: 214.922.3899

**ATTORNEYS FOR THE NOKIA DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this June 27, 2022, with a copy of this document via CM/ECF.

/s/ William E. Davis, III
William E. Davis, III