**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TQ DELTA, LLC, | § § § § | |
| *Plaintiff*, | | |
| v. | § § | CIVIL ACTION NO.  2:21-CV-00310-JRG |
| | § | (LEAD CASE) |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| v. | § § | |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., | § § § § | CIVIL ACTION NO.  2:21-CV-00309-JRG (MEMBER CASE) |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| NOKIA OF AMERICA CORP. | § § | |
| *Third-Party Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:21-CV-00309-JRG (MEMBER CASE) |
| BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD. | § § § § § | |
| *Third-Party Defendants*. | § | |

**ORDER**

Before the Court is the Joint Notice Regarding Agreements Reached During the Meet-and-Confer Process as to Plaintiff TQ Delta, LLC's Motion for Leave to Amend its Infringement Contentions Against the Nokia Defendants (Dkt. No. 86) and the Nokia Defendants' Opposed Motion for Leave to Amend Their Invalidity Contentions (Dkt. No. 112) (the "Notice") (Dkt. No. 184) filed by Plaintiff TQ Delta LLC ("TQ Delta") and Nokia of America Corp., Nokia Corp. and Nokia Solutions and Networks Oy (collectively, "Nokia").  Also, before the Court are TQ Delta's Motion for Leave to Amend Its Infringement Contentions Against the Nokia Defendants (Dkt. No. 86) and Nokia's Opposed Motion for Leave to Amend Its Invalidity Contentions (Dkt. No. 112) (collectively, the "Motions").

In the Notice, the parties represent that Nokia has agreed to withdraw its opposition to TQ Delta's Motion for Leave to Amend Its Infringement Contentions Against the Nokia Defendants (Dkt. No. 86) and TQ Delta has agreed to withdraw its opposition to Nokia's Opposed Motion for Leave to Amend Its Invalidity Contentions (Dkt. No. 112).  The parties request that the Court grant the Motions as unopposed and remove them from the June 29, 2022 hearing docket.

Based on the foregoing, the Court **ACCEPTS AND ACKNOWLEDGES** that TQ Delta and Nokia are now each unopposed to the other's Motion.  Accordingly, having considered the Motions and noting that they are unopposed, the Court finds that they should be and hereby are **GRANTED**.  Further, the Court **ORDERS** that the hearing set for June 29, 2022, in the above-captioned cases (*see* Dkt. No. 174) is **CANCELED**.

**So ORDERED and SIGNED this 28th day of June, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE