# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.  2:21-CV-00310-JRG<br>(LEAD CASE) |
| v.<br><br>NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,<br><br>*Defendants*. | § § § § § § § § | CIVIL ACTION NO.  2:21-CV-00309-JRG<br>(MEMBER CASE) |
| NOKIA OF AMERICA CORP.<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.<br><br>*Third-Party Defendants*. | § § § § § § § § § § § | CIVIL ACTION NO.  2:21-CV-00309-JRG<br>(MEMBER CASE) |

**ORDER**

Before the Court is Third-Party Defendants Broadcom Corp., Broadcom Inc., and Avago Technologies International Sales Pte. Ltd.'s (collectively, "Broadcom") Opposed Motion for Leave to File Response to Third Party Plaintiff's New Arguments and Evidence (the "Motion"). (Dkt. No. 144). In the Motion, Broadcom requests leave to file a supplemental reply brief to Third-Party Plaintiff Nokia of America Corp.'s ("Nokia") sur-reply brief (Dkt. No. 139), which addresses issues raised in Broadcom's Motion to Dismiss (Dkt. No. 114) and subsequent briefing (*see* Dkt. No. 127; *see also* Dkt. No. 133). In the Motion, Broadcom contends that Nokia improperly introduces new arguments and evidence in its sur-reply to Broadcom's Motion to Dismiss.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that Broadcom has leave to file a supplemental brief, not to exceed three (3) pages, to address the issues raised by Nokia in its Sur-Reply in Opposition to the Third-Party Defendants' Motion to Dismiss (Dkt. No. 139), to be filed within **five (5) days** of this Order. It is further **ORDERED** that Nokia has leave to file a response, of not more than three (3) pages, to Broadcom's supplemental brief to be filed within **five (5) days** of Broadcom's filing.

So ORDERED and SIGNED this 28th day of June, 2022.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE