IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br>    *Plaintiff,*<br>v.<br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br>    *Defendants.* | CIV. A. NO. 2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br>    *Plaintiff,*<br>v.<br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br>    *Defendants.* | CIV. A. NO. 2:21-CV-309-JRG<br>(Member Case) |
| **NOKIA OF AMERICA CORP.,**<br>    *Third-Party Plaintiff,*<br>v.<br>**BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.,**<br>    *Third-Party Defendants.* | |

**ORDER DENYING BROADCOM'S MOTION TO ENTER AN
AMENDED DISCOVERY ORDER**

Pending before the Court is Third-Party Defendants Broadcom Corp., Broadcom Inc., and

Avago Technologies International Sales Pte. Ltd. (collectively, "Broadcom's") Opposed Motion

to Enter Amended Discovery Order (Dkt. No. 179). The Court, having considered the Motion, is of the opinion that the Motion should be **DENIED** as to Proposal A.

It is therefore **ORDERED** that Broadcom's Opposed Motion to Enter Amended Discovery Order (Dkt. No. 179) is hereby **DENIED** as to Proposal A.