IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>　　Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED**<br><br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.<br><br>　　Defendants. | § § § § § § | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |
| NOKIA OF AMERICA CORP.<br><br>　　Third-Party Plaintiff,<br><br>v.<br><br>BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.,<br><br>　　Third-Party Defendants. | § § § § § § § § § § § § § | |

**ORDER**

Before the Court is Third-Party Defendants Broadcom Corp., Broadcom Inc., and Avago Technologies International Sales Pte. Ltd.'s (collectively, "Broadcom") Opposed Motion to Enter Amended Docket Control Order ("Motion") (Dkt. No. 178) and Plaintiff TQ Delta, LLC's Response.

After considering the briefing, the Court finds that with respect to Proposal B, Broadcom's Motion shall be **DENIED**.

**SO ORDERED.**