IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>    *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br>(Lead Case)<br><br>FILED UNDER SEAL |
| TQ Delta, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>Nokia Corp., *et al.*,<br>    *Defendants*. | Civil Action No.: 2:21-CV-00309-JRG<br>(Member Case) |
| Nokia of America Corp.,<br>    *Third-Party Plaintiff*,<br><br>v.<br><br>Broadcom Corp., *et al.*,<br>    *Third-Party Defendants*. | |

**DECLARATION OF RUDOLPH FINK IV**

I, Rudolph Fink IV, state as follows in support of Plaintiff TQ Delta, LLC's First Motion to Compel Discovery from Nokia:

1. I am a partner at the The Davis Firm, P.C. and counsel of record for TQ Delta, LLC. I am a member of good standing of the State Bar of Texas. I have personal knowledge of the facts set forth in this Declaration.

2. Exhibit 1 contains true and correct copy of excerpts from TQ Delta's March 10, 2022 letter to Nokia regarding "Nokia's Production of Relevant Documents."

3.  Exhibit 2 contains true and correct copy of excerpts from the June 16, 2022 30(b)(6) deposition of Nokia Defendant's Patrick Neirynck.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of July 2022, in Dallas, Texas.

                                                /s/ Rudolph Fink IV
                                                Rudolph Fink IV