IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>    *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br>(Lead Case)<br><br>FILED UNDER SEAL |
| TQ Delta, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>Nokia Corp., *et al.*,<br>    *Defendants*. | Civil Action No.: 2:21-CV-00309-JRG<br>(Member Case) |
| Nokia of America Corp.,<br>    *Third-Party Plaintiff*,<br><br>v.<br><br>Broadcom Corp., *et al.*,<br>    *Third-Party Defendants*. | |

## ORDER

Before the Court is Plaintiff's First Motion to Compel Discovery from Nokia ("Motion"). Having reviewed the briefing in light of the record and the applicable law, the Court hereby GRANTS the Motion and ORDERS the following relief:

- Nokia shall produce, at all possible speed, but within no more than 7 days, its financial information for worldwide (e.g., per country) and pre-2015 sales related to the accused

DSL products, including the "█████████" discussed in the Motion a full response to document request nos. 92 and 93 in the Motion.

- Nokia shall produce, at all possible speed, but within no more than 7 days, its market studies and analysis responsive to document request nos. 107 and 112 (in the Motion), including the █████████████ reports in its possession, custody, or control.