**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TQ Delta, LLC,<br>　　　*Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>　　　*Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br>(Lead Case) |
| TQ Delta, LLC,<br>　　　*Plaintiff*,<br><br>v.<br><br>Nokia Corp., *et al.*,<br>　　　*Defendants*. | Civil Action No.: 2:21-CV-00309-JRG<br>(Member Case) |
| Nokia of America Corp.,<br>　　　*Third-Party Plaintiff*,<br><br>v.<br><br>Broadcom Corp., *et al.*,<br>　　　*Third-Party Defendants*. | |

**DECLARATION OF RUDOLPH FINK IV**

I, Rudolph Fink IV, state as follows in support of Plaintiff TQ Delta, LLC's First Motion to Compel Deposition from Nokia:

1. I am a partner at the The Davis Firm, P.C. and counsel of record for TQ Delta, LLC. I am a member of good standing of the State Bar of Texas. I have personal knowledge of the facts set forth in this Declaration.

2. Exhibit A contains true and correct copy the LinkedIn profile for Mr. Danny Van Bruyssel.

3. Exhibit B contains true and correct copy of excerpts Nokia's Privilege Log, dated June 7, 2022.

4. Exhibit C contains the first page of a true and correct copy of an email exchange between the parties dated June 10, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of July 2022, in Dallas, Texas.

/s/ Rudolph Fink IV
Rudolph Fink IV