# EXHIBIT A

# Danny Van Bruyssel

DSL PHY Architect at Nokia, Bell Labs Fellow
Antwerp

## Contact

www.linkedin.com/in/danny-van-bruyssel-731176101 (LinkedIn)

## Top Skills

ADSL
VDSL
G.fast

## Languages

German (Elementary)
Spanish (Elementary)
Dutch (Native or Bilingual)
English (Full Professional)
French (Limited Working)

## Experience

**Nokia**
DSL PHY Architect
January 2017 - Present (5 years 5 months)
Antwerp, Belgium

**Alcatel-Lucent**
DSL PHY Architect
May 1996 - December 2016 (20 years 8 months)
Antwerp, Belgium

Fixed Access Networks R&D
- DSL PHY Architect
- ITU standardisation representative

Bell Labs Fellow

ADSL, VDSL, Vectoring, Gfast
Digital Signal Processing
Modulation, Coding

**Telindus**
DSP Team Lead R&D Voiceband modems
September 1985 - April 1996 (10 years 8 months)
Belgium, Leuven area

Research and Development of high-end Voiceband modems
with proprietary extensions for enabling network management for use in enterprise networks.

(from the early CCITT V21 (300 bps) upto the ITU V34 (33 kbps) )

---

## Education

**University of Leuven**
Master's Degree, Electrical, Electronics and Communications Engineering · (1979 - 1984)