# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>    *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br>(Lead Case)<br><br>FILED UNDER SEAL |
| TQ Delta, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>Nokia Corp., *et al.*,<br>    *Defendants*. | Civil Action No.: 2:21-CV-00309-JRG<br>(Member Case) |
| Nokia of America Corp.,<br>    *Third-Party Plaintiff*,<br><br>v.<br><br>Broadcom Corp., *et al.*,<br>    *Third-Party Defendants*. | |

## **ORDER**

Before the Court is Plaintiff's First Motion to Compel Deposition from Nokia ("Motion"). Having reviewed the briefing, in light of the record and the applicable law, the Court hereby GRANTS the Motion and ORDERS the following relief:

- Nokia shall provide, at all possible speed, but within no more than 7 days, Mr. Danny Van Bruyssel for his 30(b)(1) deposition for approximately 4 to 6.5 hours.