# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,** | |
| *Plaintiff,* | |
| v. | CIV. A. NO.  2:21-CV-310-JRG |
| **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC** | (Lead Case) |
| *Defendants.* | |

| | |
|---|---|
| **TQ DELTA, LLC,** | |
| *Plaintiff,* | |
| v. | CIV. A. NO.  2:21-CV-309-JRG |
| **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,** | (Member Case) |
| *Defendants.* | |

| |
|---|
| **NOKIA OF AMERICA CORP.,** |
| *Third-Party Plaintiff,* |
| v. |
| **BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.,** |
| *Third-Party Defendants.* |

## ORDER GRANTING NOKIA'S MOTION TO COMPEL
## DISCOVERY NEEDED FROM BROADCOM

Pending before the Court is Third-Party Plaintiff's Nokia of America Corporation's Motion

to Compel Discovery From Broadcom.  The Court, having considered the Motion, is of the opinion that the Motion should be **GRANTED**.

Broadcom is further directed to conduct a diligent search for, and to produce to Nokia the following categories of relevant documents:

1.  License Agreements Related to the BCM Chipsets (Request Nos. 1 and 14)

2.  Costs for Production of BCM Chipsets (Request Nos. 1 and 11)

3.  Pricing of the BCM Chipsets Sold to Other Customers or Third Parties (Request No. 7)

4.  Documents Relating to Past Requests for Indemnification (Request Nos. 1 and 14)

It is therefore **ORDERED** that Broadcom shall have seven (7) days from the entry of this Order to produce the foregoing documents to Nokia or be subject to potential sanctions for delay.