# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br>　　　　　　　　*Plaintiff*,<br>v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,**<br>　　　　　　　　*Defendants*. | CIV. A. NO. 2:21-CV-310-JRG<br>(Lead Case) |

| | |
|---|---|
| **TQ DELTA, LLC,**<br>　　　　　　　　*Plaintiff*,<br>v.<br><br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br>　　　　　　　　*Defendants*. | CIV. A. NO. 2:21-CV-309-JRG<br>(Member Case) |
| **NOKIA OF AMERICA CORP.,**<br>　　　　　　　　*Third-Party Plaintiff*,<br>v.<br><br>**BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.,**<br>　　　　　　　　*Third-Party Defendants*. | |

## **DECLARATION OF KARLEE WROBLEWSKI**

I, Karlee Wroblewski, hereby declare under penalty of perjury that:

2

1.       I am an attorney at the law firm of Alston & Bird LLP, counsel for Third Party Plaintiff Nokia of America Corporation. I am a member in good standing of the North Carolina and am admitted to practice before this Court. Except where otherwise indicated, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2.       Exhibit A contains a true and correct copy of excerpts of email correspondence from Karlee Wroblewski, counsel for Nokia, to Kent Dallow, counsel for Broadcom, dated June 30, 2022.

3.       Amended Exhibit B contains a true and correct copy of letter correspondence from Kent Dallow, counsel for Broadcom, to Scott Stevens, counsel for Nokia, dated July 5, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2022                                              Respectfully submitted,

                                                                                   */s/ Karlee Wroblewski*
                                                                                  Karlee Wroblewski