# EXHIBIT A

# Wroblewski, Karlee

| | |
|---|---|
| **From:** | Wroblewski, Karlee |
| **Sent:** | Thursday, June 30, 2022 3:40 PM |
| **To:** | 'Kent Dallow' |
| **Cc:** | Dan Young; Tara Damhoff; Ken Chang; Tom Gorham; Nokia309 |
| **Subject:** | RE: Nokia v. BCM - Correspondence from S. Stevens |

Counsel,

Following up on our meet and confer, Nokia provides the following additional information related to the deficiencies identified in its June 24, 2022 letter.

REQUEST NOS. 1 AND 14: As discussed, Nokia agrees to limit its requests for license agreements to the license agreements and related royalty or sales reports necessary to perform a damages analysis, not the surrounding documents and communications. This agreement is subject to Broadcom providing the information that is the subject of the other requests in its letter, including cost and pricing information in the form of purchase agreements, purchase orders, and BOMs.

REQUEST NO. 7: As discussed, Nokia agrees to limit its requests for pricing of Broadcom chipsets sold to customers or third parties other than Nokia to purchase agreements, purchase orders, and BOMs, rather than "all documents."

Again, each of these requests are related to Nokia's damages evaluation and indemnification claim. None of these requests is overly broad or unduly burdensome and are highly relevant to the claims at issue in this proceeding. Please advise if your positions have changed in light of our conversations or narrowing of the topics as provided above.

Our lead and local can be available on Tuesday, July 5th from 12:00pm – 3:00pm ET and after 4:00pm ET. Please provide your availability during those windows for a meet and confer.

Best,
Karlee

**Karlee N. Wroblewski | Alston & Bird LLP**
704.444.1299 office **|** 715.808.4562 mobile

**From:** Kent Dallow <KDallow@AdseroIP.com>
**Sent:** Monday, June 27, 2022 11:54 AM
**To:** Wroblewski, Karlee <Karlee.Wroblewski@alston.com>
**Cc:** Dan Young <DYoung@AdseroIP.com>; Tara Damhoff <TDamhoff@AdseroIP.com>; Ken Chang <Ken@AdseroIP.com>; Tom Gorham <tom@gillamsmithlaw.com>; Nokia309 <Nokia309@alston.com>
**Subject:** Re: Nokia v. BCM - Correspondence from S. Stevens

**EXTERNAL SENDER – Proceed with caution**

Hello Karlee,

Wednesday at 1:00 PM ET / 11:00 AM MT works for us, thank you for circulating the invite.

Best,

1