# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>                  *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>                  *Defendants*. | Civil Action No.: 2:21-cv-310-JRG |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants CommScope Holding Company, Inc., CommScope, Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (collectively, "CommScope"), file this Notice of Appearance, and hereby notify the Court that Lana S. Shiferman, of the law firm Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210; Telephone (617) 570-1450, Fax (617) 801-8828, E-mail: lshiferman@goodwin.com has entered this action as counsel for CommScope. In connection with this notice, Ms. Shiferman requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the above address and contact information.

Dated: July 12, 2022

                                                        Respectfully submitted,

                                                        By: /s/ *Lana S. Shiferman*
                                                        Lana S. Shiferman
                                                        Goodwin Procter LLP
                                                        100 Northern Avenue

Boston, MA 02210
617-570-1450 – Tel.
617-801-8828 - Fax
LShiferman@goodwinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2022, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Lana S. Shiferman*
Lana S. Shiferman