IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br>           *Plaintiff,*<br>     v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br>           *Defendants.* | CIV. A. NO.  2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br>           *Plaintiff,*<br>     v.<br><br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br>           *Defendants.* | CIV. A. NO.  2:21-CV-309-JRG<br>(Member Case) |
| **NOKIA OF AMERICA CORP.,**<br>           *Third-Party Plaintiff,*<br>     v.<br><br>**BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.,**<br>           *Third-Party Defendants.* | |

**ORDER GRANTING NOKIA'S MOTION TO COMPEL
<u>DISCOVERY NEEDED FROM TQ DELTA</u>**

Pending before the Court is Defendant Nokia Corp., Nokia Solutions and Networks OY,

and Nokia Corporation of America Corp.'s (collectively, "Nokia") Motion to Compel Discovery

- 1 -

from TQ Delta, LLC ("TQ Delta") (Dkt. No. ___). The Court, having considered the Motion, is of the opinion that the Motion should be **GRANTED**.

TQ Delta is further directed to conduct a diligent search for, and to produce to Nokia the following categories of relevant documents:

1. Documents Relating to Unredacted Financials (Request Nos. 21 and 59)

2. Documents Relating to Unredacted Valuation Reports Regarding the Asserted Patents (Request Nos. 31, 32, and 59)

3. Documents Relating to Unredacted Invoices Paid by TQ Delta to ▮▮▮▮▮▮ ▮▮▮▮▮▮ (Nos. 41, 42, and 59)

4. Documents Relating to Unredacted TQ Delta LLC Agreements (Nos. 41, 42, and 59)

5. TQ Delta's Negotiation Documents Concerning the Acquisition of the Asserted Patents (Nos. 31, 32, and 59)

It is therefore **ORDERED** that TQ Delta shall have seven (7) days from the entry of this Order to produce the foregoing documents to Nokia or be subject to potential sanctions for delay.