**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TQ DELTA, LLC, | § § § § | |
| *Plaintiff*, | § | |
| v. | § § | CIVIL ACTION NO.  2:21-CV-00310-JRG |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § § § | (LEAD CASE) |
| *Defendants*. | § | |

| | | |
|---|---|---|
| v. | § § | |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., | § § § § § | CIVIL ACTION NO.  2:21-CV-00309-JRG (MEMBER CASE) |
| *Defendants*. | § | |

| | | |
|---|---|---|
| NOKIA OF AMERICA CORP. | § § | |
| *Third-Party Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:21-CV-00309-JRG (MEMBER CASE) |
| BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD. | § § § § § | |
| *Third-Party Defendants*. | § | |

**ORDER**

The Court issues this Order *sua sponte*. Before the Court is the Opposed Motion for Leave to File Second Response to Third-Party Plaintiff's New Arguments and Evidence (the "Motion") (Dkt. No. 205) filed by Third-Party Defendants Broadcom Corp., Broadcom Inc., and Avago International Sales Pte. Ltd. (collectively, "Broadcom"). In the Motion, Broadcom requests that the Court grant it leave to file a response to Nokia's new arguments and evidence raised in Third-Party Plaintiff Nokia of America Corp.'s ("Nokia") Reply to Third-Party Defendants' Supplemental Briefing (Dkt. No. 191). (Dkt. No. 205 at 2).

Having considered the Motion, the Court **ORDERS** that briefing on the Motion be **expedited** such that Nokia's response to the same is due on **Monday, July 18, 2022**. No further briefing relative hereto shall be submitted without prior order of the Court.

**So ORDERED and SIGNED this 13th day of July, 2022.**

*[Signature]*
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE