# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>　　　*Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>　　　*Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br>(Lead Case) |
| TQ Delta, LLC,<br>　　　*Plaintiff*,<br><br>v.<br><br>Nokia Corp., *et al.*,<br>　　　*Defendants*. | Civil Action No.: 2:21-CV-00309-JRG<br>(Member Case) |
| Nokia of America Corp.,<br>　　　*Third-Party Plaintiff*,<br><br>v.<br><br>Broadcom Corp., *et al.*,<br>　　　*Third-Party Defendants*. | |

## ORDER

Before the Court is Plaintiff TQ Delta, LLC's and Third-Party Defendants Broadcom Corp., Broadcom Inc., and Avago Technologies International Sales Pte. Ltd.'s Joint Motion to Sever Nokia America's Indemnification Claim Against Broadcom ("Motion"). Having reviewed the briefing in light of the record and the applicable law, the Court hereby GRANTS the Motion and ORDERS that Third-Party Plaintiff Nokia of America Corp.'s indemnification claim is SEVERED from the claims, Plaintiff, and Defendants in Cause No. 2:21-cv-00310 and Cause No. 2:12-cv-00309 into a new cause of action.