IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, NOKIA CORP., NOKIA SOLUTIONS AND NOKIA OF AMERICA CORP.,<br><br>       Defendants<br><br>NOKIA OF AMERICA CORP.<br><br>       Third-Party Plaintiff,<br><br>  v.<br><br>BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.<br><br>       Third-Party Defendants | Civil Action No. 2:21-CV-00310-JRG<br>(Lead Case)<br><br>Civil Action No. 2:21-CV-00309-JRG<br>(Member Case) |

### ORDER DENYING BROADCOM'S MOTION TO ENTER AMENDED PROTECTIVE ORDER

Before the Court is Third Party Defendants Broadcom Corp., Broadcom, Inc., and Avago Technologies International Sales Pte. Ltd.'s (collectively "Broadcom") Motion to Enter Amended Protective Order, Dkt. No. 194.

After considering the briefing, the Court is of the opinion that the Motion should be and is hereby DENIED.