# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC, <br>     *Plaintiff*, <br><br> v. <br><br> CommScope Holding Company, Inc., *et al.*, <br>     *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG <br> (Lead Case) |
| TQ Delta, LLC, <br>     *Plaintiff*, <br><br> v. <br><br> Nokia Corp., *et al.*, <br>     *Defendants*. | Civil Action No.: 2:21-CV-00309-JRG <br> (Member Case) |
| Nokia of America Corp., <br>     *Third-Party Plaintiff*, <br><br> v. <br><br> Broadcom Corp., *et al.*, <br>     *Third-Party Defendants*. | |

## ORDER

Pending before the Court is Third-Party Defendants Broadcom Corp., Broadcom Inc., and Avago Technologies International Sales Pte. Ltd. (collectively, "Broadcom's") Opposed Motion to Enter Amended Protective Order (Dkt. No. 194). The Court, having considered the Motion, is of the opinion that the Motion should be **DENIED**.

It is therefore **ORDERED** that Broadcom's Opposed Motion to Enter Amended Protective Order (Dkt. No. 194) is hereby **DENIED**.