## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>         *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>         *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br>(Lead Case) |
| TQ Delta, LLC,<br>         *Plaintiff*,<br><br>v.<br><br>Nokia Corp., *et al.*,<br>         *Defendants*. | Civil Action No.: 2:21-CV-00309-JRG<br>(Member Case) |
| Nokia of America Corp.,<br>         *Third-Party Plaintiff*,<br><br>v.<br><br>Broadcom Corp., *et al.*,<br>         *Third-Party Defendants*. | |

## **ORDER**

Before the Court is Plaintiff's First Motion to Compel CommScope ("Motion"). Having reviewed the briefing in light of the record and the applicable law, the Court hereby GRANTS the Motion and ORDERS the following relief:

- CommScope shall include relevant pre-2015 material related to the accused products within the scope of discovery, including its activities and financials regarding the

accused products. CommScope shall produce, at all possible speed but within no more than 7 days, any documents withheld under this scope.

- CommScope shall include its worldwide material related to the accused products within the scope of discovery, including worldwide sales of the accused products and products developed / made, at least in part, in the U.S. CommScope shall produce, at all possible speed but within no more than 7 days, any documents withheld under this scope.