IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br>     *Plaintiff*,<br>v.<br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,**<br>     *Defendants*. | CIV. A. NO. 2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br>     *Plaintiff*,<br>v.<br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br>     *Defendants*. | CIV. A. NO. 2:21-CV-309-JRG<br>(Member Case) |

### DECLARATION OF KARLEE WROBLEWSKI

I, Karlee Wroblewski, hereby declare under penalty of perjury that:

1. I am an attorney at the law firm of Alston & Bird LLP, counsel for Defendants Nokia Corp., Nokia Solutions and Networks OY, and Nokia of America Corporation. I am a member in good standing of the North Carolina and am admitted to practice before this Court. Except where otherwise indicated, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. Exhibit A contains a true and correct copy of excerpts of e-mail correspondence from K. Wroblewski, counsel for Nokia, to counsel for TQ Delta, LLC, dated June 13, 2022.

3. Exhibit B contains a true and correct copy of e-mail correspondence from Rudy Fink, counsel for TQ Delta, LLC, to counsel for Nokia, dated July 6, 2022.

4. Exhibit C contains a true and correct copy of e-mail correspondence between Rudy Fink, counsel for TQ Delta, LLC, and Scott Stevens and Karlee Wroblewski, counsel for Nokia, dated July 10, 21, and 22, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 25, 2022                                    Respectfully submitted,

                                                        */s/ Karlee Wroblewski*
                                                        Karlee Wroblewski