IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br>     *Plaintiff,*<br>  v.<br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br>     *Defendants.* | CIV. A. NO. 2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br>     *Plaintiff,*<br>  v.<br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br>     *Defendants.* | CIV. A. NO. 2:21-CV-309-JRG<br>(Member Case) |

### ORDER DENYING TQ DELTA'S FIRST MOTION TO COMPEL DEPOSITION FROM NOKIA

Pending before the Court is Plaintiff TQ Delta, LLC ("TQ Delta's") First Motion to Compel Deposition from Nokia. Dkt. 199. The Court, having considered the Motion, is of the opinion that the Motion should be **DENIED**.

It is therefore **ORDERED** that TQ Delta's First Motion to Compel Deposition from Nokia, Dkt. 199, is hereby **DENIED**.