# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br><br>       *Plaintiff*,<br>   v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br><br>       *Defendants*. | CIV. A. NO.  2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br><br>       *Plaintiff*,<br>   v.<br><br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br><br>       *Defendants*. | CIV. A. NO.  2:21-CV-309-JRG<br>(Member Case) |

## NOKIA'S NOTICE OF DISCOVERY DISCLOSURE

Defendants Nokia of America Corporation, Nokia Corporation, and Nokia Solutions and Networks, Oy hereby provide notice, under Local Rule CV-26(c), that on July 28, 2022 they complied with P.R. 3-6 and served their Amended Invalidity Contentions on counsel of record for Plaintiff TQ Delta, LLC ("TQ Delta").

Dated: July 28, 2022	Respectfully submitted,

*/s/ M. Scott Stevens*
M. Scott Stevens (NC Bar # 37828)
Karlee Wroblewski (NC Bar # 55043)
Nicholas Marais (NC Bar # 53533)
**ALSTON & BIRD LLP**
One South at the Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Tel: 704.444.1000
Fax: 704.444.1111
Email: scott.stevens@alston.com
Email: karlee.wroblewski@alston.com
Email: nic.marais@alston.com

John D. Haynes (GA Bar # 340599)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Tel: 404.881.7737
Fax: 704.444.1111
Email: john.haynes@alston.com

*Counsel for Defendants Nokia Corp.,
Nokia Solutions and Networks Oy, and
Nokia of America Corp.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served electronically on July 28, 2022, on all counsel who have consented to electronic service.

                                                  /s/ *M. Scott Stevens*
                                                  M. Scott Stevens