IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>　　Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **JURY TRIAL DEMANDED**<br><br><br><br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§ | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

**PLAINTIFF TQ DELTA, LLC'S NOTICE OF DISCOVERY DISCLOSURE**

Plaintiff TQ Delta, LLC hereby provides notice, under Local Rule CV-26(c) and the Docket Control Order that on July 29, 2022 it served its Second Privilege Log on counsel of record for Defendants.

Dated: August 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　　/s/ William E. Davis, III

　　　　　　　　　　　　　　　　　　　　　　　　William E. Davis, III
　　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24047416
　　　　　　　　　　　　　　　　　　　　　　　　bdavis@davisfirm.com

　　　　　　　　　　　　　　　　　　　　　　　　Christian J. Hurt
　　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24059987
　　　　　　　　　　　　　　　　　　　　　　　　churt@davisfirm.com

　　　　　　　　　　　　　　　　　　　　　　　　Rudolph "Rudy" Fink IV
　　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24082997
　　　　　　　　　　　　　　　　　　　　　　　　rfink@davisfirm.com

Edward Chin
Texas State Bar No. 50511688
echin@davisfirm.com

Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com
**THE DAVIS FIRM PC**

213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

*Counsel for Plaintiff TQ Delta, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed and served electronically in compliance with Local Rule CV-5(a).  As such, this document is being served this August 1, 2022 on all counsel of record, each of whom is deemed to have consented to electronic service.  L.R. CV-5(a)(3)(A).

/s/   William E. Davis, III
William E. Davis, III

2