**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>    Plaintiff,<br><br>v. | §<br>§<br>§<br>§<br>§ | **JURY TRIAL DEMANDED** |
| COMMSCOPE HOLDING COMPANY,<br>INC., COMMSCOPE INC., ARRIS<br>INTERNATIONAL LIMITED, ARRIS<br>GLOBAL LTD., ARRIS US HOLDINGS,<br>INC., ARRIS SOLUTIONS, INC., ARRIS<br>TECHNOLOGY, INC., and ARRIS<br>ENTERPRISES, LLC, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action 2:21-cv-310-JRG**<br>**(Lead Case)** |
| NOKIA CORP., NOKIA SOLUTIONS<br>AND NETWORKS OY, and NOKIA OF<br>AMERICA CORP.<br><br>    Defendants. | §<br>§<br>§<br>§<br>§ | **Civil Action No. 2:21-cv-309-JRG**<br>**(Member Case)** |

**PLAINTIFF TQ DELTA, LLC'S NOTICE OF**
**DOCUMENTS FOR *IN CAMERA* REVIEW**

As referenced in Plaintiff TQ Delta, LLC's ("TQ Delta") Response (Dkt. No. 233) to Nokia

Solutions and Networks Oy, and Nokia of America Corp.'s (collectively, "Nokia") Motion to

Compel Discovery (Dkt. No. 201), TQ Delta respectfully submits the accompanying flash drive

containing documents for *in camera* review.  The flash drive contains the following materials:

**(1)**    This Notice;

**(2)**    TQ Delta's Second Privilege Log;

**(3)**    The nine (9) relevant valuation reports that have been produced by TQ Delta with
redactions, along with corresponding un-redacted versions of each valuation report;

**(4)**    Ten (10) exemplary invoices from Tzannes Patent Management, LLC that have
been produced by TQ Delta with redactions, along with corresponding un-redacted
versions of each invoice.

To aid in the Court's review of the above-listed materials, TQ Delta provides the below explanatory notes:

**Valuation Reports**

Two (2) of the valuation reports (namely, TQD_TX00176571-TQD_TX00176676 and TQD_TX00176677-TQD_TX00176816) contain redactions both to information TQ Delta believes to be privileged and to information TQ Delta seeks to limit discovery of under Federal Rule of Civil Procedure 26(c). So that the Court may differentiate between these two types of redactions, within the un-redacted original versions of the documents the information that has been redacted under an assertion of privilege is highlighted in yellow and the information that has been redacted under Rule 26(c) is highlighted in red. Further, below are tables that provide, for each particular redaction, a citation to the page on which the redaction appears and the basis TQ Delta asserts for maintaining the redaction:

| TQD_TX00176571-TQD_TX00176676 (February 10, 2014 Report) | |
| --- | --- |
| **Redactions Based on AC/WP Privilege** | **Redactions Based on Rule 26(c)** |
| TQD_TX00176635 - TQD_TX00176637 | TQD_TX00176572 - TQD_TX00176575 |
| TQD_TX00176642 | TQD_TX00176578 |
| | TQD_TX00176582 - TQD_TX00176619 |
| | TQD_TX00176645 - TQD_TX00176647 |
| | TQD_TX00176649 - TQD_TX00176651 |
| | TQD_TX00176658 - TQD_TX00176663 |
| | TQD_TX00176666 |

| TQD_TX00176677-TQD_TX00176816 (February 19, 2015 Report) | |
| --- | --- |
| **Redactions Based on AC/WP Privilege** | **Redactions Based on Rule 26(c)** |
| TQD_TX00176749 - TQD_TX00176751 | TQD_TX00176678 - TQD_TX00176681 |
| TQD_TX00176756 | TQD_TX00176683 |
| | TQD_TX00176685 |
| | TQD_TX00176690 - TQD_TX00176732 |

|  | TQD_TX00176759 - TQD_TX00176773 |
|--|--|
|  | TQD_TX00176776 - TQD_TX00176778 |
|  | TQD_TX00176785 - TQD_TX00176786 |
|  | TQD_TX00176789 - TQD_TX00176795 |
|  | TQD_TX00176799 - TQD_TX00176800 |

For the remainder of the valuation reports, information has only been redacted on the basis of attorney-client communications privilege and/or under the work product doctrine.  Within the un-redacted original versions this information has been highlighted in yellow.  Citations to the pages within these reports on which the redactions appear are provided below:

| Report | Pincite |
|--------|---------|
| TQD_TX00176817-TQD_TX00176882 (February 18, 2016 Report) | TQD_TX00176844 - TQD_TX00176845; TQD_TX00176849 |
| TQD_TX00176883-TQD_TX00176952 (March 20, 2017 Report) | TQD_TX00176910 - TQD_TX00176912; TQD_TX00176916 |
| TQD_TX00176953-TQD_TX00177032 (February 20, 2018 Report) | TQD_TX00176981 - TQD_TX00176983; TQD_TX00176986 - TQD_TX00176987 |
| TQD_TX00377136-TQD_TX00377210 (April 12, 2019 Report) | TQD_TX00377163; TQD_TX00377165; TQD_TX00377168 - TQD_TX00377169 |
| TQD_TX00377211-TQD_TX00377251 (February 14, 2020 Report) | TQD_TX00377236 - TQD_TX00377238; TQD_TX00377241 |
| TQD_TX00377252-TQD_TX00377290 (February 15, 2021 Report) | TQD_TX00377277 - TQD_TX00377278; TQD_TX00377280 |
| TQD_TX00429371-TQD_TX00429432 (February 17, 2022) | TQD_TX00429396 - TQD_TX00429398; TQD_TX00429400 |

## TZANNES INVOICES

The ten (10) exemplary redacted invoices are comprised of one (1) invoice selected for each of the years 2013 through 2022.  The entirety of the redactions to the invoices were made on the basis of the attorney-client communications privilege and/or the work product doctrine.  For each redacted invoice there is a corresponding unredacted original invoice.  In each of these

corresponding original invoices, the information that has been redacted has been highlighted in yellow.

Dated: August 1, 2022

/s/  William E. Davis, III

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

Edward Chin
Texas State Bar No. 50511688
echin@davisfirm.com

Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com
**THE DAVIS FIRM PC**

213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

*Counsel for Plaintiff TQ Delta, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served this August 1,

2022 on all counsel of record, each of whom is deemed to have consented to electronic service.

L.R. CV-5(a)(3)(A).

_/s/_  William E. Davis, III
William E. Davis, III