IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br>    *Plaintiff,*<br>  v.<br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br>    *Defendants.* | CIV. A. NO.  2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br>    *Plaintiff,*<br>  v.<br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br>    *Defendants*. | CIV. A. NO.  2:21-CV-309-JRG<br>(Member Case) |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO EXPEDITE BRIEFING SCHEDULE REGARDING DEFENDANTS' SECOND MOTION FOR ENTRY OF ORDER FOCUSING PATENT CLAIMS**

Defendants Nokia of America Corporation, Nokia Corporation, Nokia Solutions and Networks Oy (collectively, "Nokia"), and CommScope Holding Company, Inc., CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (collectively, "CommScope") (together, "Defendants") filed a Motion to Expedite Briefing Schedule Regarding Defendants' Second Motion for Entry of Order Focusing Patent Claims (Dkt. No. __).

1

Having reviewed the parties' briefing and considered the merits, the Court is of the opinion that the motion should be **GRANTED**. Therefore, the deadline for TQ Delta, LLC to respond to Defendants' Motion to Focus Patent Claims is Friday, August 5, 2022.