**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **TQ DELTA, LLC,** <br> *Plaintiff,* <br> v. <br><br> **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC** <br> *Defendants.* | CIV. A. NO.  2:21-CV-310-JRG <br> (Lead Case) |
| **TQ DELTA, LLC,** <br> *Plaintiff,* <br> v. <br><br> **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,** <br> *Defendants.* | CIV. A. NO.  2:21-CV-309-JRG <br> (Member Case) |

**JOINT STIPULATION REGARDING THE PRODUCTION OF CERTAIN DOCUMENTS FROM TQ DELTA**

Plaintiff TQ Delta, LLC ("TQ Delta") and Defendants Nokia Corp., Nokia Solutions and Networks Oy and Nokia of America Corp. ("Nokia Defendants") (collectively, "Parties"), by and through their counsel of record, stipulate as follows:

The Parties have agreed and stipulated to the qualified production of unredacted financial documents and LLC Agreements subject to Nokia's Motion to Compel Discovery From TQ Delta, Dkt. 201.

The Parties have agreed that TQ Delta shall produce the unredacted versions of such documents by Tuesday, August 2, 2022, and Nokia has agreed to restrict the confidentiality

designation to "AEO-OUTSIDE COUNSEL ONLY," meaning that Nokia will not disclose the unredacted versions of such documents to any individual encompassed in paragraph 5(c) of the governing Protective Order (Dkt. No. 61).

Accordingly, the Parties have agreed to be bound by the terms of this stipulation.

STIPULATED AND AGREED TO BY ALL PARTIES:

Dated: August 1, 2022

Respectfully submitted,

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com

**THE DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

ATTORNEYS FOR PLAINTIFF
TQ DELTA, LLC

By: /s/ M. Scott Stevens (with permission)
M. Scott Stevens (NC Bar # 37828)
Kirk T. Bradley (NC Bar # 26490)
Karlee Wroblewski (NC Bar # 55043)
Nic Marais (NC Bar # 53533)
ALSTON & BIRD LLP
One South at the Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Tel:  704.444.1000
Fax:  704.444.1111
Email: scott.stevens@alston.com
Email: kirk.bradley@alston.com
Email: karlee.wroblewski@alston.com
Email: nic.marais@alston.com

John D. Haynes (GA Bar # 340599)
Michael Deane (GA Bar # 498195)
Katherine M. Donald (GA Bar # 753449)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Tel:  404.881.7737
Fax:  404.881.7777
Email: john.haynes@alston.com
Email: michael.deane@alston.com
Email: katie.donald@alston.com

Darlena Subashi (NY Bar # 5780747)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016

Tel: 212-210-9400
Fax: 212-210-9444
Email: darlena.subashi@alston.com

Adam Ahnhut (TX Bar # 24106983)
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Email: adam.ahnhut@alston.com
Tel: 214.922.3400
Fax: 214.922.3899

**ATTORNEYS FOR THE NOKIA
DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic

service are being served this this August 1, 2022, with a copy of this document via CM/ECF.


/s/ William E. Davis, III
William E. Davis, III