IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br>    *Plaintiff*,<br>v.<br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br>    *Defendants*. | CIV. A. NO.  2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br>    *Plaintiff*,<br>v.<br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br>    *Defendants*. | CIV. A. NO.  2:21-CV-309-JRG<br>(Member Case) |

**JOINT STIPULATION REGARDING THE PRODUCTION OF CERTAIN DOCUMENTS FROM TQ DELTA**

Plaintiff TQ Delta, LLC ("TQ Delta") and Defendants CommScope Holding, Inc., CommScope Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc. and Arris Enterprises, LLC ("CommScope Defendants") (collectively, "Parties"), by and through their counsel of record, stipulate as follows:

The Parties have agreed and stipulated to the qualified production of unredacted financial documents and LLC Agreements subject to Nokia's Motion to Compel Discovery From TQ Delta, Dkt. 201.

The Parties have agreed that TQ Delta shall produce the unredacted versions of such documents by Tuesday, August 2, 2022, and CommScope has agreed to restrict the confidentiality designation to "AEO-OUTSIDE COUNSEL ONLY," meaning that CommScope will not disclose the unredacted versions of such documents to any individual encompassed in paragraph 5(c) of the governing Protective Order (Dkt. No. 61).

Accordingly, the Parties have agreed to be bound by the terms of this stipulation.

STIPULATED AND AGREED TO BY ALL PARTIES:

Dated: August 1, 2022

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com

**THE DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

ATTORNEYS FOR PLAINTIFF
TQ DELTA, LLC

Respectfully submitted,

By: /s/ Andrew Ong (with permission)
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave, Ste. 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Douglas J. Kline
Lana Shiferman
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
P:  (617) 570-1000
F:  (617) 523-1231
dkline@goodwinlaw.com
lshiferman@goodwinlaw.com

Brett Schuman
Rachel M. Walsh
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P:  (415) 733-6000
F:  (415) 677-9041

bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
GOODWIN PROCTER LLP
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

*Attorney for Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., ARRIS Enterprises, LLC*

**ATTORNEYS FOR THE COMMSCOPE DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this this August 1, 2022, with a copy of this document via CM/ECF.

/s/ William E. Davis, III
William E. Davis, III