IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>      *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>      *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br>(Lead Case) |
| TQ Delta, LLC,<br>      *Plaintiff*,<br><br>v.<br><br>Nokia Corp., *et al.*,<br>      *Defendants*. | Civil Action No.: 2:21-CV-00309-JRG<br>(Member Case) |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff TQ Delta, LLC. and Defendants CommScope Holding Company, Inc., *et al.* and Nokia Corp., *et al.* (collectively "the Parties") hereby file this Joint Motion to Amend the Docket Control Order. (Dkt. No.62).

The parties have met and conferred and are in agreement with the proposed extensions of deadlines as outlined below, which moves the close of fact discovery back 4 days, opening expert reports back by 14 days, dispositive motions back by 4 days (from a Monday to a Friday). The parties believe there is good cause for this 4-day extension to the dispositive motion deadline. It will only slightly alter the schedule, but it will provides the parties enough time to complete discovery and prepare any briefing following the close of expert discovery.

| Current Deadline | Proposed Deadline | Event |
|---|---|---|
| October 11, 2022 | October 14, 2022 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order.[1] Motions for Summary Judgment shall comply with Local Rule CV-56. |
| September 26, 2022 | September 30, 2022 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| September 26, 2022 | September 30, 2022 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7.  Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties. |
| September 19, 2022 | September 23, 2022 | Deadline to Complete Expert Discovery |
| September 6, 2022 | September 20, 2022 | Serve Disclosures for Rebuttal Expert Witnesses |
| August 15, 2022 | August 29, 2022 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| August 15, 2022 | August 19, 2022 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |

---

[1] The parties are directed to Local Rule CV-7(d), which provides in part that "[a] party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion." If the deadline under Local Rule CV 7(e) exceeds the deadline for Response to Dispositive Motions, the deadline for Response to Dispositive Motions controls.

The parties seek these extensions of time not for delay, but for good cause so that justice may be served. The parties believe a short extension on the deadlines is appropriate.

These extensions will not affect the remaining dates in the Court's Docket Control Order. Accordingly, the parties respectfully request that the Court amend the Docket Control Order (Dkt. No. 62) as provided above.

| | | |
|---|---|---|
| Dated: August 2, 2022<br><br>By: /s/ William E. Davis, III<br><br>William E. Davis, III<br>Texas State Bar No. 24047416<br>bdavis@davisfirm.com<br><br>Christian J. Hurt<br>Texas State Bar No. 24059987<br>churt@davisfirm.com<br><br>Rudolph "Rudy" Fink IV<br>Texas State Bar No. 24082997<br>rfink@davisfirm.com<br><br>Edward Chin<br>Texas State Bar No. 50511688<br>echin@davisfirm.com<br><br>Ty Wilson<br>Texas State Bar No. 24106583<br>twilson@davisfirm.com<br><br>**THE DAVIS FIRM PC**<br>213 N. Fredonia Street, Suite 230<br>Longview, Texas 75601<br>Telephone: (903) 230-9090<br>Facsimile: (903) 230-9661<br><br>***ATTORNEYS FOR PLAINTIFF TQ DELTA, LLC.*** | By: /s/ M. Scott Stevens<br>(with permission)<br>M. Scott Stevens<br>NC Bar # 37828<br>Karlee Wroblewski<br>NC Bar # 55043<br>Nicholas C. Marais<br>NC Bar # 53533<br><br>**ALSTON & BIRD LLP**<br>One South at the Plaza<br>101 South Tryon Street, Suite 4000<br>Charlotte, North Carolina 28280<br>Tel: 704.444.1000<br>Fax: 704.444.1111<br><br>John D. Haynes<br>GA Bar #340599<br>**ALSTON & BIRD LLP**<br>One Atlantic Center<br>1201 West Peachtree St. NE<br>Tel: (404) 881-7000<br>Fax: (404) 881-7777<br><br>Sam Bragg<br>TX Bar # 24097413<br>**ALSTON & BIRD LLP**<br>Chase Tower<br>2200 Ross Avenue, Suite 2300 | /s/ Andrew Ong<br>(with permission)<br>Eric H. Findlay<br>Texas State Bar No. 00789886<br>Brian Craft<br>Texas State Bar No. 04972020<br>FINDLAY CRAFT, P.C.<br>102 N. College Ave. Suite 900<br>Tyler, Texas  75702<br>Tel:  (903) 534-1100<br>Fax:  (903) 534-1137<br>efindlay@findlaycraft.com<br>bcraft@findlaycraft.com<br><br>Douglas J. Kline<br>Christie Larochelle<br>**GOODWIN PROCTER LLP**<br>100 Northern Avenue<br>Boston, MA 02210<br>P: (617) 570-1000<br>F: (617) 523-1231<br>dkline@goodwinlaw.com<br>clarochelle@goodwinlaw.com<br><br>Brett Schuman<br>Rachel M. Walsh<br>**GOODWIN PROCTER LLP**<br>Three Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>P: (415) 733-6000<br>F: (415) 677-9041<br>bschuman@goodwinlaw.com |

| | | |
|---|---|---|
| | Dallas, TX 75201<br>Tel: 214.922.3400<br>Fax: 214.922.3899<br>sam.bragg@alston.com<br><br>ATTORNEYS FOR THE NOKIA DEFENDANTS | rwalsh@goodwinlaw.com<br><br>Andrew Ong<br>**GOODWIN PROCTER LLP**<br>601 Marshall St.<br>Redwood City, CA 94063<br>P: (650) 752-3100<br>F: (650) 853-1038<br>aong@goodwinlaw.com<br><br>ATTORNEYS FOR THE COMMSCOPE DEFENDANTS |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this August 2, 2022, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

/s/ William E. Davis, III
William E. Davis, III

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the foregoing motion is joined in its entirety by Plaintiff TQ Delta, LLC, the Nokia Defendants and the CommScope Defendants.

/s/ Rudolph Fink IV
Rudolph Fink IV