# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, <br>    Plaintiff, <br><br> v. <br><br> COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** <br><br><br> Civil Action 2:21-cv-310-JRG <br> (Lead Case) |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP. <br><br>    Defendants. | § § § § § § | Civil Action No. 2:21-cv-309-JRG <br> (Member Case) |

## ORDER

Before the Court is Defendants' Opposed Motion to Expedite Briefing Schedule Regarding Defendants' Second Motion for Entry of Order Focusing Patent Claims ("Motion") (Dkt. 244) and Plaintiff TQ Delta, LLC's Response. After considering the briefing, the Court finds that Defendants' Motion shall be **DENIED**.

    **SO ORDERED.**