# EXHIBIT A

# Marais, Nic

| | |
|---|---|
| **From:** | Christian Hurt <churt@davisfirm.com> |
| **Sent:** | Monday, May 9, 2022 10:21 PM |
| **To:** | Subashi, Darlena; Nokia309; Bo Davis; TQDelta Listserv; Edward Chin; BSchuman@goodwinlaw.com; efindlay@findlaycraft.com; Brian Craft; Ong, Andrew; ADiaw@goodwinlaw.com; CLarochelle@goodwinlaw.com; Stephenson, Amanda; Walsh, Rachel M.; dkline@goodwinlaw.com; Melissa Smith |
| **Subject:** | TQ Delta, LLC v. CommScope Holding Company, Inc. et al, No. 2:21-cv-00310-JRG (EDTX) - TQ Delta's Preliminary Election of Asserted Claims |

**EXTERNAL SENDER – Proceed with caution**

Counsel –

Pursuant to the Court's Order (Dkt. 128), TQ Delta, LLC ("TQ Delta") provides the following Preliminary Election of Asserted Claims:

CommScope
- '686 Patent, claims 17, 36, and 37
- '881 Patent, claims 17, 18, and 23
- '048 Patent, claims 1, 5, 6, and 7
- '882 Patent, claims 13, 14, 15
- '008 Patent, claims 14
- '835 Patent, claims 8, 10, and 26
- '112 Patent, claims 8 and 10
- '411 Patent, claims 10 and 18
- '348 Patent, claims 1, 2, 9, and 10
- '809 Patent, claims 8, 11, and 13
- '055 Patent, claims 11 and 17
- '354 Patent, claim 10
- '988 Patent, claim 16

Nokia
- '686 Patent, claims 17, 36, and 37
- '193 Patent, claims 1 and 9
- '601 Patent, claims 8 and 15
- '014 Patent, claims 1 and 3
- '882 Patent, claim 9
- '5473 Patent, claims 10 and 28
- '608 Patent, claim 2
- '510 Patent, claims 22 and 23
- '008 Patent, claim 14
- '162 Patent, claims 8 and 9
- '112 Patent, claims 8 and 10
- '411 Patent, claims 10 and 18

- '577 Patent, claim 16
- '348 Patent, claims 1 and 2
- '4473 Patent, claim 2
- '809 Patent, claims 4 and 6
- '055 Patent, claims 11 and 17
- '354 Patent, claim 10
- '988 Patent, claim 16

Regards,

Christian

THE DAVIS FIRM, PC
832-659-4460 (cell)
www.davisfirm.com
churt@davisfirm.com
http://www.linkedin.com/in/christian-hurt/

2