# EXHIBIT B

# Marais, Nic

| | |
|---|---|
| **From:** | Christian Hurt <churt@davisfirm.com> |
| **Sent:** | Tuesday, July 19, 2022 5:34 PM |
| **To:** | Stevens, Scott; Subashi, Darlena; Nokia309; Bo Davis; TQDelta Listserv; Edward Chin; BSchuman@goodwinlaw.com; efindlay@findlaycraft.com; Brian Craft; Ong, Andrew; ADiaw@goodwinlaw.com; CLarochelle@goodwinlaw.com; Stephenson, Amanda; Walsh, Rachel M.; dkline@goodwinlaw.com; Melissa Smith |
| **Subject:** | Re: TQ Delta, LLC v. CommScope Holding Company, Inc. et al, No. 2:21-cv-00310-JRG (EDTX) - TQ Delta's Final Election of Asserted Claims |

**EXTERNAL SENDER – Proceed with caution**

Counsel –

TQ Delta, LLC provides the following Final Election of Asserted Claims:

<u>CommScope</u>
- '686 Patent, claim 36
- '881 Patent, claims 17 and 23
- '048 Patent, claim 5
- '882 Patent, claim 13
- '008 Patent, claim 14
- '835 Patent, claim 10
- '411 Patent, claims 10 and 18
- '348 Patent, claims 9 and 10
- '809 Patent, claims 11 and 13
- '055 Patent, claim 17
- '354 Patent, claim 10
- '988 Patent, claim 16

<u>Nokia</u>
- '686 Patent, claim 36
- '601 Patent, claim 8
- '014 Patent, claim 1
- '882 Patent, claim 9
- '5473 Patent, claim 28
- '608 Patent, claim 2
- '008 Patent, claim 14
- '162 Patent, claim 9
- '411 Patent, claims 10 and 18
- '348 Patent, claim 1
- '809 Patent, claims 4 and 6
- '055 Patent, claim 17

- '354 Patent, claim 10
- '988 Patent, claim 16

Regards,

Christian

THE DAVIS FIRM, PC
832-659-4460 (cell)
www.davisfirm.com
churt@davisfirm.com
http://www.linkedin.com/in/christian-hurt/

---

**From:** Christian Hurt <churt@davisfirm.com>
**Sent:** Monday, May 9, 2022 10:21 PM
**To:** Subashi, Darlena <Darlena.Subashi@alston.com>; Nokia309 <Nokia309@alston.com>; Bo Davis <bdavis@davisfirm.com>; TQDelta Listserv <tqd@davisfirm.com>; Edward Chin <echin@davisfirm.com>; BSchuman@goodwinlaw.com; efindlay@findlaycraft.com; Brian Craft <bcraft@findlaycraft.com>; Ong, Andrew <AOng@goodwinlaw.com>; ADiaw@goodwinlaw.com; CLarochelle@goodwinlaw.com; Stephenson, Amanda <AStephenson@goodwinlaw.com>; Walsh, Rachel M. <RWalsh@goodwinlaw.com>; dkline@goodwinlaw.com; Melissa Smith <melissa@gillamsmithlaw.com>
**Subject:** TQ Delta, LLC v. CommScope Holding Company, Inc. et al, No. 2:21-cv-00310-JRG (EDTX) - TQ Delta's Preliminary Election of Asserted Claims

**EXTERNAL SENDER – Proceed with caution**

---

Counsel –

Pursuant to the Court's Order (Dkt. 128), TQ Delta, LLC ("TQ Delta") provides the following Preliminary Election of Asserted Claims:

<u>CommScope</u>
- '686 Patent, claims 17, 36, and 37
- '881 Patent, claims 17, 18, and 23
- '048 Patent, claims 1, 5, 6, and 7
- '882 Patent, claims 13, 14, 15
- '008 Patent, claims 14
- '835 Patent, claims 8, 10, and 26
- '112 Patent, claims 8 and 10
- '411 Patent, claims 10 and 18
- '348 Patent, claims 1, 2, 9, and 10
- '809 Patent, claims 8, 11, and 13
- '055 Patent, claims 11 and 17
- '354 Patent, claim 10
- '988 Patent, claim 16

2

<u>Nokia</u>
- '686 Patent, claims 17, 36, and 37
- '193 Patent, claims 1 and 9
- '601 Patent, claims 8 and 15
- '014 Patent, claims 1 and 3
- '882 Patent, claim 9
- '5473 Patent, claims 10 and 28
- '608 Patent, claim 2
- '510 Patent, claims 22 and 23
- '008 Patent, claim 14
- '162 Patent, claims 8 and 9
- '112 Patent, claims 8 and 10
- '411 Patent, claims 10 and 18
- '577 Patent, claim 16
- '348 Patent, claims 1 and 2
- '4473 Patent, claim 2
- '809 Patent, claims 4 and 6
- '055 Patent, claims 11 and 17
- '354 Patent, claim 10
- '988 Patent, claim 16

Regards,

Christian

THE DAVIS FIRM, PC
832-659-4460 (cell)
www.davisfirm.com
churt@davisfirm.com
http://www.linkedin.com/in/christian-hurt/

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.