# EXHIBIT C



## Licensing:

TQ Delta is committed to enabling access to market participants who wish to purchase licenses to practice its DSL standard essential patents (SEPs) in accordance of one or more licensed standards. TQ Delta offers licenses under fair, reasonable, and non-discriminatory terms. The following table illustrates a range of royalties for licenses to TQ Delta's DSL SEP portfolio for certain currently identified xDSL standards:

| Licensed Products | Royalty Rate |
|---|---|
| DSL CPE | $0.60 to $3.10 (per licensed product) |
| DSL Port Equipment | $1.25 to $2.60 (per port) |

Specific terms will reflect:

- The mix of standards implemented by licensee
- Initial license fee covering past manufacture, use or sales with ongoing royalties owed for each additional product used, sold, or made
- Potential incentives for prepayment and/or financing may be available under certain circumstances

For more information about TQ Delta's patent portfolio and specific licensing terms for your use, please complete the form on our **Contact Us page** and you will be contacted

by a member of our licensing team.

© 2015 TQ Delta, LLC All Rights Reserved.

info@tqdelta.com   805 Las Cimas Parkway, Suite 240   Austin, TX 78746