IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, <br><br> *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

**ORDER DENYING PLAINTIFF'S FIRST MOTION TO COMPEL DISCOVERY**

Before the Court is Plaintiff's First Motion to Compel Discovery, Dkt. No. 234.

After considering the briefing, the Court is of the opinion that the Motion should be and is hereby DENIED.