# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>            *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>            *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br>(Lead Case) |
| TQ Delta, LLC,<br>            *Plaintiff*,<br><br>v.<br><br>Nokia Corp., *et al.*,<br>            *Defendants*. | Civil Action No.: 2:21-CV-00309-JRG<br>(Member Case) |

## ORDER

Before the Court is Plaintiff's First Motion to Compel Expert Deposition and Disclosure from Nokia ("Motion"). Having reviewed the briefing, in light of the record and the applicable law, the Court hereby GRANTS the Motion and ORDERS the following relief:

- Nokia shall serve, at least ten days before the deadline for rebuttal expert reports, a written expert report for Mr. Spruyt compliant with Fed. R. Civ. P. 26(a)(2)(B). If Nokia elects to withdraw its expert designation of Mr. Spruyt, it need not serve a written report. If Nokia is withdrawing its expert designation of Mr. Spruyt, it shall inform TQ Delta within three days of this order.

- Nokia shall make Mr. Spruyt available for deposition on a day that is agreeable to TQ Delta that is, at least, seven days before the deadline for rebuttal expert reports.