# EXHIBIT B

| | |
|---|---|
| From: | Ong, Andrew |
| To: | TQDelta Listserv |
| Cc: | Eric Findlay; Brian Craft; Schuman, Brett; Walsh, Rachel M.; Kline, Douglas J; Lytle, Craig; Stephenson, Amanda; Nokia309 |
| Subject: | TQD v. CommScope - CommScope"s Preliminary Election of Asserted Prior Art |
| Date: | Wednesday, May 18, 2022 4:07:03 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Counsel,

Pursuant to the Court's Order Focusing Patent Claims and Prior Art (Dkt. No. 128), CommScope provides the following Preliminary Election of Asserted Prior Art. CommScope intends to join in Nokia's request seeking clarification from the Court regarding the Court's order.

Family 1
- '686 patent
    - FI-071
    - Milbrandt
    - Milbrandt '603
    - Ryckebusch
    - G.992.1
    - Rango

Family 2
- '881 patent
    - Virtuoso
    - Edvardsen
    - Djokovic
    - Counterman
    - G.993.1

Family 3
- '048 patent
    - Mazzoni
    - G.993.1
    - G.992.2
    - LB-031
    - Fadavi-Ardekani
- '882 patent
    - Mazzoni
    - G.993.1
    - G.992.2

- LB-031
- Fadavi-Ardekani
- SDMT product

Family 4
- '008 patent
    - Cimini
    - Stopler
    - Jones
    - Hayashino
    - Hwang
    - Shively
    - T1.413-1998
    - Suzuki '415
    - Williams
    - Sakoda
    - Bremer
    - Kaku

Family 6
- '835 patent
    - G.992.1
    - SC-060
    - Wunsch
    - Abbas
    - Cioffi
- '112 patent
    - G.992.1
    - Cioffi

Family 9
- '411 patent
    - BI-089
    - G.992.1
    - G.992.3
    - G.993.1
- '055 patent
    - BI-089
    - G.993.1
    - G.992.1
    - Fukushima
    - Takeuchi
- '348 patent
    - BI-089
    - Fukushima

        G.993.1
- '809 patent
    - BI-089
    - Fukushima
    - G.993.1

Family 10
- '988 patent
    - Chow 1993
    - TNETD8000 EVM User Guide
    - Peeters
    - Kapoor
- '354 patent
    - Chow 1993
    - Kapoor

Thanks.

Andy

**Andrew Ong**



Goodwin Procter LLP
601 Marshall Street
Redwood City, CA 94063
o  +1 650 752 3153
f  +1 650 471 6054
AOng@goodwinlaw.com



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*