IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| | § | (LEAD CASE) |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| v. | § | |
| | § | |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., | § § § § | CIVIL ACTION NO. 2:21-CV-00309-JRG (MEMBER CASE) |
| | § | |
| *Defendants*. | § | |

# ORDER

The Court issues this Order *sua sponte*. On August 1, 2022, the Court set a hearing on five motions: Plaintiff TQ Delta, LLC's ("TQ Delta") First Motion to Compel Discovery from Nokia (Dkt. No. 198); TQ Delta's First Motion to Compel Deposition from Nokia (Dkt. No. 199); Defendants Nokia Corp., Nokia Solutions and Networks Oy, and Nokia of America Corp.'s (collectively, "Nokia") Motion to Compel Discovery from TQ Delta (Dkt. No. 201); TQ Delta's First Motion to Compel Discovery from CommScope (Dkt. No. 234); and TQ Delta's Second

Motion to Compel Discovery from CommScope (Dkt. No. 239). (Dkt. No. 240). The hearing is scheduled for September 1, 2022, in Marshall, Texas. (*Id.*).

On August 14, 2022, TQ Delta filed a First Motion to Compel Expert Deposition and Disclosure from Nokia ("TQ Delta's Fifth Motion to Compel"). (Dkt. No. 255). The Court intends to hear arguments on TQ Delta's Fifth Motion to Compel and all related briefing at the hearing currently set for **Thursday, September 1, 2022, at 1:30 p.m.** central time in Marshall, Texas. The Court **ORDERS** that lead and local counsel for the parties meet and confer in-person in an effort to resolve these disputes beginning on **Thursday, September 1, 2022, at 9:00 a.m. central time** and continuing until the Court takes up these matters on their merits. Such in-person meet and confer efforts shall take place within the Sam B. Hall, Jr. Federal Building and United States Courthouse in Marshall, Texas. The Court may increase or decrease the meet and confer process as the Court believes to be beneficial to the parties, the Court, and the interests of justice.

**So ORDERED and SIGNED this 17th day of August, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE