**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TQ Delta, LLC,<br>        *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>        *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br>(Lead Case) |
| TQ Delta, LLC,<br>        *Plaintiff*,<br><br>v.<br><br>Nokia Corp., *et al.*,<br>        *Defendants*. | Civil Action No.: 2:21-CV-00309-JRG<br>(Member Case) |

## ORDER

Before the Court is Plaintiff TQ Delta's Opposed Motion to Extend the Fact Discovery Deadline as to Non-Party AT&T ("Motion"). Having reviewed the briefing in light of the record and the applicable law, the Court hereby GRANTS the Motion to ORDERS that the fact discovery deadline is extended only as to the documents and things that may be produced by AT&T in response to the Subpoena served on it by TQ Delta to September 30, 2022.