IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>      *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>      *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br>(Lead Case) |
| TQ Delta, LLC,<br>      *Plaintiff*,<br><br>v.<br><br>Nokia Corp., *et al.*,<br>      *Defendants*. | Civil Action No.: 2:21-CV-00309-JRG<br>(Member Case) |

## ORDER

Before the Court is Plaintiff's Second Motion to Compel Discovery from Nokia ("Motion"). Having reviewed the briefing, in light of the record and the applicable law, the Court hereby GRANTS the Motion and ORDERS the following relief:

- Nokia shall promptly search for and produce its relevant technical documents, including, at least, the high-level planning documents for accused products, including accused products where no such documents have been produced; Nokia's firmware images for the versions listed in its response to TQD's Rog. 19; search its engineering document repositories, including JIRA / Confluence / ClearQuest and produce its documents relevant to the accused products and standards in native form; and search for and produce its customer training material on the accused products (and any supporting ISAM / DSLAM products) and accused standards, including historic

courses in their native form (and to reproduce existing PDF'd training documents in native form).

- Nokia shall promptly search for and produce its relevant business documents related to the accused products and DSL standards, including, at least, market analysis or forecasts (including feature analysis); competitor analysis; product or feature planning; standards committee analysis (or participation notes); pricing analysis; revenue forecasts; customer agreements and support material (including revenue); sales figures, including import figures for the accused products; and search its SharePoint sites related to business activities, including competitive analysis for the accused products and standards.