IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>*Defendants*. | Civil Action No.: 2:21-cv-310-JRG |

**DECLARATION OF ANDREW S. ONG IN SUPPORT OF DEFENDANTS' OPPOSED MOTION FOR A PARTIAL STAY PENDING *INTER PARTES* REVIEW OF THE '835 PATENT**

I, Andrew S. Ong, declare and state as follows:

1. I am an attorney at Goodwin Procter LLP, and counsel of record for Defendants in the above-entitled case. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify as to the following.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Decision Granting Institution of *Inter Partes* Review, dated August 18, 2022, issued by the Patent Trial and Appeal Board in *Nokia of America Corp. v. TQ Delta, LLC*, Case No. IPR2022-00471.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated:  August 22, 2022   By:   */s/ Andrew S. Ong*
                                  Andrew S. Ong