IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>                       *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>                       *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

**ORDER GRANTING DEFENDANTS' OPPOSED MOTION FOR A PARTIAL STAY PENDING *INTER PARTES* REVIEW OF THE '835 PATENT**

      Before the Court is Defendants' Opposed Motion for a Partial Stay Pending *Inter Partes* Review of the '835 Patent.

      After considering the briefing, the Court is of the opinion that the Motion should be and is hereby GRANTED.

1