IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>    *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br>(Lead Case) |
| TQ Delta, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>Nokia Corp., *et al.*,<br>    *Defendants*. | Civil Action No.: 2:21-CV-00309-JRG<br>(Member Case) |

**JOINT NOTICE REGARDING MEDIATION**

Pursuant to the Court's Second Amended Docket Control Order (Dkt. No. 270), Plaintiff TQ Delta, LLC ("TQ Delta"), and Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation (collectively, "Nokia") respectfully submit their Joint Notice Regarding Mediation.

The parties believe mediation is appropriate.

The parties have agreed to mediation before the Hon. David Folsom

| | |
|---|---|
| Dated: August 27, 2022 | Respectfully submitted, |
| By: /s/ William E. Davis, III<br>William E. Davis, III<br>Texas State Bar No. 24047416<br>bdavis@davisfirm.com | By: /s/ M. Scott Stevens (with permission)<br>M. Scott Stevens (NC Bar # 37828)<br>Kirk T. Bradley (NC Bar # 26490)<br>Karlee Wroblewski (NC Bar # 55043)<br>Nic Marais (NC Bar # 53533)<br>ALSTON & BIRD LLP<br>One South at the Plaza<br>101 South Tryon Street, Suite 4000<br>Charlotte, North Carolina 28280<br>Tel: 704.444.1000<br>Fax: 704.444.1111<br>Email: scott.stevens@alston.com<br>Email: kirk.bradley@alston.com<br>Email: karlee.wroblewski@alston.com<br>Email: nic.marais@alston.com |
| Christian J. Hurt<br>Texas State Bar No. 24059987<br>churt@davisfirm.com | |
| Rudolph "Rudy" Fink IV<br>Texas State Bar No. 24082997<br>rfink@davisfirm.com | |
| Ty Wilson<br>Texas State Bar No. 24106583<br>twilson@davisfirm.com | |
| **THE DAVIS FIRM PC**<br>213 N. Fredonia Street, Suite 230<br>Longview, Texas 75601<br>Telephone: (903) 230-9090<br>Facsimile: (903) 230-9661 | John D. Haynes (GA Bar # 340599)<br>Michael Deane (GA Bar # 498195)<br>Katherine M. Donald (GA Bar # 753449)<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Suite 4900<br>Atlanta, GA 30309<br>Tel: 404.881.7737<br>Fax: 404.881.7777<br>Email: john.haynes@alston.com<br>Email: michael.deane@alston.com<br>Email: katie.donald@alston.com |
| Peter J. McAndrews<br>(*Pro hac vice*)<br>pmcandrews@mcandrews-ip.com | |
| Rajendra A. Chiplunkar<br>(*Pro hac vice*)<br>rchiplunkar@mcandrews-ip.com | |
| Ashley Ratycz<br>(*Pro hac vice*)<br>aratycz@mcandrews-ip.com | Darlena Subashi (NY Bar # 5780747)<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel: 212-210-9400<br>Fax: 212-210-9444<br>Email: darlena.subashi@alston.com |
| **MCANDREWS, HELD & MALLOY, LTD.**<br>500 West Madison St., 34th Floor<br>Chicago, IL 60661<br>Telephone: (312) 775-8000<br>Facsimile: (312) 775-8100 | |
| **ATTORNEYS FOR PLAINTIFF<br>TQ DELTA, LLC** | Adam Ahnhut (TX Bar # 24106983)<br>ALSTON & BIRD LLP<br>Chase Tower<br>2200 Ross Avenue, Suite 2300<br>Dallas, TX 75201<br>Email: adam.ahnhut@alston.com |

2

Tel: 214.922.3400<br>
Fax: 214.922.3899

**ATTORNEYS FOR THE NOKIA DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this August 27, 2022, with a copy of this document via CM/ECF.

/s/ William E. Davis, III<br>
William E. Davis, III

3