# EXHIBIT 1

# Wroblewski, Karlee

| | |
|---|---|
| **From:** | Rudy Fink <rfink@davisfirm.com> |
| **Sent:** | Wednesday, July 20, 2022 10:02 PM |
| **To:** | Wroblewski, Karlee; Michelle Button; Stevens, Scott; Diana Arias; Haynes, John; Nokia309; Ong, Andrew; Schuman, Brett; efindlay@findlaycraft.com; Brian Craft; Diaw, Amadou K; Walsh, Rachel M.; Kline, Douglas J; Melissa Smith; Sarah Hene; Ken@AdseroIP.com; kdallow@adseroip.com |
| **Cc:** | TQDelta Listserv; Bo Davis; Peter McAndrews; Rajendra A. Chiplunkar; Dan Delli Bovi; Holly Mack |
| **Subject:** | RE: TQ Delta, LLC v. CommScope Holding Company, Inc. et al, No. 2:21-cv-00310-JRG (EDTX) - Notices of Deposition for Nokia Witnesses |

**EXTERNAL SENDER – Proceed with caution**

Karlee:

We can confirm that TQD will move forward on the following dates as provided by Nokia:

| OBO | Name | Location | Proposed Date |
|---|---|---|---|
| Nokia | Jeff Carithers | Dallas, TX | July 29, 2022 |
| Nokia | Tom Maclean | Kanata, CA | July 28, 2022 |
| Nokia | Paul Spruyt | Antwerp, BE | August 5, 2022 |
| Nokia | Frank Devolder | Antwerp, BE | August 4, 2022 |
| Nokia | Byron Holtz | Atlanta, GA | August 10, 2022 |

Regards,
Rudy Fink

**From:** Wroblewski, Karlee <Karlee.Wroblewski@alston.com>
**Sent:** Tuesday, July 19, 2022 10:14 AM
**To:** Rudy Fink <rfink@davisfirm.com>; Michelle Button <mbutton@davisfirm.com>; Stevens, Scott <Scott.Stevens@alston.com>; Diana Arias <diana@gillamsmithlaw.com>; Haynes, John <John.Haynes@alston.com>; Nokia309 <Nokia309@alston.com>; Ong, Andrew <AOng@goodwinlaw.com>; Schuman, Brett <BSchuman@goodwinlaw.com>; efindlay@findlaycraft.com; Brian Craft <bcraft@findlaycraft.com>; Diaw, Amadou K <ADiaw@goodwinlaw.com>; Walsh, Rachel M. <RWalsh@goodwinlaw.com>; Kline, Douglas J <DKline@goodwinlaw.com>; Melissa Smith <melissa@gillamsmithlaw.com>; Sarah Hene <shene@findlaycraft.com>; Ken@AdseroIP.com; kdallow@adseroip.com
**Cc:** TQDelta Listserv <tqd@davisfirm.com>; Bo Davis <bdavis@davisfirm.com>; Peter McAndrews <PMCANDREWS@mcandrews-ip.com>; Rajendra A. Chiplunkar <RChiplunkar@mcandrews-ip.com>; Dan Delli Bovi

1