# EXHIBIT 2

## Wroblewski, Karlee

| | |
|---|---|
| **From:** | Stevens, Scott |
| **Sent:** | Wednesday, August 3, 2022 8:55 AM |
| **To:** | Rudy Fink; Wroblewski, Karlee; TQDelta Listserv; TQD-MHM-TX@mcandrews-ip.com |
| **Cc:** | Nokia309 |
| **Subject:** | RE: TQ Delta v. Nokia - Nokia Depositions Week of 8/1 |

Hi Rudy-

As our disclosure states, Mr. Spruyt is an employee of Nokia whose role does not regularly involve giving expert testimony, and our disclosure identifies the subject matter and provides a summary of the facts and opinions regarding that which we may testify.   Mr. Spruyt's expertise relates to subject matters on which he has knowledge by virtue of his employment with Nokia and its predecessors. Therefore, we have complied with Rule 26(a)(2).

Mr. Spruyt is available for deposition this Friday, as previously agreed.  We do not intend to present him again for additional deposition.

Please confirm the start time for this week's witnesses.  While the witnesses are available as early at 9am Belgium time, if we don't hear from you, we will assume that you wish to begin at noon, just like last time.  As Ms. Wroblewski's email notes, the witnesses will be made available only through 7pm local time in Belgium.

Best, Scott

---

**From:** Rudy Fink <rfink@davisfirm.com>
**Sent:** Tuesday, August 2, 2022 10:08 PM
**To:** Wroblewski, Karlee <Karlee.Wroblewski@alston.com>; TQDelta Listserv <tqd@davisfirm.com>; TQD-MHM-TX@mcandrews-ip.com
**Cc:** Nokia309 <Nokia309@alston.com>
**Subject:** RE: TQ Delta v. Nokia - Nokia Depositions Week of 8/1

**EXTERNAL SENDER – Proceed with caution**

---

Karlee:

Nokia designation last night of Mr. Spruyt (who TQD had noticed under 30(b)(1)) as an expert on a broad array of topics under Rule 26(a)(2)(C) is improper.

Does Nokia intend to provide a report for Mr. Spruyt under Rule 26(a)(2)(B)?  We expect by his designation it does not intend to, but we need to know.

If Nokia plans to provide Mr. Spruyt separately for a deposition during expert discovery, TQD can proceed with his deposition under 30(b)(1) on Friday.  TQD needs Mr. Spruyt's knowledge for TQD's upcoming reports, since Nokia designated him as a person with relevant knowledge under Rog. 4.  TQD's preference is to proceed in this way.

1

However, if Nokia is going to take the position that there will only be one deposition of Mr. Spruyt and the Friday deposition must go forward as an expert deposition on all of the topics listed, that presents problems.

For one, Nokia's designation of Mr. Spruyt is deficient.  Nokia "d[oes] not provide a meaningful 'summary of the facts and opinions to which [Mr. Spruyt] is expected to testify' as required by Rule 26(a)(2)(C)(ii). [Nokia] merely lists a set of topics that Mr. [Spruyt] may speak toward, but offers no actual facts or opinions, forcing [TQD] to make assumptions based on things outside the disclosure as to what Mr. [Spruyt] will testify." *Motio, Inc. v. BSP Software LLC, et al.*, Case No. 4:12-cv-647 at *4 (E.D. Tex. Jan. 6, 2016). Nokia's disclosure is, essentially, just broad categories of areas where Mr. Spruyt might offer facts and opinions, not actual detailed summaries of those facts and opinions.  (e.g., "Mr. Spruyt is expected to testify regarding xDSL technology, its development, and his understanding as one skilled in the art", "Mr. Spruyt is expected to testify about the development of Nokia's DSL products.").

For another, if he is testifying as an expert, especially if he is testifying without a report, TQD would need a complete Rule 26(a)(2)(C) disclosure well in advance of his deposition to prepare.  TQD will also need additional time, probably at least an additional day, with Mr. Spruyt if he is being designated as an expert and will not be producing a report.

We would appreciate Nokia's position on this issue as soon as possible.  We will get back to you by noon CT tomorrow on whether we intend to go forward with Mr. Spruyt on Friday.

Regards,
Rudy Fink

---

**From:** Wroblewski, Karlee <Karlee.Wroblewski@alston.com>
**Sent:** Tuesday, August 2, 2022 3:30 PM
**To:** TQDelta Listserv <tqd@davisfirm.com>; TQD-MHM-TX@mcandrews-ip.com
**Cc:** Nokia309 <Nokia309@alston.com>
**Subject:** TQ Delta v. Nokia - Nokia Depositions Week of 8/1

Counsel,

Mr. Spruyt and Mr. DeVolder both have hard stops at 7:00pm local, Antwerp (CET) time on Thursday and Friday of this week. We are happy to accommodate an earlier start time as needed. Please confirm when TQ Delta intends to begin these depositions by tomorrow, Wednesday, at 10:00am CT/11:00am ET.

Best,
Karlee

**Karlee N. Wroblewski | Alston & Bird LLP**
704.444.1299 office **|** 715.808.4562 mobile

---

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.