IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br>                *Plaintiff,*<br>         v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br>                *Defendants.* | CIV. A. NO. 2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br>                *Plaintiff,*<br>         v.<br><br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., AND NOKIA OF AMERICA CORP.,**<br>                *Defendants.* | CIV. A. NO. 2:21-CV-309-JRG<br>(Member Case) |

**ORDER DENYING TQ DELTA, LLC'S FIRST MOTION TO COMPEL EXPERT DEPOSITION AND DISCLOSURE FROM NOKIA**

Pending before the Court is Plaintiff TQ Delta, LLC's ("TQD's") First Motion to Compel Expert Deposition and Disclosure from Nokia (Dkt. No. 255). The Court, having considered the Motion, is of the opinion that the Motion should be **DENIED**.

It is therefore **ORDERED** that TQD's First Motion to Compel Expert Deposition and Disclosure from Nokia (Dkt. No. 255) is hereby **DENIED**.