# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br>　　　　　　*Plaintiff*,<br>　　v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br>　　　　　　*Defendants*. | CIV. A. NO. 2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br>　　　　　　*Plaintiff*,<br>　　v.<br><br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., AND NOKIA OF AMERICA CORP.,**<br>　　　　　　*Defendants*. | CIV. A. NO. 2:21-CV-309-JRG<br>(Member Case) |

## ORDER DENYING TQ DELTA, LLC'S
## SECOND MOTION TO COMPEL DISCOVERY FROM NOKIA

Pending before the Court is Plaintiff TQ Delta, LLC's ("TQD's") Second Motion to Compel Discovery from Nokia (Dkt. No. 263). The Court, having considered the Motion, is of the opinion that the Motion should be **DENIED**.

It is therefore **ORDERED** that TQD's Second Motion to Compel Discovery from Nokia (Dkt. No. 263) is hereby **DENIED**.