**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TQ DELTA, LLC,** | |
| *Plaintiff,* | |
| v. | |
| **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC** | **CIV. A. NO.  2:21-CV-310-JRG**<br>(Lead Case) |
| *Defendants.* | |

| | |
|---|---|
| **TQ DELTA, LLC,** | |
| *Plaintiff,* | |
| v. | |
| **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,** | **CIV. A. NO.  2:21-CV-309-JRG**<br>(Member Case) |
| *Defendants.* | |

**DEFENDANTS' OPPOSED MOTION FOR LEAVE TO FILE
SUPPLEMENTAL BRIEF REGARDING SECOND OPPOSED
<u>MOTION FOR ENTRY OF ORDER FOCUSING PATENT CLAIMS</u>**

Defendants Nokia of America Corporation, Nokia Corporation, Nokia Solutions and

Networks Oy (collectively, "Nokia"), and CommScope Holding Company, Inc., CommScope Inc.,

ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions,

Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (collectively, "CommScope")

(together, "Defendants") respectfully request leave to file a supplemental brief regarding their

second narrowing motion to address TQ Delta's continued gamesmanship in this case, demonstrating the need for additional narrowing at this stage of the litigation.

Without providing any notice to Defendants, TQ Delta dropped two asserted patents against Nokia and three asserted patents against CommScope by electing to not address those patents in TQ Delta's opening expert reports.  TQ Delta's antics caused both Nokia and CommScope to expend significant time and resources preparing expert invalidity reports on patents that TQ Delta never intended to pursue.

With rebuttal reports due on September 20th, and with a hearing before this Court set for September 1st, Defendants respectfully request leave to file a supplemental brief to address these developments and to explain why they support entry of a second focusing order now, prior to the September 20th deadline for rebuttal expert reports.

Dated: August 31, 2022                                  Respectfully submitted,

                                                        /s/ M. Scott Stevens
                                                        M. Scott Stevens (NC Bar # 37828)
                                                        Kirk T. Bradley (NC Bar # 26490)
                                                        Karlee Wroblewski (NC Bar # 55043)
                                                        Nic Marais (NC Bar # 53533)
                                                        ALSTON & BIRD LLP
                                                        One South at the Plaza
                                                        101 South Tryon Street, Suite 4000
                                                        Charlotte, North Carolina 28280
                                                        Tel:  704.444.1000
                                                        Fax:  704.444.1111
                                                        Email: scott.stevens@alston.com
                                                        Email: kirk.bradley@alston.com
                                                        Email: karlee.wroblewski@alston.com
                                                        Email: nic.marais@alston.com

                                                        John D. Haynes (GA Bar # 340599)
                                                        Michael Deane (GA Bar # 498195 )
                                                        ALSTON & BIRD LLP
                                                        One Atlantic Center

1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Email: michael.deane@alston.com
Tel:  404.881.7737
Fax:  704.444.1111
Email: john.haynes@alston.com
Email: michael.deane@alston.com

Adam Ahnhut (TX Bar # 24106983)
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Email: adam.ahnhut@alston.com
Tel: 214-922-3400
Fax: 214-922-3899

*Counsel for Defendants*
*Nokia Corporation, Nokia Solutions*
*and Networks Oy, and Nokia*
*of America Corporation*

Dated: August 31, 2022

Respectfully submitted,

By: */s/ Andrew Ong*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave, Ste. 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Douglas J. Kline
Christie Larochelle
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
P:  (617) 570-1000
F:  (617) 523-1231

3

dkline@goodwinlaw.com
clarochelle@goodwinlaw.com

Brett Schuman
Rachel M. Walsh
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P:  (415) 733-6000
F:  (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
GOODWIN PROCTER LLP
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

*Attorney for Defendants CommScope Holding
Company, Inc., CommScope Inc., ARRIS
International Limited, ARRIS Global Ltd.,
ARRIS US Holdings, Inc., ARRIS Solutions,
Inc., ARRIS Technology, Inc., ARRIS
Enterprises, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on August 31, 2022.

/s/ *M. Scott Stevens*
M. Scott Stevens

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), counsel for all parties met and conferred regarding the relief requested above on August 31, 2022. The parties met and conferred over telephone to resolve their dispute but were unable to do so.

/s/ *M. Scott Stevens*
M. Scott Stevens

5