IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br>    *Plaintiff,*<br>v.<br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br>    *Defendants.* | CIV. A. NO.  2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br>    *Plaintiff,*<br>v.<br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br>    *Defendants.* | CIV. A. NO.  2:21-CV-309-JRG<br>(Member Case) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF REGARDING SECOND OPPOSED MOTION FOR ENTRY OF ORDER FOCUSING PATENT CLAIMS**

Pending before the Court is the Defendants' motion for leave to file a supplemental brief regarding Defendants' Second Opposed Motion for Entry of Order Focusing Patent Claims (Dkt. No. 243).  The Court, having considered the Motion, is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the Defendants' motion for leave to file its supplemental brief is hereby **GRANTED**.