IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br><br>　　　　　　　　　*Plaintiff*,<br><br>　　　v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br><br>　　　　　　　　　*Defendants*. | CIV. A. NO. 2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br><br>　　　　　　　　　*Plaintiff*,<br><br>　　　v.<br><br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br><br>　　　　　　　　　*Defendants*. | CIV. A. NO. 2:21-CV-309-JRG<br>(Member Case) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED REQUEST FOR HEARING ON DEFENDANTS' SECOND OPPOSED MOTION FOR ENTRY OF ORDER FOCUSING PATENT CLAIMS (DKT. NO. 243)**

Pending before the Court is the Defendants' unopposed motion for hearing on defendants' second opposed motion for entry of order focusing patent claims (Dkt. No. 243). The Court, having considered the Motion, is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the Defendants' unopposed motion is hereby **GRANTED**, and the Court will hear argument on Defendants' second opposed motion for entry of order focusing patent claims (Dkt. No. 243) on Thursday, September 1, 2022 at 1:30pm.