IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC | § | |
| | § | |
| v. | § | 2:21-CV-310-JRG |
| | § | LEAD |
| COMMSCOPE HOLDING COMPANY, | § | |
| INC. ET AL | § | |

---

| | | |
|---|---|---|
| TQ DELTA, LLC | § | |
| | § | |
| v. | § | 2:21-CV-309-JRG |
| | § | |
| NOKIA CORP., ET AL | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants Nokia Solutions, Nokia Corporation, Nokia of America Corporation, and Networks OY ("Defendants") hereby notify the Court that Savannah Carnes of the firm The Dacus Firm, P.C., 821 ESE Loop 323, Suite 430, Tyler, Texas 75701, 903/705-1117, shcarnes@gmail.com, has entered this action as counsel to be noticed on their behalf. In connection with this notice, Ms. Carnes requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on her at the above address and contact information.

Respectfully submitted,

/s/ Savannah Carnes
Savannah Carnes
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
E-mail: shcarnes@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 31st day of August, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Savannah Carnes*
Savannah Carnes