IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, <br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNNOLOGY, INC., and ARRIS ENTERPRISES, LLC | § § § § § § § § § § § § § § | CASE NO. 2:21-cv-00310-JRG<br>(Lead Case) |
| TQ DELTA, LLC,<br><br>v.<br><br>NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA OF AMERICA CORPORATION | § § § § § § § § § § | CASE NO. 2:21-cv-00309-JRG<br>(Member Case) |
| NOKIA OF AMERICA CORP.<br><br>*Third-Party Plaintiff,*<br><br>v.<br><br>BROADCOM CORP., BROADCOM INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.<br><br>*Third-Party Defendants.* | § § § § § § § § § § § § § § | CASE NO. 2:21-cv-00309-JRG<br>(Member Case) |

**MOTION(s) HEARING MINUTES**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
September 1, 2022

**OPEN:  03:01 PM**                                              **ADJOURN:  04:25 PM**

ATTORNEYS FOR PLAINTIFF:                        See attached

ATTORNEYS FOR DEFENDANTS:                   See attached

ATTORNEYS FOR THIRD-PARTY PLAINTIFF:   See attached

- 1 -

| ATTORNEYS FOR THIRD-PARTY DEFENDANTS: | See attached. |
| --- | --- |
| LAW CLERK: | Patrick Clark |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
| --- | --- |
| 03:01 PM | Court opened. |
| 03:02 PM | Court called for announcements from counsel. |
| 03:03 PM | Court recognized meet and confer efforts of counsel. |
| 03:04 PM | A portion of the disputed issues have been resolved. |
| 03:06 PM | Agreements reached by the parties confirmed by Mr. Davis on behalf of Plaintiff and Mr. Findlay on behalf of Defendants. |
| 03:08 PM | Court DENIED Dkt. No. 234 and Dkt. No. 239 as moot as resolved by agreement of the parties. |
| 03:08 PM | Representations made by the parties re: Dkt. No. 263 and Dkt. No. 255. |
| 03:10 PM | Court directed parties to meet and confer. |
| 03:11 PM | Court recessed until 3:30 PM. |
| 03:39 PM | Court reconvened. |
| 03:39 PM | Mr. Davis updated the Court re: meet and confer efforts.  Mr. Dacus confirmed on behalf of Nokia Defendants. |
| 03:40 PM | Court began hearing argument re: Dkt. No. 263 and Dkt. No. 255. |
| 03:41 PM | Mr. Davis provided argument for Plaintiff re: Dkt. No. 263. |
| 03:45 PM | Mr. Fink provided argument for Plaintiff re: Dkt. No. 255. |
| 03:54 PM | Responsive argument provided by Mr. Stevens on behalf of Defendants. |
| 04:03 PM | Additional response provided by Mr. Davis on behalf of Plaintiff. |
| 04:07 PM | Continuation responsive argument provided by Mr. Stevens on behalf of Defendants. |
| 04:11 PM | Additional argument provided by Mr. Fink on behalf of Plaintiff. |
| 04:14 PM | Continuation responsive argument provided by Mr. Stevens on behalf of Defendants. |
| 04:19 PM | Court provided rulings and instructions re: Dkt. No. 255 and Dkt. No. 263 as set forth in the record. |
| 04:21 PM | Court made inquiry re: issues as to progression of the case. |
| 04:22 PM | Court directed the parties to meet and confer re: deadlines, Docket Control Order and restructuring future deadlines, if needed. |
| 04:25 PM | Court will memorialize rulings made today. |
| 04:25 PM | Court adjourned. |