

**2:21-cv-00310-JRG (Lead) and 2:21-cv-309-JRG (Member)**
**TQ Delta LLC  v CommScope Holding Company Inc et al**
**September 1, 2022 at 09:00 AM  (Meet and Confer) and 1:30 PM (Hearing)**

## Motion(s) Hearing

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Bo Davis | TQ Delta (Plaintiff) |
| Rudy Fink | |
| Ty Wilson | |
| Karlee Wroblewski | Nokia |
| Scott Stevens | Nokia |
| Savannah Carnes | |
| X | |
| Brett Schuman | CommScope |
| Andy Ong | |
| Eric Findlay | |
| Devon Dacus | Nokia |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| | |
| | |
| | |
| | |
| | |