# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>    *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br>(Lead Case) |
| TQ Delta, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>Nokia Corp., *et al.*,<br>    *Defendants*. | Civil Action No.: 2:21-CV-00309-JRG<br>(Member Case) |

**DECLARATION OF RUDOLPH FINK IV**

I, Rudolph Fink IV, state as follows in support of Plaintiff TQ Delta, LLC's Response to Defendants' Motion for Leave to File Supplemental Brief Regarding Second Motion for Entry of Order Focusing Patent Claims:

1. I am a partner at The Davis Firm, PC and counsel of record for TQ Delta, LLC. I am a member of good standing of the State Bar of Texas. I have personal knowledge of the facts set forth in this Declaration.

2. Exhibit A contains true and correct copy of Nokia Defendants' email of August 30, 2022, purporting to amend their "final Election of Asserted Prior Art."

3. Exhibit B contains true and correct copy of CommScope Defendants' email of September 2, 2022, purporting to amend their "final Election of Asserted Prior Art."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of September 2022, in Dallas, Texas.

/s/ Rudolph Fink IV
Rudolph Fink IV