# EXHIBIT B

| | |
|---|---|
| **From:** | Ong, Andrew |
| **To:** | TQDelta Listserv; TQD-MHM-TX@mcandrews-ip.com |
| **Cc:** | DG-CommScope-TQDelta; Nokia309; Eric Findlay; Brian Craft |
| **Subject:** | RE: TQD v. CommScope - Election of Asserted Prior Art |
| **Date:** | Friday, September 2, 2022 3:32:02 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png |

Counsel,

In light of TQ Delta's expert reports, we understand that TQ Delta has dropped the '348, '055, and '988 patents against CommScope.  Please let us know if that understanding is incorrect.  CommScope revises its provisional "Final Election of Asserted Prior Art" as follows.  CommScope reserves all rights to amend its elections based on the Court's ruling on the pending motion for further narrowing.

Thanks.

Andy

<u>Family 1</u>
- '686 patent
    - FI-071
    - FI-071 + G.992.1

<u>Family 2</u>
- '881 patent
    - Counterman
    - Counterman + Djokovic

<u>Family 3</u>
- '048 patent
    - Mazzoni + G.993.1
    - Mazzoni + LB-031
    - Fadavi-Ardekani + G.993.1
- '882 patent
    - Mazzoni + G.993.1
    - Mazzoni + LB-031
    - Fadavi-Ardekani + G.993.1

<u>Family 4</u>
- '008 patent
    - Jones

- T1.413-1998 + Stopler

Family 6
- '835 patent
    - G.992.1
    - G.992.1 + SC-060
    - ~~SC-060~~
    - ~~G.992.1 + Wunsch~~

Family 9
- '411 patent
    - G.992.1 + BI-089
- ~~'055 patent~~
    - ~~BI-089 + Fukushima~~
- ~~'348 patent~~
    - ~~BI-089~~
    - ~~G.993.1 + BI-089~~
    - ~~G.993.1 + Fukushima~~
- '809 patent
    - G.993.1 + BI-089
    - G.993.1 + Fukushima

Family 10
- ~~'988 patent~~
    - ~~Chow~~
    - ~~TNETD8000 EVM User Guide~~
    - ~~Peeters~~
    - ~~Kapoor + Chow~~
- '354 patent
    - Chow
    - Kapoor + Chow

---

**From:** Ong, Andrew
**Sent:** Monday, August 29, 2022 9:18 PM
**To:** TQDelta Listserv <tqd@davisfirm.com>; TQD-MHM-TX@mcandrews-ip.com
**Cc:** DG-CommScope-TQDelta <DG-ARRIS-TQDelta@goodwinlaw.com>; Nokia309 <Nokia309@alston.com>; Eric Findlay <efindlay@findlaycraft.com>; Brian Craft <bcraft@findlaycraft.com>
**Subject:** TQD v. CommScope - Election of Asserted Prior Art

Counsel,

CommScope hereby provides its provisional final election of asserted prior art. To the extent the Court permits Defendants to assert additional prior art grounds in connection with Defendants' further motion to narrow the claims in this case, CommScope elects all grounds of prior art set forth

in the submitted invalidity expert reports.

<u>Family 1</u>
- '686 patent
    - FI-071
    - FI-071 + G.992.1

<u>Family 2</u>
- '881 patent
    - Counterman
    - Counterman + Djokovic

<u>Family 3</u>
- '048 patent
    - Mazzoni + G.993.1
    - Mazzoni + LB-031
    - Fadavi-Ardekani + G.993.1
- '882 patent
    - Mazzoni + G.993.1
    - Mazzoni + LB-031
    - Fadavi-Ardekani + G.993.1

<u>Family 4</u>
- '008 patent
    - Jones
    - T1.413-1998 + Stopler

<u>Family 6</u>
- '835 patent
    - G.992.1
    - G.992.1 + SC-060

<u>Family 9</u>
- '411 patent
    - G.992.1 + BI-089
- '055 patent
    - BI-089 + Fukushima
- '348 patent
    - BI-089
    - G.993.1 + BI-089
    - G.993.1 + Fukushima
- '809 patent
    - G.993.1 + BI-089
    - G.993.1 + Fukushima

<u>Family 10</u>
- '988 patent
    - Chow
    - TNETD8000 EVM User Guide
    - Peeters
    - Kapoor + Chow
- '354 patent
    - Chow
    - Kapoor + Chow

Thanks.

Andy

**Andrew Ong**



Goodwin Procter LLP
601 Marshall Street
Redwood City, CA 94063
o  +1 650 752 3153
f   +1 650 471 6054
AOng@goodwinlaw.com



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*