**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

TQ Delta, LLC,
      *Plaintiff*,

v.

CommScope Holding Company, Inc., *et al.*,
      *Defendants*.

Civil Action No.: 2:21-CV-00310-JRG
(Lead Case)

TQ Delta, LLC,
      *Plaintiff*,

v.

Nokia Corp., *et al.*,
      *Defendants*.

Civil Action No.: 2:21-CV-00309-JRG
(Member Case)

**ORDER**

Before the Court is Defendants' Opposed Defendants' Motion for Leave to File Supplemental Brief Regarding Second Motion for Entry of Order Focusing Patent Claims ("Motion").  Having reviewed the briefing, in light of the record and the applicable law, the Court hereby DENIES the Motion.