# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,** <br><br> *Plaintiff,* <br><br> v. <br><br> **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC** <br><br> *Defendants.* | CIV. A. NO. 2:21-CV-310-JRG <br> (Lead Case) |
| **TQ DELTA, LLC,** <br><br> *Plaintiff,* <br><br> v. <br><br> **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,** <br><br> *Defendants.* | CIV. A. NO. 2:21-CV-309-JRG <br> (Member Case) |

### NOTICE OF NOKIA'S UNOPPOSED MOTION TO WITHDRAW ITS MOTION TO COMPEL STOUT TO COMPLY WITH SUBPOENAS AND NOTICE OF NOKIA'S PENDING MOTION TO COMPEL OUT-OF-DISTRICT SUBPOENAS AGAINST ZYXEL COMMUNICATIONS, INC.

Defendants Nokia of America Corporation, Nokia Corporation, and Nokia Solutions and Networks, Oy ("Nokia") hereby provide notice that the parties reached an agreement to resolve

Nokia's Motion to Compel Stout to Comply with Subpoenas[1] without further intervention of this Court, rendering this dispute moot. As a result, Nokia has moved to to withdraw its Motion to Compel Stout to Comply with Subpoenas.

Nokia further provides notice that on August 26, 2022, the Central District of California transferred to this Court Nokia's Motion to Compel Out-of-District Subpoenas Against ZyXEL Communications, Inc. ("ZCI").  *In Re Subpoena to ZyXEL Communications, Inc.*, Case No. 2:22-mc-168-FMO, ECF No. 13 (C.D. Cal August 26, 2022).  The Motion to Compel ZyXEL remains pending in the Eastern District of Texas as Civil Case No. 2:22-mc-00006 and continues to require Court intervention.

Dated: September 8, 2022                                            Respectfully submitted,

                                                                   /s/ M. Scott Stevens
                                                                   M. Scott Stevens (NC Bar # 37828)
                                                                   Kirk T. Bradley (NC Bar # 26490)
                                                                   Karlee Wroblewski (NC Bar # 55043)
                                                                   Nic Marais (NC Bar # 53533)
                                                                   ALSTON & BIRD LLP
                                                                   One South at the Plaza
                                                                   101 South Tryon Street, Suite 4000
                                                                   Charlotte, North Carolina 28280
                                                                   Tel:  704.444.1000
                                                                   Fax:  704.444.1111
                                                                   Email: scott.stevens@alston.com
                                                                   Email: kirk.bradley@alston.com
                                                                   Email: karlee.wroblewski@alston.com
                                                                   Email: nic.marais@alston.com

                                                                   John D. Haynes (GA Bar # 340599)
                                                                   Michael Deane (GA Bar # 498195)
                                                                   Katherine M. Donald (GA Bar # 753449)
                                                                   ALSTON & BIRD LLP
                                                                   One Atlantic Center

---

[1] Nokia filed the Motion to Compel against Stout Risius Ross, LLC in N.D. Tex. Case No. 3:22-mc-00068-N on August 19, 2022 and transferred to E.D. Texas on August 31, 2022. *See* N.D/ Tex. Case No. 3:22-mc-00068-N at Dkt. Nos. 6, 7, and 8. The case was opened in the Eastern District of Texas as Civ. Case No.  2:22-mc-00007.

1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Tel:  404.881.7737
Fax:  404.881.7777
Email: john.haynes@alston.com
Email: michael.deane@alston.com
Email: katie.donald@alston.com

Darlena Subashi (NY Bar # 5780747)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel: 212-210-9400
Fax: 212-210-9444
Email: darlena.subashi@alston.com

Adam Ahnhut (TX Bar # 24106983)
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Email: adam.ahnhut@alston.com
Tel: 214.922.3400
Fax: 214.922.3899

Deron R. Dacus (TX Bar No. 00790553)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701 903-705-1117
Tel: 903-581-2543 (fax)
E-mail: ddacus@dacusfirm.com

*Counsel for Defendants*
*Nokia Corporation, Nokia Solutions*
*and Networks Oy, and Nokia*
*of America Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served electronically on September 8, 2022, on all counsel who have consented to electronic service.

                                                          /s/ *M. Scott Stevens*
                                                        M. Scott Stevens