**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TQ Delta, LLC,<br>　　　　　*Plaintiff,*<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>　　　　　*Defendants.* | Civil Action No.: 2:21-CV-00310-JRG<br>(Lead Case) |
| TQ Delta, LLC,<br>　　　　　*Plaintiff,*<br><br>v.<br><br>Nokia Corp., *et al.*,<br>　　　　　*Defendants.* | Civil Action No.: 2:21-CV-00309-JRG<br>(Member Case) |

**ORDER**

Before the Court is Plaintiff TQ Delta, LLC's Response to Defendant CommScope's Opposed Motion for a Partial Stay Pending *Inter Partes* Review of the '835 Patent.  (Dkt No. 272 ("Motion")).  Having reviewed and considered the briefing in light of the applicable law and the record, the Court hereby DENIES CommScope's Motion.