IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>　　　*Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>　　　*Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br>(Lead Case) |
| TQ Delta, LLC,<br>　　　*Plaintiff*,<br><br>v.<br><br>Nokia Corp., *et al.*,<br>　　　*Defendants*. | Civil Action No.: 2:21-CV-00309-JRG<br>(Member Case) |

## JOINT MOTION TO AMEND SECOND AMENDED DOCKET CONTROL ORDER

Plaintiff TQ Delta, LLC and Defendants CommScope Holding Company, Inc., *et al.* and Nokia Corp., *et al.* (collectively "the Parties") hereby file this Joint Motion to Amend the Second Amended Docket Control Order. Dkt. No. 270. A proposed Third Amended Docket Control Order is submitted with this Motion.

On September 1, 2022, the Court held a hearing on various discovery related motions. The Parties reached multiple agreements regarding, *inter alia*, the completion of outstanding discovery including the production of documents, the completion of depositions, and the completion of product testing. Dkt. No. 283.[1]

---

[1] To be clear, with respect to CommScope, the parties did not reach any agreements relating to depositions or product testing.

The Parties submit that good cause exists for the proposed extension to allow additional time to complete this discovery and comply with the remaining case deadlines. Further, good cause exists for the proposed extension due to key members of TQ Delta's litigation team being on leave for the early birth of children, travel abroad for the funerals of family members, and several intervening trials, including trials in Delaware before Judge Andrews between Plaintiff TQ Delta and Defendant CommScope in November and February. To the extent the Court requires additional detail related to these matters, the Parties will provide it.

To account for the foregoing scheduling conflicts and issues following the Court's last hearing, the Parties believe the requested extension is necessary and appropriate. The Parties understand the Court's practice of maintaining trial dates, and do not offer this proposed schedule lightly or without significant consideration and discussion. The Parties do not believe that the current trial date can be maintained without significant prejudice due to the issues described above. Thus, the Parties jointly request that the Court enter the attached proposed Third Amended Docket Control Order.

Dated: September 14, 2022

By: /s/ William E. Davis, III

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

Edward Chin
Texas State Bar No. 50511688
echin@davisfirm.com

Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com

**THE DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

Peter J. McAndrews
(*Pro hac vice*)
pmcandrews@mcandrews-ip.com

Rajendra A. Chiplunkar
(*Pro hac vice*)
rchiplunkar@mcandrews-ip.com

Ashley Ratycz
(*Pro hac vice*)
aratycz@mcandrews-ip.com

By: /s/ M. Scott Stevens (with permission)
M. Scott Stevens
NC Bar # 37828
Kirk T. Bradley
NC Bar # 26490
Karlee Wroblewski
NC Bar # 55043
Nicholas C. Marais
NC Bar # 53533
**ALSTON & BIRD LLP**
One South at the Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Tel: 704.444.1000
Fax: 704.444.1111

John D. Haynes
GA Bar #340599
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree St. NE
Tel: (404) 881-7000
Fax: (404) 881-7777

Deron R. Dacus
TX Bar # 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323
Suite 430
Tyler, Texas 75701 903-705-1117
Tel: 903-581-2543 (fax)
ddacus@dacusfirm.com

ATTORNEYS FOR THE NOKIA DEFENDANTS

/s/ Andrew Ong (with permission)
Eric H. Findlay
Texas State Bar No. 00789886
Brian Craft
Texas State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave. Suite 900
Tyler, Texas  75702
Tel:  (903) 534-1100
Fax:  (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Douglas J. Kline
Christie Larochelle
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
P: (617) 570-1000
F: (617) 523-1231
dkline@goodwinlaw.com
clarochelle@goodwinlaw.com

Brett Schuman
Rachel M. Walsh
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P: (415) 733-6000
F: (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
**GOODWIN PROCTER LLP**
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

| | |
|---|---|
| **MCANDREWS, HELD & MALLOY, LTD.**<br>500 West Madison St., 34th Floor<br>Chicago, IL 60661<br>Telephone: (312) 775-8000<br>Facsimile: (312) 775-8100<br><br>*ATTORNEYS FOR PLAINTIFF TQ DELTA, LLC* | ATTORNEYS FOR THE COMMSCOPE DEFENDANTS |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served this September 14, 2022, on all counsel of record, each of whom is deemed to have consented to electronic service.  L.R. CV-5(a)(3)(A).

/s/ William E. Davis, III
William E. Davis, III

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the foregoing motion is joined in its entirety by Plaintiff TQ Delta, LLC, the Nokia Defendants and the CommScope Defendants.

/s/ William E. Davis, III
William E. Davis, III
