IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| | § | (LEAD CASE) |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § | |
| *Defendants*. | § | |
| | | |
| v. | § | |
| | § | |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., | § § § § | CIVIL ACTION NO. 2:21-CV-00309-JRG (MEMBER CASE) |
| *Defendants*. | § | |

## ORDER

The Court issues this Order *sua sponte*. Before the Court is the Joint Motion to Amend Second Amended Docket Control Order (the "Motion") filed by Plaintiff TQ Delta, LLC ("TQ Delta"), Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation (collectively, "Nokia"), and Defendants CommScope Holding Company, Inc., CommScope Inc., Arris International Limited, Arris Global Ltd., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., and Arris Enterprises, LLC (collectively, "CommScope"). (Dkt. No. 291). The Court hereby **SETS** the Motion for a telephonic hearing on **Tuesday,**

**September 20, 2022, at 9:00 a.m. central time**.  The Court **ORDERS** that lead and local counsel for the parties meet and confer via telephone not more than **twenty-four (24) hours before** the scheduled teleconference with the Court.

The Court's telephone conference number is 877-336-1839.  The Access Code is 8539284#.  Participants should use a landline phone connection, unless use of a cellular connection is the only viable means available.  Participants shall mute themselves upon joining the status conference and stay muted unless called upon to speak by the Court.  Further, participants shall identify themselves each and every time they speak.

**So ORDERED and SIGNED this 16th day of September, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE