IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>        *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>        *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

**COMMSCOPE DEFENDANTS' NOTICE OF RELEVANT DETERMINATIONS FROM RELATED PROCEEDINGS**

Defendants CommScope Holding Company, Inc., CommScope, Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (collectively, "CommScope"), respectfully give notice to the Court that the Patent Trial and Appeals Board recently instituted *inter partes* review ("IPR") for certain patents asserted against CommScope by Plaintiff TQ Delta, LLC ("TQ Delta"). For these patents, the claims challenged in the IPR proceedings cover the claims asserted by TQ Delta against CommScope in this litigation.

| Petitioner | Patent No. | IPR No. | Challenged Claims | Institution Decision Date | Expected Final Written Decision Date |
|---|---|---|---|---|---|
| Nokia | 8,462,835[1] | IPR2022-00471 | 8−10, 15, 24−26, 31 | August 18, 2022 | August 18, 2023 |
| Nokia | 7,844,882 | IPR2022-00664 | 9–16 | September 27, 2022 | September 27, 2023 |

---

[1] CommScope has already filed a motion to stay relating to the '835 patent. *See* Dkt. No. 272.

1

| | | | | | |
|---|---|---|---|---|---|
| Nokia | 8,276,048 | IPR2022-00666 | 1–4 | September 27, 2022 | September 27, 2023 |

CommScope gives further notice that it previously filed IPR petitions for four TQ Delta patents from Family 9.  TQ Delta now asserts only two Family 9 patents against CommScope, and institution decision dates are expected soon for those two patents.  As above, the claims challenged in these IPR petitions cover the claims asserted by TQ Delta against CommScope in this litigation.

| Petitioner | Patent No. | IPR No. | Challenged Claims | Date PTAB Issued Notice of Filing Date | Expected Institution Decision Date |
|---|---|---|---|---|---|
| CommScope | 8,468,411 | IPR2022-00697 | 1, 2, 9, 10, 11, 17, 18, 19, 25 | May 5, 2022 | November 5, 2022 |
| CommScope | 10,833,809 | IPR2022-01012 | 1–28 | June 6, 2022 | December 6, 2022 |

Dated this 29th day of September, 2022

Respectfully submitted,

By: /s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave, Ste. 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Douglas J. Kline
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
P:  (617) 570-1000
F:  (617) 523-1231
dkline@goodwinlaw.com

        Brett Schuman
Rachel M. Walsh
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P:  (415) 733-6000
F:  (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
GOODWIN PROCTER LLP
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

***Attorney for CommScope Defendants***

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of September, 2022, all counsel of record are being served with a copy of this document via the Court's ECF system.

        */s/ Eric H. Findlay*
        Eric H. Findlay