IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:21-CV-00310-JRG | |
| § | (LEAD CASE) | |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, § § § § § § § § § | | |
| *Defendants*. § | | |
| | | |
| v. § | | |
| § | | |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., § § § § § | CIVIL ACTION NO. 2:21-CV-00309-JRG (MEMBER CASE) | |
| *Defendants*. § | | |

## ORDER

Before the Court is the Opposed Motion for Leave to File Supplemental Brief Regarding Second Opposed Motion for Entry of Order Focusing Patent Claims (the "Motion") filed by Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation (collectively, "Nokia"), and Defendants CommScope Holding Company, Inc., CommScope Inc., Arris International Limited, Arris Global Ltd., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., and Arris Enterprises, LLC (collectively, "CommScope") (together with Nokia, "Defendants"). (Dkt. No. 278). In the Motion, Defendants request leave to

file a supplemental brief concerning their Second Opposed Motion for Entry of Order Focusing Patent Claims (Dkt. No. 243). (Dkt. No. 278 at 2). Defendants contend that TQ Delta dropped asserted patents against Nokia and CommScope without sufficient notice, and such conduct is necessary to address in supplemental briefing. (*Id.*).

Having considered the Motion, the Court finds that the Motion should be and hereby is **GRANTED**. The Court **ORDERS** that Defendants have leave to file their supplemental brief (*See* Dkt. No. 279) to address the issues raised herein. The Court further **ORDERS** that TQ Delta has leave to file a reply, of not more than four (4) pages, to Defendants' supplemental brief to be filed within **five (5) days** of this Order. The parties should not expect further leave from the Court to file additional requests for supplemental briefing.

**So Ordered this**
**Sep 29, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE