IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br><br>     *Plaintiff*,<br>  v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br><br>     *Defendants*. | CIV. A. NO.  2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br><br>     *Plaintiff*,<br>  v.<br><br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br><br>     *Defendants*. | CIV. A. NO.  2:21-CV-309-JRG<br>(Member Case) |

**NOKIA DEFENDANTS' NOTICE OF RELEVANT DETERMINATIONS FROM RELATED PROCEEDINGS**

Defendants Nokia of America Corporation, Nokia Corporation, and Nokia Solutions and Networks, Oy (collectively, "Nokia") respectfully give notice to the Court that the Patent Trial and Appeals Board recently instituted *inter partes* review ("IPR") for certain patents asserted against Nokia by Plaintiff TQ Delta, LLC ("TQ Delta"). The claims challenged in the IPR proceedings cover the claims asserted by TQ Delta against Nokia in this litigation for U.S.

Patent Nos. 7,844,882 and 8,495,473—two of the three "Family 3" patents. The below table summarizes the IPR proceedings instituted thus far.

| Petitioner | Patent No. | IPR No. | Challenged Claims | Claims Asserted Against Nokia | Expected FWD Date |
|---|---|---|---|---|---|
| Nokia | 7,844,882 | IPR2022-00664 | 9–16 | 9 | September 27, 2023 |
| Nokia | 8,495,473 | IPR2022-00678 | 10–12; 19–21; 27–30; 36 | 28 | October 3, 2023 |

Nokia gives further notice that it has also filed an IPR petition that covers the claim asserted by TQ Delta against Nokia in this litigation for U.S. Patent No. 8,594,162—the sole "Family 6" patent. Likewise, CommScope has filed IPR petitions that cover the claims asserted by TQ Delta against Nokia in this litigation for U.S. Patent Nos. 8,464,411; 9,094,348; and 10,833,809—the three "Family 9" patents. The below table summarizes the IPR proceedings awaiting an institution decision.

| Petitioner | Patent No. | IPR No. | Challenged Claims | Claims Asserted Against Nokia | Institution Deadline |
|---|---|---|---|---|---|
| Nokia | 8,594,162 | IPR2022-00656 | 8, 9, 11 | 9 | November 8, 2022 |
| CommScope | 8,464,411 | IPR2022-00697 | 1, 2, 9, 10, 11, 17, 18, 19, 25 | 10, 18 | November 7, 2022 |
| CommScope | 9,094,348 | IPR2022-00809 | 1–4, 6, 7, 9–12, 14, 15, 17–20, 22–24, 26, 28 | 1 | November 17, 2022 |
| CommScope | 10,833,809 | IPR2022-01012 | 1–28 | 4, 6 | December 6, 2022 |

Dated: October 10, 2022                                         Respectfully submitted,

/s/ M. Scott Stevens
M. Scott Stevens (NC Bar # 37828)
Kirk T. Bradley (NC Bar # 26490)

Karlee Wroblewski (NC Bar # 55043)
Nic Marais (NC Bar # 53533)
ALSTON & BIRD LLP
One South at the Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Tel:  704.444.1000
Fax:  704.444.1111
Email: scott.stevens@alston.com
Email: kirk.bradley@alston.com
Email: karlee.wroblewski@alston.com
Email: nic.marais@alston.com

John D. Haynes (GA Bar # 340599)
Michael Deane (GA Bar # 498195)
Katherine M. Donald (GA Bar # 753449)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Tel:  404.881.7737
Fax:  404.881.7777
Email: john.haynes@alston.com
Email: michael.deane@alston.com
Email: katie.donald@alston.com

Darlena Subashi (NY Bar # 5780747)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel: 212-210-9400
Fax: 212-210-9444
Email: darlena.subashi@alston.com

Adam Ahnhut (TX Bar # 24106983)
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Email: adam.ahnhut@alston.com
Tel: 214.922.3400
Fax: 214.922.3899

*Counsel for Defendants*
*Nokia Corporation, Nokia Solutions*

3

*and Networks Oy, and Nokia
of America Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served electronically on October 10, 2022, on all counsel who have consented to electronic service.

        /s/ *M. Scott Stevens*
        M. Scott Stevens