**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TQ DELTA, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:21-CV-00310-JRG |
| | § | (LEAD CASE) |
| COMMSCOPE HOLDING COMPANY, | § | |
| INC., COMMSCOPE INC., ARRIS | § | |
| INTERNATIONAL LIMITED, ARRIS | § | |
| GLOBAL LTD., ARRIS US HOLDINGS, | § | |
| INC., ARRIS SOLUTIONS, INC., ARRIS | § | |
| TECHNOLOGY, INC., and ARRIS | § | |
| ENTERPRISES, LLC, | § | |
| | § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| v. | § | |
| | § | |
| NOKIA CORP., NOKIA SOLUTIONS | § | CIVIL ACTION NO.  2:21-CV-00309-JRG |
| AND NETWORKS OY, and NOKIA OF | § | (MEMBER CASE) |
| AMERICA CORP., | § | |
| | § | |
| *Defendants*. | § | |

## <u>ORDER</u>

The Court enters this Order *sua sponte*.  On June 1, 2022, the Court held the claim

construction hearing in the above-captioned case between Plaintiff TQ Delta, LLC ("TQ Delta")

and Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc.,

ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (collectively,

"CommScope").  (Dkt. No. 161).  On June 8, 2022, the Court issued the Claim Construction

Memorandum and Order.  (Dkt. No. 169).  In its current Docket Control Order, the Court ordered

the parties to file a joint notice indicating whether, in their view, the case should be referred for

mediation. (Dkt. No. 299 at 4).  Such notice was to be filed within fourteen (14) days of the issuance

of the Court's claim construction order—here, June 22, 2022.  (*Id.*).  The parties have failed to

comply as no notice has been filed.

Despite the parties' failure to file such joint notice, the Court is of the opinion that the parties

might benefit from mediation.  Accordingly, the Court **ORDERS** the parties to mediate in this case

promptly and at the earliest mutually agreeable date.  The mediation shall be conducted by the Hon.

David Folsom, 6002-B Summerfield Drive, Texarkana, Texas 75503, dfolsom@jw.com.  The

parties are directed to contact the mediator forthwith and use their best efforts to schedule a date

for mediation at the earliest reasonable time.  To ensure that mediation is as productive as possible,

the Court hereby **ORDERS** that each party shall personally attend such mediation with lead

counsel, local counsel, and a representative who has full and unilateral authority to act on and

compromise on all pending disputes.  No party representative or counsel shall leave the mediation

session once it begins without the approval of the mediator.  This district's applicable local rules

regarding ADR/mediation shall otherwise govern and apply in all respects.

**So ORDERED and SIGNED this 25th day of October, 2022.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

2