# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, § § *Plaintiff*, § § v. § § COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, § § § § § § § § *Defendants*. § | CIVIL ACTION NO. 2:21-CV-00310-JRG (LEAD CASE) |
| v. § § NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., § § § § § *Defendants*. § | CIVIL ACTION NO. 2:21-CV-00309-JRG (MEMBER CASE) |

## ORDER

Before the Court is the Joint Notice Regarding Mediation filed by Plaintiff TQ Delta, LLC ("TQ Delta") and Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation (collectively, "Nokia"). (Dkt. No. 273). In the Notice, TQ Delta and Nokia jointly agree that this case would benefit from mediation, and they have agreed on the Honorable David Folsom as a mediator.

In light of such Joint Notice, the Court **ORDERS** the parties to mediate in this case promptly and at the earliest mutually agreeable date. The mediation shall be conducted by the Hon. David

Folsom, 6002-B Summerfield Drive, Texarkana, Texas 75503, dfolsom@jw.com. The parties are directed to contact the mediator forthwith and use their best efforts to schedule a date for mediation at the earliest reasonable time. To ensure that mediation is as productive as possible, the Court hereby **ORDERS** that each party shall personally attend such mediation with lead counsel, local counsel, and a representative who has full and unilateral authority to act on and compromise on all pending disputes. No party representative or counsel shall leave the mediation session once it begins without the approval of the mediator. This district's applicable local rules regarding ADR/mediation shall otherwise govern and apply in all respects.

**So ORDERED and SIGNED this 25th day of October, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE