**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TQ DELTA, LLC | § | |
| | § | |
| v. | § | 2:21-cv-310-JRG |
| | § | (LEAD CASE) |
| COMMSCOPE HOLDING COMPANY, | § | |
| INC. ET AL | § | |

-----------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| TQ DELTA, LLC | § | |
| | § | |
| v. | § | 2:21-CV-309-JRG |
| | § | (MEMBER CASE) |
| NOKIA CORPORATION ET AL | § | |

## DEFENDANT'S UNOPPOSED MOTION FOR WITHDRAWAL
## OF SAVANNAH CARNES AS COUNSEL

Defendants Nokia Solutions, Nokia Corporation, Nokia of America Corporation, and Networks OY (collectively "Nokia" or "Defendants") file this unopposed Motion for Withdrawal of Savannah Carnes as counsel in the above-referenced matter. Ms. Carnes is no longer associated with The Dacus Firm, P.C. and should no longer be listed as counsel in this matter. Defendants Nokia continue to be represented by the undersigned counsel. This withdrawal is not opposed by Plaintiff.

Therefore, Defendants request that this Unopposed Motion for Withdrawal of Savannah Carnes as counsel be granted and she be removed from the official service list in this case.

Respectfully submitted,

DATED:  November 11, 2022

*/s/ Deron R. Dacus*
Deron R. Dacus (TX Bar No. 00790553)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: 903-705-7233
Email: ddacus@dacusfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 11, 2022 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Deron R. Dacus*
Deron R. Dacus

## CERTIFICATE OF CONFERENCE

The undersigned certifies that Defendant's counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that the foregoing motion is unopposed.

*/s/ Deron R. Dacus*
Deron R. Dacus