# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC | § | |
| | § | |
| v. | § | 2:21-cv-310-JRG |
| | § | (LEAD CASE) |
| COMMSCOPE HOLDING COMPANY, INC. ET AL | § § | |

---

| | | |
|---|---|---|
| TQ DELTA, LLC | § | |
| | § | |
| v. | § | 2:21-CV-309-JRG |
| | § | (MEMBER CASE) |
| NOKIA CORPORATION ET AL | § § | |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF APPEARANCE OF SAVANNAH CARNES

The Court, having considered the Unopposed Motion for Withdrawal of Counsel filed by Defendants Nokia Solutions, Nokia Corporation, Nokia of America Corporation, and Networks OY (collectively "Nokia" or "Defendants"), hereby grants the Motion.

It is, therefore, ORDERED that Savannah Carnes is withdrawn as counsel for Defendants Nokia in the above-captioned matter.

It is further ORDERED that the Clerk of the Court terminate any further ECF notices to Savannah Carnes in this matter.