# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § § § § | |
| *Plaintiff*, | | |
| v. | § § § | CIVIL ACTION NO. 2:21-CV-00310-JRG (LEAD CASE) |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § § § | |
| *Defendants*. | | |

| | | |
|---|---|---|
| v. | § § | |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., | § § § § § | CIVIL ACTION NO. 2:21-CV-00309-JRG (MEMBER CASE) |
| *Defendants*. | § | |

## ORDER

Before the Court is Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation's (collectively, "Nokia") Unopposed Motion for Withdrawal of Savannah Carnes as Counsel (the "Motion"). (Dkt. No. 308). In the Motion, Nokia requests that the Court withdraw Savannah Carnes as counsel of record.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that Savannah Carnes be permitted to **withdraw** as counsel of record for Nokia in the above-captioned case. It is further **ORDERED**

that the Clerk of Court shall **terminate** Savannah Carnes as counsel of record and all electronic notifications to the same.

**So Ordered this**

**Nov 14, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE