**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **TQ DELTA, LLC,** | |
| **Plaintiff,** | |
| **v.** | |
| **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY,  INC., and ARRIS ENTERPRISES, LLC,** | **Civil Action No. 2:21-cv-310**  <br><br> **JURY TRIAL DEMANDED** |
| **Defendants.** | |

**NOTICE OF APPEARANCE**

Michael Brett Johnson of the law firm of Winston & Strawn, LLP files his Notice of Appearance as attorney of record for Defendants Commscope Holding Company, Inc, Commscope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc. ARRIS Technology, Inc. and ARRIS Enterprises, LLC  in the above-styled cause of action.

Date:  November 21, 2022            Respectfully submitted,

By: */s/ M. Brett Johnson*
M. Brett Johnson
mbjohnson@winston.com
Texas State Bar No. 00790975
WINSTON & STRAWN, LLP
2121 N. Pearl Street, Ste. 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

2

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on November 21, 2022.

*/s/ M. Brett Johnson*
M. Brett Johnson