IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY,  INC., and ARRIS ENTERPRISES, LLC,<br><br>    Defendants. | Civil Action No. 2:21-cv-310<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE**

Elizabeth Danielle T. Williams of the law firm of Winston & Strawn, LLP files her Notice of Appearance as attorney of record for Defendants Commscope Holding Company, Inc, Commscope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc. ARRIS Technology, Inc. and ARRIS Enterprises, LLC in the above-styled cause of action.

Date:  November 21, 2022               Respectfully submitted,


                                           By: */s/ E. Danielle T. Williams*
                                                     Elizabeth Danielle T. Williams
                                                     dwilliams@winston.com
                                                     North Carolina State Bar No. 23283
                                                     WINSTON & STRAWN, LLP
                                                     300 South Tryon Street, 16th Fl.
                                                     Charlotte, NC 28202
                                                     Telephone: (704) 350-7790
                                                     Facsimile: (704) 350-7800

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on November 21, 2022.

*/s/ E. Danielle T. Williams*
Elizabeth Danielle T. Williams