IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>    Defendants. | Civil Action No. 2:21-cv-310<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE**

William M. Logan of the law firm of Winston & Strawn, LLP files his Notice of Appearance as attorney of record for Defendants Commscope Holding Company, Inc, Commscope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc. ARRIS Technology, Inc. and ARRIS Enterprises, LLC in the above-styled cause of action.

Date: November 21, 2022

Respectfully submitted,

By: */s/ William M. Logan*
    William M. Logan
    wlogan@winston.com
    Texas State Bar No. 24106214
    WINSTON & STRAWN, LLP
    800 Capitol St. Ste. 2400
    Houston, TX 77002
    Telephone: (713) 651-2766
    Facsimile: (713) 651-2700

    **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on November 21, 2022.

                                                */s/ William M. Logan*
                                                  William M. Logan