# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **TQ DELTA, LLC,** § <br> Plaintiff, § <br> § <br> v. § <br> § | | **JURY TRIAL DEMANDED** |
| **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,** § § § § § § § § § | | **Civil Action 2:21-cv-310-JRG** <br> **(Lead Case)** |
| **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.** <br><br> Defendants. | § § § § § § | **Civil Action No. 2:21-cv-309-JRG** <br> **(Member Case)** |

## ORDER

Before the Court is TQ Delta, LLC ("TQ Delta") and Defendants Nokia of America Corporation, Nokia Corporation, and Nokia Solutions and Networks Oy's ("Nokia Defendants") Joint Motion to Stay All Deadlines and Notice of Settlement. The Court, having considered same, is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that all deadlines related to claims between Plaintiff TQ Delta and Nokia Defendants are stayed through December 23.