IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, § § *Plaintiff*, § § v. § § COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, § § § § § § § § § *Defendants*. § | CIVIL ACTION NO.  2:21-CV-00310-JRG (LEAD CASE) |
| v. § § NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., § § § § § *Defendants*. § | CIVIL ACTION NO.  2:21-CV-00309-JRG (MEMBER CASE) |

## ORDER

Before the Court is TQ Delta, LLC ("TQ Delta") and Defendants Nokia of America Corporation, Nokia Corporation, and Nokia Solutions and Networks Oy's (collectively, "Nokia") Joint Motion to Stay All Deadlines and Notice of Settlement Between TQ Delta, LLC and the Nokia Defendants (the "Motion"). (Dkt. No. 316). In the Motion, the parties inform the Court that they have reached a settlement in principle and request that the Court stay all deadlines in the above-captioned case for thirty (30) days.

Having considered the Motion, and noting its joint nature, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all deadlines between TQ Delta and Nokia are **STAYED** for **thirty (30) days** during which time appropriate dismissal papers are to be filed with the Court. This order does not impact deadlines in the Lead Case.

**So ORDERED and SIGNED this 28th day of November, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE