**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TQ DELTA, LLC,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY,  INC., and ARRIS ENTERPRISES, LLC,** <br><br> **Defendants.** | **Civil Action No. 2:21-cv-310** <br><br> <u>**JURY TRIAL DEMANDED**</u> |

<u>**NOTICE OF APPEARANCE**</u>

Marisa C. Thompson of the law firm of Winston & Strawn, LLP files her Notice of Appearance as attorney of record for Defendants Commscope Holding Company, Inc, Commscope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc. ARRIS Technology, Inc. and ARRIS Enterprises, LLC  in the above-styled cause of action.

Date:  November 29, 2022

Respectfully submitted,

By: */s/ Marisa Thompson*
        Marisa C. Thompson
        mthompson@winston.com
        Texas Bar No. 24133312
        WINSTON & STRAWN, LLP
        2121 N. Pearl St, Ste. 900
        Dallas, TX 75201
        Telephone: (214) 453-6500
        Facsimile: (214) 453-6400
        **ATTORNEYS FOR DEFENDANTS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on November 29, 2022.

*/s/ Marisa Thompson*
Marisa C. Thompson

2