IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>   *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>   *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br>(Lead Case) |
| TQ Delta, LLC,<br>   *Plaintiff*,<br><br>v.<br><br>Nokia Corp., *et al.*,<br>   *Defendants*. | Civil Action No.: 2:21-CV-00309-JRG<br>(Member Case) |

**JOINT MOTION TO AMEND THIRD AMENDED DOCKET CONTROL ORDER**

Plaintiff TQ Delta, LLC and Defendants CommScope Holding Company, Inc., *et al.* (collectively "the Parties") hereby file this Joint Motion to Amend the Third Amended Docket Control Order. Dkt. No. 299. A proposed Fourth Amended Docket Control Order is submitted with this Motion.

The current deadline to complete expert discovery is December 7, 2022. The Parties submit that good cause exists for the proposed two-day extension to allow additional time to complete expert discovery to take the deposition of TQ Delta's expert Todor Cooklev, Ph.D. on December 8 and 9, 2022 and the deposition of CommScope's expert Walter Overby on December 9, 2022. Due to scheduling conflicts, the depositions of Dr. Cooklev and Mr. Overby cannot be taken before the December 7 deadline. Therefore, the parties jointly and respectfully request that the Court

extend the deadline to complete expert discovery from December 7, 2022 to December 9, 2022 and enter the attached proposed Fourth Amended Docket Control Order.

Dated: November 30, 2022

By: /s/ William E. Davis, III

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

Edward Chin
Texas State Bar No. 50511688
echin@davisfirm.com

Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com

**THE DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

Peter J. McAndrews
(*Pro hac vice*)
pmcandrews@mcandrews-ip.com

Rajendra A. Chiplunkar
(*Pro hac vice*)
rchiplunkar@mcandrews-ip.com

Ashley Ratycz
(*Pro hac vice*)
aratycz@mcandrews-ip.com

/s/ Andrew Ong (with permission)

Eric H. Findlay
Texas State Bar No. 00789886
Brian Craft
Texas State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave. Suite 900
Tyler, Texas  75702
Tel:  (903) 534-1100
Fax:  (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Douglas J. Kline
Christie Larochelle
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
P: (617) 570-1000
F: (617) 523-1231
dkline@goodwinlaw.com
clarochelle@goodwinlaw.com

Brett Schuman
Rachel M. Walsh
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P: (415) 733-6000
F: (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
**GOODWIN PROCTER LLP**
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

**MCANDREWS, HELD & MALLOY, LTD.**
500 West Madison St., 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

*ATTORNEYS FOR PLAINTIFF TQ DELTA, LLC*

Thomas Melsheimer
tmelsheimer@winston.com
Texas State Bar No. 1392250
Rex A. Mann
rmann@winston.com
Texas State Bar No. 24075509
M. Brett Johnson
mbjohnson@winston.com
Texas State Bar No. 00790975
WINSTON & STRAWN, LLP
2121 N. Pearl St, 9th Floor
Dallas, Texas 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Elizabeth Danielle T. Williams
dwilliams@winston.com
North Carolina Bar No. 23283
WINSTON & STRAWN, LLP
300 South Tryon Street, 16th Fl
Charlotte, NC 28202
Telephone: (704) 350-7790
Facsimile: (704) 350-7800

William M. Logan
wlogan@winston.com
Texas Bar No. 24106214
WINSTON & STRAWN, LLP
800 Capitol St., Ste. 2400
Houston, TX 77002
Telephone: (713) 651-2766
Facsimile: (713) 651-2700

Matthew R. McCullough
MRMcCullough@winston.com
California Bar No. 301330
WINSTON & STRAWN, LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

ATTORNEYS FOR THE COMMSCOPE DEFENDANTS

**CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served this November 30, 2022, on all counsel of record, each of whom is deemed to have consented to electronic service.  L.R. CV-5(a)(3)(A).

                <u>/s/ William E. Davis, III</u>
                William E. Davis, III

**CERTIFICATE OF CONFERENCE**

  The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the foregoing motion is joined in its entirety by Plaintiff TQ Delta, LLC and the CommScope Defendants.

                <u>/s/ William E. Davis, III</u>
                William E. Davis, III