# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>    Plaintiff,<br><br>v.<br><br> | § § § § § § | **JURY TRIAL DEMANDED** |
| **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,** | § § § § § § § § § | Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| **NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.**<br><br>    Defendants. | § § § § § § | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

## [PROPOSED] ORDER

Before the Court is Plaintiff TQ Delta, LLC's and Defendant Nokia Corporation, et. al.'s (together, the "Parties") Stipulation of Dismissal.

After due consideration, it is therefore **ORDERED** that all claims asserted in the above-captioned case between Plaintiff TQ Delta and the Nokia Defendants are hereby **DISMISSED WITHOUT PREJUDICE,** with TQ Delta and the Nokia Defendants each to bear their own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned Lead Case (2:21-cv-310) as claims and parties remain. The Clerk of Court is directed to **CLOSE** the above-captioned Member Case (2:21-cv-309).