IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § § § § | |
| *Plaintiff*, | | |
| v. | § § | CIVIL ACTION NO.  2:21-CV-00310-JRG |
| | | (LEAD CASE) |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| v. | § § | CIVIL ACTION NO.  2:21-CV-00309-JRG |
| | | (MEMBER CASE) |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., | § § § § | |
| *Defendants*. | § | |

# ORDER

Before the Court is Plaintiff TQ Delta, LLC ("TQ Delta") and Defendant CommScope Holding Company, Inc., CommScope Inc., Arris International Limited, Arris Global Ltd., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., and Arris Enterprises, LLC (collectively, "CommScope") Joint Motion to Amend Third Amended Docket Control Order (the "Motion"). (Dkt. No. 320). In the Motion, the parties request a two-day extension of the expert discovery deadline from December 7, 2022, to December 9, 2022, because the parties are unable to take the depositions of Todor Cooklev, Ph.D. and Walter Overby due to scheduling conflicts. (*Id.*).

Having considered the Motion, and noting its joint nature, the Court finds that the requested extension is **GRANTED**. It is therefore **ORDERED** that the expert discovery deadline is **extended** up to and including December 9, 2022. In light of the targeted relief having been granted, the Court sees no further need, at present, to amend the Docket Control Order. Consequently, the Motion should be and hereby is **DENIED AS MOOT**.

**So Ordered this**
**Dec 2, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE