IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § § § § § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO. 2:21-CV-00310-JRG (LEAD CASE) |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | | |
| *Defendants*. | | |

| | | |
|---|---|---|
| v. | § § § § § § § § | CIVIL ACTION NO. 2:21-CV-00309-JRG (MEMBER CASE) |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP., | | |
| *Defendants*. | | |

## ORDER

Before the Court is Plaintiff TQ Delta, LLC ("TQ Delta") and Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation's (collectively, "Nokia") Stipulation of Dismissal (the "Stipulation"). (Dkt. No. 322). The parties represent that they executed an agreement that all "Plaintiff's claims for the alleged infringement by Defendant's products in the above-captioned action" and "Defendant's counterclaims in the above-captioned action are dismissed without prejudice." (*Id.*).

Having considered the Stipulation, and noting its joint nature, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims, causes of action, and counterclaims between TQ Delta and Nokia are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **CLOSE** Case No. 2:22-CV-00309-JRG as no parties or claims remain. The Clerk of Court is further directed to **MAINTAIN AS OPEN** Case No. 2:22-CV-00310-JRG as other parties and claims remain.

**So ORDERED and SIGNED this 8th day of December, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE