IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br><br>     *Plaintiff*,<br> v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br><br>     *Defendants*. | CIV. A. NO.  2:21-CV-310-JRG |

## NOTICE OF APPEARANCE

Please take notice that M. Scott Stevens of the law firm Alston & Bird LLP enters his appearance as counsel for Defendants CommScope Holding Company, Inc, CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc. and ARRIS Enterprises, LLC in the above-captioned case. Mr. Stevens is admitted to practice in this Court, and Defendants CommScope Holding Company, Inc, CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc. ARRIS Technology, Inc. and ARRIS Enterprises, LLC respectfully request that the Court take note of this Notice of Appearance and make M. Scott Stevens one of their attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-captioned case that are not filed via ECF should be emailed or faxed to M. Scott Stevens at the address set forth below.

2

DATED: December 9, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ M. Scott Stevens*
　　　　　　　　　　　　　　　　　　　M. Scott Stevens (NC Bar No. 37828)
　　　　　　　　　　　　　　　　　　　ALSTON & BIRD LLP
　　　　　　　　　　　　　　　　　　　101 S. Tryon Street, Suite 4000
　　　　　　　　　　　　　　　　　　　Charlotte, NC 28280-4000
　　　　　　　　　　　　　　　　　　　Email: scott.stevens@alston.com
　　　　　　　　　　　　　　　　　　　Telephone: 704-444-1025
　　　　　　　　　　　　　　　　　　　Facsimile: 704-444-1935

　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*
　　　　　　　　　　　　　　　　　　　*CommScope Holding Company, Inc,*
　　　　　　　　　　　　　　　　　　　*CommScope Inc., ARRIS International Limited,*
　　　　　　　　　　　　　　　　　　　*ARRIS Global Ltd., ARRIS US Holdings, Inc.,*
　　　　　　　　　　　　　　　　　　　*ARRIS Solutions, Inc., ARRIS Technology, Inc.,*
　　　　　　　　　　　　　　　　　　　*and ARRIS Enterprises, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 9, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ M. Scott Stevens*
M. Scott Stevens