# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>       *Plaintiff*,<br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC<br><br>       *Defendants*. | CIV. A. NO.  2:21-CV-310-JRG |

## NOTICE OF APPEARANCE

Please take notice that Erin Beaton of the law firm Alston & Bird LLP enters her appearance as counsel for Defendants CommScope Holding Company, Inc, CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc. and ARRIS Enterprises, LLC in the above-captioned case. Erin Beaton is admitted to practice in this Court, and Defendants CommScope Holding Company, Inc, CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc. ARRIS Technology, Inc. and ARRIS Enterprises, LLC respectfully request that the Court take note of this Notice of Appearance and Erin Beaton one of their attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-captioned case that are not filed via ECF should be emailed or faxed to Erin Beaton at the address set forth below.

DATED: December 9, 2022                    Respectfully submitted,

*/s/ Erin Beaton*
Erin Beaton (NC Bar No. 59594)
ALSTON & BIRD LLP
101 S. Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Email: erin.beaton@alston.com
Telephone: 704-444-1316
Facsimile: 704-444-1111

*Attorney for Defendants*
*CommScope Holding Company, Inc,*
*CommScope Inc., ARRIS International Limited,*
*ARRIS Global Ltd., ARRIS US Holdings, Inc.,*
*ARRIS Solutions, Inc., ARRIS Technology, Inc.,*
*and ARRIS Enterprises, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 9, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Erin Beaton*
Erin Beaton