IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br><br>     *Plaintiff*,<br>  v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br><br>     *Defendants*. | CIV. A. NO.  2:21-CV-310-JRG |

## NOTICE OF APPEARANCE

Please take notice that Katherine G. Rubschlager of the law firm Alston & Bird LLP enters her appearance as counsel for Defendants CommScope Holding Company, Inc, CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc. and ARRIS Enterprises, LLC in the above-captioned case. Ms. Rubschlager is admitted to practice in this Court, and Defendants CommScope Holding Company, Inc, CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc. and ARRIS Enterprises, LLC respectfully request that the Court take note of this Notice of Appearance and make Katherine G. Rubschlager one of their attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-captioned case that are not filed via ECF should be emailed or faxed to Katherine G. Rubschlager at the address set forth below.

|  |  |
|---|---|
| DATED: December 12, 2022 | Respectfully submitted,<br><br>*/s/ Katherine G. Rubschlager*<br>Katherine G. Rubschlager (Cal. Bar No. 328100)<br>ALSTON & BIRD LLP<br>1950 University Avenue, Suite 430<br>East Palo Alto, CA 94303<br>Email: katherine.rubschlager @alston.com<br>Telephone: 650-838-2004<br>Facsimile: 650-838-2001<br><br>*Attorney for Defendants*<br>*CommScope Holding Company, Inc,*<br>*CommScope Inc., ARRIS International Limited,*<br>*ARRIS Global Ltd., ARRIS US Holdings, Inc.,*<br>*ARRIS Solutions, Inc., ARRIS Technology, Inc.,*<br>*and ARRIS Enterprises, LLC* |

3

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document has been served on December 12, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                            */s/ Katherine G. Rubschlager*
                                            Katherine G. Rubschlager