## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>                     *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>                     *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

## ORDER GRANTING COMMSCOPE'S MOTION TO EXCLUDE CERTAIN UNRELIABLE OPINIONS OF PLAINTIFF'S EXPERT DR. VIJAY MADISETTI

Before the Court is Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, and ARRIS Enterprises, LLC (collectively, "CommScope") Motion to Exclude Certain Unreliable Opinions of Plaintiff's Expert Dr. Vijay Madisetti. After consideration of same, the Court finds that motion is well-taken and should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, and ARRIS Enterprises, LLC's Motion to Exclude Certain Unreliable Opinions of Plaintiff's Expert Dr. Vijay Madisetti is hereby **GRANTED**.