# EXHIBIT 4

Confidential

Page 1

1                      Vijay Madisetti

2         IN THE UNITED STATES DISTRICT COURT

3           FOR THE EASTERN DISTRICT OF TEXAS

4                    MARSHALL DIVISION

5    TQ DELTA, LLC,                    Civil Action No.

6               Plaintiff,             2:21-cv-310

7    Vs.

8    COMMSCOPE HOLDING COMPANY, INC.

9    COMMSCOPE, INC., ARRIS

10   INTERNATIONAL LIMITED, ARRIS

11   GLOBAL LTD., ARRIS US HOLDINGS,

12   INC. ARRIS SOLUTIONS, INC.,

13   ARRIS TECHNOLOGY INC., and ARRIS

14   ENTERPRISES, LLC,

15   Defendants.

16                       CONFIDENTIAL

17        Virtual Videotape Zoom Deposition of
                       Vijay Madisetti
18            Thursday, December 1, 2022
                       At 9:00 a.m.
19

20

21

22

23

24   Reported by LeShaunda Cass-Byrd, CSR, RPR

25   JOB NO. 220196

Confidential

Page 2

1                    Vijay Madisetti

2    APPEARANCES OF COUNSEL:

3    On behalf of CommScope Holding Company:

4         MICHAEL BITTNER, ESQ.
          JAMES LIN, ESQ.
5         Winston & Strawn LLP
          255 Shoreline Drive
6         Redwood City, California 94065

7
          RACHEL WALSH, ESQ.
8         Goodwin Procter LLP
          Three Embarcadero Center
9         San Francisco, California 94111

10
     On behalf of TQ Delta:
11
          PETER MCANDREWS, ESQ.
12        McAndrews, Held & Malloy, LTD
          500 West Madison Street
13        Chicago, Illinois 60661

14
     Also Present:
15
          Kevin Marth, Videographer
16

17

18

19

20

21

22

23

24

25

```
 1                    Vijay Madisetti

 2            EXAMINATION OF VIJAY MADISETTI

 3    By Ms. Walsh                                        7

 4                   DEPOSITION EXHIBITS

 5    EXHIBIT     DESCRIPTION                           PAGE

 6    Exhibit 1  Expert Report on Vijay Madisetti,

 7               Ph.D. on Infringement of the

 8               Family 4 and Family 6 Patents           22

 9    Exhibit 2  Errata to Expert Report of Vijay

10               Madisetti, PhD, on Infringement of

11               The Family 4 and 6 patents              27

12    Exhibit 3  Rebuttal Expert Report of Vijay

13               Madisetti, PhD, on the Validity of

14               The Asserted Claim of the Family 4

15               Patent (U.S. Patent Number 8,090,008   29

16    Exhibit 4  Document Bearing Bates number

17               TQD-TX-00043899 through 43908           54

18    Exhibit 5  U.S. Patent Number 6,657,949 to

19               Jones, et. al                          134

20    Exhibit 6  U.S. Patent 6,625,219 to Stopler       143

21    Exhibit 7  Rebuttal Expert Report of Vijay

22               Madisetti, PhD, on validity of the

23               Asserted claims of the Family 6

24               Patents (U.S. patent numbers 8,462,835;

25               8,594,162)                             156
```

```
 1                     Vijay Madisetti

 2   Exhibit 8   U.S. Patent Number 8,462,835           164

 3   Exhibit 9   Temporary Document SC-060, Bates

 4               Number CommScope 007290 through 7299   210

 5   Exhibit 10  Expert Declaration of Vijay K

 6               Madisetti, PhD.                        219

 7   Exhibit 11  Decision Granting Institution of

 8               Inter Parties Review                   226

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  Vijay Madisetti

 2         THE VIDEOGRAPHER:  Good morning,

 3   counselors.  My name is Kevin Marth.  I'm

 4   the legal videographer today in association

 5   with TSG Reporting, Inc.

 6         Because this is a remote deposition,

 7   I will not be in the same room with the

 8   witness.  Instead, I will record this

 9   videotaped deposition remotely.

10         Additionally, our court reporter

11   today, Mrs. LeShaunda Byrd, also will not

12   be in the same room and will swear the

13   witness remotely.

14         Will parties stipulate to the

15   validity of this remote swearing and the

16   remote video recording and that it will be

17   admissible in the courtroom as if it had

18   been taken following Rule 30 of the Federal

19   Rules of Civil Procedure and the states

20   rules where this case is pending?

21         MS. WALSH:  Yes, on behalf of

22   defendants.

23         MR. MCANDREWS:  Yes, on behalf of TQ

24   Delta.

25         THE VIDEOGRAPHER:  This marks the
```

1              Vijay Madisetti

2    start of media labeled 1, of the remote

3    video-recorded deposition of Vijay

4    Madisetti, in the matter TQ Delta, LLC,

5    versus CommScope Holding Company, Inc., et

6    al. before the United States District Court

7    for the Eastern District of Texas, Marshall

8    Division.

9           The remote video deposition today is

10   being held on December 1, 2022, and the

11   time on the video monitor is 9:09 a.m.

12          Again, my name is Kevin Marth.  I'm

13   the legal videographer in association with

14   TSG Reporting, Inc.  Our court reporter,

15   Mrs. LeShaunda Byrd, also in association

16   with TSG.

17          At this time, will counsel please

18   state your appearances for the record,

19   after which our court reporter will swear

20   in the witness and we may proceed.

21          MS. WALSH:  This is Rachel Walsh from

22   Goodwin Procter in San Francisco on behalf

23   of the CommScope defendants.

24          MR. MCANDREWS:  This is Peter

25   McAndrews from McAndrews, Held & Malloy on

```
 1                      Vijay Madisetti
 2        behalf of TQ Delta and the witness, Dr.
 3        Vijay Madisetti.
 4                      VIJAY MADISETTI,
 5   having been first duly sworn, was examined and
 6   testified as follows:
 7                       EXAMINATION
 8   BY MS. WALSH:
 9        Q.    Good morning, Dr. Madisetti.
10        A.    Good morning.
11        Q.    As I sort of introduced myself a little bit
12   earlier on the record, I'm counsel for CommScope in
13   these matters, and I will be asking you some questions
14   today.
15              Could you please state and spell your name
16   for the record.
17        A.    It's Vijay K. Madisetti, V-I-J-A-Y, K,
18   M-A-D-I-S-E-T-T-I.
19        Q.    Okay.  And what is your address?
20        A.    It's 56 Creekside Drive.
21              (Court Reporter Clarification.)
22              THE WITNESS:  56 Creekside Park
23        Drive, Johns Creek, Georgia.
24   BY MS. WALSH:
25        Q.    Where are you currently located?
```

```
                                                            Page 200
 1                       Vijay Madisetti

 2     you referring to with -- when you say a signal that

 3     has no information?

 4          A.    I meant that this did not have information

 5     with -- as in the court's construction.

 6          Q.    And the court's construction excluded

 7     having the FEC codeword counter value upon which the

 8     updated fix setting is to be used, correct?

 9          A.    Yes.

10          Q.    Okay.  And so the flag signal could have

11     other information besides that, correct?

12          A.    That is not -- that is not my

13     understanding.  It should not have my -- that is my

14     opinion.  My opinion is that it should not have the

15     codeword counter value as described in the court's

16     construction.  I don't offer any hard word things as

17     to what it may or may not have.

18          Q.    So in paragraph 69, you go on and describe

19     what I call an analogy to a white flag waived in

20     battle and a white flag waved in a Nascar race.

21                Do you see that?

22          A.    Yes.

23          Q.    And so you go on to describe that, and you

24     say, "The flag signal only indicates.  It contains no

25     information," correct?
```

1       Vijay Madisetti

2       REPORTER'S CERTIFICATE

3       I, LESHAUNDA CASS-BYRD, CSR No. B-2291, RPR,

4   Registered Professional Reporter, certify that the

5   foregoing proceedings were taken before me at the time

6   and place therein set forth, at which time the witness

7   was put under oath by me;

8       That the testimony of the witness, the questions

9   propounded, and all objections and statements made at

10  the time of the examination were recorded

11  stenographically by me and were thereafter

12  transcribed;

13      That the foregoing is a true and correct

14  transcript of my shorthand notes to taken.

15  I further certify that I am not a relative or employee

16  of any attorney or the parties, nor financially

17  interested in the action.

18      I declare under penalty of perjury under the laws

19  of North Carolina that the foregoing is true and

20  correct.

21      Dated this December 9, 2022.

22

23      *Leshaunda Byrd*

24  _____
    LESHAUNDA CASS-BYRD, CCR-B-2291, RPR

25