# EXHIBIT E

International Telecommunication Union

# ITU-T G.993.1
### (06/2004)

TELECOMMUNICATION
STANDARDIZATION SECTOR
OF ITU

SERIES G: TRANSMISSION SYSTEMS AND MEDIA, DIGITAL SYSTEMS AND NETWORKS
Digital sections and digital line system – Access networks

## Very high speed digital subscriber line transceivers

ITU-T Recommendation G.993.1



ITU-T G-SERIES RECOMMENDATIONS

**TRANSMISSION SYSTEMS AND MEDIA, DIGITAL SYSTEMS AND NETWORKS**

| | |
|---|---|
| INTERNATIONAL TELEPHONE CONNECTIONS AND CIRCUITS | G.100–G.199 |
| GENERAL CHARACTERISTICS COMMON TO ALL ANALOGUE CARRIER-TRANSMISSION SYSTEMS | G.200–G.299 |
| INDIVIDUAL CHARACTERISTICS OF INTERNATIONAL CARRIER TELEPHONE SYSTEMS ON METALLIC LINES | G.300–G.399 |
| GENERAL CHARACTERISTICS OF INTERNATIONAL CARRIER TELEPHONE SYSTEMS ON RADIO-RELAY OR SATELLITE LINKS AND INTERCONNECTION WITH METALLIC LINES | G.400–G.449 |
| COORDINATION OF RADIOTELEPHONY AND LINE TELEPHONY | G.450–G.499 |
| TESTING EQUIPMENTS | G.500–G.599 |
| TRANSMISSION MEDIA CHARACTERISTICS | G.600–G.699 |
| DIGITAL TERMINAL EQUIPMENTS | G.700–G.799 |
| DIGITAL NETWORKS | G.800–G.899 |
| DIGITAL SECTIONS AND DIGITAL LINE SYSTEM | G.900–G.999 |
|    General | G.900–G.909 |
|    Parameters for optical fibre cable systems | G.910–G.919 |
|    Digital sections at hierarchical bit rates based on a bit rate of 2048 kbit/s | G.920–G.929 |
|    Digital line transmission systems on cable at non-hierarchical bit rates | G.930–G.939 |
|    Digital line systems provided by FDM transmission bearers | G.940–G.949 |
|    Digital line systems | G.950–G.959 |
|    Digital section and digital transmission systems for customer access to ISDN | G.960–G.969 |
|    Optical fibre submarine cable systems | G.970–G.979 |
|    Optical line systems for local and access networks | G.980–G.989 |
|    **Access networks** | **G.990–G.999** |
| QUALITY OF SERVICE AND PERFORMANCE - GENERIC AND USER-RELATED ASPECTS | G.1000–G.1999 |
| TRANSMISSION MEDIA CHARACTERISTICS | G.6000–G.6999 |
| DIGITAL TERMINAL EQUIPMENTS | G.7000–G.7999 |
| DIGITAL NETWORKS | G.8000–G.8999 |

*For further details, please refer to the list of ITU-T Recommendations.*

COMMSCOPE008136

# ITU-T Recommendation G.993.1

## Very high speed digital subscriber line transceivers

**Summary**

G.993.1 VDSL (Very high speed Digital Subscriber Line) permits the transmission of asymmetric and symmetric aggregate data rates up to tens of Mbit/s on twisted pairs. G.993.1 includes worldwide frequency plans that allow asymmetric and symmetric services in the same group of twisted pairs (known as a binder). G.993.1 transceivers must overcome many types of ingress interference from radio and other transmission techniques that occur in the same frequencies of typical deployment scenarios. Similarly, G.993.1 transmission power transmission levels have been designed to minimize potential egress interference into other transmission systems. As with other Recommendations in the G.99x series, G.993.1 uses G.994.1 to handshake and initiate the transceiver training sequence.

**Source**

ITU-T Recommendation G.993.1 was approved on 13 June 2004 by ITU-T Study Group 15 (2001-2004) under the ITU-T Recommendation A.8 procedure.

FOREWORD

The International Telecommunication Union (ITU) is the United Nations specialized agency in the field of telecommunications. The ITU Telecommunication Standardization Sector (ITU-T) is a permanent organ of ITU. ITU-T is responsible for studying technical, operating and tariff questions and issuing Recommendations on them with a view to standardizing telecommunications on a worldwide basis.

The World Telecommunication Standardization Assembly (WTSA), which meets every four years, establishes the topics for study by the ITU-T study groups which, in turn, produce Recommendations on these topics.

The approval of ITU-T Recommendations is covered by the procedure laid down in WTSA Resolution 1.

In some areas of information technology which fall within ITU-T's purview, the necessary standards are prepared on a collaborative basis with ISO and IEC.

NOTE

In this Recommendation, the expression "Administration" is used for conciseness to indicate both a telecommunication administration and a recognized operating agency.

Compliance with this Recommendation is voluntary. However, the Recommendation may contain certain mandatory provisions (to ensure e.g. interoperability or applicability) and compliance with the Recommendation is achieved when all of these mandatory provisions are met.  The words "shall" or some other obligatory language such as "must" and the negative equivalents are used to express requirements. The use of such words does not suggest that compliance with the Recommendation is required of any party.

INTELLECTUAL PROPERTY RIGHTS

ITU draws attention to the possibility that the practice or implementation of this Recommendation may involve the use of a claimed Intellectual Property Right. ITU takes no position concerning the evidence, validity or applicability of claimed Intellectual Property Rights, whether asserted by ITU members or others outside of the Recommendation development process.

As of the date of approval of this Recommendation, ITU had received notice of intellectual property, protected by patents, which may be required to implement this Recommendation. However, implementors are cautioned that this may not represent the latest information and are therefore strongly urged to consult the TSB patent database.

© ITU 2005

All rights reserved. No part of this publication may be reproduced, by any means whatsoever, without the prior written permission of ITU.

COMMSCOPE008138