# EXHIBIT F



INTERNATIONAL  TELECOMMUNICATION  UNION

# ITU-T

TELECOMMUNICATION
STANDARDIZATION  SECTOR
OF  ITU

# G.992.1
(06/99)

## SERIES G: TRANSMISSION SYSTEMS AND MEDIA, DIGITAL SYSTEMS AND NETWORKS
Digital transmission systems – Digital sections and digital line system – Access networks

# Asymmetric digital subscriber line (ADSL) transceivers

ITU-T  Recommendation  G.992.1

(Previously  CCITT  Recommendation)

2WIRE00029369
COMMSCOPE001022

ITU-T  G-SERIES  RECOMMENDATIONS

**TRANSMISSION SYSTEMS AND MEDIA, DIGITAL SYSTEMS AND NETWORKS**

| | |
|---|---|
| INTERNATIONAL TELEPHONE CONNECTIONS AND CIRCUITS | G.100–G.199 |
| ***INTERNATIONAL ANALOGUE CARRIER SYSTEM*** | |
| GENERAL CHARACTERISTICS COMMON TO ALL ANALOGUE CARRIER-TRANSMISSION SYSTEMS | G.200–G.299 |
| INDIVIDUAL CHARACTERISTICS OF INTERNATIONAL CARRIER TELEPHONE SYSTEMS ON METALLIC LINES | G.300–G.399 |
| GENERAL CHARACTERISTICS OF INTERNATIONAL CARRIER TELEPHONE SYSTEMS ON RADIO-RELAY OR SATELLITE LINKS AND INTERCONNECTION WITH METALLIC LINES | G.400–G.449 |
| COORDINATION OF RADIOTELEPHONY AND LINE TELEPHONY | G.450–G.499 |
| ***TESTING EQUIPMENTS*** | |
| ***TRANSMISSION MEDIA CHARACTERISTICS*** | G.600–G.699 |
| ***DIGITAL TRANSMISSION SYSTEMS*** | |
| TERMINAL EQUIPMENTS | G.700–G.799 |
| DIGITAL NETWORKS | G.800–G.899 |
| DIGITAL SECTIONS AND DIGITAL LINE SYSTEM | G.900–G.999 |
|    General | G.900–G.909 |
|    Parameters for optical fibre cable systems | G.910–G.919 |
|    Digital sections at hierarchical bit rates based on a bit rate of 2048 kbit/s | G.920–G.929 |
|    Digital line transmission systems on cable at non-hierarchical bit rates | G.930–G.939 |
|    Digital line systems provided by FDM transmission bearers | G.940–G.949 |
|    Digital line systems | G.950–G.959 |
|    Digital section and digital transmission systems for customer access to ISDN | G.960–G.969 |
|    Optical fibre submarine cable systems | G.970–G.979 |
|    Optical line systems for local and access networks | G.980–G.989 |
|    **Access networks** | **G.990–G.999** |

*For further details, please refer to ITU-T List of Recommendations.*

2WIRE00029370
COMMSCOPE001023

# ITU-T RECOMMENDATION G.992.1
## ASYMMETRIC DIGITAL SUBSCRIBER LINE (ADSL) TRANSCEIVERS

**Summary**

This Recommendation describes Asymmetric Digital Subscriber Line (ADSL) Transceivers on a metallic twisted pair that allows high-speed data transmission between the network operator end (ATU-C) and the customer end (ATU-R). This Recommendation provides a variety of bearer channels in conjunction with one of three other services dependent on the environment:

1)    ADSL transmission simultaneously on the same pair with voice (band) service;

2)    ADSL transmission simultaneously on the same pair with G.961 (Appendix I or II) ISDN services; or

3)    ADSL transmission on the same pair with voiceband transmission and with TCM-ISDN (G.961 Appendix III) in an adjacent pair.

Systems allow approximately 6 Mbit/s downstream and approximately 640 kbit/s upstream data rates depending on the deployment and noise environment.

This Recommendation specifies the physical layer characteristics of the Asymmetric Digital Subscriber Line (ADSL) interface to metallic loops.

This Recommendation has been written to help ensure the proper interfacing and interworking of ADSL transmission units at the customer end (ATU-R) and at the network operator end (ATU-C) and also to define the transport capability of the units. Proper operation shall be ensured when these two units are manufactured and provided independently. A single twisted pair of telephone wires is used to connect the ATU-C to the ATU-R. The ADSL transmission units must deal with a variety of wire pair characteristics and typical impairments (e.g. crosstalk and noise).

An ADSL transmission unit can simultaneously convey all of the following: downstream simplex bearers, duplex bearers, a baseband analogue duplex channel, and ADSL line overhead for framing, error control, operations and maintenance. Systems support a minimum of 6.144 Mbit/s downstream and 640 kbit/s upstream.

This Recommendation includes mandatory requirements, recommendations and options; these are designated by the words "shall", "should" and "may" respectively. The word "will" is used only to designate events that take place under some defined set of circumstances.

Two categories of performance are specified. Category I performance is required for compliance with this Recommendation; performance enhancement options are not required for category I equipment. Category II is a higher level of performance (i.e. longer lines and greater impairments). Category II performance and characteristics are not required for compliance with this Recommendation.

This Recommendation defines several optional capabilities and features:

•      echo cancellation;

•      trellis coded modulation;

•      dual latency;

•      transport of a network timing reference;

•      transport of STM and/or ATM;

•      reduced overhead framing modes.

It is the intention of this Recommendation to provide, by negotiation during initialization, for U-interface compatibility and interoperability between transceivers complying to this Recommendation and between transceivers that include different combinations of options.

**Source**

ITU-T Recommendation G.992.1 was prepared by ITU-T Study Group 15 (1997-2000) and was approved under the WTSC Resolution No. 1 procedure on 22 June 1999.

2WIRE00029371
COMMSCOPE001024

## FOREWORD

ITU (International Telecommunication Union) is the United Nations Specialized Agency in the field of telecommunications. The ITU Telecommunication Standardization Sector (ITU-T) is a permanent organ of the ITU. The ITU-T is responsible for studying technical, operating and tariff questions and issuing Recommendations on them with a view to standardizing telecommunications on a worldwide basis.

The World Telecommunication Standardization Conference (WTSC), which meets every four years, establishes the topics for study by the ITU-T Study Groups which, in their turn, produce Recommendations on these topics.

The approval of Recommendations by the Members of the ITU-T is covered by the procedure laid down in WTSC Resolution No. 1.

In some areas of information technology which fall within ITU-T's purview, the necessary standards are prepared on a collaborative basis with ISO and IEC.

## NOTE

In this Recommendation, the expression "Administration" is used for conciseness to indicate both a telecommunication administration and a recognized operating agency.

## INTELLECTUAL PROPERTY RIGHTS

The ITU draws attention to the possibility that the practice or implementation of this Recommendation may involve the use of a claimed Intellectual Property Right. The ITU takes no position concerning the evidence, validity or applicability of claimed Intellectual Property Rights, whether asserted by ITU members or others outside of the Recommendation development process.

As of the date of approval of this Recommendation, the ITU had received notice of intellectual property, protected by patents, which may be required to implement this Recommendation. However, implementors are cautioned that this may not represent the latest information and are therefore strongly urged to consult the TSB patent database.

© ITU 2000

All rights reserved. No part of this publication may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying and microfilm, without permission in writing from the ITU.

2WIRE00029372
COMMSCOPE001025