# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TQ DELTA LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 13-1835-RGA |
| | : | |
| 2WIRE, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER AFTER PRETRIAL CONFERENCE re: PATENT FAMILY 3**

Now, this 13th day of May, 2019, after a pretrial conference, and upon consideration of the proposed pretrial order and the discussion at the pretrial conference, IT IS HEREBY ORDERED that:

1. The Proposed Pretrial Order (D.I. 1126) is **ADOPTED** as modified by any discussion at the pretrial conference.

2. A jury trial will begin on May 20, 2019, at 9:30 a.m. with jury selection. Each party should be prepared to present its case from 9:00 a.m. until 5:00 p.m. of each succeeding trial day, although the end of the trial day may, in the discretion of the Court, be earlier than 5:00 p.m.

3. The trial is timed. Each side is allowed ten (10) hours for its opening statement and its direct and cross-examination of witnesses. Time during the trial day that does not neatly fit into one of those categories will be attributed to one side or the other as the Court thinks most appropriate. The amount of time allowed for closing argument will be decided during trial. It is expected that closing arguments will be no later than the afternoon of Thursday, May 23rd.