# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TQ DELTA LLC.,                                        :
                                                     :
                          Plaintiff,                 :
                                                     :
              v.                                     :        Civil Action No. 13-1835-RGA
                                                     :
2WIRE INC.,                                          :
                                                     :
                          Defendant.                 :


ORDER AFTER PRETRIAL CONFERENCE RE: FAMILY 6

Now, this 8th day of July, 2022, after a pretrial conference, and upon consideration of the

proposed pretrial order and the discussion at the pretrial conference, IT IS HEREBY ORDERED

that:

1.   The Proposed Pretrial Order (D.I. 1600) is **ADOPTED** as modified by any discussion

at the pretrial conference.

2.   A jury trial will begin on Monday, July 18, 2022 at 9:30 a.m. with jury selection.

Each party should be prepared to present its case until 5:00 p.m. of each trial day, although the

end of the trial day may, in the discretion of the Court, be earlier than 5:00 p.m.

3.   The trial is timed.  Each side is allowed **6 ½ hours** for its opening statement and its

direct and cross-examination of witnesses.  Time during the trial day that does not neatly fit into

one of those categories will be attributed to one side or the other as the Court thinks most

appropriate.  The amount of time allowed for closing argument will be decided during trial.  The

Court's thought right now is that 45 minutes per side would be enough.

4.   Trial counsel are to be present and ready to proceed at 9:00 a.m. each and every day

of trial.  **COUNSEL SHOULD UNDERSTAND THAT THERE MAY BE LONG LINES**