**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| TQ DELTA, LLC,<br><br>                              *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY,<br>INC., COMMSCOPE, INC., ARRIS US<br>HOLDINGS, INC., ARRIS SOLUTIONS,<br>INC., ARRIS TECHNOLOGY, INC., and<br>ARRIS ENTERPRISES, LLC,<br><br>                              *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

**DECLARATION OF ANDREW S. ONG IN SUPPORT OF COMMSCOPE'S MOTION
FOR PARTIAL SUMMARY JUDGMENT REGARDING PRIOR ART STATUS**

I, Andrew S. Ong, declare:

1.      I am a partner at Goodwin Procter LLP, counsel of record for Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology (collectively, "CommScope").  I am over the age of 18 years, have personal knowledge of the matters in this declaration, and if called as a witness, I would and could competently testify to them.

2.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the [Proposed] Joint Pretrial Order for Family 3 Infringement and Validity Phase in *TQ Delta, LLC v. Pace Americas*, Case No. 13-cv-1835-RGA ("*2Wire*"), ECF No. 1142.

3.      Attached hereto as **Exhibit B** is a true and correct copy of excerpts from Exhibit 1 to the [Proposed] Joint Pretrial Order for Family 3 Infringement and Validity Phase *TQ Delta, LLC v. Pace Americas*, Case No. 13-cv-1835-RGA ("*2Wire*"), ECF No. 1142-1.

4.      Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the [Proposed] Joint Pretrial Order for Family 6 – Validity Only Trial in *TQ Delta, LLC v. Pace Americas*, Case No. 13-cv-1835-RGA ("*2Wire*"), ECF No. 1613.

5.      Attached hereto as **Exhibit D** is a true and correct copy of excerpts from Exhibit 1 to the [Proposed] Joint Pretrial Order for Family 6 – Validity Only Trial in *TQ Delta, LLC v. Pace Americas*, Case No. 13-cv-1835-RGA ("*2Wire*"), ECF No. 1613-1.

6.      Attached hereto as **Exhibit E** is a true and correct copy of excerpts from ITU-T Recommendation G.993.1.

7.      Attached hereto as **Exhibit F** is a true and correct copy of excerpts from ITU-T Recommendation G.992.1.

8.      Attached hereto as **Exhibit G** is a true and correct copy of excerpts from ITU-T SG15/Q4 Contribution LB-031.

9.      Attached hereto as **Exhibit H** is a true and correct copy of excerpts from ITU-T SG15/Q4 Contribution SC-060.

10.      Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the Order After Pretrial Conference re: Family 3 in *TQ Delta, LLC v. Pace Americas*, Case No. 13-cv-1835-RGA ("*2Wire*"), ECF No. 1145.

11.      Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the Order After Pretrial Conference re: Family 6 in *TQ Delta, LLC v. Pace Americas*, Case No. 13-cv-1835-RGA ("*2Wire*"), ECF No. 1611.

12.      Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the Opening Expert Report of Dr. Richard Wesel on the Invalidity of the Asserted Claims of the Family 3 Patents (U.S. Patent Nos. 7,844,882; 8,276,048; 8,495,473; 9,547,608), dated August 29,

2

2022.

13.     Attached hereto as **Exhibit L** is a true and correct copy of excerpts from the Opening Expert Report of Bruce McNair on the Invalidity of the Asserted Claims of the Family 6 Patents (U.S. Patent Nos. 8,462,835; 8,594,162), dated August 29, 2022.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 14, 2022, in San Francisco, California.

/s/ *Andrew S. Ong*
Andrew S. Ong
