IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>　　　　　　　　*Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>　　　　　　　　*Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

**ORDER GRANTING COMMSCOPE'S MOTION FOR
PARTIAL SUMMARY JUDGMENT REGARDING PRIOR ART STATUS**

Pending before the Court is CommScope's Motion for Partial Summary Judgment that G.993.1 and LB-031 qualify as prior art to the Asserted Family 3 patents, and that G.992.1 and SC-060 qualify as prior art to the Asserted Family 6 patent. The Court, having considered the Motion and its supporting exhibits and declarations, is of the opinion that the Motion should be **GRANTED**. **IT IS THEREFORE ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.