IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>      *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>      *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

**ORDER GRANTING COMMSCOPE'S MOTION TO
EXCLUDE EXPERT TESTIMONY OF JONATHAN PUTNAM, PH.D. THAT IS
INCONSISTENT WITH LEGAL PRECEDENT**

  Before the Court is Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, and ARRIS Enterprises, LLC (collectively, "CommScope") Motion to Exclude Expert Testimony of Jonathan Putnam, Ph.D. That Is Inconsistent With Legal Precedent. After consideration of same, the Court finds that motion is well-taken and should be **GRANTED.**

  **IT IS THEREFORE ORDERED** that CommScope's Motion to Exclude Expert Testimony of Jonathan Putnam, Ph.D. That Is Inconsistent With Legal Precedent is **GRANTED**.