IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>                         *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>                         *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

**ORDER GRANTING COMMSCOPE'S MOTION TO EXCLUDE PORTIONS OF THE EXPERT TESTIMONY OF JONATHAN PUTNAM AND TODOR COOKLEV UNDER FED R. EVID. 702 AND *DAUBERT***

Pending before the Court is CommScope's Motion to Exclude Portions of the Expert Testimony of Jonathan Putnam and Todor Cooklev under Fed. R. Evid. 702 and *Daubert*. The Court, having considered the Motion and its supporting exhibits and declarations, is of the opinion that the Motion should be **GRANTED**. **IT IS THEREFORE ORDERED** that Defendants' Motion to Strike is **GRANTED**.

Accordingly, the following opinions of Drs. Cooklev & Putnam are excluded: Paragraphs 371–398, Figure 5, and Exhibit 11 (Schedule B and Schedule D) of the Putnam Report (Ex. A), and Paragraphs 1340-1342 of the Cooklev Report (Ex. B).