IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>     *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>     *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

**DECLARATION OF LANA SHIFERMAN IN SUPPORT OF
COMMSCOPE'S MOTION TO EXCLUDE PORTIONS OF THE EXPERT
TESTIMONY OF JONATHAN PUTNAM AND TODOR COOKLEV
<u>UNDER FED R. EVID. 702 AND DAUBERT</u>**

  I, Lana Shiferman, declare:

  1. I am a partner at Goodwin Procter LLP, counsel of record for Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology (collectively, "CommScope"). I am over the age of 18 years, have personal knowledge of the matters in this declaration, and if called as a witness, I would and could competently testify to them.

  2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the Corrected Expert Report of Jonathan D. Putnam, dated September 3, 2022.

  3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Opening Expert Report of Todor Cooklev, Ph.D., dated August 29, 2022.

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 14, 2022, in Boston, Massachusetts.

/s/ *Lana Shiferman*
Lana Shiferman