IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>     *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>     *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

**ORDER GRANTING THE COMMSCOPE DEFENDANTS' OPPOSED MOTION FOR PARTIAL SUMMARY JUDGMENT TO LIMIT DAMAGES BASED ON 35 U.S.C. § 286**

  Before the Court is the CommScope Defendants' Opposed Motion for Partial Summary Judgment to Limit Damages Based on 35 U.S.C. § 286.

  After considering the briefing, the Court is of the opinion that the Motion should be and is hereby GRANTED.