# EXHIBIT G



# NVG599
## Triple Play Residential Gateway



### FEATURES:

- HomePNA 3.1
- Four Gigabit Ethernet Ports (RJ-45)
- Concurrent Wi-Fi Support for 802.11 b/g/n/ on 2.4 GHz, and 802.11ac on 5 GHz
- High-Power 400 mW 802.11b/g/n Wi-Fi® Radio
- Single FXS Voice Telephony Port (RJ-14) with Support for Two Voice-Over-IP (VoIP) Lines

### PRODUCT OVERVIEW:

The ARRIS NVG599 Triple Play Residential Gateway is designed to deliver robust video, primary line telephony, and high-speed data over the VDSL2/ADSL2+ broadband network. This full-featured gateway provides a cost-effective way for subscribers to migrate seamlessly from traditional narrowband telephony service to an all-IP service.

The NVG599 is ideal for both xDSL and FTTN applications, combining a bonded VDSL2/ADSL2+ router with HomePNA 3.1 support for in-home video distribution in one convenient package. The optional, field-replaceable lithium-ion battery provides VoIP subscribers with primary line reliability in the event of primary power failure.

RESTRICTED - ATTORNEYS' EYES ONLY

COMMSCOPE038709

NVG599
Triple Play Residential Gateway



With the NVG599, high-speed Internet connectivity is only the beginning. The Advanced Quality of Service (QoS) features, security firewall features, and extensive remote management features of the NVG599 enable reliable, single-platform delivery of voice-over-IP (VoIP), data, and streaming broadcast-quality video over the VDSL2/ADSL2 broadband network. Users can take advantage of:

- Simultaneous use of phone, video, and high-speed data over a bonded or single copper pair
- IPTV video
- High-speed home networking using HomePNA
- Concurrent Wi-Fi support for 802.11 b/g/n on 2.4 GHz, and 802.11ac on 5 GHz
- Primary line VoIP telephone service
- Optional integrated battery backup

The NVG599 supports concurrent Wi-Fi with 400 mW high-power 802.11 g/b/n on 2.4 GHz and 802.11ac on 5 GHz.  It uses multiple-input and multiple-output MIMO  technology, eliminating the need for wired connections and enabling users to easily network all of their wireless 802.11b/g/n/ac-equipped devices. Its four  10/100/1000 Ethernet ports give subscribers the option of setting up a home network to share a printer and data, music, and video files. Thus, the NVG599 enables users to maximize the high-bandwidth potential of their home or business network.

## Service Assurance

The NVG599 gateway's advanced features help service providers improve efficiency and reduce costs. Its ability to act as an 802.1x WAN supplicant  simplifies CPE authentication to the service provider network and eliminates the customer's need to manually enter their PPP credentials.

The design of the ARRIS NVG599 ensures that it is scalable and forward looking, with the ability to support an upgrade path to more advanced features such  as OSGi and DLNA. And, because ARRIS designs its gateways to be remotely manageable via industry standard TR-069/TR-098, the NVG599 is interoperable with  any ACS solution that follows the Broadband Forum's TR-069/TR-098 specification.

| GENERAL SPECIFICATIONS | |
|---|---|
| **Interfaces** | |
| WAN | Bonded VDSL2 / single line VDSL2 / bonded ADSL2+ / single line ADSL, RJ-14 |
| | One-port 10/100/1000 Ethernet, RJ-45 |
| LAN | Concurrent Wi-Fi support for 400 mW 802.11b/g/n and 802.11ac |
| | Four-port 10/100/1000 Ethernet switch, RJ-45 |
| | HomePNA v3.1 over coax connector |
| | Single-port voice FXS, RJ-14 |
| | USB2.0 network interface |
| **Embedded Firmware** | |
| Encoding and Access Protocols | |
| VDSL2 Support (Bonded and Single Line) | ITU-T G.993.2 VDSL2 Annex A |
| | Support for bonded profiles 8a, 8b, 8c, 8d, 12a, 12b, 17a |
| | U0 Band (25 kHz to 276 kHz) |
| | G.993.2 Annex K.3 (Packet Transfer Mode - PTM) |
| | G.993.5 (vectoring) |
| | G.997.1 (2006) VDSL2 physical layer OAM |
| | G.998.4 (G.INP) |
| ADSL2+ Support (Bonded and Single Line) | ITU G.992.5 with Amendment 2 |

| GENERAL SPECIFICATIONS (continued) | |
|---|---|
| ADSL2 Support | ITU G.992.3 with Amendments 1 and 2 (INP up to 16) |
| | K.3 Packet Transfer Mode support |
| | Annex L (RE-ADSL2) and Annex M support |
| | TR-100 |
| ADSL Support | ITU G.992.1 and ANSI T1.413 Issue2 |
| | Annex A support |
| | TR-067 |
| ATM Adaptation Layer 5 (AAL5) | Eight permanent virtual circuits (PVCs); UBR, CBR, VBRnrt, VBRrt |
| | ITU-T 1.610 (F4/F5) OAM |
| | DHCP Client, PPP, or 802.1x Supplicant Authentication |
| IP Addressing and Routing | IPv4, IPv6 / 6rd |
| | DHCP server/relay |
| | DNS proxy, dynamic DNS support |
| | Multiple subnet support |
| Traffic Management and QoS (Quality of Service) | Network Address Port Translation (NAPT) |
| | Application Level Gateway (ALG) support |
| | IP maps (pinholes) |
| | Diffserv QoS with Weighted Fair Queuing |
| | IGMPv2, IGMPv3 with Fast Leave |
| | IEEE 802.1P/Q VLANs |
| | DSCP setting for SIP/RTP |

RESTRICTED - ATTORNEYS' EYES ONLY

COMMSCOPE038710

**NVG599**
Triple Play Residential Gateway



## GENERAL SPECIFICATIONS (continued)

| | |
|---|---|
| Security | Stateful packet inspection firewall<br>Virtual DMZ/IP pass-through<br>Denial of service (DoS) protection<br>VPN pass-through (PPTP, L2TP, IPSec) |
| Device Management | Password protected access, statistics, and log reporting |
| Remote Management | TR-069/TR-098, TR-104, TR-111, WebUI, CLI (Telnet), SSH |
| Local Management | TR-064, UPnP, WebUI, CLI (Telnet), captive portal |
| Utilities | Ping, traceroute, reverse DNS, NTP, diagnostics |

### Wi-Fi

| | |
|---|---|
| Concurrent Wi-Fi | 802.11 b/g/n 400 mW high-power radio<br>802.11ac |
| Wi-Fi Characteristics | 2.4 GHz support, 2x2 integrated omni-directional antenna with diversity<br>5 GHz support, 3x3 |
| Wi-Fi Features | Multiple BSSID (unique authentication per SSID)<br>Wi-Fi Protected Setup (WPS)<br>Wi-Fi Multimedia (WMM), WMM-PS (power save)<br>Transmit power control |
| Wi-Fi Security | WEP (64-bit, 128-bit, 256-bit) encryption<br>WPA, WPA-PSK, 802.11i/WPA2, WPA2-PSK, EAP-TTLS<br>MAC address filtering |

### Voice Features

| | |
|---|---|
| General Voice Features | SIP v2 call, SIPv2 call control<br>DNS SRV, A records re-registration with primary SIP proxy server<br>Geo-Redundancy—DNS SRV, A records<br>Flexible dial plan support<br>Hook flash event signaling<br>RTP audio transport<br>RFC2833 RTP payload, SIP INFO and InBand DTMF mode |
| Audio Codecs | G.711 (a-law and u-law), G.729a and G.726 (16, 24, 32, 40 kbps)<br>AMR (narrowband)<br>Adaptive jitter buffer<br>PLC—(G.711 Appendix I and Frame repeat)<br>VAD (voice activity detection) with silence suppression and comfort noise generation<br>G.168 network echo cancellation<br>G.167 acoustic echo cancellation |

## GENERAL SPECIFICATIONS (continued)

| | |
|---|---|
| FAX Relay Protocols Compliance | T.38 pass-through and over IP<br>Fax/modem detection control, T.38 (IP) compliant Group 3 and SG3 fallback to Transport T.30, V.34 fax and modem bypass (automatic fallback to G.711) support |
| CLASS Calling Features | Call Waiting; Call Hold; Call Resume; Call Forward Unconditional;<br>Call Forward on Busy; Caller ID; 3-Way Conference; CallConsultant;<br>Call Transfer and network-initiated class services—MWI messaging, VMWI via FSK<br>Battery Event notifications on phone and voice announcements during low battery conditions |

### Regulatory Compliance

| | |
|---|---|
| Americas | UL 60950, CUL, CSA<br>FCC Part 15 Class B, ICES-003<br>FCC Part 68, CS-03<br>CEC compliant, K.21 |
| Integrated Battery | Hazardous Materials Regulations and Procedures CFR Title 49, Section 173, Subsection 185<br>UL60950/CAN/CSA-C22.2 No. 60950—Recognized component (U.S. and Canada)<br>UL 2054—Recognized component (U.S. and Canada)<br>UN Manual of Tests and Criteria, Sect. 38.3, CE, IEC62133<br>California Code of Regulation Title 20 |

### Environmental Specifications

| | |
|---|---|
| Operating Temperature | 0°C to 42°C (32°F to 107°F)<br>8% to 95% (non-condensing) relative humidity |
| Storage Temperature | −20°C to 85°C (−4°F to 185°F) |

### Physical Specifications

| | |
|---|---|
| Dimensions | 9.8 in. H x 7.9 in. L x 2.8 in. W<br>(250 mm H x 200 mm L x 71 mm W) |
| Weight | 1.97 lbs (.89 kg) (without integrated battery)<br>2.47 lbs (1 kg) (with integrated battery) |
| Placement | Vertical desktop, horizontal desktop, or vertical wall mount |

### Battery (Optional)

| | |
|---|---|
| Type | Replaceable, lithium-ion, single-piece construction, four-cell |

All features, functionality, and other product specifications are subject to change without notice or obligation.



Copyright Statement: ©ARRIS Enterprises, Inc. 2014 All rights reserved. No part of this publication may be reproduced in any form or by any means or used to make any derivative work (such as translation, transformation, or adaptation) without written permission from ARRIS Enterprises, Inc. ("ARRIS"). ARRIS reserves the right to revise this publication and to make changes in content from time to time without obligation on the part of ARRIS to provide notification of such revision or change. ARRIS and the ARRIS logo are all trademarks of ARRIS Enterprises, Inc. Other trademarks and trade names may be used in this document to refer to either the entities claiming the marks and the names of their products. ARRIS disclaims proprietary interest in the marks and names of others.

©ARRIS Enterprises, Inc. 2014 All rights reserved. No part of this publication may be reproduced

365-095-24673 x.2   05/14

RESTRICTED - ATTORNEYS' EYES ONLY

COMMSCOPE038711