# EXHIBIT M

```
                                                              Page 210
 1

 2            UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF TEXAS
 3                  MARSHALL DIVISION

 4   ----------------------------------
     TQ DELTA, LLC,
 5
                 Plaintiff,              Civil Action No.
 6                                       2:21-cv-00310-JRG
         v.                              (Lead Case)
 7
     COMMSCOPE HOLDING COMPANY,
 8   INC., COMMSCOPE INC., ARRIS
     INTERNATIONAL LIMITED, ARRIS
 9   GLOBAL LTD., ARRIS US HOLDINGS,
     INC., ARRIS SOLUTIONS, INC.,
10   ARRIS TECHNOLOGY, INC., and
     ARRIS ENTERPRISES, LLC,
11
                 Defendants.
12   ----------------------------------
             v.
13
     NOKIA CORP., NOKIA SOLUTIONS       Civil Action No.
14   AND NETWORKS OY, and NOKIA OF      2:21-CV-00309-JRG
     AMERICA CORP.,                     (Member Case)
15
                 Defendants
16   ----------------------------------

17            ** HIGHLY CONFIDENTIAL **

18              ATTORNEYS' EYES ONLY

19
              REMOTE VIDEOTAPED DEPOSITION OF
20
                 TODOR COOKLEV, PH.D.
21
                       VOLUME II
22
                   December 9, 2022
23

24   Reported by:
     Janice M. Kocek, CSR, CLR
25   Job No. 220201
```

Page 211

1

2

3

4                   December 9, 2022

5                    10:21 Eastern

6

7

8         The continued videotaped deposition

9   of TODOR COOKLEV, PH.D., held at via Zoom

10  videoconference, before Janice M. Kocek, a

11  Certified Shorthand Reporter, Certified

12  LiveNote Reporter and Notary Public of the

13  State of Illinois.

14

15

16

17

18

19

20

21

22

23

24

25

Page 212

1

2  A P P E A R A N C E S:

3  ** ALL PARTICIPANTS APPEARING REMOTELY **

4

5  ATTORNEYS FOR THE TQ DELTA

6      DAVIS FIRM P.C.

7          111 West Tyler Stree

8          Longview, Texas 75601

9      BY:  CHRISTIAN HURT, ESQ.

10

11     MCANDREWS, HELD & MALLOY, LTD.

12         500 West Madison Street

13         Chicago, Illinois 60661

14     BY:  PETER MCANDREWS, ESQ.

15

16 ATTORNEYS FOR THE COMMSCOPE AND ARRIS DEFENDANTS

17     GOODWIN PROCTER LLP

18         Three Embarcadero Center

19         San Francisco, California 94111

20     BY:  RACHEL WALSH, ESQ.

21

22

23

24

25

```
                                                      Page 213
 1  T. COOKLEV - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

 2       A P P E A R A N C E S:

 3

 4       ATTORNEYS FOR THE COMMSCOPE AND ARRIS DEFENDANTS

 5            ALSTON & BIRD LLP

 6                  101 South Tryon Street

 7                  Charlotte, North Carolina 28280

 8            BY:   NICHOLAS MARAIS, ESQ.

 9

10

11       ALSO PRESENT:

12                  BILL THOMAS, Videographer

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 214

1  T. COOKLEV, PH.D. - VOL. II - HIGHLY CONFIDENTIAL
2              THE VIDEOGRAPHER: This is the
3        continuation of Dr. Todor Cooklev. This is
4        December 9th, 2022. The time is 10:21.
5        This is the continuation of his deposition.
6        Stipulations and oath from yesterday are
7        still standing today.
8  T O D O R  C O O K L E V, P. H. D.,
9        having been previously sworn by a Notary
10       Public, resumed and testified as follows:
11 CONTINUED EXAMINATION BY
12 MS. WALSH:
13       Q.  Good morning, Dr. Cooklev.
14       A.  Good morning.
15       Q.  Do you understand that you're still
16 under oath in this proceeding?
17       A.  I do.
18       Q.  And are you on any medications today
19 that would prevent you from giving full and
20 truthful answers to my questions?
21       A.  No, I'm not.
22       Q.  Is there any other reason why you'd
23 be unable to give full and truthful answers to
24 my questions?
25       A.  I don't think so.

Page 215

1  T. COOKLEV, PH.D. - VOL. II - HIGHLY CONFIDENTIAL

2      Q.   Over the evening break, did you
3  speak with anyone regarding the substance of
4  your testimony?
5      A.   No, I did not speak regarding the
6  substance of the testimony.
7      Q.   So in the course of -- so I posted
8  into the chat what we marked yesterday as
9  Exhibit 1, which is your opening report.
10          Can you confirm that you're able to
11 access that either through the chat or through
12 ShareFile?
13     A.   Yeah, I -- I do see it in the
14 submitted folder.
15     Q.   Okay.
16     A.   And also yesterday I downloaded that
17 file.  So I could use that.
18     Q.   Okay.  Okay.  So in the course of
19 doing your analysis for your opening report,
20 one of the things that you looked at was
21 datasheets for the accused products, correct?
22     A.   Datasheets?
23     Q.   Correct.  Yes, datasheets, user
24 guides, et cetera.
25          MR. HURT:  Object to the form.

1    T. COOKLEV, PH.D. - VOL. II  -  HIGHLY CONFIDENTIAL

2                THE WITNESS:  Oh.  Yeah, that is --

3         that is something that I relied on.

4    BY MS. WALSH:

5         Q.    And those datasheets, probably among

6    other things, they describe the features and

7    functionality of the accused products, correct?

8         A.    Well, as far as contents of

9    datasheets, I -- I mean, I'm not going to, I

10   guess, answer the question just without looking

11   at the datasheets.

12        Q.    Okay.

13              (Cooklev Deposition Exhibit 4

14              was marked for identification.)

15   BY MS. WALSH:

16        Q.    So I have copied into the chat

17   what's been marked as Exhibit 4.  And it's a

18   document titled user "Guide HomePortal

19   Intelligent Gateway" bearing Bates No.

20   COMMSCOPE018563.

21              Do you have the document,

22   Dr. Cooklev?

23        A.    I am getting it right now.

24              I got it.

25        Q.    Okay.  Do you recognize this

```
                                                         Page 217
 1   T. COOKLEV, PH.D. - VOL. II  -  HIGHLY CONFIDENTIAL
 2      document, Dr. Cooklev?
 3           A.    This is a document -- a document
 4      that is referenced in my opening report.
 5           Q.    Okay.  So does that mean that you
 6      have reviewed it?
 7           A.    Yes.
 8           Q.    At internal page 10, there's a
 9      section titled "Connecting the gateway to the
10      Internet."
11                 Can you go to that section, please?
12           A.    Yes, I'm there.
13           Q.    And so the title there reads
14      "Connecting the gateway to the Internet."
15                 Do you see that?
16           A.    I do.
17           Q.    And so the subhead below that reads
18      (as read):  Using the DSL port.  Connect the
19      gateway to the Internet through the DSL port.
20                 Do you see that?
21           A.    I see this.
22           Q.    And so this would indicate to a user
23      that you can connect the 5168 product to the
24      Internet using a DSL connection.
25                 Is that -- is that fair to say?
```

Page 218

1  T. COOKLEV, PH.D. - VOL. II  -  HIGHLY CONFIDENTIAL

2             MR. HURT:  Object to the form.

3             THE WITNESS:  I think that's the

4        idea here.

5  BY MS. WALSH:

6        Q.   Okay.  And there's a section below

7  the figure that says (as read):  Using the

8  Ethernet port.  Connect the gateway to the

9  Internet through the Ethernet port.

10            Do you see that?

11       A.   Yes, I see this.

12       Q.   And so below that, it describes the

13 process of connecting the 5168 product using an

14 Ethernet port, correct?

15       A.   That's what it -- it says (as read):

16 Connect the gateway to the internet through the

17 Ethernet port.

18       Q.   Okay.  So you can connect a 5168

19 gateway to the internet using an Ethernet port,

20 correct?

21            MR. HURT:  Object to the form.

22            THE WITNESS:  That's what I think

23       the idea here.  That's what it says.  You

24       can connect the gateway to the Internet

25       through the Ethernet port.

```
                                                  Page 219
 1   T. COOKLEV, PH.D. - VOL. II  -  HIGHLY CONFIDENTIAL

 2     BY MS. WALSH:

 3          Q.   And that connection would not use

 4     DSL, correct?

 5              MR. HURT:  Object to the form.

 6              (Witness reviewing document.)

 7              THE WITNESS:  I mean, it's not --

 8          that's not something that I had to

 9          investigate.

10     BY MS. WALSH:

11          Q.   But would you agree that if this

12     user guide describes connecting through a DSL

13     port and an Ethernet port, that it can also

14     connect through an Ethernet port?

15              MR. HURT:  Object to the form.

16              THE WITNESS:  Yeah, I agree that --

17          that the user guide says that you can

18          connect the gateway to the Internet using

19          the DSL port or the Ethernet port.

20     BY MS. WALSH:

21          Q.   Okay.  And a connection through the

22     Ethernet port would not use the DSL port,

23     correct?

24              MR. HURT:  Object to the form.

25              THE WITNESS:  I have not analyzed
```

Page 220

1  T. COOKLEV, PH.D. - VOL. II  -  HIGHLY CONFIDENTIAL

2         this.

3     BY MS. WALSH:

4         Q.   You would agree that it is very

5     unlikely for the system to be connecting

6     through both a DSL port and an Ethernet port at

7     the same time, correct?

8              MR. HURT:  Object to the form.

9              THE WITNESS:  As I said, it's not

10         something that I have analyzed.  And I

11         don't think I've given an opinion about

12         this in my report.

13    BY MS. WALSH:

14        Q.   But as you sit here today, can you

15    answer that question?

16             MR. HURT:  Object to the form.

17             THE WITNESS:  I mean, it seems like

18        that -- that requires some analysis.  And

19        just I -- since I have not considered this,

20        I can't give you opinion right here.

21    BY MS. WALSH:

22        Q.   But this is a document that you

23    relied on in forming your opinions, correct?

24        A.   Yes.

25             MR. HURT:  Object to the form.