# Exhibit O

**Redacted in Full**