# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>*Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

## ORDER GRANTING COMMSCOPE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE FAMILY 3 PATENTS

Pending before the Court is CommScope's Motion for Summary Judgment of Non-Infringement of the Family 3 Patents. The Court, having considered the Motion and its supporting exhibits and declarations, is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.