# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>          *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>          *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

**DECLARATION OF ANDREW S. ONG IN SUPPORT OF COMMSCOPE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGMENT OF THE FAMILY 3 PATENTS**

I, Andrew S. Ong, declare:

1. I am a partner at Goodwin Procter LLP, counsel of record for Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology (collectively, "CommScope"). I am over the age of 18 years, have personal knowledge of the matters in this declaration, and if called as a witness, I would and could competently testify to them.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the June 1, 2022 Markman Hearing, Dkt. 172.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from U.S. Patent 7,844,882.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from U.S. Patent 8,276,048.

1

5.	Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the Opening Infringement Report of Dr. Todor Cooklev, dated August 29, 2022.

6.	Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the ITU-T G.993.2 standard titled "Very high speed digital subscriber line transceivers 2 (VDSL2)".

7.	Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the transcript of the August 24, 2022 deposition of Gong-San Yu.

8.	Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the transcript of the August 25, 2022 deposition of Raphael Cassiers.

9.	Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the Responsive Expert Report of Dr. Niel Ransom, dated November 18, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 14, 2022, in San Francisco, California.


/s/ *Andrew S. Ong*
Andrew S. Ong