# EXHIBIT D

█████████████████





207. The amount of interleaver and deinterleaver memory required at each transceiver is $\frac{\text{MAXDELAYOCTET}}{2}$. *Id.* ("The minimum amount of memory required in a transceiver (VTU-O or VTU-R) to meet this requirement is $\frac{\text{MAXDELAYOCTET}}{2}$ octets."). MAXDELAYOCTET is equal to the summation over all latency paths of the aggregate interleaver and deinterleaver delays, which is written as:

$$\sum_{p} (I_{\text{US},p} - 1) \times (D_{\text{US},p} - 1) + (I_{\text{DS},p} - 1) \times (D_{\text{DS},p} - 1)$$

208. The examples of interleaver and deinterleaver memories I described above used very small interleaver block sizes and interleaver depths for simplicity of illustration. VDSL2



1176.  It is thus my opinion that each of the CommScope CPE Products meet this limitation.  As detailed below, the transceiver performs the operations recited in the remaining elements of the claims.

> c)   transmitting or receiving a message during initialization specifying a maximum number of bytes of memory that are available to be allocated to a deinterleaver;

1177.  Each of the CommScope CPE products receive a message during initialization specifying a maximum number of bytes of memory that are available to be allocated to a deinterleaver.[1432]

1178.  The CommScope CPE products receive a message during initialization.  Each of the CommScope CPE Products comply with and operate according to the VDSL2 standard, which requires that, during initialization, and specifically during a channel analysis and exchange phase,

---

[1432] The Court has afforded this term its plain meaning, which I will apply.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

the O-PMS message is sent by a CO transceiver (i.e., VTU-O) and received by the CommScope CPE Products (i.e., VTU-Rs), as I explain in detail above.[1433] The outcome of the testing similarly showed that tested CommScope CPE Products (*e.g.*, the 5168) received the O-PMS message during initialization.[1434] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[1435]

1179. The message received by the CommScope CPE Products specifies a maximum number of bytes of memory that are available to be allocated to a deinterleaver. The CommScope CPE Products (as VTU-Rs) interleave upstream and deinterleave downstream. Within the O-PMS message, the $max\_delay\_octet_{DS,0}$ field specifies a maximum number of bytes of memory that are available to be allocated to a deinterleaver, as I discussed in detail above.[1436]

---

[1433] *See, e.g.*, Section V(B) and VII(C)(3)(a).

[1434] *See, e.g.*, Section VII(C)(3)(b) (discussing testing and initialization messages).

[1435] *See, e.g.*, Section VII(C)(3)(c) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮).

[1436] *See, e.g.*, Section V(B) and VII(C)(3)(a).

Table 12-56 – Description of message O-PMS

|  | Field name | Format |
|---|---|---|
| 1 | Message descriptor | Message code |
| 2 | MSGLP (Note 1) | 1 byte |
| 3 | Mapping of bearer channels to latency paths | 1 byte |
| 4 | $B_{x0}$ | 1 byte |
| 5 | $B_{x1}$ | 1 byte |
| 6 | $LP_0$ (Note 2) | Latency path descriptor |
| 7 | $LP_1$ | Latency path descriptor |
| 8 | $max\_delay\_octet_{DS,0}$ | 3 bytes |
| 9 | $max\_delay\_octet_{DS,1}$ | 3 bytes |
| 10 | $max\_delay\_octet_{US,0}$ | 3 bytes |
| 11 | $max\_delay\_octet_{US,1}$ | 3 bytes |
| 12 | Upstream SOS tone groups | Band descriptor |
| 13 | Upstream ROC parameters | ROC descriptor |
| 14 | ITU-T G.998.4 parameter field | Variable length |
| 15 | ITU-T G.993.5 parameter field | Variable length |
| 16 | $ATTNDR\_max\_delay\_octets_{DS,p}$ | 3 bytes |

NOTE 1 – If the ROC is enabled, MSGLP shall be equal to 0.
NOTE 2 – If the ROC is enabled, the framing parameters for latency path #0 shall be contained in the ROC descriptor.

Field #8 "$max\_delay\_octet_{DS,0}$" is a 3-byte field that specifies the maximum value of $delay\_octet_{DS,0}$ (defined in clause 6.2.8), specified in bytes as an unsigned integer.

1180. The $max\_delay\_octet_{DS,0}$ field specifies the maximum value, in bytes, of $delay\_octet_{DS,0}$. The $delay\_octet_{DS,0}$ is the end-to-end delay in bytes for latency path #0 in the downstream direction.[1437]



1181. For a given value of $delay\_octet_{DS,0}$, the amount of memory required for deinterleaving at the VTU-R is one half $delay\_octet_{DS,0}$.[1438] The maximum value of $delay\_octet_{DS,0}$

---

[1437] *See, e.g.*, Section V(B), VII(C)(3)(a).

[1438] *See, e.g.*, Section V(B), VII(C)(3)(a).

==thus specifies the maximum bytes of memory that are available to be allocated to a deinterleaver (as it is the maximum amount of delay the system will allow).==

1182. The testing results and analyses for the 5168 product ▮▮▮▮ also shows that the max_delay_octet_$_{DS,0}$ field specifies a maximum number of bytes of memory that are available to be allocated to a deinterleaver.[1439] In each configuration that was tested, the amount of bytes used by the deinterleaver (reflected in the latency patent description information) was less than the amount of memory specified in the max_delay_octet_$_{DS,0}$ field of the O-PMS message as being available to allocate to the downstream deinterleaver.

1183. [1441]

This further confirms my conclusion that each of the CommScope CPE Products receive the O-PMS message specifying a maximum number of bytes of memory that are available to be allocated to a deinterleaver.

> d) *determining an amount of memory required by the deinterleaver to deinterleave a first plurality of Reed Solomon (RS) coded data bytes within a shared memory;*

1184. The CommScope CPE Products determine an amount of memory required by the deinterleaver to deinterleave a first plurality of Reed Solomon (RS) coded data bytes within a

---

[1439] *See, e.g.*, Section VII(C)(3)(b) (showing memory allocation for various configurations).

[1440] *See, e.g.*, Section VII(C)(3)(c).

[1441] *See, e.g.*, Section VII(C)(3)(c) (▮▮▮▮).

  c) *==transmitting or receiving a message during initialization specifying a maximum number of bytes of memory that are available to be allocated to a deinterleaver;==*

==1201. The CommScope CPE Products meet this limitation for the same reasons as I explained regarding claim 13 of the '882 Patent.[1465]==

  d) *determining an amount of memory required by the deinterleaver to deinterleave a first plurality of Reed Solomon (RS) coded data bytes within the shared memory;*

1202. The CommScope CPE Products meet this limitation for the same reasons as I explained regarding claim 13 of the '882 Patent.[1466]

  e) *allocating a first number of bytes of the shared memory to the deinterleaver to deinterleave a first plurality of Reed Solomon (RS) coded data bytes for transmission at a first data rate, wherein the allocated memory for the deinterleaver does not exceed the maximum number of bytes specified in the message;*

1203. The CommScope CPE Products meet this limitation for the same reasons as I explained regarding claim 13 of the '882 Patent.[1467]

  f) *allocating a second number of bytes of the shared memory to an interleaver to interleave a second plurality of RS coded data bytes received at a second data rate; and*

1204. The CommScope CPE Products meet this limitation for the same reasons as I explained regarding claim 13 of the '882 Patent.[1468]

---

[1465] *See, e.g.*, Section X(A)(B)(1)(c).

[1466] *See, e.g.*, Section X(A)(B)(1)(d).

[1467] *See, e.g.*, Section X(A)(B)(1)(e).

[1468] *See, e.g.*, Section X(A)(B)(1)(f).