IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, § | | |
|    Plaintiff, § | | Civil Action No. 2:21-cv-310-JRG |
| §| | |
| v. § | | JURY TRIAL DEMANDED |
| §| | |
| COMMSCOPE HOLDING COMPANY, § | | |
| INC. et al § | | |

# DECLARATION OF TY WILSON

     I, Ty Wilson, state as follows in support of Plaintiff TQ Delta, LLC's Motion for Summary Judgment of No Breach of Any FRAND Obligations (Family 3 and Family 9A Non-Essential Patents):

     1.    I am an attorney at the Davis Firm, P.C. and counsel of record for Plaintiff TQ Delta, LLC ("TQ Delta"). I am a member of good standing of the State Bar of Texas. I have personal knowledge of the facts set forth in this Declaration.

     2.    Exhibit A is a true and correct highlighted copy of the document produced by TQ Delta bearing the Bates numbers TQD_TX00067557 through TQD_TX00067560.

     3.    Exhibit B is a true and correct highlighted, excerpted copy of CommScope's Sixth Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories (Nos. 1-18) dated November 14, 2022.

     4.    Exhibit C is a true and correct highlighted, excerpted copy of the Opening Expert Report of Todor Cooklev, Ph.D. dated August 29, 2022.

     5.    Exhibit D is a true and correct highlighted, excerpted copy of Plaintiff TQ Delta's Second Supplemental Objections and Responses to CommScope's First Set of Interrogatories (Nos. 1-35) dated August 19, 2022.

     6.    Exhibit E is a true and correct highlighted, excerpted copy of the Expert Report of Jonathan D. Putman dated August 29, 2022.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of December, 2022, in Dallas, Texas.

                                                                                     */s/ Ty Wilson*
                                                                                     Ty Wilson