# EXHIBIT A



PATENT STATEMENT AND LICENSING DECLARATION FORM FOR
ITU-T OR ITU-R RECOMMENDATION | ISO OR IEC DELIVERABLE

 

### Patent Statement and Licensing Declaration
### for ITU-T or ITU-R Recommendation | ISO or IEC Deliverable

*This declaration does not represent an actual grant of a license*

Please return to the relevant organization(s) as instructed below per document type:

| Director | Director | Secretary-General | General Secretary |
|---|---|---|---|
| Telecommunication Standardization Bureau International Telecommunication Union Place des Nations CH-1211 Geneva 20, Switzerland Fax: +41 22 730 5853 Email: tsbdir@itu.int | Radiocommunication Bureau International Telecommunication Union Place des Nations CH-1211 Geneva 20, Switzerland Fax: +41 22 730 5785 Email: brmail@itu.int | International Organization for Standardization 1 chemin de la Voie-Creuse CH-1211 Geneva 20 Switzerland Fax: +41 22 733 3430 Email: patent.statements@iso.org | International Electrotechnical Commission 3 rue de Varembé CH-1211 Geneva 20 Switzerland Fax: +41 22 919 0300 Email: inmail@iec.ch |

**Patent Holder:**
Legal Name: TQ DELTA, LLC

**Contact for license application:**
Name: Mark Roche
Department:
Address: 805 Las Cimas Parkway, Suite 240, Austin, TX 78746

Tel. +1-512-609-1810
Fax +1-512-609-1804
E-mail mroche@techquitycap.com
URL (optional)

**Document type:**

[X] ITU-T Rec. (*)   [ ] ITU-R Rec. (*)   [ ] ISO Deliverable (*)   [ ] IEC Deliverable (*)
(please return the form to the relevant Organization)

[ ] Common text or twin text (ITU-T Rec. | ISO/IEC Deliverable (*)) (for common text or twin text, please return the form to each of the three Organizations: ITU-T, ISO, IEC)

[ ] ISO/IEC Deliverable (*) (for ISO/IEC Deliverables, please return the form to both ISO and IEC)

(*)Number   Recommendation ITU-T G.9701
(*)Title    Fast Access to Subscriber Terminals - Physical layer specification

DECLARATION PAGE 1

**Licensing declaration:**

The Patent Holder believes that it holds granted and/or pending applications for Patents, the use of which would be required to implement the above document and hereby declares, in accordance with the Common Patent Policy for ITU-T/ITU-R/ISO/IEC, that (check one box only):

☐ 1. The Patent Holder is prepared to grant a Free of Charge license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and under other reasonable terms and conditions to make, use, and sell implementations of the above document.
Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC.
*Also mark here __ if the Patent Holder's willingness to license is conditioned on Reciprocity for the above document.*
> *Also mark here __ if the Patent Holder reserves the right to license on reasonable terms and conditions (but not Free of Charge) to applicants who are only willing to license their Patent, whose use would be required to implement the above document, on reasonable terms and conditions (but not Free of Charge).*

☒ 2. The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document.
Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO, or IEC.
*Also mark here ✓ if the Patent Holder's willingness to license is conditioned on Reciprocity for the above document.*

☐ 3. The Patent Holder is unwilling to grant licenses in accordance with provisions of either 1 or 2 above.
In this case, the following information must be provided to ITU, and is strongly desired by ISO and IEC, as part of this declaration:
- granted patent number or patent application number (if pending);
- an indication of which portions of the above document are affected;
- a description of the Patents covering the above document.

Free of Charge: The words "Free of Charge" do not mean that the Patent Holder is waiving all of its rights with respect to the Patent. Rather, "Free of Charge" refers to the issue of monetary compensation; i.e., that the Patent Holder will not seek any monetary compensation as part of the licensing arrangement (whether such compensation is called a royalty, a one-time licensing fee, etc.). However, while the Patent Holder in this situation is committing to not charging any monetary amount, the Patent Holder is still entitled to require that the implementer of the same above document sign a license agreement that contains other reasonable terms and conditions such as those relating to governing law, field of use, warranties, etc.

Reciprocity: The word "Reciprocity" means that the Patent Holder shall only be required to license any prospective licensee if such prospective licensee will commit to license its Patent(s) for implementation of the same above document Free of Charge or under reasonable terms and conditions.

Patent: The word "Patent" means those claims contained in and identified by patents, utility models and other similar statutory rights based on inventions (including applications for any of these) solely to the extent that any such claims are essential to the implementation of the same above document. Essential patents are patents that would be required to implement a specific Recommendation | Deliverable.

TQD_TX00067558

TQD020311

| Patent Information (desired but not required for options 1 and 2; required in ITU for option 3 (NOTE)) ||||| 
|---|---|---|---|---|
| No. | Status [granted/pending] | Country | Granted Patent Number or Application Number (if pending) | Title |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

☐ Check here if additional patent information is provided on additional pages.

NOTE: For option 3, the additional minimum information that shall also be provided is listed in the option 3 box above.

| Signature (include on final page only): ||
|---|---|
| Patent Holder | TQ DELTA, LLC |
| Name of authorized person | Mark Roche |
| Title of authorized person | Managing Director |
| Signature | [signature] |
| Place, Date | Austin TX   5/13/14 |

FORM: 23 April 2012

DECLARATION PAGE 3

TQD_TX00067559

TQD020312

TQD_TX00067560

TQD020313