# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § | |
|     Plaintiff, | § | Civil Action No. 2:21-cv-310-JRG |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| COMMSCOPE HOLDING COMPANY, | § | |
| INC. et al | § | |

## **ORDER**

    Before the Court is Plaintiff TQ Delta, LLC's Motion for Summary Judgment of No Breach of Any FRAND Obligations (Family 3 and Family 9A Non-Essential Patents) ("Motion"). Having considered the parties' arguments, the Court concludes that Plaintiff TQ Delta, LLC's Motion shall be GRANTED.