# EXHIBIT 1

█████████████

| | |
|---|---|
| **Subject:** | TQD v. CommScope - CommScope's Final Election of Prior Art |
| **Date:** | Wednesday, November 9, 2022 at 5:04:57 PM Central Standard Time |
| **From:** | Ong, Andrew |
| **To:** | tqd, TQD-MHM-TX@mcandrews-ip.com |
| **CC:** | DG-CommScope-TQDelta, Nokia309 |

**Attachments:** image001.png, image002.png, image003.png, image004.png, image005.png, image006.png

Counsel,

Pursuant to the Court's Order dated November 4, 2022 (Dkt. No. 307) and the Order Focusing Patent Claims and Prior Art dated May 2, 2022 (Dkt. No. 128) ("[f]or purposes of this Final Election of Asserted Prior Art, each obviousness combination counts as a separate prior art reference"), CommScope hereby provides its final election of asserted prior art references:

1. FI-071
2. FI-071 + G.992.1
3. Counterman
4. Counterman + Djokovic
5. Mazzoni + G.993.1
6. Mazzoni + LB-031
7. Fadavi-Ardekani + G.993.1
8. Jones
9. T1.413-1998 + Stopler
10. G.992.1
11. G.992.1 + SC-060
12. SC-060
13. G.992.1 + Wunsch
14. G.992.1 + BI-089
15. G.993.1 + BI-089
16. G.993.1 + Fukushima
17. Chow
18. Kapoor + Chow

These elected references correspond to the Asserted Patents (with "no more than six (6) prior art references per patent") as follows:

- '686 patent – references 1, 2
- '881 patent – references 3, 4
- '048 patent – references 5, 6, 7
- '882 patent – references 5, 6, 7
- '008 patent – references 8, 9
- '835 patent – references 10, 11, 12, 13
- '411 patent – reference 14
- '809 patent – references 15, 16
- '354 patent – references 17, 18

Thanks.

Andy

**Andrew Ong**



Goodwin Procter LLP
601 Marshall Street
Redwood City, CA 94063
o  +1 650 752 3153
f  +1 650 471 6054
AOng@goodwinlaw.com



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*