# EXHIBIT 9

# FILED UNDER SEAL IN ITS ENTIRETY