IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC, *Plaintiff*, v. CommScope Holding Company, Inc., *et al.*, *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED |

# ORDER

Before the Court is Plaintiff TQ Delta, LLC's Motion to Strike the Expert Testimony of Dr. George A. Zimmerman, Dr. Richard Wesel, Dr. Bruce McNair and Dr. Niel Ransom ("Motion"). Having reviewed the briefing in light of the record and the applicablelaw, the Court hereby GRANTS TQ Delta, LLC's Motion.

**SO ORDERED**