IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>      *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>      *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED |

### DECLARATION OF EDWARD CHIN

I, Edward Chin, hereby declare as follows:

1. I am a member of the Texas State Bar admitted to appear before this Court, and I am Of Counsel with The Davis Firm, P.C., counsel of record for plaintiff TQ Delta, LLC ("TQ Delta") in this lawsuit. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Stephen L. Becker, Ph.D.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Niel Ransom, Ph.D., taken on December 7, 2022.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition transcript of Stephen L. Becker, Ph.D., taken on December 7, 2022.

Executed on the 14th day of December 2022, at Southlake, Texas.

*/s/ Edward Chin*
**EDWARD CHIN**
