# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>　　*Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>　　*Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED |

## ORDER

The Court, having considered Plaintiff TQ Delta, LLC's Motion to Strike Portions of the Expert Report of Stephen L. Becker, Ph.D., hereby GRANTS the Motion.

Dr. Becker is hereby prohibited from offering any expert testimony that (1) rest on the assertion that the appropriate SSPPU is ███████████████████ the Accused Products and (2) that pertain to the ███ agreements, rate card, and ███ patents and patent portfolio.

Accordingly, regarding item (1) above, the Court hereby strikes from Dr. Becker's Rebuttal Report (dated November 18, 2022), the following paragraphs (including corresponding footnotes and exhibits) 17(c)-(d), 23-25, 89, 94, 106, 107, 219-220, 227, 230, 270, 276, 282, 284, 285, 291, 299, 302, 307-312, 326, 332-338 and Exhibits SLB-1A, SLB-1B, SLB-8, SLB-8.1.

And regarding item (2) above, the Court hereby strikes from Dr. Becker's Rebuttal Report (dated November 18, 2022), the following paragraphs (including corresponding footnotes and exhibits) 199-205, 233, 315-317 and Exhibit SLB-12.

**SO ORDERED.**