# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>　　　*Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>　　　*Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED |

## ORDER

The Court, having considered Plaintiff TQ Delta, LLC's Opposed Motion for Leave to Formally Serve the First Supplemental Expert Report of Jonathan D. Putnam, Ph.D. on the CommScope Defendants ("Motion"), hereby GRANTS the Motion.

**SO ORDERED.**