# EXHIBIT 1

███████████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TQ DELTA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 13-cv-1835-RGA |
| | ) | |
| v. | ) | |
| | ) | |
| 2WIRE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant 2Wire, Inc. certifies that 2Wire, Inc. has been merged to form ARRIS Solutions, Inc. This name change is the result of a merger between 2Wire, Inc., Aurora Networks, Inc., and ARRIS Solutions, Inc. that became effective January 1, 2017. The Certificate of Merger is attached hereto as Exhibit A.

ARRIS Solutions, Inc.'s parent company is ARRIS Group, Inc. ARRIS Group, Inc. is publicly traded on the NASDAQ Stock Market.

ARRIS Solutions, Inc., certifies that it has no other parent corporations, and no other publicly held corporation owns 10% or more of Defendant ARRIS Solutions, Inc.'s stock.

Dated: May 19, 2017                                     Respectfully submitted,


/s/ *Jody C. Barillare*
Colm F. Connolly (DSBA 3151)
Jody C. Barillare (DSBA 5107)
**MORGAN LEWIS & BOCKIUS** LLP
The Nemours Building
1007 North Orange Street, Suite 501
Wilmington, Delaware 19801
Telephone: 302.574.3000
Facsimile: 302.574.3001
*colm.connolly@morganlewis.com*
*jody.barillare@morganlewis.com*

Brett Schuman (*pro hac vice*)
Rachel M. Walsh (*pro hac vice*)
**GOODWIN PROCTER** LLP
Three Embarcadero Center
San Francisco, California 94111
Telephone: 415.733.6000
Facsimile: 415.677.9041
*bschuman@goodwinprocter.com*
*rwalsh@goodwinprocter.com*

*Attorneys for Defendant*