# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> 2WIRE, INC., <br><br> Defendant. | C.A. No. 13-cv-1835-RGA |

## SECOND AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to the Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant 2Wire, Inc. certifies the following:

On January 1, 2017, 2Wire, Inc., merged to form ARRIS Solutions, Inc. as a result of a merger between 2Wire, Inc., Aurora Networks, Inc., and ARRIS Solutions, Inc. *See* D.I. 296. The parent company of ARRIS Solutions is Ruckus Wireless Inc.; the parent company of Ruckus Wireless Inc. is ARRIS US Holdings, Inc.; and the parent company of ARRIS US Holdings is ARRIS International Limited (UK), formerly known as ARRIS International PLC.

On April 4, 2019, CommScope Holding Company, Inc., acquired ARRIS International Limited (UK), becoming the parent entity of ARRIS International Limited (UK).

CommScope Holding Company, Inc. is publicly traded on the NASDAQ Stock Market and owns 10% or more of ARRIS Solutions, Inc.

1

| | |
|---|---|
| Dated: May 3, 2019 | MORGAN LEWIS & BOCKIUS LLP |
| | |
| | */s/ Jody C. Barillare* |
| | Jody C. Barillare (#5107) |
| | The Nemours Building |
| | 1007 North Orange Street, Suite 501 |
| | Wilmington, Delaware 19801 |
| | Telephone: 302.574.3000 |
| | jody.barillare@morganlewis.com |
| | |
| | Brett Schuman (*pro hac vice*) |
| | Rachel M. Walsh (*pro hac vice*) |
| | Monte M.F. Cooper (*pro hac vice*) |
| | GOODWIN PROCTER LLP |
| | Three Embarcadero Center |
| | San Francisco, California 94111 |
| | Telephone: 415.733.6000 |
| | bschuman@goodwinlaw.com |
| | rwalsh@goodwinlaw.com |
| | mcooper@goodwinlaw.com |
| | |
| | *Attorneys for Defendant 2Wire, Inc.* |

2