# EXHIBIT 18

# FILED UNDER SEAL IN ITS ENTIRETY