# EXHIBIT 19

# FILED UNDER SEAL IN ITS ENTIRETY