# EXHIBIT 21

# FILED UNDER SEAL IN ITS ENTIRETY