# EXHIBIT 22

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br>     *Plaintiff*,<br>  v.<br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br>     *Defendants*. | CIV. A. NO. 2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br>     *Plaintiff*,<br>  v.<br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br>     *Defendants*. | CIV. A. NO. 2:21-CV-309-JRG<br>(Member Case) |

**OPENING EXPERT REPORT OF DR. RICHARD WESEL ON THE INVALIDITY OF THE ASSERTED CLAIMS OF THE FAMILY 3 PATENTS (U.S. PATENT NOS. 7,844,882; 8,276,048; 8,495,473; 9,547,608)**

| | | |
|---|---|---|
| I. | INTRODUCTION | 1 |
| II. | BACKGROUND | 1 |
| III. | MATERIALS AND OTHER INFORMATION CONSIDERED | 3 |
| IV. | PRIOR TESTIMONY | 3 |
| V. | COMPENSATION | 4 |
| VI. | LEGAL PRINCIPLES | 4 |
| | A. Prior Art | 4 |
| | B. Priority Date | 5 |
| | C. Anticipation Under 35 U.S.C. § 102 | 6 |
| | D. Obviousness Under 35 U.S.C. § 103 | 7 |
| | E. Written Description Under 35 U.S.C. § 112, ¶ 1 | 10 |
| VII. | LEVEL OF SKILL IN THE ART | 10 |
| VIII. | BACKGROUND OF THE TECHNOLOGY | 11 |
| | A. Multicarrier Transmission | 11 |
| | B. Reed-Solomon Coding | 23 |
| | C. Interleaving | 31 |
| | D. Shared Memory | 63 |
| | E. Configuration Messages | 87 |
| IX. | THE FAMILY 3 PATENTS | 106 |
| | A. Overview of the Family 3 Patents | 106 |
| | B. File History of the Family 3 Patents | 108 |
| | C. The '882 Patent | 112 |
| |     1. **File History** | 113 |
| | D. The '048 Patent | 114 |
| |     1. **File History** | 114 |
| | E. The '5473 Patent | 115 |
| |     1. **File History** | 116 |
| | F. The '608 Patent | 116 |
| |     1. **File History** | 117 |
| | G. Claim Construction | 118 |
| X. | OVERVIEW OF THE PRIOR ART | 119 |
| | A. Mazzoni (U.S. Patent No. 7,269,208) | 119 |
| |     1. Mazzoni identifies VDSL as a preferred embodiment | 119 |
| |     2. Mazzoni describes both shared memory and a transceiver. | 122 |

|   |   |   |   |
|---|---|---|---|
|   | 3. | Mazzoni supports both symmetrical and asymmetrical services | 122 |
|   | 4. | Mazzoni describes a multicarrier transceiver | 123 |
|   | 5. | Mazzoni employs Reed-Solomon Coding | 124 |
|   | 6. | Mazzoni uses convolutional interleaving | 125 |
|   | 7. | Mazzoni teaches triangular implementation of convolutional interleaving | 126 |
|   | 8. | Mazzoni gives explicit expressions for interleaving and deinterleaving memory requirements | 127 |
|   | 9. | Mazzoni supports a variety of different bit rates | 129 |
|   | 10. | Mazzoni teaches adapting interleaver settings and bit rates | 129 |
| B. | Fadavi-Ardekani (U.S. Patent No. 6,707,822) | | 131 |
|   | 1. | Fadavi-Ardekani describes a multicarrier transceiver | 132 |
|   | 2. | Fadavi-Ardekani describes the interleaving of Reed-Solomon coded bytes | 134 |
|   | 3. | Fadavi-Ardekani teaches distinct upstream and downstream rates | 134 |
|   | 4. | Fadavi-Ardekani teaches simultaneous upstream and downstream communication | 135 |
|   | 5. | Fadavi-Ardekani teaches allocating memory to interleaving and deinterleaving for multiple DSL sessions | 136 |
|   | 6. | Fadavi-Ardekani teaches that interleaver functionalities are provided as per standards and that its transceiver can incorporate VDSL | 138 |
|   | 7. | Fadavi-Ardekani teaches allocating a shared memory wherein at least a portion of the memory may be allocated to the interleaving function or the deinterleaving function at any one particular time | 140 |
| C. | VDSL1 (ITU-T Standard G.993.1) | | 142 |
|   | 1. | VDSL1 supports both symmetrical and asymmetrical services. | 152 |
|   | 2. | VDSL1 describes a multicarrier transceiver | 152 |
|   | 3. | A high-latency path and/or a low-latency path in each direction | 155 |
|   | 4. | VDSL1 transceivers employ multicarrier modulation. | 155 |
|   | 5. | Physical Media Specific- Transmission Convergence Layer | 156 |
|   | 6. | VDSL1 uses Reed-Solomon Coding | 159 |
|   | 7. | VDSL1 convolutional interleaving and triangular implementation | 160 |
|   | 8. | VDSL1 configuration messages to agree on rates and interleaving | 165 |
|   |   | a. The Channel Analysis and Exchange Phase | 167 |
|   |   | b. R-MSG2 | 168 |
|   |   | c. O-MSG2 | 170 |
|   |   | d. Interleaver descriptor | 171 |

|   |   |   | e. | R-CONTRACT1 | 172 |
|---|---|---|----|-------------|-----|
|   |   |   | f. | Contract Descriptor | 172 |
|   |   |   | g. | O-CONTRACT1 | 173 |
|   |   |   | h. | R-MARGINn | 174 |
|   |   |   | i. | O-CONTRACTn | 175 |
|   |   |   | j. | O-B&G | 175 |
|   |   |   | k. | R-B&G | 177 |
|   | D. | LB-031 (ITU-T Contribution LB-031) | | | 179 |
|   |   | 1. | LB-031 describes a VDSL system that is adaptable in its choice of rates and interleavers. | | 179 |
|   |   | 2. | LB-031 describes a convolutional interleaver | | 180 |
|   |   | 3. | LB-031 proposes three alternatives by which to exchange interleaver capabilities. | | 181 |
|   |   | 4. | The concept of interleaver delay is distinct and different from the concept of interleaver memory. | | 185 |
| XI. | MOTIVATION TO COMBINE | | | | 187 |
|   | A. | Motivation to combine Mazzoni and VDSL1 | | | 187 |
|   |   | 1. | Mazzoni and VDSL1 share the same time period. | | 190 |
|   |   | 2. | Mazzoni identifies VDSL as a preferred embodiment and is directed to an implementation of VDSL. | | 191 |
|   |   | 3. | Both Mazzoni and VDSL1 support symmetrical and asymmetrical services. | | 194 |
|   |   | 4. | Both Mazzoni and VDSL1 support similar data rates. | | 194 |
|   |   | 5. | Both use Reed-Solomon coding. | | 196 |
|   |   | 6. | Both use the same convolutional interleaving and specify the same triangular implementation. | | 197 |
|   |   | 7. | Both compute interleaver memory requirements in the same way. | | 207 |
|   |   | 8. | Both interleave using virtual shift registers in a memory. | | 209 |
|   |   | 9. | Both support a variety of different bit rates. | | 211 |
|   |   | 10. | Both adapt the interleaver settings and the bit rate. | | 213 |
|   |   | 11. | A POSA would have known how to use configuration messages | | 214 |
|   |   | 12. | VDSL1 configuration messages work with Mazzoni. | | 214 |
|   | B. | Motivation to combine Mazzoni and LB-031 | | | 217 |
|   |   | 1. | Mazzoni and LB-031 share the same time period. | | 219 |
|   |   | 2. | Mazzoni identifies VDSL as a preferred embodiment | | 219 |
|   |   | 3. | LB-031 and Mazzoni both describe a VDSL system that is adaptable in its choice of rates and interleavers. | | 221 |

|   |   |   |   |   |
|---|---|---|---|---|
|   |   | 4. | LB-031 and Mazzoni both use convolutional interleavers | 224 |
|   |   | 5. | LB-031 and Mazzoni both teach the interleaving/deinterleaving Reed-Solomon coded bytes | 225 |
|   |   | 6. | LB-031 proposes three alternatives by which to exchange interleaver capabilities | 226 |
|   | C. | Motivation to combine VDSL1 and Fadavi-Ardekani | | 230 |
|   |   | 1. | Fadavi-Ardekani and VDSL 1 share the same time period | 232 |
|   |   | 2. | A POSA in possession of Fadavi-Ardekani would look to standards documents such as VDSL1 for guidance. | 232 |
|   |   | 3. | Fadavi-Ardekani provides benefits to VDSL1 implementations | 234 |
|   |   | 4. | VDSL1 provide benefits to Fadavi Ardekani | 236 |
|   |   | 5. | Both Fadavi-Ardekani and VDSL1 use Reed-Solomon Coding | 237 |
|   |   | 6. | Both Fadavi-Ardekani and VDSL 1 teach convolutional interleaving | 238 |
| XI. | PRIOR ART ANALYSIS | | | 242 |
|   | A. | The combination of Mazzoni in view of VDSL1 renders obvious Claims 9 and 13 of the '882 Patent and claim 5 of the '048 Patent. | | 242 |
|   |   | 1. | Preamble | 243 |
|   |   | 2. | Element a | 253 |
|   |   | 3. | Element b | 269 |
|   |   | 4. | Element c | 296 |
|   |   | 5. | Element d | 315 |
|   |   | 6. | Element e | 330 |
|   | B. | The combination of Mazzoni in view of VDSL1 renders obvious Claim 28 of the '5473 Patent | | 335 |
|   |   | 1. | Preamble | 335 |
|   |   | 2. | Element a | 336 |
|   |   | 3. | Element b | 355 |
|   |   | 4. | Element c | 357 |
|   |   | 5. | Element d | 371 |
|   | C. | The combination of Mazzoni in view of VDSL1 renders obvious Claim 2 of the '608 Patent. | | 384 |
|   |   | 1. | 1.Preamble | 384 |
|   |   | 2. | Element 1.a | 386 |
|   |   | 3. | Element 1.b | 402 |
|   |   | 4. | Element 1.c | 408 |
|   |   | 5. | Element 1.d | 425 |

|   |   |   |   |
|---|---|---|---|
| | 6. | Element 1.e | 429 |
| | 7. | 2.Preamble | 430 |
| | 8. | Element 2.a | 430 |
| | 9. | Element 2.b | 440 |
| | 10. | Element 2.c | 444 |
| | 11. | Element 2.d | 456 |
| D. | The combination of Mazzoni in view of LB-031 renders obvious Claims 9 and 13 of the '882 Patent and claim 5 of the '048 Patent. | | 457 |
| | 1. | Preamble | 458 |
| | 2. | Element a | 467 |
| | 3. | Element b | 480 |
| | 4. | Element c | 493 |
| | 5. | Element d | 502 |
| | 6. | Element e | 503 |
| E. | The combination of Mazzoni in view of LB-031 renders obvious Claim 28 of the '5473 Patent | | 507 |
| | 1. | Preamble | 507 |
| | 2. | Element a | 508 |
| | 3. | Element b | 523 |
| | 4. | Element c | 525 |
| | 5. | Element d | 538 |
| F. | The combination of Mazzoni in view of LB-031 renders obvious Claim 2 of the '608 Patent. | | 547 |
| | 1. | 1.Preamble | 547 |
| | 2. | Element 1.a | 549 |
| | 3. | Element 1.b | 562 |
| | 4. | Element 1.c | 564 |
| | 5. | Element 1.d | 577 |
| | 6. | Element 1.e | 579 |
| | 7. | 2.Preamble | 579 |
| | 8. | Element 2.a | 580 |
| | 9. | Element 2.b | 588 |
| | 10. | Element 2.c | 589 |
| | 11. | Element 2.d | 601 |
| G. | The combination of Fadavi-Ardekani in view of VDSL1 renders obvious Claims 9 and 13 of the '882 Patent and claim 5 of the '048 Patent. | | 602 |

|   |   |   |   |
|---|---|---|---|
|   |   | 1. Preamble | 603 |
|   |   | 2. Element a | 614 |
|   |   | 3. Element b | 621 |
|   |   | 4. Element c | 624 |
|   |   | 5. Element d | 630 |
|   |   | 6. Element e | 631 |
|   | H. | The combination of Fadavi-Ardekani in view of VDSL1 renders obvious Claim 28 of the '5473 Patent. | 634 |
|   |   | 1. Preamble | 634 |
|   |   | 2. Element a | 635 |
|   |   | 3. Element b | 644 |
|   |   | 4. Element c | 650 |
|   |   | 5. Element d | 652 |
|   | I. | The combination of Fadavi-Ardekani in view of VDSL1 renders obvious Claim 2 of the '608 Patent. | 656 |
|   |   | 1. 1.Preamble | 656 |
|   |   | 2. Element 1.a | 658 |
|   |   | 3. Element 1.b | 665 |
|   |   | 4. Element 1.c | 677 |
|   |   | 5. Element 1.d | 678 |
|   |   | 6. Element 1.e | 681 |
|   |   | 7. 2.Preamble | 682 |
|   |   | 8. Element 2.a | 682 |
|   |   | 9. Element 2.b | 693 |
|   |   | 10. Element 2.c | 696 |
|   |   | 11. Element 2.d | 699 |
| XII. | SECONDARY CONSIDERATIONS OF NON-OBVIOUSNESS | | 704 |
|   | A. | Commercial Success | 705 |
|   | B. | Licensing | 705 |
| XIII. | CONCLUSION | | 706 |

| Rate [kbit/s] | Interleaver parameters | Interleaver depth | (De)interleaver memory size | Erasure correction | End-to-end delay |
|---|---|---|---|---|---|
| 50 × 1024 | $I = 72$<br>$M = 13$ | 937 blocks of 72 bytes | 33 228 bytes | 3 748 bytes<br>520 µs | 9.23 ms |
| 24 × 1024 | $I = 36$<br>$M = 24$ | 865 blocks of 36 bytes | 15 120 bytes | 1 730 bytes<br>500 µs | 8.75 ms |
| 12 × 1024 | $I = 36$<br>$M = 12$ | 433 blocks of 36 bytes | 7 560 bytes | 866 bytes<br>501 µs | 8.75 ms |
| 6 × 1024 | $I = 18$<br>$M = 24$ | 433 blocks of 18 bytes | 3 672 bytes | 433 bytes<br>501 µs | 8.5 ms |
| 4 × 1024 | $I = 18$<br>$M = 16$ | 289 blocks of 18 bytes | 2 448 bytes | 289 bytes<br>501 µs | 8.5 ms |
| 2 × 1024 | $I = 18$<br>$M = 8$ | 145 blocks of 18 bytes | 1 224 bytes | 145 bytes<br>503 µs | 8.5 ms |

Table 8-2/G.993.1 – Example of interleaver parameters with RS(144,128)

The following interleaver parameters shall be supported:
- For $(N,K) = (144,128)$ the following values for $M$ and $I$ shall be supported:
  $I = 36$ and $M$ between 2 and 52.
- For $(N,K) = (240,224)$ the following values for $M$ and $I$ shall be supported:
  $I = 30$ and $M$ between 2 and 62.

(VDSL1 Section 8.4)

## XI. PRIOR ART ANALYSIS

521.   It is my opinion that claims 9 and 13 of the '882 Patent and claim 5 of the '048 Patent are invalid based on (1) Mazzoni in view of VDSL1; (2) Mazzoni in view of LB-031; and (3) Fadavi-Ardekani in view of VDSL1. These claims have almost identical elements, so the element-by-element invalidity analysis is presented for all three claims together.

### A. The combination of Mazzoni in view of VDSL1 renders obvious Claims 9 and 13 of the '882 Patent and claim 5 of the '048 Patent.

522.   These claims have almost identical elements, so the element-by-element invalidity analysis is presented for all three claims together.  It is not significant that claim 13 of the '882 Patent and claim 5 of the '048 Patent states that the message specifies a maximum number of bytes

of memory allocated to a *deinterleaver* rather than an *interleaver* as in claim 9 of the '882 Patent because the claims state "transmitting or receiving." For example, when the VTU-R transmits R-MSG2, which contains the "[m]aximal interleaver memory" to VTU-O, the VTU-O receives said message. Because VTU-R was transmitting a message indicating the maximal interleaver memory on the VTU-R, the VTU-O was necessarily receiving a message indicating the maximal deinterleaver memory on the VTU-O. Such a result is because the deinterleaver in the upstream must necessarily have the same memory as the interleaver in the upstream, and the deinterleaver in the downstream must necessarily have the same memory as the interleaver in the downstream. *See, e.g.*, VDSL1 at Table 8-1 (disclosing calculating the "(De)interleaver memory size" using equation $M \times I \times (I-1)/2$); Mazzoni at 8:3-5 ("Of course, everything just described here for the terminal TO applies to the terminal TU with deinterleaving means with I branches and interleaving means with I′ branches.").

1. Preamble

523. The preamble of claims 9 and 13 of the '882 patent, and claim 5 of the '048 patent are presented in the table below:

| **Preamble of claim 9 and 13 of '882 Patent and claim 5 of '048 Patent** |
|---|
| '882 claim 9 preamble: A system that allocates **shared memory** comprising: a **transceiver** that performs: |
| '882 claim 13 preamble: A system that allocates **shared memory** comprising: a **transceiver** that performs: |
| '048 claim 5 preamble: A system that allocates **shared memory** comprising: a **transceiver** that is capable of: |

524. The court has construed the terms (shown in bold face in the table above) "shared memory" and "transceiver" (shown in bold face in the table above) as construed in the table below. I have used these terms as construed by the court in my analysis.