## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>   *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>   *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED |

## **DECLARATION OF RAJENDRA A. CHIPLUNKAR**

I, Rajendra A. Chiplunkar, state as follows in support of Plaintiff TQ Delta, LLC's Motion to Strike The Invalidity Report of Defendants' Expert, Mark Lanning:

1. I am a partner at McAndrews, Held & Malloy and counsel of record for TQ Delta, LLC. I am a member of good standing of the State Bar of Illinois. I have personal knowledge of the facts set forth in this Declaration.

2. Exhibit A contains a true and correct copy of U.S. Patent No. 9,154,354.

3. Exhibit B contains a true and correct copy of U.S. Patent No. 8,937,988.

4. Exhibit C contains a true and correct copy of the Opening Expert Report Of Mark R. Lanning On The Invalidity Of The Asserted Claims Of The Family 10 Patents (U.S. Patent Nos. 9,154,354; 8,937,988) (exhibits excluded).

5. Exhibit D contains a true and correct copy of excerpts from the transcript of the December 2, 2022 deposition of Mark R. Lanning (rough).

6. Exhibit E contains a true and correct copy of a November 9, 2022 email from CommScope's counsel identifying CommScope's final election of prior art.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of December 2022, in River Forest, Illinois.

/s/ Rajendra A. Chiplunkar
Rajendra A. Chiplunkar