# EXHIBIT D

[redacted]

Case 2:21-cv-00310-JRG   Document 361-5   Filed 12/21/22   Page 1 of 11 PageID #: 14645

UNCERTIFIED, UNPROOFREAD, UNCORRECTED, UNEDITED ROUGH DRAFT
CONFIDENTIAL - MARK REID LANNING - 12/2/2022

## Page 1

December 2, 2022
REALTIME

The stenographic notes are being taken in these proceedings and will be translated instantaneously into their English equivalents through a computerized process called realtime translation

A realtime rough draft, in PDF format, is available to all counsel.  The realtime text, as seen on the computer monitor at the site of these proceedings, as well as the rough draft, is unedited and uncertified and may contain untranslated stenotype, misspelled proper names and technical words, occasional reporter's notes, and/or nonsensical English word combinations.  These will be corrected on the final certified transcript upon its delivery to you in accordance with our standard delivery terms, or on an expedited basis, as requested.

The realtime rough draft is intended only for the purpose of augmenting counsel's notes and is not intended to be used or cited in any court proceeding as representing a final edited and proofread transcript.

## Page 2

 2    VIDEOGRAPHER:  Today dated is December
 3  2nd, 2022.  The time is approximately 11:05 a.m. we're
 4  on the record.
 5    THE REPORTER:  My name is Kelly Bryant and
 6  I'm a Texas-certified shorthand reporter, CSR number
 7  5772.  The witness is appearing remotely from
 8  Greenville, texas.
 9    All attorneys present acknowledge and
10  understand that I am not physically present with the
11  witness and that, in lieu of an oath administered in
12  person, I will be administering the oath remotely.
13
14    Will all attorneys please indicate your
15  agreement by stating your name and agreement on the
16  record, after which I will swear in the witness.
17    MR. CHIPLUNKAR:  My name is Raj
18  Chiplunkar. I'm with the law firm of McAndrews, Held &
19  Malloy.  I represent TQ Delta,.
20    On the line with me is lead counsel Peter
21  McAndrews and .
22    MR. ONG:  Andrew Ong with Goodwin Proctor
23  on behalf of CommScope.
24    With me from Goodwin is Sarah Casey.  We
25  little have additional counsel with CommScope.

## Page 3

 1    THE REPORTER:  We have who?
 2    MR. ONG:  Additional counsel for CommScope
 3  on the line.
 4    MR. LOGAN:   William Logan on behalf of
 5  CommScope defendant.
 6    Mike Mike:  Make Vic on behalf CommScope
 7  as well.
 8    WITNESS,
 9  having been first duly sworn, testified as follows:
10    DIRECT EXAMINATION
11  BY ATTY:
12    Q.  Good morning, sir.  As you heard my name is
13  Raj Chiplunkar and I represent TQ Delta.
14    Can you please state your full name, sir?
15    A.  Mark Reid Lanning.
16    Q.  And please state your residential address?
17    A.  4 Eagle Nest, Greenville, Texas 75402.
18    Q.  And where are present located?
19    A.  At the same address I just gave you.
20    Q.  Is there anyone else in the room with you?
21    A.  No.
22    Q.  Do you have written or typewritten notes with
23  you?
24    A.  No.
25    Q.  Do you have any other printed materials with

## Page 4

 1  you?
 2    A.  Yes.
 3    Q.  And can you elaborate what printed materials
 4  you have?
 5    A.  I have my opening expert report.  I have the
 6  CV that for for the attachments to my report.  I have
 7  the 354 patent.  I have 027 patent.  That's typically
 8  referred though as Kapoor and I have part of the Chou
 9  dissertation.
10    Q.  Can you tell me what portion of Chou you have?
11    A.  I presented out from start title the end of
12  the introduction mainly so that I would have table
13  contents in front of me.  It's about 20 pages give or
14  take.
15    Q.  Okay.  Any other printed materials with you?
16    A.  No.
17    Q.  Are all those clean copies documents that you
18  have with you or do they have notes already on them?
19    A.  These only one page with some notes in my
20  report.  It's on page 6.  It's on the table and I just
21  have notes for the table for which prior art would be
22  relevant for this deposition.
23    In other words I just have notes that the
24  first three columns or first three rows in the table
25  were Nokia relevant prior art and so I just said just

UNCERTIFIED, UNPROOFREAD, UNCORRECTED, UNEDITED ROUGH DRAFT

UNCERTIFIED, UNPROOFREAD, UNCORRECTED, UNEDITED ROUGH DRAFT
CONFIDENTIAL - MARK REID LANNING - 12/2/2022

Page 57

1  24 db left for the subchannel to use to transferred
2  database.
3     Q.  So if you could look at court's construction
4  if you have that in front of you the court's
5  construction?
6     A.  Yes.
7     Q.  Okay.  Thank you.  So the 6 db is a parameter
8  use in determine number of bits allocate each of the
9  plurality carriers where the value of the parameters
10 specifies extra SNR requirement assigned carrier in
11 addition to SNR required to maintain a specific data
12 rate, correct?
13    A.  That's right.  Yes.  I agree with you read
14 that correctly.
15    Q.  Fair enough.  I understand you establish a
16 baseline when you're talking about reference we're on
17 the same page here, you know -- you know okay.
18        So let's say one of your carriers now
19 experiences some noise and the SNR on the first channel,
20 equates to 24 db?
21    A.  Okay.  We're still -- we're not talking
22 anything about in the SNR margin.  You're still talking
23 about the SNR that the court's defined as being required
24 to maintain a specified bit error rate, right.
25    Q.  Well, that's court's construction SNR margin.

Page 58

1  I'm saying the SNR of the carrier degraded from 30 db to
2  24 db, it because noisy, the channel?
3     A.  Okay.  We're still hypothetical I'm processing
4  what you're processing.
5     Q.  That's fine.
6     A.  One of the channel 30 db originally as degrade
7  to 24 db; is that right?
8     Q.  That's right.
9     A.  Okay.
10    Q.  So so so you agree with me now that there is
11 no SNR margin available operating SNR margin on this
12 channel correct?
13        MR. ONG:  Objection, form.
14    Q.  THE ATTORNEY:  You were at 3 db.  You applied
15 6 db SNR margin, which brought down to 24 db and you you
16 were providing 8 bits on that carrier with a 6 db of SNR
17 margin and now your SNR degraded from 30 to 24 so,
18 essentially, you lost all your margin, correct?
19    A.  Well, I haven't lost the margin.  That's the
20 main reason why I put the 6 db margin there.
21    Q.  Right.
22    A.  The intent is if the subchannel degrades by 6
23 db, the channel can still operate at its original speed.
24    Q.  Fair enough.
25    A.  To me, I guess to finish as -- to me the data

Page 59

1  rate on the subchannel hadn't degraded even if the
2  signal to noise ratio has been reduced from 30 to 24.
3     Q.  Okay.  Fair enough.  But the edge here, you
4  might start getting bit error, correct?
5     A.  If the signal to noise ratio on the subchannel
6  decreases any further to reduce it below 24 then you
7  would start effecting it would start affecting the date
8  rate or the performance of that subchannel.
9     Q.  Correct.  So one one of the ways the prior art
10 one of the ways to fix is this to perhaps move bit from
11 the carrier that degrade SNR to a carrier that still has
12 all its SNR correct?
13        MR. ONG:  Objection, form.
14    A.  Well, your question is not clear.  To me I
15 don't think it's clear for the record.
16        So let's make sure the hypothetical we've
17 set up now you're saying one of the channels decrease
18 you started at first step one of the subchannel
19 decreased from 30 db to 24 db that was the first step
20 correct.
21    Q.  Correct.
22    A.  Now are you asking me the next step that same
23 channel decreases from 24 db to a lower than 24 db SNR?
24    Q.  No.  Let's just keep it at 24.  Let's keep it
25 at 24.

Page 60

1     A.  Okay.
2     Q.  What I was saying you're -- in the system
3  you're at the cusp if you get any more degradation of
4  the SNR, you would start getting bit error rates,
5  correct?
6     A.  If you keep trying use same parameter.
7     Q.  Yes.
8     A.  Same modulation method.
9     Q.  Yes.
10    A.  Then bit error would probably not stay ten to
11 minus seven.
12    Q.  Fair enough.  One way to fix is this as to
13 move a bit -- you are transmitting you had 8 bits on
14 channel 1, you start you move one of the bits to one of
15 the other channels and then operate with 7 bits on
16 channel 1.
17        So you have -- you added you got back some
18 margin, correct?
19        MR. ONG:  Objection, form.
20    A.  Okay.  Can you going back to the hypothetical.
21 I need to stay straight and that will help maybe keep
22 the record straight.
23        So I first started with four channels at
24 30, db correct.
25    Q.  Right.

15 (Pages 57 to 60)

UNCERTIFIED, UNPROOFREAD, UNCORRECTED, UNEDITED ROUGH DRAFT
CONFIDENTIAL - MARK REID LANNING - 12/2/2022

Page 61

1  A. Then you said because I want to add a 6 db
2  margin, not to be not to be confused with SNR margin,
3  but margin to ensure that I get and can maintain the bit
4  error rate, I want to do 6 db. So, essentially, that
5  leaves 24 db for all four of those channels?
6  Q. Right.
7  A. Am I correct with your?
8  Q. Yes.
9  A. Okay.
10 Q. But 6 db is the close SNR margin because it is
11 use in arriving at the bit error -- used in arriving at
12 the bit on each carrier?
13 A. You keep using that word and every time you
14 use the word that's been construed by court, I go to
15 construction.
16     So we must use a different term or I can't
17 answer your question. I believe you're asking me is it
18 the margin established for the specified bit error or
19 what I referred as bit error rate margin.
20     Just to make sure I contrast or
21 distinguish it from the SNR margin which is added in
22 addition to that.
23 Q. So in my hypothetical with four carriers where
24 the SNR each carrier is 30, db measured what is the 6 db
25 in your mind that you are providing?

Page 62

1  A. The bit error rate margin and that's what the
2  court see the court has said in addition to the SNR
3  required to maintain specify bit error for the link.
4     So that's why I'm calling it the bit error
5  margin.
6  Q. So you're calling you're calling the 6 db bit
7  error rate margin?
8  A. Yes.
9  Q. Which is SNR margin of the claim?
10    MR. ONG: Objection, form?
11 A. No. The SNR margin has to be separate and a
12 part -- it's clear by the court's order it is not the
13 bit error margin it's an additional margin after the bit
14 error margin is established.
15    We can read it again this.
16 Q. Okay.
17 A. That's my understanding.
18 Q. Let's assume there's no be margin let's say
19 you have 30 db, how do I go about applying SNR margin to
20 this carrier?
21 A. Okay. Now, you've lost me.
22    Are we changing your hypothetical to a
23 different hypothetical or we staying with this
24 hypothetical.
25 Q. We are staying with the hypothetical.

Page 63

1     You got four carriers each carrier 3 db of
2  SNR?
3  A. Right. As 30 db measured signal to noise
4  ratio.
5  Q. I want -- I want to understand in your mind
6  where is SNR margin comes, how does the SNR margin come
7  in?
8  A. Fair enough.
9     And the court told us there's two
10 different margins there's two different SNRs the SNR.
11    So step one when I the establish one as to
12 measure the measured signal to noise ratio then I
13 actually apply a margin, so that I can ensure that each
14 subchannel maintains a target bit error rate, and you've
15 used the bit error rate of ten to minus seven or one bit
16 in every ten million. Okay.
17    So the first step is when a margin when
18 you measure 30 for each one and in your question in your
19 hypothetical you've said let's assume we need a 6 db bit
20 error margin in other words we need to apply a 6 db
21 margin to establish the bit error rate.
22    So now if we apply 6 db to each those four
23 subchannels I take 6 away from 30 so now I only have 24
24 db available on each those four channels and you asked
25 me earlier what happens if the channels SNR goes down to

Page 64

1  24 I say nothing because I've already assumed that may
2  happen and I and the channel still running because I
3  took that 6 db to make sure the channels could pluck
4  waiting due be rate impulse noise or any other factor.
5     Now, if you want to take more or add
6  another margin, that's where the SNR margin comes in so
7  if you want to take this 24 that we're running that's
8  establishing bit error margin now if you want to do an
9  SNR margin the patent describes that's now taken away
10 from what we already have right.
11 Q. So in your in your view the court's
12 construction of the SNR margin is in addition to the
13 system SNR margin additional margin?
14 A. It says it very clearly to me it's requirement
15 assigned per carrier in addition to the NRA required to
16 maintain a specified bit error rate BER for the
17 communication link so step one that SNR required to
18 maintain bit error rate that we talked about in your
19 hypothetical you used 6 db.
20    I've taken that 6 db away. The SNR margin
21 is a requirement assigned in addition to that bit error
22 rate margin.
23 Q. So -- so you have in your opinion there are
24 there's a bit error rate margin and there's additional
25 NRA margin over bit error margin?

UNCERTIFIED, UNPROOFREAD, UNCORRECTED, UNEDITED ROUGH DRAFT

UNCERTIFIED, UNPROOFREAD, UNCORRECTED, UNEDITED ROUGH DRAFT
CONFIDENTIAL - MARK REID LANNING - 12/2/2022

Page 97

1  Q. So in the example where you a carrier where
2  you had 30 db, you had 30 db SNR, correct, you had 30 db
3  SNR and come 3 bit. You could put ten bits on that
4  carrier, correct, and establish and get your bit error
5  rate, correct?
6     A. You lost me. Are we I don't know are we
7  you're going to have give me context so I can keep up
8  with.
9     Q. Okay.
10    A. We did big gear change and it sounds like even
11 a different hypothetical.
12       For me to understand for the record to be
13 clear first off you're giving me a hypothetical.
14       So let's just do it by the numbers kind of
15 work through it so it's clear what you're asking me and
16 then I'll try to.
17    Q. Okay.
18    A. Give my best answer.
19    Q. In hypothetical we had four carriers?
20    A. Right.
21    Q. Each carrier had 30 db of SNR?
22    A. Okay.
23    Q. 30 db SNR?
24    A. 30.
25    Q. 30?

Page 98

1     A. Each one of the four subcarrier 30.
2     Q. You're going with the term 3 db per bit?
3     A. By the way I disagree with your rule of thumb.
4  Because the patent. The patent disagrees with your rule
5  of thumb because the patent says so I just want to put
6  this on the record.
7        That's why I didn't want to agree with you
8  because I'm looking at column 2 of the 354 patent and
9  line 27 it says for example if the system operating at 6
10 db margin EG four bits allocated to carriers with 27. 5
11 db.
12       So that four SNR db one times ten to the
13 minus seven which clearly says to me that rule of thumb
14 doesn't apply as far as patents are concerned.
15    Q. Okay. We can pick another number but?
16    A. Well, I was I want to make sure I'm on the
17 record to say your hypothetical I just accepted even
18 though I didn't agree with it earlier on even the patent
19 doesn't agree with the hypothetical but I'm happy to use
20 the hypothetical.
21    Q. Okay. So so you can coming back to the
22 hypothetical four carriers each 30 db of SNR?
23    A. Okay.
24    Q. 3 db rule of thumb 3 db per bit you can put
25 ten on each carrier, correct?

Page 99

1     A. Without applying any margin for BER doing
2  arithmetic divide by 3 you get ten.
3     Q. Right?
4     A. But that's not what taught by patent any other
5  reference.
6     Q. What is bit error rate of that system?
7     A. Of your hypothetical you just gave me is zero.
8     Q. Yes.
9     A. The bit error rate margin for the system you
10 gave me of the measured db each of the four subchannels
11 is 30 and you just used that whole 30 you have not
12 applied a BER SNR margin.
13    Q. Right. I've not applied BER SNR margin but
14 now if I add on the court's construction of SNR margin I
15 can add 6 db that would be SNR margin construed by court
16 correct?
17    A. No because it says it's an extra one in
18 addition to the SNR required to maintain specify bit
19 error rate.
20    Q. Yes.
21    A. The bit error rate there margin.
22    Q. There is no do you see term bit error rate
23 margins in the claims?
24    A. I don't care what claims say when I'm reading
25 court's construction.

Page 100

1     Q. Do you see term bit error rate margin in the
2  court's construction?
3     A. In the court's construction.
4     Q. Yes where does the term?
5     A. I see word left right make rain for the
6  communication link.
7     Q. What I'm asking do you see the term bit error
8  rate margin you have used term several time bit error
9  rate margin is that in the court's construction?
10    A. I see the court first, I'm going to keep
11 repeating this the court's construction is the court's
12 construction I'm in the trying to modify it. I'm just
13 reading it and applying it.
14       And it says, It's that the SNR margin is
15 an extra SNR requirement assigned per carrier in
16 addition to the SNR required to maintain a specific bit
17 error rate for the communication link specified bit
18 allocation.
19    Q. If you go to patent column 1 line 57?
20    A. I'm another column 1 line which line number
21 did you ask me to.
22    Q. 57?
23    A. 57. Okay.
24    Q. So it says script margin transceiver modulate
25 number of bits subchannel number of bits depending on

Page 101

1  the SNR of that subchannel and the bit error rate
2  requirement of the link.
3      Do you see that?
4   A. Yes.
5   Q. Example of the bit error rate one to power ten
6  to minus seven one bit intend receive average and the
7  SNR particular channel 21. 5BE then that channel is
8  moderate four bits.
9      Do you see that?
10  A. Yes.
11  Q. Since 21 required for QAM because because you
12  need 21. 5 db to transmit four QAM.
13     Do you see this?
14  A. Yes.
15  Q. Then if you go to column 2 starting at line 6
16  it says in many D system additional parameter is used to
17  determine the number of bits allocated to each
18  subchannel.
19     Do you see that?
20  A. Yes.
21  Q. And its talking about when it says D MT system
22  it's talking about the DSL systems that it has included
23  in paragraph 1, correct?
24  A. Not specifically. It's saying D MT systems in
25  general. It's listed the systems or standards and

Page 102

1  column 1 so it's not specifically addressing the exhibit
2  5 we talked but Exhibit 5 I will agree is listed in
3  multiple systems listed in column 1.
4   Q. And but when it says in many D MT systems it
5  would include the product the prior DSL systems listed
6  in column 1, correct?
7   A. That's what it says the patent says what it
8  says.
9   Q. Okay.
10  A. Any D MT it says what it says.
11  Q. Inaudible?
12  A. Inaudible.
13  Q. Within the definition of D MT system you would
14  agree E413 is D MT system?
15  A. I would agree it's a D MT system.
16  Q. And it guess on to say an additional parameter
17  is used to determine the number of bits allocated to
18  each subchannel.
19     Do you see that an additional parameter?
20  A. Yeah that says additional parameter yes.
21  Q. Okay. And this parameter is called the SNR
22  margin or simply the margin.
23     Did you see that?
24  A. Yep.
25  Q. The margin specify an extra SNR per subchannel

Page 103

1  in addition to what is required to specify to maintain
2  specified bit error rate requirement do you see that?
3   A. Which is very similar language what court
4  construed.
5   Q. I would agree that's correct.
6      It's referring margin used in the many DMT
7  the additional parameter in prior art DMT pieces,
8  correct?
9      MR. ONG: Objection, form.
10  A. It says what it says. I'm agreeing if we read
11  it the patent says what it says it speaks for itself but
12  I'm agreeing that I understand that it says what it
13  says.
14  Q. So you do not dispute that what's being
15  discussed in line 5 to ten of column 2 is the SNR
16  margins as used in T. 413 correct?
17     MR. ONG: Objection, form?
18  A. No it says as an example I'm reading now from
19  line 9 of column 2. As an example the DMT system with
20  the 6 db margin that's the db margin for the bit error
21  rate that we discussed earlier would require a 21. 5
22  plus 6 are a 27. 5 db SNR on the subchannel in order to
23  transmit four bits on that subchannel with a 1 to times
24  ten to the minus seven BER this is 60 db more than
25  required by the example in the previous paragraph

Page 104

1  because now a 6 db margin is added to the system.
2      Another way of looking at that in the
3  example of previous paragraph where four bits were
4  allocated to subchannel of 21. 5 db as margin was zero
5  db.
6      So this margin that they're referring to
7  the 6 db margin is the 6 for the bit error rate they're
8  saying it very clearly that it's an additional 6 db
9  added to an achieve one time ten to the minus seven BER
10 for the whole communication link.
11     Each subchannel db could be different says
12 that at the bottom of column one. This is the they're
13 discussing adding the 60 db that's where we started the
14 morning with your hypothetical example of taking 30 that
15 was the measured SNR and then we talk 6 db more for the
16 example in the previous paragraph, right.
17     And then that's where they say then there
18 was four bits allocated to subchannel with the 21. 5 db
19 SNR margin was zero in other words they're comparing it
20 and saying now you've decreased or you've increased the
21 requirements the example in the patent is done
22 differently than your hypothetical than you gave me but
23 they come because to the same point is taking 6 db off
24 of each subchannel so that you can achieve the BER.
25     MR. CHIPLUNKAR: Objection,

UNCERTIFIED, UNPROOFREAD, UNCORRECTED, UNEDITED ROUGH DRAFT
CONFIDENTIAL - MARK REID LANNING - 12/2/2022

Page 105

1  nonresponsive.
2     Q.  THE ATTORNEY:  My question was column 2 lines
3  4 says in many DMT systems an additional parameter is
4  used to determine the number of bits allocated to each
5  subchannel did I read that correctly, sir?
6     A.  Yes.
7     Q.  And then it says this parameter the parameter
8  that is used in many DMT systems correct you with me so
9  far that this parameter according to parameter that is
10 many DMT systems?
11        MR. ONG:  Objection, form.
12    A.  So parameter called SNR margin this is.
13    Q.  Yeah?
14    A.  This is why court provided us construction you
15 can ask me this one 100 more times.  I'm going to tell
16 you that when I see the words SNR margin I'm going to go
17 to the court's construction.  I'm not going to answer
18 anything different than what the court has construed and
19 this is not describing what the court has construed in
20 the patent this is the probably one of the main reasons
21 this term needed to be construed because the patent is
22 confuse not guilty this area.
23    Q.  So your position today is that your opinion
24 today is that SNR margin as used in patent is not the
25 same as the margin is not same SNR margin as used 234

Page 106

1  many DMT systems prevailing at that time?
2     A.  It's my opinion column 2 starting in line 4
3  through line 17 that word SNR margins that are described
4  in that portion of the patent are not as the court has
5  construed SNR margin.
6     Q.  Okay.  And when the prior art that you used in
7  your analysis Kapoor for example when it uses word SNR
8  margins, you agree with me that it is using word SNR
9  margin as used in the art in the DMT system at that time
10 correct?
11    A.  No, I don't agree with that I would have to go
12 each reference I've cited I've been very careful to cite
13 Kapoor and Chou because it's a combination of Kapoor an
14 Chou that I've used and I've been very careful to map
15 the claims that include the term SNR margin to the
16 court's construction of SNR margin.
17    Q.  So it would surprise at this told court's
18 construction of the SNR margin does not appear anywhere
19 in your analysis of prior art?
20    A.  That's not true I have it at least three times
21 that I've applied it.
22    Q.  Okay?
23    A.  Multiple times I strongly disagree with that.
24    Q.  Okay.
25    A.  This is lesson I learned let me finish this is

Page 107

1  lesson I learned many year ago that you applies expert
2  you apply the court's construction that's what I'm
3  trying to explain many times to you is I will not go
4  away or try to change the court's construction and I
5  have mapped the court's construction to each one of the
6  claims as I've analyzed them.
7     Q.  Okay.  If you go to Exhibit 3 of your report?
8     A.  Okay.
9     Q.  So so before we get into your opinions
10 regarding prior art so you agree that the prior art does
11 not disclose type of SNR margin this column 1 and 2 of
12 the patent, correct?
13    A.  I haven't made that analysis.  I agree and I
14 provided analysis that prior art that I've used meets
15 court's construction for SNR margin.
16    Q.  So sitting here today you don't have an
17 opinion if the prior art disclose type of SNR margin
18 described in column 1 and 2 of our patent?
19    A.  I didn't even consider that because the court
20 gave us a clear construction.
21        Why do you keep asking me this question
22 I'm going to keep answering it the same way.  I've been
23 in Judge Gilstrap's court many times.  It doesn't matter
24 what court it is.
25        But I am very clear and I'll continue to

Page 108

1  be very clear that I am following the court's
2  construction for SNR margin I'm not trying to compare it
3  I'm in the trying to contrast to any other definition
4  I've simply  mapped what the court says it is and I've
5  gone with it in my analysis and I haven't varied in any
6  way.
7     Q.  Okay.  Can we go to section can we go to
8  paragraph 29?
9     A.  29, 29.
10    Q.  Yes. Yes.
11        MR. ONG:  Which Exhibit are we in.
12        MR. CHIPLUNKAR:  Exhibit 3.
13        THE WITNESS:  My report.
14        MR. ONG:  Thank you.
15        THE WITNESS:  I'm there.
16    Q.  THE ATTORNEY:  Can you read first sentence,
17 sir?
18    A.  Paragraph 29 I understand that the first step
19 in determining whether patent claim invalid to properly
20 construe the claims first sentence or do you want keep
21 going.
22    Q.  Period that's good enough that's first, second
23 what's second step?
24    A.  I also understand that the claims must be
25 construed same way in determine invalidity or validity

UNCERTIFIED, UNPROOFREAD, UNCORRECTED, UNEDITED ROUGH DRAFT
CONFIDENTIAL - MARK REID LANNING - 12/2/2022

Page 109

1  in noninfringement. I can continue reading.
2      Q. I'm waiting for the extending in the analysis
3  you said I understand first step I am what is your
4  second step in determining if the claim is invalid what
5  is the second step?
6      A. The second step would be whether the prior art
7  discloses that.
8      Q. Where is that can you keep reading can you
9  point me to the second step in analysis in your
10 description of law?
11     A. I didn't I didn't describe all the steps here
12 I wanted make sure the first step and I goes directly to
13 conversation we have been having as I wanted to make
14 sure the patent claim to properly construe the claims
15 and to properly construe the claims you have to use the
16 court's construction.
17     Q. And then you have to apply the court's
18 construction as second step to the prior art you agree
19 that's the second step?
20     A. Yes that's what I just told it's not in my
21 report but I've done this many times. I understand
22 that's the second step.
23     Q. Okay. Let's go to lets go to paragraph let's
24 go to paragraph 317 of your report?
25     A. Say the number again.

Page 110

1      Q. 317, sir?
2      A. 317 okay. I'm there.
3      Q. Okay. Just for the record so paragraph 317
4  starts your analysis that Chou that the Chou reference
5  anticipate Claim 10 of the 354 patent, correct?
6      A. Yes.
7      Q. Okay. And you have this ordering by claim
8  elements so if we could go to claim element ten C which
9  is paragraph 349?
10     A. Okay.
11     Q. Do you agree with me that claim element 10 her
12 recites the first plurality of bits on the first
13 plurality of carriers using the first SNR margin,
14 correct?
15     A. Yes.
16     Q. And paragraph 349 starts analysis of this
17 particular claim element in view of Chou, correct?
18     A. 349 says what it says.
19         Are you asking me to interpret what I'm
20 saying in 349.
21     Q. Well, I'm just getting you to agree this is
22 analysis starts for the case?
23     A. Okay. Fair enough. Yes.
24     Q. Okay.
25     A. Well my -- well my analysis started at the

Page 111

1  beginning with the previous, but are you asking me if
2  this is where my analysis starts for element Claim 10 C?
3      Q. Yes.
4      A. Okay.
5      Q. This is the first time the phrase the term SNR
6  margin appears.
7      A. For the Chou reference, yes.
8      Q. Yes. Correct.
9          So this where I would to go find your
10 application of SNR margin, the court's construction to
11 Chou, correct?
12     A. For just Chou, yes.
13     Q. Yes. Can you -- and this analysis starts at
14 paragraph 349 and continues all the way down to
15 paragraph paragraph 358 or 359?
16     A. Okay. That's claim.
17         Let me I agree those are the paragraphs
18 for just Chou and my analysis for claim 10. C.
19     Q. Can you point paragraph where you apply code
20 construction of SNR margin for any specific portion of
21 Chou in those paragraphs?
22         MR. ONG: Objection, form.
23     Q. THE ATTORNEY: I'll withdraw the question.
24 Point me to particular paragraph in that range where you
25 applied the court's construction of SNR margin to a

Page 112

1  specific portion of Chou?
2      A. If you will look at paragraph 118, I recognize
3  it is outside paragraph numbers you gave me, but I have
4  a global statement that I made in paragraph 118.
5          MR. CHIPLUNKAR: Objection,
6  nonresponsive.
7      A. It is a fact that I did apply the court's
8  construction to all my analysis including Chou and that
9  is stated in paragraph 118.
10         MR. CHIPLUNKAR: Objection,
11 nonresponsive.
12         Madame court reporter can you read back my
13 question to the witness.
14         (The reporter read back requested
15 material.)
16     A. I didn't need to repeat the same statement
17 that I have in paragraph 118 for each prior art
18 reference instead of repeating for each prior art
19 reference, I made a global statement in paragraph 118.
20         MR. CHIPLUNKAR: Objection,
21 nonresponsive I'll ask it a different way.
22     Q. THE ATTORNEY: In your analysis of Chou, was
23 this particular element where have you applied the
24 court's construction to a portion of Chou to render this
25 element obvious?

UNCERTIFIED, UNPROOFREAD, UNCORRECTED, UNEDITED ROUGH DRAFT
CONFIDENTIAL - MARK REID LANNING - 12/2/2022

Page 113

1    MR. ONG:  Objection, form.
2    A.  I describe that again same answer in paragraph
3    118 that I've applied the court's construction to all my
4    analysis not just some of it.
5    Q.  You mentioned you have been Judge Gilstrap
6    courtroom before.
7         Do you think this is going to fly?
8    A.  I know it will.
9    Q.  Sir what the second steps of the invalidity
10   analysis?
11        MR. ONG:  Objection, form.
12   A.  I think we've already asked and answered this
13   question.
14        Are you asking me a different question.
15   Q.  No.
16   A.  Or are you asking me the same question again.
17   Q.  Will you agree with me that the second step of
18   invalidity analysis as to apply the court's construction
19   to the prior art you agree with that statement the prior
20   art?
21        MR. ONG:  Objection, form.
22   A.  I think paragraph 118 I explain my analysis
23   that I've done and I've used the court's construction
24   where terms aren't construed all the answer multiple
25   times that you've asked me is paragraph 118 and 118 is

Page 114

1    not specifically for any one piece prior art this is
2    global statement for all of my analysis.
3    Q.  Do you want to the extent you have any
4    analysis of second step of analysis of invalidity strike
5    that.
6         To the extent there's any analysis of the
7    prior art in view of this claim element 10C all.  That
8    is 118 there's nothing that can be found in paragraphs
9    that I mentioned correct?
10        MR. ONG:  Object to the form.
11        MR. CHIPLUNKAR:  I'll withdraw the
12   question.
13        MR. CHIPLUNKAR:  Would you like to take
14   a break or should we keep going on Chou.
15        THE WITNESS:  We can go another 15
16   minutes if you want to go half past.
17        MR. CHIPLUNKAR:  Let's do that sure.
18   Q.  THE ATTORNEY:  So sticking with your analysis
19   of claim element 10C, where in Chou is a second strike
20   that.
21        So sir do you I'm going to send across
22   Exhibit 6?
23   A.  I missed what you just said.
24        MR. CHIPLUNKAR:  Sorry sir I'm going to
25   send across Exhibit 6.

Page 115

1    THE WITNESS:  It is downloading I'll let
2    you know when I get it.  Okay.  I have it.
3         MR. CHIPLUNKAR:  For the record Exhibit
4    6 is a document that had been produced beginning at
5    Bates No. CommScope 011721 and the title appears on page
6    3 of this document and band.
7         THE WITNESS:  Optimize digital
8    transmission techniques for spec shaped channels with
9    impulse noise and for the the court reporter benefit I'm
10   going to put this title in the chat box and the author a
11   Chou Peter pit.
12   Q.  THE ATTORNEY:  Sir did I read that correctly?
13   A.  Yes.
14   Q.  Now, this is this is one of the reference that
15   you relied on for your analysis?
16   A.  This is my reference that I relied on my
17   analysis for reference for Chou alone.
18   Q.  Yes.  Now, you agree with me that Chou teaches
19   bit swap algorithm?
20   A.  Where you referring.
21        Are you asking me to remember in general.
22   Q.  I thought you had the table don't separately
23   printed out if you want to get table contents?
24   A.  Yes.  In section 435 is the adapted bit slot
25   algorithm.

Page 116

1    Q.  So you agree with me that Chou describes an
2    adaptive bit swapping algorithm?
3    A.  Yes.
4    Q.  Adaptive bit swapping moving bits from one
5    carrier to another carrier while maintain data rate,
6    correct?
7    A.  Yes.  It describes adaptive bit swap.
8    Procedure I wanted to take quick look to see if there's
9    anything out of ordinary but I don't see it.
10   Q.  And if you go to PDF page 95 Chou?
11   A.  Okay.
12   Q.  That's where he describes or introduces
13   adaptive bit swapping algorithm?
14   A.  Yes.
15   Q.  First paragraph of 435 halfway, did you know
16   the paragraph -- let me see ten starting at line 10 the
17   first paragraph of 435 Mr. Chou you Dr. Chou goes to see
18   simple relatively slow adaptive bit swap procedure
19   correct that's bit swap procedure he's talking about,
20   correct?
21   A.  I assume so, yes.
22   Q.  And then the first step in the second
23   paragraph the first step in our adaptive bit swap
24   procedure as to keep track of the study estate MSE boss
25   subchannel in the several do you see sentence sir I read

UNCERTIFIED, UNPROOFREAD, UNCORRECTED, UNEDITED ROUGH DRAFT
CONFIDENTIAL - MARK REID LANNING - 12/2/2022

Page 117

1  a portion of it?
2     A.  Yes.
3     Q.  And your understanding MSE stand for mean
4  square error you can searching through development?
5     A.  Yes we were referring to as bit error rate.
6     Q.  So in your mind EMS is the bit error rate?
7     A.  In general, I think that for this analysis and
8  stuff he's referring to the bit error rate for all
9  channels is monitored the background the bit error rate
10 one channel over certain threshold 3 db EMS, but,
11 essentially, it is looking at the at the signal to noise
12 ratio because he's referring to 3 db worse than other
13 subchannel.
14    Q.  Right.  And so he says when the EMS one
15 subchannel is over certain threshold values, say over 3
16 db worse than another subchannel, a bit is swapped from
17 worse subchannel to the better subchannel so that to
18 overall would be reduced.
19        Do you see that?
20    A.  Yes.
21    Q.  This is essentially Chou's procedure, correct?
22    A.  This is a bit an adaptive bit swap algorithm
23 among many or algorithm that Chou is defining?
24    A.  Okay.
25    Q.  If you go to go back to claim if you go to

Page 118

1  Exhibit 3 which is your expert report?
2     A.  So you want Exhibit 3.
3     Q.  Yes.
4     A.  And what what paragraph did you want.
5     Q.  Paragraph 360?
6     A.  Okay. I'm there.
7     Q.  An paragraph 360 starts your analysis for let
8  me verdict prior irrelevant use second SNR margin.
9        Do you see that?
10    A.  Yes.
11    Q.  Okay.  And this goes onto paragraph 368,
12 correct?
13    A.  Yes.
14    Q.  Between paragraphs 360 and 368 please point me
15 to the section where you applied the court's
16 construction of second SNR margin to particular portion
17 of Chou?
18    A.  It's the same answer that I gave you for the
19 previous element.  It's the global statement in 118 that
20 I made so I did not have to repeat it ever prior art
21 reference ever element of ever prior art reference as
22 you're applying need to be done because I don't believe
23 it does because I did apply court's construction to ever
24 element of the claim for every prior art reference.
25    Q.  So you should not have a problem pointing me

Page 119

1  to that analysis for Chou in particular I need to
2  understand what your opinion with respect to Chou and
3  the inaudible?
4     A.  I follow court's construction and my opinion
5  as I've included for this element you want to ask me
6  something else for ten D for the SNR margin.
7     Q.  Where in Chou is a second SNR margin being
8  used strike that.
9        Let me give court exact construction?
10    A.  I have and started in paragraph 364 I say
11 figure 6. 20.
12        MR. CHIPLUNKAR:  There's no pension
13 question I struck the question.
14    A.  Oh I didn't hear you strike it.
15    Q.  The court construed SNR margin as a parameter
16 used in determining the number of bits allocated to each
17 of the plurality carriers with a value parameter specify
18 extra SNR requirement assigned carrier per carrier in
19 addition SNR required maintain specify date rat
20 specified bit allocation.
21        Where in Chou is this second allocation
22 happening and what is the second parameter?
23        MR. ONG:  Objection, form.
24    A.  I describe how Chou defines first SNR and then
25 continued the discussion for the second SNR margin so in

Page 120

1  order to understand how the logic worked for the second
2  SNR margin it's logical to look at the first SNR margin
3  because there's two different SNR margins required.
4        So on paragraph 349 I start my analysis
5  for the first SNR margin as it's disclosed by Chou and
6  then I provide the references or the cite to Chou of
7  definition explicitly how Chou explicitly discloses that
8  SNR margins are used to transport data.
9        And the idea is modifying the SNR margin
10 as construed by the court in order to transport adapt at
11 maximum achievable rate or margin.
12        MR. CHIPLUNKAR:  Objection,
13 nonresponsive.
14        MR. CHIPLUNKAR:  Let's take a break.
15 Let's go off the record.  Ten minutes.
16        VIDEOGRAPHER:  Time is 3:27.
17 (Off the record).  Video back on the record time 3:49
18        p.m.,
19    Q.  Welcome back Mr. Lanning before you proceed
20 did you speak with anybody regarding the deposition
21 testimony?
22    A.  No nothing about my deposition.
23    Q.  Okay.  If you could turn to Exhibit 1 which is
24 the patent and look at columns 1 and 2?
25    A.  Okay. I've got 1 and 2 open.

UNCERTIFIED, UNPROOFREAD, UNCORRECTED, UNEDITED ROUGH DRAFT
CONFIDENTIAL - MARK REID LANNING - 12/2/2022

Page 121

1  Q. Yeah. So now, you agree with me that Chou
2  does not disclose SNR margin described in column 1 and 2
3  of the patent correct?
4      MR. ONG: Objection, form.
5  A. As we have gone over many times I believe Chou
6  discloses the claims as they have been as SNR margin had
7  been construed by the court and I've included my
8  analysis starting at element 10C for the first margin
9  and continued on W-2. C for the second margin.
10 Q. But sitting here today you haven't provided an
11 opinion that the product discloses type of SNR margin
12 described in column 1 and 2 of the patent correct?
13     MR. ONG: Objection, form.
14 A. I have included the analysis whether I
15 understand what those columns say that those columns
16 aren't clearly the same as court's construction so I
17 followed the court's construction for my analysis.
18 Q. For element 10C can you point me to someplace
19 in Chou where Chou uses a parameter to perform the
20 allocation?
21     MR. ONG: Objection, form.
22     THE WITNESS: I'm just reading through
23 and reference and I'm looking at the reference here to
24 answer your question.
25 A. Again as I explained the first part the first

Page 122

1  time I analyzed Chou disclosure of the court's combined
2  SNR margin term, I state in starting in paragraph 349 so
3  I give examples and then and then I think specifically
4  Chou and I get to 351 I provide another example that
5  starts at page 13 and Chou starting at page 59 discloses
6  SNR margins are used to transport data in different
7  margins are used maximize so that you Mack eyes total
8  data through put at fix margin at lower achieve margin
9  so the idea optimizing use of the channels and setting
10 the margins so that the overall communication link to
11 maximize its data so Chou is describing how he assigns a
12 SNR margin as it's defined by the court to each
13 subchannel to do that if you'd like me to go Chou and
14 look at those pages I'm happy to do that but the first
15 page that I would go to be at page 59 of Chou.
16     MR. CHIPLUNKAR: Objection,
17 nonresponsive.
18 Q. THE ATTORNEY: Can you point me to paramater
19 in Chou -- can you point me to parameter in Chou that is
20 used in determining the number of bits allocated to the
21 plurality of the where the value of the parameter
22 specifies that per carrier in addition to SNR required
23 to maintain specified bit error rate communication link
24 specify bit allocation.
25     So to paraphrase my question can you point

Page 123

1  me to this parameter in Chou that you rely on?
2      MR. ONG: Objection, form.
3  A. I'm working on it to answer your question I
4  can take from first is my report which is Exhibit 3
5  paragraph 351. I say Chou.
6  Q. Let me you are taking me to?
7  A. I'm at paragraph 351 in my report.
8  Q. I'm at 351 yes.
9  A. So this is where I'm describing again the
10 different SNR margins as defined by the court and I'm
11 saying Chou explicitly discloses that SNR margin are
12 used to transport data meaning in the case of total data
13 through put at fixed margin lower maximum achievable
14 margin and he is describe some of the worse subchannels
15 may not be used because SNR is not met?
16     And I'm pointing to page 59 of Chou at the
17 bottom of my paragraph 351.
18     Are you there. I'm getting to page 59 of
19 Chou.
20 A. Now Chou I go to page 59 of Chou.
21 Q. Okay.
22 A. Bottom of the paragraph after formula.
23 Q. Uh-huh?
24 A. Chou is describing in case of optimizeings
25 over total data rate and he's referring to our modified

Page 124

1  algorithm begin section from the previous section in
2  maximum DMT performance margin at fixed data rate so he
3  has a fixed data rate that they're dealing with to
4  transmit the data okay which would be case moderate to
5  high SNR region and then he continues to pay approve
6  follow along same lines begin in section 4. 2. 2 the
7  resulting band.
8      THE WITNESS: May be different from one
9  of the from the one for maximum total data through put
10 depending upon our fixed target data rate.
11     Now, this is where he explains that SNR
12 margin how it's applied. In general opt band with it
13 maximum total data through put will be equal or wired
14 than opt band.
15     THE WITNESS: For maximize margin so long
16 as the maximum achievable through put greater or equal
17 fixed target data rate when maximizing margin this is
18 because when we find the maximum target for particular
19 data rate the margin is applied unlateral across the all
20 used subchannels.
21     They say when they find that second margin
22 for this data through put it's applied across the all
23 the use subchannels on the other hand in case of
24 maximizing total data through put at fixed margin lower
25 and the maximum achievable.

31 (Pages 121 to 124)

UNCERTIFIED, UNPROOFREAD, UNCORRECTED, UNEDITED ROUGH DRAFT