# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>   *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>   *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED |

# ORDER

Before the Court is Plaintiff TQ Delta, LLC's Motion to Strike the Invalidity Report of Defendants' Expert, Mark Lanning ("Motion"). Having reviewed the briefing in light of the record and the applicable law, the Court hereby GRANTS TQ Delta, LLC's Motion.

**SO ORDERED**