## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>    *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF RAJENDRA A. CHIPLUNKAR

I, Rajendra A. Chiplunkar, state as follows in support of Plaintiff TQ Delta, LLC's Motion to Strike Portions of the Non-Infringement Report and Opinions of Defendants' Expert Dr. Naofal Al-Dhahir:

1. I am a partner at McAndrews, Held & Malloy and counsel of record for TQ Delta, LLC. I am a member in good standing of the State Bar of Illinois. I have personal knowledge of the facts set forth in this Declaration.

2. Exhibit A contains an excerpt from a true and correct copy of the Responsive Expert Report of Dr. Naofal Al-Dhahir Regarding Family 10.

3. Exhibit B contains true and correct copy of the Cover Pleading for Plaintiff's Disclosure of Asserted Claims and Infringement Contentions and Accompanying Document Production.

4. Exhibit C contains true and correct copy of Plaintiff TQ Delta's First Set of Interrogatories to the Commscope Defendants (Nos. 1-18).

5. Exhibit D contains an excerpt from a true and correct copy of Commscope's Sixth Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories (Nos. 1-18).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of December 2022, in River Forest, Illinois.

/s/ Rajendra A. Chiplunkar
Rajendra A. Chiplunkar