**EXHIBITS D-N**
**FILED UNDER SEAL IN THEIR ENTIRETY**