# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>      *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>      *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF TQ DELTA, LLC'S MOTION FOR LEAVE TO FORMALLY SERVE THE FIRST SUPPLEMENTAL EXPERT REPORT OF JONATHAN D. PUTNAM ON THE COMMSCOPE DEFENDANTS

I.

NOW COME, Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, and ARRIS Enterprises, LLC (collectively, "CommScope") and respectfully request that the Court enter an Order extending the deadline for Defendants to file their Response in Opposition to Plaintiff TQ Delta, LLC's ("TQD" or "Plaintiff") Motion for Leave to Formally Serve the First Supplemental Expert Report of Jonathan D. Putnam on the CommScope Defendants from December 29, 2022 to January 6, 2023.

II.

On December 14, 2022, Plaintiff filed its Motion for Leave to Formally Serve the First Supplemental Expert Report of Jonathan D. Putnam on the CommScope Defendants (Dkt. No. 349). Pursuant to Local Rule CV-7(e), Defendants have fourteen (14) days to file their Responsive Brief to Plaintiff's Motion. Defendants' current deadline to file their Response in Opposition to Plaintiff's Motion for Leave to Formally Serve the First Supplemental Expert Report of Jonathan D. Putnam on the CommScope Defendants is December 29, 2022.

### III.

Defendants have requested, and Plaintiff has agreed, to extend the deadline for Defendants Response Brief eight (8) days until January 6, 2023. Furthermore, Defendants have agreed that Plaintiff has until January 17, 2023 to file its Reply in Support to said Motion. Good cause additionally supports this extension of the briefing schedule on Plaintiff's Motion due to the upcoming holidays and scheduling conflicts.

WHEREFORE, Defendants respectfully request that the Court enter an order extending the respective deadlines as follows:

| Event | |
|---|---|
| Defendants' Opposition to Plaintiff's Motion for Leave to Formally Serve the First Supplemental Expert Report of Jonathan D. Putnam on the CommScope Defendants | January 6, 2023 |
| Plaintiff's Reply in Support of its Motion for Leave to Formally Serve the First Supplemental Expert Report of Jonathan D. Putnam on the CommScope Defendants | January 17, 2023 |

Dated this 23rd day of December, 2022

Respectfully submitted,

By: /s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.

7270 Crosswater Avenue, Suite B
Tyler, TX 75703
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Douglas J. Kline
Lana S. Shiferman
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
P:  (617) 570-1000
F:  (617) 523-1231
dkline@goodwinlaw.com

Brett Schuman
Rachel M. Walsh
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P:  (415) 733-6000
F:  (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
GOODWIN PROCTER LLP
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

Ross R. Barton (NC Bar No. 37179)
M. Scott Stevens (NC Bar No. 37828)
Kirk T. Bradley (NC Bar No. 26490)
Stephen R. Lareau (NC Bar No. 42992)
Karlee N. Wroblewski (NC Bar No. 55043)
Nicholas C. Marais (NC Bar No. 53533)
Erin Beaton (NC Bar No. 59594)
Mary I. Riolo (NC Bar No. 59644)
ALSTON & BIRD LLP
101 S. Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Email:*ross.barton@alston.com*

*scott.stevens@alston.com*
*kirk.bradley@alston.com*
*stephen.lareau@alston.com*
*karlee.wroblewski@alston.com*
*nic.marais@alston.com*
*erin.beaton@alston.com*
*mary.riolo@alston.com*
Telephone: 704-444-1000
Facsimile: 704-444-1111

Katherine G. Rubschlager
(Cal. Bar No. 328100)
ALSTON & BIRD LLP
1950 University Avenue, Suite 430
East Palo Alto, CA 94303
Email: katherine.rubschlager@alston.com
Telephone: 650-838-2004
Facsimile: 650-838-2001

***Counsel for Defendants***
***CommScope Holding Company, Inc.,***
***CommScope Inc., ARRIS US Holdings, Inc.,***
***ARRIS Solutions, Inc., ARRIS Technology,***
***Inc., and ARRIS Enterprises, LLC***

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Defendants have complied with the meet and confer requirement in Local Rule CV-7(h). Counsel for Defendants conferred with counsel for Plaintiff, and counsel for Plaintiff indicated that it is unopposed to this motion.

                                                          /s/Eric H. Findlay
                                                      Eric H. Findlay

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  This document will be served on Defendant in accordance with the Federal Rules of Civil Procedure.

>*/s/   Eric H. Findlay*
>Eric H. Findlay