# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>    *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF TQ DELTA, LLC'S MOTION FOR LEAVE TO FORMALLY SERVE THE FIRST SUPPLEMENTAL EXPERT REPORT OF JONATHAN D. PUTNAM ON THE COMMSCOPE DEFENDANTS**

On this day came on to be considered Defendants' Unopposed Motion for Extension of Time to File their Opposition to Plaintiff's Motion for Leave to Formally Serve the First Supplemental Expert Report of Jonathan D. Putnam on the CommScope Defendants and the Court being of the opinion that the Motion should be GRANTED, it is, therefore,

ORDERED, ADJUDGED, and DECREED that Defendants be given to and including January 6, 2023 to file their Response in Opposition to Plaintiff's Motion for Leave to Formally Serve the First Supplemental Expert Report of Jonathan D. Putnam on the CommScope Defendants.  Furthermore, it is ORDERED, ADJUDGED, and DECREED that Plaintiff be given to and including January 17, 2023 to file its Reply in Support of its Motion.