UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br>　　　　　*Plaintiff,*<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC<br>　　　　　*Defendants.* | CIV. A. NO. 2:21-CV-310-JRG<br>(Lead Case) |
| TQ DELTA,<br>　　　　　*Plaintiff,*<br><br>v.<br><br>NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,<br>　　　　　*Defendants.* | CIV. A. NO. 2:21-CV-309-JRG |

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Defendants Commscope Holding Company, Inc., Commscope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc. ARRIS Solutions, Inc. ARRIS Technology, Inc. and ARRIS Enterprises, LLC (collectively "Defendants") hereby file this Unopposed Motion to Withdraw as Counsel and respectfully request that Thomas M. Melsheimer, Michael Brett Johnson, Rex Mann, Elizabeth Danielle T. Williams, William Logan, Matt McCullough, Marissa Thompson, and Emily Wilkinson of the law firm, Winston & Strawn, be permitted to withdraw herein as counsels of record for Defendants. Counsels of the firm Alston & Bird LLP and Goodwin Proctor will represent defendants.

Granting this Motion will cause no prejudice to any party, or delay in this matter. Plaintiff TQ Delta, LLC does not oppose this withdrawal.

Dated: December 27, 2022  Respectfully submitted,

/s/  *Thomas M. Melsheimer*
Thomas M. Melsheimer
Texas Bar No. 13922550
tmelsheimer@winston.com
M. Brett Johnson
Texas State Bar No. 00790975
mbjohnson@winston.com
Rex A. Mann
Texas Bar No. 24075509
rmann@winston.com
Marissa Thompson
Texas State Bar No. 24132312
mthompson@winston.com
Emily Wilkinson
Texas State Bar No. 24125457
ewilkinson@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone.: (214) 453-6500
Facsimile: (214) 453-6400

Elizabeth Danielle T. Williams
North Carolina State Bar No. 23283
dwilliams@winston.com
**WINSTON & STRAWN LLP**
300 South Tryon Street, 16th Floor
Charlotte, NC  28202
Telephone.: (704) 350-7790
Facsimile: (704) 350-7800

William M. Logan
Texas State Bar No. 24106214
wlogan@winston.com
**WINSTON & STRAWN, LLP**
800 Capitol St. Ste. 2400
Houston, TX 77002
Telephone: (713) 651-2766
Facsimile: (713) 651-2700

Matthew R. McCullough
California Bar No. 301330
MRMcCullough@winston.com
**WINSTON & STRAWN, LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

**ATTORNEYS FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel has complied with the meet and confer requirements of Local Rule CV-7(h). Counsel for Defendants conferred with counsel for Plaintiff on December 27, 2022, and counsel for Plaintiff indicated that they do not oppose the relief sought herein.

/s/ Thomas Melsheimer
Thomas Melsheimer

### CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 27, 2022.

/s/ Thomas Melsheimer
Thomas Melsheimer