UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>　　　　*Plaintiff,*<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC<br>　　　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIV. A. NO. 2:21-CV-310-JRG<br>(Lead Case) |
| TQ DELTA,<br>　　　　*Plaintiff,*<br><br>v.<br><br>NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,<br>　　　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIV. A. NO. 2:21-CV-309-JRG |

**ORDER GRANTING DEFENDANTS'**

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Before the Court is Defendants' Unopposed Motion to Withdraw as Counsels of Record filed by Defendants Commscope Holding Company, Inc., Commscope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc. ARRIS Solutions, Inc. ARRIS Technology, Inc. and ARRIS Enterprises, LLC (collectively "Defendants"). After considering the unopposed motion, the Court grants the same.

It is therefore **ORDERED** that Defendants' Unopposed Motion to Withdraw as Counsel is hereby **GRANTED**. The clerk is instructed to terminate Thomas M. Melsheimer, Michael Brett

Johnson, Rex Mann, Elizabeth Danielle T. Williams, William Logan, Matt McCullough, Marissa Thompson, and Emily Wilkinson of the law firm, Winston & Strawn as counsels of record in this matter.