# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| § | |
| COMMSCOPE HOLDING COMPANY, § | |
| INC., COMMSCOPE INC., ARRIS § | |
| INTERNATIONAL LIMITED, ARRIS § | |
| GLOBAL LTD., ARRIS US HOLDINGS, § | |
| INC., ARRIS SOLUTIONS, INC., ARRIS § | |
| TECHNOLOGY, INC., and ARRIS § | |
| ENTERPRISES, LLC, § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC's (collectively, "CommScope") Unopposed Motion for Extension of Time to File Response to Plaintiff TQ Delta, LLC's Motion for Leave to Formally Serve the First Supplemental Expert Report of Jonathan D. Putnam on the CommScope Defendants (the "Motion"). (Dkt. No. 365). In the Motion, CommScope requests an extension to file its response to TQ Delta, LLC's ("TQ Delta") Opposed Motion for Leave to Formally Serve the First Supplemental Expert Report of Jonathan D. Putnam on the CommScope Defendants (Dkt. No. 349) until January 6, 2023. CommScope also requests an extension on behalf of TQ Delta to file a subsequent reply until January 17, 2023.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that CommScope's deadline to respond and TQ Delta's deadline to reply to the Opposed Motion for Leave to Formally Serve the First Supplemental Expert Report of Jonathan D. Putnam on the CommScope Defendants (Dkt. No. 349) are **extended** up to and including **January 6, 2023**, and **January 17, 2023**, respectively.

**So ORDERED and SIGNED this 5th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE