## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| § | |
| COMMSCOPE HOLDING COMPANY, § | |
| INC., COMMSCOPE INC., ARRIS § | |
| INTERNATIONAL LIMITED, ARRIS § | |
| GLOBAL LTD., ARRIS US HOLDINGS, § | |
| INC., ARRIS SOLUTIONS, INC., ARRIS § | |
| TECHNOLOGY, INC., and ARRIS § | |
| ENTERPRISES, LLC, § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is Defendants Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC's (collectively, "CommScope") Unopposed Motion to Withdraw as Counsel (the "Motion"). (Dkt. No. 366). In the Motion, CommScope requests that the Court withdraw Thomas M. Melsheimer, Michael Brett Johnson, Rex Mann, Elizabeth Danielle T. Williams, William Logan, Matt McCullough, Marissa Thompson, and Emily Wilkinson of Winston & Strawn LLP as counsel of record.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that Thomas M. Melsheimer, Michael Brett Johnson, Rex Mann, Elizabeth Danielle T. Williams, William Logan, Matt McCullough, Marissa Thompson, and Emily Wilkinson be permitted to **withdraw** as counsel of record for CommScope in the above-captioned case. It is further **ORDERED** that the Clerk of Court shall

**terminate** Thomas M. Melsheimer, Michael Brett Johnson, Rex Mann, Elizabeth Danielle T. Williams, William Logan, Matt McCullough, Marissa Thompson, and Emily Wilkinson as counsel of record and all electronic notifications to the same.

**So ORDERED and SIGNED this 5th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE