IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>    *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF TY WILSON

I, Ty Wilson, state as follows in support of Plaintiff TQ Delta, LLC's Response to the CommScope Defendants Motion for Partial Summary Judgment Regarding Prior Art:

1. I am an attorney at the Davis Firm, PC and counsel of record for TQ Delta, LLC. I am a member of good standing of the State Bar of Texas. I have personal knowledge of the facts set forth in this Declaration.

2. Exhibit A contains true and correct highlighted excerpts of the Rebuttal Expert Report of Dr. Todor Cooklev, served in this case and dated November 18, 2022.

3. Exhibit B is a true and correct copy of Defendants' Answer Claim Construction Brief served in the case *TQ Delta, LLC v. 2Wire, Inc.*, Civil Action No. 13-cv-1835 (D. Del.) on October 18, 2017.

4. Exhibit C is a true and correct highlighted copy of a webpage regarding ITU-T and TSB documentation that may be found at https://www.itu.int/en/ITU-T/info/Pages/documentation.aspx.

5. Exhibit D is a true and correct highlighted copy of a webpage regarding ITU-T Study Group 15 that may be found at https://www.itu.int/ITU-T/2001-2004/com15/index.asp.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of January, 2023, in Dallas, Texas.

*/s/ Ty Wilson*
Ty Wilson