# EXHIBIT C




**Committed to connecting the world**

| ITU | General Secretariat | Radiocommunication | **Standardization** | Development | ITU Telecom | Members' Zone | **Join ITU** |

| About ITU-T | Events | All Groups | Standards | Resources | BSG | Study Groups | Regional Presence | Join ITU-T |

# ITU-T and TSB Documentation

YOU ARE HERE   ITU  >  HOME  >  ITU-T  >  GENERAL INFORMATION  >  ITU-T AND TSB DOCUMENTATION

SHARE

*These documents are not to be confused with ITU-T publications (including ITU-T Recommendations) which are made available to the general public for purchase through the ITU Sales Service.*

- **TSB Circulars**
  These letters are addressed to all the participants in the work of the Sector and contain information of general interest such as the meeting schedule, work procedures, the list of hotels, etc. Study groups diffuse Circulars in order to implement the provisions of WTSA regarding the approval and deletion of recommendations or to distribute questionnaires. TSB Circulars are posted on the ITU-T Website and do not have restricted access.

- **TSB Collective-letters**
  These letters issue from study groups and are addressed to the participants which have registered to receive the documents of the study group concerned. Collective-letters are used to convene meetings or collect information of interest to the study group. Collective-letters are posted on the relevant study group page on the ITU-T Website and do not have restricted access.

- **Meeting Documents**

  The following meeting documents are posted on the appropriate study groups' pages.

  - **Contributions**
    ==The participants of the Sector submit their input to meetings by means of a Contribution. Contributions submitted to the TSB at least two months before a meeting are published and dispatched to the participants of the Sector registered in the relevant study group. A TIES account is required to access these documents.==

  - **Reports**
    Meeting reports are published after a meeting, dispatched to the participants of the Sector registered in the relevant study group. A TIES account is required to access these documents.

  - **Temporary Documents**
    ==Temporary documents contain reports from Chairmen, Rapporteurs, Drafting Groups, and other groups or other relevant information to be submitted to a meeting. These are distributed only to the participants present. A TIES account is required to access these documents.==

  - **Liaison Statements**
    Liaisons Statements are used to transmit information from one group to another. These are distributed only to the participants present and are posted in the informal FTP area of the relevant study groups as Incoming and Outgoing Liaison Statements. A TIES account and registration to the relevant study group informal FTP area are required to access these documents.

