# EXHIBIT D



# International Telecommunication Union

Our Sites | News | Events | Publications | Site Map | About Us

Français Español
Print Version

Home : ITU-T Home : Study Groups : Study Group 15

[Search box] [Search]

## ITU-T Activities

### ITU-T Study Group 15 (Study Period 2001 - 2004)

- - Select an ITU-T Activity - -

**Optical and other transport networks**

- **Lead Study Group on access network transport**
- **Lead Study Group on optical technology**

Contact for Study Group 15: **tsbsg15@itu.int**

■ **Information**

- Area of Responsibility
- Study Group Structure
- Lead Study Group Activities
- Study Group Management Team
- List of Rapporteurs
- List of Editors
- List of Questions under Study
- List of Recommendations approved during this Study Period
- List of Recommendations and Supplements deleted during this Study Period
- Standardization Areas and Domains
- Work Programme
- Last meeting results concerning Recommendations

■ **Meeting Information**

- Rapporteur Meetings

■ **Workshops and Seminars**

- All Star Network Access
  CICG Bldg., Geneva, 2-4 June 2004

■ **Special Projects and Issues**

🔒 **TIES** account required

■ **Documents**

- Circulars related to SG 15
- Collective Letters
- **Contributions** 🔒
- Delayed Contributions (See below) 🔒
- Reports 🔒

■ **Documents by meetings** 🔒

- Recently posted - Search Meeting Documents
- All Meetings (2001-...)

■ **Document Management System - DMS**

■ **Documents in the Informal FTP area** 🔒

■ **ITU-T Study Group 15 (Study Period 2005 - 2008)**
■ **ITU-T Study Group 15 (Study Period 1997 - 2000)**

- SG15 Optical Transport Networks Common FTP area
- OTN Tutorial

■ **Recommendations**

- G-series, with the exception of those under the responsibility of Study Groups 4, 12, 13 and 16
- I.326, I.430 Series, I.414 and I.700-series
- Q.500-series except Q.513 (see SG 4)
- Maintenance of the R-series
- V.38
- X.50 series
- Recommendations of the Y-series having in the G-series a double number that falls under Study Group 15 responsibility
- Implementers' Guides

■ **Alternative Approval Process (AAP)**

Top - Feedback - Contact Us - Copyright © ITU 2022 All Rights Reserved
Contact for this page : TSB EDH
Generated : 2022-12-20