# EXHIBIT G

# APPENDIX B

# MARK LANNING
## MATERIALS CONSIDERED

Besides the materials cited therein, I have also considered:

| Asserted Patents and File Histories |
|---|
| TQD_TX-00044113-TQD_TX-00044121 (U.S. Patent No. 9,154,354) |
| TQD_TX00100932-TQD_TX00100941 (U.S. Patent No. 8,937,988) |
| TQD_TX-00012883-TQD_TX-00013530 (File History of U.S. Patent No. 9,154,354) |
| TQD_TX-00010134-TQD_TX-00010812 (File History of U.S. Patent No. 8,937,988) |

| Prior Art |
|---|
| NOK00081667-NOK00081681 (U.S. Patent No. 6, 205, 410 to Cai) |
| NOK00076059-NOK00076072 (E.P. Patent App. No. 0,753,948 to Peeters) |
| NOK00082417- NOK00082432 (U.S. Patent No. 6,516,027 to Kapoor et al.) |
| COMMSCOPE011721 - COMMSCOPE011927 (*Bandwidth optimized digital transmission techniques for spectrally shaped channels with impulse noise* by Peter Sienpin Chow in conjunction with Stanford University) |
| COMMSCOPE012552-COMMSCOPE012625 (*TNETD8000 Very High Bit-Rate Digital Subscriber Line (VDSL) Chipset Hardware and Software Evaluation Module (EVM) User's Guide*, TEXAS INSTRUMENTS, November 1999) |

| Written Discovery, Pleadings, and Court Orders |
|---|
| TQ Delta's 2nd Supplemental Objections and Responses to Nokia's 2nd Set of Interrogatories (Nos. 4-17), served August 19, 2022 |
| TQ Delta's 2nd Supplemental Objections and Responses to CommScope's 1st Set of Interrogatories, served August 19, 2022 |
| TQ Delta's responses and Objections to Nokia's Second Set of RFAs, dated August 15, 2022 |
| TQ Delta's Opening Claim Construction Brief (Dkt. 124), filed April 26, 2022 and all exhibits cited therein. |
| Defendants' Responsive Claim Construction Brief (Dkt. 135), filed May 6, 2022 and all exhibits cited therein. |
| TQ Delta's Reply Claim Construction Brief (Dkt. 140), filed May 13, 2022 and all exhibits cited therein |
| Markman Hearing Transcript (Dkt. 172), hearing held June 1, 2022 |
| ==Claim Construction Memorandum and Order (Dkt. 169), filed June 8, 2022== |
| Nokia Defendants' Initial Invalidity Contentions, served January 13, 2022 and all exhibits cited therein. |
| CommScope Defendants' Initial Invalidity Contentions, served January 13, 2022 and all exhibits cited therein. |
| Nokia Defendants' Amended Invalidity Contentions, served March 23, 2022 and all exhibits cited therein. |
| Nokia Defendants' Amended Invalidity Contentions, served July 28, 2022 and all exhibits cited therein. |

| TQ Delta's Infringement Contentions, served February 9, 2022 and all exhibits |
|---|

| Production Documents |
|---|
| NOK00808435- NOK00808438 |
| NOK00808439-NOK00808449 |
| NOK00808450- NOK00808459 |

| Expert Reports, Declarations, and Affidavits |
|---|
| Declaration of Sylvia Hall-Ellis, Ph.D. and accompanying Attachments |

| Miscellaneous |
|---|
| ITU T-REC-G.992.1- 1999.07 (NOK00077580- NOK00077835) |
| ITU T-REC-G.993.1-2004 (NOK00078763-NOK00078990) |
| ANSI T1.413-1995 (NOK00079270- NOK00079455) |
| ANSI T1.413-1998 (NOK00075245- NOK00075508) |
| D.647 (June 21-July 2, 1999) (COMMSCOPE072109-COMMSCOPE072132) |
| D.748 (April 3-14, 2000) (COMMSCOPE072133-COMMSCOPE072143) |