# EXHIBIT H

## X. INCORPORATION BY REFERENCE OF NOKIA DEFENDANTS' INVALIDITY CONTENTIONS

To the extent that TQ Delta has accused Defendants Nokia of America Corporation, Nokia Corporation, Nokia Solutions and Networks Oy (collectively, the "Nokia Defendants") of infringing the same patents and claims as are asserted against CommScope, and the Nokia Defendants have provided invalidity contentions corresponding to those patents and claims, CommScope incorporates the Nokia Defendants' contentions by reference with respect to the overlapping patents and claims. CommScope understands that this overlap encompasses the following patents and claims:

| Patent | Asserted Claim(s) |
| --- | --- |
| 7,570,686 | 17, 18, 19, 36, 37, 38, 40 |
| 7,844,882 | 9, 13, 14, 15 |
| 8,090,008 | 14 |
| 8,468,411 | 10, 11, 17, 18, 19, 25 |
| 8,937,988 | 16, 22 |
| 9,094,348 | 1, 2, 3, 4, 9, 10, 11, 12 |
| 9,154,354 | 10, 11, 12 |
| 9,485,055 | 11, 17, 19, |
| 10,567,112 | 8, 10, 11, 12, 14 |
| 10,833,809 | 1, 2, 3, 4, 6, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 20, 22, 23, 24, 25, 27 |