### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>     *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY,<br>INC., COMMSCOPE, INC., ARRIS US<br>HOLDINGS, INC., ARRIS SOLUTIONS,<br>INC., ARRIS TECHNOLOGY, INC., and<br>ARRIS ENTERPRISES, LLC,<br><br>     *Defendants*. | Civil Action No.: 2:21-cv-310-JRG<br><br>JURY TRIAL DEMANDED |

### ORDER DENYING TQ DELTA'S MOTION TO STRIKE
### THE INVALIDITY REPORT OF MARK LANNING (DKT. 338)

Before the Court is Plaintiff TQ Delta, LLC's Motion to Strike the Invalidity Report of

Mark Lanning. Having considered the Motion, the Court finds that it should be and is hereby

**DENIED.**

  **IT IS SO ORDERED.**