# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 13-cv-1835-RGA |
| 2WIRE, INC., | |
| Defendant. | |

# Jury Verdict

I. INFRINGEMENT OF U.S. PATENT NO. 7,836,381 (THE '381 PATENT)

1. Has TQ Delta proven by a preponderance of the evidence that 2Wire infringed corrected claim 5 of the '381 patent by making, selling, and/or offering to sell its product model nos. 5031NV, 5168NV, 5168N, and 5268AC (BCM6368/BCM63168 chipsets)?

    Answer this question by checking either "Yes" or "No."

    Checking "Yes" below indicates a finding for TQ Delta.
    Checking "No" below indicates a finding for 2Wire.

    Yes ✓        No _____

II. INFRINGEMENT OF U.S. PATENT NO. 7,844,882 (THE '882 PATENT)

2. Has TQ Delta proven by a preponderance of the evidence that 2Wire infringed corrected claim 13 of the '882 patent by making, selling, and/or offering to sell its product model nos. 5031NV, 5168NV, 5168N, and 5268AC (BCM6368/BCM63168 chipsets)?

    Answer this question by checking either "Yes" or "No."

    Checking "Yes" below indicates a finding for TQ Delta.
    Checking "No" below indicates a finding for 2Wire.

    Yes ✓        No _____

3. Has TQ Delta proven by a preponderance of the evidence that 2Wire infringed corrected claim 13 of the '882 patent by making, selling, and/or offering to sell its product model nos. i3812V and 3801HGV (BCM6091 chipset)?

    Answer this question by checking either "Yes" or "No."

    Checking "Yes" below indicates a finding for TQ Delta.
    Checking "No" below indicates a finding for 2Wire.

    Yes ✓        No _____

### III. INFRINGEMENT OF U.S. PATENT NO. 8,276,048 (THE '048 PATENT)

4. Has TQ Delta proven by a preponderance of the evidence that 2Wire infringed claim 1 of the '048 patent by making, selling, and/or offering to sell its product model nos. 5031NV, 5168NV, 5168N, and 5268AC (BCM6368/BCM63168 chipsets)?

    Answer this question by checking either "Yes" or "No."

    Checking "Yes" below indicates a finding for TQ Delta.
    Checking "No" below indicates a finding for 2Wire.

    Yes ✓     No _____

5. Has TQ Delta proven by a preponderance of the evidence that 2Wire infringed claim 1 of the '048 patent by making, selling, and/or offering to sell its product model nos. i3812V and 3801HGV (BCM6091 chipset)?

    Answer this question by checking either "Yes" or "No."

    Checking "Yes" below indicates a finding for TQ Delta.
    Checking "No" below indicates a finding for 2Wire.

    Yes ✓     No _____

### IV. OBVIOUSNESS

6. Has 2Wire proven by clear and convincing evidence that claim 5 of the '381 patent is invalid as obvious in view of:

    a. The disclosure of LB-031 as understood by a person of ordinary skill in the art?

        Checking "Yes" below indicates a finding for 2Wire.
        Checking "No" below indicates a finding for TQ Delta.

        Yes ~~██~~     No ✓

3

    b.    The disclosure of LB-031 in combination with the disclosure of Mazzoni?

        Checking "Yes" below indicates a finding for 2Wire.
        Checking "No" below indicates a finding for TQ Delta.

        Yes _____        No __✓__

7.    Has 2Wire proven by clear and convincing evidence that claim 13 of the '882 patent is invalid as obvious in view of:

    a.    The disclosure of LB-031 as understood by a person of ordinary skill in the art?

        Checking "Yes" below indicates a finding for 2Wire.
        Checking "No" below indicates a finding for TQ Delta.

        Yes _____        No __✓__

    b.    The disclosure of LB-031 in combination with the disclosure of Mazzoni?

        Checking "Yes" below indicates a finding for 2Wire.
        Checking "No" below indicates a finding for TQ Delta.

        Yes _____        No __✓__

8.    Has 2Wire proven by clear and convincing evidence that claim 1 of the '048 patent is invalid as obvious in view of?

    a.    The disclosure of LB-031 as understood by a person of ordinary skill in the art?

        Checking "Yes" below indicates a finding for 2Wire.
        Checking "No" below indicates a finding for TQ Delta.

        Yes _____        No __✓__

    b.    The disclosure of LB-031 in combination with the disclosure of Mazzoni?

        Checking "Yes" below indicates a finding for 2Wire.
        Checking "No" below indicates a finding for TQ Delta.

        Yes _____     No ✓

## V. VALIDITY OF THE CERTIFICATES OF CORRECTION

9.    Has 2Wire proven by clear and convincing evidence that the error in claim 5 of the '381 patent was not clearly evident to a person of ordinary skill in the art, or that the correction of that error would not have been clearly evident to a person of ordinary skill in the art?

    Checking "Yes" below indicates a finding for 2Wire.
    Checking "No" below indicates a finding for TQ Delta.

    Yes _____     No ✓

10.    Has 2Wire proven by clear and convincing evidence that the error in claim 13 of the '882 patent was not clearly evident to a person of ordinary skill in the art, or that the correction of that error would not have been clearly evident to a person of ordinary skill in the art?

    Checking "Yes" below indicates a finding for 2Wire.
    Checking "No" below indicates a finding for TQ Delta.

    Yes _____     No ✓