# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TQ DELTA LLC,

    Plaintiff,

v.

2WIRE, INC.,

    Defendant.

No. 13-cv-1835-RGA

## ORDER

For the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Plaintiff's motion for summary judgment of infringement (D.I. 1386) is **GRANTED**. Defendant's motion for summary judgment of noninfringement (D.I. 1385) is **DENIED**.

Entered this 28 day of June 2021.

United States District Judge