IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>       *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>       *Defendants*. | Civil Action No.: 2:21-cv-310-JRG |

**DECLARATION OF ANDREW S. ONG IN SUPPORT OF
COMMSCOPE'S OPPOSITION TO PLAINTIFF TQ DELTA'S MOTION FOR
SUMMARY JUDGMENT ON FAMILIES 2, 3, 6, AND 9B (Dkt. No. 348)**

I, Andrew S. Ong declare:

1. I am a partner at Goodwin Procter LLP, counsel of record for Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology (collectively, "CommScope"). I am over the age of 18 years, have personal knowledge of the matters in this declaration, and if called as a witness, I would and could competently testify to them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Final Scheduling Order in *TQ Delta, LLC v. 2Wire, Inc.*, No. 13-cv-1835-RGA ("*2Wire*"), Dkt. No. 513, dated April 10, 2018.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the jury verdict form for the Family 2 trial in *2Wire*, Dkt. No. 1271, dated January 16, 2020.

1

4.  Attached hereto as **Exhibit 3** is a true and correct copy of the jury verdict form for the Family 3 trial in *2Wire*, Dkt. No. 1187, dated May 23, 2018.

5.  Attached hereto as **Exhibit 4** is a true and correct copy of the court's order granting summary judgment of infringement on the Family 6 patent in *2Wire*, Dkt. No. 1568, dated June 28, 2021.

6.  Attached hereto as **Exhibit 5** is a true and correct copy of the court's oral order in *2Wire*, Dkt. No. 1045, dated April 2, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 6, 2023, in San Francisco, California.

/s/ *Andrew S. Ong*
Andrew S. Ong