# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>     *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>     *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

### ORDER DENYING TQ DELTA'S MOTION FOR LEAVE TO SERVE THE FIRST SUPPLEMENTAL EXPERT REPORT OF JONATHAN D. PUTNAM (DKT. 349)

Before the Court is TQ Delta's Motion for Leave to Serve the First Supplemental Expert Report of Jonathan D. Putnam (Dkt. 349).

After considering the briefing, the Court is of the opinion that the Motion should be and is hereby DENIED.