# EXHIBIT C

| | |
|---|---|
| **From:** | Sarah Hene |
| **To:** | TQDelta Listserv |
| **Cc:** | Eric Findlay; Brian Craft; Schuman, Brett; Larochelle, Christie; Kline, Douglas J; Walsh, Rachel M.; Ong, Andrew |
| **Subject:** | 2:21-cv-00310-JRG; TQ Delta, LLC v. CommScope Holding Company, Inc. et al - SERVICE EMAIL |
| **Date:** | Friday, April 22, 2022 2:16:16 PM |

\*\*\*EXTERNAL\*\*\*
Counsel,

Please use the Dropbox link below to access CommScope's document production, VOL004 and VOL005.

https://www.dropbox.com/sh/0fg9vzvt4q7jvrp/AADaOOj7udgx9orUnqWt7qtsa?dl=0

The passwords will follow shortly.

Thank you,
Sarah


Sarah Hene
**Findlay Craft, P.C.**
102 N. College Avenue, Suite 900
Tyler, Texas  75702
(903) 534-1100  M: (903) 312-2030
www.findlaycraft.com

*National Experience. Local Expertise.*