**EXHIBITS 1-10**
**FILED UNDER SEAL IN THEIR ENTIRETY**