**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

TQ Delta, LLC,
          *Plaintiff*,

v.

CommScope Holding Company, Inc., *et al.*,
          *Defendants*.

Civil Action No.: 2:21-CV-00310-JRG

JURY TRIAL DEMANDED

**<u>ORDER</u>**

Before the Court is Defendants CommScope Holding Company, Inc., CommScope Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc. and Arris Enterprises, LLC's Motion for Partial Summary Judgment to Limit Damages Based on 35 U.S.C. § 286.  Having considered all the parties' arguments, the Court concludes that the Defendants' Motion should be DENIED.