# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>*Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

### ORDER DENYING PLAINTIFF'S MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF STEPHEN L. BECKER, PH.D. (Dkt. No. 345)

Before the Court is Plaintiff's Motion to Strike Portions of the Expert Report of Stephen L. Becker, Ph.D. Dkt. No. 345.

After considering the briefing, the Court is of the opinion that the Motion should be and is hereby DENIED.