**EXHIBITS 1-6**
**FILED UNDER SEAL IN THEIR ENTIRETY**