**EXHIBITS A-E
FILED UNDER SEAL IN THEIR ENTIRETY**