# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC, *Plaintiff*, | |
| v. | Civil Action No.: 2:21-CV-00310-JRG |
| CommScope Holding Company, Inc., *et al.*, *Defendants*. | JURY TRIAL DEMANDED |

## **ORDER**

Before the Court is Defendants CommScope Holding Company, Inc., CommScope Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc. and Arris Enterprises, LLC's Motion to Exclude Expert Testimony of Jonathan Putnam, Ph.D. That Is Inconsistent with Legal Precedent and Plaintiff TQ Delta, LLC's Response. Having considered all the parties' arguments, the Court concludes that the Defendants' Motion should be DENIED.