# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>     *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>     *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG<br><br>JURY TRIAL DEMANDED |

### ORDER DENYING TQ DELTA'S MOTION FOR SUMMARY JUDGMENT REGARDING BREACH OF FRAND OBLIGATIONS (Dkt. 335)

Before the Court is Plaintiff TQ Delta, LLC's Motion for Summary Judgment Regarding Breach of FRAND Obligations. Having considered the Motion, the Court finds that it should be and is hereby **DENIED.**

  **IT IS SO ORDERED.**