IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>                 *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>                 *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

**DECLARATION OF ANDREW S. ONG IN SUPPORT OF COMMSCOPE'S OPPOSITION TO PLAINTIFF TQ DELTA'S MOTION FOR SUMMARY JUDGMENT REGARDING BREACH OF FRAND OBLIGATIONS (Dkt. 335)**

I, Andrew S. Ong, declare:

1. I am a partner at Goodwin Procter LLP, counsel of record for Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology (collectively, "CommScope"). I am over the age of 18 years, have personal knowledge of the matters in this declaration, and if called as a witness, I would and could competently testify to them.

2. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the Corrected Expert Report of Jonathan D. Putnam, dated September 3, 2022.

3. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the Opening Expert Report of Todor Cooklev, Ph.D, dated August 29, 2022.

//

//

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 6, 2022, in San Francisco, California.

          /s/ *Andrew S. Ong*
            Andrew S. Ong