# EXHIBIT 2

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>*Defendants*. | Civil Action No. 2:21-CV-310-JRG |
| TQ DELTA, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,<br><br>*Defendants*. | Civil Action No. 2:21-CV-309-JRG |

**EXPERT REBUTTAL REPORT OF ARTHUR BRODY, PH.D.,
REGARDING VALIDITY OF THE FAMILY 1 PATENT**

## TABLE OF CONTENTS

**Page**

I. INTRODUCTION ..................................................................................... 1

II. QUALIFICATIONS ................................................................................. 2

III. MATERIALS AND INFORMATION CONSIDERED ..................... 2

IV. LEVEL OF ORDINARY SKILL IN THE ART ................................. 3

V. LEGAL STANDARDS RELEVANT TO INVALIDTY ................. 3

    A. Presumption of Patent Validity and Burdens of Proof and Production ......................................................................................... 4

    B. Written Description, Definiteness and Enablement ..................... 4

    C. Definiteness and Enablement ......................................................... 4

    D. 35 U.S.C. § 102 - Anticipation ...................................................... 5

    E. 35 U.S.C. § 103 - Obviousness ..................................................... 6

        1. Motivation to Combine .................................................. 7

        2. Hindsight ......................................................................... 7

        3. Teaching Away ............................................................... 8

        4. Secondary Indicia of Non-Obviousness ...................... 9

VI. BACKGROUND OF DSL TECHNOLOGY .................................... 10

VII. DESCRIPTION OF THE '686 PATENT .......................................... 10

VIII. ASSERTED CLAIM OF THE '686 PATENT ................................. 10

IX. DIAGNOSTIC MODE IN THE VDSL2 STANDARDS ................ 11

X. CLAIM CONSTRUCTION OF THE '686 PATENT ...................... 11

XI. DESCRIPTION OF THE PRIOR ART ............................................. 11

    A. ITU-T Recommendation G.992.1 ............................................... 11

        1. G.992.1 Does Not Disclose a Diagnostic Mode ........ 11

        2. G.992.1 Does Not Disclose a Single Message with a Plurality of Diagnostic Variables .............................. 12

|   |   | 3. | G.992.1 Does Not Disclose Idle Channel Noise ........ 15 |
|---|---|---|---|
|   |   |   | a. Initialization in G.992.1 Does Not Disclose Idle Channel Noise Measurements .......................... 17 |
|   |   |   | b. In-Service Performance Monitoring Does Not Disclose Idle Channel Noise Measurements ... 20 |
|   | B. | ITU-T Temporary Document FI-071 (COMMSCOPE000402) ................. 20 |
|   | C. | Milbrandt – U.S. Patent No. 6,636,603 ...................................................... 22 |
|   | D. | The Alcatel Golden ATU System ............................................................... 25 |
|   |   | 1. | Ryckebusch (U.S. Patent No. 6,606,719) Does not Describe the Golden ATU ............................................ 27 |
|   |   | 2. | Ryckebusch – U.S. Patent No. 6,606,719 .................. 31 |
|   | E. | ANSI T1.413-1998 ..................................................................................... 32 |
|   |   | 1. | T1.413-1998 Does Not Disclose a Diagnostic Mode 33 |
|   |   | 2. | T1.413-1998 Does Not Disclose a Single Message with a Plurality of Diagnostic Variables .................... 33 |
|   |   | 3. | T1.413-1998 Does Not Disclose Idle Channel Noise 36 |
|   |   |   | a. Initialization in T1.413-1998 Does Not Disclose Idle Channel Noise Measurements ................. 36 |
|   |   |   | b. In-Service Performance Monitoring Does Not Disclose Idle Channel Noise Measurements ... 37 |
|   | F. | Other Standards Referenced by Dr. Cimini ................................................ 37 |
|   |   | 1. | G.994.1 ...................................................................... 37 |
|   |   | 2. | G.992.2 ...................................................................... 38 |
|   |   | 3. | G.997.1 ...................................................................... 39 |
|   |   | 4. | T1.413-1995 .............................................................. 41 |
|   | G. | Other Incorrect Statements by Dr. Cimini ................................................. 42 |
|   |   | 1. | Idle Channel Noise ................................................... 42 |

|  |  | 2. | G.992.1bis and G.992.2bis ......................................... 43 |
|---|---|---|---|
| XII. | VALIDITY ANALYSIS WITH REGARD TO WRITTEN DESCRPTION AND ENABLEMENT ............................................. 44 | | |
|  | A. | Written Description ................................................................... 44 | |
|  | B. | Enablement .................................................................................. 46 | |
| XIII. | VALIDITY ANALYSIS WITH REGARD TO ANTICIPATION OR OBVIOUSNESS ......................................................................... 47 | | |
|  | A. | FI-071 Does Not Invalidate Claim 36 ........................................ 47 | |
|  |  | 1. | FI-071 not Prior Art........................................................ 47 |
|  |  | 2. | 36[a] – instructions that when executed direct a transceiver to receive or transmit an initiate diagnostic mode message; and...................................................... 47 |
|  |  | 3. | 36[b] – instructions that when executed transmit from the transceiver a diagnostic message using multicarrier modulation with DMT symbols that are mapped to one bit of the diagnostic message ...................................... 48 |
|  |  | 4. | 36[c] – wherein the diagnostic message comprises a plurality of data variables representing the diagnostic information about the communication channel.......... 51 |
|  |  | 5. | 36[d] – wherein one variable comprises an array representing frequency domain received idle channel noise information..................................................... 57 |
|  | B. | FI-071 in View of G.992.1 Does Not Invalidate Claim 36 ......... 59 | |
|  |  | 1. | FI-071 Not Prior Art...................................................... 59 |
|  |  | 2. | 36[a] – instructions that when executed direct a transceiver to receive or transmit an initiate diagnostic mode message; and...................................................... 59 |
|  |  | 3. | 36[b] – instructions that when executed transmit from the transceiver a diagnostic message using multicarrier modulation with DMT symbols that are mapped to one bit of the diagnostic message ...................................... 62 |

    4.    36[c] – wherein the diagnostic message comprises a plurality of data variables representing the diagnostic information about the communication channel .......... 65

    5.    36[d] – wherein one variable comprises an array representing frequency domain received idle channel noise information ...................................................... 66

    6.    A POSITA Would Not Be Motivated to Combine FI-071 with G.992.1 ....................................................... 68

  C.  Milbrandt '603 in View of T1.413-1998 Does Not Invalidate Claim 36 ................................................................................ 72

    1.    36[a] – instructions that when executed direct a transceiver to receive or transmit an initiate diagnostic mode message; and ...................................................... 72

    2.    36[b] – instructions that when executed transmit from the transceiver a diagnostic message using multicarrier modulation with DMT symbols that are mapped to one bit of the diagnostic message, ................................... 74

    3.    36[c] – wherein the diagnostic message comprises a plurality of data variables representing the diagnostic information about the communication channel .......... 77

    4.    36[d] – wherein one variable comprises an array representing frequency domain received idle channel noise information ...................................................... 78

    5.    A POSITA Would Not Be Motivated to Combine Milbrandt '603 with T1.413-1998 .............................. 81

  D.  Golden ATU in View of T1.413-1988 Does Not Invalidate Claim 36 ................................................................................ 82

    1.    Golden ATU System is not Prior Art ......................... 82

        a.    The Golden ATU-R User Guide ..................... 83

        b.    The SAD Golden ATU Interface Specification .................................................................. 83

        c.    The SAD Golden ATU-C Specification ......... 84

        d.        Nokia Presentations ......................................... 84

        e.        Speed Touch Documents ................................. 85

    2.    The Golden ATU System Is not Defined ................... 85

    3.    36[a] – instructions that when executed direct a transceiver to receive or transmit an initiate diagnostic mode message ........................................................... 86

    4.    36[b] – instructions that when executed transmit from the transceiver a diagnostic message using multicarrier modulation with DMT symbols that are mapped to one bit of the diagnostic message ..................................... 87

    5.    36[c] – wherein the diagnostic message comprises a plurality of data variables representing the diagnostic information about the communication channel .......... 90

    6.    36[d] – wherein one variable comprises an array representing frequency domain received idle channel noise information ....................................................... 92

    7.    A POSITA Would Not Be Motivated to Combine Golden ATU and T1.413-1998 ................................. 94

XIV.  SECONDARY CONSIDERATIONS ............................................. 95

XV.   CONCLUSIONS ........................................................................ 96

Case 2:21-cv-00310-JRG   Document 391-4   Filed 01/13/23   Page 8 of 11 PageID #: 17917

EXPERT REBUTTAL REPORT OF ARTHUR BRODY, PH.D.,
REGARDING VALIDITY OF THE FAMILY 1 PATENT
Civil Action No. 2:21-CV-310-JRG and Civil Action No. 2:21-CV-309-JRG

> According, a person having ordinary skill would understand that this command is the claimed "initiate diagnostic mode message." And, as explained above with respect to the preamble, a person having ordinary skill in the art would also understand that the ATU-C must execute instructions in order to send this command.

Cimini Report at ¶¶219-222.

148. Thus, it appears that Dr. Cimini is relying on the command *transmitted* by the ATU-C to the ATU-R using EOC messaging protocol as the "initiate diagnostic mode message."

149. As of the last release of G.992.1 (Amendment 1), dated March 2003 and still in effect (*see* https://www.itu.int/rec/T-REC-G.992.1-200303-I!Amd1/en), and as of the last release of G.992.2 (Amendment 1), dated March 2003 and still in effect (*see* https://www.itu.int/rec/T-REC-G.992.2-200303-I!Amd1/en), quiet line noise and idle channel noise measurements were still not implemented. These measurements were not implemented until the initial release of G.992.3 (*see* TQD_TX00203780), dated June 2002, at least two and a half years after the latest possible priority date of '686 Patent, January 8, 2001.

150. Based on the above, it is my opinion that FI-071 in view of G.992.1 does not disclose or render obvious claim element 36[a] of the '686 Patent.

### 3. 36[b] – instructions that when executed transmit from the transceiver a diagnostic message using multicarrier modulation with DMT symbols that are mapped to one bit of the diagnostic message

151. It is my opinion that FI-071 in view of G.992.1 does not disclose or render obvious claim limitations 36[b] of the '686 Patent. First, Dr. Cimini never describes how either the FI 071 or G.992.1 references meet the Court's claim construction for the term "transceiver."

152. Second, neither FI-071 nor G.992.1 disclose modulation with DMT symbols that are mapped to one bit of the diagnostic message. Dr. Cimini opines that FI-071 "discloses instructions that when executed transmit from the transceiver a diagnostic message using multicarrier modulation" and "transmit the diagnostic message using multicarrier modulation with DMT symbols that are mapped to one bit of the diagnostic message." Cimini Report at ¶225. As discussed above, FI-071 communicates via standardized messages and these EOC messages are not modulated with DMT symbols that are mapped to one bit of the diagnostic message. Multiple EOC bits are transmitted in each frame or DMT symbol. *Supra* §XIII.A.3.

153. Dr. Cimini then states that "G.992.1 discloses transmitting from the transceiver a message using multicarrier modulation with DMT symbols that are mapped to one bit of the message" Cimini Report at ¶226. As alleged evidence supporting this statement, in paragraphs 227 through 233, Dr. Cimini points to the use of C-RATES1, R-RATES1, R-REVERB1, R-SEGUE1, R-CRC1, R-MSG1 and R-CRC2, hereinafter referenced as "the above symbols." Dr. Cimini is incorrect. As Dr. Cimini tacitly admits by not including the term "diagnostic message" above, none of the above symbols are used to send a diagnostic message.

154. Dr. Cimini then states that:

> It would have been obvious to a person having ordinary skill in the art to use the one-bit-per-symbol signaling technique of G.992.1 to convey the "standardized messages" described in FI-071. As I have explained, it was well known in the art that sending one bit per symbol was "the most robust modulation available" in ADSL, (NF-026R2 at 2), and that such a scheme would be particularly helpful on noisy lines, such as those suffering from "crosstalk and FRI ingress troubles" as FI-071 describes. Thus, a person having ordinary skill in the art would have been motivated to transmit the diagnostic messages of FI-071, which would include at least the measured quiet line PSD and measured line balance, by encoding each zero bit to one symbol of R-REVERB1 and each one bit to one

63

Case 2:21-cv-00310-JRG   Document 391-4   Filed 01/13/23   Page 10 of 11 PageID #: 17919

EXPERT REBUTTAL REPORT OF ARTHUR BRODY, PH.D.,
REGARDING VALIDITY OF THE FAMILY 1 PATENT
Civil Action No. 2:21-CV-310-JRG and Civil Action No. 2:21-CV-309-JRG

symbol of R-SEGUE1 as described in G.992.1.

Cimini Report at ¶234.

155. Dr. Cimini relies on the POSITA to use the one-bit-per-symbol signaling technique of G.992.1 to transmit a diagnostic message. I disagree that a POSITA would be motivated "to use the one-bit-per-symbol signaling technique of G.992.1 to convey the 'standardized messages' described in FI-071." As I previously explained, FI-071 provides that:

> Upon request of a management entity, the ATU at each end of the line should be able to measure line balance and convey this measurement to the far end of the line via standardized messages. It is preferred that the line balance measurement be performed without disrupting service.

FI-071 at COMMSCOPE000402.

156. Using the "the one-bit-per-symbol signaling technique of G.992.1" would also disrupt the service. Accordingly, a POSITA would be dissuaded from modifying FI-071 as proposed by Dr. Cimini. Also, as explained previously, the standardized messages referenced in FI-071 would have been understood as the EOC messages used to communicate SNR margin and attenuation. The EOC messaging does not use "the one-bit-per-symbol signaling technique of G.992.1." *Supra* §XIII.A.3. To the extent, a POSITA was motivated to modify FI-071, they would have modified FI-071 to use the existing EOC messaging framework of G.992.1. Otherwise, using different messaging would necessitate a change in the method of operation of G.992.1.

157. Based on the above, it is my opinion that FI-071 in view of G.992.1 does not disclose or render obvious claim element 36[b] of the '686 Patent.

## XV. CONCLUSIONS

258. Based on the analysis above, it is my opinion that claim 36 of the '686 Patent is valid. I summarize my analysis in the table below for the prior art references elected by the Defendants.

| Claim 36 | FI-071 | FI-071 in view of G.992.1 | Milbrandt '603 in view of T1.413-1998 | Golden ATU System in view of T1.413-1998 |
|---|---|---|---|---|
| 36[Preamble] | Y | | | Z |
| 36[a] | X, Y | X | X | X, Z |
| 36[b] | X, Y | X | X | X, Z |
| 36[c] | X, Y | X | X | X, Z |
| 36[d] | X, Y | X | X | X, Z |

X – The prior art does not meet the limitations of the claim element.
Y – The FI-071 reference is NOT prior art, and therefore does not meet the limitations of the claim element.
Z – The Golden ATU System is NOT prior art, and therefore does not meet the limitations of the claim element.

Executed on this 18th day of November 2022, in Stamford, Connecticut.

By _____
DR. ARTHUR BRODY