# EXHIBIT 13

████████████████████

306. █████████████████████████████

█████████████████████████████

█████████████████████████████

█████████████████████████████

307.    Therefore, it is my opinion that each Accused Product is capable of transmitting a flag signal, as that term was construed by the Court.

    **4. 8[d] switch to using for transmission, a second FIP setting following transmission of the flag signal,**

308.    **[Claim Construction]** The Court construed "FIP setting" as "setting including at least one forward error correction parameter value and at least one interleaver parameter value."

309.    The VDSL2 standard requires that the switch to using to using for transmission, a second FIP setting follow transmission of the VDSL2 sync flag, i.e., a flag signal. See TQD_TX00154012 - TQD_TX00154013 ((ITU-T G.993.2 (12/2011) at 278-279).

310.    As set forth above, the testing showed ████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

█████████████████.

311.    ███████████████████████████████████

██████████████████████

136