# EXHIBIT E

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br><br>　　　　　　*Plaintiff,*<br><br>　　v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,**<br><br>　　　　　　*Defendants.* | CASE NO. 2:21-CV-310-JRG |

**EXPERT REPORT OF ARTHUR BRODY, PH.D., ON INFRINGEMENT OF THE FAMILY 1 AND FAMILY 10 PATENTS BY COMMSCOPE**

███████████████████████████████████

# TABLE OF CONTENTS

**Page**

I.    INTRODUCTION ........................................................................................... 1

II.    QUALIFICATIONS ...................................................................................... 2

III.    MATERIALS AND INFORMATION CONSIDERED ......................................... 4

IV.    LEVEL OF ORDINARY SKILL IN THE ART ............................................... 5

V.    LEGAL STANDARDS RELEVANT TO PATENT INFRINGEMENT ............... 6

    A.    Direct Infringement .......................................................................... 6

        1.    Doctrine of Equivalents ........................................................ 8

    B.    Infringement of Standard-Essential Patents ................................. 8

    C.    Proof of Infringement Through One or More Representative Products ....... 9

VI.    DSL TECHNOLOGY .................................................................................. 10

VII.    DESCRIPTION OF THE ASSERTED PATENTS ............................................. 19

    A.    Overview of the '686 Patent ........................................................... 19

        1.    Prosecution History and Priority Date ............................. 20

        2.    The Problem and the Solution ............................................ 20

    B.    Overview of the '354 Patent ........................................................... 24

        1.    Prosecution History and Priority Date ............................. 25

        2.    The Problem and the Solution ............................................ 26

VIII.    ASSERTED CLAIMS .................................................................................. 30

IX.    CLAIM CONSTRUCTION OF THE ASSERTED PATENT .............................. 31

X.    DIAGNOSTIC MODE IN THE VDSL2 STANDARDS ..................................... 33

    A.    Handshake and Loop Diagnostic Mode ....................................... 34

    B.    Channel Analysis and Exchange SOC messages .......................... 38

    C.    Test Parameters in VDSL2 .............................................................. 40

D.  Loop Diagnostic Mode ................................................................ 42

E.  Special Operations Channel and Loop Diagnostic Mode .......................... 45

F.  SOC Messages During Loop Diagnostic Mode .......................... 46

XI.  SNR MARGIN IN THE VDSL2 STANDARDS ................................................. 50

A.  Channel Analysis and Exchange SOC messages ........................................ 50

B.  Latency Paths and SNRM ................................................................ 52

  1.  Latency Paths in VDSL2 ................................................................ 52

  2.  SNR Margin in VDSL2 ................................................................ 56

C.  The Robust Overhead Channel in VDSL2 ................................................ 59

  1.  The ROC Uses Latency Path #0 in VDSL2 .................................... 60

  2.  Enabling the ROC in VDSL2 ................................................... 61

  3.  The ROC Uses Different Subcarriers than Latency Path #1 in
      VDSL2 ................................................................ 62

  4.  VTUs Can Support an ROC in VDSL2 ........................................ 64

  5.  The Upstream and Downstream ROC Use Different Parameters in
      VDSL2 ................................................................ 68

  6.  Tone Ordering Determines Which Subcarriers Are Used in Each
      Latency Path in VDSL2 ................................................. 71

  7.  SNRM-ROC AND SNRMOFFSET in VDLS2 .............................. 77

XII.  THE G.INP STANDARD ................................................................ 83

A.  Latency Paths in G.inp ................................................................ 85

B.  Retransmission of DTUs ................................................................ 87

C.  G.inp Parameters within VDSL2 ................................................... 88

XIII.  COMMSCOPE'S ACCUSED PRODUCTS ................................................ 91

A.  BGW210 ................................................................ 9492

  1.  Product Requirements and Data Sheets ....................................... 9594

2.      Hardware Platform ................................................................. 102100

            a.      DELT and Loop Diagnostic Mode................................ 106104

    3.      Code Releases ........................................................................ 107105

    4.      Representative Product for Testing ......................................... 108106

B.      5268AC ............................................................................................. 108106

    1.      Product Requirements and Data Sheets ................................... 110108

    2.      Hardware Platform ................................................................. 116114

            a.      DELT and Loop Diagnostic Mode................................ 121119

    3.      Code Releases ........................................................................ 123121

    4.      Representative Product for Testing ......................................... 124122

XIV.  TESTING OF THE ACCUSED PRODUCTS ............................................... 124122

XV.   SUMMARY OF OPINIONS.......................................................................... 126124

XVI.  INFRINGEMENT ANALYSIS ...................................................................... 126124

A.      CommScope BGW210 VDSL2 Operation ......................................... 126124

    1.      '686 Patent, Claim 36............................................................. 126124

            a.      36[Preamble] – An information storage media comprising
                    instructions that when executed communicate diagnostic
                    information over a communication channel using multicarrier
                    modulation comprising: ................................................. 127125

            b.      36[a] – instructions that when executed direct a transceiver to
                    receive or transmit an initiate diagnostic mode message; and
                    ........................................................................................ 143141

            c.      36[b] – instructions that when executed transmit from the
                    transceiver a diagnostic message using multicarrier
                    modulation with DMT symbols that are mapped to one bit of
                    the diagnostic message,................................................. 151149

            d.      36[c] – wherein the diagnostic message comprises a plurality
                    of data variables representing the diagnostic information
                    about the communication channel, and,........................ 157155

e.  36[d] – wherein one variable comprises an array representing is frequency domain received idle channel noise information. ................................................................................... 160158

2.  '354 Patent, Claim 10................................................................. 166164

a.  10[Preamble] – A multicarrier communications transceiver operable to:................................................................. 166164

b.  10[a] – receive a multicarrier symbol comprising a first plurality of carriers and a second plurality of carriers .. 174172

c.  10[b] – receive a first plurality of bits on the first plurality of carriers using a first SNR margin................................. 185183

d.  10[c] – receive a second plurality of bits on the second plurality of carriers using a second SNR margin .......... 198196

e.  10[d] – wherein the first plurality of carriers is different than the second plurality of carriers...................................... 206204

f.  10[e] – wherein the first SNR margin is different than the second SNR margin, and............................................... 210208

g.  10[f] – wherein the first SNR margin provides more robust reception than the second SNR margin......................... 216214

B.  CommScope BGW210 G.inp-VDSL2 Operation with ROC Enabled 220218

1.  '354 Patent, Claim 10................................................................. 220218

a.  BGW210 Source Code Analysis for Claim 10 ............. 222220

C.  CommScope BGW210 G.inp-VDSL2 Operation with ROC *Not* Enabled ................................................................................... 223221

1.  '354 Patent, Claim 10................................................................. 223221

a.  Analysis Differences with Respect to G.inp-VDSL2 Operation with ROC Enabled ....................................... 223221

b.  BGW210 Source Code Analysis for Claim 10 ............. 225223

D.  CommScope 5268AC VDSL2 Operation ........................................... 226224

1.  '686 Patent, Claim 36................................................................ 226224

a.     36[Preamble] – An information storage media comprising instructions that when executed communicate diagnostic information over a communication channel using multicarrier modulation comprising: ................................................. 226224

b.     36[a] – instructions that when executed direct a transceiver to receive or transmit an initiate diagnostic mode message; and ................................................................................. 241239

c.     36[b] – instructions that when executed transmit from the transceiver a diagnostic message using multicarrier modulation with DMT symbols that are mapped to one bit of the diagnostic message,................................................... 249247

d.     36[c] – wherein the diagnostic message comprises a plurality of data variables representing the diagnostic information about the communication channel, and,........................ 256254

e.     36[d] – wherein one variable comprises an array representing is frequency domain received idle channel noise information. ...................................................................................... 258256

2.     '354 Patent, Claim 10................................................................ 264262

a.     10[Preamble] – A multicarrier communications transceiver operable to:.................................................................... 264262

b.     10[a] – receive a multicarrier symbol comprising a first plurality of carriers and a second plurality of carriers .. 271269

c.     10[b] – receive a first plurality of bits on the first plurality of carriers using a first SNR margin.................................. 283281

d.     10[c] – receive a second plurality of bits on the second plurality of carriers using a second SNR margin .......... 296294

e.     10[d] – wherein the first plurality of carriers is different than the second plurality of carriers...................................... 304302

f.     10[e] – wherein the first SNR margin is different than the second SNR margin, and............................................... 308306

g.     10[f] – wherein the first SNR margin provides more robust reception than the second SNR margin.......................... 314312

E.     CommScope 5268AC G.inp-VDSL2 Operation with ROC Enabled . 318316

1.      '354 Patent, Claim 10...................................................................... 318~~316~~

        a.      5268AC Source Code Analysis for Claim 10 .............. 320~~318~~

F.      CommScope 5268AC G.inp-VDSL2 Operation with ROC *Not* Enabled
        ................................................................................................... 321~~319~~

1.      '354 Patent, Claim 10...................................................................... 321~~319~~

        a.      Analysis Differences with Respect to G.inp-VDSL2
                Operation with ROC Enabled ...................................... 321~~319~~

        b.      5268AC Source Code Analysis for Claim 10 .............. 323~~321~~

XVII.  CONCLUSIONS ............................................................................... 324~~322~~

Case 2:21-cv-00310-JRG   Document 393-3   Filed 01/13/23   Page 9 of 21 PageID #: 18002

EXPERT REPORT OF ARTHUR BRODY, PH.D., ON INFRINGEMENT OF FAMILIES 1 AND 10 PATENTS
CASE NO. 2:21-CV-310-JRG ████████████████████████

**Table 12-65 – Description of message R-PMD**

|   | Field name | Format |
|---|---|---|
| 1 | Message descriptor | Message code |
| 2 | Trellis | 1 byte |
| 3 | Bits and gains table | $2 \times NSC_{ds}$ bytes |
| 4 | Tone ordering table | $3 \times \lceil NSC_{ds}/2 \rceil$ bytes coded as follows:<br>• Bits 0-11: $t_{2n-1}$<br>• Bits 12-23: $t_{2n}$ |
| 5 | Showtime pilot tones | Tone descriptor |
| 6 | Initialization status | 1 byte |
| 7 | ITU-T G.998.4 parameter field | Variable length |
| 8 | ITU-T G.993.5 parameter field | Variable length |
| NOTE – The $\lceil x \rceil$ notation represents rounding to the nearest greater integer. | | |

Field #1 "Message descriptor" is a unique one-byte code that identifies the message. See Table 12-6 for a complete list of codes.

Field #2 "Trellis" indicates whether trellis coding shall be used in the downstream direction ($00_{16}$ = trellis disabled, $01_{16}$ = trellis enabled).

*Id.* at 257 and 258 (emphasis added).

## 7.    SNRM-ROC AND SNRMOFFSET in VDLS2

114.  G.993.2 describes an SNR margin for use on the ROC, SNRM-ROC.

### 11.4.1.1.6.4    Signal-to-noise ratio margin for the ROC (SNRM-ROC)

The SNRM-ROC is the signal-to-noise ratio margin related to transmission of the ROC, as defined in clause 9.1, Figure 9-2. The definition of SNRM-ROC is as in clause 11.4.1.1.6.1 applied to the MPS-TC and BER=$10^{-7}$ for all bits transmitted over latency path #0, Figure 9-2. The SNRM-ROC shall be measured over all subcarriers assigned to the ROC for which $b_i > 0$ in a transmission direction. The received virtual noise PSD as defined in clause 11.4.1.1.6.1.2 shall be taken into account when configured in SNRM_MODE=2.

The SNRM-ROC shall be measured by the receive PMD function during initialization. The measurement may be updated autonomously and shall be updated on request during Showtime. The SNRM-ROC shall be sent to the far-end VTU during initialization and shall be sent on request to the near-end VME at any time. The near-end VME shall send the SNRM-ROC to the far-end VME on request during Showtime. The receive PMD function shall use a special value to indicate that the SNRM value was not measured (e.g., in Loop Diagnostic mode or if the ROC is not enabled or not supported).

The SNRM-ROC shall use the same representation as defined for SNRM in clause 11.4.1.1.6.2.

G.993.2 at 143.

115.   G.993.2 further describes the use of an offset to be applied to the SNRM-ROC to increase the target SNR margin.  The offset in the downstream direction is added to the target SNR margin in the downstream direction.  By adding the offset, SNRMOFFSET-ROC-ds, to the target SNR margin, TARSNRMds, a new, more stringent target margin, TARSNRM-ROC, is applied to the subcarriers in the ROC.

**Table 12-49 – Description of message O-MSG 1**

| | **Field name** | **Format** |
|---|---|---|
| 1 | Message descriptor | Message code |
| 2 | Downstream target SNR margin (TARSNRMds) | 2 bytes |
| 3 | Downstream minimum SNR margin (MINSNRMds) | 2 bytes |
| 4 | Downstream maximum SNR margin (MAXSNRMds) | 2 bytes |
| 5 | RA-MODE | 1 byte |
| 6 | NTR | 1 byte |
| 7 | TPS-TC capabilities | see Table 12-50 |
| 8 | PMS-TC capabilities | see Table 12-52 |
| 9 | Downstream Rate adaptation downshift SNR margin (RA-DSNRMds) | 2 bytes |
| 10 | Downstream Rate adaptation downshift time interval (RA-DTIMEds) | 2 bytes |
| 11 | Downstream Rate adaptation upshift SNR margin (RA-USNRMds) | 2 bytes |
| 12 | Downstream Rate adaptation upshift time interval (RA-UTIMEds) | 2 bytes |
| 13 | Support of "Flexible OH frame type 2" downstream | 1 byte |
| 14 | SOS Multi-step activation downstream | 1 byte |
| 15 | SOS Multi-step activation upstream | 1 byte |
| 16 | MIN-SOS-BR-ds0 | 2 bytes |
| 17 | MIN-SOS-BR-ds1 | 2 bytes |
| 18 | SOS-TIME-ds | 1 byte |
| 19 | SOS-NTONES-ds | 1 byte |
| 20 | SOS-CRC-ds | 2 bytes |
| 21 | MAX-SOS-ds | 1 byte |
| 22 | SNRMOFFSET-ROC-ds | 2 bytes |
| 23 | INPMIN-ROC-ds | 1 byte |
| 24 | G.998.4 parameter field | Variable length |
| 25 | G.993.5 parameter field | Variable length |
| 26 | REINIT_TIME_THRESHOLDds | 1 byte |
| 27 | Time synchronization capability | 1 byte |

G.993.2 at Table 12-49 (highlights added).

EXPERT REPORT OF ARTHUR BRODY, PH.D., ON INFRINGEMENT OF FAMILIES 1 AND 10 PATENTS
CASE NO. 2:21-CV-310-JRG ███████████████████

Field #22 contains the value of SNRMOFFSET-ROCds as specified in the MIB. The parameter is defined as the SNR Margin offset for the ROC in the downstream direction. This means that the target margin for the ROC is obtained by adding this value to TARSNRM (i.e., TARSNRM-ROC = TARSNRM + SNRMOFFSET-ROC).

The parameter TARSNRM-ROC is used in the specification of the Channel Initialization Policy (see clause 12.3.7.1).

*Id.* at 236 (highlights added).

116.   The ability to establish a TARSNRM-ROC, to be used on the subcarriers associated with the ROC (*i.e.*, latency path #0), that is higher than the TARSRNM used on the other subcarriers associated with latency path #1 is a mandatory requirement for VDSL2 systems when single latency with ROC mode has been negotiated.

EXPERT REPORT OF ARTHUR BRODY, PH.D., ON INFRINGEMENT OF FAMILIES 1 AND 10 PATENTS
CASE NO. 2:21-CV-310-JRG ██████████████

### 12.3.7.1   Channel initialization policies with ROC

The method used by the receiver to select the values of transceiver parameters described in this clause is implementation dependent. However, within the limit of the total data rate provided by the local PMD, the selected values shall meet all of the constraints communicated by the transmitter prior to the Channel Analysis and Exchange phase, including:

- Message overhead data rate ≥ Minimum message overhead data rate.
- Net data rate ≥ Minimum net data rate for all bearer channels.
- Impulse noise protection ≥ Minimum impulse noise protection for all bearer channels.
- Delay ≤ Maximum delay for all bearer channels.
- SNR Margin ≥ TARSNRM.
- SNR Margin for the ROC ≥ TARSNRM.

Within those constraints, the receiver shall select the values as to optimize in the priority given in one of the priority lists below, where the selection of the list is configured through the CO-MIB Channel Initialization Policy Parameter (CIPOLICY, see clause 7.3.2.10 of [ITU-T G.997.1]). The Channel Initialization Policy applies only for the selection of the values exchanged during initialization, and does not apply during SHOWTIME.

The following Channel Initialization policy is defined:

- Policy ZERO if $CIpolicy_n = 0$, then:
  1) Maximize the SNR Margin for the ROC up to TARSNRM-ROC.
  2) Maximize net data rate for all bearer channels, per the allocation of the net data rate, in excess of the sum of the minimum net data rates over all bearer channels (see clause 12.3.5).
  3) Maximize the SNR Margin for the ROC above TARSNRM-ROC
  4) Minimize excess margin with respect to the maximum SNR margin MAXSNRM through gain adjustments (see clause 10.3.4.2). Other control parameters may be used to achieve this (e.g., MAXMASK, see clause 7.2.3).

Support of Channel Initialization Policy ZERO is mandatory. Additional Channel Initialization Policies are for further study. The $CIpolicy_n$ parameter values other than 0 are reserved for use by the ITU-T.

G.993.2 at 265 (highlights added).

117. Even if SNRMOFFSET-ROC is zero, and TARSNRM equals TARSNRM-ROC, the mandatory Channel Initialization Policy ZERO supports maximizing the SNR margin for the ROC above TARSNRM-ROC.

EXPERT REPORT OF ARTHUR BRODY, PH.D., ON INFRINGEMENT OF FAMILIES 1 AND 10 PATENTS
CASE NO. 2:21-CV-310-JRG ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

118.   G.997.1 shows that the use of an SNRM offset is supported for both the

upstream and downstream directions.   These offsets are to be used as described in

G.993.2 Section 12.3.7.1 that is shown above.

**7.3.1.10.9   Downstream SNR margin offset of ROC (SNRMOFFSET-ROC-ds)**

The parameter is defined as the SNR Margin offset for the ROC channel in the downstream direction. The parameter is used in the specification of the channel initialization policy (see clause 12.3.7.1 of [ITU-T G.993.2]).

The valid range of SNR margin offset values is from 0 to 31 dB, with 0.1 dB steps.

**7.3.1.10.10   Upstream SNR margin offset of ROC (SNRMOFFSET-ROC-us)**

The parameter is defined as the SNR margin offset for the ROC channel in the upstream direction. The parameter is used in the specification of the channel initialization policy (see [ITU-T G.993.2], clause 12.3.7.1).

The valid range of SNR margin offset values is from 0 to 31 dB, with 0.1 dB steps.

G.997.1 at 62 (highlights added).

Table 7-15 – Support of line configuration parameters per Recommendation

| Category/ Element | ITU-T G.992.1 | ITU-T G.992.2 | ITU-T G.992.3 | ITU-T G.992.4 | ITU-T G.992.5 | ITU-T G.993.2 | ITU-T G.998.4 | ITU-T G.993.5 |
|---|---|---|---|---|---|---|---|---|
| SNRMOFFSET-ROC-ds | | | | | | Y | | |
| SNRMOFFSET-ROC-us | | | | | | Y | | |

*Id.* at 104 and 105 (highlights added).

119.   The VTU-O does not transmit the upstream SNRMOFFSET-ROC-us

to the VTU-R as it is the VTU-O that adjusts the bits and gains it requests the VTU-R

to use using the O-PMD message.

EXPERT REPORT OF ARTHUR BRODY, PH.D., ON INFRINGEMENT OF FAMILIES 1 AND 10 PATENTS
CASE NO. 2:21-CV-310-JRG ████████████████

### C.   CommScope BGW210 G.inp-VDSL2 Operation with ROC *Not Enabled*

#### 1.   '354 Patent, Claim 10

409.   Based on its G.inp-VDSL2 capabilities, it is my opinion that the BGW210 with the ROC not enabled or not supported by either VTU infringes claim 10 of the '354 Patent.  I base my opinion on the BGW210's claimed compliance to the G.inp and VDSL2 standards, review of the product specifications and hardware details, review of the testing of the BGW210 when G.inp is appropriately configured and review of the source code analysis demonstrating how it practices the claim.

#### a.   Analysis Differences with Respect to G.inp-VDSL2 Operation with ROC Enabled

410.   The BGW210 are compliant with the G.inp standards.  *Supra* §XIII.A. The BGW210 is also compliant with the VDSL2 standards.  *Supra* §XIII.A.  I have reviewed the annexes of G.inp and have found no modifications to the VDSL2 standard that would change my infringement analysis for the CommScope BGW210 with respect to claim 10 of the '354 Patent.

411.   With the ROC not enabled or not supported by either VTU, G.inp will implement single latency with ROC mode and the overhead channel as specified in G.inp.  However, as noted below, SNRMOFFSET-ROC will be zero, thus affecting the claim elements with involving SNR margin, namely 10[b], 10[c], 10[e], and 10[f].   Still, even if SNRMOFFSET-ROC is zero, and TARSNRM equals

TARSNRM-ROC, the mandatory Channel Initialization Policy ZERO supports maximizing the SNR margin for the ROC above TARSNRM-ROC. *Supra* §XI.C.7. As the testing for this mode shows, SNR margin for the ROC bits before any shared subcarrier use an SNR margin greater than the SNR margin for the data bits.

### C.1.2   Overhead channel

If the ROC is enabled in O-TPS, single latency with ROC mode (see clause 9.1 of [ITU-T G.993.2]) shall be used and the overhead channel shall use the ROC as specified in [ITU-T G.993.2].

If ROC is disabled in O-TPS or is not supported by either the VTU-O or the VTU-R, single latency with ROC mode (see clause 9.1 of [ITU-T G.993.2]) shall be used and the overhead channel shall use the framing parameters as they are derived for the ROC (see framer constraint limitations in Table 12-47 of [ITU-T G.993.2]) with the following configuration:

−    SNRMOFFSET-ROC = 0 dB,

−    INPMIN-ROC = max(INPMIN_REIN, 2),

with the exception that sub-carriers loaded with the bits of the overhead channel may share sub-carriers loaded with the bits of the latency path #1.

G.998.4 at 56 (highlights added).

412.   Another possible difference is "that sub-carriers loaded with the bits of the overhead channel may share subcarriers loaded with the bits of the latency path #1." This could affect claim elements 10[a], 10[b] and 10[d]. However, the bits in each data frame are loaded in the order given by the tone ordering table. *Supra* §XI.C.6. As a result, the first plurality of carriers carrying mostly ROC bits will never be the same as the second plurality of carriers carrying mostly data bits even if any subcarrier is shared by ROC bits and data bits.

413.   I also incorporate by reference the Infringement Contentions below:

EXPERT REPORT OF ARTHUR BRODY, PH.D., ON INFRINGEMENT OF FAMILIES 1 AND 10 PATENTS
CASE NO. 2:21-CV-310-JRG HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

- U.S. Patent 9,154,354 Claim 10 – Claim Chart for U.S. Patent No. 9,154,354 – F10 – G.inp-VDSL2 – CommScope.

414.   Based on the above and the supporting code and test analyses of the BGW210 implementing G.inp with the ███████████████████ , the BGW210 still infringes claim 10 of the '354 Patent because:

- The bits of the ROC and the data bits are two different pluralities,

- The bits of the ROC and the data bits use different pluralities of carriers,

- The SNR margin for the ROC bits is different than the SNR margin for the data bits, and

- The SNR margin for the ROC bits is greater than the SNR margin for the data bits.

### b.      BGW210 Source Code Analysis for Claim 10

415.   I have reviewed the Cooklev Report that provides an analysis of the Broadcom source code set for the BGW210 for claim 10 of the '354 Patent.  *See* Cooklev Report Section VII.C.6.b)(2)  As discussed above, the BGW210 uses the ███████████████

416.   "If the  Robust Overhead Channel (ROC) is enabled, and/or if GINP Retransmission Request Channel (RRC) Messages are enabled, different subcarriers are allocated for these separately from the user data on latency path 1, and typically

### F.   CommScope 5268AC G.inp-VDSL2 Operation with ROC *Not* Enabled

#### 1.   '354 Patent, Claim 10

638.   Based on its G.inp-VDSL2 capabilities, it is my opinion that the 5268AC with the ROC not enabled or not supported by either VTU infringes claim 10 of the '354 Patent.  I base my opinion on the 5268AC's claimed compliance to the G.inp and VDSL2 standards, review of the product specifications and hardware details, review of the testing of the 5268AC when G.inp is appropriately configured and review of the source code analysis demonstrating how it practices the claim.

#### a.   Analysis Differences with Respect to G.inp-VDSL2 Operation with ROC Enabled

639.   The 5268AC is compliant with the G.inp standards.  *Supra* §XIII.B. The 5268AC is also compliant with the VDSL2 standards.  *Supra* §XIII.B.  I have reviewed the annexes of G.inp and have found no modifications to the VDSL2 standard that would change my infringement analysis for the CommScope 5268AC with respect to claim 10 of the '354 Patent.

640.   With the ROC not enabled or not supported by either VTU, G.inp will implement single latency with ROC mode and the overhead channel as specified in G.inp.  However, as noted below, SNRMOFFSET-ROC will be zero, thus affecting the claim elements with involving SNR margin, namely 10[b]. 10[c], 10[e], and 10[f].   Still, even if SNRMOFFSET-ROC is zero, and TARSNRM equals

TARSNRM-ROC, the mandatory Channel Initialization Policy ZERO supports maximizing the SNR margin for the ROC above TARSNRM-ROC.  *Supra* §XI.C.7. As the testing for this mode shows, SNR margin for the ROC bits before the shared subcarrier use an SNR margin greater than the SNR margin for the data bits.

**C.1.2   Overhead channel**

If the ROC is enabled in O-TPS, single latency with ROC mode (see clause 9.1 of [ITU-T G.993.2]) shall be used and the overhead channel shall use the ROC as specified in [ITU-T G.993.2].

If ROC is disabled in O-TPS or is not supported by either the VTU-O or the VTU-R, single latency with ROC mode (see clause 9.1 of [ITU-T G.993.2]) shall be used and the overhead channel shall use the framing parameters as they are derived for the ROC (see framer constraint limitations in Table 12-47 of [ITU-T G.993.2]) with the following configuration:

−       SNRMOFFSET-ROC = 0 dB,

−       INPMIN-ROC = max(INPMIN_REIN, 2),

with the exception that sub-carriers loaded with the bits of the overhead channel may share sub-carriers loaded with the bits of the latency path #1.

G.998.4 at 56 (highlights added).

641.   Another possible difference is "that sub-carriers loaded with the bits of the overhead channel may share subcarriers loaded with the bits of the latency path #1."  This could affect claim elements 10[a], 10[b] and 10[d].  However, the bits in each data frame are loaded in the order given by the tone ordering table.  *Supra* §XI.C.6.  As a result, the first plurality of carriers carrying mostly ROC bits will never be the same as the second plurality of carriers carrying mostly data bits even if any subcarrier is shared by ROC bits and data bits.

642.   I also incorporate by reference the Infringement Contentions below:

- U.S. Patent 9,154,354 Claim 10 – Claim Chart for U.S. Patent No. 9,154,354 – F10 – G.inp-VDSL2 – CommScope.

643.    Based on the above and the supporting code and test analyses of the 5268AC implementing G.inp with the ROC not enabled or ROC not supported by either VTU, the 5268AC still infringes claim 10 of the '354 Patent because:

- The bits of the ROC and the data bits are two different pluralities,

- The bits of the ROC and the data bits use different pluralities of carriers,

- The SNR margin for the ROC bits is different than the SNR margin for the data bits, and

- The SNR margin for the ROC bits is greater than the SNR margin for the data bits.

### b.    5268AC Source Code Analysis for Claim 10

644.    I have reviewed the Cooklev Report that provides an analysis of the Broadcom source code set for the 5268AC for claim 10 of the '354 Patent.  *See* Cooklev Report Section VII.C.6.b)(1)  As discussed above, the 5268AC uses the

███████████████████

645.    "If the  Robust Overhead Channel (ROC) is enabled, and/or if GINP Retransmission Request Channel (RRC) Messages are enabled, different subcarriers are allocated for these separately from the user data on latency path 1, and typically

with higher SNR margin." As a result, the analysis holds true when the ROC is or is not enabled. The ███████████████████████████████████████████

███████████████████████████████████████████████

646. With respect to G.inp, ███████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████

## XVII. CONCLUSIONS

647. Based on the analyses above, it is my opinion that CommScope's BGW210 and 5268AC Accused Products infringe claim 36 of the '686 Patent and claim 10 of the '354 Patent.

Executed on this 29th day of August 2022, in Stamford, Connecticut.

By _____

DR. ARTHUR BRODY