# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>                *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>                *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG<br><br>JURY TRIAL DEMANDED |

### ORDER DENYING TQ DELTA'S MOTIONS FOR SUMMARY JUDGMENT DIRECTED TO PATENT FAMILIES 1 AND 10 (Dkt. No. 347)

Before the Court is Plaintiff TQ Delta, LLC's Motions for Summary Judgment Directed to Patent Families 1 and 10. Having considered the Motion and subsequent briefing, the Court finds that it should be and is hereby **DENIED.**

    **IT IS SO ORDERED.**