# Exhibit T

**Redacted in Full**