# Exhibit X

**Redacted in Full**