# Exhibit Y

**Redacted in Full**