# Exhibit Z

**Redacted in Full**