# Exhibit AA

**Redacted in Full**