# Exhibit BB

## Redacted in Full