# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>    *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

Plaintiff TQ Delta, LLC and Defendants CommScope Holding Company, Inc., *et al.* (collectively "the Parties") hereby file this Joint Motion to Amend the Docket Control Order to extend the deadline to serve pre-trial disclosures and related responses by one week.

The current deadline for the parties to serve pretrial disclosures is January 18, 2023 with responsive deadlines beginning February 1. These are not "*" deadlines on the Court's Order. But the Parties submit that good cause exists for the proposed one-week extension, including the parties' other deadlines and the number of depositions for designation in this matter. Therefore, the parties jointly and respectfully request that the Court extend the deadline to serve pre-trial disclosures and related responses by one week.

Dated: January 17, 2023

By: /s/ William E. Davis, III

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV

/s/ Andrew Ong (with permission)
Eric H. Findlay
Texas State Bar No. 00789886
Brian Craft
Texas State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave. Suite 900
Tyler, Texas  75702
Tel:  (903) 534-1100
Fax:  (903) 534-1137
efindlay@findlaycraft.com

1

Texas State Bar No. 24082997
rfink@davisfirm.com

Edward Chin
Texas State Bar No. 50511688
echin@davisfirm.com

Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com

**THE DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

Peter J. McAndrews
(*Pro hac vice*)
pmcandrews@mcandrews-ip.com

Rajendra A. Chiplunkar
(*Pro hac vice*)
rchiplunkar@mcandrews-ip.com

Ashley Ratycz
(*Pro hac vice*)
aratycz@mcandrews-ip.com

**MCANDREWS, HELD & MALLOY, LTD.**
500 West Madison St., 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

*ATTORNEYS FOR PLAINTIFF TQ DELTA, LLC*

bcraft@findlaycraft.com

Douglas J. Kline
Christie Larochelle
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
P: (617) 570-1000
F: (617) 523-1231
dkline@goodwinlaw.com
clarochelle@goodwinlaw.com

Brett Schuman
Rachel M. Walsh
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P: (415) 733-6000
F: (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
**GOODWIN PROCTER LLP**
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

M. Scott Stevens (NC Bar # 37828)
Kirk T. Bradley (NC Bar # 26490)
Karlee Wroblewski (NC Bar # 55043)
Nic Marais (NC Bar # 53533)
Ross R. Barton (NC Bar No. 37179)
Stephen R. Lareau (NC Bar No. 42992)
Erin Beaton (NC Bar No. 59594)
Mary I. Riolo (NC Bar No. 59644)
Alston & Bird LLP
One South at the Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Tel:  704.444.1000
Fax:  704.444.1111
Email: scott.stevens@alston.com

        Email: kirk.bradley@alston.com
Email:karlee.wroblewski@alston.com
Email: nic.marais@alston.com
Email: ross.barton@alston.com
Email: stephen.lareau@alston.com
Email: erin.beaton@alston.com
Email: mary.riolo@alston.com

Katherine G. Rubschlager (Cal. Bar No. 328100)
ALSTON & BIRD LLP
1950 University Avenue, Suite 430
East Palo Alto, CA 94303
Email: katherine.rubschlager @alston.com
Telephone: 650-838-2004
Facsimile: 650-838-2001

ATTORNEYS FOR THE COMMSCOPE DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this January 17, 2023, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

        /s/ William E. Davis, III
        William E. Davis, III

## **CERTIFICATE OF CONFERENCE**

      The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the foregoing motion is joined in its entirety by Plaintiff TQ Delta, LLC and the CommScope Defendants.

                                                       /s/ William E. Davis, III
                                                       William E. Davis, III