**EXHIBIT 16**

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF DELAWARE

 3

 4    TQ DELTA LLC,                )
                                   )
 5              Plaintiff,         )
                                   ) C.A. No. 13-1835-RGA
 6    v.                           )
                                   )
 7    2WIRE, INC.,                 )
                                   )
 8              Defendant.         )

 9
                                      J. Caleb Boggs Courthouse
10                                    844 North King Street
                                      Wilmington, Delaware
11
                                      Wednesday, May 22, 2019
12                                    8:30 a.m.
                                      Trial Volume III
13

14    BEFORE:  THE HONORABLE RICHARD G. ANDREWS, U.S.D.C.J.

15    APPEARANCES:

16              FARNAN LLP
                BY:  MICHAEL J. FARNAN, ESQUIRE
17
                        -and-
18
                MCANDREWS HELD & MALLOY, LTD
19              BY:  PETER J. MCANDREWS, ESQUIRE
                BY:  PAUL W. MCANDREWS, ESQUIRE
20              BY:  JAMES MURPHY, ESQUIRE
                BY:  THOMAS WIMBISCUS, ESQUIRE
21
                        -and-
22
                ROBINS KAPLAN LLP
23              BY:  DAVID A. PRANGE, ESQUIRE
                BY:  BENJAMIN C. LINDEN, ESQUIRE
24
                                          For the Plaintiff
25
```

```
 1   APPEARANCES CONTINUED:

 2              MORGAN LEWIS
                BY:  JODY C. BARILLARE, ESQUIRE
 3
                         -and-
 4
                GOODWIN PROCTER, LLP
 5              BY:  BRETT SCHUMAN, ESQUIRE
                BY:  RACHEL WALSH, ESQUIRE
 6              BY:  DOUGLAS KLINE, ESQUIRE
                BY:  ANDREW ONG, ESQUIRE
 7              BY:  CINDY CHANG, ESQUIRE

 8                                    For the Defendant

 9              ***   PROCEEDINGS   ***
```

10    DEPUTY CLERK: All rise.

11    THE COURT: All right. Good morning, everyone.
12 Please be seated.

13    All right. So one administrative matter. I
14 believe the courtroom deputy has passed out the time that's
15 been allotted or that each side has used. But if it's the
16 case that some of the depositions that were played
17 yesterday, that the time is supposed to be shared, we
18 haven't been given that information. So if there needs to
19 be a different allocation of that, you need to get us that
20 information.

21    So in terms of any issues that I can help you
22 with or at least resolve this morning?

23    MR. MCANDREWS: Yes, Your Honor. We have a few
24 issues about slides.

25    THE COURT: Okay.

1  A.     It depends on the environment.  In some cases the
2  amount of memory is less important than in other cases.  It
3  depends on the application.
4  Q.     But it's important certainly in some circumstances,
5  can we agree on that?
6  A.     It's important in at least some situations.
7  Q.     If memory is that important, don't you think somebody
8  would want to write it down at the ITU if it had been
9  discussed?
10 A.     People probably did write it down.  Again, this would
11 be the kind of thing that would not necessarily be discussed
12 in the context of drafting the standard.  It's something
13 that folks would discuss at coffee breaks and lunch as
14 they're talking about problems that need to be solved and
15 ways to solve them.
16 Q.     It sounds like a case that you wish someone had
17 thought of it first and wrote it down, but they didn't,
18 because you would have evidence of that if they did; right?
19 A.     They did write it down.  Mazzoni wrote it down.
20 Q.     But not at an ITU meeting.  The discussion we're
21 having here is you said someone discussed at the ITU
22 meeting; right?  You don't have any evidence of that; right?
23 A.     I wouldn't have evidence of conversations that took
24 place during coffee breaks.
25 Q.     Now, the claims of TQ Delta patents all require

1    transmitting or receiving a message during initialization;
2    right?
3    A.    They require a particular type of message.
4    Q.    And Mazzoni does not describe any messages sent or
5    received during initialization; right?
6    A.    That's correct, it does not address initialization at
7    all.
8    Q.    It doesn't discuss any type of initialization, so it
9    certainly doesn't discuss exchanging messages for allocating
10   memory; right?
11   A.    That's correct.
12   Q.    And as I think you were saying, Mazzoni interleaver
13   and deinterleaver memory sizes are based on a set of
14   parameters stored in a table; right?
15   A.    That's right.  A transceiver has a table in which it
16   stores for each bit rate combination the parameters that
17   will be used for that bit rate combination.
18   Q.    Okay.  And so one set of those parameters are
19   retrieved from a table when size of the memory is set; is
20   that right?
21   A.    I'm not sure I understand your question.  When you
22   say the size of the memory is set, what do you mean?
23   Q.    So when the size of the memory is going to be set by
24   Mazzoni's device, it will pull a set -- it will pull a
25   grouping of parameters, one from the interleaver, one from

1   the deinterleaver from its memory; right?
2   A.      Right.  So it has a certain size memory already in
3   it, that's shared memory, and then when it is -- when it
4   knows the bit rate combination that it will be using, it
5   goes into its table and it looks up the parameters that it
6   needs for that particular bit rate combination.
7   Q.      And those parameters come from this table, so the
8   table stored the memory; right?
9   A.      That's correct.
10  Q.      And those parameters, those aren't Reed Solomon coded
11  data bytes?
12  A.      Those parameters are interleaver parameters.
13  Q.      So they are not Reed Solomon message data bytes?
14  A.      That's correct.
15  Q.      When they're pulled out of that table from that
16  memory, that's at the time of installation; right?
17  A.      That's what Mazzoni says.
18  Q.      Mazzoni has probably a technician out there is what
19  you envision, technician out there installing your modem and
20  signed up for service A6, so he's going to set you for A6;
21  right?
22  A.      That I believe is what we concluded when we discussed
23  Mazzoni, yes.
24  Q.      And then the parameters are then frozen at that point
25  in time and those are the only parameters that are then

1    going to be used by that Mazzoni device; correct?
2    A.    Unless and until a different -- it's installed with a
3    different service, yes.
4    Q.    And installed, so in other words, the technician
5    would have to come out there potentially and change that?
6    A.    Correct.
7    Q.    But that part is not even discussed in Mazzoni;
8    right?  There is no discussion of changing after it's first
9    set; right?
10   A.    I recall there is a discussion in Mazzoni about the
11   process that is undertaken when the memory is being split
12   between the interleaver and deinterleaver.  I don't recall
13   any explicit discussion.  Basically I think what you're
14   saying is hard reset and starting over with a different
15   service.
16   Q.    Right.  There is no changing then that's described in
17   Mazzoni's patent; right?
18   A.    That's correct.
19   Q.    No resetting them, no changing them to a different
20   value rate?
21   A.    Correct.
22   Q.    It doesn't even describe the process of sending a
23   technician out there; right?
24   A.    No, it just says installation generally, and that's
25   one of the reasons that it's my opinion that someone would

1       find Mazzoni in that sense very limiting.

2       Q.      Right.  It's very limiting if its memory is froze?

3       A.      Right.

4       Q.      And certainly at that time, I think devices now you

5       can -- they ship it to you in a box, you can set it up

6       yourself, but certainly back at Mazzoni's time, it involved

7       a technician going out and setting it up; right?

8       A.      I don't think that's true.  Because I got DSL at my

9       house right around maybe like 2002, I want to say.

10      Q.      But you didn't have any ability to change your

11      interleaver or deinterleaver size?

12      A.      No, of course not.  The transceiver figures that out.

13      Q.      But again, just back to, there is no initialization

14      messages of any kind described in Mazzoni?

15      A.      That is correct.

16      Q.      So certainly no memory sharing message?

17      A.      That's correct.

18      Q.      Now, do you understand that Dr. Cooklev's opinion is

19      that adding LB-031 messages to Mazzoni makes Mazzoni

20      inoperable?

21      A.      I understand that to be his position, yes.

22      Q.      His position is that it would break Mazzoni, right?

23      A.      That is his position as I understand it.

24      Q.      During the deposition we agreed that we call that the

25      Mazzoni problem; right?

1    A.      You called it the Mazzoni problem.  You can call it
2    whatever you like.  I don't think there is a problem, but...
3    Q.      And so on the issue of whether there is a problem --
4    so he said that it was broken essentially because LB-031
5    would require Mazzoni to try to use more memory than it
6    actually has; right?
7    A.      That is my understanding of what his opinion was,
8    yes.
9    Q.      And roughly the numbers are if Mazzoni has
10   approximately 26,000 bytes of total memory, remember that's
11   about what Mazzoni has?
12   A.      I think that's right.
13   Q.      And that's based on the highest asymmetrical service;
14   right?
15   A.      It's based on the maximum total, so some of upstream
16   and downstream the maximum total bits, right.
17   Q.      It was about 26,000 total bytes that Mazzoni had
18   available; right?
19   A.      I don't remember if it was 26,000 or 28,000, but
20   something around there.
21   Q.      Let's go with 28,000.  Let's go with 28,000 total
22   bytes that Mazzoni has available, and the messaging, if you
23   do what LB-031 tells you to do, you wind up needing 36,000
24   bytes; right?
25   A.      I don't agree.