IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>          *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>          *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF TY WILSON

I, Ty Wilson, state as follows in support of Plaintiff TQ Delta, LLC's Sur-Reply to CommScope's Motion for Partial Summary Judgment Regarding Prior Art Status:

1. I am an attorney at the Davis Firm, P.C. and counsel of record for Plaintiff TQ Delta, LLC ("TQ Delta"). I am a member of good standing of the State Bar of Texas. I have personal knowledge of the facts set forth in this Declaration.

2. Exhibit A is a true and correct highlighted and excerpted copy of the docket for the case *Navico, Inc. c. Garmin International, Inc.*, No. 2:16-cv-00190-JRG (E.D. Tex).

3. Exhibit B is a true and correct copy of Fractus S.A.'s Opposition to Defendants' Motion for Partial Summary Judgment Regarding Prior Art Status filed in the case *Fractus, S.A. v. AT&T Mobility LLC*, 2:18-cv-00135-JRG (E.D. Tex.) at Dkt. No. 471.

4. Exhibit C is a true and correct copy of Fractus S.A.'s Sur-Reply to Defendants' Motion for Partial Summary Judgment Regarding Prior Art Status filed in the case *Fractus, S.A. v. AT&T Mobility LLC*, 2:18-cv-00135-JRG (E.D. Tex.) at Dkt. No. 528.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of January, 2023, in Dallas, Texas.

                                                              */s/ Ty Wilson*
                                                              Ty Wilson

1