# EXHIBIT A

CLOSED,JRG3,JURY,PATENT/TRADEMARK,PROTECTIVE-ORDER

# U.S. District Court
## Eastern District of TEXAS [LIVE] (Marshall)
### CIVIL DOCKET FOR CASE #: 2:16-cv-00190-JRG

Navico, Inc. et al v. Garmin International, Inc. et al
Assigned to: Judge Rodney Gilstrap
Cause: 35:271 Patent Infringement

Date Filed: 03/04/2016
Date Terminated: 02/13/2018
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Mediator**

**David Folsom**
Jackson Walker, LLP
6002-B Summerfield Drive
Texarkana, TX 75503
*dfolsom@jw.com*

**Technical Advisor**

**Donald E Tiller**
Tiller Law PLLC
2501 Parkview Drive, Suite 312
Fort Worth, TX 76102
*don.tiller@dtillerlawpllc.com*

**Plaintiff**

**Navico, Inc.**                                represented by    **Kirk T Bradley**
                                                                  Alston & Bird, LLP-NC
                                                                  101 South Tryon Street
                                                                  Ste 4000
                                                                  Charlotte, NC 28280-4000
                                                                  704-444-1030
                                                                  Fax: 704-444-1730
                                                                  Email: kirk.bradley@alston.com
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Christopher Charles Ziegler**
                                                                  Alston & Bird, LLP-NC
                                                                  101 South Tryon Street
                                                                  Ste 4000
                                                                  Charlotte, NC 28280-4000
                                                                  704/444-1337
                                                                  Fax: 704/444-1111

| | | |
|---|---|---|
| 05/30/2017 | [102](#) | SEALED MOTION *for Partial Summary Judgement (#2) that the "Kongsberg" Documents and "MS1000 System" Do Not Qualify as Prior Art* by Navico Holding AS, Navico, Inc.. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Text of Proposed Order)(Bradley, Kirk) (Entered: 05/30/2017) |
| 05/30/2017 | [103](#) | SEALED MOTION *for Partial Summary Judgment (#3) that No Asserted Claims Are Anticipated* by Navico Holding AS, Navico, Inc.. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Exhibit 8, # [9](#) Exhibit 9, # [10](#) Exhibit 10, # [11](#) Exhibit 11, # [12](#) Exhibit 12, # [13](#) Exhibit 13, # [14](#) Text of Proposed Order)(Bradley, Kirk) (Entered: 05/30/2017) |
| 05/30/2017 | [104](#) | SEALED MOTION *for Partial Summary Judgment (#4) that Assignor Estoppel Prevents the Inventors and Garmin from Challenging the Validity of the '022 Patent Claims* by Navico Holding AS, Navico, Inc.. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Exhibit 8, # [9](#) Exhibit 9, # [10](#) Exhibit 10, # [11](#) Exhibit 11, # [12](#) Exhibit 12, # [13](#) Exhibit 13, # [14](#) Exhibit 14, # [15](#) Exhibit 15, # [16](#) Exhibit 16, # [17](#) Exhibit 17, # [18](#) Exhibit 18, # [19](#) Exhibit 19, # [20](#) Exhibit 20, # [21](#) Exhibit 21, # [22](#) Text of Proposed Order)(Bradley, Kirk) (Entered: 05/30/2017) |
| 05/30/2017 | [105](#) | SEALED MOTION *for Partial Summary Judgment (#5) that the '022 Patent Is Not Unenforceable for Inequitable Conduct* by Navico Holding AS, Navico, Inc.. (Attachments: # [1](#) Exhibit 1, # [2](#) Text of Proposed Order)(Bradley, Kirk) (Entered: 05/30/2017) |
| 05/31/2017 | [106](#) | Opposed MOTION for Leave to Serve Supplemental Expert Report of Curtis W. Rose by Garmin International, Inc., Garmin USA, Inc.. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Text of Proposed Order)(Henry, Claire) (Entered: 05/31/2017) |
| 05/31/2017 | [107](#) | NOTICE by Navico Holding AS, Navico, Inc. *of Relevant Determination From Related Proceeding* (Bradley, Kirk) (Entered: 05/31/2017) |
| 05/31/2017 | [108](#) | SEALED ADDITIONAL ATTACHMENTS to Main Document: [107](#) Notice (Other). (Attachments: # [1](#) Exhibit 1 - Enforcement Initial Determination (1 of 2), # [2](#) Exhibit 1 - Enforcement Initial Determination (2 of 2))(Bradley, Kirk) (Entered: 05/31/2017) |
| 06/02/2017 | [109](#) | ORDER granting [81](#) MOTION to Seal *Motion to Compel* filed by Navico Holding AS, Navico, Inc. Signed by Magistrate Judge Roy S. Payne on 6/2/2017. (slo, ) (Entered: 06/02/2017) |
| 06/05/2017 | [110](#) | MEMORANDUM AND ORDER DENYING [82](#) SEALED MOTION *to Compel* filed by Navico Holding AS, Navico, Inc. Signed by Magistrate Judge Roy S. Payne on 6/5/2017. (slo, ) (Entered: 06/05/2017) |
| 06/05/2017 | [111](#) | ORDER TO SUBMIT MATERIALS *IN CAMERA* . (By June 12, 2017, Navico Inc. and Navico Holding AS submit *in camera* any of the Kongsberg Communications still withheld by Navico under the work product doctrine. The submission should be made directly to the undersigneds chambers. Plaintiffs shall file a notice indicating compliance with this Order once the submission is made.) Signed by Magistrate Judge |

| | | |
|---|---|---|
| | | Proposed Order)(Henry, Claire) (Entered: 06/14/2017) |
| 06/14/2017 | 121 | RESPONSE in Opposition re 106 Opposed MOTION for Leave to Serve Supplemental Expert Report of Curtis W. Rose *filed by Navico Holding AS, Navico, Inc.*. (Attachments: # 1 Exhibit Exhibit 1)(Bradley, Kirk) (Entered: 06/14/2017) |
| 06/14/2017 | 122 | SEALED RESPONSE to Motion re 104 SEALED MOTION *for Partial Summary Judgment (#4) that Assignor Estoppel Prevents the Inventors and Garmin from Challenging the Validity of the '022 Patent Claims* filed by Garmin International, Inc., Garmin USA, Inc.. (Attachments: # 1 Exhibit 22, # 2 Exhibit 23, # 3 Exhibit 24, # 4 Exhibit 25, # 5 Exhibit 26, # 6 Exhibit 27, # 7 Exhibit 28, # 8 Exhibit 29, # 9 Exhibit 30, # 10 Exhibit 31, # 11 Exhibit 32, # 12 Exhibit 33, # 13 Exhibit 34, # 14 Exhibit 35, # 15 Text of Proposed Order)(Henry, Claire) (Entered: 06/14/2017) |
| 06/14/2017 | 123 | SEALED RESPONSE to Motion re 102 SEALED MOTION *for Partial Summary Judgement (#2) that the "Kongsberg" Documents and "MS1000 System" Do Not Qualify as Prior Art* filed by Garmin International, Inc., Garmin USA, Inc.. (Attachments: # 1 Exhibit 9 Betts Patent, # 2 Exhibit 10 - NAVICO INC. v. ITC (16-1533), # 3 Exhibit 11 - NAVICO INC. v. ITC (16-1572), # 4 Exhibit 12 - Babine Lake, # 5 Exhibit 13 - Standing Timber, # 6 Exhibit 14 - MS1000 Manual, # 7 Exhibit 15- 2017 05 17 Corrected Expert Report of Lloyd C. Huff, # 8 Exhibit 16 - 2016 06 29 Dep of Mark Atherton, # 9 Exhibit 17 - Rose Expert Report, # 10 Exhibit 18 - Internet Archive Stipulation, # 11 Exhibit 19 - Nudi Dep, # 12 Exhibit 20 -Odyssey Purchase Order, # 13 Exhibit 21 - Odyssey Email, # 14 Exhibit 22 - Echoes and Images, # 15 Exhibit 23 - Kongsberg Houston, # 16 Text of Proposed Order)(Henry, Claire) (Entered: 06/14/2017) |
| 06/14/2017 | 124 | SEALED RESPONSE to Motion re 96 SEALED MOTION *to Strike (#1) Defendant's Expert Opinions that are Inconsistent with the Court's Claim Construction Order* filed by Garmin International, Inc., Garmin USA, Inc.. (Attachments: # 1 Exhibit 6 Expert Deposition (LH), # 2 Exhibit 7 Expert Report (LH), # 3 Exhibit 8 Expert Rebuttal Report (HV), # 4 Exhibit 9 Expert Report (WM), # 5 Exhibit 10 Expert Deposition (WM), # 6 Exhibit 12 Fed Cir Opinion 1572, # 7 Exhibit 13 Fed Cir Opinion 1533, # 8 Exhibit 14 Commission FD, # 9 Text of Proposed Order)(Henry, Claire) (Entered: 06/14/2017) |
| 06/14/2017 | 125 | SEALED RESPONSE to Motion re 99 SEALED MOTION *to Strike (#4) Portions of the Expert Reports of Dr. Lloyd Huff and Dr. William Michalson Regarding Discussions with the Inventors Regarding U.S. Patent No. 9,223,022* filed by Garmin International, Inc., Garmin USA, Inc.. (Attachments: # 1 Exhibit 6, # 2 Exhibit 7, # 3 Exhibit 8, # 4 Exhibit 9, # 5 Exhibit 10, # 6 Exhibit 11, # 7 Exhibit 12, # 8 Exhibit 13, # 9 Exhibit 14, # 10 Exhibit 15, # 11 Exhibit 16, # 12 Exhibit 17, # 13 Exhibit 18, # 14 Exhibit 19, # 15 Exhibit 20, # 16 Exhibit 21, # 17 Text of Proposed Order)(Henry, Claire) (Entered: 06/14/2017) |
| 06/14/2017 | 126 | SEALED RESPONSE to Motion re 97 SEALED MOTION *to Strike (#2) Dr. Michalson's Opinions as to a New Claim Construction for the '168 Patent* filed by Garmin International, Inc., Garmin USA, Inc.. (Attachments: # 1 Exhibit 4 Michalson Report, # 2 Exhibit 5 Vincent Rebuttal Report, # 3 Exhibit 6 Vincent Report, # 4 |

| | | |
|---|---|---|
| | | *Portions of the Expert Reports of Dr. Lloyd Huff and Dr. William Michalson Regarding Discussions with the Inventors Regarding U.S. Patent No. 9,223,022* filed by Navico Holding AS, Navico, Inc.. (Bradley, Kirk) (Entered: 06/22/2017) |
| 06/22/2017 | 137 | SEALED REPLY to Response to Motion re 100 SEALED MOTION *to Strike (#5) Expert Opinions Concerning Inadmissable Hearsay Statements* filed by Navico Holding AS, Navico, Inc.. (Bradley, Kirk) (Entered: 06/22/2017) |
| 06/22/2017 | 138 | SEALED REPLY to Response to Motion re 101 SEALED MOTION *for Partial Summary Judgment (#1) of Infringement of the '022 Patent* filed by Navico Holding AS, Navico, Inc.. (Bradley, Kirk) (Entered: 06/22/2017) |
| 06/22/2017 | 139 | SEALED REPLY to Response to Motion re 102 SEALED MOTION *for Partial Summary Judgement (#2) that the "Kongsberg" Documents and "MS1000 System" Do Not Qualify as Prior Art* filed by Navico Holding AS, Navico, Inc.. (Attachments: # 1 Exhibit 24)(Bradley, Kirk) (Entered: 06/22/2017) |
| 06/22/2017 | 140 | SEALED REPLY to Response to Motion re 103 SEALED MOTION *for Partial Summary Judgment (#3) that No Asserted Claims Are Anticipated* filed by Navico Holding AS, Navico, Inc.. (Attachments: # 1 Exhibit 19, # 2 Exhibit 20, # 3 Exhibit 21)(Bradley, Kirk) (Entered: 06/22/2017) |
| 06/22/2017 | 141 | SEALED REPLY to Response to Motion re 104 SEALED MOTION *for Partial Summary Judgment (#4) that Assignor Estoppel Prevents the Inventors and Garmin from Challenging the Validity of the '022 Patent Claims* filed by Navico Holding AS, Navico, Inc.. (Attachments: # 1 Exhibit 36, # 2 Exhibit 37, # 3 Exhibit 38)(Bradley, Kirk) (Entered: 06/22/2017) |
| 06/22/2017 | 142 | SEALED REPLY to Response to Motion re 105 SEALED MOTION *for Partial Summary Judgment (#5) that the '022 Patent Is Not Unenforceable for Inequitable Conduct* filed by Navico Holding AS, Navico, Inc.. (Attachments: # 1 Exhibit 10, # 2 Exhibit 11, # 3 Exhibit 12, # 4 Exhibit 13)(Bradley, Kirk) (Entered: 06/22/2017) |
| 06/23/2017 | 143 | Joint MOTION to Amend/Correct *Docket Control Order* by Navico Holding AS, Navico, Inc.. (Attachments: # 1 Text of Proposed Order)(Ziegler, Christopher) (Entered: 06/23/2017) |
| 06/23/2017 | 144 | Unopposed MOTION to Withdraw as Attorney *Jennifer D. Cieluch and Request for Termination of Electronic Notices* by Garmin International, Inc., Garmin USA, Inc.. (Attachments: # 1 Text of Proposed Order)(Henry, Claire) (Entered: 06/23/2017) |
| 06/23/2017 | 145 | Additional Attachments to Main Document: 143 Joint MOTION to Amend/Correct *Docket Control Order*.. (Attachments: # 1 Exhibit 1 - Certificate of Service)(Ziegler, Christopher) (Entered: 06/23/2017) |
| 06/27/2017 | 146 | AMENDED DOCKET CONTROL ORDER re 143 Joint MOTION to Amend/Correct *Docket Control Order* filed by Navico Holding AS, Navico, Inc. (Pretrial Conference set for 8/8/2017 01:30 PM in Mag Ctrm (Marshall) before Magistrate Judge Roy S. Payne, Jury Selection set for 9/5/2017 09:00 AM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap, Mediation Completion due by 7/31/2017, Motions in Limine due by 7/20/2017, Joint Pretrial Order due by 8/1/2017.) Signed by Magistrate Judge Roy S. |

| | | |
|---|---|---|
| | | Deposition (WM), # 2 Exhibit - 11 Expert Report (HV), # 3 Exhibit - 12 Expert Report (WM), # 4 Exhibit - 13 Expert Report (CB))(Groombridge, Nicholas) (Entered: 06/30/2017) |
| 06/30/2017 | 155 | SEALED SUR-REPLY in Opposition to Motion re 102 SEALED MOTION *for Partial Summary Judgement (#2) that the "Kongsberg" Documents and "MS1000 System" Do Not Qualify as Prior Art* filed by Garmin International, Inc., Garmin USA, Inc.. (Attachments: # 1 Exhibit - 25 Deposition)(Groombridge, Nicholas) (Entered: 06/30/2017) |
| 06/30/2017 | 156 | SEALED SUR-REPLY in Opposition to Motion re 99 SEALED MOTION *to Strike (#4) Portions of the Expert Reports of Dr. Lloyd Huff and Dr. William Michalson Regarding Discussions with the Inventors Regarding U.S. Patent No. 9,223,022* filed by Garmin International, Inc., Garmin USA, Inc.. (Attachments: # 1 Exhibit - 18 3/19/15 Trial Hearing Transcript, # 2 Exhibit - 19 RX-1722C (Maguire Witness Statement), # 3 Exhibit - 20 RX-1725C (Coleman Rebuttal Statement), # 4 Exhibit - 21 Order, # 5 Exhibit - 22 Expert Report, # 6 Exhibit - 23 Expert Report, # 7 Exhibit - 24 Witness List, # 8 Exhibit - 25 Deposition Designations, # 9 Exhibit - 26 Deposition Designations, # 10 Exhibit - 27 Deposition Designations, # 11 Exhibit - 28 Deposition Designations)(Groombridge, Nicholas) (Entered: 06/30/2017) |
| 06/30/2017 | 157 | SEALED SUR-REPLY in Opposition to Motion re 104 SEALED MOTION *for Partial Summary Judgment (#4) that Assignor Estoppel Prevents the Inventors and Garmin from Challenging the Validity of the '022 Patent Claims* filed by Garmin International, Inc., Garmin USA, Inc.. (Attachments: # 1 Exhibit - 39 Commission Opinion, # 2 Exhibit - 40 Fed Cir. Opinion)(Groombridge, Nicholas) (Entered: 06/30/2017) |
| 07/04/2017 | 158 | MEMORANDUM AND ORDER. Signed by Magistrate Judge Roy S. Payne on 7/4/2017. (nkl, ) (Entered: 07/05/2017) |
| 07/06/2017 | 159 | ORDER denying 96 Sealed Motion; denying 97 Sealed Motion; granting in part 98 Sealed Motion; granting in part 99 Sealed Motion; granting in part 100 Sealed Motion. Signed by Magistrate Judge Roy S. Payne on 7/6/2017. (slo, ) (Entered: 07/06/2017) |
| 07/06/2017 | 160 | RESPONSE in Opposition re 132 MOTION to Dismiss *for Improper Venue, or Alternatively to Transfer Venue to the District of Kansas Pursuant to 28 U.S.C. § 1406* filed by Navico Holding AS, Navico, Inc.. (Attachments: # 1 Exhibit A)(Bradley, Kirk) (Entered: 07/06/2017) |
| 07/10/2017 | 161 | REPORT AND RECOMMENDATION re 104 SEALED MOTION *for Partial Summary Judgment (#4) that Assignor Estoppel Prevents the Inventors and Garmin from Challenging the Validity of the '022 Patent Claims* filed by Navico Holding AS, Navico, Inc. Signed by Magistrate Judge Roy S. Payne on 7/10/2017. (slo, ) (Entered: 07/11/2017) |
| 07/11/2017 | 162 | ORDER VACATING REFERRAL OF VENUE MATTERS. (This cause of action was referred to the Honorable Roy S. Payne for pretrial purposes. The undersigned hereby VACATES such referral ONLY as to matters related to venue.) Signed by Judge Rodney Gilstrap on 7/11/2017. (slo, ) (Entered: 07/11/2017) |