**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TQ DELTA, LLC,<br><br>        *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>        *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

**DECLARATION OF ANDREW S. ONG IN SUPPORT OF COMMSCOPE'S
REPLY BRIEF IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT TESTIMONY
OF JONATHAN PUTNAM, PH.D. THAT IS
<u>INCONSISTENT WITH LEGAL PRECEDENT (DKT. NO. 346)</u>**

I, Andrew S. Ong, declare:

1. I am a partner at Goodwin Procter LLP, counsel of record for Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology (collectively, "CommScope"). I am over the age of 18 years, have personal knowledge of the matters in this declaration, and if called as a witness, I would and could competently testify to them.

2. Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the deposition transcript of Jonathan D. Putnam dated December 6, 2022.

//

//

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 17, 2023, in San Francisco, California.

                                                  /s/ *Andrew S. Ong*
                                                  Andrew S. Ong