IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>       *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>       *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF TY WILSON**

I, Ty Wilson, state as follows in support of Plaintiff TQ Delta, LLC's Reply in Support of Its Motion for Summary Judgment of No Breach of Any FRAND Obligations (Family 3 and Family 9A Non-Essential Patents):

    1.    I am an attorney at the Davis Firm, P.C. and counsel of record for Plaintiff TQ Delta, LLC ("TQ Delta"). I am a member of good standing of the State Bar of Texas. I have personal knowledge of the facts set forth in this Declaration.

    2.    Exhibit H is a true and correct highlighted and excerpted copy of the Expert Report of Jonathan D. Putnam dated August 29, 2022.

    3.    Exhibit I is a true and correct highlighted and excerpted copy of the ITU-T's *Understanding patents, competition & standardization in an interconnected world*, which may be found at https://www.itu.int/en/ITU-T/ipr/Pages/Understanding-patents,-competition-and-standardization-in-an-interconnected-world.aspx.

    4.    Exhibit J is a true and correct highlighted and excerpted copy of the Expert Report of Stephen L, Becker, Ph.D. dated November 11, 2022.

    5.    Exhibit K is a true and correct highlighted copy of the ITU-T's Common Patent Policy, which may be found at https://www.itu.int/en/ITU-T/ipr/Pages/policy.aspx.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of January, 2023, in Dallas, Texas.

/s/ Ty Wilson
Ty Wilson

1
