IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>       *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>       *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

**DECLARATION OF ANDREW S. ONG IN SUPPORT OF COMMSCOPE'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE PORTIONS OF THE EXPERT TESTIMONY OF JONATHAN PUTNAM AND TODOR COOKLEV UNDER FED R. EVID. 702 AND *DAUBERT* (DKT NO. 344)**

I, Andrew S. Ong, declare:

1. I am a partner at Goodwin Procter LLP, counsel of record for Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology (collectively, "CommScope"). I am over the age of 18 years, have personal knowledge of the matters in this declaration, and if called as a witness, I would and could competently testify to them.

2. Attached hereto as **Exhibit C** is a true and correct copy of Excerpts of the Corrected Expert Report of Jonathan D. Putnam, Ph.D., Volume II.

3. Attached hereto as **Exhibit D** is a true and correct copy of Excerpts of the Deposition Transcript of Jonathan D. Putnam, Ph.D.

4. Attached hereto as **Exhibit E** is a true and correct copy of Excerpts of the

1

Deposition Transcript of Todor Cooklev, Ph.D.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 17, 2023, in San Francisco, California.

                                                          /s/ *Andrew S. Ong*
                                                          Andrew S. Ong