**EXHIBITS 1-3**
**FILED UNDER SEAL IN THEIR ENTIRETY**