**EXHIBITS 8 - 10**
**FILED UNDER SEAL IN THEIR ENTIRETY**