THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC, <br>    *Plaintiff*, <br><br> v. <br><br> CommScope Holding Company, Inc., *et al.*, <br>    *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG <br><br> JURY TRIAL DEMANDED |

### TQ DELTA, LLC'S NOTICE OF COMPLIANCE REGARDING PRETRIAL DISCLOSURES

Plaintiff TQ Delta, LLC hereby provides notice, pursuant to the Fourth Amended Docket Control Order (Dkt No. 411), that it served its Pretrial Disclosures on counsel of record for the CommScope Defendants on January 25, 2023.

Dated: January 26, 2023

Respectfully submitted,

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

        **The Davis Firm PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

Peter J. McAndrews
(Pro hac vice)
pmcandrews@mcandrews-ip.com

Rajendra A. Chiplunkar
(Pro hac vice)
rchiplunkar@mcandrews-ip.com

Ashley Ratycz
(Pro hac vice
aratycz@mcandrews-ip.com

**MCANDREWS, HELD & MALLOY, LTD.**
500 West Madison St., 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100


ATTORNEYS FOR PLAINTIFF
TQ DELTA, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served this January 26, 2023 on all counsel of record, each of whom is deemed to have consented to electronic service.  L.R. CV-5(a)(3)(A).

        /s/ William E. Davis, III
        William E. Davis, III