# EXHIBITS 1 - 5
# FILED UNDER SEAL IN THEIR ENTIRETY