**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TQ DELTA, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>*Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

**DECLARATION OF LANA S. SHIFERMAN IN SUPPORT OF COMMSCOPE'S
SUR-REPLY TO PLAINTIFF TQ DELTA, LLC'S MOTION TO STRIKE PORTIONS
OF THE EXPERT REPORT OF STEPHEN L. BECKER, Ph.D (Dkt. No. 345)**

I, Lana S. Shiferman, declare and state as follows:

1. I am an attorney at Goodwin Procter LLP, and counsel of record for Defendants in the above-entitled case. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify as to the following.

2. Attached hereto as Exhibit P is a true and correct copy of the excerpts from the deposition of Stephen Becker, Ph.D., dated December 7, 2022.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: January 25, 2023                                    By: _____*/s/ Lana S. Shiferman*_____
                                                                                                  Lana S. Shiferman

1