IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>       *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>       *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

**DECLARATION OF ANDREW S. ONG IN SUPPORT OF COMMSCOPE'S SUR-REPLY TO PLAINTIFF TQ DELTA'S MOTION TO STRIKE PORTIONS OF THE NON-INFRINGEMENT REPORT AND OPINIONS OF DEFENDANTS' EXPERT, DR. NAOFAL AL-DHAHIR**

  I, Andrew S. Ong, declare:

  1.  I am a partner at Goodwin Procter LLP, counsel of record for Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology (collectively, "CommScope"). I am over the age of 18 years, have personal knowledge of the matters in this declaration, and if called as a witness, I would and could competently testify to them.

  2.  [REDACTED]

1

2

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 25, 2023, in San Francisco, California.

/s/ *Andrew S. Ong*
Andrew S. Ong

2