# Exhibit CC

**Redacted in Full**