IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC | § | |
| | § | |
| V | § | 2:21-CV-310-JRG |
| | § | |
| COMMSCOPE HOLDING COMPANY, INC. ET AL | § § | |

**NOTICE OF ATTORNEY APPEARANCE**

Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology Inc. and ARRIS Enterprises LLC hereby notify the Court that Deron R. Dacus of the firm The Dacus Firm, P.C., 821 ESE Loop 323, Suite 430, Tyler, Texas 75701, 903/705-1117, ddacus@dacusfirm.com, has entered this action as counsel to be noticed on their behalf.  In connection with this notice, Mr. Dacus requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on him at the above address and contact information.

                                                Respectfully submitted,

                                                */s/ Deron R. Dacus*
                                                Deron R. Dacus
                                                Texas Bar No. 00790553
                                                THE DACUS FIRM, P.C.
                                                821 ESE Loop 323, Suite 430
                                                Tyler, Texas 75701
                                                903-705-1117 (phone)
                                                903-581-2543 (fax)
                                                E-mail: ddacus@dacusfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 3rd day of February, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Deron R. Dacus*
Deron R. Dacus