UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br>    *Plaintiff*,<br>v.<br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC<br>    *Defendants*. | CIV. A. NO. 2:21-CV-310-JRG |

**DECLARATION OF ROSS R. BARTON IN SUPPORT OF
COMMSCOPE'S MOTIONS *IN LIMINE*__**

I, Ross R. Barton, declare:

1.  I am a partner at Alston & Bird LLP, counsel of record for Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology (collectively, "CommScope"). I am over the age of 18 years, have personal knowledge of the matters in this declaration, and if called as a witness, I would and could competently testify to them.

2.  Attached hereto as **Exhibit A** is a true and correct copy of *Ericsson, Inc. v. Apple, Inc.*, No. 2:21-cv-00376-JRG, Dkt. 291 (E.D. Tex. Nov. 29, 2022).

3.  Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Expert Report of Dr. Jonathan D. Putnam dated August 29, 2022.

4.  Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the August 4, 2022 deposition transcript of Abha S. Divine.

5.  Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the July

1

13, 2022 deposition transcript of Marcos Tzannes.

6. Attached hereto as **Exhibit E** is a true and correct copy of the June 15, 2022 Email from Bo Davis.

7. Attached hereto as **Exhibit F** is a true and correct copy of the July 12, 2022 Email from Rudy Fink.

8. Attached hereto as **Exhibit G** is a true and correct copy of the July 28, 2022 Email from Bo Davis.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the January 15, 2020 Family 2 Trial Transcript.

10. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the May 23, 2019 Family 3 Trial Transcript.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2023, in Charlotte, North Carolina.

                      /s/ *Ross R. Barton*
                      Ross R. Barton

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel on February 8, 2023.

                                                        */s/ Ross R. Barton*
                                                          Ross Barton