# EXHIBIT H

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF DELAWARE

 3

 4    TQ DELTA, LLC,                   )
                                       )
 5               Plaintiff,            )
                                       ) C.A. No. 13-1835-RGA
 6    v.                               ) Family 2
                                       )
 7    2WIRE, INC.,                     ) JURY TRIAL DEMANDED
                                       )
 8               Defendant.            )

 9
                                      J. Caleb Boggs Courthouse
10                                    844 North King Street
                                      Wilmington, Delaware
11
                                      Wednesday, January 15, 2020
12                                    9:00 a.m.
                                      Trial Volume 3
13

14    BEFORE:   THE HONORABLE RICHARD G. ANDREWS, U.S.D.C.J.

15    APPEARANCES:

16              FARNAN, LLP
                BY:  MICHAEL J. FARNAN, ESQUIRE
17
                          -and-
18
                McANDREWS HELD & MALLOY
19              BY:  PETER J. McANDREWS, ESQUIRE
                BY:  PAUL W. McANDREWS, ESQUIRE
20              BY:  THOMAS J. WIMBISCUS, ESQUIRE
                BY:  RAJENDRA A. CHIPLUNKAR, ESQUIRE
21              BY:  ASHLEY RATYCZ, ESQUIRE

22                        -and-

23              ROBINS KAPLAN LLP
                BY:  DAVID A. PRANGE, ESQUIRE
24
                                        For the Plaintiff
25
```

```
 1    APPEARANCES CONTINUED:

 2              MORGAN LEWIS & BOCKIUS LLP
                BY:  JODY C. BARILLARE, ESQUIRE
 3
                          -and-
 4
                GOODWIN PROCTER LLP
 5              BY:  BRETT SCHUMAN, ESQUIRE
                BY:  DOUGLAS KLINE, ESQUIRE
 6              BY:  ANDREW ONG, ESQUIRE
                BY:  RACHEL M. WALSH, ESQUIRE
 7
                              For the Defendant
 8
                     ***   PROCEEDINGS   ***
 9

10            THE COURT:  All right.  Good morning, everyone.

11    Please be seated.

12            Mr. Ong.

13            MR. ONG:  Good morning, Your Honor.  2Wire had

14    one more Rule 50 motion that it was planning on bringing.

15    It was about non-infringement for ATM bonding, the G.998.2

16    standard.  We met and conferred with the other side.  They

17    said that is not part of the case and so if they are willing

18    to state on the record that they're not accusing that, then

19    we don't need to bring that motion.

20            THE COURT:  Well, I haven't heard any evidence

21    that would support it, so I think they're not bringing it,

22    right, Mr. McAndrews?

23            MR. McANDREWS:  That's right.  That's consistent

24    with the expert reports and the final contentions.

25            THE COURT:  Okay.
```

```
 1   technically an employee of ComScope?
 2   A.    I am not an employee of ComScope.
 3   Q.    Thank you.  But you did consulting work for ComScope,
 4   correct?
 5   A.    I do.
 6   Q.    Thank you.  You also mentioned Broadcom early in your
 7   testimony.  2Wire is a major purchaser of Broadcom's
 8   semiconductor chips, correct?
 9   A.    Yes.
10   Q.    In fact, you understand that 2Wire purchases millions
11   of DSL semiconductor chips from Broadcom, correct?
12   A.    I don't know the exact numbers offhand, but it's a
13   lot.
14   Q.    Millions.  Do you understand that?
15   A.    What's your question?
16   Q.    Do you understand that 2Wire has purchased millions
17   of DSL semiconductor chips from Broadcom?
18   A.    So if somebody told me that 2Wire bought millions of
19   chips from Broadcom, it would not surprise me.
20   Q.    Thank you.  Your know what, if we could, can we flip
21   to what was tab 2 in your direct examination binder.  I
22   believe it's JTX 0012.
23   A.    0012, yes, uh-huh.
24   Q.    And let me point you down to the section where it
25   says ADSL/VDSL pair bonding.
```

```
 1    A.     Yes.
 2    Q.     That says the 5168 and residential gateway featured
 3    bonded ADSL2/VDSL2 modem technology.  That's an accused
 4    product, not referring to just the semiconductor chip that's
 5    in the product, correct?
 6    A.     This is -- I mean, what you've highlighted there is
 7    referring to the product.
 8    Q.     Thank you.  The 5168NV is the product?
 9    A.     That's the product.
10    Q.     Thank you.  Can I direct your attention to the second
11    page of 0012?
12    A.     Yes.
13    Q.     You made a point of stating that this document does
14    not identify G.INP or G.998.1 which is ATM bonding, but if
15    you look under the DSL modem section, specifically it does
16    identify ethernet bonding pursuant to G.998.2; is that
17    correct?
18    A.     That's correct.
19    Q.     And Mr. Miller, I don't know if we need to walk
20    through them, but JTX 0013, which is the data sheet for the
21    5168NV and JTX 0008, which is the data sheet for 5268AC also
22    identify ethernet bonding pursuant to 998.2; is that
23    correct?
24    A.     I believe that's correct, yes.
25    Q.     Okay.  You'd agree that the DSL functionality among
```

```
 1     the 5168N and 5168NV and 5268AC is identical?
 2     A.     Yes.
 3     Q.     The accused products are all capable of bonding,
 4     correct?
 5     A.     Capable -- yes.
 6     Q.     And the accused products all support using different
 7     data rates of the two bonded lines; is that correct?
 8     A.     That's correct.
 9     Q.     And with respect to whether the accused products
10     employ any technique to attempt to reduce a difference in
11     latency between the bonded links, that would take place on
12     the code on Broadcom 63168 chip, correct?
13     A.     That's what I would assume, yes.
14     Q.     Okay.  And you received that as object code, correct?
15     A.     That's correct.
16     Q.     And that's not human readable by you?
17     A.     That's correct.
18     Q.     I think you mentioned very briefly 2Wire's
19     participation in the ITU.  Do you recall that?
20     A.     Yes.  When?
21     Q.     During your testimony.
22     A.     Okay.
23     Q.     Okay.  Are you aware of any contributions by 2Wire
24     that were adopted into any ITU DSL standard?
25     A.     I don't know personally of any contributions that
```

1   ==were actually accepted into a standard.  I just know that==
2   ==they took contributions to the ITU.==
3   Q.     Thank you.
4              MR. McANDREWS:  I have no further questions, Mr.
5   Miller.  Thank you very much.
6              THE COURT:  Thank you, Mr. McAndrews.  Any
7   redirect?
8              MR. WALSH:  No, Your Honor.
9              THE COURT:  All right.  Mr. Miller, you can step
10  down.  Watch your step.
11             THE COURT:  All right.  What's next?
12             MR. SCHUMAN:  Your Honor, 2Wire calls
13  Christopher Cahill by video.  It's a short clip.
14             THE COURT:  All right.
15             (Video played.)
16             "Question:  Could you please state and spell
17  your full name for the record?
18             "Answer:  Sure.  Christopher William Cahill.
19  C-H-R-I-S-T-O-P-E-R, William, W-I-L-L-I-A-M, Cahill,
20  C-A-H-I-L-L.
21             "Question:  I've handed to you what's been
22  marked as the latest exhibit 514 and that is a copy of U.S.
23  patent number 7,453,881.  Mr. Cahill, do you recognize this
24  document?
25             "Answer:  Yes.