# EXHIBIT I

803

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF DELAWARE

 3

 4     TQ DELTA LLC,                    )
                                        )
 5                      Plaintiff,      )
                                        ) C.A. No. 13-1835-RGA
 6     v.                               )
                                        )
 7     2WIRE, INC.,                     )
                                        )
 8                      Defendant.      )

 9
                                        J. Caleb Boggs Courthouse
10                                      844 North King Street
                                        Wilmington, Delaware
11
                                        Thursday, May 23, 2019
12                                      8:30 a.m.
                                        Trial Volume IV
13

14     BEFORE:  THE HONORABLE RICHARD G. ANDREWS, U.S.D.C.J.

15     APPEARANCES:

16              FARNAN LLP
                BY:  MICHAEL J. FARNAN, ESQUIRE
17
                        -and-
18
                MCANDREWS HELD & MALLOY, LTD
19              BY:  PETER J. MCANDREWS, ESQUIRE
                BY:  PAUL W. MCANDREWS, ESQUIRE
20              BY:  JAMES MURPHY, ESQUIRE
                BY:  THOMAS WIMBISCUS, ESQUIRE
21
                        -and-
22
                ROBINS KAPLAN LLP
23              BY:  DAVID A. PRANGE, ESQUIRE
                BY:  BENJAMIN C. LINDEN, ESQUIRE
24
                                        For the Plaintiff
25
```

```
 1    APPEARANCES CONTINUED:

 2              MORGAN LEWIS
              BY:  JODY C. BARILLARE, ESQUIRE
 3
                        -and-
 4
              GOODWIN PROCTER, LLP
 5            BY:  BRETT SCHUMAN, ESQUIRE
              BY:  RACHEL WALSH, ESQUIRE
 6            BY:  DOUGLAS KLINE, ESQUIRE
              BY:  ANDREW ONG, ESQUIRE
 7            BY:  CINDY CHANG, ESQUIRE

 8                                For the Defendant

 9              ***  PROCEEDINGS  ***

10

11              THE CLERK:  All rise.

12              THE COURT:  All right.  Good morning, everyone.

13    Please be seated.  So I understand there's something I can

14    do for you.

15              MR. PRANGE:  Good morning, Your Honor.  David

16    Prange on behalf of TQ Delta.  I have just a brief

17    housekeeping issue potentially, and it relates to probably a

18    belabored subject on the exhibits relating to the Broadcom

19    source code and other Broadcom material.

20              THE COURT:  Okay.

21              MR. PRANGE:  I'd simply ask -- and I'd like to

22    just -- so the record is clear, I'd like to make a motion to

23    move those into the record.

24              THE COURT:  Okay.

25              MR. PRANGE:  And then also I have a proposal in
```

1    infringement, TQ Delta bore the burden.  But our burden of

2    proving infringement is just by a preponderance.  On a

3    scale, just a feather, just enough to move it in our favor.

4    If you believe that it's slightly more likely than not that

5    we have proven infringement, then you should find in favor

6    of TQ Delta on the issue of infringement.

7            On the invalidity side and invalidity will apply

8    both to invalidity in view of the prior art, whether the

9    claims are obvious, it also applies to whether 2Wire has

10   proven that the certificate of correction was issued

11   improperly.  2Wire bears a very heavy burden there.  It's a

12   clear and convincing burden, so they would have to tip the

13   scales much further down on their side to prove invalidity,

14   and we don't believe they have done that.

15           What I'm going to do, I'm not going to take you

16   through all the evidence, I'm not going to argue the entire

17   case to you here.  What I'm going to do is remind you some

18   of the things that you heard and bring back some of what you

19   have seen over the last few days and you can hopefully

20   understand and put yourself back to where you heard

21   Dr. Cooklev testify, Dr. Almeroth testify, the inventor,

22   Mark Tzannes testify.  If you could put yourself back there

23   when you listen to those words, what you felt based on your

24   common sense whether you were hearing the truth.

25           So Mark Tzannes, he's an innovator.  He devoted

1     his life's work, thirty years to the DSL industry.  He's got

2     more than a hundred patents.  And he contributed to the

3     development of these very important standards.

4             2Wire on the other hand, you didn't hear that

5     they were contributors.  Instead, they're implementers.  So

6     they took the benefits that Mr. Tzannes provided by working

7     very hard on the standards and they benefitted from that.

8     They benefitted from that, but they don't want to pay for

9     it, they don't want to acknowledge that they're using it.

10    They don't want to do what's right.  They should have taken

11    a license when they were approached six years ago, but they

12    didn't want to do that.

13            Something else.  They're trying to diminish the

14    value of the invention based on combinations, bits and

15    pieces of the prior art.  But we haven't heard yet anywhere,

16    and I think it was acknowledged yesterday in the testimony,

17    that never before is the complete invention of the claims,

18    was it placed in a patent, was it placed in a proposal or

19    placed in a device.  By the way, there was some testimony

20    during I think it was what's called recross of Dr. Cooklev

21    where there was a patent put up and the attorney for 2Wire

22    highlighted the word device.  That doesn't make it a device.

23    A device is something that's actually been built.

24            Of course patents can describe devices, they

25    would describe what they hope would be built, but that's not