## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>*Defendants*. | Civil Action No.: 2:21-cv-310 |

### [PROPOSED] ORDER GRANTING COMMSCOPE'S MOTIONS *IN LIMINE*

Pending before the Court are CommScope's Motions *in Limine*. The Court, having considered the Motions and the supporting exhibits and declarations, **ORDERS** as follows:

<u>CommScope's MIL 1</u> **Exclude Use of the Terms "Holdout," "Holdup," and "Unwilling Licensee"**

The MIL is **GRANTED**.

<u>CommScope's MIL 2</u> **Exclude Privileged Testimony from Marcos Tzannes**

The MIL is **GRANTED**.

<u>CommScope's MIL 3</u> **Exclude Any Testimony Contrary to TQ Delta's 30(b)(6) Testimony**

The MIL is **GRANTED**.

<u>CommScope's MIL 4</u> **Exclude Any Evidence, Testimony, or Argument Regarding Offers by CommScope During Settlement Negotiations**

The MIL is **GRANTED**.

<u>CommScope's MIL 5</u> **Exclude Any Evidence, Testimony, or Argument Relating to CommScope's (and Any Predecessor Entities') Contributions to Standard-Setting Organizations**

The MIL is **GRANTED**.