## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

|  |  |
|---|---|
| TQ Delta, LLC,<br>　　　　　　*Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>　　　　　　*Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED<br><br>████████████████ |

## <u>DECLARATION OF RUDOLPH FINK IV</u>

I, Rudolph Fink IV, state as follows in support of Plaintiff TQ Delta, LLC's Partially Opposed Motions *in Limine*:

1. I am a partner at The Davis Firm, P.C. and counsel of record for TQ Delta, LLC. I am a member of good standing of the State Bar of Texas. I have personal knowledge of the facts set forth in this Declaration.

2. Exhibit 01 is a true and correct copy of TQD_TX00067742 produced in this case.

3. Exhibit 02 is a true and correct copy of excerpts of the August 4, 20022 deposition of Ms. Ahba Divine.

4. Exhibit 03 is a true and correct copy of excerpts of the August 12, 2022 deposition of Mr. Mark Roche.

5. Exhibit 04 is a true and correct copy of excerpts of the September 12, 2018 deposition of Mr. Mark Roche.

6. Exhibit 05 is a true and correct copy of TQD_TX00472068 produced in this case.

7. Exhibit 06 is a true and correct copy of TQD_TX00472096 produced in this case.

8. Exhibit 07 is a true and correct copy of excerpts of the January 13, 2020 trial transcript from *TQ Delta, LLC v. 2Wire, Inc.*, No. 1:13-cv-1835-RGA (D. Del. filed Nov. 4, 2013).

9. Exhibit 08 is a true and correct copy of excerpts of the May 22, 2019 trial transcript from *TQ Delta, LLC v. 2Wire, Inc.*, No. 1:13-cv-1835-RGA (D. Del. filed Nov. 4, 2013).

10. Exhibit 09 is a true and correct copy of excerpts from CommScope's Sixth Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories (Nos. 1-18) served on November 14, 2022, in this case.

11. Exhibit 10 is a true and correct copy of excerpts of the Court's June 1, 2022 Markman Hearing in this case.

12. Exhibit 11 is a true and correct copy of excerpts of the Responsive Expert Report of Dr. Leonard J. Cimini, Jr. On The Noninfringement of The Family 1 And 4 Patents served in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of February, 2022, in Dallas, Texas.

**/s/ Rudolph Fink IV**
Rudolph Fink IV