# EXHIBIT 1

███████████████

## Patent Statement and Licensing Declaration

(Typically one per ITU-T Recommendation)
*This declaration does not represent an implied license grant*

| | | | |
|---|---|---|---|
| Please return to: | Director<br>Telecommunication Standardization Bureau<br>International Telecommunication Union | | Place des Nations<br>CH-1211 Geneva 20, Switzerland<br>Fax: +41 22 730 5853 |

**Patent Holder/Organization:**
Legal Name: Aware, Inc.

**Contact for license application:**
Name & Department: Kevin Russell
Address: 40 Middlesex Turnpike
Bedford, MA 01730 United States
Tel.: (781) 687-0335
Fax: (781) 687-0460
E-mail: krussell@aware.com

**ITU-T Recommendation:**
Number:
Title: ITU-T Recommendation VDSL2

**Licensing declaration**
The Patent Holder believes to hold granted patents and/or pending applications, whose use would be required to implement the above ITU-T Recommendation and hereby declares, in accordance with the Statement on ITU-T Patent Policy (see ITU-T web site), that (check one box only).

☐ 1   The Patent Holder is prepared to grant – on the basis of reciprocity for the above ITU-T Recommendation – a free license to an unrestricted number of applicants on a worldwide, non-discriminatory basis to manufacture, use and/or sell implementations of the above ITU-T Recommendation.

☒ 2   The Patent Holder is prepared to grant – on the basis of reciprocity for the above ITU-T Recommendation – a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to manufacture, use and/ or sell implementations of the above ITU-T Recommendation.
Such negotiations are left to the parties concerned and are performed outside the ITU-T.

☐ 3   The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above. In this case, the following information must be provided as part of this declaration:
- patent registration/application number;
- an indication of which portions of the Recommendation are affected.
- a description of the patent claims covering the Recommendation;

**Signature**
Organization: Aware, Inc.
Name of authorized person: Kevin Russell
Title of authorized person: Corporate Counsel
Signature: *[signature]*
Place, Date: Bedford, MA U.S.A. April 5, 2005

| Patent Information (desired but not required) | | | |
|---|---|---|---|
| No. | Registration Number/ Country | Title/ Inventor | Status [granted/ pending] |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |