**EXHIBITS 2 – 6**
**FILED UNDER SEAL IN THEIR ENTIRETY**