**EXHIBIT 7**

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF DELAWARE

 3

 4   TQ DELTA, LLC,                )
                                   )
 5              Plaintiff,         )
                                   ) C.A. No. 13-1835-RGA
 6   v.                            ) Family 2
                                   )
 7   2WIRE, INC.,                  ) JURY TRIAL DEMANDED
                                   )
 8              Defendant.         )

 9
                                   J. Caleb Boggs Courthouse
10                                 844 North King Street
                                   Wilmington, Delaware
11
                                   Monday, January 13, 2020
12                                 9:00 a.m.
                                   Trial Volume 1
13

14   BEFORE:  THE HONORABLE RICHARD G. ANDREWS, U.S.D.C.J.

15   APPEARANCES:

16              FARNAN, LLP
                BY:  MICHAEL J. FARNAN, ESQUIRE
17
                         -and-
18
                McANDREWS HELD & MALLOY
19              BY:  PETER J. McANDREWS, ESQUIRE
                BY:  PAUL W. McANDREWS, ESQUIRE
20              BY:  THOMAS J. WIMBISCUS, ESQUIRE
                BY:  RAJENDRA A. CHIPLUNKAR, ESQUIRE
21              BY:  ASHLEY RATYCZ, ESQUIRE

22                       -and-

23              ROBINS KAPLAN LLP
                BY:  DAVID A. PRANGE, ESQUIRE
24
                                   For the Plaintiff
25
```

```
 1   APPEARANCES CONTINUED:

 2              MORGAN LEWIS & BOCKIUS LLP
                BY:  JODY C. BARILLARE, ESQUIRE
 3
                         -and-
 4
                GOODWIN PROCTER LLP
 5              BY:  BRETT SCHUMAN, ESQUIRE
                BY:  DOUGLAS KLINE, ESQUIRE
 6              BY:  ANDREW ONG, ESQUIRE
                BY:  RACHEL M. WALSH, ESQUIRE
 7
                              For the Defendant
 8

 9              ***   PROCEEDINGS   ***

10              DEPUTY CLERK:  All rise.

11              THE COURT:  All right.  Good morning, everyone.

12   Please be seated.

13              So the only thing that I have at all on my

14   agenda here -- that's not actually true.  The main thing

15   that I have on my agenda here is that I did get the two

16   letters and the deposition designations, and I don't have a

17   answer for you right now.  Although I think that once we

18   take out the things that 2Wire says it's not actually

19   proposing, basically we have two different series of

20   questions and answers, and they only take up about two or

21   three pages of the transcript.  So I'm reading them, but I

22   haven't finished reading them yet, but I will probably do

23   that while you're passing the exhibits back and forth to

24   pick the jury.

25              Just to refresh my memory on this, basically
```

1    latency among bonded lines; isn't that right?
2    A.    So, okay, I don't know what you mean by that exactly.
3    Like I said, the ideas came from me and from my
4    co-inventors, so these ideas ended up in the standard in
5    both places.  So of course I -- what do you mean propose,
6    what do you mean by propose?
7    Q.    Matt, can we go to -- hold on Matt.
8          Do you know who Hugh Barrass is, Mr. Tzannes?
9    A.    Yes.
10   Q.    Hugh Barrass was with a company called Cisco Systems;
11   right?
12   A.    Uh-huh.
13   Q.    And Cisco Systems participated in 802.3ah; right?
14   A.    Yes.
15   Q.    And Mr. Barrass made contributions regarding how
16   differential delay among bonded transceivers should be
17   handled in 802.3ah; right?
18   A.    Yes.
19   Q.    In fact, it was Mr. Barrass who made the proposal to
20   limit to some maximum the differential latency among bonded
21   transceivers in 802.3ah; isn't that right?
22   A.    Yes.  And he made that proposal after my -- he makes
23   this propose, he's aware of my idea.  This happened all the
24   time, counselor, so if you have a good idea, other people
25   can actually support it, and they will make contributions by

1   saying hey, this is the way we should do this.  So you're
2   talking about much later, you understand, this happened much
3   later, all these contributions, after my idea and my patent
4   was already published, it's already actually out there.
5   Q.     Are you testifying, Mr. Tzannes, that's when Mr. Hugh
6   Barrass from Cisco Systems proposed limiting maximum
7   differential delay on bonded lines on 802.3ah he was
8   actually ripping off our idea?
9   A.     No, I'm saying the opposite, I'm not saying that.  I
10  can show you numerous contributions, I have made them, other
11  people have made them, that involve ideas that maybe other
12  people come up with.  Like you said, I didn't invent the
13  Reed Solomon coder, but I like Reed Solomon code so I
14  propose it.  Does that mean I'm ripping off Reed Solomon?
15  No.  If it's a good idea, you propose it.
16  Q.     You're aware there is a database maintained by the
17  IEEE, Mr. Tzannes, on the people who make comments on
18  standards as they're being developed at the IEEE?
19  A.     I'm sure there is.
20  Q.     You're aware that that database reflects a comment
21  from Mr. Barrass which tracks almost precisely the language
22  in the 802.3ah standard for dealing with differential
23  latency among bonded transceivers?
24  A.     Say that again.
25  Q.     You're aware that the language in the comment from

1  Mr. Barrass in the IEEE 802.3ah database tracks nearly word
2  for word the language that winds up in the 802.3ah standard
3  for how to deal with differential latency between bonded
4  transceivers?
5  A.    I'm not surprised, if Hugh made a proposal, again,
6  based on my idea that he word it in a certain way that
7  standards committee liked the wording, they may have adopted
8  his language.
9  Q.    Can you put up the comparison.
10        Mr. Tzannes, at the top is Mr. Barrass's comment
11  in the IEEE 802.3ah database for how to deal with
12  differential latency among bonded transceivers.  He says the
13  PMD control of aggregated links must ensure that the maximum
14  latency difference between any two aggregated links
15  corresponds to no more than 64,000 bit times.  This must be
16  achieved by adjusting the bit rate, error correction and
17  interleaving functions in the PMA/PMD of each link.  Note
18  that the burst noise protection offered by the error
19  correction and interleaving functions is directly
20  proportional to the latency, therefore, it is logical that
21  multiple aggregated links in the same environment should be
22  optimized to have similar latencies.
23        Did I read that correctly?
24  A.    Yes.
25  Q.    Okay.  And did you have an independent recollection,

1   as you sit here today, Mr. Tzannes, that that was
2   Mr. Barrass' contribution to 802.3ah?
3           MR. PAUL McANDREWS:  Your Honor, I object under
4   402 and 403 as a defense that has never been set forth.  I
5   request a side-bar.
6           THE COURT:  I don't think it actually is a
7   defense, but that doesn't mean that it's not relevant so I'm
8   going to overrule the objection.
9           MR. PAUL McANDREWS:  Thank you, Your Honor.
10  BY MR. SCHUMAN:
11  Q.    And then what we have here, Mr. Tzannes, this is
12  actually the language -- the lower part of the slide is
13  actually the language in the 802.3ah standard, the one
14  that's incorporated into 998.2; right?
15  A.    Right.
16  Q.    And it starts out by saying the PMD control of
17  aggregated links controls the maximum latency difference
18  between any two aggregated links.  Pretty similar to the
19  first sentence of Mr. Barrass' comment; right?
20  A.    Yes.
21  Q.    The difference is actually the must ensure that is
22  removed when we get to the 802.3ah standard for Mr. Barrass'
23  comment; right?
24  A.    Yeah, I see that.
25  Q.    Okay.  And then the next sentence that was actually

1   in the standard says, This is achieved by configuring the

2   bit rate, error correction, and interleaving functions in

3   the PMA/PMD of each link.

4            That's pretty close to what Mr. Barrass said in

5   the second sentence of his comment; right?

6   A.   Yes.

7   Q.   And actually the difference is Mr. Barrass said this

8   must be achieved by adjusting the bit rate, error

9   correction, and interleaving function.  And when we get to

10  the final standard, it no longer says this must be achieved;

11  right?  The must be is removed; right?

12  A.   Yes.

13  Q.   And then the third sentence winds up in the final

14  standard says, The burst noise protection offered by the

15  error correction and interleaving functions is directly

16  proportional to the latency, therefore it is logical that

17  multiple aggregated links in the same environment should be

18  optimized to have similar latencies.

19           And the only difference between that third

20  sentence of what's actually in the standard and what

21  Mr. Barrass' comments should be in the standard is the

22  removal of the words note that; correct?

23  A.   Correct.

24  Q.   You knew Mr. Barrass; right?

25  A.   Yeah.

1    Q.      He since passed away.  You know that; right?

2    A.      I know.

3    Q.      Did you ever tell Mr. Barrass that you had a patent

4    dealing with what he was proposing here for IEEE 802.3ah?

5    A.      Oh, he knew it.  He knew it already.

6              MR. SCHUMAN:  Thank you, Mr. Tzannes.  I don't

7    have anymore questions for Mr. Tzannes.

8              THE COURT:  Any redirect?

9              MR. PAUL McANDREWS:  Yes, Your Honor, just a few

10   questions.

11             THE COURT:  Sure.

12                      REDIRECT EXAMINATION

13   BY MR. PAUL McANDREWS:

14   Q.      Could you please -- I'm sorry would you please put --

15   go ahead.

16             MR. SCHUMAN:  Your Honor, I want to move to

17   admit JTX 25.  It's the joint trial exhibit that's the

18   802.3ah standard.

19             MR. PAUL McANDREWS:  Without objection.

20             THE COURT:  Without objection.

21             (JTX 25 was admitted into evidence.)

22             MR. PAUL McANDREWS:  Would you please put back

23   up on the screen the comments from Mr. Barrass that

24   Mr. Schuman was just presenting to him?

25   BY MR. PAUL McANDREWS: