# EXHIBIT 10

```
                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF TEXAS
                           MARSHALL DIVISION

TQ DELTA, LLC.,                    ( CAUSE NO. 2:21-CV-310-JRG
                                   ) (Lead Case)
        Plaintiff,                 (
                                   )
vs.                                (
                                   )
COMMSCOPE HOLDING COMPANY,         (
INC., et al.,                      )
                                   (
        Defendants.                )
_____
TQ DELTA, LLC.,                    ( CAUSE NO. 2:21-CV-309-JRG
                                   ) (Member Case)
        Plaintiff,                 (
                                   )
vs.                                (
                                   )
NOKIA OF AMERICA CORPORATION,      (
et al.,                            ) MARSHALL, TEXAS
                                   ( JUNE 1, 2022
        Defendants.                ) 9:00 A.M.
_____

_____

                         MARKMAN HEARING

            BEFORE THE HONORABLE RODNEY GILSTRAP
              UNITED STATES CHIEF DISTRICT JUDGE
_____




                  SHAWN McROBERTS, RMR, CRR
                    100 E. HOUSTON STREET
                   MARSHALL, TEXAS  75670
                       (903) 923-8546
               shawn_mcroberts@txed.uscourts.gov
```

```
 1                     A P P E A R A N C E S

 2         FOR THE PLAINTIFF:     DAVIS FIRM, P.C.
                                  213 N. FREDONIA ST., SUITE 230
 3                                LONGVIEW, TEXAS  75601
                                  (903) 230-9090
 4                                BY: MR. RUDOLPH FINK
                                      MR. CHRISTIAN HURT
 5                                    MR. WILLIAM DAVIS

 6                                McANDREWS HELD & MALLOY, LTD
                                  500 W. MADISON ST., 34TH FLOOR
 7                                CHICAGO, ILLINOIS  60661
                                  (312) 775-8000
 8                                BY:  MR. PETER McANDREWS

 9         FOR THE DEFENDANT:     GOODWIN PROCTOR, LLP - BOSTON
           (CommScope)            100 NORTHERN AVENUE
10                                BOSTON, MASSACHUSETTS  02210
                                  (617) 570-1209
11                                BY:  MR. DOUGLAS KLINE

12                                GOODWIN PROCTER, LLP -
                                  MENLO PARK
13                                135 COMMONWEATH DRIVE
                                  MENLO PARK, CALIFORNIA  94025
14                                (650) 752-3100
                                  BY:  MR. ANDREW ONG
15
                                  FINDLAY CRAFT, PC
16                                102 N. COLLEGE AVE., SUITE 900
                                  TYLER, TEXAS  75702
17                                (903) 534-1100
                                  BY:  MR. ERIC FINDLAY
18
           FOR THE DEFENDANT:     ALSTON & BIRD, LLP-NC
19         (Nokia)                101 SOUTH TRYON STREET
                                  SUITE 4000
20                                CHARLOTTE, NC  28280
                                  (704) 444-1025
21                                BY:  MR. MATTHEW STEVENS
                                       MS. KARLEE WROBLEWSKI
22                                     MR. NICHOLAS MARAIS
                                       MR. KIRK BRADLEY
23

24

25
```

```
 1         FOR THE DEFENDANT:     ALSTON & BIRD, LLP - ATLANTA
                (Nokia)           ONE ATLANTIC CENTER
 2                                1201 WEST PEACHTREE STREET NW
                                  #4900
 3                                ATLANTA, GEORGIA  30309-3424
                                  (404) 881-7000
 4                                BY:  MR. JOHN HAYNES
                                       MS. KATHRERINE DONALD
 5
                                  ALSTON & BIRD, LLP - DALLAS
 6                                2200 ROSS AVE., SUITE 2300
                                  DALLAS, TEXAS  75201
 7                                (214) 922-3453
                                  BY:  MR. ADAM AHNHUT
 8
           OFFICIAL REPORTER:     SHAWN M. McROBERTS, RMR, CRR
 9                                100 E. HOUSTON STREET
                                  MARSHALL, TEXAS  75670
10                                (903) 923-8546
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1    issue, it's a summary judgment infringement issue, but it does
2    stand for the general proposition that apparatus claims are
3    directed -- when they're directed to capabilities don't
4    require actual operation. And we believe that's the problem
5    with their construction. We believe that's what they're
6    advocating for--that these claims require actual operation,
7    and we respectfully request that the Court reject that
8    limitation.
9         That's all I have, Your Honor.
10            THE COURT: All right. Thank you, counsel.
11       Let me hear from the opposing parties. Go ahead,
12   Mr. Stevens.
13            MR. STEVENS: Thank you, Your Honor. Scott Stephens
14   for Defendants.
15       So the dispute that you just heard is actually not a
16   dispute in this case. We're not going to say -- to Your
17   Honor's analogy, we're not going to say that the gizmo has to
18   be taken out of the box, plugged into a wall, and actually in
19   operation. We've discussed through the meet and confer
20   process that that is not what we're saying in this case. What
21   we're saying in this case is to be configured to or operable
22   to or in operation to requires the device as shipped be able
23   to meet those claim languages; that you can't rewrite the
24   source code, change the hardware.
25            I think Mr. Davis said, if I heard him correctly, that