# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC, <br>     *Plaintiff*, <br><br> v. <br><br> CommScope Holding Company, Inc., *et al.*, <br>     *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG <br><br> JURY TRIAL DEMANDED |

## ORDER

Before the Court is Plaintiff TQ Delta, LLC's Partially Opposed Motions *in Limine* ("Motion"). Having reviewed the briefing in light of the record and the applicablelaw, the Court hereby GRANTS TQ Delta, LLC's Motion.

**SO ORDERED**