# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>        *Plaintiff,*<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>        *Defendants.* | Civil Action No.: 2:21-cv-310 |

## COMMSCOPE'S DISCLOSURES PURSUANT TO 35 U.S.C. § 282

Defendant CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, and ARRIS Enterprises, LLC (collectively, "CommScope") hereby provides its written notice pursuant to 35 U.S.C. § 282 to Plaintiff of those patents and publications that it may rely upon to anticipate, render obvious, or show the state of the art with respect to the patents-in-suit.[1] In addition to the items expressly listed in this notice, CommScope incorporates by reference its prior disclosures of patents and publications, including without limitation through its initial disclosures, discovery responses, invalidity contentions, exhibit list, witness list, expert reports, and briefing throughout this case. CommScope reserves the right to rely upon all pages of the patents and publications identified in any such disclosures, as well as those identified herein. CommScope further reserves the right to rely on any description

---

[1] The patents-in-suit are U.S. Patent No. 7,570,686; U.S. Patent No. 7,453,881; U.S. Patent No. 7,844,882; U.S. Patent No. 8,276,048; U.S. Patent No. 8,090,008; U.S. Patent No. 8,462,835; U.S. Patent No. 8,468,411; U.S. Patent No. 10,833,809; and U.S. Patent No. 9,154,354.

of the prior art within the specification of the asserted patents or items of prior art cited on their face, on any prior art cited by either the Plaintiff or the Patent Office during prosecution of the patents, CommScope's selected prior art in the disclosures above, as well as prior art that is incorporated by reference into any of that material.

A.    PATENTS AND PUBLICATIONS TO BE RELIED UPON AS ANTICIPATION OF THE PATENTS IN SUIT OR AS SHOWING THE STATE OF THE ART

| Title or Description | Date | Pages |
|---|---|---|
| U.S. Patent No. 3,511,936 (Saltzberg) | May 12, 1970 | All |
| U.S. Patent No. 3,811,038 (Reddaway) | May 14, 1974 | All |
| U.S. Patent No. 4,408,298 (Ruhland) | Oct. 4, 1983 | All |
| U.S. Patent No. 4,438,511 (Baran) | Mar. 20, 1984 | All |
| U.S. Patent No. 4,541,091 (Nishida, et al.) | Sept. 10, 1985 | All |
| U.S. Patent No. 4,566,100 (Mizuno, et al.) | Jan. 21, 1986 | All |
| U.S. Patent No. 4,644,544 (Furaya, et al.) | Feb. 17, 1987 | All |
| U.S. Patent No. 4,672,629 (Beier) | June 9, 1987 | All |
| U.S. Patent No. 4,677,622 (Okamato, et al.) | June 30, 1987 | All |
| U.S. Patent No. 4,679,227 (Hughes-Hartogs) | July 7, 1987 | All |
| U.S. Patent No. 4,716,567 (Ito, et al.) | Dec. 29, 1987 | All |
| U.S. Patent No. 4,833,706 (Hughes-Hartogs) | May 23, 1989 | All |
| U.S. Patent No. 4,924,456 (Maxwell, et al.) | May 8, 1990 | All |
| U.S. Patent No. 4,924,516 (Bremer, et al.) | May 8, 1990 | All |
| U.S. Patent No. 5,063,533 (Erhart, et al.) | Nov. 5, 1999 | All |
| U.S. Patent No. 5,101,417 (Richley, et al.) | Dec. 19, 2012 | All |
| U.S. Patent No. 5,128,619 (Bjork, et al.) | July 7, 1992 | All |
| U.S. Patent No. 5,299,257 (Fuller, et al.) | Mar. 29, 1994 | All |
| U.S. Patent No. 5,361,293 (Czerwiec) | Nov. 1, 1994 | All |
| U.S. Patent No. 5,367,516 (Miller) | Nov. 22, 1994 | All |
| U.S. Patent No. 5,392,299 (Rhines, et al.) | Feb. 21, 1995 | All |

| Title or Description | Date | Pages |
|---|---|---|
| U.S. Patent No. 5,400,322 (Hunt, et al.) | Mar. 21, 1995 | All |
| U.S. Patent No. 5,436,917 (Karasawa) | July 25, 1995 | All |
| U.S. Patent No. 5,438,329 (Gastouniotis, et al.) | Aug. 1, 1995 | All |
| U.S. Patent No. 5,490,199 (Fuller, et al.) | Feb. 6, 1996 | All |
| U.S. Patent No. 5,521,906 (Grube, et al.) | May 28, 1996 | All |
| U.S. Patent No. 5,533,008 (Grube, et al.) | July 2, 1996 | All |
| U.S. Patent No. 5,546,411 (Leitch, et al.) | Aug. 13, 1996 | All |
| U.S. Patent No. 5,563,915 (Stewart) | Oct. 8, 1996 | All |
| U.S. Patent No. 5,608,643 (Wichter, et al.) | Mar. 4, 1997 | All |
| U.S. Patent No. 5,608,733 (Valee, et al.) | Mar. 4, 1997 | All |
| U.S. Patent No. 5,617,417 (Sathe, et al.) | Apr. 1, 1997 | All |
| U.S. Patent No. 5,638,384 (Hayashi, et al.) | June 10, 1997 | All |
| U.S. Patent No. 5,682,376 (Hayashino, et al.) | Oct. 28, 1997 | All |
| U.S. Patent No. 5,694,415 (Suzuki, et al.) | Dec. 2, 1997 | All |
| U.S. Patent No. 5,694,389 (Seki, et al.) | Dec. 2, 1997 | All |
| U.S. Patent No. 5,694,466 (Xie, et al.) | Dec. 2, 1997 | All |
| U.S. Patent No. 5,699,365 (Klayman, et al.) | Dec. 16, 1997 | All |
| U.S. Patent No. 5,727,051 (Holdender) | Mar. 10, 1998 | All |
| U.S. Patent No. 5,751,741 (Voith, et al.) | May 12, 1998 | All |
| U.S. Patent No. 5,757,416 (Birch, et al.) | May 26, 1998 | All |
| U.S. Patent No. 5,790,550 (Peeters, et al.) | Aug. 4, 1998 | All |
| U.S. Patent No. 5,793,759 (Rakib, et al.) | Aug. 11, 1998 | All |
| U.S. Patent No. 5,799,014 (Kozaki, et al.) | Aug. 25, 1998 | All |
| U.S. Patent No. 5,812,599 (Van Kerckhove) | Sept. 22, 1998 | All |
| U.S. Patent No. 5,812,786 (Seaholtz, et al.) | Sept. 22, 1998 | All |
| U.S. Patent No. 5,828,677 (Sayeed, et al.) | Oct. 27, 1998 | All |
| U.S. Patent No. 5,838,268 (Frankel) | Nov. 17, 1998 | All |
| U.S. Patent No. 5,852,633 (Levin, et al.) | Dec. 22, 1998 | All |
| U.S. Patent No. 5,862,451 (Grau, et al.) | Jan. 19, 1999 | All |

| Title or Description | Date | Pages |
|---|---|---|
| U.S. Patent No. 5,864,602 (Needle) | Jan. 26, 1999 | All |
| U.S. Patent No. 5,867,400 (El-Ghoroury, et al.) | Feb. 2, 1999 | All |
| U.S. Patent No. 5,896,419 (Suzuki) | Apr. 20, 1999 | All |
| U.S. Patent No. 5,903,614 (Suzuki, et al.) | May 11, 1999 | All |
| U.S. Patent No. 5,907,563 (Takeuchi, et al.) | May 25, 1999 | All |
| U.S. Patent No. 5,910,970 (Lu) | June 8, 1999 | All |
| U.S. Patent No. 5,912,898 (Khoury) | June 15, 1999 | All |
| U.S. Patent No. 5,964,891 (Caswell, et al.) | Oct. 12, 1999 | All |
| U.S. Patent No. 5,968,200 (Amrany) | Oct. 19, 1999 | All |
| U.S. Patent No. 5,991,857 (Koetje, et al.) | Nov. 23, 1999 | All |
| U.S. Patent No. 6,002,670 (Rahman, et al.) | Dec. 14, 1999 | All |
| U.S. Patent No. 6,005,893 (Hyll) | Dec. 21, 1999 | All |
| U.S. Patent No. 6,052,411 (Mueller, et al.) | Apr. 18, 2000 | All |
| U.S. Patent No. 6,064,692 (Chow) | May 16, 2000 | All |
| U.S. Patent No. 6,067,646 (Starr) | May 23, 2000 | All |
| U.S. Patent No. 6,072,779 (Tzannes, et al.) | June 6, 2000 | All |
| U.S. Patent No. 6,081,502 (Paneth, et al.) | June 27, 2000 | All |
| U.S. Patent No. 6,084,917 (Kao, et al.) | July 4, 2000 | All |
| U.S. Patent No. 6,088,406 (Suzuki) | July 11, 2000 | All |
| U.S. Patent No. 6,112,094 (Dent) | Aug. 29, 2000 | All |
| U.S. Patent No. 6,122,247 (Levin, et al.) | Sept. 19, 2000 | All |
| U.S. Patent No. 6,125,103 (Bauml, et al.) | Sept. 26, 2000 | All |
| U.S. Patent No. 6,144,696 (Shivley, et al.) | Nov. 7, 2000 | All |
| U.S. Patent No. 6,151,690 (Peeters) | Nov. 21, 2000 | All |
| U.S. Patent No. 6,175,934 (Hershey, et al.) | Jan. 16, 2001 | All |
| U.S. Patent No. 6,177,801 (Chong) | Jan. 23, 2001 | All |
| U.S. Patent No. 6,178,448 (Gray, et al.) | Jan. 23, 2001 | All |
| U.S. Patent No. 6,182,264 (Ott) | Jan. 30, 2001 | All |
| U.S. Patent No. 6,205,410 (Cai) | Mar. 20, 2001 | All |

| Title or Description | Date | Pages |
|---|---|---|
| U.S. Patent No. 6,219,378 (Wu) | Apr. 17, 2001 | All |
| U.S. Patent No. 6,222,858 (Counterman) | Apr. 24, 2001 | All |
| U.S. Patent No. 6,233,247 (Alami, et al.) | May 15, 2001 | All |
| U.S. Patent No. 6,240,141 (Long) | May 29, 2001 | All |
| U.S. Patent No. 6,252,900 (Liu, et al.) | June 26, 2001 | All |
| U.S. Patent No. 6,253,060 (Komara, et al.) | June 26, 2001 | All |
| U.S. Patent No. 6,266,347 (Amrany, et al.) | July 24, 2001 | All |
| U.S. Patent No. 6,266,348 (Gross, et al.) | July 24, 2001 | All |
| U.S. Patent No. 6,301,268 (Laroia, et al.) | Oct. 9, 2001 | All |
| U.S. Patent No. 6,310,869 (Holtzman, et al.) | Oct. 30, 2001 | All |
| U.S. Patent No. 6,310,909 (Jones) | Oct. 30, 2001 | All |
| U.S. Patent No. 6,324,171 (Lee, et al.) | Nov. 27, 2001 | All |
| U.S. Patent No. 6,345,071 (Hamdi) | Feb. 5, 2002 | All |
| U.S. Patent No. 6,359,926 (Isaksson, et al.) | Mar. 19, 2002 | All |
| U.S. Patent No. 6,363,128 (Isaksson, et al.) | Mar. 26, 2002 | All |
| U.S. Patent No. 6,366,554 (Isaksson, et al.) | Apr. 2, 2002 | All |
| U.S. Patent No. 6,366,644 (Sisk, et al.) | Apr. 2, 2002 | All |
| U.S. Patent No. 6,381,728 (Kang) | Apr. 30, 2002 | All |
| U.S. Patent No. 6,389,080 (Barnes) | May 14, 2002 | All |
| U.S. Patent No. 6,392,572 (Shiu, et al.) | May 21, 2002 | All |
| U.S. Patent No. 6,396,837 (Wang, et al.) | May 28, 2002 | All |
| U.S. Patent No. 6,408,005 (Fan, et al.) | June 18, 2002 | All |
| U.S. Patent No. 6,424,674 (Linz, et al.) | July 23, 2002 | All |
| U.S. Patent No. 6,434,119 (Weise, et al.) | Aug. 13, 2002 | All |
| U.S. Patent No. 6,438,174 (Isaksson, et al.) | Aug. 20, 2002 | All |
| U.S. Patent No. 6,438,186 (Strait) | Aug. 20, 2002 | All |
| U.S. Patent No. 6,442,211 (Hampel, et al.) | Aug. 27, 2002 | All |
| U.S. Patent No. 6,445,730 (Greszczuk, et al.) | Sept. 3, 2002 | All |
| U.S. Patent No. 6,449,307 (Ishikawa, et al.) | Sept. 10, 2002 | All |

| Title or Description | Date | Pages |
|---|---|---|
| U.S. Patent No. 6,456,649 (Isaksson, et al.) | Sept. 24, 2002 | All |
| U.S. Patent No. 6,459,678 (Herzberg) | Oct. 1, 2002 | All |
| U.S. Patent No. 6,477,669 (Agarwal, et al.) | Nov. 5, 2002 | All |
| U.S. Patent No. 6,480,976 (Pan, et al.) | Nov. 12, 2002 | All |
| U.S. Patent No. 6,484,283 (Stephen, et al.) | Nov. 19, 2002 | All |
| U.S. Patent No. 6,493,395 (Isaksson, et al.) | Dec. 10, 2002 | All |
| U.S. Patent No. 6,507,585 (Dobson) | Jan. 14, 2003 | All |
| U.S. Patent No. 6,512,789 (Mirfakhrai) | Jan. 28, 2003 | All |
| U.S. Patent No. 6,516,027 (Kapoor, et al.) | Feb. 4, 2003 | All |
| U.S. Patent No. 6,549,512 (Wu, et al.) | Apr. 15, 2003 | All |
| U.S. Patent No. 6,522,666 (Tzannes, et al.) | Feb. 18, 2003 | All |
| U.S. Patent No. 6,553,534 (Yonge, et al.) | Apr. 22, 2003 | All |
| U.S. Patent No. 6,556,557 (Cimini, et al.) | Apr. 29, 2003 | All |
| U.S. Patent No. 6,590,860 (Sakoda, et al.) | July 8, 2003 | All |
| U.S. Patent No. 6,590,893 (Hwang, et al.) | July 8, 2003 | All |
| U.S. Patent No. 6,606,719 (Ryckebusch, et al.) | Aug. 12, 2003 | All |
| U.S. Patent No. 6,625,219 (Stopler) | Sept. 23, 2003 | All |
| U.S. Patent No. 6,631,120 (Milbrandt) | Oct. 7, 2003 | All |
| U.S. Patent No. 6,633,545 (Milbrandt) | Oct. 14, 2003 | All |
| U.S. Patent No. 6,636,603 (Milbrandt) | Oct. 21, 2003 | All |
| U.S. Patent No. 6,646,994 (Hendrichs, et al.) | Nov. 11, 2003 | All |
| U.S. Patent No. 6,657,949 (Jones, et al.) | Sept. 26, 2000 | All |
| U.S. Patent No. 6,665,733 (Witkowski, et al.) | Dec. 16, 2003 | All |
| U.S. Patent No. 6,686,879 (Shattil) | Feb. 3, 2004 | All |
| U.S. Patent No. 6,697,626 (Edison, et al.) | Feb. 24, 2004 | All |
| U.S. Patent No. 6,700,881 (Kong, et al.) | Mar. 2, 2004 | All |
| U.S. Patent No. 6,700,927 (Eslinger, et al.) | Mar. 2, 2004 | All |
| U.S. Patent No. 6,704,848 (Song) | Mar. 9, 2004 | All |
| U.S. Patent No. 6,707,822 (Fadavi-Ardekani, et al.) | Mar. 16, 2004 | All |

| Title or Description | Date | Pages |
|---|---|---|
| U.S. Patent No. 6,725,176 (Long, et al.) | Apr. 20, 2004 | All |
| U.S. Patent No. 6,731,594 (Bohnke) | May 4, 2004 | All |
| U.S. Patent No. 6,732,323 (Mitlin, et al.) | May 4, 2004 | All |
| U.S. Patent No. 6,747,964 (Bender) | Dec. 14, 1999 | All |
| U.S. Patent No. 6,748,212 (Schmutz, et al.) | June 8, 2004 | All |
| U.S. Patent No. 6,757,299 (Verma) | June 29, 2004 | All |
| U.S. Patent No. 6,772,388 (Cooper, et al.) | Aug. 3, 2004 | All |
| U.S. Patent No. 6,775,268 (Wang, et al.) | Aug. 10, 2004 | All |
| U.S. Patent No. 6,775,320 (Tzannes, et al.) | Aug. 10, 2004 | All |
| U.S. Patent No. 6,781,951 (Fifield) | Aug. 24, 2004 | All |
| U.S. Patent No. 6,788,705 (Rango) | Sept. 7, 2004 | All |
| U.S. Patent No. 6,801,570 (Yong) | Oct. 5, 2004 | All |
| U.S. Patent No. 6,822,960 (Manchester, et al.) | Nov. 23, 2004 | All |
| U.S. Patent No. 6,829,307 (Hoo, et al.) | Dec. 7, 2004 | All |
| U.S. Patent No. 6,847,702 (Czerwiec, et al.) | Jan. 25, 2005 | All |
| U.S. Patent No. 6,865,232 (Isaksson, et al.) | Mar. 8, 2005 | All |
| U.S. Patent No. 6,865,233 (Eriksson, et al.) | Mar. 8, 2005 | All |
| U.S. Patent No. 6,891,803 (Chang, et al.) | May 10, 2005 | All |
| U.S. Patent No. 6,892,339 (Polk, et al.) | May 10, 2005 | All |
| U.S. Patent No. 6,898,185 (Agazzi, et al.) | May 24, 2005 | All |
| U.S. Patent No. 6,922,444 (Cai) | July 26, 2004 | All |
| U.S. Patent No. 6,928,603 (Castagna) | Aug. 9, 2005 | All |
| U.S. Patent No. 6,941,252 (Nelson, et al.) | Sept. 6, 2005 | All |
| U.S. Patent No. 6,956,872 (Djokovic, et al.) | Oct. 18, 2005 | All |
| U.S. Patent No. 6,963,599 (Dunn) | Nov. 8, 2005 | All |
| U.S. Patent No. 6,982,964 (Beering) | Jan. 3, 2006 | All |
| U.S. Patent No. 6,983,414 (Duschatko) | Jan. 3, 2006 | All |
| U.S. Patent No. 6,988,234 (Han) | Jan. 17, 2006 | All |
| U.S. Patent No. 7,024,596 (Xin) | Apr. 4, 2006 | All |

| Title or Description | Date | Pages |
|---|---|---|
| U.S. Patent No. 7,042,900 (Czerwiec, et al.) | May 9, 2006 | All |
| U.S. Patent No. 7,058,085 (Earnshaw, et al.) | June 6, 2006 | All |
| U.S. Patent No. 7,068,657 (Keller-Tuberg) | June 27, 2006 | All |
| U.S. Patent No. 7,099,401 (Betts) | Aug. 29, 2006 | All |
| U.S. Patent No. 7,103,096 (Mitlin, et al.) | Sept. 5, 2006 | All |
| U.S. Patent No. 7,120,122 (Starr, et al.) | Oct. 10, 2006 | All |
| U.S. Patent No. 7,124,333 (Fukushima, et al.) | Oct. 17, 2006 | All |
| U.S. Patent No. 7,170,432 (Ettore) | Jan. 30, 2007 | All |
| U.S. Patent No. 7,181,177 (Pauli, et al.) | Feb. 20, 2007 | All |
| U.S. Patent No. 7,187,708 (Shiu, et al.) | Mar. 6, 2007 | All |
| U.S. Patent No. 7,197,067 (Lusky, et al.) | Mar. 27, 2007 | All |
| U.S. Patent No. 7,200,169 (Suzuki, et al.) | Apr. 3, 2007 | All |
| U.S. Patent No. 7,227,890 (Moon, et al.) | June 5, 2007 | All |
| U.S. Patent No. 7,257,764 (Suzuki, et al.) | Aug. 14, 2007 | All |
| U.S. Patent No. 7,266,132 (Liu, et al.) | Sept. 4, 2007 | All |
| U.S. Patent No. 7,269,208 (Mazzoni, et al.) | Jan. 24, 2002 | All |
| U.S. Patent No. 7,272,768 (Chang, et al.) | Sept. 18, 2007 | All |
| U.S. Patent No. 7,292,627 (Tzannes) | Nov. 6, 2007 | All |
| U.S. Patent No. 7,317,754 (Remy, et al.) | Jan. 8, 2001 | All |
| U.S. Patent No. 7,336,627 (Hasegawa, et al.) | Feb. 26, 2008 | All |
| U.S. Patent No. 7,343,543 (Mantha) | Mar. 11, 2008 | All |
| U.S. Patent No. 7,372,901 (Holcomb, et al.) | May 13, 2008 | All |
| U.S. Patent No. 7,418,240 (Hsu, et al.) | Aug. 26, 2008 | All |
| U.S. Patent No. 7,428,669 (Cioffi) | Sept. 23, 2008 | All |
| U.S. Patent No. 7,471,721 (Tzannes) | Dec. 30, 2008 | All |
| U.S. Patent No. 7,502,818 (Kohno, et al.) | Mar. 10, 2009 | All |
| U.S. Patent No. 7,570,686 (Krinsky, et al.) | Aug. 4, 2009 | All |
| U.S. Patent No. 7,600,172 (Berens, et al.) | Oct. 6, 2009 | All |
| U.S. Patent No. 7,657,818 (Cioffi, et al.) | Feb. 2, 2010 | All |

| Title or Description | Date | Pages |
|---|---|---|
| U.S. Patent No. 7,706,287 (Tanaka) | Apr. 27, 2010 | All |
| U.S. Patent No. 7,835,430 (Krinsky, et al.) | Nov. 16, 2010 | All |
| U.S. Patent No. 7,889,784 (Krinsky, et al.) | Feb. 15, 2011 | All |
| U.S. Patent No. 7,940,798 (Puputti, et al.) | May 10, 2011 | All |
| U.S. Patent No. 8,073,041 (Tzannes) | Dec. 6, 2011 | All |
| U.S. Patent No. 8,090,008 (Tzannes) | Jan. 3, 2012 | All |
| U.S. Patent No. 8,218,610 (Tzannes) | July 10, 2012 | All |
| U.S. Patent No. 8,238,412 (Krinsky, et al.) | Aug. 7, 2012 | All |
| U.S. Patent No. 8,355,427 (Tzannes) | Jan. 15, 2013 | All |
| U.S. Patent No. 8,432,412 (Krinsky, et al.) | Apr. 30, 2013 | All |
| U.S. Patent No. 8,644,341 (Petranovich) | Feb. 4, 2014 | All |
| U.S. Patent No. 8,755,890 (Yap, et al.) | July 9, 2014 | All |
| U.S. Patent No. 9,455,800 (Ysebaert, et al.) | Sept. 27, 2016 | All |
| File History for U.S. Patent No. 8,462,835 | June 11, 2013 | All |
| U.S. Provisional Appl. 60/078549 (Jacobsen, et al.) | Mar. 19, 1998 | All |
| U.S. Provisional Appl. 60/179539 (Subramanian, et al.) | Feb. 1, 2000 | All |
| U.S. Provisional Appl. 60/164134 (Tzannes) | Nov. 9, 1999 | All |
| U.S. Provisional Appl. 60/174865 (Krinsky) | Jan. 7, 2000 | All |
| U.S. Patent Appl. Publ. No. 2001/0022810 (Joo) | Sept. 20, 2001 | All |
| U.S. Patent Appl. Publ. No. 2001/0030998 (Yong) | Oct. 18, 2001 | All |
| U.S. Patent Appl. Publ. No. 2001/0039637 (Bengough) | Nov. 8, 2001 | All |
| U.S. Patent Appl. Publ. No. 2002/0041570 (Ptasinski, et al.) | Apr. 11, 2002 | All |
| U.S. Patent Appl. Publ. No. 2002/0080867 (Abbas, et al.) | June 27, 2002 | All |
| U.S. Patent Appl. Publ. No. 2002/0172188 (Wunsch) | Nov. 21, 2002 | All |
| U.S. Patent Appl. Publ. No. 2002/0137467 (Tzannes) | Sept. 26, 2002 | All |
| U.S. Patent Appl. Publ. No. 2003/0026282 (Gross, et al.) | Feb. 6, 2003 | All |
| U.S. Patent Appl. Publ. No. 2003/0063600 (Noma, et al.) | Apr. 3, 2003 | All |
| U.S. Patent Appl. Publ. No. 2003/0076870 (Moon, et al.) | Apr. 24, 2003 | All |
| U.S. Patent Appl. Publ. No. 2003/0088821 (Yokokawa, et al.) | May 8, 2003 | All |

| Title or Description | Date | Pages |
|---|---|---|
| U.S. Patent Appl. Publ. No. 2003/0093750 (Cameron) | May 15, 2003 | All |
| U.S. Patent Appl. Publ. No. 2003/0174764 (Mahany) | Sept. 18, 2003 | All |
| U.S. Patent Appl. Publ. No. 2003/0179770 (Reznic, et al.) | Sept. 25, 2003 | All |
| U.S. Patent Appl. Publ. No. 2003/0193889 (Jacobsen) | Oct. 16, 2003 | All |
| U.S. Patent Appl. Publ. No. 2004/0165658 (Hoogenbemt) | Aug. 26, 2004 | All |
| U.S. Patent Appl. Publ. No. 2005/0034046 (Berkman, et al.) | Feb. 10, 2005 | All |
| U.S. Patent Appl. Publ. No. 2005/0210355 (Itoh, et al.) | Sept. 22, 2005 | All |
| U.S. Patent Appl. Publ. No. 2005/0254441 (Levi, et al.) | Nov. 17, 2005 | All |
| U.S. Patent Appl. Publ. No. 2005/0254508 (Aksu, et al.) | Nov. 17, 2005 | All |
| U.S. Patent Appl. Publ. No. 2007/0198898 (Ysebaert, et al.) | Aug. 23, 2007 | All |
| U.S. Patent Appl. Publ. No. 2007/0258487 (Puputti) | Nov. 8, 2007 | All |
| CA Patent No. 2270721 (Grimwood, et al.) | Nov. 6, 1999 | All |
| EP Patent No. 0486229 (Linquist et al.) | May 20, 1992 | All |
| EP Patent No. 0552034 (Kaku, et al.) | July 21, 1993 | All |
| EP Patent No. 0696108 (Aizawa, et al.) | Feb. 7, 1996 | All |
| EP Patent No. 0743768 (Narahashi, et al.) | Nov. 20, 1996 | All |
| EP Patent No. 0753948 (Peeters, et al.) | June 7, 2006 | All |
| EP Patent No. 0815655 (Leitch, et al.) | Jan. 7, 1998 | All |
| EP Patent No. 0820168 (Wu) | Jan. 21, 1998 | All |
| EP Patent No. 0895389 (Williams) | Feb. 3, 1999 | All |
| EP Patent No. 0905948 (Levin) | Mar. 31, 1999 | All |
| EP Patent No. 0923821 (Isaksson, et al.) | June 23, 1999 | All |
| EP Patent No. 0957615 (Polley, et al.) | Nov. 17, 1999 | All |
| EP Patent No. 1009154 (Aravamudan, et al.) | June 14, 2000 | All |
| EP Patent No. 1119775 (Palm) | Aug. 1, 2001 | All |
| EP Patent No. 1168759 (Yi, et al.) | Jan. 2, 2002 | All |
| EP Patent No. 1507353 (Kawakami) | Feb. 16, 2005 | All |
| GB Patent No. 2300546 (Bae, et al.) | Nov. 6, 1996 | All |
| GB Patent No. 2319703 (Fortier) | May 27, 1998 | All |

| Title or Description | Date | Pages |
|---|---|---|
| JP Patent Appl. No. 2000/216758 (Kazawa) | Aug. 4, 2000 | All |
| KR Patent No. 100295086 (Lee) | July 12, 2002 | All |
| WO 1997/001900 (Pfeiffer) | Jan. 16, 1997 | All |
| WO 1998/010546 (Isaksson, et al.) | Mar. 12, 1998 | All |
| WO 1998/52312 (Chow, et al.) | Nov. 19, 1998 | All |
| WO 1999/018701 (Henderson, et al.) | Apr. 15, 1999 | All |
| WO 1999/026375 (Hakanson) | May 27, 1999 | All |
| WO 1999/039468 (Edvardsen, et al.) | Aug. 5, 1999 | All |
| WO 1999/063427 (Eichen, et al.) | Dec. 9, 1999 | All |
| WO 2000/072583 (Birnbaum, et al.) | Nov. 30, 2000 | All |
| WO 2001/042341 (Yonge, et al.) | June 7, 2001 | All |
| 3GPP TS 25.401 v.6.0.0 and 3GPP TR 25.896 v.6.0.0 | Mar. 26, 2003 | All |
| Alard, Michel, & Lassalle, Roselyne, EBU REVIEW – TECHNICAL, Principles of modulation and channel coding for digital broadcasting for mobile receivers | August 1987 | All |
| American National Standards Institute ("ANSI"), Network and Customer Installation Interfaces – Asymmetric Digital Subscriber Line (ADSL) Metallic Interface | Aug. 1995 | All |
| ANSI, Network Migration | Dec. 1997 | All |
| ANSI, T1.413 Issue 2: Network and Customer Installation Interfaces – Asymmetric Digital Subscriber Line (ADSL) Metallic Interface | June 5, 1998 | All |
| ANSI, T1.413 Issue 2: Network and Customer Installation Interfaces – Asymmetric Digital Subscriber Line (ADSL) Metallic Interface | Nov. – Dec. 1998 | All |
| ANSI/IEEE Standard 802.11, 1999 Edition (R2003), entitled "Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications" | June 12, 2003 | All |
| Aramvinth, et al., Wireless Video Transport Using Conditional Retransmission and Low-Delay Interleaving | June 2002 | All |
| ATM Forum Technical Committee, Inverse Multiplexing over ATM (IMA) Specification Version 1.0 | July 1997 | All |
| ATM Forum Technical Committee, Inverse Multiplexing over | Mar. 1999 | All |

| Title or Description | Date | Pages |
|---|---|---|
| ATM (IMA) Specification Version 1.1 | | |
| Ballard, M., Packet Status Register, Applied Digital Signal Processing: The Telebit Trailblazer Modem | 1988 | All |
| Bauml, R.W. et al, ELECTRONICS LETTERS, Reducing the Peak-to-Average Power Ratio of Multicarrier Modulation by Selected Mapping | Oct. 1996 | All |
| Boyd, S., IEEE Transactions on Circuits and Systems, Vol. CAS-33, No. 10, Multitone Signals with Low Crest Factor | Oct. 1998 | All |
| Broadband Forum: Technical Report, TR-024: DMT Line Code Specific MIB | June 1999 | All |
| Broadband Forum: Technical Report, TR-042: ATM Transport over ADSL Recommendation (Update to TR-017) | Aug. 2001 | All |
| Byrd, M., PC Magazine, 9,600-BPS Modems: Breaking the Speed Barrier | 1990 | All |
| Casas, E.F., & Leung, C., IEEE Transactions on Communications, OFDM for Data Communication Over Mobile Radio FM Channels – Part 1: Analysis and Experimental Results | 1991 | All |
| Chang, Robert W., & Gibby, Richard A., IEEE Transactions on Communication Technology, Vol. Com-16, No. 4, A Theoretical Study of Performance of an Orthogonal Multiplexing Data Transmission Scheme | Aug. 1968 | All |
| Chen, Interleaved FEC/ARQ coding for QoS multicast over the Internet | July 2004 | All |
| Chow, J.S., Tu, J.C., Cioffi, J.M., A Computational Efficient Adaptive Transceiver for High-Speed Digital Subscriber Lines | 1990 | All |
| Chow, P.S., IEEE Journal on Selected Areas in Communications, Performance Evaluation of a Mulitchannel Transceiver System for ADSL and VHDSL Services | Aug. 1991 | All |
| Chow, P.S., STANFORD UNIVERSITY, Bandwidth optimized digital transmission techniques for spectrally shaped channels with impulse noise | May 1993 | All |
| Chow, P.S., Tu, J.C., Cioffi, J.M., IEEE Journal on Selected Areas in Communications, Performance Evaluation of a Multichannel Transceiver System for ADSL and VHDSL Services | 1991 | All |

| Title or Description | Date | Pages |
|---|---|---|
| Cioffi, J.M., "A Multicarrier Primer," Amati Communications Corporation and Stanford University | Nov. 1991 | All |
| Cioffi, J.M., Communications Magazine, History of Communications: Lighting Up Copper | 2011 | All |
| Computer Networks, ATM over ADSL probe in a Telecom Italia environment | Dec. 2000 | All |
| Computerworld, Telebit Introduces Asynchronous Error Correcting Modem | 1985 | All |
| Cowell, W.R., & Burton, H.O., Computer Simulation of the Use of Group Codes with Retransmission on a Gilbert Burst Channel | Jan. 1962 | All |
| Discovery Institute, Inventing the Internet again | 1997 | All |
| Doelz, M.L., et al., Binary Data Transmission Techniques for Linear Systems | May 1957 | All |
| DSL Forum: Technical Report TR-040, Aspects of VDSL Evolution | June 2001 | All |
| DSL Forum: ADSL2 AND ADSL2plus – THE NEW ADSL STANDARDS | Mar. 25, 2003 | All |
| Eberle, IEEE Journal of Solid-State Circuits, 80-Mb/s QPSK and 72Mb/s 64-QAM Flexible and Scalable Digital OFDM Transceiver ASICs for Wireless Local Area Networks in the 5-GHz Band | Nov. 2001 | All |
| ETSI TS 125 322 v4.0.0 (2001-03) | Mar. 2003 | All |
| ETSI TS 101 270-2 1.2.1 (2003-07) | July 2003 | All |
| Forney Jr., G. David, IEEE Transactions on Communications Technology, Vol COM-19, No. 5, Burst-Correcting Codes for the Classic Bursty Channel | Oct. 1971 | All |
| Golay, M.J.E., IRE TRANS. ON INFORMATION THEORY, Complementary Series | Apr. 1961 | All |
| Golden, Philip, et al., "Fundamentals of DSL Technology" | 2006 | All |
| Halvorsen, Pal, University of Oslo, Norway, Improving I/O Performance of Multimedia Servers | Aug. 1, 2001 | All |
| Holsinger, J.L., Massachusetts Institute of Technology, Research Laboratory of Electronics, Technical Report 430, Digital Communications Over Fixed Time-Continuous | Oct. 20, 1964 | All |

| Title or Description | Date | Pages |
|---|---|---|
| Channels with Memory—With Special Application to Telephone Channels | | |
| IEEE Communications Magazine, Comparison of Single-Carrier and Multitone Digital Modulation for ADSL Applications | Nov. 1998 | All |
| IEEE Journal on Selected Areas in Communications, The HDSL Environment | Aug. 1991 | All |
| IEEE Standard P802.3ah Draft 1.0 Comments | Sept. 2002 | All |
| IEEE Standard 802.3ah-2004, entitled "Part 3: Carrier Sense Multiple Access with Collision Detection (CSMA/CD) Access Method and Physical Layer Specifications – Amendment: Media Access Control Parameters, Physical Layers, and Management Parameters for Subscriber Access Networks" | Sept. 7, 2004 | All |
| International Telecommunications Union Telecommunications Standardization Sector ("ITU-T") Recommendation No. G.712 (11/96), entitled "Transmission Performance Characteristics of Pulse Code Modulations" | Nov. 1996 | All |
| ITU-T Study Group 15 Temporary Document No. CM-022, entitled "Comments for Discussion on Requirements for ITU-T ADSL Work" | July 1997 | All |
| ITU-T Committee T1 Contribution, entitled "Liaison From T1E1.4 (T1E1.4/98-024) Regarding Performance Monitoring Requirements for ADSL" | Jan. 20, 1998 | All |
| ITU-T Study Group 15 Temporary Document No. CI-044, entitled "Proposed G.hs Physical Layer and Messaging Protocol" | Apr. 1998 | All |
| ITU-T Study Group 15 Temporary Document No. CI-051, entitled "Proposed Idle Mode Operation for G.dmt and G.lite" | Apr. 1998 | All |
| ITU-T Study Group 15 Temporary Document No. NF-026, entitled "Proposal for Fast Retrain Procedure for G.lite" | May 1998 | All |
| ITU-T Study Group 15 Temporary Document No. NF-059, entitled "Idle Mode Operation for G.lite and G.dmt" | May 1998 | All |
| ITU-T Study Group 15 Temporary Document No. WH-077, entitled "G.lite and G.dmt: Comparison of L1 Power Management Proposals" | June – July 1998 | All |
| ITU-T Study Group 15 Temporary Document No. WH-099, entitled "G.hs: Diagnosis of failed xDSL Modem Connections" | June – July 1998 | All |

| Title or Description | Date | Pages |
|---|---|---|
| ITU-T Study Group 15 Temporary Document No. AB-025R1, entitled "G.hs: More protocol refinement" | Aug. 1998 | All |
| ITU-T Study Group 15 Temporary Document No. AB-028, entitled "G.lite – Thoughts on dynamic power saving methods" | Aug. 1998 | All |
| ITU-T Study Group 15 Temporary Document No. AB-033, entitled "G.lite – Fast Restrain – Timing Requirements to Support Higher Layer Protocol Requirements" | Aug. 1998 | All |
| ITU-T Study Group 15 Temporary Document No. AB-080, entitled "G.gen: Quiescent Mode for G.lite and G.dmt" | Aug. 1998 | All |
| ITU-T Study Group 15 Temporary Document No. AB-090, entitled "G.gen: Crosstalk Issues Surrounding Power Management" | Aug. 1998 | All |
| ITU-T Study Group 15 Temporary Document No. PO-009R3, entitled "Draft Recommendation G.997.1" | Jan. 1999 | All |
| ITU-T Study Group 15 Temporary Document No. PO-38R1, entitled "G.gen - Quiescent Mode" | Jan. 1999 | All |
| ITU-T Study Group 15 Temporary Document No. MA-027, entitled "G.gen.bis: Seamless Rate Adaptation (SRA): a fast, robust, efficient protocol for on-line adaptation and power management" | Mar. – Apr. 1999 | All |
| ITU-T Study Group 15 Temporary Document No. MA-043, entitled "G.gen.bis - Improved Suspend Type Quiescent Mode" | Mar. – Apr. 1999 | All |
| ITU-T Recommendation No. G.992.1 (06/1999), entitled "Asymmetric digital subscriber line (ADSL) transceivers" | June 22, 1999 | All |
| ITU-T Recommendation No. G.992.2 (06/99), entitled "Splitterless Asymmetric Digital Subscriber Line (ADSL) Transceivers" | June 1999 | All |
| ITU-T Recommendation No. G.994.1 (06/99), entitled "Handshake Procedures for Digital Subscriber Line (ADSL) Transceivers" | June 1999 | All |
| ITU-T Recommendation No. G.997.1 (06/99), entitled "Physical layer management for digital subscriber line transceivers" | June 1999 | All |
| ITU-T Recommendation No. G.992.2, entitled "Splitterless asymmetric digital subscriber line (ADSL) transceivers" | July 1, 1999 | All |
| ITU-T Study Group 15 Delayed Contribution No. D.647 | June-July 1999 | All |

| Title or Description | Date | Pages |
|---|---|---|
| (WP1/15), entitled "G.vdsl: G.vdsl requirements restated from PO-023" | | |
| ITU-T Study Group 15 Temporary Document No. NT-037, entitled "G.gen: Seamless Rate Adaptation (SRA) and VDSL" | Nov. 1999 | All |
| ITU-T Study Group 15 Temporary Document No. NT-061R1, entitled "G.gen.bis: Combining tones for transmission" | Nov. 1999 | All |
| ITU-T Study Group 15 Temporary Document No. F1-U17R3, entitled "G.dmt.bis: Issues List for G.dmt.bis" | Nov. 1999 | All |
| ITU-T Study Group 15 Q4 Jan/Feb 2000 (Fiji) Document List | Jan. – Feb 2000 | All |
| ITU-T Study Group 15 Temporary Document No. FI-071, entitled "ADSL Diagnostics" | Jan. 2000 | All |
| ITU-T Study Group 15 Temporary Document No. F1-U18R2, entitled "G.lite.bis: Issues List" | Jan. – Feb. 2000 | All |
| ITU-T Study Group 15 Temporary Document No. F1-001, entitled "Proposed Agenda – Q4/15 – xDSL Network Access Transceivers" | Jan. – Feb. 2000 | All |
| ITU-T Study Group 15 Temporary Document No. FI-072, entitled "G.gen: G.dmt.bis and G.lite.bis System Design enabling Seamless Rate Adaptation" | Jan. – Feb. 2000 | All |
| ITU-T Study Group 15 Temporary Document No. FI-133, entitled "G.lite.bis: Proposal for Seamless Rate Adaptation based on Standard ADSL Framing and on the DRA Algorithm" | Jan. 2000 | All |
| ITU-T Study Group 15 Delayed Contribution No. D.694 (WP1/15), entitled "G.dmt.bis: Extensions Enabling Minimum Complexity Voice Band Telephony Services" | Apr. 2000 | All |
| ITU-T Study Group 15 Delayed Contribution No. D.741 (WP1/15), entitled G.gen: G.lite.bis and G.dmt.bis System Design enabling Seamless Rate Adaptation" | Apr. 2000 | All |
| ITU-T Study Group 15 Delayed Contribution No. D.748 (WP1/15), entitled "G.gen: Perfomrance Evaluation of proposed TTCM (PCCC) with R-S code and without R-S code" | Apr. 2000 | All |
| ITU-T Study Group 15 Delayed Contribution No. D.817 (WP1/15), entitled "G.gen: Proposal for Seamless Rate Adaptation Based on Standard ADSL Framing and on the DRA Algorithm" | Apr. 2000 | All |
| ITU-T Study Group 15 Delayed Contribution No. D.834 | Apr. 2000 | All |

| Title or Description | Date | Pages |
|---|---|---|
| (WP1/15), entitled "G.gen: Efficient Framing Configuration Parameters" | | |
| ITU-T Study Group 15 Temporary Document No. BA-053, entitled "G.dmt.bis Proposal to Allow Adaptive Framing in the Fast Path" | June 2000 | All |
| ITU-T Study Group 15 Temporary Document No. BA-055RI, entitled "G.dmt: Extensions enabling Minimum Complexity Voice Band Telephony Services" | June 2000 | All |
| ITU-T Study Group 15 Temporary Document No. BA-085, entitled "G.gen: Need for Computational Advantages in Q-Mode" | June 2000 | All |
| ITU-T Study Group 15 Temporary Document No. HC-038, entitled "G.voice: Enabling Minimum Complexity Voice Band Telephony Services" | July – Aug. 2000 | All |
| ITU-T Study Group 15 Temporary Document No. HC-049, entitled "G.gen: SRA features and messages." | July – Aug. 2000 | All |
| ITU-T Study Group 15 Temporary Document No. HC-071R1, entitled "G.gen: SRA and the Inverted SYNC Symbol" | July – Aug. 2000 | All |
| ITU-T Study Group 15 Temporary Document No. HC-079R1, entitled "G.voice, G.dmt.bis, G.lite.bis: Proposal for Seamless Dynamic Rate Repartition for CVoDSL" | July – Aug. 2000 | All |
| ITU-T Study Group 15 Temporary Document No. BA-071, entitled "G.Voice, G.gen: Proposal on Dynamic Rate Repartition for CVoDSL" | Oct. 2000 | All |
| ITU-T Study Group 15/Q4 Contribution No. BI-063, entitled "G.gen: A Fast Approach for DRR/DRA/Bitswap Event Signaling" | Oct. 27, 2000 | All |
| ITU-T Study Group 15 Temporary Document No. BI-089, entitled "G.gen: ARQ for ADSL Transceivers" | Oct. 27, 2000 | All |
| ITU-T Study Group 15 Temporary Document No. RN-043, entitled "G.gen: G.dmt.bis: G.lite.bis: Loop Diagnostics Messaging protocol" | May 2001 | All |
| ITU-T Study Group 15 Temporary Document No. RN-094, entitled "" | May 2001 | All |
| ITU-T Study Group 15 Temporary Document No. RN-U17R3, entitled "G.dmt.bis: Issues list" | May 2001 | All |

| Title or Description | Date | Pages |
|---|---|---|
| ITU-T Study Group 15 SC-000 List of Contributions to the San Francisco Meeting | Aug. 2001 | All |
| ITU-T SC-004 Q4/SG15 Rapporteur Meeting Electronic Document Submission Guidelines | Aug. 6–10, 2001 | All |
| ITU-T Study Group 15 Temporary Document No. SC-U17R2, entitled "G.dmt-bis: Issues List" | Aug. 2001 | All |
| ITU-T Study Group 15 Temporary Document No. SC-U17R3, entitled "G.dmt-bis: Issues List" | Aug. 2001 | All |
| ITU-T Study Group 15 Temporary Document No. SC-U18R1, entitled "G.lite.bis: Issues List" | Aug. 2001 | All |
| ITU-T Study Group 15 Temporary Document No. SC-U18R2 | Aug. 2001 | All |
| ITU-T Study Group 15 Temporary Document, entitled "G.gen: G.dmt.bis: G.lite.bis: Proposed working text for On-Line Reconfiguration (OLR) messages and protocol" | Aug. 2001 | All |
| ITU-T Study Group 15 Temporary Document No. SC-060, entitled "G.gen: G.dmt.bis: G.lite.bis: Protocol for On-Line Reconfiguration of ADSL" | Aug. 2001 | All |
| ITU-T Study Group 15 Temporary Document No. SC-077, entitled "G.gen: G.dmt.bis: G.lite.bis: Proposed working text for RFI Blackout" | Aug. 2001 | All |
| ITU-T Study Group 15 Temporary Document No. SC-079, entitled "G.gen: G.dmt.bis: G.lite.bis: Proposed working text for Power Management" | Aug. 2001 | All |
| ITU-T Contribution D.741 (WP1/15), entitled "G.dmt.bis: G.lite.bis: Loop Diagnostics Parameters" | Oct. 2001 | All |
| ITU-T Study Group 15 Temporary Document No. FC-026, entitled "G.dmt.bis: Test parameters with per bin information" | Dec. 2001 | All |
| ITU-T Study Group 15 Temporary Document no. FC-060, entitled "G.admin: Proposal to start G.bond: Multi-pair (Bonded) ADSL" | Dec. 2001 | All |
| ITU-T Study Group 15 Q4 August 2001 (San Francisco, California, USA) Document List | Jan. 23, 2002 | All |
| ITU-T Recommendation No. G.992.3 (07/2002), entitled "Asymmetric Digital Subscriber Line Transceivers 2 (ADSL2)" | July 2002 | All |
| ITU-T Recommendation No. G.992.4 (07/2002), entitled "Splitterless Asymmetric Digital Subscriber Line Transceivers | July 2002 | All |

| Title or Description | Date | Pages |
|---|---|---|
| 2 (ADSL2)" | | |
| ITU-T Study Group 15 Temporary Document No. SS-022R3 | Jan. 2004 | All |
| ITU-T Study Group 15 Temporary Document No. SS-046, entitled "Proposed draft for revision of G.993.1" | Jan. 2004 | All |
| ITU-T Study Group 15 Contribution No. SS-049R1, entitled "Proposed Revisions to G.992.4 and G.992.3&5 regarding impulse noise protection" | Jan. 2004 | All |
| ITU-T Study Group 15 Temporary Document No. SS-049, entitled "Proposed Revisions to G.992.4 and G.992.3&5 regarding impulse noise protection" | Jan. 2004 | All |
| ITU-T Study Group 15 Temporary Document No. SS-U11R3, entitled "G.vdsl: Updated "Issues List" for G.vdsl and G.vdsl2" | Jan. 2004 | All |
| ITU-T Study Group 15 Temporary Document No. SS-R11, entitled "Draft Revised of Recommendation G.993.1" | Jan. 2004 | All |
| ITU-T Study Group 15 Contribution No. 107, entitled "Draft Revision of Recommendation G.993.1" | Feb. 2004 | All |
| ITU-T Study Group 15 Temporary Document No. MC-123R2, entitled "G.bond, G.hs: Proposed codepoint for max delay variation in ATM-based bonding" | Mar. 2004 | All |
| ITU-T Study Group 15 Temporary Document No. WP1-0021 | Apr. 2004 | All |
| ITU-T Study Group 15 Temporary Document No. TD 71 (PLEN), entitled "Draft Revision of Recommendation G.993.1" | Apr. 2004 | All |
| ITU-T Recommendation No. G.993.1 (06/2004), entitled "Very High Speed Digital Subscriber Line Transceivers" | June 13, 2004 | All |
| ITU-T Study Group 15 Temporary Document No. LB-031, entitled "VDSL2 – Constraining the Interleaver Complexity" | June 2004 | All |
| ITU-T Study Group 15 Temporary Document No. LB-033, entitled "G.vdsl: Adaptive impulse noise protection" | June 2004 | All |
| ITU-T Study Group 15 Temporary Document No. SI-064R1, entitled "ADSL: CRC Counter Normalization Procedure for SRA and DRR" | Oct. 2004 | All |
| ITU-T Study Group 15 Delayed Contribution No. 30-E (WP 1/15), entitled "ADSL, G.ploam: CRC counter normalization proposal for ADSL2" | Nov. – Dec. 2004 | All |
| ITU-T Study Group 15 Temporary Document No. TD xxx (WP | Nov. – Dec. | All |

| Title or Description | Date | Pages |
|---|---|---|
| 1/15), entitled "Report of Ad Hoc meeting on the SRA and DRR issue with overhead PER" | 2004 | |
| ITU-T Recommendation No. G.998.1 (01/2005), entitled "ATM-Based Multi-Pair Bonding" | Jan. 2005 | All |
| ITU-T Recommendation No. G.998.2 (01/2005), entitled "Ethernet-Based Multi-Pair Bonding" | Jan. 2005 | All |
| ITU-T Recommendation No. G.992.3 (01/2005), entitled "Asymmetric Digital Subscriber Line Transceivers 2 (ADSL 2)" | June 13, 2005 | All |
| ITU-T Recommendation No. G.993.2 (02/2006), entitled "Very High Speed Digital Subscriber Line Transceivers 2 (VDSL2)" | Feb. 2006 | All |
| ITU-T Recommendation No. G.998.4 (06/2010), entitled "Improved Impulse Noise Protection for DSL Transceivers" | June 2010 | All |
| ITU-T Recommendation No. G.993.2 (12/2011), entitled "Very High Speed Digital Subscriber Line Transceivers 2 (VDSL2)" | Dec. 2011 | All |
| ITU-T Recommendation No. G.970.2 (12/2014), entitled "Fast Access to Subscriber Terminals (G.fast) - Physical Layer Specification" | Dec. 2014 | All |
| Lattuada, Mauro, LTS3-ITS-STI EPFL Ecublens, 1015, Switzerland, Turbo Coded OFDM System for Video Terrestrial Broadcasting | Feb. 11, 2003 | All |
| Lee, M.K., Int'l Journal of Communication Systems, HomePlug 1.0 Powerline Communication LANs – Protocol Description and Performance Results version 5.4 | 2000 | All |
| Lund Institute of Technology, Synchronization in ADSL Modems | Dec. 1998 | All |
| Mace, S., Info World, Telebit Multicarrier Modem Supports 19.2kbps Data Rate | 1989 | All |
| Mestdagh, D.J.G. & P.M.P. Spruyt, IEEE TRANS. ON COMM'NS, VOL. 44, NO. 10, A Method to Reduce the Probability of Clipping in DMT-Based Transceivers | Oct. 1996 | All |
| Muller, S.H., & Huber, J.B., IEEE, A Novel Peak Power Reduction Scheme for OFDM | 1997 | All |
| Narahashi, S., & Nojima, T., ELECS. AND COMM'NS IN JAPAN, A New Phasing Scheme for Multitone Signal Systems to Reduce Peak-to-Average Power Ratio | 1997 | All |

| Title or Description | Date | Pages |
|---|---|---|
| Nedev, et al., Comparison between Interleaving and Multiple DMT Symbols per RS Codeword in ADSL Systems | 2002 | All |
| Pottie, G., UNIVERSITY OF CALIFORNIA, LOS ANGELES, Wireless Multiple Access Adaptive communications Techniques | 1999 | All |
| Proceedings: IEEE Infocom '86, Fifth Annual Conference, Computers and communications Integration Design, Analysis, Management | 1986 | All |
| RFC 1157, entitled "A Simple Network Management Protocol (SNMP)" | May 1990 | All |
| Saltzberg, Burton, IEEE , IEEE TRANS. ON COMM'NS, VOL. COM-15, No. 6, Performance of an Efficient Parallel Data Transmission System | Dec. 1967 | All |
| Salz, J., et al., Bell Telephone Laboratories, Inc., Fourier Transform Communications System | Oct. 1969 | All |
| Sari, Hikmet, et.al., IEEE Communications Magazine, Transmission Techniques for Digital Terrestrial TV Broadcasting | Feb. 1995 | All |
| Schefter, J., Popular Science, Fast-lane Modems | 1985 | All |
| Starr, T., et al., "Understanding Digital Subscriber Line Technology," Communication Engineering and Emerging Technologies | 1999 | All |
| Summers, Charles, "ADSL Standards, Implementation, and Architecture" | 1999 | All |
| T1E1.4/92-204 ADSL Migration and Configuration Options | Nov. 30, 1992 | All |
| T1E1.4/93-117 Revised FEC and Interleaving Recommendation for DMT ADSL | May 10, 1993 | All |
| T1E1.4/93-182 Proposal for a Symbol-Sychronized Scrambler | Aug. 23, 1993 | All |
| T1E1.4/93-184 Recommendations for ADSL/DMT Bit Swapping Procedures | Aug. 23, 1993 | All |
| T1E1.4/95-057 Recommendations for ADSL/DMT Bit Swapping Procedures | June 1995 | All |
| T1E1.4/96-163 Power Back-Off | July 1996 | All |
| T1E1.4/97-273 Fault Segmentation and Operational Issues | Sept. 1997 | All |
| T1E1.4/98-251 Mixed Loading for Splitterless DSL Operation | Aug. 1998 | All |

| Title or Description | Date | Pages |
|---|---|---|
| T1E1.4/98-261 Proposed ITU SG15 Contribution Regarding G.lite Bit-Swap | Aug. 1998 | All |
| T1E1.4/98-306 The ATMF, ADSLF, T1E1 Workshop and Subsequent Actions | Aug. 1998 | All |
| T1E1.4/98-279R1 G.gen: Quiescent Mode | Oct. 1998 | All |
| T1E1.4 Technical Subcommittee Working Group, PAR Reduction Without Noise Enhancement | Sept. 22, 1997 | All |
| T1E1.4 Dynamic Power Save in xDSL Part 2: Impact on PMS-TC and PMD Layers | June 1, 1998 | All |
| Telebit Corporation, Telebit T1000 Reference Manual – 900062-02 Rev. E | Jan. 1990 | All |
| Telebit Corporation, Telebit T2500 Reference Manual | 1990 | All |
| Telebit Corporation, TrailBlazer: High-Speed Standalone Modem for Dial-Up communications | -- | All |
| Telebit Corporation, Packetized Ensemble Modem: Firmware Release 3 Commands and Registers Manual | Oct. 1987 | All |
| TEXAS INSTRUMENTS, White Paper, Providing the Right Solution for VDSL | Jul. 1999 | All |
| TEXAS INSTRUMENTS, TNETD8000 Very High Bit-Rate Digital Subscriber Line (VDSL) Chipset Hardware and Software Evaluation Module (EVM) User's Guide | Nov. 1999 | All |
| TU, J.C., et al., IEEE, Crosstalk-Limited Performance of a Computationally Efficient Multichannel Transceiver for High Rate Digital Subscriber Lines | 1989 | All |
| Walkoe, W., & Star, T.J.J., IEEE Journal on Selected Areas in Communications, High Bit Rate Digital Subscriber Line: A Copper Bridge to the Network of the Future | 1991 | All |
| Weinstein, S.B., et al., IEEE TRANS. ON COMM'NS TECH., VOL. COM-19, No. 5, Data Transmission by Frequency-Division Multiplexing Using the Discrete Fourier Transform | Oct. 1971 | All |
| Wesel, Richard, et al., IEEE, Fundamentals of Coding for Broadcast OFDM | 1996 | All |
| Wesel, Richard, et al., IEEE TRANS. ON COMM'NS, VOL. 48, No. 6, Trellis Codes for Periodic Erasures | June 2000 | All |
| Wiley, Data Communications Networking Devices: Operation, | Jan. 1999 | All |

| Title or Description | Date | Pages |
|---|---|---|
| Utilization and Lan and Wan Interworking, 4th Edition | | |
| Zimmerman, Mark S., et al., IEEE Trans. on Comm'ns Tech., Vol. COM-15, No. 2, The AN/GSC-10 (KATHRYN) Variable Rate Data Modem for HF Radio | Apr. 1967 | All |
| Zogakis, T. Nicholas, et al., IEEE Trans. on Comm'ns, Vol. 43, No. 12, A Coded and Shaped Discrete Multitone System | Dec. 1995 | All |
| Amati Communications Corporation/Texas Instruments, Virtuoso chipset | Apr. 22, 1996 Aug. 3, 1999 Dec. 1, 1999 Nov. 1, 1999 Aug. 13, 2002 | All |
| SAD-Golden ATU-C | May 5, 1999 | All |
| Speed Touch ADSL Modem | 1999 | All |
| Texas Instruments, TNETD8000 | Nov. 1999 | All |
| Texas Instruments, TNETD8000 EVM | Nov. 1999 | All |

The disclosure set forth in this notice is strictly for purposes of the asserted claims in the asserted patents that are presently at issue in this litigation. In the event additional claims and/or patents become relevant, CommScope reserves its right to amend this notice accordingly.

Dated this 17th day of February, 2023

Respectfully submitted,

/s/ *Ross R. Barton*
Ross R. Barton (NC Bar No. 37179)
M. Scott Stevens (NC Bar No. 37828)
Kirk T. Bradley (NC Bar No. 26490)
Stephen R. Lareau (NC Bar No. 42992)
Karlee N. Wroblewski (NC Bar No. 55043)
Nicholas C. Marais (NC Bar No. 53533)
Erin Beaton (NC Bar No. 59594)
Mary I. Riolo (NC Bar No. 59644)
ALSTON & BIRD LLP
101 S. Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Email: *ross.barton@alston.com*
        *scott.stevens@alston.com*
        *kirk.bradley@alston.com*

*stephen.lareau@alston.com*
*karlee.wroblewski@alston.com*
*nic.marais@alston.com*
*erin.beaton@alston.com*
*mary.riolo@alston.com*
Telephone: 704-444-1000
Facsimile: 704-444-1111

Katherine G. Rubschlager (Cal. Bar No. 328100)
ALSTON & BIRD LLP
1950 University Avenue, Suite 430
East Palo Alto, CA 94303
Email: *katherine.rubschlager @alston.com*
Telephone: 650-838-2004
Facsimile: 650-838-2001

Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
 FINDLAY CRAFT, P.C.
102 N. College Ave, Ste. 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Douglas J. Kline
Lana S. Shiferman
Christie Larochelle
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
P:  (617) 570-1000
F:  (617) 523-1231
dkline@goodwinlaw.com
lshiferman@goodwinlaw.com
clarochelle@goodwinlaw.com

Brett Schuman
Rachel M. Walsh
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111

P:  (415) 733-6000
F:  (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
GOODWIN PROCTER LLP
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

*Attorneys for Defendants*
*CommScope Holding Company, Inc,*
*CommScope Inc., ARRIS US Holdings, Inc.,*
*ARRIS Solutions, Inc., ARRIS Technology,*
*Inc., and ARRIS Enterprises, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this Friday, February 17, 2023, a true and correct copy of the above

and foregoing has been served via email on all counsel or parties of record.

/s/ *Ross R. Barton*
Ross R. Barton