IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>    *Plaintiff*,<br>  v.<br><br>COMMSCOPE HOLDING COMPANY, INC.,<br>COMMSCOPE INC., ARRIS US HOLDINGS,<br>INC., ARRIS SOLUTIONS, INC., ARRIS<br>TECHNOLOGY, INC., and ARRIS<br>ENTERPRISES, LLC<br><br>    *Defendants*. | CIV. A. NO. 2:21-CV-310-JRG |

## NOTICE OF APPEARANCE

Please take notice that Michael C. Deane of the law firm Alston & Bird LLP enters his appearance as counsel for Defendants CommScope Holding Company, Inc, CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc. and ARRIS Enterprises, LLC in the above-captioned case. Mr. Deane is admitted to practice in this Court, and Defendants CommScope Holding Company, Inc, CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc. and ARRIS Enterprises, LLC respectfully request that the Court take note of this Notice of Appearance and make Mr. Deane one of their attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-captioned case that are not filed via ECF should be emailed or faxed to Michael C. Deane at the address set forth below.

 DATED: February 21, 2022       Respectfully submitted,

*/s/ Michael C. Deane*
Michael C. Deane (GA Bar No. 498195)
ALSTON & BIRD LLP
1201 West Peachtree St. Suite 4900
Atlanta, GA 30309
Email: michael.deane@alston.com
Telephone: 404-881-7000
Facsimile: 404-881-7777

*Attorney for Defendants*
*CommScope Holding Company, Inc,*
*CommScope Inc., ARRIS US Holdings, Inc.,*
*ARRIS Solutions, Inc., ARRIS Technology, Inc.,*
*and ARRIS Enterprises, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document has been served on February 21, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                     */s/ Michael C. Deane*
                                                     Michael C. Deane