# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**  *Plaintiff*,  v.  **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**  *Defendants*. | Civ. A. No.  2:21-CV-310-JRG |

### [PROPOSED] ORDER GRANTING COMMSCOPE'S OPPOSED MOTION TO CHANGE LEAD COUNSEL DESIGNATION

Pending before the Court is CommScope's Opposed Motion to Change Lead Counsel Designation. The Court, having considered the Motion, is of the opinion that the Motion should be **GRANTED**. **IT IS THEREFORE ORDERED** that CommScope's Opposed Motion to Change Lead Counsel Designation is **GRANTED**.