# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>     *Plaintiff*,<br><br>  v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC<br>     *Defendants*. | CIV. A. NO. 2:21-CV-310-JRG |

## JOINT MOTION TO AMEND STANDING ORDER ON THE NUMBER AND USE OF PRE-ADMITTED EXHIBITS AT TRIAL

Pursuant to the Court's Standing Order on the Number and Use of Pre-Admitted Exhibits in Cases Assigned to Chief Judge Rodney Gilstrap Involving Allegations of Patent Infringement and/or Breach of FRAND Obligations, As Well As Declaratory Judgment Actions Which Relate to the Same (the "Standing Order"), the parties were allotted 75 exhibits for inclusion on a Joint Exhibit List, and 30 additional exhibits per side for inclusion on their respective Party Exhibit Lists, for a total of 135 exhibits for the upcoming trial. The parties have met and conferred in good faith and reached agreement on the allotted 75 joint exhibits. The parties have also sought in good faith to narrow the individual parties' exhibits to the allotted 30 additional exhibits per side. After a thorough review of the parties' individual lists, TQ Delta and CommScope jointly move for an additional 15 exhibits per side. This amendment would result in a total of 45 additional exhibits per side (rather than 30), and 165 exhibits in total (rather than 135).

As set out in the Standing Order, the goals of the exhibit limitations are to prevent overburdening the Court and parties and to provide for a more realistic and efficient means of resolving disputes regarding exhibits. Standing Order at 1. The parties believe that the proposed amendment is narrowly tailored and will continue to serve those goals. The amendment will also help to ensure the inclusion of the parties' key documentary evidence in this case and allow the parties to present their cases in a concise and orderly fashion. Accordingly, the parties jointly and respectfully request that the Court amend the Standing Order as set forth herein. A proposed order granting this request is being submitted herewith.

Dated this 21st day of February, 2023

Respectfully submitted,

By: /s/ Rudolph Fink

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

Edward Chin
Texas State Bar No. 50511688
echin@davisfirm.com

Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com

**THE DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

Peter J. McAndrews
(*Pro hac vice*)
pmcandrews@mcandrews-ip.com

Rajendra A. Chiplunkar
(*Pro hac vice*)
rchiplunkar@mcandrews-ip.com

Ashley Ratycz
(*Pro hac vice*)
aratycz@mcandrews-ip.com

/s/ Ross Barton
Eric H. Findlay
Texas State Bar No. 00789886
Brian Craft
Texas State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave. Suite 900
Tyler, Texas  75702
Tel:  (903) 534-1100
Fax:  (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Douglas J. Kline
Christie Larochelle
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
P: (617) 570-1000
F: (617) 523-1231
dkline@goodwinlaw.com
clarochelle@goodwinlaw.com

Brett Schuman
Rachel M. Walsh
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P: (415) 733-6000
F: (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
**GOODWIN PROCTER LLP**
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

**McAndrews, Held & Malloy, Ltd.**
500 West Madison St., 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

*ATTORNEYS FOR PLAINTIFF TQ DELTA, LLC*

M. Scott Stevens (NC Bar # 37828)
Kirk T. Bradley (NC Bar # 26490)
Karlee Wroblewski (NC Bar # 55043)
Nic Marais (NC Bar # 53533)
Ross R. Barton (NC Bar No. 37179)
Stephen R. Lareau (NC Bar No. 42992)
Erin Beaton (NC Bar No. 59594)
Mary I. Riolo (NC Bar No. 59644)
Alston & Bird LLP
One South at the Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Tel:  704.444.1000
Fax:  704.444.1111
Email: scott.stevens@alston.com
Email: kirk.bradley@alston.com
Email:karlee.wroblewski@alston.com
Email: nic.marais@alston.com
Email: ross.barton@alston.com
Email: stephen.lareau@alston.com
Email: erin.beaton@alston.com
Email: mary.riolo@alston.com

Michael C. Deane (GA Bar No. 498195)
**ALSTON & BIRD LLP**
1201 West Peachtree St. Suite 4900
Atlanta, GA 30309
Email: michael.deane@alston.com
Telephone: 404-881-7000
Facsimile: 404-881-7777

Katherine G. Rubschlager (Cal. Bar No. 328100)
**ALSTON & BIRD LLP**
1950 University Avenue, Suite 430
East Palo Alto, CA 94303
Email: katherine.rubschlager @alston.com
Telephone: 650-838-2004
Facsimile: 650-838-2001

Deron R. Dacus (TX Bar No. 00790553)

THE DACUS FIRM<br>
821 ESE Loop 323, Suite 430<br>
Tyler, Texas 75701<br>
Telephone: (903) 705-1117<br>
Facsimile: (903) 581-2543 (fax)<br>
E-Mail: ddacus@dacusfirm.com<br>
<br>
ATTORNEYS FOR THE<br>
COMMSCOPE DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, February 21, 2023, I electronically filed the foregoing JOINT MOTION TO AMEND STANDING ORDER ON THE NUMBER AND USE OF PRE-ADMITTED EXHIBITS AT TRIAL with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record, and served a true and correct copy of the above and foregoing document to all counsel of record via electronic mail.

    /s/ Rudolph Fink
Rudolph Fink

## CERTIFICATE OF CONFERENCE

I hereby certify that on Tuesday, February 21, 2023, counsel for both parties have met and conferred to discuss trial exhibits at length and are jointly filing this motion to amend the Court's Standing Order to expand the number of exhibits for trial.

    /s/ Rudolph Fink
Rudolph Fink