IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC, <br>     *Plaintiff*, <br><br> v. <br><br> CommScope Holding Company, Inc., *et al.*, <br>     *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG <br><br> JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING MOTION TO AMEND STANDING ORDER ON THE NUMBER AND USE OF PRE-ADMITTED EXHIBITS AT TRIAL**

Before the Court is the Joint Motion to Amed Standing Order on the Number and Use of Pre-Admitted Exhibits at Trial ("Motion"). Having reviewed the Motion, the Court hereby GRANTS the Motion and finds that the parties are allowed 75 joint exhibits and an additional 15 exhibits per side in addition to the standard 30 exhibits per side, for a total of 45 additional exhibits per side (rather than 30), and 165 exhibits in total (rather than 135).

**SO ORDERED**