UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>                *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>                *Defendants*. | Civil Action No.: 2:21-cv-310 |

**[PROPOSED] ORDER ON COMMSCOPE'S UNOPPOSED MOTION TO EXPEDITE BRIEFING SCHEDULE REGARDING COMMSCOPE'S OPPOSED MOTION TO CHANGE LEAD COUNSEL DESIGNATION**

Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, and ARRIS Enterprises, LLC (collectively, "CommScope") filed a Motion to Expedite Briefing Schedule Regarding CommScope's Opposed Motion to Change Lead Counsel Designation. Having reviewed the Motion and considered the merits, including TQ Delta's non-opposition, this Court is of the opinion that the motion should be **GRANTED**. Therefore, the deadline for TQ Delta, LLC to respond to CommScope's Motion to Change Lead Counsel Designation (Dkt. No. 462) is Monday, February 27, 2023.