IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| § | |
| COMMSCOPE HOLDING COMPANY, § | |
| INC., COMMSCOPE INC., ARRIS § | |
| INTERNATIONAL LIMITED, ARRIS § | |
| GLOBAL LTD., ARRIS US HOLDINGS, § | |
| INC., ARRIS SOLUTIONS, INC., ARRIS § | |
| TECHNOLOGY, INC., and ARRIS § | |
| ENTERPRISES, LLC, § | |
| § | |
| *Defendants*. § | |

## **ORDER**

Before the Court is the Unopposed Motion to Expedite Briefing Schedule Regarding CommScope's Opposed Motion to Change Lead Counsel Designation (the "Motion to Expedite") filed by Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (collectively, "CommScope"). (Dkt. No. 468). In the Motion to Expedite, CommScope requests an expedited response period to its Opposed Motion to Change Lead Counsel Designation (Dkt. No. 462) in light of the pretrial conference. (Dkt. No. 468 at 1). TQ Delta, LLC ("TQ Delta") does not oppose the Motion to Expedite. (*Id.* at 5).

Having considered the Motion to Expedite, and noting that it is unopposed, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that TQ

Delta's response to the Opposed Motion to Change Lead Counsel Designation is due by **Monday, February 27, 2023, at 10:00 A.M. CT**.

    **So ORDERED and SIGNED this 23rd day of February, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE