IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br><br>                *Plaintiff,*<br>      v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br><br>                *Defendants.* | CIV. A. NO.  2:21-CV-310-JRG |

## NOTICE OF APPEARANCE

Please take notice that Darlena Subashi of the law firm Alston & Bird LLP enters her appearance as counsel for Defendants CommScope Holding Company, Inc, CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc. and ARRIS Enterprises, LLC in the above-captioned case. Ms. Subashi is admitted to practice in this Court, and Defendants CommScope Holding Company, Inc, CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc. and ARRIS Enterprises, LLC respectfully request that the Court take note of this Notice of Appearance and make Ms. Subashi one of their attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-captioned case that are not filed via ECF should be emailed or faxed to Darlena Subashi at the address set forth below.

| | |
|---|---|
| DATED: February 23, 2023 | Respectfully submitted,<br><br>*/s/ Darlena Subashi*<br>Darlena Subashi (NY Bar No. 5780747)<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016-1387<br>Email: darlena.subashi@alston.com<br>Telephone: 212-210-9400<br>Facsimile: 212-210-9444<br><br>*Attorney for Defendants*<br>*CommScope Holding Company, Inc,*<br>*CommScope Inc., ARRIS US Holdings, Inc.,*<br>*ARRIS Solutions, Inc., ARRIS Technology, Inc.,*<br>*and ARRIS Enterprises, LLC* |

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 23, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Darlena Subashi*
Darlena Subashi
