IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, § § *Plaintiff* § § v. § § COMMSCOPE HOLDING COMPANY, § INC. et al § *Defendant* § | CASE NO.2:21-CV-00310-JRG |

## REPORT OF MEDIATION

The above-captioned case was mediated in person by David Folsom on Tuesday February 21 day,2023, between Plaintiff TQ DELTA, LLC and Defendant COMMSCOPE HOLDING COMPANY, INC. et al. The mediation session has been suspended. The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 26th day of February, 2023.

*/s/ David Folsom*
David Folsom
TXBN: 07210800
FOLSOM ADR PLLC.
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone: (903) 277-7303
E-mail:  david@folsomadr.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 26th day of February 2023.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/ David Folsom*
David Folsom