**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TQ Delta, LLC,<br>　　　*Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>　　　*Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED |

## **DECLARATION OF RUDOLPH FINK IV**

I, Rudolph Fink IV, state as follows in support of Plaintiff TQ Delta, LLC's Response to CommScope's Motion to Change Lead Counsel:

1. I am a partner at The Davis Firm, P.C. and counsel of record for TQ Delta, LLC. I am a member of good standing of the State Bar of Texas. I have personal knowledge of the facts set forth in this Declaration.

2. Exhibit 1 is a true and correct copy of an email received from CommScope's counsel on November 9, 2022, bearing the subject "TQD v. CommScope – CommScope's Final Election of Prior Art."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of February, 2023, in Longview, Texas.

　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Rudolph Fink IV**
　　　　　　　　　　　　　　　　　　　　　　　　　　Rudolph Fink IV