# EXHIBIT 1

| | |
|---|---|
| **From:** | Ong, Andrew |
| **To:** | tqd; TQD-MHM-TX@mcandrews-ip.com |
| **Cc:** | DG-CommScope-TQDelta; Nokia309 |
| **Subject:** | TQD v. CommScope - CommScope"s Final Election of Prior Art |
| **Date:** | Wednesday, November 9, 2022 5:05:14 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png |

Counsel,

Pursuant to the Court's Order dated November 4, 2022 (Dkt. No. 307) and the Order Focusing Patent Claims and Prior Art dated May 2, 2022 (Dkt. No. 128) ("[f]or purposes of this Final Election of Asserted Prior Art, each obviousness combination counts as a separate prior art reference"), CommScope hereby provides its final election of asserted prior art references:

1. FI-071
2. FI-071 + G.992.1
3. Counterman
4. Counterman + Djokovic
5. Mazzoni + G.993.1
6. Mazzoni + LB-031
7. Fadavi-Ardekani + G.993.1
8. Jones
9. T1.413-1998 + Stopler
10. G.992.1
11. G.992.1 + SC-060
12. SC-060
13. G.992.1 + Wunsch
14. G.992.1 + BI-089
15. G.993.1 + BI-089
16. G.993.1 + Fukushima
17. Chow
18. Kapoor + Chow

These elected references correspond to the Asserted Patents (with "no more than six (6) prior art references per patent") as follows:

- '686 patent – references 1, 2
- '881 patent – references 3, 4
- '048 patent – references 5, 6, 7
- '882 patent – references 5, 6, 7
- '008 patent – references 8, 9
- '835 patent – references 10, 11, 12, 13

- '411 patent – reference 14
- '809 patent – references 15, 16
- '354 patent – references 17, 18

Thanks.

Andy

**Andrew Ong**



Goodwin Procter LLP
601 Marshall Street
Redwood City, CA 94063
o  +1 650 752 3153
f  +1 650 471 6054
AOng@goodwinlaw.com



*********************************************************************

This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*********************************************************************