# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC, *Plaintiff*, <br><br> v. <br><br> CommScope Holding Company, Inc., *et al.*, *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG <br><br> JURY TRIAL DEMANDED |

## **ORDER**

Before the Court is Defendant CommScope's Opposed Motion to Change Lead Counsel Designation ("Motion") and Plaintiff TQ Delta's Response. Having reviewed the briefing in light of the record and the applicable law, the Court hereby DENIES CommScope's Motion.

**SO ORDERED**