# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,** *Plaintiff*, v. **COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC** *Defendants*. | Civ. A. No. 2:21-CV-310-JRG |

## [PROPOSED] ORDER DENYING TQ DELTA'S PARTIALLY OPPOSED MOTIONS IN LIMINE

Pending before the Court is TQ Delta's Partially Opposed Motions in Limine. The Court, having considered the Motion, is of the opinion that the opposed portions of the Motion should be **DENIED**. **IT IS THEREFORE ORDERED** that the opposed portions of TQ Delta's Partially Opposed Motions in Limine is **DENIED**.