IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § § § § | |
| *Plaintiff*, | | |
| v. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | | |
| *Defendants*. | | |

## ORDER

Before the Court is the Opposed Motion to Change Lead Counsel Designation (the "Motion") (Dkt. No. 462) filed by Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (collectively, "CommScope"). In the Motion, CommScope seeks to designate Ross R. Barton as lead counsel.

Having considered the Motion, and the related briefing thereto, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Ross R. Barton is designated as lead counsel for CommScope. The Clerk of Court is directed to designate Ross R. Barton as lead counsel for CommScope in the above-captioned case.

**So ORDERED and SIGNED this 28th day of February, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE