IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>    *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF TY WILSON**

I, Ty Wilson, state as follows in support of Plaintiff TQ Delta, LLC's Response to Defendant CommScope's Motions *in Limine*:

  1.   I am an attorney at the Davis Firm, P.C. and counsel of record for Plaintiff TQ Delta, LLC ("TQ Delta"). I am a member of good standing of the State Bar of Texas. I have personal knowledge of the facts set forth in this Declaration.

  2.   Exhibit A is a true and correct highlighted and excerpted copy of Jonathan D. Putman, Ph.D.'s Expert Report served in the above-captioned litigation on September 3, 2022.

  3.   Exhibit B is a true and correct highlighted and excerpted copy of the transcript of the deposition given by Marcos Tzannes in the above-captioned litigation on July 13, 2022.

  4.   Exhibit C is a true and correct highlighted copy of a chain emails sent between counsel for TQ Delta and counsel for Defendants from September 2 through September 29, 2022.

  5.   Exhibit D is a true and correct excerpted copy of Stephen L. Becker, Ph.D.'s Expert Report served in the above-captioned litigation on November 18, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of February, 2023, in Dallas, Texas.

*/s/ Ty Wilson*
Ty Wilson
