**EXHIBITS A-D**
**FILED UNDER SEAL IN THEIR ENTIRETY**