IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>   *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>   *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is Defendant CommScope's Motions *in Limine* ("Motion") and Plaintiff TQ Delta's Respones. Having reviewed the briefing in light of the record and the applicable law, the Court hereby DENIES CommScope's Motion.

**SO ORDERED**