# EXHIBIT A

███████████████

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| TQ Delta, LLC, | |
|---|---|
| *Plaintiff,* | |
| v. | Civil Action No.: 2:21-CV-00310-JRG |
| CommScope Holding Company, Inc., *et al.*, | JURY TRIAL DEMANDED |
| *Defendants.* | |

## PLAINTIFF TQ DELTA, LLC'S PRELIMINARY TRIAL WITNESS LIST

Plaintiff TQ Delta, LLC ("TQ Delta"), pursuant to the Court's Docket Control Order entered in this case, serves this Preliminary Trial Witness List for identification and categorization of trial witnesses.

At this time, Plaintiff identifies the following witnesses for trial:

| | WITNESS, Employer, Topic of Testimony | WILL CALL | MAY CALL |
|---|---|---|---|
| 1. | Abha Divine, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | X | |
| 2. | Marcos Tzannes, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | X | |
| 3. | Art Brody, Ph.D., Infringement/Validity | X | |
| 4. | Todor Cooklev, Ph.D., Infringement/Validity | X | |
| 5. | Vijay Madisetti, Ph.D., Infringement/Validity | X | |
| 6. | Jonathan Putnam, Ph.D., Damages | X | |
| 7. | Peter Heller, Ph.D., VDSL2/G.INP Chip design per 8.29.22 expert report | X | |
| 8. | Michael Tzannes, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |
| 9. | Bruce Bernstein, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |

1

|  | WITNESS, Employer, Topic of Testimony | WILL CALL | MAY CALL |
|---|---|---|---|
| 10. | Mark Roche, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |
| 11. | Kevin Russell, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |
| 12. | Christopher Cahill, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |
| 13. | David Krinsky, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |
| 14. | Robert Pizzano, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |
| 15. | Edmund Reiter, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |
| 16. | Michael Lund, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |
| 17. | Benjamin Miller, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |
| 18. | Paul Baker, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |
| 19. | Jaime Salazar, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |
| 20. | Steve Cochran, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |
| 21. | Rajagopalan Ramanujam, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |
| 22. | Raphael Cassiers, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |
| 23. | Gong-San Yu, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |
| 24. | Courtney Rosenthal, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |
| 25. | Jim Shead, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |
| 26. | Steve Wauters, See TQ Delta's 8.19.22 Third Amended Initial Disclosures | | X |

Dated: January 25, 2023

Respectfully Submitted,

/s/ William E. Davis, III

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

Edward Chin
Texas State Bar No. 50511688
echin@davisfirm.com

Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com

**THE DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

Peter J. McAndrews
(Pro hac vice)
pmcandrews@mcandrews-ip.com

Rajendra A. Chiplunkar
(Pro hac vice)
rchiplunkar@mcandrews-ip.com

Ashley Ratycz (admitted *pro hac vice*)
aratycz@mcandrews-ip.com

**MCANDREWS, HELD & MALLOY, LTD.**
500 West Madison St., 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

**ATTORNEYS FOR PLAINTIFF
TQ Delta, LLC**

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this January 25, 2023 on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

/s/William E. Davis, III
William E. Davis, III