# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| TQ DELTA, LLC,<br><br>                                  *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY,<br>INC., COMMSCOPE, INC., ARRIS US<br>HOLDINGS, INC., ARRIS SOLUTIONS,<br>INC., ARRIS TECHNOLOGY, INC., and<br>ARRIS ENTERPRISES, LLC,<br><br>                                  *Defendants*. | Civil Action No.: 2:21-cv-310 |

## COMMSCOPE DEFENDANTS' NOTICE OF TRIAL WITNESSES

Pursuant to the Third Amended Docket Control Order, Defendants CommScope Holding Company, Inc., CommScope, Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., and Arris Enterprises, LLC ("CommScope") respectfully submit the following list of witnesses they expect to present at trial and those witnesses they may call at trial if the need arises (either in person, through deposition designations, or through videotaped deposition).

**Will Call by Live or Deposition Testimony**

1. Corporate Representative of CommScope

**May Call by Live or Deposition Testimony**

1. Corporate Representative of TQ Delta
2. Leonard Cimini, Ph.D.
3. George Zimmerman, Ph.D.
4. Richard Wesel, Ph.D.
5. Bruce McNair
6. Mark Lanning

7.  Naofal Al-Dhahir, Ph.D.
8.  Neil Ransom, Ph.D.
9.  Nigel Jones
10. Walter Overby
11. Stephen Becker, Ph.D.
12. Paul Baker
13. Steve Chochran
14. Dan Hagarty
15. Benjamin Miller
16. Raj Ramanujam
17. Courtney Rosenthal
18. Jaime Salazar
19. Jim Shead
20. Steven Wauters
21. Bruce Bernstein
22. Christopher Cahill
23. Abha Divine
24. David Krinsky
25. Michael Lund
26. Edmund Reiter
27. Robert Pizzano
28. Mark Roche
29. Kevin Russell
30. Marcos Tzannes
31. Michael Tzannes
32. Raphael Cassiers

CommScope reserves the right to call additional witnesses in rebuttal to testimony offered at trial by TQ Delta, including rebuttal witnesses that are not identified herein.  CommScope also reserves the right to call any of TQ Delta's experts not called live by TQ Delta.  CommScope reserves the right to supplement or amend this list as appropriate.  CommScope specifically reserves the right to amend this list to include any persons listed on TQ Delta's witness list, in light of TQ Delta's pre-trial disclosures, or any persons identified in or related to evidence produced or identified by TQ Delta after the filing of this list.

Dated this 25th day of January, 2023                Respectfully submitted,

By: */s/ Eric H. Findlay*

Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Ste. B
Tyler, TX 75703
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Douglas J. Kline
Lana Shiferman
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
P: (617) 570-1000
F: (617) 523-1231
dkline@goodwinlaw.com
lshiferman@goodwinlaw.com

Brett Schuman
Rachel M. Walsh
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P: (415) 733-6000
F: (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
GOODWIN PROCTER LLP
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

Ross R. Barton (NC Bar No. 37179)
M. Scott Stevens (NC Bar No. 37828)
Kirk T. Bradley (NC Bar No. 26490)
Stephen R. Lareau (NC Bar No. 42992)
Karlee N. Wroblewski (NC Bar No. 55043)
Nicholas C. Marais (NC Bar No. 53533)

Erin Beaton (NC Bar No. 59594)
Mary I. Riolo (NC Bar No. 59644)
ALSTON & BIRD LLP
101 S. Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Email: *ross.barton@alston.com*
       *scott.stevens@alston.com*
       *kirk.bradley@alston.com*
       *stephen.lareau@alston.com*
       *karlee.wroblewski@alston.com*
       *nic.marais@alston.com*
       *erin.beaton@alston.com*
       *mary.riolo@alston.com*
Telephone: 704-444-1000
Facsimile: 704-444-1111

Katherine G. Rubschlager (Cal. Bar No. 328100)
ALSTON & BIRD LLP
1950 University Avenue, Suite 430
East Palo Alto, CA 94303
Email: *katherine.rubschlager@alston.com*
Telephone: 650-838-2004
Facsimile: 650-838-2001

***Attorneys for Defendants CommScope Holding Company, Inc, CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the above and foregoing document has been

served on January 25, 2023 to all counsel of record via electronic mail.

*/s/ Eric H. Findlay*
Eric H. Findlay