# EXHIBIT C

■■■■■■■■■■■■■■■■

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>    *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED |

## COMMSCOPE'S OBJECTIONS TO PLAINTIFF TQ DELTA'S NOTICE OF TRIAL WITNESSES

Pursuant to the Court's Docket Control Order entered in this case, CommScope hereby objects to TQ Delta's Preliminary Trial Witness List as described below. These objections are consistent with CommScope's objections served on Counsel on February 8, 2023 via email correspondence.

CommScope objects to TQ Delta calling its own witnesses by deposition testimony, including, but not limited to, Bruce Bernstein and Marcos Tzannes. Under Fed. R. Civ. P. 32(a)(3)-(4), a witness may only be called by deposition testimony if the witness is called adversely or unavailable to testify. Accordingly, TQ Delta must call its own witnesses to testify live.

CommScope further objects to TQ Delta calling Krista Jacobsen by deposition testimony. Ms. Jacobsen's deposition testimony is from a different litigation and thus, constitutes inadmissible hearsay under Fed. R. Evid. 802.