# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>   *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>   *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED |

## THE PARTIES JOINT EXHIBIT LIST

  Pursuant to the Court's Standing Order on the Number and Use of Pre-Admitted Exhibits in Cases Assigned to Chief Judge Rodney Gilstrap Involving Allegations of Patent Infringement and/or Breach of FRAND Obligations, As Well As Declaratory Judgment Actions Which Relate to the Same (the "Standing Order"), TQ Delta, LLC and CommScope Holding Company, Inc., et al., hereby submit their Joint Exhibit List.

1

| Joint Exh. No. | Begin Bates No. | Description |
|---|---|---|
| 1 | TQD_TX-00043942 | U.S. Patent No. 7,453,881 |
| 2 | TQD_TX-00043957 | U.S. Patent No. 7,570,686 |
| 3 | TQD_TX-00043968 | U.S. Patent No. 7,844,882 |
| 4 | TQD_TX-00043899 | U.S. Patent No. 8,090,008 |
| 5 | TQD_TX-00043909 | U.S. Patent No. 8,276,048 |
| 6 | TQD_TX-00043921 | U.S. Patent No. 8,462,835 |
| 7 | TQD_TX-00043990 | U.S. Patent No. 8,468,411 |
| 8 | TQD_TX-00044113 | U.S. Patent No. 9,154,354 |
| 9 | TQD_TX-00044279 | U.S. Patent No. 10,833,809 |
| 10 | TQD_TX00070360 | Provisional application No. 60/327,440, filed on Oct. 5, 2001 |
| 11 | TQD_TX00069811 | Provisional application No. 60/224,308, filed on Aug. 10, 2000 |
| 12 | TQD_TX00263503 | Provisional application No. 60/174,865, filed on Jan. 7, 2000 |
| 13 | 2WIRE00052086 | 5031NV Block Diagram |
| 14 | BRCM-041772–BRCM-042177 BRCM-042242–BRCM-043970 BRCM-044072–BRCM-046508 | Broadcom Source Code |
| 15 | BRCM028148 | ▮ Data Sheet |
| 16 | COMMSCOPE012888 | ▮ Data Sheet |
| 17 | COMMSCOPE012891 | ▮ Data Sheet |
| 18 | COMMSCOPE013310 | ▮ Data Sheet |
| 19 | COMMSCOPE013325 | ▮ Data Sheet |
| 20 | COMMSCOPE013335 | ▮ Data Sheet |
| 21 | COMMSCOPE013368 | ▮ Data Sheet |
| 22 | COMMSCOPE015681 | ▮ Block Diagram |
| 23 | COMMSCOPE018017 | ▮ Data Sheet |
| 24 | COMMSCOPE026686 | ▮ Block Diagram |
| 25 | TQD_TX00286879, TQD_TX00154617 | ITU-T G.998.4 standards and amendment |
| 26 | TQD_TX00151324 | IEEE 802.3ah-2004 |
| 27 | BRCM039906 | ▮ Data Sheet |
| 28 | 2WIRE00036388 | ▮ Block Diagram |
| 29 | 2WIRE00042032 | ▮ Block diagram |
| 30 | BRCM08968; 2WIRE00003685 | ▮ Data Sheet |
| 31 | BRCM09978; BRCM10025-BRCM10026 | ▮ Data Sheet |
| 32 | COMMSCOPE013312 | Triple play, Bonded ADSL2+VDSL2 Gateway Data Sheet 5168NV |
| 33 | COMMSCOPE013314 | ▮ Data Sheet |
| 34 | TQD_TX00153726 | ITU-T G.993.2 (12/2011) |
| 35 | TQD_TX00154521 | ITU-T G.998.2 : ATM-based multi-pair bonding (01/2005) |
| 36 | TQD_TX00044425, TQD_TX00313549 | ▮ |
| 37 | TQD_TX00044447 | ▮ |
| 38 | TQD_TX00491589, 1642 | ▮ |
| 39 | TQD_TX-0045274 | ▮ |
| 40 | TQD_TX-00045288 | ▮ |

| # | Bates | Description |
|---|---|---|
| 41 | COMMSCOPE039166, COMMSCOPE044791, COMMSCOPE044792, COMMSCOPE044793, COMMSCOPE044794, COMMSCOPE072108, COMMSCOPE124379, COMMSCOPE124380, COMMSCOPE016810, COMMSCOPE016813, COMMSCOPE016816, 2WIRE00042941.xlsx, COMMSCOPE017856 | CommScope sales data spreadsheet |
| 42 | COMMSCOPE072107 | CommScope spreadsheet re ASP of various chips in CommScope products |
| 43 | 2WIRE-SC-0000001-2WIRE-SC-0000041 | 2Wire Source Code from the Delaware case |
| 44 | AWARE001900, AWARE001908 | Aware and NEC |
| 45 | AWARE002071, AWARE002084, AWARE002041, AWARE002009, AWARE001997, AWARE001994, AWARE001990 | Aware and Analog Devices |
| 46 | COMMSCOPE011721 | Peter Chow, "Bandwidth Optimized Digital Transmission Techniques for Spectrally Shaped Channels With Impulse Noise," (May 1993) |
| 47 | COMMSCOPE000402 | ITU-T FI-071 ADSL Diagnostics, Dated January 31 - February 4, 2000 |
| 48 | COMMSCOPE001022 | ITU-T G.992.1 (06/99) Asymmetric Digital Subscriber Line (ADSL) Transceivers |
| 49 | TQD_TX00382283 | ANSI T1.413-1998 Titled "Network and Customer Installation Interfaces - Asymmetric Digital Subscriber Line (ADSL) Metallic Interface, Dated November 11, 1998 |
| 50 | COMMSCOPE002969 | U.S. Patent No. 6,657,949 (Jones, IV) |
| 51 | COMMSCOPE003339 | U.S. Patent No. 6,625,219 (Stopler) |
| 52 | COMMSCOPE008135 | ITU-T G.993.1 (06/2004) Very High Speed Digital Subscriber Line Transceivers |
| 53 | TQD_TX00069966 | U.S. Patent No. 6,222,858 (Counterman) |
| 54 | COMMSCOPE000985 | U.S. Patent No. 6,956,872 (Djokovic) |
| 55 | COMMSCOPE007440 | ITU-T BI-089 G.gen: ARQ for ADSL Transceivers, Dated October 23-27, 2000 |
| 56 | COMMSCOPE012044 | U.S. Patent No. 6,516,027 (Kapoor) |
| 57 | COMMSCOPE007290 | ITU-T SC-060 G.gen, G.dmt.bis, G.lite.bis: Protocol for On-Line Reconfiguration of ADSL, Dated August 6-10, 2001 |
| 58 | COMMSCOPE012863 | U.S. Patent Application Publication Pub. No. US 2002/0172188 (Wunsch) |
| 59 | COMMSCOPE002299 | U.S. Patent No. 7,269,208 (Mazzoni) |
| 60 | COMMSCOPE002515 | U.S. Patent No. 6,707,822 (Fadavi-Ardekani) |
| 61 | COMMSCOPE002268 | ITU-T LB-031 VDSL2 - Constraining the Interleaver Complexity, Dated June 14-18, 2004 |
| 62 | AWARE001791 | Patent Purchase Agreement Between Aware, Inc. and TQ Delta, LLC, Dated August 22, 2012 |
| 63 | COMMSCOPE125804, COMMSCOPE125845, COMMSCOPE125843 | Broadcom.com printouts |

| # | Bates | Description |
|---|---|---|
| 64 | AWARE000532, AWARE000548, AWARE000569, AWARE000571, AWARE000583, AWARE000590, AWARE000597, AWARE000602, AWARE000613, AWARE000626, AWARE000783, AWARE000827, AWARE000847, AWARE000851, AWARE000856, AWARE000629 | |
| 65 | AWARE000072, AWARE000861, AWARE000905, AWARE000911, AWARE000916, AWARE000930, AWARE000936, AWARE000944, AWARE000951, AWARE000956 | |
| 66 | AWARE001658 | |
| 67 | TQD_TX-00044309 | |
| 68 | TQD_TX00067553-7935 | ITU Patent Statement and Licensing Declarations |
| 69 | 2WIRE00054866 | |
| 70 | 2WIRE00043490 | Matrix |
| 71 | COMMSCOPE028442 | Matrix |
| 72 | 2WIRE00005009 | Matrix |
| 73 | COMMSCOPE126334 | Infineon CPE Brochure, infineon.com, Dated September 2008 |
| 74 | COMMSCOPE126214 | DSL Licensing, tqdelta.com, Dated June 26, 2022 |
| 75 | TQD_TX00380299, TQD_TX00380300, TQD_TX00380301, TQD_TX00380302 | |