# EXHIBIT H

| TQD Exh. No. | Begin Bates No. | Description | CommScope's Objections |
|---|---|---|---|
| 1 | COMMSCOPE_SC000001-362 | CommScope Source Code | |
| 2 | COMMSCOPE038766 | ▮▮▮▮▮▮▮ Matrix | |
| 3 | COMMSCOPE039450 | ▮▮▮▮▮▮▮ HW Product Functional Specification | |
| 4 | COMMSCOPE039461 | ▮▮▮▮▮▮▮ Product Functional Specification | |
| 5 | TQD_TXCS-00000001-00003007; 2WIRE00047134-47200 | Pre-suit communications between TQD and CommScope and predecessors ▮▮▮ | 901 authentication<br>402 relevance<br>403<br>802 hearsay<br>Subject to MIL<br>Multiple documents<br>Not able to identify document |
| 6 | COMMSCOPE016571 | ARRIS Product Line Management memo re End of Sale Notice for ARRIS NVG589 (3/21/16) | |
| 7 | COMMSCOPE068829 | ARRIS slides re AT&T Bi-Monthly Quality Review (7/20/16) | |
| 8 | COMMSCOPE046235 | CommScope slides re Quarterly Business Review (4/29/22) | |
| 9 | COMMSCOPE068652 | ARRIS slides re RG Field Performance Summary (6/15/16) | |
| 10 | COMMSCOPE068964 | ARRIS slides re AT&T-ARRIS Software Roadmap (3/29/16) | |
| 11 | COMMSCOPE068529 | ARRIS SLIDES RE ATT-DTV Quality Engagement (3/9/16) | |
| 12 | | U.S. Patent No. 7,428,669 to Cioffi | |
| 13 | COMMSCOPE016814 | CommScope sales data spreadsheet | 402 relevance<br>403<br>Subject to MSJ |
| 14 | TQD_TX00155551, TQD_TX00155941, TQD_TX00155943, TQD_TX00155956, TQD_TX00156504, TQD_TX00156704, TQD_TX00156982 | ITU Submissions | 901 authentication<br>402 relevance<br>403<br>802 hearsay<br>Multiple documents |
| 15 | TQD_TX00383536-545 | AWARE Data Sheets | 901 authentication<br>402 relevance<br>403<br>802 hearsay<br>Multiple documents |
| 16 | TQD_TX00047248, TQD_TX00047319 | Assignments for Patents-at-Issue, including Aware transfers | 901 authentication<br>402 relevance<br>403<br>802 hearsay<br>Multiple documents; unable to identify |
| 17 | BRCM_CODE_0000001-BRCM_CODE_2092 | Delaware case source code | 402 relevance<br>403<br>802 hearsay<br>Subject to MIL<br>Improper exhibit name<br>Not produced in this case |
| 18 | | U.S. Patent No. 6,370,156 | |
| 19 | | Understanding Digital Subscriber Line Technology by Thomas Starr, et al. (1999) | |
| 20 | BRCM_CODE_00001 | Code Review 2 Folder Readme.txt | |
| 21 | BRCM_CODE_0000331-0000351 | DSL3 Notes | |
| 22 | BRCM_CODE_0000352-0000379 | DSL3 Notes XMT Path | |
| 23 | BRCM_CODE_0000380-0000386 | rxPaf Presentation | |
| 24 | BRCM_CODE_0000387-0000428 | rxPaf Specification | |
| 25 | BRCM_CODE_0000449-0000476 | DSL3 Notes XMT Path | |
| 26 | BRCM_CODE_0000484-0000530 | SIMD Qproc Specification for VDSL | |
| 27 | BRCM_CODE_0000552-0000601 | DSP Hardware/Software Structure and Pipeline | |
| 28 | BRCM_CODE_0000602-0000612 | DSP Hardware/Software Structure and Pipeline | |
| 29 | NOK00403211 | ITU Temporary Document BB-U17 (June 2002) | Not produced in this case<br>402/403 |
| 30 | 123722166.pdf | CLI Commands | |
| 31 | 123722165.pdf | Operations and Maintenance Using CLI | |
| 32 | 105701296.pdf | 636x xDSL / XTM Bonding Information Note | |
| 33 | COMMSCOPE015448 | User Guide | |
| 34 | COMMSCOPE016358 | User Guide | |
| 35 | COMMSCOPE017858 | User Guide | |
| 36 | COMMSCOPE026307 | User Guide | |
| 37 | COMMSCOPE046435-6927 | Weekly Meeting Presentations | |
| 38 | COMMSCOPE046236 | CommScope Broadband Quarterly Business Review | |
| 39 | COMMSCOPE048569 | Defect Fix Process | |
| 40 | COMMSCOPE049469 | PDR Meeting | |
| 41 | COMMSCOPE050266 | Hardware Acceptance Letter | |
| 42 | TQD_TX00174803 | DSLXpert User Guide | |
| 43 | Brody F1 Validity Rebuttal Ex. 5 | TIES Services | |

| | | |
|---|---|---|
| 44 | COMMSCOPE073693, COMMSCOPE073637, COMMSCOPE073499, COMMSCOPE073275, COMMSCOPE073264, COMMSCOPE073239, COMMSCOPE072966, COMMSCOPE072705, COMMSCOPE072481 | Firmware Release Notes | |
| 45 | COMMSCOPE017985 | User Guide | |

| # | Bates | Description | |
|---|---|---|---|
| 44 | COMMSCOPE073693, COMMSCOPE073637, COMMSCOPE073499, COMMSCOPE073275, COMMSCOPE073264, COMMSCOPE073239, COMMSCOPE072966, COMMSCOPE072705, COMMSCOPE072481 | Firmware Release Notes | |
| 45 | COMMSCOPE017985 | User Guide | |