# EXHIBIT I

███████████████

In the United States District Court
for the Eastern District of Texas
Marshall Division

TQ Delta, LLC

v.  Case No. 2:21-cv-310

CommScope Holding Co., et al.

**Defendant CommScope's First Amended Trial Exhibit List**

21-Feb-23

| Def. Control No. | DX No. | BegBates | EndBates | Description | Objections |
|---|---|---|---|---|---|
| 21 | DX-01 | TQD_TXNK00002735 | TQD_TXNK00002739 | PowerPoint Slides Titled ■■■ | 403, R, A, H, 408 |
| 42 | DX-02 | NA | NA | Committee T1 Contribution Titled "Liaison From T1E1.4 (T1E1.4/98-024) Regarding Performance Monitoring Requirements for ADSL," Dated January 20, 1998 | R, 403, A, F, H, U |
| 75 | DX-03 | TQD_TX00085136 | TQD_TX00085447 | ITU-T G.992.3 (07/2002) Asymmetric Digital Subscriber Line Transceivers 2 (ADSL2) | |

| | | | | | |
|---|---|---|---|---|---|
| 103 | DX-04 | TQD_TX00471883; TQD_TX00472048 | TQD_TX00471898; TQD_TX00472067 | TQ Delta, LLC Financial Statements December 31, 2012 and December 31, 2021 | 403, R, A, CO |
| 105 | DX-05 | TQD_TX00309239; TQD_TX00377252 | TQD_TX00309287; TQD_TX00377290 | ███████████████ | 403, R, A, H, CO |
| 109 | DX-06 | TQD_TX00472096 | TQD_TX00472127 | Third Amended and Restated Limited Liability Company Agreement of TQ Delta, LLC, Dated October 4, 2018 | 403, R, A, CO |
| 110 | DX-07 | TQD_TX00301946 TQD_TX00148345 | | ███████████████ | 403, R, A, H, CO |
| 116 | DX-08 | TQD_TX00438009 | TQD_TX00438041 | TQ Delta, LLC Patent Portfolio Overview | 403, R, A, H, 408 |
| 182 | DX-09 | NOK00280361 | NOK00280399 | ITU-T G.712 (11/96) Transmission Performance Characteristics of Pulse Code Modulation Channels | R, 403, F, H |
| 206 | DX-10 | TQD_TX00170870 | TQD_TX00170872 | Email From Mark Roche to Marcos Tzannes re: ITU Patent Statement, Dated January 31, 2013 | 403, R, A, H, I |
| 227 | DX-11 | COMMSCOPE016649 | COMMSCOPE016660 | ███████████████ | 403, R, A, H |
| 246 | DX-12 | NA | NA | Aware, Inc. Press Release Titled "Aware, Inc. to Sell Home Networking and DSL Technology to Lantiq," Dated October 20, 2009 | 403, R, A, H, U |
| 248 | DX-13 | TQD_TX00176456 | TQD_TX00176570 | Global IP Law Group PowerPoint Titled "DSL Portfolio," Dated June 25, 2012 | 403, R, A, H |
| 353 | DX-14 | TQD136280 | TQD136281 | Aware, Inc.'s Explanation of Financial Information to Interested Buyers | 403 R |
| 384 | DX-15 | COMMSCOPE072288 | COMMSCOPE072293 | SG15/Q4 Jan/Feb 2000 (Fiji) Document List | R, 403, A, F, H |

| 438 | DX-16 | COMMSCOPE003892 | COMMSCOPE003895 | T1E1.4/93-182 Proposal for a Symbol-Synchronized Scrambler, Dated August 23, 1993 | A; CO (SO #4 prior art); F; R; 403 |
|---|---|---|---|---|---|
| 445 | DX-17 | COMMSCOPE011706 | COMMSCOPE011720 | U.S. Patent No. 6,205410 (Cai) | R, 403, CO |
| 448 | DX-18 | TQD_TX00097288 | TQD_TX00097301 | European Patent Application EP 0 753 948 (Peeters) | R, 403, CO |
| 449 | DX-19 | 2WIRE00056155 | 2WIRE00056166 | SG15/Q$ August 2001 (San Francisco, California, USA) Document List, Dated January 23, 2002 | A; F; R; 403 |
| 450 | DX-20 | TQD_TX00061734 | TQD_TX00062139 | File History for U.S. Patent No. 8,462,835 | A, R, 403, F, H |
| 457 | DX-21 | 2WIRE00055732 | 2WIRE00055734 | ITU-T BA-053 G.dmt.bis Proposal to Allow Adaptive Framing in the Fast Path, Dated June 19-23, 2000 | A; CO (SO #4 prior art); F; R; 403 |
| 521 | DX-22 | CommScope_SC000001 | CommScope_SC000581 | CommScope Source Code Print-outs Produced in TQ Delta, LLC v. CommScope Holding Co., Inc. | R, 403, A, F, H, U |
| 533 | DX-23 | AWARE001432 | AWARE001433 | Letter From Sascha Bucklitsch (Lantiq) to David Martin (Aware, Inc.) Regarding Royalty Payments for the Period of April 1, 2015 through June 30, 2015, Dated July 23, 2015 | 403 R |
| 534 | DX-24 | AWARE001486 | AWARE001487 | Letter From Dr. Klaus Gohlke (Infineon Technologies AG) to David Martin (Aware, Inc.) Regarding Royalty Payments for the Period of April 1, 2009 through June 30, 2009, Dated April 14, 2009 | 403 R |
| 544 | DX-25 | | | PatentSight SLB-5.1 and article | 403 A F H R U |
| 552 | DX-26 | TQD_TX00472397 | | Infonetics Research PON, FTTH, Cable, DSL, and Wireless Broadband CPE Market Share, Size, and Forecasts, Dated March 11, 2015 | 403 F H R |
| 553 | DX-27 | TQD_TX00472398 | | Infonetics Research PON, FTTH, and DSL Aggregation Equipment Market Share, Size, and Forecasts, Dated March 2, 2015 | 403 F H R |

| | | | | | |
|---|---|---|---|---|---|
| 554 | DX-28 | | | Plaintiff TQ Delta's Objections and Responses to CommScope's First Set of Interrogatories (Nos. 1-35), dated May 12, 2022, No. 25 | 403, R, CO |
| 563 | DX-29 | 2WIRE00054609 | 2WIRE00054660 | IEEE Standards Style Manual, Dated April 2002 | A; F; R; 403 |
| 564 | DX-30 | 2WIRE00054714 | 2WIRE00054752 | IEEE-SA Standards Board Operations Manual, Dated January 2004 | A; F; R; 403 |
| 565 | DX-31 | 2WIRE00056848 | 2WIRE00056946 | Broadband Forum Technical Report TR-115 VDSL2 Functionality Test Plan, Issue 3, Dated January 2016 | |
| 601 | DX-32 | COMMSCOPE125601; COMMSCOPE125690 | COMMSCOPE125689; COMMSCOPE125782 | Aware, Inc. Form 10-K For Period Ending December 31, 2008 and December 31, 2009 | 403 A F H R U |
| 641 | DX-33 | COMMSCOPE127209 | COMMSCOPE127212 | Lantiq ▉ Chipset Product Brief (2009) | 403, R, A, H, U |
| 678 | DX-34 | COMMSCOPE127921 | COMMSCOPE127923 | Sisvel DSL Licensing Program, Sisvel.com, Date March 2020 | R, 403, A, H |
| 771 | DX-35 | AWARE001432 et al. | AWARE001433 et al. | Exhibit SLB-9 to the Expert Report of Stephen L. Becker, Ph.D., Dated November 18, 2022 and Supporting Documents Thereto | R, 403, H, Err |
| 772 | DX-36 | AWARE000002 et al. | AWARE000002 et al. | Exhibit SLB-10 to the Expert Report of Stephen L. Becker, Ph.D., Dated November 18, 2022 and Supporting Documents Thereto | R, 403, H, Err |
| 773 | DX-37 | ARCBW_0001 et al. SISVELUS_000001 et al. | ARCBW_0006 et al. SISVELUS_000010 et al. | Exhibit SLB-12 to the Expert Report of Stephen L. Becker, Ph.D., Dated November 18, 2022 and Supporting Documents Thereto | R, 403, A, H, Err |
| 774 | DX-38 | | | Exhibit SLB-4 to the Expert Report of Stephen L. Becker, Ph.D., Dated November 18, 2022 and Supporting Documents Thereto | R, 403, A, H |

| | | | | | |
|---|---|---|---|---|---|
| 775 | DX-39 | | | Exhibit SLB-8 to the Expert Report of Stephen L. Becker, Ph.D., Dated November 18, 2022 and Supporting Documents Thereto | R, 403, A, H |
| 776 | DX-40 | | | Exhibit SLB-8.1 to the Expert Report of Stephen L. Becker, Ph.D., Dated November 18, 2022 and Supporting Documents Thereto | R, 403, A, H |
| 783 | DX-41 | TQD_TX00115596 | TQD_TX00115599 | ITU-T SG15/Q4 Contribution No. SS-049, "Proposed Revisions to G.992.4 and G.992.3&5 regarding impulse noise protection" | R, 403, F, H |
| 784 | DX-42 | NA | NA | SC-U18R2 | R, 403, A, F, H, U |
| 828 | DX-43 | NA | NA | United States Patent Application US 2004/0165658 A1 (NOK00732238) | R, 403, CO |
| 830 | DX-44 | NA | NA | ETSI TS 101 270-2 VDSL standard (ETSI VDSL) (NOK00076413) | A; CO (SO #4 prior art); F; R; 403 |
| 835 | DX-45 | TQD_TX-0479282 TQD_TX00302420 | | Guidelines for Implementation of the Common patent Policy for ITU-T/ITU-R/ISO/IEC | R, 403, A, F, H, U |