# EXHIBIT M

█████████████████

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TQ Delta, LLC,<br>  *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>  *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED |

## **COMMSCOPE'S PROPOSED VERDICT FORM**

  In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

"**Plaintiff**" or "**TQD**" refers to TQ Delta, LLC.

"**Defendant**" or "**CommScope**" refers to CommScope Holding Company, Inc., CommScope Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc. and Arris Enterprises, LLC.

The "**'881 Patent**" refers to U.S. Patent No. 7,453,881.

The "**'686 Patent**" refers to U.S. Patent No. 7,570,686.

The "**'882 Patent**" refers to U.S. Patent No. 7,844, 882.

The "**'008 Patent**" refers to U.S. Patent No. 8,090, 008.

The "**'048 Patent**" refers to U.S. Patent No. 8,276,048.

The "**'835 Patent**" refers to U.S. Patent No. 8,462,835.

The "**'411 Patent**" refers to U.S. Patent No. 8,468,411.

The "**'354 Patent**" refers to U.S. Patent No. 9,154, 354.

The "**'809 Patent**" refers to U.S. Patent No. 10,833,809.

The "**Asserted Patents**" refers collectively to the '881 Patent, '686 Patent, the '882 Patent, the '008 Patent, the '048 Patent, the '835 Patent, the '411 Patent, the '354 Patent, and the '809 Patent.

The "**Asserted Claims**" refers collectively to Claims 17 and 23 of the '881 Patent, Claim 36 of the '686 Patent, Claim 13 of the '882 Patent, Claim 14 of the '008 Patent, Claim 5 of the '048 Patent, Claim 10 of the '835 Patent, Claims 10 and 18 of the '411 Patent, Claim 10 of the '354 Patent, and Claim 13 of the '809 Patent.

**IT IS VERY IMPORTANT THAT YOU FOLLOW
THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.**

**READ THEM CAREFULLY
AND ENSURE YOUR VERDICT COMPLIES WITH THEM.**

Answer Question #1 **AND** Question #2 on the following pages.  After you have answered **BOTH** questions, continue to page five and follow the instructions provided there.

PROCEED TO NEXT PAGE

**QUESTION #1:**

Did TQ Delta prove by a preponderance of the evidence that CommScope infringed any of the Asserted Claims?

**Answer "Yes" or "No" for each Asserted Claim listed below:**

U.S. Patent No. 7,453,881

  Claim 17 **YES**:_____ NO: _____

  Claim 23 **YES**:_____ NO: _____

U.S. Patent No. 7,570,686

  Claim 36 **YES**:_____ NO: _____

U.S. Patent No. 7,844, 882

  Claim 13 **YES**:_____ NO: _____

U.S. Patent No. 8,090,008

  Claim 14 **YES**:_____ NO: _____

U.S. Patent No. 8,276,048

  Claim 5 **YES**:_____ NO: _____

U.S. Patent No. 8,462,835

  Claim 10 **YES**:_____ NO: _____

U.S. Patent No. 8,468,411

  Claim 10 **YES**:_____ NO: _____

  Claim 18 **YES**:_____ NO: _____

U.S. Patent No. 9,154,354

  Claim 10 **YES**:_____ NO: _____

U.S. Patent No. 10,833,809

  Claim 10 **YES**:_____ NO: _____

PROCEED TO NEXT PAGE

**QUESTION #2:**

Did CommScope prove by clear and convincing evidence that any of the Asserted Claims are invalid?

**Answer "Yes" or "No" for each Asserted Claim listed below:**

U.S. Patent No. 7,453,881

    Claim 17    **YES**:_____    **NO**: _____

    Claim 23    **YES**:_____    **NO**: _____

U.S. Patent No. 7,570,686

    Claim 36    **YES**:_____    **NO**: _____

U.S. Patent No. 7,844, 882

    Claim 13    **YES**:_____    **NO**: _____

U.S. Patent No. 8,090,008

    Claim 14    **YES**:_____    **NO**: _____

U.S. Patent No. 8,276,048

    Claim 5    **YES**:_____    **NO**: _____

U.S. Patent No. 8,462,835

    Claim 10    **YES**:_____    **NO**: _____

U.S. Patent No. 8,468,411

    Claim 10    **YES**:_____    **NO**: _____

    Claim 18    **YES**:_____    **NO**: _____

U.S. Patent No. 9,154,354

    Claim 10    **YES**:_____    **NO**: _____

U.S. Patent No. 10,833,809

    Claim 10    **YES**:_____    **NO**: _____

PROCEED TO NEXT PAGE

5

**YOU SHOULD HAVE NOW ANSWERED BOTH
QUESTION #1 AND QUESTION #2.**

**IF YOU HAVE NOT ANSWERED BOTH QUESTION #1 AND QUESTION #2,
GO BACK AND ANSWER THEM BEFORE PROCEEDING.**

If you have answered **both** Question #1 and Question #2, FOLLOW THESE INSTRUCTIONS:

If you have answered NO to every part of Question #1 or YES to every part of Question #2, then proceed to Question #4 on page eight. You should not pay attention to any other questions between this point and Question #4 on page eight of the Verdict Form.

If you have answered YES to any part in Question #1, PROCEED TO ANSWER QUESTION #3 ONLY if you have found the Asserted Claim both to be infringed by CommScope and not invalid.

PROCEED TO NEXT PAGE

**QUESTION #3:**

Did TQ Delta prove by a preponderance of the evidence that the infringement you found in Question #1 was willful?

Yes: _____          No: _____

PROCEED TO NEXT PAGE

**<u>IF YOU HAVE REACHED THIS POINT IN THE VERDICT FORM,
YOU SHOULD HAVE NOW ANSWERED QUESTION #3</u>**

**<u>IF YOU HAVE NOT ANSWERED QUESTION #3,
GO BACK AND ANSWER IT BEFORE PROCEEDING.</u>**

PROCEED TO NEXT PAGE

**QUESTION #4:**

  Do you find that CommScope has proved by a preponderance of the evidence that TQ Delta breached its contractual obligation to license the Patents-in-Suit on a reasonable and non-discriminatory basis (RAND)?

Yes: _____   No: _____

**QUESTION #5:**

  If you answered "YES" to Question #4, what, if any, damages were incurred by CommScope as a foreseeable result of this breach?  If you answered "NO" to Question #5, do not answer this question.

$_____

**QUESTION #6:**

  If you answered YES to Question #4, but HAVE NOT awarded damages in Question #5 what amount of nominal damages should be awarded to CommScope? (Nominal damages range from $0.00 to $1.00).  If you answered "NO" to Question #5, do not answer this question.

**Nominal Damages**: $_____

PROCEED TO NEXT PAGE

**<u>IF YOU HAVE REACHED THIS POINT IN THE VERDICT FORM,
YOU SHOULD HAVE NOW ANSWERED QUESTION #4</u>**

**<u>IF YOU HAVE NOT ANSWERED QUESTION #4,
GO BACK AND ANSWER IT BEFORE PROCEEDING.</u>**

If you have answered YES in Question #4, then proceed to the final page of the Verdict Form. You should not pay attention to any other questions between this point and the final page of the Verdict Form.

If you have answered YES to <u>any part</u> in Question #1, PROCEED TO ANSWER THE FOLLOWING QUESTIONS as to ONLY any Asserted Claim that you have found both to be infringed by CommScope and for which you have found that Asserted Claim is not invalid. If you answered NO to <u>every part</u> in Question #1 or YES to <u>every part</u> in Question #2, DO NOT ANSWER THE FOLLOWING QUESTION.

PROCEED TO NEXT PAGE

**QUESTION #7:**

What sum of money, if any, paid now in cash, do you find by a preponderance of the evidence would fairly and reasonably compensate TQD for the infringement by CommScope?

**Answer in Dollar and Cents, if any:**

$ _____

PROCEED TO NEXT PAGE

**FINAL PAGE OF JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. After you are satisfied that your unanimous answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict.

Signed this \_\_\_\_\_ day of March, 2023.

_____
**Jury Foreperson**