IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC § § | |
| v. § § | Case No. 2:21-cv-00310-JRG |
| COMMSCOPE HOLDING COMPANY, INC., et al § § § | |

MINUTES FOR PRETRIAL CONFERENCE – Day 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
March 2, 2023

**OPEN:  9:00 AM**                                                                                 **ADJOURN:  5:03 PM**

ATTORNEYS FOR PLAINTIFF:           See attached

ATTORNEYS FOR DEFENDANTS:     See attached

LAW CLERKS:                                        Patrick Clark
                                                              Harris Huguenard
                                                              Dallas Jackson

COURT REPORTER:                              Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                      Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 09:00 AM | Court opened. |
| 09:01 AM | Court proceeded with Day 2 of pretrial conference. |
| 09:01 AM | Court GRANTED Dkt. No. 339 previously CARRIED from yesterday's pretrial conference. |
| 09:04 AM | Counsel updated the Court re: meet and confer efforts re: disputed MILS. |
| 09:05 AM | Court proceeded to hear argument re: parties' remaining objections to MILS. |
| 09:05 AM | TQD's MILs: |
| 09:05 AM | MIL 1: Discussion held re: agreement of the parties. |
| 09:09 AM | Court ruling: GRANTED. |
| 09:09 AM | MIL 2: Argument presented. |
| 09:19 AM | Court made rulings as set forth in the record. |
| 09:19 AM | MIL 3: Argument presented. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:21 AM | Court ruling:  DENIED. |
| 09:26 AM | MIL 4:  Argument presented. |
| 09:32 AM | Court ruling:  DENIED. |
| 09:32 AM | MIL 5:  Argument presented. |
| 09:43 AM | Court ruling:  DENIED. |
| 09:43 AM | MIL 6 [Court's MIL 13]:  Guidance and clarification sought by counsel. |
| 09:45 AM | Court provided instruction as set forth in the record. |
| 09:50 AM | CS's MILs: |
| 09:50 AM | MIL 1:  Argument presented. |
| 09:55 AM | Court ruling:  DENIED. |
| 09:56 AM | MIL 2:  Argument presented. |
| 10:07 AM | Court ruling:  DENIED. |
| 10:07 AM | MIL 3:  Argument presented. |
| 10:22 AM | Court ruling:  DENIED. |
| 10:25 AM | MIL 4:  Argument presented. |
| 10:33 AM | Court ruling:  DENIED. |
| 10:33 AM | MIL 5:  Argument presented. |
| 10:40 AM | Court ruling:  GRANTED. |
| 10:42 AM | Conclusion of argument re: MILS. |
| 10:42 AM | Court instructed parties to meet and confer re: narrowing of exhibit disputes. |
| 10:44 AM | Recess. |
| 11:32 AM | Court reconvened. |
| 11:32 AM | Court directed the parties to continue their meet and confer efforts through the lunch recess. |
| 11:33 AM | Recess for lunch. |
| 01:37 PM | Court reconvened. |
| 01:37 PM | Resolution reached by the parties through their meet and confer efforts re: narrowing of exhibit disputes. |
| 01:40 PM | Counsel for the parties confirmed resolution. |
| 01:47 PM | Court began hearing argument re: objections to remaining exhibits. |
| 01:47 PM | TQD Exhibits: |
| 01:47 PM | Category 6 Exhibit 5:  Argument presented. |
| 01:58 PM | **Courtroom sealed.** |
| 02:07 PM | Court made rulings as set forth in the record. |
| 02:18 PM | **Courtroom unsealed.** |
| 02:18 PM | Category 6 Exhibit 14:  Argument presented. |
| 02:22 PM | Court made rulings as set forth in the record. |
| 02:23 PM | CS Exhibits: |
| 02:23 PM | Category 7 Exhibit 4:  Argument presented. |
| 02:45 PM | Court made rulings as set forth in the record. |
| 02:46 PM | Category 7 Exhibit 5:  Argument presented. |
| 02:59 PM | Court made rulings as set forth in the record. |
| 03:00 PM | Category 7 Exhibit 9:  Argument presented. |
| 03:20 PM | Court made rulings as set forth in the record. |

| TIME | MINUTE ENTRY |
|---|---|
| 03:20 PM | Category 7 Exhibits 16 and 17:  Argument presented. |
| 03:26 PM | Court made rulings as set forth in the record. |
| 03:26 PM | Category 7 Exhibit 10:  Argument presented. |
| 03:35 PM | Court made rulings as set forth in the record. |
| 03:36 PM | Category 7 Exhibit 15:  Argument presented. |
| 04:03 PM | Court made rulings as set forth in the record. |
| 04:03 PM | Category 7 Exhibit 1:  Argument presented. |
| 04:09 PM | **Courtroom sealed.** |
| 04:39 PM | Court made rulings as set forth in the record. |
| 04:40 PM | **Courtroom unsealed.** |
| 04:41 PM | Recess. |
| 04:46 PM | Court reconvened. |
| 04:48 PM | Court proceeded to hear argument on Dkt. No. 347 and Dkt. No. 343 which originally rested on the papers. |
| 04:48 PM | [SEALED] Plaintiff TQ Delta's Memorandum in Support of Its Motions for Summary Judgment Directed to Patent Families 1 and 10 (Dkt. No. 347). |
| 04:48 PM | Mr. McAndrews presented argument for Plaintiff. |
| 04:55 PM | Responsive argument by Mr. Stevens for Defendants. |
| 04:57 PM | CommScope's Motion for Partial Summary Judgment Regarding Prior Art Status (Dkt. No. 343). |
| 04:57 PM | Mr. Marais presented argument for Defendants. |
| 04:58 PM | Responsive argument by Mr. Wilson for Plaintiff. |
| 05:00 PM | Rebuttal argument by Mr. Marais for Defendants. |
| 05:02 PM | Court DENIED Dkt. No. 347. |
| 05:02 PM | Court GRANTED Dkt. No. 343. |
| 05:03 PM | Arguments concluded. |
| 05:03 PM | Pretrial process completed. |
| 05:03 PM | Court adjourned. |