

**2:21-cv-00310-JRG**
**TQ Delta LLC  v CommScope Holding Company Inc et al**
**March 2, 2023 at 9:00 AM**
**Pretrial Conference -- Day 2**

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Rudy Fink | TQ Delta, LLC |
| Christian Hurt | " |
| Ashley Ratycz | " |
| Pete McAndrews | " |
| Ty Wilson | " |
| David Petty | " |
| Ross Barton | CommScope |
| Kirk Bradley | " |
| Stephen Lareau | " |
| Michael Deane | " |
| Scott Stevens | " |
| Katherine Rubschlager | " |
| Deron Dacus | " |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Abha Divine | TQ Delta, LLC |