## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br>                 *Plaintiff*,<br>v.<br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC<br>                 *Defendants*. | CIV. A. NO. 2:21-CV-310-JRG |

### DECLARATION OF DARLENA SUBASHI IN SUPPORT OF COMMSCOPE'S REPLY IN SUPPORT OF ITS OPPOSED MOTION TO CHANGE LEAD COUNSEL DESIGNATION

I, Darlena Subashi, declare:

1. I am a senior associate at Alston & Bird LLP, counsel of record for Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology (collectively, "CommScope"). I am over the age of 18 years, have personal knowledge of the matters in this declaration, and if called as a witness, I would and could competently testify to them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the deposition transcript of Bruce Bernstein, J.D., dated Aug. 9, 2022. Highlighting has been added for the convenience of the Court.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the Second Supplemental Expert Report of Jonathan D. Putnam, dated Dec. 1, 2022. Highlighting has been added for the convenience of the Court.

1

4.  Attached hereto as **Exhibit 3** is a true and correct copy of the declaration of James Shead in Support of CommScope's Motion to Change Lead Counsel Designation, dated February 27, 2023.

5.  Attached hereto as **Exhibit 4** is a true and correct copy of the declaration of Ross R. Barton in Support of CommScope's Motion to Change Lead Counsel Designation, dated February 27, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 27, 2023, in New York, NY.

/s/ <i>Darlena Subashi</i><br>
Darlena Subashi