# EXHIBIT I

# COMMSCOPE'S FIRST AMENDED EXHIBIT LIST

CONFIDENTIAL

**In the United States**
**for the Eastern District of Texas**
**Marshall Division**

**TQ Delta, LLC**

v.   Case No. 2:21-cv-310

**CommScope Holding Co., et al.**

**Defendant CommScope's Amended Trial Exhibit List**

24-Feb-23

| Def. Control No. | DX No. | BegBates | EndBates | Description | Objections |
|---|---|---|---|---|---|
| 21 | DX-01 | TQD_TXNK00002735 | TQD_TXNK00002739 | PowerPoint Slides Titled ▮▮▮ | 403, R, A, H, 408 |
| 75 | DX-02 | TQD_TX00085136 | TQD_TX00085447 | ITU-T G.992.3 (07/2002) Asymmetric Digital Subscriber Line Transceivers 2 | |
| 103 | DX-03 | TQD_TX00472048 | TQD_TX00472067 | TQ Delta, LLC Financial Statements December 31, 2021 | 403, R, A, CO |
| 105 | DX-04 | TQD_TX00309239 | TQD_TX00309344 | ▮▮▮ | 403, R, A, H, CO |
| 110 | DX-05 | TQD_TX00301946 TQD_TX00148345 | | ▮▮▮ | 403, R, A, H, CO |
| 116 | DX-06 | TQD_TX00438009 | TQD_TX00438041 | TQ Delta, LLC Patent Portfolio Overview | 403, R, A, H, 408 |
| 182 | DX-07 | NOK00280361 | NOK00280399 | ITU-T G.712 (11/96) Transmission Performance Characteristics of Pulse Code Modulation Channels | R, 403, F, H |

| 206 | DX-08 | TQD_TX00170870 | TQD_TX00170872 | Email From Mark Roche to Marcos Tzannes re: ITU Patent Statement, Dated January 31, 2013 | 403, R, A, H, I |
|---|---|---|---|---|---|
| 248 | DX-09 | TQD_TX00176456 | TQD_TX00176570 | Global IP Law Group PowerPoint Titled "DSL Portfolio," Dated June 25, 2012 | 403, R, A, H |
| 353 | DX-10 | TQD136280 | TQD136281 | Aware, Inc.'s Explanation of Financial Information to Interested Buyers | 403 R |
| 384 | DX-11 | COMMSCOPE072288 | COMMSCOPE072293 | SG15/Q4 Jan/Feb 2000 (Fiji) Document List | R, 403, A, F, H |
| 438 | DX-12 | COMMSCOPE003892 | COMMSCOPE003895 | T1E1.4/93-182 Proposal for a Symbol-Synchronized Scrambler, Dated August 23, 1993 | A; CO (SO #4 prior art); F; R; 403 |
| 449 | DX-13 | 2WIRE00056155 | 2WIRE00056166 | SG15/Q$ August 2001 (San Francisco, California, USA) Document List, Dated January 23, 2002 | A; F; R; 403 |
| 450 | DX-14 | TQD_TX00061734 | TQD_TX00062139 | File History for U.S. Patent No. 8,462,835 | A, R, 403, F, H |
| 521 | DX-15 | | | CommScope Source Code Print-outs Produced in TQ Delta, LLC v. CommScope Holding Co., Inc. | R, 403, A, F, H, U |
| 533 | DX-16 | AWARE001432 | AWARE001433 | Letter From Sascha Bucklitsch (Lantiq) to David Martin (Aware, Inc.) Regarding Royalty Payments for the Period of April 1, 2015 through June 30, 2015, Dated July 23, 2015 | 403 R |

| | | | | | |
|---|---|---|---|---|---|
| 534 | DX-17 | AWARE001486 | AWARE001487 | Letter From Dr. Klaus Gohlke (Infineon Technologies AG) to David Martin (Aware, Inc.) Regarding Royalty Payments for the Period of April 1, 2009 through June 30, 2009, Dated April 14, 2009 | 403 R |
| 544 | DX-18 | | | PatentSight SLB-5.1 | 403 A F H R U |
| 553 | DX-19 | TQD_TX00472398 | | Infonetics Research PON, FTTH, and DSL Aggregation Equipment Market Share, Size, and Forecasts, Dated March 2, 2015 | 403 F H R |
| 563 | DX-20 | 2WIRE00054609 | 2WIRE00054660 | IEEE Standards Style Manual, Dated April 2002 | A; F; R; 403 |
| 564 | DX-21 | 2WIRE00054714 | 2WIRE00054752 | IEEE-SA Standards Board Operations Manual, Dated January 2004 | A; F; R; 403 |
| 565 | DX-22 | 2WIRE00056848 | 2WIRE00056946 | Broadband Forum Technical Report TR-115 VDSL2 Functionality Test Plan, Issue 3, Dated January 2016 | |
| 601 | DX-23 | COMMSCOPE125601 | COMMSCOPE125689 | Aware, Inc. Form 10-K For Period Ending December 31, 2008 | 403 A F H R U |
| 601 | DX-24 | COMMSCOPE125690 | COMMSCOPE125782 | Aware, Inc. Form 10-K For Period Ending December 31, 2009 | 403 A F H R U |
| 641 | DX-25 | COMMSCOPE127209 | COMMSCOPE127212 | Lantiq ▮▮▮▮▮ Chipset Product Brief (2009) | 403, R, A, H, U |
| 771 | DX-26 | AWARE001432 et al. | AWARE001433 et al. | Exhibit SLB-9 to the Expert Report of Stephen L. Becker, Ph.D., Dated November 18, 2022 and Supporting Documents Thereto | R, 403, H, Err |
| 784 | DX-27 | NA | NA | SC-U18R2 | R, 403, A, F, H, U |
| 830 | DX-28 | NA | NA | ETSI TS 101 270-2 VDSL standard (ETSI VDSL) (NOK00076413) | A; CO (SO #4 prior art); F; R; 403 |

| 835 | DX-29 | TQD_TX-0479282 | | Guidelines for Implementation of the Common patent Policy for ITU-T/ITU-R/ISO/IEC | R, 403, A, F, H, U |
|---|---|---|---|---|---|
| 835 | DX-30 | TQD_TX00302420 | | Guidelines for Implementation of the Common patent Policy for ITU-T/ITU-R/ISO/IEC | R, 403, A, F, H, U |