# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ Delta, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>CommScope Holding Company, Inc., *et al.*,<br>    *Defendants*. | Civil Action No.: 2:21-CV-00310-JRG<br><br>JURY TRIAL DEMANDED |

## TQ DELTA, LLC'S NOTICE OF FINAL ELECTION OF ASSERTED CLAIMS

TQ Delta, LLC hereby provides notice of its "final election of Asserted Claims," as ordered by the Court's Fifth Amended Docket Control Order (Dkt. No. 458). This final election of Asserted Claims replaces the Final Election of Asserted Claims TQ Delta previously provided pursuant to the Court's Order Focusing Patent Claims and Prior Art (Dkt. No. 128).

Pursuant to the Court's Order, TQ Delta hereby elects the following claims for trial in light of the current record and the Court's orders on the conduct of the trial:

- U.S. Patent No. 7,570,686, Claim 36;
- U.S. Patent No. 7,453,881, Claim 23;
- U.S. Patent No. 8,276,048, Claim 5;
- U.S. Patent No. 8,090,008, Claim 14;
- U.S. Patent No. 8,462,835, Claim 10;
- U.S. Patent No. 8,468,411, Claim 18; and
- U.S. Patent No. 9,154,354, Claim 10.

Dated: March 7, 2023

By: /s/ William E. Davis, III

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

Edward Chin
Texas State Bar No. 50511688
echin@davisfirm.com

Ty Wilson

1

        Texas State Bar No. 24106583
        twilson@davisfirm.com

**THE DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

Peter J. McAndrews
(*Pro hac vice*)
pmcandrews@mcandrews-ip.com

Rajendra A. Chiplunkar
(*Pro hac vice*)
rchiplunkar@mcandrews-ip.com

Ashley Ratycz
(*Pro hac vice*)
aratycz@mcandrews-ip.com
**MCANDREWS, HELD & MALLOY, LTD.**
500 West Madison St., 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

*ATTORNEYS FOR PLAINTIFF TQ DELTA, LLC*

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this March 7, 2023 on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

        /s/ William E. Davis, III
        William E. Davis, III