IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>       *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>       *Defendants*. | Civil Action No.: 2:21-cv-310 |

## DEFENDANT COMMSCOPE'S FINAL INVALIDITY THEORIES, PRIOR ART REFERENCES, AND EQUITABLE DEFENSES

Defendants CommScope Holding Company, Inc., CommScope, Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., and Arris Enterprises, LLC ("CommScope") hereby provide notice of its "final invalidity theories, final prior are references/combinations, and final equitable defenses," as ordered by the Court's Fifth Amended Docket Control Order (Dkt. No. 458). This final election replaces the Final Election of Prior Art CommScope provided pursuant to the Court's Order dated November 4, 2022 (Dkt. No. 307).

Pursuant to the Court's Fifth Amended Docket Control Order, CommScope hereby elects the following invalidity theories for trial in light of the current record and the Court's orders on the conduct of trial:

- Asserted claim 36 of U.S. Patent No. 7,570,686 is invalid as obvious over ITU-T Temporary Document FI-071 ("FI-071") in combination with ITU-T Recommendation G.992.1 ("G.992.1").

- Asserted claim 5 of U.S. Patent No. 8,276,048 is invalid as obvious over U.S. Patent No. 7,267,208 ("Mazzoni") in view of ITU-T Standard G.993.1 ("G.993.1") and/or Mazzoni in view of ITU-T Contribution LB-031 ("LB-031").

- Asserted claim 14 of U.S. Patent No. 8,090,008 is invalid as anticipated and/or obvious over U.S. Patent No. 6,657,949 ("Jones").

- Asserted claim 10 of U.S. Patent No. 8,462,835 is invalid as anticipated by G.992.1 and/or obvious over G.992.1 in view of ITU-T SG15/Q4 Contribution SC-060 ("SC-060").

Dated this 10th day of March, 2023

Respectfully submitted,

By: /s/ Ross R. Barton

Ross R. Barton (NC Bar No. 37179)
M. Scott Stevens (NC Bar No. 37828)
Kirk T. Bradley (NC Bar No. 26490)
Stephen R. Lareau (NC Bar No. 42992)
Karlee N. Wroblewski (NC Bar No. 55043)
Nicholas C. Marais (NC Bar No. 53533)
Erin Beaton (NC Bar No. 59594)
Mary I. Riolo (NC Bar No. 59644)
ALSTON & BIRD LLP
101 S. Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Email: ross.barton@alston.com
　　　　scott.stevens@alston.com
　　　　kirk.bradley@alston.com
　　　　stephen.lareau@alston.com
　　　　karlee.wroblewski@alston.com
　　　　nic.marais@alston.com
　　　　erin.beaton@alston.com
　　　　mary.riolo@alston.com
Telephone: 704-444-1000

Facsimile: 704-444-1111

Michael C. Deane (GA Bar No. 498195)
Katherine M. Donald (GA Bar No. 753449)
ALSTON & BIRD LLP
1201 West Peachtree St. Suite 4900
Atlanta, GA 30309
Email: *michael.deane@alston.com*
　　　*katie.donald@alston.com*
Telephone: 404-881-7000
Facsimile: 404-881-7777

Katherine G. Rubschlager (Cal. Bar No. 328100)
ALSTON & BIRD LLP
1950 University Avenue, Suite 430
East Palo Alto, CA 94303
Email: *katherine.rubschlager@alston.com*
Telephone: 650-838-2004
Facsimile: 650-838-2001

Darlena Subashi (NY Bar No. 5780747)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Email: *darlena.subashi@alston.com*
Telephone: 212-210-9400
Facsimile: 212-210-9444

Deron R. Dacus (TX Bar No. 00790553)
THE DACUS FIRM
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543 (fax)
E-Mail: ddacus@dacusfirm.com

Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Ste. B
Tyler, TX 75703
903-534-1100 (t)
903-534-1137 (f)

efindlay@findlaycraft.com
bcraft@findlaycraft.com

Douglas J. Kline
Lana Shiferman
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
P: (617) 570-1000
F: (617) 523-1231
dkline@goodwinlaw.com
lshiferman@goodwinlaw.com

Brett Schuman
Rachel M. Walsh
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P: (415) 733-6000
F: (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
GOODWIN PROCTER LLP
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

*Attorneys for Defendants CommScope Holding Company, Inc, CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 10, 2023 to all counsel of record via electronic mail.

*/s/ Ross R. Barton*
Ross R. Barton