# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>        *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>        *Defendants*. | Civil Action No.: 2:21-cv-310 |

**DEFENDANT COMMSCOPE'S SECOND AMENDED
NOTICE OF TRIAL WITNESSES**

Pursuant to the Fifth Amended Docket Control Order, Defendants CommScope Holding Company, Inc., CommScope, Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., and Arris Enterprises, LLC ("CommScope") respectfully submit the following second amended list of witnesses they expect to present at trial and those witnesses they may call at trial if the need arises (either in person, through deposition designations, or through videotaped deposition).

  **Will Call by Live or Deposition Testimony**

   1. Richard Wesel, Ph.D. (live)
   2. Bruce McNair (live)
   3. Neil Ransom, Ph.D. (live)
   4. Stephen Becker, Ph.D. (live)
   5. Benjamin Miller (live)
   6. Steven Wauters (live)
   7. Abha Divine (live and/or by designation)

1

    8. Leonard Cimini, Ph.D. (by trial deposition)
    9. David Krinsky (by designation)
    10. Robert Pizzano (by designation)
    11. Christopher Cahill (by designation)

**May Call by Live or Deposition Testimony**

    1. Bruce Bernstein
    2. Michael Lund
    3. Edmund Reiter
    4. Mark Roche
    5. Kevin Russell
    6. Michael Tzannes
    7. Raphael Cassiers

CommScope reserves the right to call additional witnesses in rebuttal to testimony offered at trial by TQ Delta, including rebuttal witnesses that are not identified herein. CommScope also reserves the right to call any of TQ Delta's experts not called live by TQ Delta. CommScope reserves the right to supplement or amend this list as appropriate. CommScope specifically reserves the right to amend this list to include any persons listed on TQ Delta's witness list, in light of TQ Delta's pre-trial disclosures, or any persons identified in or related to evidence produced or identified by TQ Delta after the filing of this list.

Dated this 10th day of March, 2023

Respectfully submitted,

By: */s/ Ross R. Barton*

Ross R. Barton (NC Bar No. 37179)
M. Scott Stevens (NC Bar No. 37828)
Kirk T. Bradley (NC Bar No. 26490)
Stephen R. Lareau (NC Bar No. 42992)
Karlee N. Wroblewski (NC Bar No. 55043)
Nicholas C. Marais (NC Bar No. 53533)
Erin Beaton (NC Bar No. 59594)
Mary I. Riolo (NC Bar No. 59644)
ALSTON & BIRD LLP
101 S. Tryon Street, Suite 4000
Charlotte, NC 28280-4000

      Email: *ross.barton@alston.com*
            *scott.stevens@alston.com*
            *kirk.bradley@alston.com*
            *stephen.lareau@alston.com*
            *karlee.wroblewski@alston.com*
            *nic.marais@alston.com*
            *erin.beaton@alston.com*
            *mary.riolo@alston.com*
Telephone: 704-444-1000
Facsimile: 704-444-1111

Michael C. Deane (GA Bar No. 498195)
Katherine M. Donald (GA Bar No. 753449)
ALSTON & BIRD LLP
1201 West Peachtree St. Suite 4900
Atlanta, GA 30309
Email: *michael.deane@alston.com*
       *katie.donald@alston.com*
Telephone: 404-881-7000
Facsimile: 404-881-7777

Katherine G. Rubschlager (Cal. Bar No. 328100)
ALSTON & BIRD LLP
1950 University Avenue, Suite 430
East Palo Alto, CA 94303
Email: *katherine.rubschlager@alston.com*
Telephone: 650-838-2004
Facsimile: 650-838-2001

Darlena Subashi (NY Bar No. 5780747)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Email: *darlena.subashi@alston.com*
Telephone: 212-210-9400
Facsimile: 212-210-9444

Deron R. Dacus (TX Bar No. 00790553)
THE DACUS FIRM
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543 (fax)
E-Mail: ddacus@dacusfirm.com

Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Ste. B
Tyler, TX 75703
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Douglas J. Kline
Lana Shiferman
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
P: (617) 570-1000
F: (617) 523-1231
dkline@goodwinlaw.com
lshiferman@goodwinlaw.com

Brett Schuman
Rachel M. Walsh
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P: (415) 733-6000
F: (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Andrew Ong
GOODWIN PROCTER LLP
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

***Attorneys for Defendants CommScope Holding Company, Inc, CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS***

*Enterprises, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 10, 2023 to all counsel of record via electronic mail.

*/s/ Ross R. Barton*
Ross R. Barton
