IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| | § | |
| COMMSCOPE HOLDING COMPANY, INC., et al | § § | |

MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
March 17, 2023

**OPEN:** 09:07 AM    **ADJOURN:** 05:44 PM

ATTORNEYS FOR PLAINTIFF:     See attached

ATTORNEYS FOR DEFENDANTS:    See attached

LAW CLERKS:    Patrick Clark
Harris Huguenard
Dallas Jackson

COURT REPORTER:    Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:    Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 09:07 AM | Court opened. Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:19 AM | Court asked for announcements from the parties. |
| 09:21 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:29 AM | Prospective Jurors began introduction of themselves. |
| 09:53 AM | Court provided additional instructions to Jury Pool. |
| 09:56 AM | *Voir dire* on behalf of Plaintiff by Mr. Davis. |
| 10:26 AM | *Voir dire* on behalf of Defendants by Mr. Dacus. |
| 10:55 AM | Bench conference with counsel. |
| 10:56 AM | Bench conference completed. |
| 10:56 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 10:57 AM | Remainder of Jury Pool recessed. |
| 10:59 AM | Counsel approached bench. |
| 10:59 AM | Strike conference began with specifically named juror(s). |
| 11:05 AM | Strike conference concluded. Attorneys excused to exercise strikes. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:05 AM | Recess. |
| 11:36 AM | Court reconvened. |
| 11:36 AM | Instructions given by the Court. Jurors selected. |
| 11:40 AM | Remainder of Jury Pool excused. Jurors sworn. Additional instructions given by the Court. |
| 11:41 AM | Additional instructions given by the Court. |
| 11:54 AM | Jury recessed for lunch. |
| 11:55 AM | Recess. |
| 01:00 PM | Court reconvened. |
| 01:00 PM | Jury returned to courtroom. |
| 01:01 PM | Court gave preliminary instructions to Jury. |
| 01:44 PM | Notebooks provided to Jury. |
| 01:45 PM | Continuation of Court's preliminary instructions to Jury. |
| 01:53 PM | Plaintiff's opening statement by Mr. Davis. |
| 02:24 PM | Defendants' opening statement by Mr. Dacus. |
| 02:52 PM | Opening statements concluded. |
| 02:52 PM | Rule invoked, excluding expert witnesses and corporate representatives. |
| 02:53 PM | Jury recessed for break. |
| 02:54 PM | Recess. |
| 03:08 PM | Court reconvened. |
| 03:09 PM | Jury returned to courtroom. |
| 03:09 PM | Plaintiff's case-in-chief: |
| 03:09 PM | Witness sworn. Direct examination of Mr. Marcos Tzannes by Mr. McAndrews. |
| 03:57 PM | Bench conference. |
| 04:06 PM | Bench conference concluded. |
| 04:06 PM | Continuation direct examination of Mr. Marcos Tzannes by Mr. McAndrews. |
| 04:32 PM | Jury recessed for break. |
| 04:33 PM | Recess. |
| 04:45 PM | Court reconvened. |
| 04:46 PM | Jury returned to courtroom. |
| 04:46 PM | Cross examination of Mr. Marcos Tzannes by Mr. Stevens. |
| 05:09 PM | Bench conference. |
| 05:21 PM | Bench conference concluded. |
| 05:21 PM | Continuation cross examination of Mr. Marcos Tzannes by Mr. Stevens. |
| 05:32 PM | Bench conference. |
| 05:25 PM | Bench conference concluded. |
| 05:25 PM | Continuation cross examination of Mr. Marcos Tzannes by Mr. Stevens. |
| 05:25 PM | Redirect examination of Mr. Marcos Tzannes by Mr. McAndrews. |
| 05:37 PM | Completion of testimony of Mr. Marcos Tzannes. |
| 05:38 PM | Court provided instructions to the jury. |
| 05:40 PM | Jury recessed for the day until 8:30 AM Monday, March 20, 2023. |
| 05:40 PM | Court made inquiry re: the parties' meet and confer efforts re: objections to deposition designations. |
| 05:41 PM | Mr. Davis and Mr. Barton provided update to the Court. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:42 PM | Court directed the parties to meet and confer and provide an update to the Court by 5:00 PM Sunday, March 19, 2023. |
| 05:44 PM | Court reminded the parties they will read into the record on Monday those exhibits used today. |
| 05:44 PM | Court adjourned. |