IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| § | |
| COMMSCOPE HOLDING COMPANY, § | |
| INC., et al § | |

MINUTES FOR JURY TRIAL DAY NO. 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
March 20, 2023

**OPEN:** 08:27 AM  **ADJOURN:** 06:16 PM

ATTORNEYS FOR PLAINTIFF:   See attached

ATTORNEYS FOR DEFENDANTS:   See attached

LAW CLERKS:   Patrick Clark
Harris Huguenard
Dallas Jackson

COURT REPORTER:   Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:   Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:27 AM | Court opened. |
| 08:28 AM | Exhibits used Friday read into the record. |
| 08:29 AM | Jury entered the courtroom. |
| 08:29 AM | Continuation of Plaintiff's case-in-chief: |
| 08:30 AM | Witness sworn. Direct examination of Ms. Abha Divine by Mr. Davis. |
| 09:24 AM | Cross examination of Ms. Abha Divine by Mr. Dacus. |
| 09:29 AM | Bench conference. |
| 09:31 AM | Bench conference concluded. |
| 09:31 AM | Continuation cross examination of Ms. Abha Divine by Mr. Dacus. |
| 09:32 AM | Bench conference. |
| 09:41 AM | Bench conference concluded. |
| 09:41 AM | Continuation cross examination of Ms. Abha Divine by Mr. Dacus. |
| 09:43 AM | Bench conference. |
| 09:44 AM | Bench conference concluded. |
| 09:44 AM | Continuation cross examination of Ms. Abha Divine by Mr. Dacus. |
| 10:03 AM | Bench conference. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:04 AM | Bench conference concluded. |
| 10:04 AM | Continuation cross examination of Ms. Abha Divine by Mr. Dacus. |
| 10:06 AM | Bench conference. |
| 10:07 AM | Bench conference concluded. |
| 10:07 AM | Continuation cross examination of Ms. Abha Divine by Mr. Dacus. |
| 10:15 AM | Bench conference. |
| 10:17 AM | Bench conference concluded. |
| 10:17 AM | Jury recessed for break. |
| 10:18 AM | Recess. |
| 10:33 AM | Court reconvened. |
| 10:33 AM | Jury returned to courtroom. |
| 10:34 AM | Continuation cross examination of Ms. Abha Divine by Mr. Dacus. |
| 10:41 AM | Bench conference. |
| 10:42 AM | Bench conference concluded. |
| 10:42 AM | **Courtroom sealed**. |
| 10:43 AM | Continuation cross examination of Ms. Abha Divine by Mr. Dacus. |
| 11:34 AM | Bench conference. |
| 11:37 AM | Bench conference concluded. |
| 11:37 AM | Continuation cross examination of Ms. Abha Divine by Mr. Dacus. |
| 11:59 AM | Bench conference. |
| 12:00 PM | Bench conference concluded. |
| 12:00 PM | Continuation cross examination of Ms. Abha Divine by Mr. Dacus. |
| 12:01 PM | Bench conference. |
| 12:03 PM | Bench conference concluded. |
| 12:03 PM | Continuation cross examination of Ms. Abha Divine by Mr. Dacus. |
| 12:04 PM | **Courtroom unsealed**. |
| 12:05 PM | Jury recessed for lunch break. |
| 12:05 PM | Recess. |
| 01:05 PM | Court reconvened. |
| 01:05 PM | Jury returned to courtroom. |
| 01:06 PM | Redirect examination of Ms. Abha Divine by Mr. Davis. |
| 01:46 PM | **Courtroom sealed**. |
| 01:47 PM | Bench conference. |
| 01:48 PM | Bench conference concluded. |
| 01:48 PM | Continuation redirect examination of Ms. Abha Divine by Mr. Davis. |
| 01:52 PM | Bench conference. |
| 01:54 PM | Bench conference concluded. |
| 01:55 PM | Recross examination of Ms. Abha Divine by Mr. Dacus. |
| 02:05 PM | Bench conference. |
| 02:06 PM | Bench conference concluded. |
| 02:06 PM | Court provided explanation and instruction to the jury re: specific patent terms. |
| 02:07 PM | Additional redirect examination of Ms. Abha Divine by Mr. Davis. |
| 02:08 PM | Additional recross examination of Ms. Abha Divine by Mr. Dacus. |
| 02:08 PM | Completion of testimony of Ms. Abha Divine. |

| TIME | MINUTE ENTRY |
|---|---|
| 02:09 PM | **Courtroom unsealed**. |
| 02:09 PM | Witness sworn.  Direct examination of Dr. Arthur Brody by Ms. Ratycz. |
| 02:47 PM | Jury recessed for break. |
| 02:48 PM | Recess. |
| 03:04 PM | Court reconvened. |
| 03:04 PM | Jury returned to courtroom. |
| 03:05 PM | Continuation direct examination of Dr. Arthur Brody by Ms. Ratycz. |
| 03:28 PM | Cross examination of Dr. Arthur Brody by Mr. Stevens. |
| 03:37 PM | Bench conference. |
| 03:39 PM | Bench conference concluded. |
| 03:39 PM | Continuation cross examination of Dr. Arthur Brody by Mr. Stevens. |
| 03:49 PM | Redirect examination of Dr. Arthur Brody by Ms. Ratycz. |
| 03:52 PM | Recross examination of Dr. Arthur Brody by Mr. Stevens. |
| 03:54 PM | Additional redirect examination of Dr. Arthur Brody by Ms. Ratycz. |
| 03:56 PM | Completion of testimony of Dr. Arthur Brody. |
| 03:56 PM | Bench conference. |
| 03:57 PM | Bench conference concluded. |
| 03:57 PM | Mr. Davis introduced the video deposition of Dr. Gong-San Yu. |
| 04:15 PM | Video deposition of Dr. Gong-San Yu concluded. |
| 04:15 PM | Mr. Davis introduced the video deposition of Mr. Paul Baker. |
| 04:23 PM | Video deposition of Mr. Paul Baker concluded. |
| 04:23 PM | Mr. Davis introduced the video deposition of Mr. Jaime Salazar. |
| 04:27 PM | Video deposition of Mr. Jaime Salazar concluded. |
| 04:28 PM | Mr. Davis introduced the video deposition of Mr. Rajagopalan Ramanujam. |
| 04:30 PM | Video deposition of Mr. Rajagopalan Ramanujam concluded. |
| 04:30 PM | Mr. Davis introduced the video deposition of Mr. Steve Cochran. |
| 04:36 PM | Video deposition of Mr. Steve Cochran concluded. |
| 04:36 PM | Mr. Davis introduced the video deposition of Ms. Courtney Rosenthal |
| 04:40 PM | Video deposition of Ms. Courtney Rosenthal concluded. |
| 04:40 PM | Jury recessed for break. |
| 04:40 PM | Recess. |
| 04:54 PM | Court reconvened. |
| 04:55 PM | Jury returned to courtroom. |
| 04:55 PM | Witness sworn.  Direct examination of Dr. Todor Cooklev by Mr. Hurt. |
| 05:43 PM | **Courtroom sealed**. |
| 05:43 PM | Continuation direct examination of Dr. Todor Cooklev by Mr. Hurt. |
| 06:07 PM | **Courtroom unsealed**. |
| 06:07 PM | Continuation direct examination of Dr. Todor Cooklev by Mr. Hurt. |
| 06:14 PM | Court provided instructions to the jury. |
| 06:14 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 06:15 PM | Court reminded the parties to continue with their meet and confer efforts re: overnight disputes. |
| 06:16 PM | Court adjourned. |