# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **TQ DELTA, LLC** | § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| **COMMSCOPE HOLDING COMPANY, INC., et al** | § § § | |

## MINUTES FOR JURY TRIAL DAY NO. 4
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### March 22, 2023

**OPEN:** 08:30 AM                                                                                   **ADJOURN:** 05:44 PM

ATTORNEYS FOR PLAINTIFF:        See attached

ATTORNEYS FOR DEFENDANTS:   See attached

LAW CLERKS:                                  Patrick Clark
                                                          Harris Huguenard
                                                          Dallas Jackson

COURT REPORTER:                       Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:               Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:30 AM | Court opened. |
| 08:30 AM | Exhibits used prior day read into the record. |
| 08:31 AM | Jury entered the courtroom. |
| 08:32 AM | Continuation of Plaintiff's case-in-chief: |
| 08:32 AM | Witness sworn. |
| 08:33 AM | Direct examination of Dr. Jonathan Putman by Mr. Fink. |
| 08:50 AM | Bench conference. |
| 08:50 AM | Bench conference concluded. |
| 08:50 AM | Continuation direct examination of Dr. Jonathan Putman by Mr. Fink. |
| 09:29 AM | **Courtroom sealed**. |
| 09:29 AM | Continuation direct examination of Dr. Jonathan Putman by Mr. Fink. |
| 09:44 AM | Bench conference. |
| 09:45 AM | Bench conference concluded. |
| 09:45 AM | **Courtroom unsealed**. |
| 09:46 AM | Cross examination of Dr. Jonathan Putman by Mr. Dacus. |
| 10:02 AM | Bench conference. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:04 AM | Bench conference concluded. |
| 10:04 AM | Continuation cross examination of Dr. Jonathan Putman by Mr. Dacus. |
| 10:18 AM | Jury recessed for break. |
| 10:19 AM | Recess. |
| 10:34 AM | Court reconvened. |
| 10:35 AM | Jury returned to courtroom. |
| 10:35 AM | Continuation cross examination of Dr. Jonathan Putman by Mr. Dacus. |
| 11:27 AM | **Courtroom sealed**. |
| 11:27 AM | Continuation cross examination of Dr. Jonathan Putman by Mr. Dacus. |
| 11:40 AM | **Courtroom unsealed**. |
| 11:40 AM | Redirect examination of Dr. Jonathan Putman by Mr. Fink. |
| 11:43 AM | Completion of testimony of Dr. Jonathan Putman. |
| 11:43 AM | Plaintiff rested its case-in-chief. |
| 11:44 AM | Jury recessed for lunch break. |
| 11:45 AM | Recess. |
| 12:40 PM | Court reconvened. |
| 12:40 PM | Jury returned to courtroom. |
| 12:41 PM | Defendants' case-in-chief: |
| 12:41 PM | Witness sworn. |
| 12:42 PM | Direct examination of Mr. Ben Miller by Mr. Stevens. |
| 12:47 PM | Cross examination of Mr. Ben Miller by Mr. McAndrews. |
| 12:54 PM | Completion of testimony of Mr. Ben Miller. |
| 12:54 PM | Mr. Stevens introduced the video trial deposition of Dr. Leonard Cimini. |
| 02:17 PM | Video trial deposition of Dr. Leonard Cimini concluded. |
| 02:17 PM | Ms. Wroblewski introduced the video deposition of Mr. Robert Pizzano, Jr. |
| 02:28 PM | Video deposition of Mr. Robert Pizzano, Jr. concluded. |
| 02:28 PM | Mr. Stevens introduced the video deposition of Mr. David Krinsky. |
| 02:37 PM | Video deposition of Mr. David Krinsky concluded. |
| 02:37 PM | Mr. Stevens introduced the video deposition of Mr. Raphael Cassiers. |
| 02:42 PM | Video deposition of Mr. Raphael Cassiers concluded. |
| 02:43 PM | Jury recessed for break. |
| 02:43 PM | Recess. |
| 03:14 PM | Court reconvened. |
| 03:15 PM | Jury returned to courtroom. |
| 03:16 PM | Witness sworn. |
| 03:16 PM | Direct examination of Dr. Niel Ransom by Mr. Barton. |
| 03:32 PM | Bench conference. |
| 03:38 PM | Bench conference concluded. |
| 03:38 PM | Continuation direct examination of Dr. Niel Ransom by Mr. Barton. |
| 03:45 PM | Bench conference. |
| 03:50 PM | Bench conference concluded. |
| 03:51 PM | Continuation direct examination of Dr. Niel Ransom by Mr. Barton. |
| 04:05 PM | Cross examination of Dr. Niel Ransom by Mr. Hurt. |
| 04:17 PM | **Courtroom sealed**. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:17 PM | Continuation cross examination of Dr. Niel Ransom by Mr. Hurt. |
| 04:19 PM | **Courtroom unsealed**. |
| 04:20 PM | Continuation cross examination of Dr. Niel Ransom by Mr. Hurt. |
| 04:26 PM | Redirect examination of Dr. Niel Ransom by Mr. Barton. |
| 04:29 PM | Completion of testimony of Dr. Niel Ransom. |
| 04:30 PM | Mr. Barton introduced the video deposition of Mr. Christopher Cahill. |
| 04:40 PM | Video deposition of Mr. Christopher Cahill concluded. |
| 04:40 PM | Mr. Stevens introduced the video deposition of Mr. Michael Lund. |
| 04:43 PM | Video deposition of Mr. Michael Lund concluded. |
| 04:43 PM | Witness sworn. |
| 04:45 PM | Direct examination of Mr. Bruce McNair by Mr. Bradley. |
| 05:24 PM | Cross examination of Mr. Bruce McNair by Mr. McAndrews. |
| 05:37 PM | Redirect examination of Mr. Bruce McNair by Mr. Bradley. |
| 05:39 PM | Completion of testimony of Mr. Bruce McNair. |
| 05:40 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 05:41 PM | Court made a request from both parties for specific information as set forth in the record to be emailed by 10:00 PM tonight. |
| 05:43 PM | Court reminded the parties to continue with their meet and confer efforts re: overnight disputes. |
| 05:44 PM | Court adjourned. |