

**2:21-cv-00310-JRG**
**TQ Delta LLC v CommScope Holding Company Inc et al**
**March 22, 2023 at 8:30 AM**
**Trial -- Day 4**

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Bo Davis | TQ Delta |
| Christian Hurt | TQ Delta |
| Peter McAndrews | TQ Delta |
| Rudy Fink | TQ Delta |
| Ty Wilson | TQ Delta |
| Ashley Ratycz | TQ Delta |
| Raj Chiplunkar | TQ Delta |
| Deron Dacus | CommScope |
| Scott Stevens | " |
| Ross Barton | " |
| Karlee Wroblewski | " |
| Kirk Bradley | " |
| Michael Deans | " |
| Stephen Larson | " |
| Darlena Subashi | " |
| Katherine Rubschlager | " |
| Nic Marais | " |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| | |
| | |
| | |
| | |
| | |