# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC** | § |
| | § |
| v. | §   CIVIL ACTION NO.  2:21-CV-00310-JRG |
| | § |
| **COMMSCOPE HOLDING COMPANY,** | § |
| **INC., et al** | § |

## MINUTES FOR JURY TRIAL DAY NO. 5
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### March 23, 2023

**OPEN:**  08:27 AM                                          **ADJOURN:**  04:43 PM

ATTORNEYS FOR PLAINTIFF:            See attached

ATTORNEYS FOR DEFENDANTS:       See attached

LAW CLERKS:                                      Patrick Clark
                                                            Harris Huguenard
                                                            Dallas Jackson

COURT REPORTER:                          Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                    Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:27 AM | Court opened. |
| 08:27 AM | Exhibits used prior day read into the record. |
| 08:29 AM | Proffer made by Mr. Stevens on behalf of Defendants. |
| 08:29 AM | Court made ruling as set forth in the record. |
| 08:30 AM | Jury entered the courtroom. |
| 08:30 AM | Continuation of Defendants' case-in-chief: |
| 08:31 AM | Witness sworn. |
| 08:31 AM | Direct examination of Dr. Richard Wesel by Ms. Wroblewski. |
| 08:44 AM | Bench conference. |
| 08:45 AM | Bench conference concluded. |
| 08:45 AM | Continuation direct examination of Dr. Richard Wesel by Ms. Wroblewski. |
| 09:15 AM | Cross examination of Dr. Richard Wesel by Mr. Hurt. |
| 09:37 AM | Redirect examination of Dr. Richard Wesel by Ms. Wroblewski. |
| 09:45 AM | Recross examination of Dr. Richard Wesel by Mr. Hurt. |
| 09:48 AM | Completion of testimony of Dr. Richard Wesel. |
| 09:48 AM | Mr. Stevens introduced the video deposition of Mr. Kevin Russell. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:53 AM | Video deposition of Mr. Kevin Russell concluded. |
| 09:53 AM | Mr. Stevens introduced the video deposition of Mr. Bruce Bernstein. |
| 09:56 AM | Video deposition of Mr. Bruce Bernstein concluded. |
| 09:57 AM | Jury recessed for break. |
| 09:57 AM | Recess. |
| 10:12 AM | Court reconvened. |
| 10:12 AM | Jury returned to courtroom. |
| 10:13 AM | Witness sworn. |
| 10:13 AM | Direct examination of Dr. Stephen Becker by Mr. Dacus. |
| 11:21 AM | Bench conference. |
| 11:22 AM | Bench conference concluded. |
| 11:23 AM | Jury recessed for lunch break. |
| 11:23 AM | Recess. |
| 12:10 PM | Court reconvened. |
| 12:11 PM | Jury returned to courtroom. |
| 12:12 PM | Cross examination of Dr. Stephen Becker by Mr. Davis. |
| 12:56 PM | Redirect examination of Dr. Stephen Becker by Mr. Dacus. |
| 01:17 PM | Recross examination of Dr. Stephen Becker by Mr. Davis. |
| 01:20 PM | Completion of testimony of Dr. Stephen Becker. |
| 01:20 PM | Defendants rested their case-in-chief. |
| 01:20 PM | Plaintiff's rebuttal case: |
| 01:22 PM | Direct examination of rebuttal witness Mr. Vijay Madisetti by Mr. Chiplunkar. |
| 01:38 PM | Cross examination of rebuttal witness Mr. Vijay Madisetti by Mr. Stevens. |
| 01:53 PM | Bench conference. |
| 01:54 PM | Bench conference concluded. |
| 01:54 PM | Redirect examination of rebuttal witness Mr. Vijay Madisetti by Mr. Chiplunkar. |
| 01:56 PM | Completion of rebuttal testimony of Mr. Vijay Madisetti. |
| 01:57 PM | Plaintiff rested its rebuttal case. |
| 01:57 PM | Both sides rested. |
| 01:57 PM | Court provided instructions to Jury. |
| 02:00 PM | Jury excused for the remainder of the day to return tomorrow at 9:00 AM. |
| 02:01 PM | Court will take up Rule 50(a) motions following recess. |
| 02:08 PM | Recess. |
| 03:16 PM | Court reconvened. |
| 03:16 PM | Court took up Rule 50(a) motions. |
| 03:16 PM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 03:29 PM | Court began hearing argument on Rule 50(a) motions. |
| 04:41 PM | Arguments concluded. |
| 04:41 PM | Court made rulings as set forth in the record. |
| 04:42 PM | Completion of Rule 50(a) motions hearing. |
| 04:42 PM | Informal charge conference to be held in chambers (off the record) following recess. |
| 04:42 PM | Formal charge conference will be conducted at 8:00 AM tomorrow. |
| 04:43 PM | Recess. |
| 04:43 PM | Court adjourned. |