IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC § | |
| § | |
| v. § | CIVIL ACTION NO.  2:21-CV-00310-JRG |
| § | |
| COMMSCOPE HOLDING COMPANY, § | |
| INC., et al § | |

MINUTES FOR JURY TRIAL DAY NO. 6
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
March 24, 2023

**OPEN:  08:00 AM**                                                              **ADJOURN:   05:13 PM**

ATTORNEYS FOR PLAINTIFF:        See attached

ATTORNEYS FOR DEFENDANTS:   See attached

LAW CLERKS:                                       Patrick Clark
                                                              Harris Huguenard
                                                              Dallas Jackson

COURT REPORTER:                         Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                  Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:00 AM | Court opened. |
| 08:00 AM | Exhibits used prior day read into the record. |
| 08:01 AM | Yesterday, Court heard Rule 50(a) motions, ruled thereon, and held informal charge conference in chambers (off the record). |
| 08:04 AM | Formal charge conference started. |
| 08:04 AM | Mr. Fink argued for the Plaintiff.  Mr. Deane argued for the Defendants. |
| 08:18 AM | Formal charge conference completed. |
| 08:20 AM | Recess. |
| 09:02 AM | Court reconvened. |
| 09:03 AM | Jury entered the courtroom. |
| 09:03 AM | Court provided instructions to Jury. |
| 10:38 AM | Closing argument by Plaintiff's counsel, Mr. Davis. |
| 11:04 AM | Closing argument by Defendants' counsel, Mr. Dacus. |
| 11:45 AM | Final closing argument by Plaintiff's counsel, Mr. Davis. |
| 11:58 AM | Closing arguments concluded. |
| 11:58 AM | Court gave final instructions to the Jury. |

| TIME | MINUTE ENTRY |
|---|---|
| 12:04 PM | Jury retired to jury room to deliberate. |
| 12:06 PM | Court recessed. |
| 04:58 PM | Court reconvened. |
| 04:58 PM | Court informed counsel of a Jury note received by the Court. |
| 05:00 PM | Jury entered the courtroom. |
| 05:02 PM | Court announced the verdict into the record. |
| 05:07 PM | Jurors polled representing a unanimous verdict. |
| 05:13 PM | Jurors released and excused by the Court. |
| 05:13 PM | Court adjourned. |