AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Eastern District of Texas - Marshall Division** on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:21-cv-310 | DATE FILED<br>8/13/2021 | U.S. DISTRICT COURT<br>Eastern District of Texas - Marshall Division |
|---|---|---|
| PLAINTIFF<br>TQ Delta, LLC | | DEFENDANT<br>CommScope Holding Company, Inc., et al. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  See Attachment A | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

FINAL JUDGMENT

| CLERK<br>*David A. O'Toole* | (BY) DEPUTY CLERK<br>NKL | DATE<br>5/3/23 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy**

Print   Save As...   Reset

**NOTICE OF FILING OF PATENTS ATTACHMENT A**

| NOTICE OF FILING OF PATENTS | | |
|---|---|---|
| **PATENT NUMBER** | **DATE OF PATENT** | **HOLDER OF PATENT** |
| U.S. Patent No. 7,453,881 | November 18, 2008 | TQ Delta, LLC |
| U.S. Patent No. 7,570,686 | August 4, 2009 | TQ Delta, LLC |
| U.S. Patent No. 7,844,882 | November 30, 2010 | TQ Delta, LLC |
| U.S. Patent No. 8,090,008 | January 3, 2012 | TQ Delta, LLC |
| U.S. Patent No. 8,276,048 | September 25, 2012 | TQ Delta, LLC |
| U.S. Patent No. 8,462,835 | June 11, 2013 | TQ Delta, LLC |
| U.S. Patent No. 8,468,411 | June 18, 2013 | TQ Delta, LLC |
| U.S. Patent No. 8,937,988 | January 20, 2015 | TQ Delta, LLC |
| U.S. Patent No. 9,094,348 | July 28, 2015 | TQ Delta, LLC |
| U.S. Patent No. 9,154,354 | October 6, 2015 | TQ Delta, LLC |
| U.S. Patent No. 9,485,055 | November 1, 2016 | TQ Delta, LLC |
| U.S. Patent No. 10,567,112 | February 18, 2020 | TQ Delta, LLC |
| U.S. Patent No. 10,833,809 | November 10, 2020 | TQ Delta, LLC |