IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>    Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br>    Defendants. | § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED**<br><br><br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case) |

**PLAINTIFF TQ DELTA, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BILL OF COSTS**

The deadline to submit Plaintiff TQ Delta, LLC's Bill of Costs is May 17, 2023, following the Court's entry of Final Judgment on May 3, 2023. *See* Dkt. 513. TQ Delta respectfully requests a seven-day extension in view of the following.

TQ Delta has now served the CommScope Defendants' counsel with a proposed Bill of Costs and supporting documentation. The parties intend to meet and confer regarding any disputes and believe that some additional time will allow the parties to substantially reduce or eliminate any remaining disputes concerning TQ Delta's Bill of Costs, before finalizing the submissions to the Court.

Accordingly, TQ Delta respectfully requests a seven-day extension of time, until and including May 24, 2023, to file the Bill of Costs.

The CommScope Defendants do not oppose the relief requested in this Motion and agree that an extension is appropriate for the parties to further confer regarding any remaining disputes.

Dated: May 17, 2023

Respectfully submitted,

/s/ *Peter J. McAndrews*

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com

**THE DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

Peter J. McAndrews
(*Pro hac vice*)
pmcandrews@mcandrewsip.com

Rajendra A. Chiplunkar
(*Pro hac vice*)
rchiplunkar@mcandrewsip.com

Ashley Ratycz
(*Pro hac vice*)
aratycz@mcandrews-ip.com

**MCANDREWS, HELD & MALLOY, LTD.**
500 West Madison St., 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

**ATTORNEYS FOR PLAINTIFF
TQ DELTA, LLC**

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this May 17, 2023, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

/s/ *Peter J. McAndrews*
Peter J. McAndrews

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the parties met and conferred on May 16, 2023, with regard to this motion, and that the CommScope Defendants do not oppose the relief sought in this motion.

/s/ *Peter J. McAndrews*
Peter J. McAndrews