IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>    Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br>    Defendant, | §§§§§§§§§§§§§§ | **JURY TRIAL DEMANDED**<br><br><br><br>**Civil Action 2:21-cv-310-JRG**<br>**(Lead Case)** |

## ORDER

Before the Court is Plaintiff TQ Delta, LLC's Unopposed Motion for Extension of Time to File Bill of Costs. Having considered the Motion, the Court hereby grants the motion and orders that Plaintiff TQ Delta, LLC shall file its Bill of Costs on or before May 24, 2023.

SO ORDERED

\