IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff TQ Delta, LLC's ("TQ Delta") Unopposed Motion for Extension of Time to File Bill of Costs (the "Motion"). (Dkt. No. 515.) In the Motion, TQ Delta requests a seven-day extension of time to file its Bill of Costs, and represents that the parties intend to meet and confer to reduce or eliminate any remaining disputes concerning the same before finalizing submissions to the Court. (Id. at 1.) The Motion is unopposed. (Id. at 1, 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that TQ Delta shall file its Bill of Costs on or before May 24, 2023.

**So Ordered this**
**May 18, 2023**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE