IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br>    Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | §§§§§§§§§§§§§<br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case) |

**PLAINTIFF TQ DELTA, LLC'S NOTICE OF APPEARANCE OF ANDREW J. WRIGHT**

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance as counsel of record for Plaintiff, TQ DELTA, LLC. Please direct and serve all notices, pleadings, papers, orders, and other material relevant to this action to Mr. Andrew J. Wright at the address listed below.

Dated: May 23, 2023                    By:     _/s/ Andrew J. Wright_
                                               **Andrew J. Wright**
                                               andrew@brusterpllc.com
                                               Texas Bar No.24063927

                                               **Anthony K. Bruster**
                                               akbruster@brusterpllc.com
                                               Texas Bar No. 24036280

                                               **Edward K. Chin**
                                               ed@brusterpllc.com
                                               Texas Bar No. 50511688

**Shawn A. Latchford**
shawn@brusterpllc.com
Texas Bar No. 24066603

**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
(817) 601-9564 – Telephone


William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com

**THE DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661


Peter J. McAndrews
(*Pro hac vice*)
pmcandrews@mcandrews-ip.com

Rajendra A. Chiplunkar
(*Pro hac vice*)
rchiplunkar@mcandrews-ip.com

David Z. Petty
*(Pro hac vice*)
dpetty@mcandrews-ip.com

Ashley Ratycz

(*Pro hac vice*)
aratycz@mcandrews-ip.com

**MCANDREWS, HELD & MALLOY, LTD.**
500 West Madison St., 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

**ATTORNEYS FOR PLAINTIFF
TQ DELTA, LLC**

### CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this May 23, 2023, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

/s/  *Andrew J. Wright*
**Andrew J. Wright**