IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| | § | |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff TQ Delta, LLC's ("TQ Delta") Unopposed Motion for Extension of Time to File Bill of Costs (the "Motion"). (Dkt. No. 521.) In the Motion, TQ Delta requests a two-day extension of time to file its Bill of Costs, and represents that the parties are in the process of conferring on several remaining disputes and require some additional time to reach an agreement. (*Id.* at 1.) The Motion is unopposed. (*Id.* at 4.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that TQ Delta shall file its Bill of Costs on or before May 26, 2023.

**So Ordered this**

**May 25, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE