# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, <br>     Plaintiff, <br><br> v. <br><br> COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, <br>     Defendants. | § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** <br><br><br><br> Civil Action 2:21-cv-310-JRG <br> (Lead Case) |

## ORDER GRANTING UNOPPOSED MOTION BY PLAINTIFF TQ DELTA, LLC FOR SUBSTITUTION OF LEAD COUNSEL

Before the Court is Plaintiff TQ Delta, LLC's ("TQ Delta") Unopposed Motion for Substitution of Lead Counsel, requesting that Peter J. McAndrew of McAndrews, Held & Malloy, Ltd., be substituted as lead counsel for TQ Delta in place of William E. Davis of The Davis Firm, PC. Having considered the unopposed motion, the Court has determined that it should be GRANTED.

IT IS, THEREFORE, ORDERED that Peter J. McAndrew of McAndrews, Held & Malloy, Ltd., be substituted as lead counsel for TQ Delta in the above-captioned case.