IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>    Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br>    Defendants. | § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED**<br><br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case) |

### TQ DELTA, LLC'S NOTICE REGARDING AGREED BILL OF COSTS

Pursuant to the Final Judgment (Dkt. 513) filed May 3, 2023, Plaintiff TQ Delta, LLC ("TQ Delta") hereby files this Notice Regarding Agreed Bill of Costs.

The parties have met and conferred and have reached agreements on all amounts. There are no disputes for the Court to resolve. Defendants have had the opportunity to review this filing, and does not dispute the figures listed therein, or that the calculations are agreed. Plaintiff's Agreed Bill of Costs are attached hereto as Exhibit A.

Dated: May 26, 2023                      Respectfully submitted,

                                                 By:    */s/ Peter J. McAndrews*

                                                 **Peter J. McAndrews**
                                                 (*Pro hac vice*)
                                                 pmcandrews@mcandrews-ip.com

                                                 **Rajendra A. Chiplunkar**
                                                 (*Pro hac vice*)
                                                 rchiplunkar@mcandrews-ip.com

**David Z. Petty**
(*Pro hac vice*)
dpetty@mcandrews-ip.com

**Ashley Ratycz**
(*Pro hac vice*)
aratycz@mcandrews-ip.com

**MCANDREWS, HELD & MALLOY, LTD.**
500 West Madison St., 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100


**Edward K. Chin**
ed@brusterpllc.com
Texas Bar No. 50511688

**Anthony K. Bruster**
akbruster@brusterpllc.com
Texas Bar No. 24036280

**Andrew J. Wright**
andrew@brusterpllc.com
Texas Bar No.24063927

**Shawn A. Latchford**
shawn@brusterpllc.com
Texas Bar No. 24066603

**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
(817) 601-9564 – Telephone


**William E. Davis, III**
Texas State Bar No. 24047416
bdavis@davisfirm.com

**Christian J. Hurt**
Texas State Bar No. 24059987
churt@davisfirm.com

**Rudolph "Rudy" Fink IV**
Texas State Bar No. 24082997
rfink@davisfirm.com

**Ty Wilson**
Texas State Bar No. 24106583
twilson@davisfirm.com

**THE DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661


**ATTORNEYS FOR PLAINTIFF
TQ DELTA, LLC**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules-7(h) and (i), I hereby certify that I conferred with counsel of record on May 22 and May 24, 2023, regarding the subject of this Motion. There was no opposition to the above motion.

/s/ Peter J. McAndrews
Peter J. McAndrews

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this May 26, 2023, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

/s/ Peter J. McAndrews
Peter J. McAndrews
