# EXHIBIT A

AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

|  |  |
|---|---|
| TQ DELTA, LLC, Plaintiff, | ) |
|  | ) |
| v. | )   Case No.: 2:21-CV-00310-JRG |
| COMMSCOPE HOLDING COMPANY, | ) |
| INC., et al., Defendants | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on <u>05/03/2023</u> against <u>Defendants</u> ,
<span style="margin-left:5em;">*Date*</span>
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 402.00 |
| Fees for service of summons and subpoena  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 147,216.80 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10,204.59 |
| Fees for witnesses *(itemize on page two)*  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12,115.14 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,926.65 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 34,718.78 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828  . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 37,624.29 |
| TOTAL   $ | 246,208.25 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓]   Electronic service          [ ]   First class mail, postage prepaid

[ ]   Other:

s/ Attorney:     Peter J. McAndrews

Name of Attorney:  Peter J. McAndrews

For:  TQ DELTA, LLC          Date:   05/26/2023
<span>*Name of Claiming Party*</span>

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*          *Deputy Clerk*          *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| [This reflects totals; airfare expenses are provided under "Mileage"; see Itemization for details.] | | 1,600.00 | | 6,594.00 | | 3,921.14 | $12,115.14 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $12,115.14 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Witness Costs | Witness Fees | | | | | |
|---|---|---|---|---|---|---|
| | | Per Diem | M&IE | Accommodations | | |
| Witness (residence) | Dates | ($40/day) | ($59/day) | ($98/day) | Airfare | Taxable Amount |
| A. Divine (Austin, TX) | Mar. 16-24, 2023 (trial); Jul. 13, 2022 (dep) | $280.00 | $472.00 | $784.00 | n/a | $1,536.00 |
| Ma. Tzannes (Petaluma, CA) | Mar. 16-20, 2023 (trial); Aug. 4, 2022 (dep) | $120.00 | $177.00 | $294.00 | $1,113.20 | $1,704.20 |
| Mi. Tzannes (Boston, MA) | Mar. 20-22, 2023 (trial); Jul. 26, 2022 (dep) | $120.00 | $177.00 | $294.00 | $684.63 | $1,275.63 |
| B. Bernstein (Wynnewood, PA) | Aug. 9, 2022 (dep) | $40.00 | n/a | n/a | n/a | $40.00 |
| B. Seidel (Austin, TX) | Feb. 8, 2022 (dep) | $40.00 | n/a | n/a | n/a | $40.00 |
| M. Roche (Dallas, TX) | Aug. 12, 2022 (dep) | $40.00 | n/a | n/a | n/a | $40.00 |
| A. Brody (Short Hills, NJ) | Mar. 16-24, 2023 (trial); Dec. 1, 2022 (dep) | $240.00 | $472.00 | $784.00 | $888.11 | $2,384.11 |
| T. Cooklev (Fort Wayne, IN) | Mar. 16-24, 2023 (trial); Apr. 8, Dec. 8-9, 2022 (deps) | $320.00 | $472.00 | $784.00 | $853.41 | $2,429.41 |
| V. Madisetti (Johns Creek, GA) | Mar. 19-24, 2023 (trial); Dec. 1, 2022 (dep) | $200.00 | $295.00 | $490.00 | n/a | $985.00 |
| J. Putnam (Marblehead, MA) | Mar. 16-23, 2023 (trial); Dec. 6, 2022 (dep) | $200.00 | $413.00 | $686.00 | $381.79 | $1,680.79 |
| | | $1,600.00 | $2,478.00 | $4,116.00 | $3,921.14 | $12,115.14 |

| Transcript Date/Description | Transcript Invoice | Invoice Amount | Taxable Amount | Videographer Invoice | Taxable Amount | Video Invoice | Taxable Amount | Total Taxable Amount |
|---|---|---|---|---|---|---|---|---|
| **TQ Delta Experts** | | | | | | | | |
| 2022 04 08 Cooklev | Planet 04/28/2022 | $910.25 | $759.75 | | | | | |
| 2022 12 01 Brody | TSG 12/13/2022 | $2,590.40 | $2,054.90 | | | | | |
| 2022 12 01 Madisetti | TSG 12/19/2022 | $2,261.80 | $1,830.75 | | | | | |
| 2022 12 06 Putnam | TSG 12/14/2022 | $3,905.95 | $1,605.25 | | | | | |
| 2022 12 08 Cooklev | TSG 12/21/2022 | $2,890.50 | $2,890.50 | | | | | |
| 2022 12 09 Cooklev | TSG 12/21/2022 | $2,437.40 | $1,830.50 | | | | | |
| **TQ Delta and Inventors** | | | | | | | | |
| 2022 02 08 Seidel | Veritext 02/21/2022 | $941.95 | $682.55 | | | | | |
| 2022 07 13 Tzannes, Ma | Planet 07/20/2022 | $2,580.00 | $2,230.00 | | | | | |
| 2022 07 21 Pizzano | TSG 08/03/2022 | $628.55 | $573.55 | | | TSG 03/09/2023 | $250.00 | |
| 2022 07 22 Cahill | TSG 08/03/2022 | $573.65 | $518.65 | | | TSG 03/09/2023 | $250.00 | |
| 2022 07 26 Tzannes, Mi | Planet 08/08/2022 | $1,809.25 | $1,350.75 | | | Planet 03/09/2023 | $350.00 | |
| 2022 08 01 Krinsky | Planet  08/25/2022 | $301.00 | $301.00 | | | Planet 03/09/2023 | $245.00 | |
| 2022 08 04 Divine | Planet08/26/2022 | $2,730.50 | $2,142.50 | | | | | |
| 2022 08 04 Reiter | TSG 09/22/2022 | $571.30 | $352.90 | | | | | |
| 2022 08 09 Bernstein | Planet 08/25/2022 | $1,040.30 | $669.00 | | | | | |
| 2022 08 12 Roche | Planet 09/02/2022 | $1,325.30 | $796.00 | | | | | |
| **Broadcom** | | | | | | | | |
| 2022 08 24 Yu | H&H 09/14/2022 | $4,742.20 | $4,049.70 | Vidig 09/13/2022 | $2,300.00 | Vidig 03/06/2023 | $1,262.50 | |
| 2022 08 25 Cassiers | H&H 08/30/2022 | $6,144.40 | $5,666.90 | Vidig 08/31/2022 | $1,350.00 | | | |
| **CommScope Experts** | | | | | | | | |
| 2022 11 29 Zimmerman | H&H 12/19/2022 | $2,936.95 | $2,137.95 | Vidig 12/02/2022 | $1,340.00 | | | |
| 2022 12 01 Wesel | H&H 12/13/2022 | $3,127.81 | $2,651.31 | Vidig 12/21/2022 | $1,100.00 | | | |
| 2022 12 02 Jones | H&H 12/19/2022 | $1,956.35 | $1,435.00 | Vidig 12/12/2022 | $850.00 | | | |
| 2022 12 02 Lanning | H&H 12/21/2022 | $4,951.35 | $3,738.35 | Vidig 12/21/2022 | $2,087.50 | Vidig 03/06/2023 | $1,350.00 | |
| 2022 12 05 Al-Dhahir | H&H 12/13/2022 | $6,246.27 | $5,325.77 | Vidig 12/21/2022 | $1,800.00 | Vidig 03/06/2023 | $912.50 | |
| 2022 12 06 McNair | H&H 12/21/2022 | $4,040.65 | $3,520.65 | Vidig 12/21/2022 | $1,950.00 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2022 12 07 Becker | H&H 12/13/2022 | $6,575.65 | $5,970.65 | Vidig 12/21/2022 | $1,950.00 | | |
| 2022 12 07 Cimini | H&H 12/13/2022 | $8,334.19 | $6,789.19 | Vidig 12/21/2022 | $1,900.00 | Vidig 03/06/2023 | $1,437.50 |
| 2022 12 07 Ransom | H&H 12/13/2022 | $3,371.10 | $3,026.10 | Vidig 12/21/2022 | $1,800.00 | | |
| 2022 12 09 Overby | H&H 12/29/2022 | $2,516.80 | $2,106.80 | Vidig 1/6/2023 | $1,250.00 | Vidig 03/06/2023 | $825.00 |
| 2023 03 12 Cimini | Planet 03/28/2023 | $1,374.25 | $1,146.75 | | | | |
| | | | | | | | |
| CommScope Employees | | | | | | | |
| 2022 01 21 Shead | H&H 02/10/2022 | $1,682.45 | $1,216.75 | Vidig 02/10/2022 | $900.00 | | |
| 2022 07 28 Miller | H&H 08/14/2022 | $2,876.20 | $1,940.20 | Vidig 08/02/2022 | $1,600.00 | Vidig 03/06/2023 | $1,000.00 |
| 2022 08 09 Shead | H&H 08/26/2022 | $3,858.70 | $2,756.20 | Vidig 08/31/2022 | $1,690.00 | Vidig 03/06/2023 | $1,175.00 |
| 2022 08 09 Baker | H&H 08/17/2022 | $2,797.84 | $2,430.84 | Vidig 08/11/2022 | $1,200.00 | Vidig 03/06/2023 | $781.25 |
| 2022 08 10 Wauters | H&H 08/16/2022 | $3,106.10 | $2,369.60 | Vidig 08/22/2022 | $1,250.00 | Vidig 03/06/2023 | $1,218.75 |
| 2022 08 11 Hagerty | H&H 08/30/2022 | $2,621.85 | $1,900.85 | Vidig 08/11/2022 | $1,250.00 | | |
| 2022 08 11 Rosenthal | H&H 08/30/2022 | $1,687.00 | $1,198.00 | Vidig 08/31/2022 | $950.00 | Vidig 03/06/2023 | $693.75 |
| 2022 08 12 Salazar | H&H 09/01/2022 | $1,446.85 | $975.85 | Vidig 08/31/2022 | $800.00 | Vidig 03/06/2023 | $606.25 |
| 2022 08 17 Cochran | H&H 09/01/2022 | $1,803.80 | $1,290.30 | Vidig 08/31/2022 | $690.00 | Vidig 03/06/2023 | $518.75 |
| 2022 08 19 Ramanujam | H&H 09/07/2022 | $2,199.20 | $1,942.70 | Vidig 09/08/2022 | $850.00 | Vidig 03/06/2023 | $650.00 |
| | | | | | | | |
| Hearings and Trial | | | | | | | |
| 2022 06 01 Markman | Shawn McRoberts | $133.20 | $133.20 | | | | |
| 2022 09 08 Motion | Shawn McRoberts | $242.50 | $242.50 | | | | |
| 2023 03 02 Pre/Trial | Shawn McRoberts | $16,282.39 | $16,282.39 | | | | |
| | | **$102,833.05** | | **$30,857.50** | | **$13,526.25** | **$147,216.80** |

**Fees of the Clerk**

| Invoice Date | Paid To | For | Taxable Amount |
|---|---|---|---|
| 2021 08 13 | U.S. Courts | Filing Fee | $402.00 |

**Compensation of Court-Appointed Experts**

| Invoice Date | Paid To | For | Taxable Amount |
|---|---|---|---|
| 2022 06 09 | David Keyzer | Technical Advisor | $34,718.78 |

**Printing**

| Invoice Date | Paid To | For | Taxable Amount |
|---|---|---|---|
| 2023 03 10 | KTS | Trial exhibit printing | $4,739.61 |
| 2023 03 24 | KTS | Trial exhibit printing | $5,464.98 |
| | | | $10,204.59 |

**Copying**

| Invoice Date | Paid To | For | Taxable Amount |
|---|---|---|---|
| 2023 03 09 | Issus Discovery | 520,000 pages of docume | $3,926.65 |

**Other**

| Invoice Date | Paid To | For | Invoice Amount | Compromise Taxable Amount |
|---|---|---|---|---|
| 2023 03 27 | KT Designs | Trial Graphics/Demonstra | $56,725.00 | $25,624.29 |
| 2023 03 28 | SolveLit, LLC | Trial Video/Graphics/Den | $42,341.67 | $12,000.00 |
| | | | $99,066.67 | $37,624.29 |