IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> COMMSCOPE HOLDING COMPANY, § <br> INC., COMMSCOPE INC., ARRIS § <br> INTERNATIONAL LIMITED, ARRIS § <br> GLOBAL LTD., ARRIS US HOLDINGS, § <br> INC., ARRIS SOLUTIONS, INC., ARRIS § <br> TECHNOLOGY, INC., and ARRIS § <br> ENTERPRISES, LLC, § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:21-CV-00310-JRG |

## ORDER

Before the Court is Plaintiff TQ Delta, LLC's ("TQ Delta") Unopposed Motion for Substitution of Lead Counsel (the "Motion"). (Dkt. No. 523.) In the Motion, TQ Delta requests that Peter J. McAndrew of McAndrews, Held & Malloy, Ltd., be substituted as lead counsel for TQ Delta in the place of William E. Davis of The Davis Firm, PC. (*Id.* at 1.)

Having considered the Motion, and noting its unopposed nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Therefore, it is **ORDERED** that Peter J. McAndrews be substituted as the designated lead counsel for TQ Delta in place of William E. Davis.

**So Ordered this**

**May 28, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE