IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| § | |
| COMMSCOPE HOLDING COMPANY, § | |
| INC., COMMSCOPE INC., ARRIS § | |
| INTERNATIONAL LIMITED, ARRIS § | |
| GLOBAL LTD., ARRIS US HOLDINGS, § | |
| INC., ARRIS SOLUTIONS, INC., ARRIS § | |
| TECHNOLOGY, INC., and ARRIS § | |
| ENTERPRISES, LLC, § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is Plaintiff TQ Delta, LLC's ("TQ Delta") Notice Regarding Agreed Bill of Costs (the "Notice"). (Dkt. No. 524.) In the Notice, the parties agree that recoverable costs in this case amount to $246,208.25. (*Id.* at 1; *see also* Dkt. No. 524-1 at 1.)

Having considered the Notice, and noting that it is agreed, the Court **ACCEPTS AND ACKNOWLEDGES** the Notice. It is therefore **ORDERED** that TQ Delta shall recover from Defendants CommScope Holding Company, Inc., CommScope Inc., Arris International Limited, Arris Global Ltd., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., and Arris Enterprises, Inc. (collectively, "Defendants") costs in the amount of $246,208.25. The Clerk of Court is directed to enter TQ Delta's Bill of Costs.

**So ORDERED and SIGNED this 31st day of May, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE