**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TQ DELTA, LLC, <br>     Plaintiff, <br><br> v. <br><br> COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, <br>     Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | JURY TRIAL DEMANDED <br><br><br> Civil Action 2:21-cv-310-JRG <br> (Lead Case) |

**ORDER GRANTING PLAINTIFF TQ DELTA'S MOTIONS FOR
JUDGMENT AS A MATTER OF LAW AND MOTIONS FOR
A NEW TRIAL FOR U.S. PATENT NOS. 7,570,686 AND 8,462,835**

Plaintiff TQ Delta LLC's Motions for Judgment as a Matter of Law and Motions for New Trial having been presented to me, and the same having been considered, it is therefore ORDERED that the Motion is GRANTED and this case will be set for a trial on damages regarding U.S. Patent Nos. 7,570,686 and 8,462,835 at a date to be determined by the Court.