**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>　　Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | JURY TRIAL DEMANDED<br><br><br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case) |

**ORDER GRANTING PLAINTIFF TQ DELTA, LLC'S MOTIONS FOR
A NEW TRIAL ON DAMAGES AND THE VALIDITY OF U.S. PATENT NO. 8,462,835,
AND CONDITIONAL MOTION FOR A NEW TRIAL ON ADDITIONAL DAMAGES
FOR INFRINGEMENT OF U.S. PATENT NOS. 8,462,835, 8,090,008, AND 7,570,686**

Plaintiff TQ Delta, LLC's Motions for a New Trial having been presented to me, and the same having been considered, it is therefore ORDERED that the Motions are **GRANTED** and this case will be set for a trial on damages and on the validity of U.S. Patent No. 8,462,835 at a date to be determined by the Court.