**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br>Defendants. | § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED**<br><br><br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case) |

**<u>DECLARATION OF RAJENDRA A. CHIPLUNKAR</u>**

I, Rajendra A. Chiplunkar, state as follows in support of Plaintiff TQ Delta, LLC's Renewed Motion for Judgment as a Matter of Law that Defendants' Accused Products Infringe Claim 14 of the 008 Patent:

1. I am a partner at McAndrews, Held & Malloy and counsel of record for TQ Delta, LLC. I am a member in good standing of the State Bar of Illinois. I have personal knowledge of the facts set forth in this Declaration.

2. Exhibit A contains an excerpt from a true and correct copy of the Trial Demonstrative used during the Direct Examination of Prof. Vijay K. Madisetti on the issue of infringement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of May 2023, in River Forest, Illinois.

/s/ Rajendra A. Chiplunkar
Rajendra A. Chiplunkar