IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>    Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY,<br>INC., COMMSCOPE INC., ARRIS US<br>HOLDINGS, INC., ARRIS SOLUTIONS,<br>INC., ARRIS TECHNOLOGY, INC., and<br>ARRIS ENTERPRISES, LLC,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | JURY TRIAL DEMANDED<br><br><br><br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case) |

**ORDER GRANTING PLAINTIFF TQ DELTA, LLC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW THAT DEFENDANTS' ACCUSED PRODUCTS INFRINGE CLAIM 14 OF U.S. PATENT NO. 8,090,008**

Plaintiff TQ Delta LLC.'s Motion for Judgment as a Matter of Law and Motion for New Trial having been presented to me, and the same having been considered, it is therefore ORDERED that the Motion is GRANTED and this case will be set for a trial on damages at a date to be determined by the Court.