11UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br>                 *Plaintiff,*<br>               v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br>               *Defendants*. | CIV. A. NO. 2:21-CV-310-JRG |

**DECLARATION OF ROSS R. BARTON IN SUPPORT OF
COMMSCOPE'S RENEWED MOTION FOR
<u>JUDGMENT AS A MATTER OF LAW</u>**

I, Ross R. Barton, declare:

1. I am a partner at Alston & Bird LLP, counsel of record for Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology (collectively, "CommScope"). I am over the age of 18 years, have personal knowledge of the matters in this declaration, and if called as a witness, I would and could competently testify to them.

2. Attached hereto as **Exhibit 36-A** is a true and correct copy of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

3. Attached hereto as **Exhibit 36-B** is a true and correct copy of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

4. Attached hereto as **Exhibit 37** is a true and correct copy of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1

███████████████████████████████████████

████████████

5. Attached hereto as **Exhibit 38-A** is a true and correct copy of the ███████ ████████████████████████████████████████████████████ █████.

6. Attached hereto as **Exhibit 38-B** is a true and correct copy of the ███████ ████████████████████████████████████████████████████ █████.

7. Attached hereto as **Exhibit 40** is a true and correct copy of the ███████ ██████████████████████████████████████████████████████████.

8. Attached hereto as **Exhibit 65-A** is a true and correct copy of the ███████ ██████████████████████████████████████████████████████████.

9. Attached hereto as **Exhibit 65-B** is a true and correct copy of the ███████ ████████████████████████████████████████████████.

10. Attached hereto as **Exhibit 68** is a true and correct copy of TQ Delta, LLC's Patent Statement and Licensing Declarations for ITU-T Recommendation.

11. Attached hereto as **Exhibit 74** is a true and correct copy of TQ Delta's DSL Technology Patent Portfolio.

12. Attached hereto as **Exhibit 78** is a true and correct copy of ███████ ██████████████████████████████████████████████████████████ ████████████.

13. Attached hereto as **Exhibit 81** is a true and correct copy of ███████ ██████████████████████████████████████████████████.

14. Attached hereto as **Exhibit 124-B** is a true and correct copy of a letter from █████

██████████████████████████████████████████

██████████████████████████████████████████).

15.     Attached hereto as **Exhibit 135-B** is a true and correct copy of ████████

██████████████████████████████████████████

████████████).

16.     Attached hereto as **DDX-006** is a true and correct copy of Defendants' demonstratives for the direct examination of Stephen Becker, Ph.D.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2023, in Charlotte, North Carolina.

                                                              /s/ *Ross R. Barton*
                                                               Ross R. Barton