# EXHIBITS 2-16

## FILED UNDER SEAL

## IN THEIR ENTIRETY