**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TQ DELTA, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, <br><br> *Defendants*. | CIV. A. NO.  2:21-CV-310-JRG |

**[PROPOSED] ORDER GRANTING COMMSCOPE'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

Before the Court is Defendant CommScope's Renewed Motion for Judgment as a Matter of Law. Having considered the Motion and subsequent briefing, the Court finds that it should be and is hereby **GRANTED.**

**IT IS SO ORDERED.**