UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br>    *Plaintiff,*<br>  v.<br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br>    *Defendants.* | CIV. A. NO. 2:21-CV-310-JRG |

**DECLARATION OF ROSS R. BARTON IN SUPPORT OF
COMMSCOPE'S RESPONSE TO TQ DELTA'S MOTIONS FOR JUDGMENT AS A
MATTER OF LAW AND MOTIONS FOR A NEW TRIAL FOR
U.S. PATENT NOS. 7,570,686 AND 8,462,835 (DKT. NO. 537)**

I, Ross R. Barton, declare:

1. I am a partner at Alston & Bird LLP, counsel of record for Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology (collectively, "CommScope"). I am over the age of 18 years, have personal knowledge of the matters in this declaration, and if called as a witness, I would and could competently testify to them.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the trial demonstratives for Dr. Leonard J. Cimini, Jr. (DDX-001).

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Juror Notebook. Highlighting has been added for the convenience of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed on June 14, 2023, in Kennebunk, Maine.

                                                   /s/ *Ross R. Barton*
                                                  Ross R. Barton