# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TQ DELTA, LLC,**<br><br>          **Plaintiff,**<br><br>    **v.**<br><br>**COMMSCOPE HOLDING COMPANY, INC.,** *et al.***,**<br><br>          **Defendants.** | **CIVIL ACTION NO. 2:21-CV-00310-JRG**<br><br>**JURY TRIAL DEMANDED** |

# JUROR NOTEBOOK

| Claim Term | Court's Construction |
|---|---|
| "transceiver" | "a communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry" |
| "configurable to" | "able to be configured" |
| "operable to" | "configured to" |
| "DMT symbols that are mapped to one bit of the diagnostic message" | Plain meaning. |
| "array representing frequency domain received idle channel noise information" | "ordered set of values representative of noise in the frequency domain that was received by a transceiver on respective subchannels in the absence of a transmission signal on the received channel" |
| "plurality of bonded transceivers" | "two or more transceivers located on the same side of two or more physical links where each transceiver is configurable to transmit or receive a different portion of the same bit stream via a different one of the physical links, wherein 'configurable to' precludes rebuilding, recoding, or redesigning any of the components in a 'plurality of bonded transceivers'" |
| "reduce a difference in latency between the bonded transceivers" | "reduce a difference in configuration latency between the bonded transceivers" |
| "each bonded transceiver utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers" | Plain meaning. |
| "shared memory" | "common memory used by at least two functions, where a portion of the memory can be used by either one of the functions" |
| "specifying a maximum number of bytes of memory that are available to be allocated to a deinterleaver" | Plain meaning. |
| "phase characteristic(s)" | "one or more values that represent the angular aspect of a constellation point" |
| "substantially scramble the phase characteristics of the plurality of carrier signals" | "adjust the phase characteristics of the carrier signals by varying amounts to produce a transmission signal with a reduced peak-to-average power ratio (PAR)" |
| "same bit value" | "value of the same bit" |
| "multiple carrier signals corresponding to the scrambled carrier signals are used by the first transceiver to modulate the same bit value" | Plain meaning. |