## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, <br><br>                         *Plaintiff*, <br><br> v. <br><br> COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, <br><br>                         *Defendants*. | CIV. A. NO. 2:21-CV-310-JRG |

**[PROPOSED] ORDER DENYING TQ DELTA'S MOTIONS FOR JUDGMENT AS A MATTER OF LAW AND MOTIONS FOR A NEW TRIAL FOR U.S. PATENT NOS. 7,570,686 AND 8,462,835 (DKT. NO. 537)**

Before the Court is Plaintiff TQ Delta's Motions for Judgment as a Matter of Law and Motions for a New Trial for U.S. Patent Nos. 7,570,686 and 8,462,835. Having considered the Motion and subsequent briefing, the Court finds that it should be and is hereby **DENIED.**

      **IT IS SO ORDERED.**