# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, <br>     Plaintiff, <br><br> v. <br><br> COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, <br>     Defendants. | JURY TRIAL DEMANDED <br><br><br> Civil Action 2:21-cv-310-JRG <br> (Lead Case) |

## ORDER DENYING COMMSCOPE'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

Before the Court is CommScope's Renewed Motion For Judgment As A Matter Of Law (Dkt. 541).

After considering the briefing, the Court is of the opinion that the Motion should be and is hereby DENIED.