IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § | |
|     Plaintiff, | § | |
| | § | JURY TRIAL DEMANDED |
| v. | § | |
| | § | |
| COMMSCOPE HOLDING COMPANY, | § | |
| INC., COMMSCOPE INC., ARRIS US | § | |
| HOLDINGS, INC., ARRIS SOLUTIONS, | § | |
| INC., ARRIS TECHNOLOGY, INC., and | § | Civil Action 2:21-cv-310-JRG |
| ARRIS ENTERPRISES, LLC, | § | (Lead Case) |
|     Defendants. | § | |
| | § | |
| | § | |

**ORDER DENYING COMMSCOPE'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

Before the Court is CommScope's Renewed Motion For Judgment As A Matter Of Law (Dkt. 541).

After considering the briefing, the Court is of the opinion that the Motion should be and is hereby DENIED.