**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TQ DELTA, LLC,<br><br>　　　　　　*Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>　　　　　　*Defendants*. | CIV. A. NO.  2:21-CV-310-JRG |

**[PROPOSED] ORDER DENYING TQ DELTA'S MOTIONS FOR A NEW TRIAL ON DAMAGES AND THE VALIDITY OF U.S. PATENT NO. 8,462,835 AND CONDITIONAL MOTION FOR A NEW TRIAL ON ADDITIONAL DAMAGES FOR INFRINGEMENT OF U.S. PATENT NOS. 8,462,835, 8,090,008, AND 7,570,686
(DKT. NO. 538)**

Before the Court is Plaintiff TQ Delta's Motions for a New Trial on Damages and the Validity of U.S. Patent No. 8,462,835 and Conditional Motion for a New Trial on Additional Damages for Infringement of U.S. Patent Nos. 8,462,835, 8,090,008, and 7,570,686. Having considered the Motion and subsequent briefing, the Court finds that it should be and is hereby **DENIED.**

　　**IT IS SO ORDERED.**