# Exhibit D

# TQ Delta, LLC

# v.

# CommScope Holding Company, Inc., CommScope Inc.,

## Direct Examination of Prof. Vijay K. Madisetti

### 008 and 835 Patent Infringement Analysis

# '008 Patent Infringement Analysis

14[Preamble] – A multicarrier system including a first transceiver that uses a plurality of carrier signals for modulating a bit stream, wherein **each carrier signal** has a **phase characteristic** associated with the bit stream, the transceiver capable of:

"phase characteristic(s)":
"one or more values that represent the angular aspect of a constellation point" [Court's Construction]



EX 34: G.993.2 (12/2011) at 261

**VDSL2 Standard**

Standards Compliance | Documents and Deposition Testimony | Testing and Source Code Analysis

PDX.MADISETTI.49

# '008 Patent Infringement Analysis

**14[b]** **computing** a phase shift for each carrier signal based on the value associated with that carrier signal;

"computing a phase shift for each carrier signal":
"computing the amount by which a phase is adjusted for each carrier signal" **[Court's construction]**



**VDSL2 Standard**

EX 34: G.993.2 (12/2011) at 263

### 12.3.6.2 Quadrant scrambler

The constellation point of each subcarrier shall be pseudo-randomly rotated by $0, \pi/2, \pi$ or $3\pi/2$ depending on the value of a 2-bit pseudo-random number. The subcarrier with index 0 (DC) shall not be rotated. The rotation shall be implemented by transforming the $(X, Y)$ coordinates of the constellation point as shown in Table 12-70, where $X$ and $Y$ are the coordinates before scrambling:

**Table 12-70 – Pseudo-random transformation**

| $d_{2n}, d_{2n+1}$ | Angle of rotation | Final coordinates |
|---|---|---|
| 0 0 | 0 | $(X, Y)$ |
| 0 1 | $\pi/2$ | $(-Y, X)$ |
| 1 1 | $\pi$ | $(-X, -Y)$ |
| 1 0 | $3\pi/2$ | $(Y, -X)$ |

*value* → (0 1 column) — *computing* → *π/2* — *phase shift*

**Standards Compliance** | **Documents and Deposition Testimony** | **Testing and Source Code Analysis**

PDX.MADISETTI.60