# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>                *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>                *Defendants*. | CIV. A. NO. 2:21-CV-310-JRG |

### [PROPOSED] ORDER DENYING TQ DELTA'S MOTION FOR JUDGMENT AS A MATTER OF LAW ON NONINFRINGEMENT OF CLAIM 14 OF THE '008 PATENT, AND ALTERNATIVE MOTION FOR A NEW TRIAL (DKT. NO. 539)

Before the Court is Plaintiff TQ Delta's Motion for Judgment as a Matter of Law on Non-Infringement of Claim 14 of the '008 patent and alternative Motion for a New Trial for the '008 patent. Having considered the Motion and subsequent briefing, the Court finds that it should be and is hereby **DENIED.**

    **IT IS SO ORDERED.**