| | |
|---|---|
| **From:** | appeal |
| **To:** | Nakisha Love |
| **Subject:** | RE: EDTX 3-15-24 TQ Delta, LLC 21cv310 |
| **Date:** | Friday, March 15, 2024 4:52:51 PM |

This is an automated message acknowledging receipt of your email.
No response to this acknowledgement is required.


Sincerely,

Office of the Clerk
United States Court of Appeals for the Federal Circuit
Washington, DC
202-275-8000