# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>      *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>      *Defendants*. | Civil Action No.: 2:21-cv-310 |

## **DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (collectively, "CommScope") appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on May 3, 2023 (Dkt. No. 513), and from any and all underlying or interlocutory decisions, orders, opinions, rulings, determinations, judgments, findings, or conclusions of the Court preceding, relating to, pertinent to, or ancillary to, or merged into that Final Judgment, including, but not limited to, the Claim Construction Memorandum and Order entered on June 8, 2022 (Dkt. No. 169), the Order on Pretrial Motions and Motions *in Limine* entered on March 9, 2023 (Dkt. No. 496), the Court's rulings on final jury instructions (Dkt. No. 534 (Trial Tr. Vol. 6)), and the Memorandum Opinion and Order Denying Defendants' Renewed Motion for Judgment as a Matter of Law (Dkt. No. 569).

| | |
|---|---|
| Dated this 15th day of March, 2024 | Respectfully submitted,<br><br>By: */s/ Brett Schuman*<br>Douglas J. Kline<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA  02210<br>P:  (617) 570-1000<br>F:  (617) 523-1231<br>dkline@goodwinlaw.com<br><br>Brett Schuman<br>Rachel M. Walsh<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>P:  (415) 733-6000<br>F:  (415) 677-9041<br>bschuman@goodwinlaw.com<br>rwalsh@goodwinlaw.com<br><br>Andrew Ong<br>GOODWIN PROCTER LLP<br>601 Marshall St.<br>Redwood City, CA 94063<br>P: (650) 752-3100<br>F: (650) 853-1038<br>aong@goodwinlaw.com<br><br>Eric H. Findlay<br>State Bar No. 00789886<br>Brian Craft<br>State Bar No. 04972020<br>FINDLAY CRAFT, P.C.<br>7270 Crosswater Avenue, Suite B<br>Tyler, TX 75702<br>903-534-1100 (t)<br>903-534-1137 (f)<br>efindlay@findlaycraft.com<br>bcraft@findlaycraft.com<br><br>***Counsel for Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC*** |

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel on March 15, 2023.

                                              */s/ Brett Schuman*
                                              Brett Schuman