IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>    Plaintiff,<br><br>v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,**<br>    Defendants. | § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED**<br><br><br>Civil Action 2:21-cv-310-JRG<br>(Lead Case) |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Plaintiff TQ Delta, LLC's respectfully moves to withdraw Ashley Ratycz formerly of McAndrews, Held & Malloy Ltd. as counsel of record in the above-captioned matter. Peter J. McAndrews, Rajendra A. Chiplunkar, and David Z. Petty of McAndrews, Held & Malloy, Ltd. and Edward K. Chin, Anthony K. Bruster, Andrew J. Wright, and Shawn A. Latchford of Bruster LLC will remain as lead counsel of record. Plaintiff therefore respectfully requests an order from the Court discharging Ashley Ratycz as attorney of record for TQ Delta, LLC and removing her from the electronic service list and all other service lists in this action.

Dated: April 2, 2024                           Respectfully submitted,

                                                                /s/ Peter J. McAndrews

                                                                Peter J. McAndrews
                                                                (*Pro hac vice*)
                                                                pmcandrews@mcandrewsip.com

                                                                Rajendra A. Chiplunkar

(*Pro hac vice*)
rchiplunkar@mcandrewsip.com

David Z. Petty
(*Pro hac vice*)
dpetty@mcandrews-ip.com

**MCANDREWS, HELD & MALLOY, LTD.**
500 West Madison St., 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

Edward K. Chin
ed@brusterpllc.com
Texas Bar No. 50511688

Anthony K. Bruster
akbruster@brusterpllc.com
Texas Bar No. 24036280

Andrew J. Wright
andrew@brusterpllc.com
Texas Bar No. 24063927

Shawn A. Latchford
shawn@brusterpllc.com
Texas Bar No. 24066603

**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
Telephone: (817) 601-9564

**ATTORNEYS FOR PLAINTIFF
TQ DELTA, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served this April 2, 2024, on all counsel of record, each of whom is deemed to have consented to electronic service.  L.R. CV-5(a)(3)(A).

/s/ *Peter J. McAndrews*
Peter J. McAndrews

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the parties met and conferred on April 1, 2024, with regard to this motion, and that the CommScope Defendants do not oppose the relief sought in this motion.

/s/ *Peter J. McAndrews*
Peter J. McAndrews