# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, <br>    Plaintiff, <br><br> v. <br><br> COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, <br>    Defendant, | § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** <br><br><br> Civil Action 2:21-cv-310-JRG <br> (Lead Case) |

## ORDER

Before the Court is Plaintiff TQ Delta, LLC's Unopposed Motion to Withdraw Ashley Ratycz as counsel of record. The Court, having considered the Motion, finds that the motion is well-taken and should be and is **GRANTED**.

Accordingly, **IT IS ORDERED** that Ashley Ratycz is withdrawn as counsel of record for Plaintiff TQ Delta, LLC and is removed from all electronic service lists and all other service lists in this action.

**IT IS SO ORDERED**

\