IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC, | § |
|     *Plaintiff*, | § |
| v. | §    CIVIL ACTION NO. 2:21-CV-00310-JRG |
| COMMSCOPE HOLDING COMPANY, INC., et al., | § |
|     *Defendants*. | § |

## ORDER

Before the Court is the Unopposed Motion to Withdraw as Counsel of Record ("the Motion") filed by Plaintiff TQ Delta, LLC ("Plaintiff"). (Dkt. No. 579.) In the Motion, Plaintiff moves to withdraw Ashley Ratycz as counsel of record in the above-captioned case. (*Id*. at 1.) The Motion is unopposed. (*Id*. at 1, 3.)

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that Ashley Ratycz be permitted to **withdraw** as counsel of record for Plaintiff in the above-captioned case. It is further **ORDERED** that the Clerk shall **terminate** Ashley Ratycz as counsel of record and all electronic notifications to the same.

**So Ordered this**

**Apr 3, 2024**

                                                  RODNEY GILSTRAP
                                                  UNITED STATES DISTRICT JUDGE