# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>    Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | JURY TRIAL DEMANDED<br><br><br><br>Civil Action 2:21-cv-310-JRG |

**DECLARATION OF PETER J. MCANDREWS IN SUPPORT OF PLAINTIFF TQ DELTA, LLC'S OPPOSED MOTION FOR ISSUANCE OF WRIT OF EXECUTION AGAINST COMMSCOPE DEFENDANTS**

I, PETER J. MCANDREWS, declare under penalty of perjury under the laws of the State of Utah and the United States as follows:

1. On May 3, 2023, this Court entered Final Judgment in Plaintiff TQ Delta, LLC's ("Judgment Creditor" or "Plaintiff") favor against Defendants CommScope Holding Company, Inc., CommScope, Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., and Arris Enterprises, LLC, (collectively, "Defendants" or "Judgment Debtor") in the amount of $11,125,000.00 U.S. Dollars as a reasonable royalty for Defendants' infringement, to be paid in a one-time lump sum (Dkt. No. 513). TQ Delta was also awarded costs, prejudgment interest, and post-judgment interest. *Id*. at 3. On May 31, 2023, pursuant to Plaintiff's Notice Regarding Agreed Bill of Costs (Dkt. No. 524), the Court ordered that Plaintiff shall recover from Defendants costs in the amount of $246,208.25. (Dkt. No. 535).

2. I am an attorney for the law firm of McAndrews, Held & Malloy, Ltd, and am counsel of record for the Plaintiff and Judgment Creditor, TQ Delta.

**PREJUDGMENT INTEREST**

3. In the Final Judgment, the Court awarded "pre-judgment interest applicable to all sums awarded herein, calculated at the 5-year U.S. Treasury Bill rate, compounded quarterly, **from the date of infringement through the date of entry of this Judgment**." (Dkt. No. 513) (emphasis added).

4. The date of first infringement is November 18, 2008. This is the date of first infringement because the jury found infringement of claim 17 of the U.S. Patent No. 7,453,881 (the "'881 Patent"), which issued on November 18, 2018, and is the first issued patent of the seven asserted patents (Dkt. No. 513). Also, Defendants' damages expert, Stephen Becker, Ph.D., testified at trial that the date of the hypothetical negotiation was in November of 2008. *See* Exhibit A-2, Trial Transcript Vol. 5, March 23, 2023, at 76:19-77:1 ("Q. And when -- when does this hypothetical negotiation occur? A. So as I said, it's -- we're putting these parties at the table back when the -- right before they would need a license. And in this case **the facts indicate that that would be in November of 2008. The first of these seven patents issued in November of 2008, and so that's what sort of triggers the need for a negotiation.**") (emphasis added).

5. In the attached Exhibit A-1, prejudgment interest is calculated as specified in the Court's Final Judgment. The starting point is the one-time lump sum damages award of $11,125,000.00 U.S. Dollars that the jury found to be a reasonable royalty for Defendants' infringement. The prejudgment interest rate applied to the damages award of $11,125,000.00 based on the 5-year U.S. Treasury Bill rate in effect at the time of infringement and compounded quarterly. The 5-year

U.S. Treasury Bill rate used is 2.32%, which is sourced from the St. Louis Federal Reserve web site (see screenshots below) at

https://fred.stlouisfed.org/series/DGS5  (accessed April 5, 2024)



The data as downloaded from that website (highlighted) shows the 5-year U.S. Treasury Bill rate as of the November 17, 2008 close was 2.32%.

| FRED Graph Observations | | |
|---|---|---|
| Federal Reserve Economic Data | | |
| Link: https://fred.stlouisfed.org | | |
| Help: https://fredhelp.stlouisfed.org | | |
| Economic Research Division | | |
| Federal Reserve Bank of St. Louis | | |
| | | |
| DGS5 | Market Yield on U.S. Treasury Securities at 5-Year Constant Maturity, Quoted on an Investment Basis, Percent, Daily, Not Seasonally Adjusted | |
| | | |
| Frequency: Daily | | |
| observation_date | DGS5 | |
| 2008-01-02 | 3.28 | |
| 2008-01-03 | 3.26 | |
| 2008-01-04 | 3.18 | |
| 2008-01-07 | 3.16 | |
| 2008-01-08 | 3.16 | |
| 2008-01-09 | 3.10 | |
| ... | ... | |
| 2008-11-13 | 2.43 | |
| 2008-11-14 | 2.33 | |
| 2008-11-17 | 2.32 | |
| 2008-11-18 | 2.22 | |
| 2008-11-19 | 2.08 | |
| 2008-11-20 | 1.94 | |
| 2008-11-21 | 2.02 | |
| 2008-11-24 | 2.24 | |

6. The total amount of prejudgment interest through May 2, 2023, on the compensatory damages award of $11,125,000.00 is $4,417,597.25. The sum of the damages award of $11,125,000.00, the pre-judgment interest amount of $4,417,597.25, and Plaintiff's costs award of $246,208.25 equals $15,788,805.50, which is the judgment amount due as of May 3, 2023, and the amount upon which post-judgment interest should be calculated. (Exhibit A-1).

**POST-JUDGMENT INTEREST**

7. The Court awarded post-judgment interest in the Final Judgment. Pursuant to 28 U.S.C. § 1961, post-judgment interest is to be "calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment," and "shall be compounded annually." In the attached Exhibit A-1, I have calculated prejudgment interest as specified in the Court's Final Judgment.

8. The weekly **average** 1-year constant maturity Treasury yield for the week ending April 28, 2023 (the week preceding entry of the Court's Final Judgment) was 4.72%, which is sourced from the St. Louis Federal Reserve web site (see screenshots below) at https://fred.stlouisfed.org/series/DGS1# (accessed April 5, 2024)



The weekly data as downloaded from that website shows the rate for each day of that preceding week (April 24 – 28, 2024):

| Federal Reserve Bank of St. Louis | | |
|---|---|---|
| DGS1 | Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis, Percent, Daily, Not Seasonally Adjusted | |
| Frequency: Daily | | |
| observation_date | DGS1 | |
| 2023-04-24 | 4.76 | |
| 2023-04-25 | 4.60 | |
| 2023-04-26 | 4.64 | |
| 2023-04-27 | 4.78 | |
| 2023-04-28 | 4.80 | |

The average of those rates for that preceding week is 4.72%.

9. There are 343 days from the date of entry of the Final Judgment, May 3, 2023, and the filing date of Plaintiff's Motion for Issuance of Writ of Execution, April 9, 2024. Therefore, the post-judgment interest, as of April 9, 2024, was calculated based on the amount of

$15,788,805.50 at a rate of 4.72 percent per annum for 343 days, amounting to $700,313.55 of accrued interest. (Exhibit A-1).

10. The total amount due and owing, as of the filing date of Plaintiff's Motion for Issuance of Writ of Execution, April 9, 2024, was calculated to be $16,489,119.05 U.S. Dollars. This amount is the sum of the damages award of $11,125,000.00, pre-judgment interest of $4,417,597.25, Plaintiff's costs of $246,208.25, and post-judgment interest of $700,313.55, as calculated herein. (Exhibit A-1).

11. I have calculated the daily amount of simple interest that would be due as post-judgment interest. Pursuant to 28 U.S. § 1961(b), annual compounding of interest will accrue on any unsatisfied judgment upon the first and subsequent yearly anniversaries of the May 3, 2023 Judgment.[1] Thus, post-judgment interest, at the rate of 4.72 percent per annum, compounded annually, will accrue on any unsatisfied judgment. For the May 3, 2023 to May 3, 2024 period, the amount is $2,041.73 per day. For the May 4, 2024 to May 3, 2025 period, the amount is $2,138.10 per day. (Exhibit A-1).

Respectfully submitted and affirmed this 9th day of April, 2024, at Park City, Utah by:

Respectfully submitted,

By:     */s/ Peter J. McAndrews*

**Peter J. McAndrews**
(*Pro hac vice*)
pmcandrews@mcandrews-ip.com

---

[1] *See* 28 U.S. § 1961(b) ("Interest shall be computed daily to the date of payment except as provided in section 2516(b) of this title and section 1304(b) of title 31, and shall be compounded annually.").

M<small>C</small>A<small>NDREWS</small>, H<small>ELD</small> & M<small>ALLOY</small>, L<small>TD</small>.
500 West Madison St., 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

**ATTORNEYS FOR PLAINTIFF
TQ DELTA, LLC**

# Exhibit A-1

**TQ DELTA JUDGMENT AND INTEREST CALCULATIONS**
April 9, 2024

### SUMMARY

| | |
|---|---:|
| Date of Final Judgment (Dkt. No, 513) | 5/3/23 |
| Judgment Amount Due as of 5/3/2023 | $15,788,805.50 |
| Judgment Amount Due as of 4/9/2024 (Filing Date of Plaintiff's Motion) | $16,489,119.05 |
| Judgment Amount Due as of 5/3/2024 | $16,534,037.12 |
| Judgment Amount Due as of 5/3/2025 | $17,314,443.67 |
| | |
| Pre-Judgment Interest Rate (5-year U.S. Treasury Bill rate as of 11/17/2018) | 2.32% |
| Post-Judgment Interest Rate (Weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of the judgment) | 4.72% |
| | |
| Post-Judgment Interest Per Day (for 5/3/2023 - 5/3/2024) | $2,041.73 Per Day |
| Post-Judgment Interest Per Day (for 5/4/2024 - 5/3/2025) | $2,138.10 Per Day |
| | |
| Damages Award (Dkt No. 513) | $11,125,000.00 |
| Start Date (Date of First Infringement) | 11/18/08 |
| Start Quarter (1,2,3,4) | 4 |
| Quarter to Start Accrual (Adjusted to 11/18/08) | 10/1/2008 |

### PRE-JUDGMENT INTEREST

| Quarter Start Date | 5Yr T-Bill Yield | BOP Balance | Start Amount | Quarterly Interest | EOP Balance |
|---:|---:|---:|---:|---:|---:|
| 10/1/08 | 2.32% | $0.00 | $11,125,000.00 | $30,158.42 | $11,155,158.42 |
| 1/1/09 | 2.32% | $11,155,158.42 | $0.00 | $64,699.92 | $11,219,858.34 |
| 4/1/09 | 2.32% | $11,219,858.34 | $0.00 | $65,075.18 | $11,284,933.52 |
| 7/1/09 | 2.32% | $11,284,933.52 | $0.00 | $65,452.61 | $11,350,386.14 |
| 10/1/09 | 2.32% | $11,350,386.14 | $0.00 | $65,832.24 | $11,416,218.38 |
| 1/1/10 | 2.32% | $11,416,218.38 | $0.00 | $66,214.07 | $11,482,432.44 |
| 4/1/10 | 2.32% | $11,482,432.44 | $0.00 | $66,598.11 | $11,549,030.55 |
| 7/1/10 | 2.32% | $11,549,030.55 | $0.00 | $66,984.38 | $11,616,014.93 |
| 10/1/10 | 2.32% | $11,616,014.93 | $0.00 | $67,372.89 | $11,683,387.81 |
| 1/1/11 | 2.32% | $11,683,387.81 | $0.00 | $67,763.65 | $11,751,151.46 |
| 4/1/11 | 2.32% | $11,751,151.46 | $0.00 | $68,156.68 | $11,819,308.14 |
| 7/1/11 | 2.32% | $11,819,308.14 | $0.00 | $68,551.99 | $11,887,860.13 |
| 10/1/11 | 2.32% | $11,887,860.13 | $0.00 | $68,949.59 | $11,956,809.72 |
| 1/1/12 | 2.32% | $11,956,809.72 | $0.00 | $69,349.50 | $12,026,159.21 |
| 4/1/12 | 2.32% | $12,026,159.21 | $0.00 | $69,751.72 | $12,095,910.94 |
| 7/1/12 | 2.32% | $12,095,910.94 | $0.00 | $70,156.28 | $12,166,067.22 |
| 10/1/12 | 2.32% | $12,166,067.22 | $0.00 | $70,563.19 | $12,236,630.41 |
| 1/1/13 | 2.32% | $12,236,630.41 | $0.00 | $70,972.46 | $12,307,602.87 |
| 4/1/13 | 2.32% | $12,307,602.87 | $0.00 | $71,384.10 | $12,378,986.96 |
| 7/1/13 | 2.32% | $12,378,986.96 | $0.00 | $71,798.12 | $12,450,785.09 |
| 10/1/13 | 2.32% | $12,450,785.09 | $0.00 | $72,214.55 | $12,522,999.64 |
| 1/1/14 | 2.32% | $12,522,999.64 | $0.00 | $72,633.40 | $12,595,633.04 |
| 4/1/14 | 2.32% | $12,595,633.04 | $0.00 | $73,054.67 | $12,668,687.71 |
| 7/1/14 | 2.32% | $12,668,687.71 | $0.00 | $73,478.39 | $12,742,166.10 |
| 10/1/14 | 2.32% | $12,742,166.10 | $0.00 | $73,904.56 | $12,816,070.66 |
| 1/1/15 | 2.32% | $12,816,070.66 | $0.00 | $74,333.21 | $12,890,403.87 |
| 4/1/15 | 2.32% | $12,890,403.87 | $0.00 | $74,764.34 | $12,965,168.22 |
| 7/1/15 | 2.32% | $12,965,168.22 | $0.00 | $75,197.98 | $13,040,366.19 |
| 10/1/15 | 2.32% | $13,040,366.19 | $0.00 | $75,634.12 | $13,116,000.31 |
| 1/1/16 | 2.32% | $13,116,000.31 | $0.00 | $76,072.80 | $13,192,073.12 |
| 4/1/16 | 2.32% | $13,192,073.12 | $0.00 | $76,514.02 | $13,268,587.14 |
| 7/1/16 | 2.32% | $13,268,587.14 | $0.00 | $76,957.81 | $13,345,544.95 |
| 10/1/16 | 2.32% | $13,345,544.95 | $0.00 | $77,404.16 | $13,422,949.11 |
| 1/1/17 | 2.32% | $13,422,949.11 | $0.00 | $77,853.10 | $13,500,802.21 |
| 4/1/17 | 2.32% | $13,500,802.21 | $0.00 | $78,304.65 | $13,579,106.86 |
| 7/1/17 | 2.32% | $13,579,106.86 | $0.00 | $78,758.82 | $13,657,865.68 |
| 10/1/17 | 2.32% | $13,657,865.68 | $0.00 | $79,215.62 | $13,737,081.31 |
| 1/1/18 | 2.32% | $13,737,081.31 | $0.00 | $79,675.07 | $13,816,756.38 |
| 4/1/18 | 2.32% | $13,816,756.38 | $0.00 | $80,137.19 | $13,896,893.56 |
| 7/1/18 | 2.32% | $13,896,893.56 | $0.00 | $80,601.98 | $13,977,495.55 |
| 10/1/18 | 2.32% | $13,977,495.55 | $0.00 | $81,069.47 | $14,058,565.02 |
| 1/1/19 | 2.32% | $14,058,565.02 | $0.00 | $81,539.68 | $14,140,104.70 |
| 4/1/19 | 2.32% | $14,140,104.70 | $0.00 | $82,012.61 | $14,222,117.31 |
| 7/1/19 | 2.32% | $14,222,117.31 | $0.00 | $82,488.28 | $14,304,605.59 |
| 10/1/19 | 2.32% | $14,304,605.59 | $0.00 | $82,966.71 | $14,387,572.30 |

| Date | Rate | Beginning Balance | Payment | Interest | Ending Balance |
|---|---|---|---|---|---|
| 1/1/20 | 2.32% | $14,387,572.30 | $0.00 | $83,447.92 | $14,471,020.22 |
| 4/1/20 | 2.32% | $14,471,020.22 | $0.00 | $83,931.92 | $14,554,952.13 |
| 7/1/20 | 2.32% | $14,554,952.13 | $0.00 | $84,418.72 | $14,639,370.86 |
| 10/1/20 | 2.32% | $14,639,370.86 | $0.00 | $84,908.35 | $14,724,279.21 |
| 1/1/21 | 2.32% | $14,724,279.21 | $0.00 | $85,400.82 | $14,809,680.03 |
| 4/1/21 | 2.32% | $14,809,680.03 | $0.00 | $85,896.14 | $14,895,576.17 |
| 7/1/21 | 2.32% | $14,895,576.17 | $0.00 | $86,394.34 | $14,981,970.51 |
| 10/1/21 | 2.32% | $14,981,970.51 | $0.00 | $86,895.43 | $15,068,865.94 |
| 1/1/22 | 2.32% | $15,068,865.94 | $0.00 | $87,399.42 | $15,156,265.36 |
| 4/1/22 | 2.32% | $15,156,265.36 | $0.00 | $87,906.34 | $15,244,171.70 |
| 7/1/22 | 2.32% | $15,244,171.70 | $0.00 | $88,416.20 | $15,332,587.90 |
| 10/1/22 | 2.32% | $15,332,587.90 | $0.00 | $88,929.01 | $15,421,516.91 |
| 1/1/23 | 2.32% | $15,421,516.91 | $0.00 | $89,444.80 | $15,510,961.71 |
| Through 5/2/2023 | 2.32% | $15,510,961.71 | $0.00 | $31,635.54 | **$15,542,597.25** |
| | | | Pre-Judgment Interest | | **$4,417,597.25** |

| **Judgment Amount Due as of 5/3/2023 (Date of Final Judgment)** | |
|---|---|
| Damages Award (Dkt No. 513) | $11,125,000.00 |
| Total Pre-Judgment Interest (11/18/2008 - 5/2/2023) | $4,417,597.25 |
| Bill of Costs (Dkt. No. 535) | $246,208.25 |
| **Judgment Amount Due as of 5/3/2023** | **$15,788,805.50** |

**POST-JUDGMENT INTEREST**

| **Judgment Amount Due as of 4/9/2024 (Filing Date of Plaintiff's Motion)** | |
|---|---|
| Judgment Amount Due as of 5/3/2023 | $15,788,805.50 |
| Post-Judgment Interest Rate (Per Annum) | 4.72% |
| Days between 5/3/2023 - 4/9/2024 | 343 |
| Post-Judgment Interest Accrued (5/3/2023 - 4/9/2024) | $700,313.55 |
| | |
| Judgment Amount Due as of 5/3/2023 | $15,788,805.50 |
| Post-Judgment Interest Accrued (5/3/2023 - 4/9/2024) | $700,313.55 |
| **Judgment Amount Due as of 4/9/2024** | **$16,489,119.05** |

| **Judgment Amount Due as of 5/3/2024 (One Year Anniversary of Entry of Final Judgment)** | |
|---|---|
| Judgment Amount Due as of 5/3/2023 | $15,788,805.50 |
| Post-Judgment Interest Rate (Per Annum) | 4.72% |
| Post-Judgment Interest Accrued (5/3/2023 - 5/3/2024) | $745,231.62 |
| | |
| Judgment Amount Due as of 5/3/2023 | $15,788,805.50 |
| Post-Judgment Interest Accrued (5/3/2023 - 5/3/2024) | $745,231.62 |
| **Judgment Amount Due as of 5/3/2024** | **$16,534,037.12** |
| | |
| Post-Judgment Interest Per Day (for 5/3/2023 - 5/3/2024) | $2,041.73 |
| | Per day |

| **Judgment Amount Due as of 5/3/2025 (Second Year Anniversary of Entry of Final Judgment)** | |
|---|---|
| Judgment Amount Due as of 5/3/2024 | $16,534,037.12 |
| Post-Judgment Interest Rate (Per Annum) | 4.72% |
| Post-Judgment Interest Accrued (5/4/2024 - 5/3/2025) | $780,406.55 |
| | |
| Judgment Amount Due as of 5/3/2024 | $16,534,037.12 |
| Post-Judgment Interest Accrued (5/4/2024 - 5/3/2025) | $780,406.55 |
| **Judgment Amount Due as of 5/3/2025** | **$17,314,443.67** |
| | |
| Post-Judgment Interest Per Day (for 5/4/2024 - 5/3/2025) | $2,138.10 |
| | Per day |

**Additional post-judgment interest, at 4.72% per annum, will accrue on any unsatisfied judgment until paid. Pursuant to 28 U.S. § 1961(b), annual compounding of interest will apply.**

# Exhibit A-2

```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF TEXAS
                       MARSHALL DIVISION

TQ DELTA, LLC.,                  (  CAUSE NO. 2:21-CV-310-JRG
                                 )
         Plaintiff,              (
                                 )
vs.                              (
                                 )
COMMSCOPE HOLDING COMPANY,       (
INC., et al.,                    )  MARSHALL, TEXAS
                                 (  MARCH 23, 2023
         Defendants.             )  8:30 A.M.
```

---

VOLUME 5

---

TRIAL ON THE MERITS

BEFORE THE HONORABLE RODNEY GILSTRAP
UNITED STATES CHIEF DISTRICT JUDGE

---

SHAWN McROBERTS, RMR, CRR
100 E. HOUSTON STREET
MARSHALL, TEXAS  75670
(903) 923-8546
shawn_mcroberts@txed.uscourts.gov

```
 1                    A P P E A R A N C E S

 2       FOR THE PLAINTIFF:    DAVIS FIRM, P.C.
                               213 N. FREDONIA ST., SUITE 230
 3                             LONGVIEW, TEXAS  75601
                               (903) 230-9090
 4                             BY: MR. RUDOLPH FINK
                                   MR. CHRISTIAN HURT
 5                                 MR. WILLIAM DAVIS

 6                             McANDREWS HELD & MALLOY, LTD
                               500 W. MADISON ST., 34TH FLOOR
 7                             CHICAGO, ILLINOIS  60661
                               (312) 775-8000
 8                             BY:  MR. PETER McANDREWS
                                    MS. ASHLEY RATYCZ
 9                                  MR. RAJENDRA CHIPLUNKAR

10       FOR THE DEFENDANT:    ALSTON & BIRD, LLP-NC
                               101 SOUTH TRYON STREET
11                             SUITE 4000
                               CHARLOTTE, NC  28280
12                             (704) 444-1025
                               BY:  MR. ROSS BARTON
13                                  MR. MATTHEW STEVENS
                                    MR. KIRK BRADLEY
14                                  MS. KARLEE WROBLEWSKI

15                             ALSTON & BIRD, LLP - ATLANTA
                               ONE ATLANTIC CENTER
16                             1201 WEST PEACHTREE STREET NW
                               #4900
17                             ATLANTA, GEORGIA  30309-3424
                               (404) 881-7000
18                             BY:  MR. MICHAEL DEANE

19                             THE DACUS FIRM, PC
                               821 ESE LOOP 323, SUITE 430
20                             TYLER, TEXAS  75701
                               (903) 705-1117
21                             BY:  MR. DERON DACUS

22       OFFICIAL REPORTER:    SHAWN M. McROBERTS, RMR, CRR
                               100 E. HOUSTON STREET
23                             MARSHALL, TEXAS  75670
                               (903) 923-8546
24

25
```

# INDEX

**EXAMINATION**

| Witness Name | Page |
|---|---|
| RICHARD WESEL, PH.D. | |
|     Direct By MS. WROBLEWSKI | 7 |
|     Cross By MR. HURT | 36 |
|     Redirect By MS. WROBLEWSKI | 53 |
|     Recross By MR. HURT | 58 |
| STEPHEN BECKER, PH.D. | |
|     Direct By MR. DACUS | 67 |
|     Cross By MR. DAVIS | 111 |
|     Redirect By MR. DACUS | 144 |
|     Recross By MR. DAVIS | 159 |
| VIJAY MADISETTI, PH.D. | |
|     Direct By MR. CHIPLUNKAR | 162 |
|     Cross By MR. STEVENS | 173 |
|     Redirect By MR. CHIPLUNKAR | 184 |

1 always follow is something called a hypothetical negotiation.
2     And really what I'm doing is saying what if we put the
3 patent owner and the potential licensee, the accused
4 infringer, at a negotiating table back when right before
5 they're alleged to first be using the patents, and ask the
6 question, if people sat down at a table and acted reasonably
7 to negotiate a license back at that time, what would they come
8 up with.  That's a way to figure out what a reasonable royalty
9 would be is to ask what would reasonable people have
10 negotiated for a license.
11 Q.  Based on your experience and your understanding, is this
12 what the law allows and requires for determining a reasonable
13 royalty?
14 A.  It certainly allows for it.  There are cases where --
15 I've been in cases where a reasonable royalty is not relief
16 that the patent holder is seeking, they're seeking a different
17 kind of relief, and we don't use this reasonable royalty
18 methodology.  But here that's what's being asked for.
19 Q.  And when -- when does this hypothetical negotiation
20 occur?
21 A.  So as I said, it's -- we're putting these parties at the
22 table back when the -- right before they would need a license.
23 And in this case the facts indicate that that would be in
24 November of 2008.  The first of these seven patents issued in
25 November of 2008, and so that's what sort of triggers the need

1    for a negotiation.
2    Q.   And if looking at November of 2008, what does that tell
3    us about the parties at the table negotiating?
4    A.   So if we go back to November of 2008, these patents and
5    the patent applications that led to the patents that are being
6    asserted here were all owned by Aware.  We've heard a lot
7    about Aware this week.
8         So Aware is sitting at the table as the patent owner
9    licensor.  And back at that time, an entity that's now owned
10   by CommScope called 2Wire, or it's been sort of acquired by
11   CommScope, was at the time 2Wire.  So I put CommScope as 2Wire
12   at the table back in November of 2008.
13   Q.   And in conducting this hypothetical negotiation, is it
14   your understanding that there are assumptions that you should
15   make and the jury should make in doing so?
16   A.   Yes.  This -- we call this a hypothetical negotiation
17   because it didn't actually occur.  And there's also some other
18   rules that I have to put on the negotiation, and a couple of
19   them I've listed here.  One is that the parties are sitting
20   there assuming that the patents are valid and enforceable.
21   They're not haggling over whether the patent's valid.  They're
22   also not haggling whether the patents are infringed.  They're
23   just there to negotiate a license, and they're willing to
24   negotiate.
25        The one on the right there, the reasonable knowledge and

```
1            I HEREBY CERTIFY THAT THE FOREGOING IS A
2       CORRECT TRANSCRIPT FROM THE RECORD OF
3       PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
4       I FURTHER CERTIFY THAT THE TRANSCRIPT FEES
5       FORMAT COMPLY WITH THOSE PRESCRIBED BY THE
6       COURT AND THE JUDICIAL CONFERENCE OF THE
7       UNITED STATES.
8
9       S/Shawn McRoberts                 03/23/2023
10      _____DATE_____
        SHAWN McROBERTS, RMR, CRR
11      FEDERAL OFFICIAL COURT REPORTER
12   .
```