# Exhibit B



Peter J. McAndrews
(T) 312 775 8000
pmcandrews@mcandrews-ip.com

March 8, 2024

<u>Via Email to Ross.Barton@alston.com</u>

Ross Barton
Alston & Bird LLP
1120 South Tryon Street, Suite 300
Charlotte, NC 28203

      **Re:**    **Request for Payment of Amount Due Under Final Judgment**
                *TQ Delta, LLC v. CommScope Holding Company, Inc. et al.,* Civ. No. 2:21-cv-00310-JRG (E.D. Tex.)

Dear Ross,

    On behalf of TQ Delta, LLC ("TQ Delta"), I am writing to request that the CommScope Defendants[1] ("CommScope") pay the sum of **$17,644,839.00 U.S. Dollars** ("Amount Due") by no later than March 18, 2024, pursuant to the Final Judgment (Dkt. No. 513), entered on May 3, 2023.

    Consistent with the Final Judgment, the Amount Due includes the sum of $11,125,000.00 U.S. Dollars that the jury awarded as a reasonable royalty for CommScope's infringement, the agreed Bill of Costs for $246,208.25 as well as prejudgment interest and post-judgment interest applicable to all sums awarded in the Final Judgment. Enclosed with this letter is an Excel spreadsheet (in native and PDF formats) reflecting TQ Delta's calculation of the Amount Due.

    Please send TQ Delta the entire Amount Due by no later than March 18, 2024, via wire transfer to the following account:

    <u>WIRE TRANSFER INFORMATION</u>
    Bank: Wells Fargo NA 420 Montgomery San Francisco, CA 94104
    Account Name: TQ Delta LLC
    Routing: 121000248
    Account Number: 4621970581

---

[1] CommScope Holding Company, Inc., CommScope Inc., Arris International Limited, Arris Global Ltd., Arris US Holdings, Inc., Arris Solutions, Inc., and Arris Enterprises, LLC.



Ross Barton
March 8, 2024
Page 2


      If CommScope is unwilling to pay the Amount Due or believes that the calculation of the Amount Due is incorrect, please let me know as soon as possible so we can promptly discuss any disputed issues.

                                          Very truly yours,

                                          */s/ Peter J. McAndrews*

                                          Peter J. McAndrews

cc:      Scott Stevens – scott.stevens@alston.com
           Anthony Bruster – akbruster@brusterpllc.com


Enclosures

**TQ DELTA FINAL JUDGMENT CALCULATIONS**

*Interest Calculation using US T Bill Yield at start of Infringement, compounded quarterly and Post Trial at USC1961.*

|  | INPUTS |  |  |  |
|---|---|---|---|---|
| Dollar Amount | $ 11,125,000 | Value on 5/2/2023 | $ | 16,764,794 |
| Start Year (2005-2022) | 2008 | Value on 3/18/2024 | $ | 17,709,939 |

Pursuant to 35 U.S.C. § 284 and SCOTUS guidance … the Court awards to TQ Delta pre-judgment interest applicable to all sums awarded herein, calculated at the 5-year U.S. Tbill, compounded quarterly from the date infringement to date of this Judgment.

| Start Quarter (1,2,3,4) | 4 |
|---|---|
| Quarter to Start Accrual | 10/1/2008 |

**PRE-JUDGMENT INTEREST**

| Quarter Start Date | 5Yr Tbill Yield | BOP Balance | Start Amount | Quarterly Interest | EOP Balance |
|---|---|---|---|---|---|
| 10/1/08 | 2.82% | $ - | $ 11,125,000 | $ 78,459 | $ 11,203,459 |
| 1/1/09 | 2.82% | $ 11,203,459 | $ - | $ 79,012 | $ 11,282,471 |
| 4/1/09 | 2.82% | $ 11,282,471 | $ - | $ 79,570 | $ 11,362,041 |
| 7/1/09 | 2.82% | $ 11,362,041 | $ - | $ 80,131 | $ 11,442,172 |
| 10/1/09 | 2.82% | $ 11,442,172 | $ - | $ 80,696 | $ 11,522,868 |
| 1/1/10 | 2.82% | $ 11,522,868 | $ - | $ 81,265 | $ 11,604,133 |
| 4/1/10 | 2.82% | $ 11,604,133 | $ - | $ 81,838 | $ 11,685,971 |
| 7/1/10 | 2.82% | $ 11,685,971 | $ - | $ 82,415 | $ 11,768,386 |
| 10/1/10 | 2.82% | $ 11,768,386 | $ - | $ 82,997 | $ 11,851,383 |
| 1/1/11 | 2.82% | $ 11,851,383 | $ - | $ 83,582 | $ 11,934,965 |
| 4/1/11 | 2.82% | $ 11,934,965 | $ - | $ 84,171 | $ 12,019,136 |
| 7/1/11 | 2.82% | $ 12,019,136 | $ - | $ 84,765 | $ 12,103,901 |
| 10/1/11 | 2.82% | $ 12,103,901 | $ - | $ 85,363 | $ 12,189,264 |
| 1/1/12 | 2.82% | $ 12,189,264 | $ - | $ 85,965 | $ 12,275,229 |
| 4/1/12 | 2.82% | $ 12,275,229 | $ - | $ 86,571 | $ 12,361,800 |
| 7/1/12 | 2.82% | $ 12,361,800 | $ - | $ 87,182 | $ 12,448,981 |
| 10/1/12 | 2.82% | $ 12,448,981 | $ - | $ 87,796 | $ 12,536,778 |
| 1/1/13 | 2.82% | $ 12,536,778 | $ - | $ 88,416 | $ 12,625,193 |
| 4/1/13 | 2.82% | $ 12,625,193 | $ - | $ 89,039 | $ 12,714,232 |
| 7/1/13 | 2.82% | $ 12,714,232 | $ - | $ 89,667 | $ 12,803,900 |
| 10/1/13 | 2.82% | $ 12,803,900 | $ - | $ 90,300 | $ 12,894,199 |
| 1/1/14 | 2.82% | $ 12,894,199 | $ - | $ 90,936 | $ 12,985,135 |
| 4/1/14 | 2.82% | $ 12,985,135 | $ - | $ 91,578 | $ 13,076,713 |
| 7/1/14 | 2.82% | $ 13,076,713 | $ - | $ 92,224 | $ 13,168,937 |
| 10/1/14 | 2.82% | $ 13,168,937 | $ - | $ 92,874 | $ 13,261,810 |
| 1/1/15 | 2.82% | $ 13,261,810 | $ - | $ 93,529 | $ 13,355,339 |
| 4/1/15 | 2.82% | $ 13,355,339 | $ - | $ 94,189 | $ 13,449,528 |
| 7/1/15 | 2.82% | $ 13,449,528 | $ - | $ 94,853 | $ 13,544,381 |
| 10/1/15 | 2.82% | $ 13,544,381 | $ - | $ 95,522 | $ 13,639,902 |
| 1/1/16 | 2.82% | $ 13,639,902 | $ - | $ 96,195 | $ 13,736,098 |
| 4/1/16 | 2.82% | $ 13,736,098 | $ - | $ 96,874 | $ 13,832,972 |
| 7/1/16 | 2.82% | $ 13,832,972 | $ - | $ 97,557 | $ 13,930,529 |
| 10/1/16 | 2.82% | $ 13,930,529 | $ - | $ 98,245 | $ 14,028,774 |
| 1/1/17 | 2.82% | $ 14,028,774 | $ - | $ 98,938 | $ 14,127,712 |
| 4/1/17 | 2.82% | $ 14,127,712 | $ - | $ 99,636 | $ 14,227,347 |
| 7/1/17 | 2.82% | $ 14,227,347 | $ - | $ 100,338 | $ 14,327,686 |
| 10/1/17 | 2.82% | $ 14,327,686 | $ - | $ 101,046 | $ 14,428,732 |
| 1/1/18 | 2.82% | $ 14,428,732 | $ - | $ 101,759 | $ 14,530,490 |
| 4/1/18 | 2.82% | $ 14,530,490 | $ - | $ 102,476 | $ 14,632,967 |
| 7/1/18 | 2.82% | $ 14,632,967 | $ - | $ 103,199 | $ 14,736,166 |
| 10/1/18 | 2.82% | $ 14,736,166 | $ - | $ 103,927 | $ 14,840,093 |
| 1/1/19 | 2.82% | $ 14,840,093 | $ - | $ 104,660 | $ 14,944,752 |
| 4/1/19 | 2.82% | $ 14,944,752 | $ - | $ 105,398 | $ 15,050,150 |
| 7/1/19 | 2.82% | $ 15,050,150 | $ - | $ 106,141 | $ 15,156,291 |
| 10/1/19 | 2.82% | $ 15,156,291 | $ - | $ 106,890 | $ 15,263,181 |
| 1/1/20 | 2.82% | $ 15,263,181 | $ - | $ 107,644 | $ 15,370,825 |
| 4/1/20 | 2.82% | $ 15,370,825 | $ - | $ 108,403 | $ 15,479,227 |
| 7/1/20 | 2.82% | $ 15,479,227 | $ - | $ 109,167 | $ 15,588,395 |
| 10/1/20 | 2.82% | $ 15,588,395 | $ - | $ 109,937 | $ 15,698,332 |
| 1/1/21 | 2.82% | $ 15,698,332 | $ - | $ 110,712 | $ 15,809,044 |
| 4/1/21 | 2.82% | $ 15,809,044 | $ - | $ 111,493 | $ 15,920,538 |
| 7/1/21 | 2.82% | $ 15,920,538 | $ - | $ 112,280 | $ 16,032,817 |
| 10/1/21 | 2.82% | $ 16,032,817 | $ - | $ 113,071 | $ 16,145,889 |
| 1/1/22 | 2.82% | $ 16,145,889 | $ - | $ 113,869 | $ 16,259,757 |
| 4/1/22 | 2.82% | $ 16,259,757 | $ - | $ 114,672 | $ 16,374,429 |
| 7/1/22 | 2.82% | $ 16,374,429 | $ - | $ 115,481 | $ 16,489,910 |
| 10/1/22 | 2.82% | $ 16,489,910 | $ - | $ 116,295 | $ 16,606,205 |
| 1/1/23 | 2.82% | $ 16,606,205 | $ - | $ 117,115 | $ 16,723,320 |
| Through 5/2/2023 | 2.82% | $ 16,723,320 | $ - | $ 117,941 | $ 16,764,794 |

**POST-JUDGMENT INTEREST**

Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield; judgment entered May 3, 2023.

| | | | | | | |
|---|---|---|---|---|---|---|
| Through 3/18/2024 | 4.72% | $ 17,011,003 | $ - | $ 698,937 | $ 17,709,939 | Bill of Costs Award  $ 246,208.25 |
| 5/3/24 | 4.72% | $ 17,011,003 | $ - | $ 802,239 | $ 17,813,241 | << Due 5/3/24 |
| 5/3/25 | 4.72% | $ 17,813,241 | $ - | $ 840,072 | $ 18,653,314 | |