# Exhibit C

# ALSTON & BIRD

Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
704-444-1000 | Fax: 704-444-1111

Ross R. Barton           Direct Dial: **+1 704 444 1287**           Email: **ross.barton@alston.com**

March 15, 2024

<u>VIA Email</u>

Peter J. McAndrews
312-775-8000
500 West Madison St., 34th Floor
Chicago, IL 60661

Re:     Payment Pursuant to the Final Judgment

Dear Mr. McAndrews,

Thank you for your letter. At this time, CommScope[1] cannot agree to make the payment requested for two separate reasons: (1) TQ Delta improperly includes in its calculation of pre-judgment interest sums that are beyond the six-year window from the date that TQ Delta filed its complaint; and (2) as I am sure you are aware, the notice to appeal the final judgment is due on March 18, 2024, which, if filed by either party, would result in a stay of execution of the final judgment.

Regarding TQ Delta's calculation of pre-judgment interest, 35 U.S.C. § 286 specifies that "no recovery shall be had for any infringement more than six years prior to the filing of the complaint." Despite this, TQ Delta both started the accrual of interest and calculated the 5-year Treasury Bill rate from October 1, 2008, nearly seven years early. TQ Delta did not file its complaint for infringement until August 13, 2021, meaning that pre-judgment interest should have been calculated starting from August 13, 2015.

Courts in the Eastern District of Texas have previously limited prejudgment interest to this six-year window. In *Imperium IP Holdings (Cayman), Ltd. v. Samsung Elecs. Co.*, the Court explained that "prejudgment interest cannot accrue before June 9, 2008, ***which is six years before Plaintiff filed its complaint***." 2017 U.S. Dist. LEXIS 63976 (E.D. Tex. Apr. 27, 2017) (emphasis added). Other district courts have explained the same. *See*

---

[1] Although this letter makes reference to CommScope, ownership of the Home Networks division of CommScope responsible for the accused products and liability associated with this case transferred to Vantiva S.A. on January 9, 2024.

Alston & Bird LLP                                                                                          www.alston.com

Atlanta  |  Beijing  |  Brussels  |  Charlotte  |  Dallas  |  London  |  Los Angeles  |  New York  |  Raleigh  |  San Francisco  |  Silicon Valley  |  Washington, D.C.

Payment Pursuant to the Final Judgment
March 15, 2024
Page 2

*Opticurrent, LLC v. Power Integrations, Inc.*, 2019 U.S. Dist. LEXIS 94615, 2019 WL 2389150, at *20 (N.D. Cal. June 5, 2019)("It would make little sense to allow interest to start accruing before damages can be imposed; the interest on zero damages would simply be zero."); *Roblor Mktg. Group, Inc. v. GPS Indus., Inc.*, 633 F. Supp. 2d 1341, 1347 (S.D. Fla. Dec. 11, 2008) ("Plaintiff would be entitled to seek monetary damages, including prejudgment interest, for the entire past period of infringement not excluded by the six year statutory bar under 35 U.S.C. § 286."). Moreover, TQ Delta uses an incorrect interest rate given the above case law; TQ Delta applied a 2.81% rate from 2008, but the rate on August 13, 2015 was 1.58%.

Thus, your proposed amount is incorrect. TQ Delta improperly calculated the value of its award counting prejudgment interest as $16.70M, when the appropriate award counting prejudgment interest should be $12.54M. Enclosed with this letter is the excel spreadsheet you attached in your prior correspondence, with the start date and 5-year Treasury Bill rate appropriately adjusted as required by law.

In any event, TQ Delta's request for payment by March 18, 2024 is premature. March 18, 2024 is the deadline for filing a notice of appeal in this case. Should either TQ Delta or CommScope file such a notice, execution of judgment will almost certainly be stayed. CommScope is thus willing to further discuss payment once all appeals are final.

Sincerely,


Ross R. Barton
RRB:dkc

**TQ DELTA JUDGMENT AND INTEREST CALCULATIONS**

*Pre-judgment Interest calculated using 5 Yr T-Bill Yield at start of infringement and Post-trial Interest calculated using weekly average 1-year constant maturity Treasury yield per 28 USC § 1961.*

"TQ Delta ... shall accordingly have and recover from CommScope the sum of $11,125,000.00 U.S. Dollars ..., to be paid in a one-time lump sum." Dkt. 513 at 2. "[T]he Court awards to TQ Delta from CommScope pre-judgment interest applicable to all sums awarded herein, calculated at the 5-year U.S. Treasury Bill rate, compounded quarterly, from the date of infringement through the date of entry of this Judgment." *Id.* at 3. "Pursuant to 28 U.S.C. § 1961, the Court awards to TQ Delta from CommScope post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the date of entry of this Judgment until paid. *Id.* "TQ Delta shall recover from Defendants ... costs in the amount of $246,208.25." Dkt. 535

|  | INPUTS |  |  |
|---|---|---|---|
| Dollar Amount | $ 11,125,000 | Value on 5/2/2023 | $ 12,539,071 |
| Start Date | 8/13/2015 | Value on 3/18/2024 | $ 13,310,592 |
| Start Quarter (1,2,3,4) | 4 |  |  |
| Quarter to Start Accrual | 10/1/2015 |  |  |

**PRE-JUDGMENT INTEREST**

| Quarter Start Date | 5Yr Tbill Yield | BOP Balance | Start Amount | Quarterly Interest | EOP Balance |
|---|---|---|---|---|---|
| 10/1/2008 | 1.58% | $ - | $ - | $ - | $ - |
| 1/1/2009 | 1.58% | $ - | $ - | $ - | $ - |
| 4/1/2009 | 1.58% | $ - | $ - | $ - | $ - |
| 7/1/2009 | 1.58% | $ - | $ - | $ - | $ - |
| 10/1/2009 | 1.58% | $ - | $ - | $ - | $ - |
| 1/1/2010 | 1.58% | $ - | $ - | $ - | $ - |
| 4/1/2010 | 1.58% | $ - | $ - | $ - | $ - |
| 7/1/2010 | 1.58% | $ - | $ - | $ - | $ - |
| 10/1/2010 | 1.58% | $ - | $ - | $ - | $ - |
| 1/1/2011 | 1.58% | $ - | $ - | $ - | $ - |
| 4/1/2011 | 1.58% | $ - | $ - | $ - | $ - |
| 7/1/2011 | 1.58% | $ - | $ - | $ - | $ - |
| 10/1/2011 | 1.58% | $ - | $ - | $ - | $ - |
| 1/1/2012 | 1.58% | $ - | $ - | $ - | $ - |
| 4/1/2012 | 1.58% | $ - | $ - | $ - | $ - |
| 7/1/2012 | 1.58% | $ - | $ - | $ - | $ - |
| 10/1/2012 | 1.58% | $ - | $ - | $ - | $ - |
| 1/1/2013 | 1.58% | $ - | $ - | $ - | $ - |
| 4/1/2013 | 1.58% | $ - | $ - | $ - | $ - |
| 7/1/2013 | 1.58% | $ - | $ - | $ - | $ - |
| 10/1/2013 | 1.58% | $ - | $ - | $ - | $ - |
| 1/1/2014 | 1.58% | $ - | $ - | $ - | $ - |
| 4/1/2014 | 1.58% | $ - | $ - | $ - | $ - |
| 7/1/2014 | 1.58% | $ - | $ - | $ - | $ - |
| 10/1/2014 | 1.58% | $ - | $ - | $ - | $ - |
| 1/1/2015 | 1.58% | $ - | $ - | $ - | $ - |
| 4/1/2015 | 1.58% | $ - | $ - | $ - | $ - |
| 7/1/2015 | 1.58% | $ - | $ - | $ - | $ - |
| 10/1/2015 | 1.58% | $ - | $ 11,125,000 | $ 43,944 | $ 11,168,944 |
| 1/1/2016 | 1.58% | $ 11,168,944 | $ - | $ 44,117 | $ 11,213,061 |
| 4/1/2016 | 1.58% | $ 11,213,061 | $ - | $ 44,292 | $ 11,257,353 |
| 7/1/2016 | 1.58% | $ 11,257,353 | $ - | $ 44,467 | $ 11,301,819 |
| 10/1/2016 | 1.58% | $ 11,301,819 | $ - | $ 44,642 | $ 11,346,461 |
| 1/1/2017 | 1.58% | $ 11,346,461 | $ - | $ 44,819 | $ 11,391,280 |
| 4/1/2017 | 1.58% | $ 11,391,280 | $ - | $ 44,996 | $ 11,436,275 |
| 7/1/2017 | 1.58% | $ 11,436,275 | $ - | $ 45,173 | $ 11,481,449 |
| 10/1/2017 | 1.58% | $ 11,481,449 | $ - | $ 45,352 | $ 11,526,800 |
| 1/1/2018 | 1.58% | $ 11,526,800 | $ - | $ 45,531 | $ 11,572,331 |
| 4/1/2018 | 1.58% | $ 11,572,331 | $ - | $ 45,711 | $ 11,618,042 |
| 7/1/2018 | 1.58% | $ 11,618,042 | $ - | $ 45,891 | $ 11,663,933 |
| 10/1/2018 | 1.58% | $ 11,663,933 | $ - | $ 46,073 | $ 11,710,006 |
| 1/1/2019 | 1.58% | $ 11,710,006 | $ - | $ 46,255 | $ 11,756,260 |
| 4/1/2019 | 1.58% | $ 11,756,260 | $ - | $ 46,437 | $ 11,802,698 |
| 7/1/2019 | 1.58% | $ 11,802,698 | $ - | $ 46,621 | $ 11,849,318 |
| 10/1/2019 | 1.58% | $ 11,849,318 | $ - | $ 46,805 | $ 11,896,123 |
| 1/1/2020 | 1.58% | $ 11,896,123 | $ - | $ 46,990 | $ 11,943,113 |
| 4/1/2020 | 1.58% | $ 11,943,113 | $ - | $ 47,175 | $ 11,990,288 |
| 7/1/2020 | 1.58% | $ 11,990,288 | $ - | $ 47,362 | $ 12,037,650 |
| 10/1/2020 | 1.58% | $ 12,037,650 | $ - | $ 47,549 | $ 12,085,198 |
| 1/1/2021 | 1.58% | $ 12,085,198 | $ - | $ 47,737 | $ 12,132,935 |
| 4/1/2021 | 1.58% | $ 12,132,935 | $ - | $ 47,925 | $ 12,180,860 |
| 7/1/2021 | 1.58% | $ 12,180,860 | $ - | $ 48,114 | $ 12,228,974 |
| 10/1/2021 | 1.58% | $ 12,228,974 | $ - | $ 48,304 | $ 12,277,279 |
| 1/1/2022 | 1.58% | $ 12,277,279 | $ - | $ 48,495 | $ 12,325,774 |
| 4/1/2022 | 1.58% | $ 12,325,774 | $ - | $ 48,687 | $ 12,374,461 |
| 7/1/2022 | 1.58% | $ 12,374,461 | $ - | $ 48,879 | $ 12,423,340 |
| 10/1/2022 | 1.58% | $ 12,423,340 | $ - | $ 49,072 | $ 12,472,412 |
| 1/1/2023 | 1.58% | $ 12,472,412 | $ - | $ 49,266 | $ 12,521,678 |
| Through 5/2/2023 | 1.58% | $ 12,521,678 | $ - | $ 17,393 | $ 12,539,071 |

**BILL OF COSTS AWARD**                                                          $ 246,208.25

**POST-JUDGMENT INTEREST**

| | | | | | |
|---|---|---|---|---|---|
| Through 3/18/2024 | 4.72% | $ 12,785,279 | $ - | $ 525,313 | $ 13,310,592 |
| 5/3/2024 | 4.72% | $ 12,785,279 | $ - | $ 602,954 | $ 13,388,233 |
| 5/3/2025 | 4.72% | $ 13,388,233 | $ - | $ 631,389 | $ 14,019,622 |