# Exhibit E

# ALSTON & BIRD

Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
704-444-1000 | Fax: 704-444-1111

Ross Barton                    Direct Dial: 704-444-1287          Email: ross.barton@alston.com

December 13, 2023

*VIA ELECTRONIC MAIL – akbruster@brusterpllc.com*

Anthony K. Bruster
Bruster PLLC
680 N. Carroll Ave., Suite 110
Southlake, TX 76092

Re: **CommScope – Vantiva Sales Transaction**
*TQ Delta, LLC v. CommScope Holding Company, Inc. et al.,* Civ. No. 2:21-cv-00310-JRG (E.D. Tex.)

Dear Anthony,

We are in receipt of your December 4 letter. As an initial matter, your statement that TQ Delta is "concerned" with the timing of the "purported sale" of portions of CommScope's business to Vantiva as being motivated by an attempt to avoid or limit liability for the Judgment is not well taken. The pending sale is a typical business transaction, and any suggestion that CommScope is somehow acting improperly is unfounded.

Discovery is closed in this case, and CommScope is not going to reopen discovery merely to refute TQ Delta's baseless accusations. Upon closing of the transaction, the Home Networks business unit of CommScope responsible for the accused products will transfer to the ownership of Vantiva. At that time, we may move the Court to replace the named defendants with the appropriate Vantiva entity. And I can confirm that the pending transaction is in no way an attempt to prevent recovery of the Judgment, and that Vantiva was previously made aware of the litigation and the Judgment.

Sincerely,

*/s/ Ross R. Barton*

Ross Barton

Alston & Bird LLP                                                                                     www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.