# Exhibit G



ANTHONY K. BRUSTER
akbruster@brusterpllc.com

December 19, 2023

<u>Via Email to Ross.Barton@alston.com</u>
Ross Barton
Alston & Bird LLP
1120 South Tryon Street, Suite 300
Charlotte, NC 28203

      Re:      **CommScope – Vantiva Sales Transaction**
                  *TQ Delta, LLC v. CommScope Holding Company, Inc. et al.,* Civ. No. 2:21-cv-00310-JRG (E.D. Tex.)

Dear Ross,

In response to your December 13, 2023, letter regarding TQ Delta's concerns about the CommScope – Vantiva sales transaction, TQ Delta will defer for now, without prejudice, its discovery request given your representation on behalf of CommScope that "the pending transaction is in no way an attempt to prevent recovery of the Judgment, and that Vantiva was previously made aware of the litigation and the Judgment."

Regarding the possibility that, upon closing the transaction, CommScope "may move the Court to replace the named defendants with the appropriate Vantiva entity," TQ Delta objects and has no intention to agree to any such substitution. However, if CommScope and Vantiva provide TQ Delta with the information requested and additional relevant information that TQ Delta may request, then TQ Delta would consider the appropriateness of the proposed substitution at that time. Until and unless further information is provided and TQ Delta is satisfied that the substitution of any party-defendants will not prevent or prejudice full recovery of the Judgment, TQ Delta will not agree to any such substitution.

                                                      Very truly yours,

                                                      Anthony K. Bruster

cc:      Peter McAndrews – pmcandrews@mcandrews-ip.com
         Scott Stevens – scott.stevens@alston.com
         Mark Kelly – mark.kelly@alston.com
         Scott Kummer – scott.kummer@alston.com