IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS - MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br>    Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br>    Defendants. | **JURY TRIAL DEMANDED**<br><br>Civil Action 2:21-cv-310-JRG |

**ORDER GRANTING TQ DELTA, LLC'S MOTION FOR ISSUANCE OF WRIT OF EXECUTION AGAINST COMMSCOPE DEFENDANTS**

Considering the foregoing Motion for Issuance of Writ of Execution Against CommScope Defendants filed herein on behalf of Plaintiff TQ Delta, LLC, and for good cause shown:

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that a writ of execution be issued, with service via United States Marshal, commanding **CommScope Holding Company, Inc., CommScope, Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., and Arris Enterprises, LLC** to deliver any goods and chattels, lands, tenements, funds, assets, property, or credits in their possession in satisfaction of the award ordered by this Court's Final Judgment (Dkt. No. 513) on May 3, 2023, in the amount of **$15,788,805.50 U.S. Dollars** with interest thereon at the rate of 4.72 percent per annum, compounded annually pursuant to 28 U.S.C. § 1961, from May 3, 2023 until paid.[1]

---

[1] Plaintiff requests that the Court modify (if appropriate) the writ to reflect the amount due and owing as of the date the writ is issued by the Court to account for the accrual of post-judgment interest pursuant to 28 U.S.C. § 1961.

As of the filing date of Plaintiff's Motion, April 9, 2024, the amount due and owing is $16,489,119.05, which comprises compensatory damages in the amount of $11,125,000.00 awarded to Plaintiff in the Final Judgment, Plaintiff's costs in the amount of $246,208.25, pre-judgment interest in the amount of $4,417,597.25, and post-judgment interest (calculated from the date of entry of the Judgment on May 3, 2023 through April 9, 2024 at the rate of 4.72 percent per annum) in the amount of $700,313.55.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1961(b), further interest, compounded annually at the rate of 4.72 percent per annum, will accrue on any unsatisfied judgment upon the first and subsequent yearly anniversaries of the May 3, 2023 Judgment. Accordingly, further post-judgment interest will accrue on any unsatisfied judgment in the sum of $2,041.73 per day for the May 3, 2023 to May 3, 2024 period and in the sum of $2,138.10 per day for the May 4, 2024 to May 3, 2025 period.

**SO ORDERED.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **TQ DELTA, LLC,**<br>    Plaintiff,<br><br>v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,**<br>    Defendants. | § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED**<br><br><br><br>**Civil Action 2:21-cv-310-JRG** |

## PROPOSED WRIT OF EXECUTION

TO THE MARSHAL OF THE EASTERN DISTRICT OF TEXAS, MARSHALL DIVISION:

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in the Eastern District of Texas belonging to:

COMMSCOPE HOLDING COMPANY, INC.
COMMSCOPE INC.
ARRIS US HOLDINGS, INC.
ARRIS SOLUTIONS, INC.
ARRIS TECHNOLOGY, INC.
ARRIS ENTERPRISES, LLC
(hereinafter collectively "JUDGMENT DEBTOR")

Last known address: 2601 Telecom Pkwy, Richardson, TX 75082,

you cause to be made and levied as well a certain debt of:

**$15,788,805.50** U.S. Dollars (Fifteen Million Seven Hundred Eighty-eight Thousand Eight Hundred Five dollars and Fifty cents) and with interest thereon at the rate of 4.72 percent per annum, compounded annually pursuant to 28 U.S.C. § 1961, from May 3, 2023 until paid, and

pursuant to 28 U.S. § 1961(b), further interest, compounded annually at the rate of 4.72 percent per annum, will accrue on any unsatisfied judgment upon the first and subsequent yearly anniversaries of the May 3, 2023 Judgment. Accordingly, further post-judgment interest will accrue on any unsatisfied judgment in the sum of $2,041.73 per day for the May 3, 2023 to May 3, 2024 period and in the sum of $2,138.10 per day for the May 4, 2024 to May 3, 2025 period,

in order to satisfy a money judgment ordered on May 3, 2023 (Dkt No. 513) in the United States District Court for the Eastern District of Texas, before the Judge of the said Court, Honorable Rodney Gilstrap, by the consideration of the same Judge lately recovered against the said JUDGMENT DEBTOR, and also the costs that may accrue under this writ.

And that you have above-listed moneys at the place and date listed below; and that you bring this writ with you.

      PLACE:     SAM B. HALL, JR. UNITED STATES COURTHOUSE

      DISTRICT:  EASTERN DISTRICT OF TEXAS, MARSHALL DIVISION

      CITY:      MARSHALL, TX

      DATE:     08/09/2024

Witness the Honorable _____

DATE _____, 2024

                                        _____
                                        CLERK OF COURT


                                        _____
                                        (BY) DEPUTY CLERK

**WRIT OF EXECUTION**

| United States District Court | DISTRICT |
|---|---|

TO THE MARSHAL OF:

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT                                          DOLLAR AMOUNT

Fifteen Million Seven Hundred Eighty-eight Thousand Eight Hundred Five dollars and Fifty cents **and with interest thereon** at the rate of 4.72 percent per annum, compounded annually pursuant to 28 U.S.C. § 1961(b), from May 3, 2023 until paid. (Including Footnote 1)

In the United States District Court for the _____ District of _____, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| CITY | DATE |

Witness the Honorable _____
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
|  | (BY) DEPUTY CLERK |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U. S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|

FN1: Pursuant to 28 U.S. § 1961(b), further interest, compounded annually at the rate of 4.72 percent per annum, will accrue on any unsatisfied judgment upon the first and subsequent yearly anniversaries of the May 3, 2023 Final Judgment. Accordingly, further post-judgment interest will accrue on any unsatisfied judgment in the sum of $2,041.73 per day for the May 3, 2023 to May 3, 2024 period and in the sum of $2,138.10 per day for the May 4, 2024 to May 3, 2025 period.