**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TQ DELTA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMSCOPE HOLDING COMPANY, INC.,<br>COMMSCOPE INC., ARRIS US HOLDINGS,<br>INC., ARRIS SOLUTIONS, INC., ARRIS<br>TECHNOLOGY, INC., and ARRIS<br>ENTERPRISES, LLC,<br><br>　　　　　Defendants. | Civil Action No. 2:21-cv-310<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises LLC hereby provide the following disclosure in accordance with Rule 7.1 of the Federal Rules of Civil Procedure.

1.　　　CommScope Holding Company, Inc. has no parent corporation.  Carlyle Partners VII S1 Holdings, L.P., an affiliate of the Carlyle Group, Inc., is the direct holder of 10% or more of CommScope Holding Company, Inc.'s stock.

2.　　　CommScope Inc. (now CommScope, LLC) identifies the following parent corporation pursuant to Rule 7.1: CommScope Holding Company, Inc.  There are no other publicly held corporations owning 10% or more of its stock.

3.　　　ARRIS US Holdings, Inc. identifies the following ultimate parent corporation pursuant to Rule 7.1:  CommScope Holding Company, Inc.  There are no other publicly held

corporations owning 10% or more of its stock.

4.      ARRIS Solutions, Inc. (now ARRIS Solutions LLC) identifies the following ultimate parent corporation pursuant to Rule 7.1: Vantiva SA. There are no other publicly held corporations owning 10% or more of its stock.

5.      ARRIS Technology, Inc. identifies the following ultimate parent corporation pursuant to Rule 7.1:  CommScope Holding Company, Inc.  There are no other publicly held corporations owning 10% or more of its stock.

6.      ARRIS Enterprises LLC identifies the following ultimate parent corporation pursuant to Rule 7.1:  CommScope Holding Company, Inc.  There are no other publicly held corporations owning 10% or more of its stock.

Dated:  April 24, 2024

Respectfully submitted,

By: */s/ Brett Schuman*
Brett Schuman
Rachel M. Walsh
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P:  (415) 733-6000
F:  (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

Douglas J. Kline
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
P:  (617) 570-1000
F:  (617) 523-1231
dkline@goodwinlaw.com

Andrew Ong
GOODWIN PROCTER LLP
601 Marshall St.

Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

***Attorneys for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 24, 2024 a true and correct copy of the above and foregoing document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Brett Schuman*

Brett Schuman
