UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>       *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>       *Defendants*. | Civil Action No.: 2:21-cv-310-JRG |

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF ESCROW PAYMENTS
AND STAY OF EXECUTION OF JUDGMENT**

Before the Court is the Plaintiff TQ Delta, LLC ("TQ Delta") and Defendants CommScope Holding Company, Inc., CommScope, Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., ARRIS Enterprises, LLC's ("Defendants") (collectively, the "Parties") Joint Motion for Approval of Escrow Payments and Stay of Execution of Judgment.

Having fully considered the Joint Motion, this Court hereby GRANTS the Parties' Joint Motion. The Court hereby ORDERS as follows:

 a. Vantiva SA ("Vantiva"), on behalf of Defendants, shall deposit an amount equal to the damages verdict plus the bill of costs award—i.e., $11,371,208.25—into the Registry of the Court ("First Deposit") on or before May 3, 2024.

 b. The deadline for Defendants to file an opposition to TQ Delta's Motion for Issuance of Writ of Execution Against CommScope Defendants ("Writ Motion"),

if any, is extended from April 24, 2024 to May 6, 2024.  Defendants shall not seek any extension for the opposition beyond May 6, 2024.

c.  If the First Deposit is made into the Registry on or before May 3, 2024, within five (5) business days thereafter, the Parties shall file a further Joint Motion asking the Court to resolve the Parties' disputes concerning the appropriate amount of the prejudgment interest and the total amount of funds that will go into the Registry consistent with Local Rule CV-62.  The second Joint Motion will be limited to twelve pages (not counting exhibits).  Each side will get six pages to state their positions, and there will be no further briefing unless requested by the Court.  In order to facilitate the joint briefing process, each party will deliver to each other a first draft of their portion of the joint brief by 6:00 pm CT on the third business day after the First Deposit is made. The Defendants agree not to seek an extension for the filing of the second Joint Motion.

d.  If the First Deposit is made into the Registry on or before May 3, 2024, within two (2) business days thereafter, TQ Delta will withdraw its pending Writ Motion without prejudice to refiling.

e.  Within five (5) business days after the Court has decided, per subparagraph c above, the appropriate amount of prejudgment interest and the total amount of funds to be held in the Registry consistent with Local Rule CV-62, Vantiva, on behalf of Defendants, shall deposit an additional amount ("Second Deposit") equal to the difference between the amount of the First Deposit and the total amount of funds that the Court finds should be held in the Registry.

f.  Vantiva, on behalf of Defendants, shall pay all fees and costs, if any, relating to

      the Registry's handling of the funds relating to this case that may be imposed by the Court or any entity responsible for managing the Registry.

  g.  No stay of execution of the May 3, 2023 Final Judgment shall be in place until after both the First and Second Deposits have been deposited with the Registry.

  h.  Defendants shall file a notice no later than one (1) business day after the receipt of the First Deposit and Second Deposit by the Registry

  Nothing in this order shall be interpreted to prevent TQ Delta from seeking the full amount of the judgment (as determined by the Court) from any or all of the named Defendants in the event that it is unable to collect the full amount of the judgment from the Registry if and when it is entitled to do so after final resolution of the Parties' appeals before the Federal Circuit.

  The Court further ORDERS that execution of the May 3, 2023 Final Judgment shall be stayed pending final resolution of the Parties' appeals before the Federal Circuit, effective on the day that Defendants file a notice confirming receipt of the First and Second Deposits by the Registry. The Parties shall submit a joint status update to the Court within fourteen (14) days of final resolution of the Parties' appeals.

  IT IS SO ORDERED.