IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>　　Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br>　　Defendants. | §§§§§§§§§§§§§ | JURY TRIAL DEMANDED<br><br><br>Civil Action 2:21-cv-310-JRG |

**PLAINTIFF'S NOTICE OF WITHDRAWAL
OF MOTION FOR ISSUANCE OF WRIT OF EXECUTION
AGAINST COMMSCOPE DEFENDANTS [DKT. NO. 581]**

On April 9, 2024, Plaintiff TQ Delta, LLC ("TQ Delta") filed TQ Delta, LLC's Opposed Motion for Issuance of Writ of Execution Against CommScope Defendants (Dkt. No. 581) ("Motion"). Pursuant to Paragraph d ("If the First Deposit is made into the Registry on or before May 3, 2024, within two (2) business days thereafter, TQ Delta will withdraw its pending Writ Motion without prejudice to refiling.") in the Court's Order (Dkt. No. 584) granting the parties' Joint Motion for Approval of Escrow Payments to the Court's Registry and Stay of Execution of Judgment, TQ Delta respectfully requests that the Motion (Dkt. No. 581) be withdrawn without prejudice to refiling.

Dated: May 6, 2024　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Peter J. McAndrews

　　　　　　　　　　　　　　　　　　　　　　**Peter J. McAndrews**
　　　　　　　　　　　　　　　　　　　　　　(*Pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　pmcandrews@mcandrews-ip.com

**Rajendra A. Chiplunkar**
(*Pro hac vice*)
rchiplunkar@mcandrews-ip.com

**David Z. Petty**
*(Pro hac vice*)
dpetty@mcandrews-ip.com

**MCANDREWS, HELD & MALLOY, LTD.**
500 West Madison St., 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100


**Edward K. Chin**
ed@brusterpllc.com
Texas Bar No. 50511688

**Anthony K. Bruster**
akbruster@brusterpllc.com
Texas Bar No. 24036280

**Andrew J. Wright**
andrew@brusterpllc.com
Texas Bar No.24063927

**Shawn A. Latchford**
shawn@brusterpllc.com
Texas Bar No. 24066603

**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
(817) 601-9564 – Telephone


**ATTORNEYS FOR PLAINTIFF TQ DELTA, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this May 6, 2024 on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on this 6th day of May, 2024.

                                                */s/ Peter J. McAndrews*
                                                Peter J. McAndrews