IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., et al.,<br><br>    *Defendants*. | § § § § § § § § § § §   CIVIL ACTION NO. 2:21-CV-00310-JRG |

## ORDER

Before the Court is Plaintiff's Notice of Withdrawal of Motion for Issuance of Writ of Execution Against CommScope Defendants [Dkt. No. 581] (the "Notice") filed by Plaintiff TQ Delta, LLC ("Plaintiff"). (Dkt. No. 586.) In the Notice, Plaintiff requests the Court to withdraw without prejudice Plaintiff TQ Delta, LLC's Opposed Motion for Issuance of Writ of Execution Against CommScope Defendants (Dkt. No. 581, the "Motion"), per paragraph d of the Court's April 26, 2024 Order (Dkt. No. 584 at 2). (Dkt. No. 586 at 1.)

Having considered the Notice, the Court find that the relief sought should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the Motion (Dkt. No. 581) is hereby **WITHDRAWN WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 7th day of May, 2024.

                                                          RODNEY GILSTRAP
                                                          UNITED STATES DISTRICT JUDGE