# EXHIBIT 1

**DEFENDANTS' JUDGMENT AND INTEREST CALCULATIONS**

Prejudgment Interest calculated using 5 Yr T-Bill Yield at start of damages window.

"TQ Delta ... shall accordingly have and recover from CommScope the sum of $11,125,000.00 U.S. Dollars ..., to be paid in a one-time lump sum." Dkt. 513 at 2. "[T]he Court awards to TQ Delta from CommScope pre-judgment interest applicable to all sums awarded herein, calculated at the 5-year U.S. Treasury Bill rate, compounded quarterly, from the date of infringement through the date of entry of this Judgment." *Id.* at 3.   "TQ Delta shall recover from Defendants ... costs in the amount of $246,208.25." Dkt. 535.

|  | INPUTS |
|---|---|
| Dollar Amount | $ 11,125,000 |
| Start Date | 8/13/2015 |
| Start Quarter (1,2,3,4) | 4 |
| Quarter to Start Accrual | 10/1/2015 |

**PREJUDGMENT INTEREST**

| Quarter Start Date | 5Yr Tbill Yield | BOP Balance | Start Amount | Quarterly Interest | EOP Balance |
|---|---|---|---|---|---|
| 10/1/2015 | 1.58% | $ - | $ 11,125,000 | $ 43,944 | $11,168,943.75 |
| 1/1/2016 | 1.58% | $ 11,168,944 | $ - | $ 44,117 | $11,213,061.08 |
| 4/1/2016 | 1.58% | $ 11,213,061 | $ - | $ 44,292 | $11,257,352.67 |
| 7/1/2016 | 1.58% | $ 11,257,353 | $ - | $ 44,467 | $11,301,819.21 |
| 10/1/2016 | 1.58% | $ 11,301,819 | $ - | $ 44,642 | $11,346,461.40 |
| 1/1/2017 | 1.58% | $ 11,346,461 | $ - | $ 44,819 | $11,391,279.92 |
| 4/1/2017 | 1.58% | $ 11,391,280 | $ - | $ 44,996 | $11,436,275.48 |
| 7/1/2017 | 1.58% | $ 11,436,275 | $ - | $ 45,173 | $11,481,448.76 |
| 10/1/2017 | 1.58% | $ 11,481,449 | $ - | $ 45,352 | $11,526,800.49 |
| 1/1/2018 | 1.58% | $ 11,526,800 | $ - | $ 45,531 | $11,572,331.35 |
| 4/1/2018 | 1.58% | $ 11,572,331 | $ - | $ 45,711 | $11,618,042.06 |
| 7/1/2018 | 1.58% | $ 11,618,042 | $ - | $ 45,891 | $11,663,933.32 |
| 10/1/2018 | 1.58% | $ 11,663,933 | $ - | $ 46,073 | $11,710,005.86 |
| 1/1/2019 | 1.58% | $ 11,710,006 | $ - | $ 46,255 | $11,756,260.38 |
| 4/1/2019 | 1.58% | $ 11,756,260 | $ - | $ 46,437 | $11,802,697.61 |
| 7/1/2019 | 1.58% | $ 11,802,698 | $ - | $ 46,621 | $11,849,318.27 |
| 10/1/2019 | 1.58% | $ 11,849,318 | $ - | $ 46,805 | $11,896,123.07 |
| 1/1/2020 | 1.58% | $ 11,896,123 | $ - | $ 46,990 | $11,943,112.76 |
| 4/1/2020 | 1.58% | $ 11,943,113 | $ - | $ 47,175 | $11,990,288.06 |
| 7/1/2020 | 1.58% | $ 11,990,288 | $ - | $ 47,362 | $12,037,649.69 |
| 10/1/2020 | 1.58% | $ 12,037,650 | $ - | $ 47,549 | $12,085,198.41 |
| 1/1/2021 | 1.58% | $ 12,085,198 | $ - | $ 47,737 | $12,132,934.94 |
| 4/1/2021 | 1.58% | $ 12,132,935 | $ - | $ 47,925 | $12,180,860.04 |
| 7/1/2021 | 1.58% | $ 12,180,860 | $ - | $ 48,114 | $12,228,974.43 |
| 10/1/2021 | 1.58% | $ 12,228,974 | $ - | $ 48,304 | $12,277,278.88 |
| 1/1/2022 | 1.58% | $ 12,277,279 | $ - | $ 48,495 | $12,325,774.14 |
| 4/1/2022 | 1.58% | $ 12,325,774 | $ - | $ 48,687 | $12,374,460.94 |
| 7/1/2022 | 1.58% | $ 12,374,461 | $ - | $ 48,879 | $12,423,340.06 |
| 10/1/2022 | 1.58% | $ 12,423,340 | $ - | $ 49,072 | $12,472,412.26 |
| 1/1/2023 | 1.58% | $ 12,472,412 | $ - | $ 49,266 | $12,521,678.29 |
| Through 5/2/2023 | 1.58% | $ 12,521,678 | $ - | $ 17,393 | **$12,539,071.03** |

| | |
|---|---|
| **TOTAL AMOUNT OF PREJUDGMENT INTEREST** | $1,414,071.03 |
| **BILL OF COSTS AWARD** | $246,208.25 |
| **"THE AMOUNT OF THE JUDGMENT"** (Lump Sum + Prejudgment Interest + Costs) | $12,785,279.28 |
| **TOTAL AMOUNT TO BE PLACED IN ESCROW** (1.2 x ("the amount of the judgment") + $250.00) | $15,342,585.14 |
| **AMOUNT OF SECOND DEPOSIT** | $3,971,376.89 |