# **EXHIBIT 3**

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
                         MARSHALL DIVISION

TQ DELTA, LLC.,                   (  CAUSE NO. 2:21-CV-310-JRG
                                  )
          Plaintiff,              (
                                  )
vs.                               (
                                  )
COMMSCOPE HOLDING COMPANY,        (
INC., et al.,                     )  MARSHALL, TEXAS
                                  (  MARCH 24, 2023
          Defendants.             )  8:00 A.M.
_____


                            VOLUME 6

_____

                       TRIAL ON THE MERITS


             BEFORE THE HONORABLE RODNEY GILSTRAP
              UNITED STATES CHIEF DISTRICT JUDGE

_____
```

SHAWN McROBERTS, RMR, CRR
100 E. HOUSTON STREET
MARSHALL, TEXAS  75670
(903) 923-8546
shawn_mcroberts@txed.uscourts.gov

Shawn M. McRoberts, RMR, CRR
Federal Official Court Reporter

```
 1                    A P P E A R A N C E S

 2        FOR THE PLAINTIFF:    DAVIS FIRM, P.C.
                                213 N. FREDONIA ST., SUITE 230
 3                              LONGVIEW, TEXAS  75601
                                (903) 230-9090
 4                              BY: MR. RUDOLPH FINK
                                    MR. CHRISTIAN HURT
 5                                  MR. WILLIAM DAVIS

 6                              McANDREWS HELD & MALLOY, LTD
                                500 W. MADISON ST., 34TH FLOOR
 7                              CHICAGO, ILLINOIS  60661
                                (312) 775-8000
 8                              BY:  MR. PETER McANDREWS
                                     MS. ASHLEY RATYCZ
 9                                   MR. RAJENDRA CHIPLUNKAR

10        FOR THE DEFENDANT:    ALSTON & BIRD, LLP-NC
                                101 SOUTH TRYON STREET
11                              SUITE 4000
                                CHARLOTTE, NC  28280
12                              (704) 444-1025
                                BY:  MR. ROSS BARTON
13                                   MR. MATTHEW STEVENS
                                     MR. KIRK BRADLEY
14                                   MS. KARLEE WROBLEWSKI

15                              ALSTON & BIRD, LLP - ATLANTA
                                ONE ATLANTIC CENTER
16                              1201 WEST PEACHTREE STREET NW
                                #4900
17                              ATLANTA, GEORGIA  30309-3424
                                (404) 881-7000
18                              BY:  MR. MICHAEL DEANE

19                              THE DACUS FIRM, PC
                                821 ESE LOOP 323, SUITE 430
20                              TYLER, TEXAS  75701
                                (903) 705-1117
21                              BY:  MR. DERON DACUS

22        OFFICIAL REPORTER:    SHAWN M. McROBERTS, RMR, CRR
                                100 E. HOUSTON STREET
23                              MARSHALL, TEXAS  75670
                                (903) 923-8546
24

25          THE COURT:  Be seated, please.
```

1  patented invention, including the utility and advantages of
2  the patent over the old modes or devices, if any, that had
3  been used to achieve similar results.
4       Now, a patentee is not entitled to damages for any
5  infringement committed more than six years prior to the filing
6  of the claim for infringement.  In this case, the damages
7  period commences on August the 13th, 2015, six years prior to
8  the date on which TQ Delta filed its complaint in this case.
9  No damages can be awarded for any infringement that occurred
10 before the date that the asserted patents were issued.  Where
11 you find that an asserted claim is both infringed and not
12 invalid, you may not award damages for activities occurring
13 before the damages period begins.
14      A patentee is not entitled to damages after the
15 expiration of an asserted patent.  The '008 Patent expired on
16 November the 9th, 2020, and the '354 Patent expired on April
17 the 18th, 2021.  Therefore, the damages period for the '008
18 Patent ended on November the 9th, 2020, and the damages period
19 for the '354 Patent ended on April the 18th, 2021.
20      With regard to the Defendants' alleged breach of contract
21 claim against the Plaintiff, the Defendants CommScope bear the
22 burden of proving their breach of contract claim by a
23 preponderance of the evidence.  CommScope contends that TQ
24 Delta breached its contract with the ITU to grant licenses to
25 standard essential patents held by TQ Delta on FRAND terms and

```
 1              I HEREBY CERTIFY THAT THE FOREGOING IS A
 2         CORRECT TRANSCRIPT FROM THE RECORD OF
 3         PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
 4         I FURTHER CERTIFY THAT THE TRANSCRIPT FEES
 5         FORMAT COMPLY WITH THOSE PRESCRIBED BY THE
 6         COURT AND THE JUDICIAL CONFERENCE OF THE
 7         UNITED STATES.
 8
 9         S/Shawn McRoberts                 03/24/2023
10         _____DATE_____
           SHAWN McROBERTS, RMR, CRR
11
```