# **EXHIBIT 4**

# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IMPERIUM IP HOLDINGS (CAYMAN), LTD. | § § § | |
| | § | CIVIL ACTION No. 4:14-CV-371 |
| v. | § | Judge Mazzant |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, AND SAMSUNG SEMICONDUCTOR, INC. | § § § § § § | |

## **VERDICT OF THE JURY**

We, the Jury, find as follows:

Please answer "Yes" or "No" for each question.

### **The '884 Patent**

#### QUESTION ONE

Has Imperium proven by a preponderance of the evidence that Samsung infringes Claim 1 of the '884 patent?

Yes ___✓___

No _____

**If you answered "Yes" to Question One, please proceed to Question Two, if you answered "No," then proceed to Question Four.**

## QUESTION TWO

Has Imperium proven by a preponderance of the evidence that Samsung infringes Claim 5 of the '884 patent?

Yes    ✓

No    _____

**Please proceed to Question Three.**

## QUESTION THREE

Has Imperium proven by a preponderance of the evidence that Samsung infringes Claim 6 of the '884 patent?

Yes    _____

No    ✗

**Please proceed to Question Four.**

## QUESTION FOUR

Has Imperium proven by a preponderance of the evidence that Samsung infringes Claim 14 of the '884 patent?

Yes    ✓

No    _____

**If you answered "Yes" to Question Four, please proceed to Question Five, if you answered "No," then proceed to Question Six.**

## QUESTION FIVE

Has Imperium proven by a preponderance of the evidence that Samsung infringes Claim 17 of the '884 patent?

Yes    ✓

No    _____

**Please proceed to Question Six.**

## QUESTION SIX

**NOTE: If you answered "NO" to both Question One and Question Four, proceed directly to Question Seven. If, instead, you answered "YES" to either Question One or Question Four, please answer the following question.**

Has Imperium proven by clear and convincing evidence that Samsung willfully infringed a claim of the '884 patent?

Yes    ✓

No    _____

**Please proceed to Question Seven.**

## QUESTION SEVEN

Has Samsung proven by a clear and convincing evidence that Claim 1 of the '884 patent is invalid as anticipated?

Yes    _____

No    X

**If you answered "Yes" to Question Seven, please proceed to Question Eight, if you answered "No," then proceed to Question Ten.**

3

## QUESTION EIGHT

Has Samsung proven by a clear and convincing evidence that Claim 5 of the '884 patent is invalid (either anticipated or obvious)?

Yes _____

No ____X_____

**Please proceed to Question Nine.**

## QUESTION NINE

Has Samsung proven by a clear and convincing evidence that Claim 6 of the '884 patent is invalid as obvious?

Yes _____

No ____X_____

**Please proceed to Question Ten.**

## QUESTION TEN

Has Samsung proven by a clear and convincing evidence that Claim 14 of the '884 patent is invalid (either anticipated or obvious)?

Yes _____

No ____X_____

**If you answered "Yes" to Question Ten, please proceed to Question Eleven, if you answered "No," then proceed to Question Twelve.**

## QUESTION ELEVEN

Has Samsung proven by a clear and convincing evidence that Claim 17 of the '884 patent is invalid (either anticipated or obvious)?

Yes _____

No ___X_____

**Please proceed to Question Twelve.**

## QUESTION TWELVE

If, and only if, you determined that at least one the asserted claims of the '884 patent (Claims 1, 5, 6, 14, 17) was both proven to be infringed and was not proven to be invalid, what sum of money do you find, from a preponderance of the evidence, would fairly and reasonable compensate Imperium for Samsung's infringement of the '884 patent?

Please answer in dollars and cents.

Answer: $ 4,840,772

**Please proceed to Question Thirteen.**

### The '290 Patent

## QUESTION THIRTEEN

Has Imperium proven by a preponderance of the evidence that Samsung infringes Claim 10 of the '290 patent?

Yes ___✓_____

No _____

**If you answered "Yes" to Question Thirteen, please proceed to Question Fourteen, if you answered "No," then proceed to Question Fifteen.**

## QUESTION FOURTEEN

Has Imperium proven by clear and convincing evidence that Samsung willfully infringed a claim of the '290 patent?

Yes    ✓

No    ___

**Please proceed to Question Fifteen.**

## QUESTION FIFTEEN

Has Samsung proven by a clear and convincing evidence that Claim 10 of the '290 patent is invalid as obvious?

Yes    ✓

No    ___

**Please proceed to Question Sixteen.**

## QUESTION SIXTEEN

If, and only if, you answered "YES" to Question Thirteen and answered "NO" question Fifteen, what sum of money do you find, from a preponderance of the evidence, would fairly and reasonable compensate Imperium for Samsung's infringement of the '290 patent?

Please answer in dollars and cents.

Answer: $    0

**Please proceed to Question Seventeen.**

**The '029 Patent**

### QUESTION SEVENTEEN

Has Imperium proven by a preponderance of the evidence that Samsung infringes Claim 1 of the '029 patent?

Yes ✓

No _____

**If you answered "Yes" to Question Seventeen, please proceed to Question Eighteen, if you answered "No," then proceed to Question Nineteen.**

### QUESTION EIGHTEEN

Has Imperium proven by a preponderance of the evidence that Samsung infringes Claim 6 of the '029 patent?

Yes ✓

No _____

**Please proceed to Question Nineteen.**

### QUESTION NINETEEN

Has Imperium proven by a preponderance of the evidence that Samsung infringes Claim 7 of the '029 patent?

Yes ✓

No _____

**Please proceed to Question Twenty.**

7

## QUESTION TWENTY

**NOTE: If you answered "NO" to both Question Seventeen and Question Nineteen, proceed directly to Question Twenty-One. If, instead, you answered "YES" to either Question Seventeen or Question Nineteen, please answer the following question.**

Has Imperium proven by clear and convincing evidence that Samsung willfully infringed a claim of the '029 patent?

Yes ____✓____

No _____

**Please proceed to Question Twenty-One.**

## QUESTION TWENTY-ONE

Has Samsung proven by a clear and convincing evidence that Claim 1 of the '029 patent is invalid as obvious?

Yes _____

No ____✗____

**If you answered "Yes" to Question Twenty-One, please proceed to Question Twenty-Two, if you answered "No," then proceed to Question Twenty-Three.**

## QUESTION TWENTY-TWO

Has Samsung proven by a clear and convincing evidence that Claim 6 of the '029 patent is invalid as obvious?

Yes _____

No ____✗____

**Please proceed to Question Twenty-Three.**

8

## QUESTION TWENTY-THREE

Has Samsung proven by a clear and convincing evidence that Claim 7 of the '029 patent is invalid as obvious?

Yes    _____

No    _____X_____

**Please proceed to Question Twenty-Four.**

## QUESTION TWENTY-FOUR

If, and only if, you determined that at least one the asserted claims of the '029 patent (Claims 1, 6, 7) was both proven to be infringed and was not proven to be invalid, what sum of money do you find, from a preponderance of the evidence, would fairly and reasonable compensate Imperium for Samsung's infringement of the '029 patent?

Please answer in dollars and cents.

Answer: $ 2,129,608.50

Date: 2-8-2016      Foreperson: [signature]

9