# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>　　Plaintiff,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **JURY TRIAL DEMANDED**<br><br><br><br><br>**Civil Action 2:21-cv-310-JRG** |

## ORDER GRANTING, IN FAVOR OF PLAINTIFF TQ DELTA, LLC, JOINT MOTION FOR DETERMINATION OF PREJUDGMENT INTEREST

Considering the foregoing Joint Motion for Determination of Prejudgment Interest and for good cause shown:

**IT IS ORDERED** that the motion is **GRANTED** in Plaintiff TQ Delta's favor in all respects and **DENIED** as to Defendants' arguments in all respects to the extent inconsistent with TQ Delta's positions.

The Court determines that the total amount of prejudgment interest accrued from the date of infringement, November 18, 2008, to the date of entry of judgment, March 23, 2023, arising from the Court's Final Judgment (Dkt No. 513) is **$4,417,597.25**. The prejudgment interest was calculated at the 5-year U.S. Treasury Bill rate, compounded quarterly, which as of November 17, 2008, was 2.32%.

The Court determines that the total amount of funds that should be held in the Court's Registry is **$18,946,816.60**, consistent with L.R. CV-62. As of the May 3, 2023 Final Judgment, the amount of the judgment is $15,788,805.50, which is the sum of (a) the damages award of

$11,125,000.00; (b) $246,208.25 in costs; and (c) in $4,417,597.25 in prejudgment interest. Twenty percent (20%) of the amount of the judgment ($15,788,805.50) is $3,157,761.10. Thus, the total amount that should be deposited into the Court's Registry, consistent with L.R. CV-62, is **$18,946,816.60,** as shown:

|   | | |
|---|---|---|
|   | $15,788,805.50 | Amount of the Judgment (as of May 3, 2023) |
|   | $ 3,157,761.10 | 20% of the Amount of the Judgment per L.R. CV-62 |
| + | $        250.00 | "To cover costs" per L.R. CV-62 |
|   | **$18,946,816.60** | **Total Amount that Should Be Deposited in the Registry** |

Accordingly, because a First Deposit of $11,371,208.25 has already been deposited into the Court's Registry, Vantiva SA, on behalf of Defendants, shall deposit an additional amount ("Second Deposit") of **$7,575,608.35** into the Court's Registry, which is equal to the difference between the amount of the First Deposit and the total amount of funds (**$18,946,816.60**) that the Court finds should be held in the Registry to comply with L.R. CV-62. The Second Deposit shall be deposited into the Court's Registry within five (5) business days of the entry of this Order.

**SO ORDERED.**