IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>                             *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>                             *Defendants*. | Civil Action No.: 2:21-cv-00310-JRG |

**[DEFENDANTS' PROPOSED] ORDER REGARDING THE PARTIES' JOINT MOTION FOR DETERMINATION OF PREJUDGMENT INTEREST**

Before the Court is the Parties' Joint Motion for Determination of Prejudgment Interest.

After considering the briefing, the Court is of the opinion that prejudgment interest on the jury's one-time lump sum award of $11,125,000.00 to Plaintiff TQ Delta, as set forth in the Final Judgment (Dkt. No. 513 ¶¶ 7, 9), does not accrue until August 13, 2015, i.e., six years before TQ Delta filed its complaint in this matter (Dkt. No. 1).

Accordingly, the Court hereby ORDERS as follows:

(1)    The amount of prejudgment interest owed by Defendants as set forth in the Final Judgment is **$1,414,071.03**.

(2)    The total amount to be deposited into the Court's Registry pursuant to Local Rule CV-62(a) to stay execution of the Final Judgment is **$15,342,585.14**.

(3)   As $11,371,208.25 (the First Deposit) has already been deposited into the Court's Registry (Dkt. No. 585), Vantiva SA, on behalf of Defendants, shall deposit **$3,971,376.89** (the Second Deposit) into the Court's Registry within five (5) business days of this Order.

Case 2:21-cv-00310-JRG   Document 588-9   Filed 05/10/24   Page 2 of 2 PageID #: 27381