# EXHIBIT 3

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                       MARSHALL DIVISION

 3   TQ DELTA, LLC.,                  ( CAUSE NO. 2:21-CV-310-JRG
                                      )
 4           Plaintiff,               (
                                      )
 5   vs.                              (
                                      )
 6   COMMSCOPE HOLDING COMPANY,       (
     INC., et al.,                    ) MARSHALL, TEXAS
 7                                    ( MARCH 24, 2023
             Defendants.              ) 8:00 A.M.
 8   _____

 9
                              VOLUME 6
10
     _____
11
                         TRIAL ON THE MERITS
12

13         BEFORE THE HONORABLE RODNEY GILSTRAP
              UNITED STATES CHIEF DISTRICT JUDGE
14
     _____
15

16

17

18

19

20

21
                    SHAWN McROBERTS, RMR, CRR
22                    100 E. HOUSTON STREET
                     MARSHALL, TEXAS  75670
23                        (903) 923-8546
                 shawn_mcroberts@txed.uscourts.gov
24

25
```

```
 1                        A P P E A R A N C E S

 2            FOR THE PLAINTIFF:    DAVIS FIRM, P.C.
                                    213 N. FREDONIA ST., SUITE 230
 3                                  LONGVIEW, TEXAS  75601
                                    (903) 230-9090
 4                                  BY: MR. RUDOLPH FINK
                                        MR. CHRISTIAN HURT
 5                                      MR. WILLIAM DAVIS

 6                                  McANDREWS HELD & MALLOY, LTD
                                    500 W. MADISON ST., 34TH FLOOR
 7                                  CHICAGO, ILLINOIS  60661
                                    (312) 775-8000
 8                                  BY:  MR. PETER McANDREWS
                                         MS. ASHLEY RATYCZ
 9                                       MR. RAJENDRA CHIPLUNKAR

10            FOR THE DEFENDANT:    ALSTON & BIRD, LLP-NC
                                    101 SOUTH TRYON STREET
11                                  SUITE 4000
                                    CHARLOTTE, NC  28280
12                                  (704) 444-1025
                                    BY:  MR. ROSS BARTON
13                                       MR. MATTHEW STEVENS
                                         MR. KIRK BRADLEY
14                                       MS. KARLEE WROBLEWSKI

15                                  ALSTON & BIRD, LLP - ATLANTA
                                    ONE ATLANTIC CENTER
16                                  1201 WEST PEACHTREE STREET NW
                                    #4900
17                                  ATLANTA, GEORGIA  30309-3424
                                    (404) 881-7000
18                                  BY:  MR. MICHAEL DEANE

19                                  THE DACUS FIRM, PC
                                    821 ESE LOOP 323, SUITE 430
20                                  TYLER, TEXAS  75701
                                    (903) 705-1117
21                                  BY:  MR. DERON DACUS

22            OFFICIAL REPORTER:    SHAWN M. McROBERTS, RMR, CRR
                                    100 E. HOUSTON STREET
23                                  MARSHALL, TEXAS  75670
                                    (903) 923-8546
24

25            THE COURT:  Be seated, please.
```

1  patented invention, including the utility and advantages of
2  the patent over the old modes or devices, if any, that had
3  been used to achieve similar results.
4       Now, a patentee is not entitled to damages for any
5  infringement committed more than six years prior to the filing
6  of the claim for infringement.  In this case, the damages
7  period commences on August the 13th, 2015, six years prior to
8  the date on which TQ Delta filed its complaint in this case.
9  No damages can be awarded for any infringement that occurred
10 before the date that the asserted patents were issued.  Where
11 you find that an asserted claim is both infringed and not
12 invalid, you may not award damages for activities occurring
13 before the damages period begins.
14      A patentee is not entitled to damages after the
15 expiration of an asserted patent.  The '008 Patent expired on
16 November the 9th, 2020, and the '354 Patent expired on April
17 the 18th, 2021.  Therefore, the damages period for the '008
18 Patent ended on November the 9th, 2020, and the damages period
19 for the '354 Patent ended on April the 18th, 2021.
20      With regard to the Defendants' alleged breach of contract
21 claim against the Plaintiff, the Defendants CommScope bear the
22 burden of proving their breach of contract claim by a
23 preponderance of the evidence.  CommScope contends that TQ
24 Delta breached its contract with the ITU to grant licenses to
25 standard essential patents held by TQ Delta on FRAND terms and

```
1              I HEREBY CERTIFY THAT THE FOREGOING IS A
2         CORRECT TRANSCRIPT FROM THE RECORD OF
3         PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
4         I FURTHER CERTIFY THAT THE TRANSCRIPT FEES
5         FORMAT COMPLY WITH THOSE PRESCRIBED BY THE
6         COURT AND THE JUDICIAL CONFERENCE OF THE
7         UNITED STATES.
8
9         S/Shawn McRoberts                  03/24/2023
10        _____DATE_____
          SHAWN McROBERTS, RMR, CRR
11
```