IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00310-JRG |
| COMMSCOPE HOLDING COMPANY, INC., et al., | § § § | |
| *Defendants.* | § § | |

# ORDER

The Court issues this Order *sua sponte* to supplement its April 26, 2024 Order. (Dkt. No. 584.) In the April 26, 2024 Order, the Court directed Vantiva SA ("Vantiva") to make a $11,371,208.25 deposit into the Registry of the Court ("First Deposit") on or before May 3, 2024. (Dkt. No. 584 at 1.) The Court further directed Vantiva to deposit an additional amount ("Second Deposit") upon resolution of the outstanding Corrected Joint Motion for Determination of Prejudgment Interest (Dkt. No. 589). (Dkt. No. 584 at 2.) In accordance with the April 26, 2024 Order, Vantiva made the First Deposit. (Dkt. No. 585.)

The Clerk of Court is **DIRECTED** to place the First Deposit and the forthcoming Second Deposit in an interest-bearing account through the Registry of the Court.

**So ORDERED and SIGNED this 17th day of May, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE