UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQ DELTA, LLC,<br><br>                      *Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC,<br><br>                      *Defendants*. | Civil Action No.: 2:21-cv-310 |

**COMMSCOPE'S NOTICE OF COMPLETION OF**
**SECOND DEPOSIT TO THE COURT'S REGISTRY**

      Pursuant to Paragraph h. of the Court's Order on the Joint Motion for Approval of Escrow Payments to the Court's Registry and Stay of Execution of Judgment (Dkt. No. 584), Defendants CommScope Holding Company, Inc., CommScope, Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., ARRIS Enterprises, LLC ("Defendants") hereby provide notice that the Second Deposit in the amount of $3,971,376.89 (*see* Dkt. No. 591), made by Vantiva on behalf of Defendants, was received by the Court's Registry on or before September 10, 2024.

Dated this 10th day of September, 2024

By: */s/ Brett Schuman*
Brett Schuman
Rachel M. Walsh
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
P: (415) 733-6000
F: (415) 677-9041
bschuman@goodwinlaw.com
rwalsh@goodwinlaw.com

1

Douglas J. Kline
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
P:  (617) 570-1000
F:  (617) 523-1231
dkline@goodwinlaw.com

Andrew Ong
GOODWIN PROCTER LLP
601 Marshall St.
Redwood City, CA 94063
P: (650) 752-3100
F: (650) 853-1038
aong@goodwinlaw.com

***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 10, 2024 a true and correct copy of the above and foregoing document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                   */s/ Brett Schuman*
                                                   Brett Schuman